Matthew D. Schelkopf (*pro hac vice*)
mds@sauderschelkopf.com
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326

Bonner C. Walsh (*pro hac vice*)
bonner@walshpllc.com
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530

Alison M. Bernal (Bar No. 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE & MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA  93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

*Attorneys for Plaintiffs and the Putative Class*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVY CHO, BRYAN ROTHMALER, BETH MAKIE, ANNA CHMURA, ANTHONY BANDERAS, MICHELLE SMITH, CATHERINE LITTLE, LUTICIA THOMPSON, and THOMAS THOMPSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HYUNDAI MOTOR COMPANY, LTD. and HYUNDAI MOTOR AMERICA, INC., KIA AMERICA, INC., and KIA MOTORS CORPORATION <br><br> Defendants. | Case No.: 8:22-cv-00448-SPG-KES (Assigned to the Hon. Sherilyn Peace Garnett) <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF DAVY CHO WITHOUT PREJUDICE** |

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF DAVY CHO WITHOUT PREJUDICE

1    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

2    Plaintiff Davy Cho hereby voluntarily dismisses his claims against all Defendants

3    without prejudice. No answer or motion for summary judgment has been filed.

4

5    Dated: August 12, 2022                    Respectfully submitted,

6                                              */s/ Alison M. Bernal*
                                               Alison M. Bernal, Esq.
7                                              **NYE, STIRLING, HALE & MILLER,**
8                                              **LLP**
                                               alison@nshmlaw.com
9                                              33 West Mission Street, Suite 201
10                                             Santa Barbara, CA 93101
                                               (805) 698-4242
11

12                                             Matthew D. Schelkopf (*pro hac vice*)
                                               Joseph B. Kenney (*pro hac vice*)
13                                             **SAUDER SCHELKOPF LLC**
14                                             1109 Lancaster Avenue
                                               Berwyn, PA 19312
15                                             Telephone: (610) 200-0581
                                               mds@sstriallawyers.com
16                                             jbk@sstriallawyers.com
17

18                                             Bonner C. Walsh (*pro hac vice*)
                                               **WALSH PLLC**
19                                             1561 Long Haul Road
                                               Grangeville, ID 83530
20                                             Telephone: (541) 359-2827
                                               Facsimile: (866) 503-8206
21                                             bonner@walshpllc.com
22
                                               *Attorneys for Plaintiffs and Putative*
23                                             *Class*
24

25

26

27

28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101