QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
    shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Christine W. Chen (Bar No. 327581)
    christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
  Cristina Henriquez (Bar No. 317445)
    cristina.henriquez@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801 5100

Attorneys for Defendants Hyundai Motor Company, Ltd., Hyundai Motor America, Inc., Kia America, Inc., and Kia Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DAVY CHO, BRYAN ROTHMALER, BETH MAKIE, ANNA CHMURA, ANTHONY BANDERAS, MICHELLE SMITH, CATHERINE LITTLE, LUTICIA THOMPSON, and THOMAS THOMPSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  vs.<br><br>HYUNDAI MOTOR COMPANY, LTD., HYUNDAI MOTOR AMERICA, INC., KIA AMERICA, INC., and KIA MOTORS CORPORATION,<br><br>    Defendants. | Case No. 8:22-cv-00448-SPG-KESx<br><br>**DECLARATION OF SHON MORGAN**<br><br>Date:   October 12, 2022<br>Time:   1:30 p.m.<br><br>The Hon. Sherilyn Peace Garnett<br><br>Trial Date: None Set |

I, Shon Morgan, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and I represent defendants Hyundai Motor Company, Ltd., Hyundai Motor America, Inc., Kia America, Inc., and Kia Corporation.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. A true and correct copy of the Settlement Agreement and Release between Anthony Banderas and Hyundai Motor America, Inc., dated September 6, 2022 is attached hereto as **Exhibit 1**.  Some portions have been redacted to omit Anthony Banderas' e-mail address and phone number, as well as Hyundai Motor America, Inc.'s phone number and the settlement amount.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of September, 2022, at Los Angeles, California.

/s/ *Shon Morgan*
Shon Morgan