# EXHIBIT 1



September 6, 2022

Dear Anthony,

Thank you again for contacting Hyundai Motor America ("HMA") and giving us the opportunity to address your concerns. Nothing is more important than the safety and security of Hyundai customers. Please find the enclosed settlement offer documents for your review and signature.

HMA will need the following original signed documents in order to process your settlement check:

Signed and notarized Settlement Agreement and Release with **original** signatures and notary stamp (all pages)
Copy of Driver's License

The original copies do not need to be returned, however please return a complete scan or photos of all the pages of the agreement. Please return via email or by text message to ▮▮▮▮▮.

HMA is able to pay you as a direct deposit through the digital payment service provider, Zelle. At this time, if you do not have a Zelle account, please take a moment to enroll by visiting: https://www.zellepay.com/get-started. If you already have a Zelle account, please verify that the email address and phone number you have provided HMA is the same as your information listed in your Zelle account. Upon receipt of your signed settlement documents, I will initiate the direct deposit payment. You will receive an email from Zelle prompting you to accept the funds, **this email will expire after 14 days**.

**Please note**: The email address and phone number associated with Zelle account **must** match the information on HMA's file). Our records indicate your email address is: ▮▮▮▮▮ and your phone number is: ▮▮▮▮▮ Please let us know if there are changes to your information.

I'd like to remind you that should you decide to decline this offer, HMA requests you retain the vehicle and relevant components in their post-incident condition. HMA reserves the right to assert claims of prejudice and spoliation if the vehicle and relevant components are altered or destroyed. Please let us know if you have any further questions regarding the A greement or this process.

Best,

*Carla*



**Carla R.**
Case Coordinator, Customer Claims
▮▮▮▮▮
Hyundai Motor America

---

Hyundai Motor America   10550 Talbert Ave   www.hyundaiUSA.com
Fountain Valley, CA 92708

# SETTLEMENT AGREEMENT AND RELEASE

1.    Marc A. Williams and Anthony Michael Banderas (hereinafter referred to as "Releasors"), as owners and users of a certain 2020 Hyundai Kona (hereinafter referred to as the "subject vehicle"), bearing VIN: KM8K3CA54LU507715 and in consideration of payment by Hyundai Motor America and Hyundai Motor Company, does for themselves and each and all of Releasors' representatives, employees, successors and assigns, hereby release and discharge Hyundai Motor America, Hyundai Motor Company, its subsidiaries, divisions, officers, representatives, employees, stockholders, dealers, successors and assigns, and all other persons, firms or corporations, who are or might be claimed to be liable ("Releasees"), of and from any claim, demand, right or cause of action for the recovery of property damage and damages for personal injury, pain and suffering, emotional distress, diminution of value, repair costs or any other economic or non-economic losses including, but not limited to, any claims for consequential or incidental damages, costs of suit and attorneys' fees, resulting or alleged to have resulted from the promotion or sale of or any nonconformity and/or defect in design, manufacture or assembly of the aforesaid subject vehicle.

2.    In consideration for this release, and subject to verification of documents provided, Hyundai Motor America agrees to the pay the total amount of [REDACTED] made payable as follows:

      (a)    [REDACTED] to Releasors.

3.    As consideration for the above, it is also expressly agreed:

      (a)    That Releasors fully understand that this is a final settlement and disposition of all disputes as to the legal liability for and as to the nature and extent of any damages claimed from Hyundai Motor America and Releasees. Releasors realize that Releasors may have other claims regarding the allegations made above of which they are not currently aware and expressly waive those claims;

      (b)    That neither Hyundai Motor America's payment of the consideration recited in paragraph (2), nor the negotiations preliminary to the execution of this Release, shall be considered an admission of liability or wrongdoing by Hyundai Motor America or Hyundai Motor Company to any of the claims or causes of actions alleged in or to be inferred from allegations set forth in the matter indicated in paragraph (1) above;

      (c)    Releasors represent and warrant that Releasors have carefully read and fully understand all of the provisions of this agreement and that Releasors are entering into this agreement voluntarily;

      (d)    That Releasors represent and warrant that Releasors are entitled to give a full and complete release of the claims that are the subject hereof;

      (e)    That Releasors have not assigned or otherwise transferred any interest in any claims that are the subject hereof;

\\

\\

(f) That if any action or proceeding is brought by any third party based in whole or in part upon or arising out of or in any way connected with any other matters released herein, Releasors shall indemnify and hold Hyundai Motor America and Hyundai Motor Company harmless from any and all such claims, demands, causes of action, damages and liabilities, including court costs and attorneys' fees arising in connection therewith;

(g) That Releasors shall not at any time hereafter commence, maintain or prosecute, or cause, encourage or advise to be commenced, maintained or prosecuted any action, suit, proceeding or claim based in whole or in part upon or arising out of or in any way connected with any of the matters released herein;

(h) Releasors represent and warrant that Releasors have not submitted the same claims, which are the subject hereof, to Releasors' insurance company, and/or have not assigned, subrogated, or transferred any rights or interests released herein to any third party.

If any third party, and/or Releasors' insurance company asserts a claim against Hyundai Motor America or Hyundai Motor Company including any deductible, damages and/or other amounts which it is paying as part of this Settlement Agreement, Releasors shall indemnify and hold Hyundai Motor America and Hyundai Motor Company harmless from any such subrogation claim;

(i) That no promise, agreement, statement or representation except as expressed in this agreement has been made to or been relied upon by Releasors, and that this document contains the entire agreement between Releasors and Hyundai Motor America;

(j) Except as required by law, Releasors agree to keep strictly confidential and not to disclose in any manner to any website, blog social networking site, entity, or person other than their spouse and tax advisor the terms and content of this settlement and any discussions and negotiations pertaining to this settlement; and

\\

\\

\\

\\

\\

Settlement Agreement and Release
Page 2 of 3

(k) The undersigned specifically waive section 1542 of the California Civil Code, as well as any similar law of any state or territory of the United States, which section reads as follows: A general release does not extend to claims which the creditor does not know or suspect to exist in their favor at the time of executing the release, which if known by them must have materially affected their settlement with the debtor.

Intending to be legally bound by the terms of this Release, the undersigned has affixed his or her signature this 6th day of SEPTEMBER, 2022.



Marc A. Williams

State of Nevada
County of Carson City
Sworn to and subscribed before me this 6th day of September, 2022.

MERCEDES DZWIR
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 20-2166-02
My Appt. Expires September 26, 2024

Notary Public

Intending to be legally bound by the terms of this Release, the undersigned has affixed his or her signature this 6th day of September, 2022.

Anthony Michael Banderas

State of Nevada
County of Carson City
Sworn to and subscribed before me this 6th day of September, 2022.

MERCEDES DZWIR
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 20-2166-02
My Appt. Expires September 26, 2024

Notary Public

Settlement Agreement and Release
Page 3 of 3