# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. 8:22-cv-00448-SPG-KES | | Date October 12, 2022 |
| Title Davy Cho et al v. Hyundai Motor Company, Ltd. et al | | |

Present: The Honorable **SHERILYN PEACE GARNETT, U.S. DISTRICT JUDGE**

| Patricia Gomez | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Bonner Walsh<br>Joseph Kenney<br>Alison Bernal - Zoom | Shon Morgan |

Proceedings:

### DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT [34]

Case called, and counsel make their appearance. Arguments by counsel are heard. For reasons stated on the record, the Court takes the matter under submission. An order will issue.

                                                                          :    31

                                              Initials of Preparer    PG