Matthew D. Schelkopf (*pro hac vice*)
mds@sauderschelkopf.com
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326

Bonner C. Walsh (*pro hac vice*)
bonner@walshpllc.com
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530

Alison M. Bernal (Bar No. 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE & MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVY CHO, BRYAN ROTHMALER, BETH MAKIE, ANNA CHMURA, ANTHONY BANDERAS, MICHELLE SMITH, CATHERINE LITTLE, LUTICIA THOMPSON, and THOMAS THOMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HYUNDAI MOTOR COMPANY, LTD. and HYUNDAI MOTOR AMERICA, INC., KIA AMERICA, INC., and KIA CORPORATION<br><br>Defendants. | Case No.: 8:22-cv-00448-SPG-KESx<br><br>**STIPULATION REGARDING PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>*Filed Concurrently With [Proposed] Order*<br><br>Hon. Sherilyn Peace Garnett |

The parties, by and through their counsel of record, hereby stipulate as follows:

## RECITALS

1. Plaintiffs Davy Cho, Bryan Rothmaler, Beth Makie, Anna Chmura, Anthony Banderas, Michelle Smith, Catherine Little, Luticia Thompson, and Thomas Thompson ("Plaintiffs") filed their Complaint in this matter on March 23, 2022 (ECF No. 1).

2. On June 28, 2022, Defendants Hyundai Motor Company, Ltd., Hyundai Motor America, Inc., Kia America, Inc., and Kia Corporation (together, "Defendants") filed a motion to dismiss (the "Motion") and set the hearing date for August 8, 2022 (ECF No. 34).

3. On July 15, 2022, after the litigation was transferred to the Hon. Sherilyn Peace Garnett, the Court entered a stipulation continuing the hearing date to the Court's earliest available hearing date, which was October 12, 2022 (ECF No. 41).

4. On October 12, 2022, the Court held oral argument on Defendants' Motion (ECF No. 47).

5. On October 21, 2022, the Court entered an order granting Defendants' Motion, and provided that Plaintiffs shall file an amended complaint by November 4, 2022 (ECF No. 48).

6. The parties have met and conferred regarding Plaintiffs' intent to file a First Amended Complaint to address the issues raised in the Court's order granting Defendants' Motion, and Plaintiffs' request for a modest extension of time to fully address the specifics of the Court's order.

7. In light of the impending holidays and company shutdowns, the parties also wish to set a briefing schedule in the event Defendants move to dismiss the amended complaint.

## STIPULATION

Based on the foregoing recitals, it is hereby stipulated, by and between counsel for Plaintiffs and Defendants, as follows:

///

1. Plaintiffs shall have an additional fourteen (14) days to file their First Amended Complaint, until November 18, 2022.
2. Defendants must respond to the First Amended Complaint by January 11, 2023;
3. If Defendants move to dismiss the First Amended Complaint, Plaintiffs must file their opposition by February 15, 2023;
4. Defendants must file their reply in support of the motion to dismiss by March 15, 2023; and
5. Defendants shall notice the motion to dismiss for no earlier than March 29, 2023, at 1:30 p.m.

Dated: November 1, 2022                    Respectfully submitted,

                                           */s/ Alison M. Bernal*
                                           Alison M. Bernal, Esq.
                                           NYE, STIRLING, HALE & MILLER, LLP

                                           *Attorney for Plaintiffs and Putative Class*

                                           */s/ Shon Morgan*
                                           Shon Morgan, Esq.
                                           QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                           *Attorney for Defendants*

Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

                                           /s/ *Alison M. Bernal*
                                           Alison M. Bernal