# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVY CHO, BRYAN ROTHMALER, BETH MAKIE, ANNA CHMURA, ANTHONY BANDERAS, MICHELLE SMITH, CATHERINE LITTLE, LUTICIA THOMPSON, and THOMAS THOMPSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> HYUNDAI MOTOR COMPANY, LTD. and HYUNDAI MOTOR AMERICA, INC., KIA AMERICA, INC., and KIA CORPORATION <br><br> Defendants. | Case No.: 8:22-cv-00448-SPG-KESx <br><br> **ORDER ON STIPULATION REGARDING PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Hon. Sherilyn Peace Garnett |

ORDER

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED:

1. Plaintiffs shall have an additional fourteen (14) days to file their First Amended Complaint, until November 18, 2022.
2. Defendants must respond to the First Amended Complaint by January 11, 2023;
3. If Defendants move to dismiss the First Amended Complaint, Plaintiffs must file their opposition by February 15, 2023;
4. Defendants must file their reply in support of the motion to dismiss by March 15, 2023; and
5. Defendants shall notice the motion to dismiss for no earlier than March 29, 2023, at 1:30 p.m.

Dated:  November 3, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE