**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVY CHO, BRYAN ROTHMALER, BETH MAKIE, ANNA CHMURA, ANTHONY BANDERAS, MICHELLE SMITH, CATHERINE LITTLE, LUTICIA THOMPSON, and THOMAS THOMPSON, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>HYUNDAI MOTOR COMPANY, LTD. and HYUNDAI MOTOR AMERICA, INC., KIA AMERICA, INC., and KIA CORPORATION<br><br>      Defendants. | Case No.: 8:22-cv-00448–SPG-KESx<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT** |

## ORDER

After reviewing the parties' Stipulation Regarding Plaintiffs' Second Amended Complaint, and finding good cause therefore, the Court orders the following:

1. Plaintiffs shall file their Second Amended Complaint by April 21, 2023.
2. Defendants must respond to the amended complaint by June 20, 2023;
3. If Defendants move to dismiss the amended complaint, Plaintiffs must file their opposition by July 19, 2023;
4. Defendants must file their reply in support of the motion to dismiss by August 21, 2023; and
5. Defendants shall notice the motion to dismiss for no earlier than September 6, 2023, at 1:30 p.m.

IT IS SO ORDERED.

Date: March 15, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE