1  Matthew D. Schelkopf (*pro hac vice*)
2  mds@sauderschelkopf.com
   Joseph B. Kenney (*pro hac vice*)
3  jbk@sstriallawyers.com
   SAUDER SCHELKOPF LLC
4  1109 Lancaster Avenue
   Berwyn, PA 19312
5

6
   Bonner C. Walsh (*pro hac vice*)
7  bonner@walshpllc.com
   WALSH PLLC
8  1561 Long Haul Road
   Grangeville, ID 83530
9

10
   Alison M. Bernal (Bar No. 264629)
11 alison@nshmlaw.com
   NYE, STIRLING, HALE & MILLER, LLP
12 33 West Mission Street, Suite 201
   Santa Barbara, CA  93101
13

14
   *Attorneys for Plaintiffs and the Putative Class*
15

16 **UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18 DAVY CHO, BRYAN ROTHMALER, BETH MAKIE, ANNA CHMURA, 19 ANTHONY BANDERAS, MICHELLE SMITH, CATHERINE LITTLE, 20 LUTICIA THOMPSON, and THOMAS THOMPSON, on behalf of themselves 21 and all others similarly situated, | Case No.: 8:22-cv-00448-SPG-KES **SECOND AMENDED CLASS ACTION COMPLAINT** **DEMAND FOR JURY TRIAL** |
| 22           Plaintiffs, 23        v. 24 HYUNDAI MOTOR COMPANY, LTD. and HYUNDAI MOTOR 25 AMERICA, INC., KIA AMERICA, INC., and KIA MOTORS 26 CORPORATION 27           Defendants. | |

28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Plaintiffs James Wolff, Bryan Rothmaler, Beth Makie, Joseph Cabral, Anna Chmura, Catherine Little, Luticia Thompson and Thomas Thompson, Teyonne Boehm, Linda Learn, Ember Wallace, Stephan Hielscher and Laurie Nelson, Julie Jurgens, Jean Connatser and David Connatser, and Amy Craft and Stacy Craft bring this action against Hyundai Motor America ("HMA"), Hyundai Motor Company ("HMC"), Kia America, Inc. ("Kia"), and Kia Motors Corporation ("KMC") (collectively "Defendants"), by and through their attorneys, individually and on behalf of all others similarly situated, and allege as follows:

## I.      **INTRODUCTION**

1.     This is a class action lawsuit brought by Plaintiffs on behalf of themselves and a national class of current and former owners and lessees of the following vehicles (collectively, the "Class Vehicles")[1] containing Nu, Gamma, Theta, Lambda, and Kappa engines: model year ("MY") 2012-2020 Hyundai Elantra; MY 2019-2021 Hyundai Kona; MY 2020-2021 Hyundai Palisade; MY 2010-2012 and 2015-2021 Hyundai Santa Fe; 2009-2010 and 2015-2021 Hyundai Sonata and Sonata Hybrid; MY 2010-2013 and 2015-2021 Hyundai Tucson[2]; MY 2011–2020 Kia Optima and Optima Hybrid; MY 2011–2020 Kia Sorento; MY 2012–2021 Kia Soul; and MY 2011–2020 Kia Sportage.[3]

2.     This action arises from Defendants' failure to disclose to Plaintiffs and similarly situated consumers, despite their longstanding knowledge, that the engines in the Class Vehicles contain, *inter alia*, a latent manufacturing defect that results in excessive engine oil consumption, which can lead to engine stalling and catastrophic engine failure (the "Oil Consumption Defect"). The Oil Consumption Defect may cause the engines in the Class Vehicles to experience sudden and unexpected vehicle stalling during operation, as well as catastrophic engine failure.

---

[1] Plaintiffs reserve the right to amend or add to the vehicle models and model years included in the definition of Class Vehicles after conducting discovery.

[2] The Class Vehicles manufactured by Hyundai are referred to herein as "Hyundai Class Vehicles."

[3] The Class Vehicles manufactured by Kia are referred to herein as "Kia Class Vehicles."

3.     Excessive oil consumption is a serious issue for vehicle longevity and safety. If the Oil Consumption Defect is not detected by the owner, continued operation of a vehicle with low levels of oil can cause premature wear on an engine, requiring the replacement of small parts, expensive vehicle system components, and even the entire engine – long before replacement would be needed under a normal maintenance schedule. Left unaddressed, low oil levels can also lead to unexpected engine stalling and even engine failure. Stalling and failure can occur while the Class Vehicles are in operation, at any time, and under any driving condition or speed. This increases the risk of an accident and injury to everyone on the road.

4.     As Kia explained to its authorized dealerships in January 2022: "*Operation with deteriorated or low oil causes reduced lubrication and cooling, as well as impaired operating of hydraulic components. This leads to abnormal wear of engine parts, oversaturation of carbon, and deposits of oil sludge. These can result in damage to multiple areas of the engine, ultimately requiring a costly, lengthy, and preventable repair.*" *See* Exhibit A.

5.     To avoid these negative outcomes, owners of the Class Vehicles must take on an unexpected and undisclosed burden: checking and filling their engine's oil much more frequently than a reasonable consumer would expect and more frequently than Hyundai and Kia recommend in the Owner's Manual.

6.     Over-filling the oil pan or sump is also not a solution. If the oil pan is filled above its optimal level, marked by the maximum fill line, the crankshaft will be partially or fully submerged. When operating in this condition, the crankshaft will aerate or foam the oil, which reduces the efficacy of the lubrication system, and thus lubrication of the engine. Excess oil will also strain and damage the gaskets and seals protecting the engine, leading to more significant oil leaks.

7.     Even if vehicle owners are successful in maintaining the proper oil level in their engines, problems remain because oil is being consumed during the combustion cycle at an excessive rate within the combustion chamber.  Further, the

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Oil Consumption Defect does not cause the Class Vehicles' engines to simply use more oil; it allows oil to migrate to places where it should not be. Excessive oil residue and the by-products of burning oil damage the combustion and exhaust systems and keep them from operating efficiently or even adequately over time, which causes abnormal wear of engine parts, oversaturation of carbon, and deposits of oil sludge, ultimately requiring a costly engine rebuild or replacement.

8.     Many other owners and lessees of the Class Vehicles have communicated with Defendants and/or their agents to request that they remedy or otherwise address the Oil Consumption Defect and/or resultant damage at no expense. Defendants have routinely failed to do so, even within the warranty period.

9.     Defendants have also routinely denied warranty claims related to this concealed defect when it manifests in the Class Vehicles outside of the warranty period. Because the Oil Consumption Defect can manifest shortly outside of the warranty period for the Class Vehicles—and given Defendants' knowledge of this concealed, safety-related defect—Defendants' attempts to limit the warranty with respect to the Oil Consumption Defect are unconscionable and unenforceable here. Defendants also attempt to shirk their warranty obligations by requiring individuals to produce all maintenance records for the vehicle, and by denying warranty coverage if even one record is missing.

10.     On information and belief, Plaintiffs allege that Defendants have known about the excessive oil consumption of the Class Vehicles for years. Defendants have knowledge of the numerous complaints they have received, information from dealers, National Highway Traffic Safety Administration ("NHTSA") complaints which they are required by law to monitor, and their own internal warranty and service records, all of which describe the excessive oil consumption problem.

11.     Notwithstanding all these sources of information, Hyundai and Kia have not disclosed to Plaintiffs and similarly situated consumers at, or before, point of sale that the Class Vehicles are predisposed to an excessively high rate of engine oil

**SECOND AMENDED CLASS ACTION COMPLAINT**

consumption. Hyundai and Kia have yet to recall the Class Vehicles to repair the Oil Consumption Defect.[4] Indeed, in many cases Hyundai and Kia have even refused to disclose the Oil Consumption Defect when a Class Vehicle displaying symptoms consistent with the Defect is brought in for service.  Consumers are often required to have their vehicles undergo inconvenient (and sometimes costly) oil consumption testing for thousands of miles, only for Defendants to deny warranty coverage for the necessary repairs.

12.    Nor has Hyundai or Kia offered their customers a suitable repair or replacement or offered to reimburse customers who have incurred out-of-pocket expenses or repair or mitigate the effects of the defect. Many consumers experience long wait times for parts promised by Hyundai or Kia purportedly to address the Defect, and in most cases do not receive required engine replacements.

13.    When owners of the Class Vehicles have requested Defendants (or Defendants' agents) to honor their warranty and address the Oil Consumption Defect and any resultant damage at no expense, Hyundai and Kia do not adequately repair the Class Vehicles. Instead, Defendants either ignore the Defect until it causes significant mechanical problems necessitating costly repairs or, worse, provide oil servicing or make mechanical adjustments that mask, and even exacerbate, the Oil Consumption Defect, but do not remedy it.

14.    Since Defendants know, or should know, that some of the most expensive repairs and serious safety consequences of the Oil Consumption Defect may occur outside the warranty period, any attempt to limit the warranty with respect to the Oil Consumption Defect is unconscionable and should be held unenforceable.

15.    As a result of Hyundai and Kia's unfair, deceptive and/or fraudulent business practices, owners and/or lessees of the Class Vehicles, including Plaintiffs,

---

[4] Hyundai issued a "Recall 203 Dealer Best Practice" on June 11, 2021, attached hereto as Exhibit B, but that Recall only covers three later models of Hyundai vehicles and is insufficient to provide relief to Plaintiffs and the majority of the Class.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

have suffered an ascertainable loss of money and/or property and/or value. Hyundai and Kia committed these unfair and deceptive trade practices in a manner giving rise to substantial aggravating circumstances—including deceptive "repairs" and intentional non-diagnosis—and a continued practice of obfuscation and concealment.

16. Had Plaintiffs and the Class members known about the Oil Consumption Defect at the time of purchase or lease, they would not have purchased or leased the Class Vehicles or would have paid substantially less for them.

17. As a result of the Oil Consumption Defect and the monetary costs associated with purchasing a vehicle with the Oil Consumption Defect, attempting to repair such a defect, out of pocket costs related to alternative transportation, having to purchase additional engine oil, and increased cost of maintenance, Plaintiffs and the Class members have suffered injury in fact, have incurred damages, and have otherwise been harmed by Defendants' conduct.

18. As a direct result of Defendants' wrongful conduct, Plaintiffs and members of the Classes have been harmed and are entitled to actual damages, including damages for the benefit of the bargain they struck when purchasing their vehicles, the diminished value of their vehicles, out-of-pocket costs, statutory damages, attorneys' fees, costs, restitution, and injunctive and declaratory relief.

19. Accordingly, Plaintiffs bring this action to redress Hyundai and Kia's violations of the Magnuson-Moss Warranty Act and the consumer fraud statutes of their respective states, and also seek recovery for Defendants' breach of express warranty, breach of implied warranty, unjust enrichment, and fraudulent concealment.

## II.   JURISDICTION AND VENUE

20. This Court has subject matter jurisdiction under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1332(d)(2) and (6) because: (i) there are one hundred or more class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000 exclusive of interest and costs, and (iii) there is minimal diversity because at least one plaintiff and one defendant are citizens of different

states. This Court also has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

21.     This Court has personal jurisdiction over Defendants by virtue of their transactions and business conducted in this judicial district, and because Defendants are headquartered in California. Defendants have transacted and done business, and violated statutory and common law, in the State of California, including within this judicial district.

22.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because HMA and Kia maintain their corporate headquarters in this district, Defendants transact business in this district, are subject to personal jurisdiction in this district, and therefore are deemed to be citizens of this district. Additionally, there are one or more authorized Kia and Hyundai dealers within this district and Defendants have advertised in this district and have received substantial revenue and profits from their sales and/or leasing of Class Vehicles in this district; therefore, a substantial part of the events and/or omissions giving rise to the claims occurred, in part, within this district.

### III.     PARTIES

#### A.     PLAINTIFFS

##### 1.     Plaintiff James Wolff

23.     Plaintiff James Wolff is a resident and citizen of Vista, California.  He purchased a new 2018 Hyundai Sonata (5NPE34AF9JH622091) containing a Theta II GDI engine in May 2018 from Bob Baker Hyundai of Carlsbad, California.

//

//

//

//

//

//

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

7

**SECOND AMENDED CLASS ACTION COMPLAINT**

24. Plaintiff Wolff reviewed Hyundai marketing and promotional materials, including television commercials, spoke with Hyundai sales representatives, and test drove the vehicle prior to purchase. Plaintiff Wolff also reviewed the vehicle's Monroney (window) sticker prior to purchase. A portion of the Monroney sticker appears below which also makes warranty representations[5].



25. Plaintiff Wolff reviewed the vehicle's warranty prior to purchase.

26. On November 29, 2021 at 37,092 miles, a third-party auto repair shop determined that the engine was faulty and needed replacing. Plaintiff Wolff had taken

---

[5] To the extent that "contact with the Defendant (as distinct from the dealer)" is required, the contents of the Monroney stickers were developed by Defendants and includes warranty representations.
*Pearenteau v. General Motors, LLC*, No. 2:14-cv-04961-RGK-MAN, 2015 WL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

SECOND AMENDED CLASS ACTION COMPLAINT

his vehicle to the third-party auto repair shop because no appointments were available at the dealership. The auto repair shop contacted Hyundai and determined that the engine was covered under the manufacturer's warranty.  The auto repair shop advised Plaintiff Wolff to take the vehicle to a dealer for warranty repair.

27.    The next day, on November 30, 2021, at 37,102 miles, Plaintiff Wolff took the vehicle to an authorized Hyundai dealership because the check engine light was on. The dealership said that the engine was performing as designed.

28.    On January 20, 2022, at 38,243 miles, Plaintiff Wolff presented the vehicle to the Hyundai dealership again and began an oil consumption test.  On February 28, 2022, at 39,282 miles, Plaintiff Wolff returned the vehicle to the dealership.  The dealership added .4 quarts of oil and stated that the engine passed the oil consumption test and no further action was required.

29.    As of the date of the first amended complaint, Plaintiff Wolff's vehicle consumes oil generally at a rate of one quart every 1,200 miles.  On October 29, 2022 Plaintiff Wolff was able to go approximately 1,600 miles before having to add a quart, but normally the consumption is about one quart per 1,200 miles.

30.    More recently, the vehicle has required additional oil after 807 miles, 1,104 miles, 776 miles, and 447 miles.  Plaintiff Wolff's vehicle is scheduled for an oil consumption test on May 15, 2023.

31.    Plaintiff Wolff's vehicle had approximately 46,600 miles on it on the date of the filing of the first amended complaint in this matter. The vehicle currently has approximately 50,707 miles on it.

32.    Plaintiff Wolff still owns the vehicle.

33.    At all times relevant herein, Plaintiff Wolff adhered to Hyundai's recommended maintenance intervals.

34.    Plaintiff Wolff has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Oil Consumption Defect, including, but not limited to, out-of-pocket losses associated

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1    with the Oil Consumption Defect, diminished value of his vehicle, and other

2    consequential damages.

3         35.    Neither Defendants, nor any of their agents, dealers, or other

4    representatives informed Plaintiff Wolff of the existence of the Oil Consumption

5    Defect prior to, or any time after, his purchase.

6              **2.    <u>Plaintiff Bryan Rothmaler</u>**

7         36.    Plaintiff Bryan Rothmaler is a resident and citizen of Rockford, Illinois.

8    He purchased a 2017 Hyundai Tucson Sport (VIN: KM8J3CA27HU543374)

9    containing a 1.6L Gamma GDI in February 2019 from Gurnee Hyundai in Gurnee,

10   Illinois.

11        37.    Plaintiff Rothmaler researched the vehicle on Hyundai's website,

12   reviewed Hyundai marketing and promotional materials available at the dealership,

13   and spoke with Hyundai sales representatives before purchasing the Class Vehicle.

14   Plaintiff Rothmaler also reviewed the vehicle's Monroney sticker prior to purchase.

15        38.    Plaintiff Rothmaler reviewed the vehicle's warranty on Hyundai's

16   website prior to purchase. Plaintiff also viewed details regarding the vehicle on

17   Gurnee Hyundai's website prior to purchase, and saw that the website also stated that

18   the vehicle came with a 10-year/100,000 mile warranty.

19        39.    In or about April 2021, Plaintiff Rothmaler noticed shakiness and

20   hesitation when driving his vehicle and took it to Hyundai on Perryville, an authorized

21   Hyundai dealership, to have it evaluated.

22        40.    Hyundai on Perryville advised Plaintiff Rothmaler that no current recalls

23   or service campaigns applied to his vehicle and that his vehicle was safe to drive.

24        41.    On or about November 2021, Plaintiff Rothmaler noticed the oil light

25   come on briefly, then go off. Plaintiff Rothmaler also noticed a ticking noise coming

26   from the engine compartment.

27        42.    On or about November 6, 2021, Plaintiff Rothmaler had his vehicle

28   towed to Kitto's Automotive in Roscoe, Illinois, which advised Plaintiff Rothmaler

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1   that his engine oil level was low and that it had found metal shavings in the oil.

2   Plaintiff Rothmaler was surprised to learn that, since he had just recently had the oil

3   changed in his vehicle.

4    43. Plaintiff Rothmaler had the vehicle towed to Hyundai on Perryville, an

5   authorized Hyundai dealership. Hyundai on Perryville advised Plaintiff Rothmaler that

6   there was an 8-10 week delay on repairs because it was an engine issue.

7    44. Plaintiff Rothmaler had the vehicle towed to Boucher Hyundai of

8   Janesville, Wisconsin, which informed Plaintiff Rothmaler that his engine had failed.

9   The vehicle is still at Boucher Hyundai, and Plaintiff Rothmaler has not been able to

10  drive it since the engine failure.

11   45. Boucher Hyundai advised Plaintiff Rothmaler that his vehicle had

12  "engine sludge" and denied him warranty coverage.

13   46. Plaintiff Rothmaler's vehicle had approximately 71,000 miles on it on the

14  date of the filing of the original complaint in this matter.

15   47. At all times relevant herein, Plaintiff Rothmaler adhered to Hyundai's

16  recommended maintenance intervals.

17   48. Plaintiff Rothmaler has suffered an ascertainable loss as a result of

18  Defendants' omissions and/or misrepresentations associated with the Oil

19  Consumption Defect, including, but not limited to, out-of-pocket losses associated

20  with the Oil Consumption Defect, diminished value of his vehicle, and other

21  consequential damages.

22   49. Neither Defendants, nor any of their agents, dealers, or other

23  representatives informed Plaintiff Rothmaler of the existence of the Oil Consumption

24  Defect prior to, or any time after, his purchase.

25   **3.** **Plaintiff Beth Makie**

26   50. Plaintiff Beth Makie is a resident and citizen of South Grafton,

27  Massachusetts. She purchased a 2016 Kia Sorento (VIN No.5XYPGCA39GG052046)

28  on June 19, 2018 from Wagner Kia in Shrewsbury, Massachusetts.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

51.     Plaintiff Makie researched the vehicle on Kia's website, reviewed Kia marketing and promotional materials available at the dealership, spoke with Kia sales representatives before purchasing the Class Vehicle, and took the vehicle for a test drive. Plaintiff Makie also reviewed the vehicle's Monroney sticker prior to purchase.

52.     Plaintiff Makie reviewed the vehicle's warranty prior to purchase. The fact that the vehicle came with a 10 year/100,000 mile warranty was one of the primary reasons she decided to purchase the vehicle.

53.     On July 2, 2021, Plaintiff Makie took her vehicle to Valvoline for a scheduled oil change after 3,000 miles. The Valvoline serviceperson changed the oil in her vehicle and informed Plaintiff Makie that her engine oil level was very low.

54.     Approximately three weeks later, Plaintiff Makie's stepfather was performing routine maintenance and topped off the fluids in her vehicle. He informed Plaintiff Makie that he had added a quart of oil to her engine. She was surprised to learn that, since he had just recently had the oil changed in her vehicle.

55.     On September 28, 2021, and as a result of having to add oil to her vehicle frequently, Plaintiff Makie brought her vehicle to Wagner Kia, an authorized Kia dealership, to have it evaluated.

56.     Wagner Kia began an oil consumption test. When Plaintiff Makie returned with the vehicle after 1,000 miles, to complete the oil consumption test, her vehicle had consumed 2 quarts of oil.

57.     Wagner Kia advised Plaintiff Makie that her vehicle would require a cylinder cleaning at an out-of-pocket cost of approximately $320. Plaintiff Makie was also informed that her vehicle may need an engine replacement.

58.     Wagner Kia advised Plaintiff Makie that her vehicle's warranty does not cover "oil burning" and denied her warranty coverage.

59.     Since first experiencing low engine oil, Plaintiff Makie has had to add oil to her vehicle approximately every 2-3 weeks. Currently, Plaintiff Makie is adding 2 quarts of oil every 2 weeks, or approximately every one quart every 320 miles.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

60. Plaintiff Makie's vehicle has approximately 93,000 miles on it on the date of the filing of this second amended complaint and is covered by Kia's warranty, as described herein.

61. At all times relevant herein, Plaintiff Makie adhered to Kia's recommended maintenance intervals.

62. Plaintiff Makie has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Oil Consumption Defect, including, but not limited to, out-of-pocket losses associated with the Oil Consumption Defect, diminished value of her vehicle, and other consequential damages.

63. Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Makie of the existence of the Defect prior to, or any time after, her purchase.

## 4. Plaintiff Joseph Cabral

64. Plaintiff Joseph Cabral is a resident and citizens of Lakeville, Massachusetts. He purchased a used 2018 Hyundai Tucson (VIN: KM8J3CA47JU730220) in December 2018 from Silko Honda in Raynham, Massachusetts. The vehicle had approximately 12,000 miles on it at the time of purchase.

65. Prior to purchasing the car, Plaintiff Cabral reviewed the Monroney sticker on the vehicle and took it for a test drive. He also had done online research at the manufacturers website on the vehicle prior to purchasing. The online information was favorable for the Tucson and the vehicle test drove perfectly.

66. Plaintiff Cabral reviewed the vehicle's warranty and discussed it with Hyundai sales representatives prior to his purchase. He was told by the sales representatives that the warranty covers the vehicle bumper to bumper for 5 years or 60,000 miles and the vehicle's drivetrain for 10 years or 10,000 miles.

67. However, the vehicle suffers from excessive oil consumption that arose

**SECOND AMENDED CLASS ACTION COMPLAINT**

when the vehicle was nearing 60,000 miles.

68.     Plaintiff Cabral had an oil consumption test performed on his vehicle by an authorized Hyundai dealership beginning September 3, 2022, at 75,529 miles.  On September 10, 2022, at 75,523 miles, 1quart of oil was added. On November 11, 2022, at 76,510 miles, the dipstick showed that the oil level was full. The oil consumption test is ongoing.

69.     At the time of the original complaint, Plaintiff Cabral's vehicle consumed oil at a rate of 2 to 3 quarts between oil changes at 5,000 mile intervals.  Currently, it consumes approximately 1 quart per 1,000 miles.

70.     Plaintiff Cabral's vehicle had approximately 76,500 miles on it on the date of the filing of the first amended complaint in this matter.  The vehicle currently has approximately 79,000 miles on it.

71.     Plaintiff Cabral still owns the vehicle.

72.     At all times relevant herein, Plaintiff Cabral adhered to Hyundai's recommended maintenance intervals.

73.     Plaintiff Cabral has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Oil Consumption Defect, including, but not limited to, out-of-pocket losses associated with the Oil Consumption Defect, diminished value of his vehicle, and other consequential damages.

74.     Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Cabral of the existence of the Oil Consumption Defect prior to, or any time after, his purchase.

**5.     Plaintiff Anna Chmura**

75.     Plaintiff Anna Chmura is a resident and citizen of Oak Creek, Wisconsin. She purchased a new 2018 Hyundai Santa Fe Sport (VIN: 5NMZT3LB6JH062405) containing a 2.4L Theta II GDI on May 5, 2018 from Rosen Hyundai in Greenfield, Wisconsin.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

76.     Plaintiff Chmura researched the vehicle on Hyundai's website, reviewed Hyundai marketing and promotional materials available at the dealership, and spoke with Hyundai sales representatives before purchasing the Class Vehicle. Plaintiff Chmura also reviewed the vehicle's Monroney sticker prior to purchase.

77.     Plaintiff Chmura reviewed the warranty that came with her 2018 Hyundai Santa Fe Sport prior to purchasing it.

78.     On or about December 13, 2021, while driving on the highway, Plaintiff Chmura's vehicle suddenly decreased in acceleration, and came to a complete stop at a stop sign while exiting the highway.

79.     With the assistance of bystanders, the vehicle was pushed to a parking lot. Plaintiff Chmura's boyfriend checked the dip stick in her oil reservoir, and learned that her engine oil level was low. She was surprised to learn that, since she had just recently had the oil changed in her vehicle.

80.     Plaintiff Chmura contacted Hyundai's corporate customer service regarding the low oil level in her vehicle and was denied warranty repairs.

81.     As a result, Plaintiff Chmura towed her vehicle to a Cartech Collision to have it further evaluated.

82.     The mechanic advised Plaintiff Chmura that her vehicle's engine oil was very low and that her engine needed to be replaced.

83.     Plaintiff Chmura paid approximately $5,055 for the engine replacement.

84.     Plaintiff Chmura's vehicle has approximately 100,000 miles on it on the date of the filing of this second amended complaint and is covered by Hyundai's warranty, as described herein. Hyundai's representatives incorrectly informed Plaintiff Chmura that her vehicle was not covered by Hyundai's warranty because the warranty lasted only 5 years or 50,000 miles.

85.     At all times relevant herein, Plaintiff Chmura adhered to Hyundai's recommended maintenance intervals.

86.     Plaintiff Chmura has suffered an ascertainable loss as a result of

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  Defendants' omissions and/or misrepresentations associated with the Oil

2  Consumption Defect, including, but not limited to, out-of-pocket losses associated

3  with the Oil Consumption Defect, diminished value of her vehicle, and other

4  consequential damages.

5      87.   Neither Defendants, nor any of their agents, dealers, or other

6  representatives informed Plaintiff Chmura of the existence of the Oil Consumption

7  Defect prior to, or any time after, her purchase.

8                      **6.**   **Plaintiff Catherine Little**

9      88.   Plaintiff Catherine Little is a resident and citizen of Dripping Springs,

10  Texas.  She purchased a 2017 Hyundai Sonata (VIN: 5NPE24AF1HH540823)

11  containing a 2.4L Theta II engine on July 6, 2017 from South Point Hyundai in

12  Austin, Texas.

13      89.   Plaintiff Little visited Hyundai's website, reviewed Hyundai promotional

14  material and television advertisements, spoke with Hyundai sales representatives, test

15  drove the vehicle, and reviewed the Monroney (window) sticker prior to purchase.

16      90.   Plaintiff Little's purchase was motivated in large part by Hyundai's

17  advertising and promotional materials touting the 100,000 mile warranty and low cost

18  of ownership.  Plaintiff Little reviewed the warranty prior to purchase.

19      91.   On October 15, 2020, Plaintiff Little's spouse took the Sonata on a trip to

20  Orange, Texas. While on the trip, the car began to stall and stutter while not being

21  able to drive a normal speed on the highway.  Plaintiff Little's spouse pulled into an

22  auto parts store and had the oil checked. An employee at the auto parts store stated

23  that the oil was 2.5 quarts low. Thereafter, he purchased oil to top off the vehicle and

24  continued his trip and return home.

25      92.   Following this trip on October 16, 2020, Plaintiff Little took the car

26  into South Point Hyundai for warranty service.  At that time, the Sonata had 92,983

27  miles on it.  Plaintiff presented her vehicle for warranty repairs because of the oil

28  consumption issue and South Point Hyundai scheduled an oil consumption test on

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

October 24, 2020 with instructions to Plaintiff to return between 1,000 and 1,200 miles. The oil was observed to be low following the test, but South Point Hyundai could not confirm or deny that the oil consumption test had failed.

93.     Upon information and belief, South Point Hyundai intentionally concealed that her vehicle had failed the oil consumption test in order to avoid providing her with warranty repairs because she was nearly outside the mileage limits for the powertrain warranty on her Class Vehicle. By denying her warranty coverage, Plaintiff Little would be forced to pay for repairs that she was entitled to pursuant to the warranty. Plaintiff Little attempted to receive warranty coverage, and results of the oil consumption test, but she was refused both.

94.     On February 02, 2022, at 125,468 miles, Plaintiff Little presented her vehicle to South Point Hyundai for a 1,000 mile check after a top engine clean.  The engine oil was 3 quarts low.

95.     South Point Hyundai determined that the engine needed to be replaced at an estimated cost of $10,500.  At that time, South Point Hyundai required that the Sonata be held at South Point Hyundai until the replacement engine arrived for installation.  South Point estimated the time would be at least 3 to 4 months to get the engine in stock and installed.  They advised that Plaintiff Little was approximately number 45 (forty-five) in line for an engine replacement.  An HMA representative contacted Plaintiff Little and authorized her to rent a car with a cost of up to $45 per day.

96.     At that time HMA advised Plaintiff Little that they would replace the engine at no cost.  However, three days later HMA decided that they would not replace the engine and also would not pay for the rental.  They then offered to assist with 50% of the engine replacement at warranty rates.  Plaintiff Little refused and returned the rental car.

97.     Plaintiff Little sold the vehicle on or about July 23, 2022.  The vehicle had approximately 135,000 miles on it at the time of sale.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

98.     At all times relevant herein, Plaintiff Little adhered to or exceeded Hyundai's recommended maintenance intervals.  For example, the car received regular maintenance and oil changes were done on a regular basis with high quality synthetic oil used for changes in less than 5,000 miles intervals.  Oil changes were made at reputable facilities including South Point Hyundai dealership, Jiffy Lube, and Grease Monkey.   At least two times the car was taken to Grease Monkey, in February and October of 2021, the records noted there was no visible oil on the dip stick.  As noted herein, the oil consumption was a persistent issue, that continues through today.

99.     Plaintiff Little has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Oil Consumption Defect, including, but not limited to, out-of-pocket losses associated with the Oil Consumption Defect, diminished value of her vehicle, and other consequential damages.

100.   Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Little of the existence of the Oil Consumption Defect prior to, or any time after, her purchase.

### 7.     Plaintiffs Luticia Thompson and Thomas Thompson

101.   Plaintiffs Luticia Thompson and Thomas Thompson are residents and citizens of Burlington, Kentucky. They purchased a certified pre-owned 2016 Kia Sorento (VIN: 5XYPHDA16GG144291) containing a 2.0L Theta II engine on May 15, 2018 from Kings Kia in Cincinnati, Ohio.  The pre-owned vehicle came with a 100,00-mile Kia warranty as part of the "certified pre-owned" package offered by the dealership and Kia.  According to Kia, each Certified Pre-owned vehicle must pass a 165-point inspection to make sure they "meet our highest standard."[6]

102.   The Thompson Plaintiffs visited Kia's website, spoke with Kia sales representatives, test drove the vehicle, and reviewed the vehicle's Monroney

---

[6] https://www.kia.com/us/en/cpo/benefits (last visited April 5, 2023).

**SECOND AMENDED CLASS ACTION COMPLAINT**

(window) sticker prior to purchase.

103.    The Thompson Plaintiffs reviewed the warranty and discussed the warranty with Kia sales representatives prior to purchase.

104.    On April 9, 2021, at 54,246 miles, the Thompson Plaintiffs presented their vehicle to Jake Sweeney Kia for an oil change.  Jake Sweeney Kia found a leak during the oil change.  The leak was repaired at the Thompson Plaintiffs' expense.

105.    On February 18, 2022, at 64,373 miles, the Thompson Plaintiffs presented their vehicle to Jake Sweeney Kia in Florence, Kentucky for an oil consumption reading.  Jake Sweeney Kia performed a combustion chamber cleaning and changed the oil and filter at the Thompson Plaintiffs' expense.

106.    The vehicle currently has approximately 77,613 miles on it.

107.    The Thompson Plaintiffs still own the vehicle.

108.    At all times relevant herein, the Thompson Plaintiffs adhered to Kia's recommended maintenance intervals.

109.    The Thompson Plaintiffs have suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Oil Consumption Defect, including, but not limited to, out-of-pocket losses associated with the Oil Consumption Defect, diminished value of their vehicle, and other consequential damages.

110.    Neither Defendants, nor any of their agents, dealers, or other representatives informed the Thompson Plaintiffs of the existence of the Oil Consumption Defect prior to, or any time after, their purchase.

### 8.    Plaintiff Teyonne Boehm

111.    Plaintiff Teyonne Boehm is a resident and citizen of Holtsville, New York.  She purchased a new 2014 Hyundai Elantra (VIN: KMHD35LH4FU191070) containing a Nu GDI engine on July 4, 2014 from Centereach Hyundai in Centereach, New York.

112.    Plaintiff Boehm spoke with Hyundai sales representatives, and also

19
**SECOND AMENDED CLASS ACTION COMPLAINT**

reviewed the vehicle's Monroney (window) sticker prior to purchase.

113.   Plaintiff Boehm had previously reviewed the vehicle's warranty online during her research prior to the purchase.  One of the reasons for her purchase was her knowledge of the 10 year 100,000 mile warranty.

114.   Plaintiff Boehm's vehicle consumes oil at a rate of up to four quarts every 3,000 miles.

115.   Plaintiff Boehm's vehicle is exhibiting engine knocking and premature wear on the catalytic converter and spark plugs.

116.   Plaintiff Boehm presented the vehicle to an authorized Hyundai dealership on August 2, 2021, at 60,220 miles because a recent oil change had found that the vehicle was 2 quarts low on oil and the check engine light was on.  The dealership performed an oil change and began an oil consumption test.

117.   Pursuant to the oil consumption test, on September 3, 2021, at 61,177 miles, the Hyundai dealership added .5 quarts of oil.  On September 29, 2021, at 62,257 miles, the dealership added 1.5 quarts of oil.  On November 13, 2021, at 63,287 miles, the dealership added 2 quarts of oil.

118.   In November of 2022 the vehicle had a combustion chamber cleaning at her expense.   Plaintiff Boehm was advised that the catalytic converter is going out and the vehicle remains sluggish.

119.   Plaintiff Boehm's vehicle had approximately 72,000 miles on it on the date of the filing of the first amended complaint in this matter. The vehicle currently has approximately 76,000 miles on it and is consuming oil at a rate of about 3.5 quarts every three thousand miles.

120.   Plaintiff Wolff still owns the vehicle.

121.   At all times relevant herein, Plaintiff Boehm adhered to Hyundai's recommended maintenance intervals.

122.   Plaintiff Boehm has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Oil

1 Consumption Defect, including, but not limited to, out-of-pocket losses associated

2 with the Oil Consumption Defect, diminished value of her vehicle, and other

3 consequential damages.

4      123.   Neither Defendants, nor any of their agents, dealers, or other

5 representatives informed Plaintiff Boehm of the existence of the Oil Consumption

6 Defect prior to, or any time after, her purchase.

7           **9.    Plaintiff Linda Learn**

8      124.   Plaintiff Linda Learn is a resident and citizen of Dunmore, Pennsylvania.

9 She purchased a new 2020 Hyundai Kona (VIN: KM8K2CAAXLU547989)

10 containing a Nu MPI engine in June 2020 from Motorworld in Wilkes-Barre,

11 Pennsylvania.

12      125.   Plaintiff Learn researched the vehicle on Hyundai's website, spoke with a

13 sales representative, and test drove the vehicle before purchase.  She also reviewed the

14 vehicle's Monroney (window) sticker prior to purchase.

15      126.   Plaintiff Learn learned about the vehicle's warranty from a sales

16 representative prior to purchase.

17      127.   Plaintiff Learn's vehicle suffered engine failure at 13,627 miles.  The

18 vehicle was towed to a dealership where it was discovered that the engine was out of

19 oil.  The engine was replaced under warranty.

20      128.   Plaintiff Learn's vehicle had approximately 20,502 miles on it on the date

21 of the filing of the first amended complaint in this matter.  The vehicle currently has

22 approximately 23,800 miles on it.

23      129.   Plaintiff Learn still owns the vehicle.

24      130.   At all times relevant herein, Plaintiff Learn adhered to Hyundai's

25 recommended maintenance intervals.

26      131.   Plaintiff Learn has suffered an ascertainable loss as a result of

27 Defendants' omissions and/or misrepresentations associated with the Oil

28 Consumption Defect, including, but not limited to, out-of-pocket losses associated

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1   with the Oil Consumption Defect, diminished value of her vehicle, and other

2   consequential damages.

3       132.   Neither Defendants, nor any of their agents, dealers, or other

4   representatives informed Plaintiff Learn of the existence of the Oil Consumption

5   Defect prior to her purchase.  Plaintiff Learn received a recall notice from Hyundai

6   regarding oil consumption, but was told upon inspection by a dealership prior to the

7   engine failure that her vehicle was not experiencing the issue.

8               **10.   Plaintiff Ember Wallace**

9       133.   Plaintiff Ember Wallace is a resident and citizen of Fort Wayne, Indiana.

10  She purchased a new 2019 Kia Optima (VIN: 5XXGT4L37KG284330) containing

11  GDI Theta II engine on May 10, 2019 from Bob Rohrman Fort Wayne Kia in Fort

12  Wayne, Indiana.

13      134.   Plaintiff Wallace spoke with Kia sales representatives, test drove the

14  vehicle and reviewed the vehicle's Monroney (window) sticker prior to purchase.  The

15  Monroney sticker from Wallace's vehicle is produced in part below[7] including the

16



17

18

19

20

21

22

23

24

25

26

27

---

28  [7] A scan was not available and two pictures were taken than were then utilized to create an accurate
representation of the original below.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

warranty representations that Kia includes on every such sticker.

135.   Plaintiff Wallace discussed the warranty with Kia sales representatives prior to purchase.

136.   Plaintiff's vehicle began consuming excessive amounts of oil at around 42,000 miles.

137.   Plaintiff Wallace's vehicle underwent three oil consumption tests at an authorized Kia dealership.  On September 2, 2021, at 53,515 miles, after one of the 1,000-mile oil consumption tests, the vehicle was 4 quarts low on oil.  Plaintiff Wallace returned the vehicle to the dealership at a later time for an "overnight soak."

138.   On February 16, 2022, at 55,639 miles, Plaintiff Wallace presented the vehicle to the Kia dealership with the check engine light on.  The dealership replaced the spark plugs at Plaintiff's cost.

139.   On May 3, 2022, at 59,965 miles, Plaintiff Wallace presented the vehicle to the Kia dealership with the oil light on.  The vehicle was repaired at Plaintiff's expense.

140.   Plaintiff's vehicle consumes oil at a rate of approximately 2 quarts per 1,000 miles.

141.   Plaintiff's vehicle had approximately 67,302 miles on it on the date of the filing of the first amended complaint in this matter.  The vehicle currently has approximately 72,000 miles on it.

142.   Plaintiff Wallace still owns the vehicle.

143.   At all times relevant herein, Plaintiff Wallace adhered to Kia's recommended maintenance intervals.

144.   Plaintiff Wallace has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Oil Consumption Defect, including, but not limited to, out-of-pocket losses associated with the Oil Consumption Defect, diminished value of their vehicle, and other consequential damages.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

145.   Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Wallace of the existence of the Oil Consumption Defect prior to, or any time after, their purchase.

**11.    Plaintiffs Stephan Hieschler and Laurie Nelson**

146.   Plaintiffs Stephan Hielscher and Laurie Nelson, husband and wife, are residents and citizens of Belmont, California.  Plaintiff Hielscher purchased a new 2015 Kia Soul Exclaim (VIN: KNDJX3A56F7167930) containing a NU GDI engine for Plaintiff Nelson on July 15, 2015 from Michael Stead's Hilltop Kia in Richmond, California.

147.   Plaintiff Hielscher researched the vehicle on Kia's website, reviewed Kia's marketing and promotional materials available at the dealership, spoke to Kia sales representatives, and reviewed the vehicle's Monroney (window) sticker prior to purchase.

148.   Plaintiff Hielscher reviewed the owner's service and warranty information manuals provided with the vehicle at the time of purchase.  He also reviewed the warranty information found on the Monroney sticker prior to the purchase.  Kia's representations included, as an attestation to a promise of quality, longevity, and commitment to customer satisfaction, a promise of trouble-free ownership via the provision of a 10-Year/100,000 Mile Limited Powertrain Warranty and 5-Year/60,000 Mile Limited Basic Warranty.

149.   Plaintiff Hielscher, in making his purchase decision, relied on the warranties provided by Kia as of utmost importance.  In his opinion, Kia had not yet established itself as a reliable vehicle brand in the USA, and without the exceptional warranty promises that Kia offered it would not a good purchase decision or economically viable to own a Kia. Kia's warranties assured Plaintiff Hielscher that the cost of repairs due to failures of major drivetrain components and vehicle systems during the warranty periods would be repaired by Kia at no additional cost.

150.   On January 23, 2022, with approximately 74,000 miles on the vehicle,

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

24

Plaintiff Hielscher performed a routine maintenance check on the vehicle, as he did throughout his ownership. He noted for the first time that the oil level was well below the level able to be read on the dipstick. At this time, he began to closely monitor ongoing oil consumption.

151.   By late May 2022, with approximately 78,000 miles on the vehicle, Plaintiff Hielscher had added one quart of oil to the vehicle at about every fuel refill to keep the oil at the recommended level, which meant that the oil consumption problem exceeded two or more quarts of oil per 1,000 miles.

152.   On June 10, 2022, with 78,656 miles on the vehicle, Plaintiff Nelson took the vehicle to an authorized Kia dealership with a complaint of excessive oil consumption and engine noise and asked the dealer to diagnose the problem and perform scheduled maintenance and warranty repairs as needed. The dealership documented the excessive oil consumption complaint, drained and refilled the engine oil with the addition of premium engine oil conditioners, replaced the oil filter, and performed an engine crankcase cleaning procedure, all at Plaintiff's expense. Kia dealership reported that this was the recommended service action to repair the excessive oil consumption problems that Plaintiffs had been experiencing.

153.   At this time, the Kia dealership represented in writing and in person that the car was not covered under Kia's warranty, that the crankcase cleaning and additives were not covered by warranty, and that the limited powertrain warranty had expired at 60,000 miles. Plaintiff Hielscher was aware of the original owner 100,000-mile warranty coverage and in a follow-up communication, he informed the Kia service advisor that their representation about warranty expiration was incorrect and asked them to correct their records.

154.   On August 5, 2022, with 81,198 miles on the vehicle, Plaintiff Hielscher returned the vehicle to the authorized Kia dealership to follow up on the oil consumption complaint, because the issue remained unresolved. Oil consumption had continued unabated since January 2022.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

155.   On September 16, 2022, with 82,203 miles on the vehicle, Plaintiff Nelson returned the car to the authorized Kia dealership for completion of the first 1,000-mile oil consumption test. At that time the dealer service department informed Plaintiff that their car failed the first oil consumption test and needed to have the combustion chamber cleaning repair performed as recommended by Kia America.

156.   The Kia service advisor repeated the claim that Plaintiffs' vehicle was out of warranty and that the prescribed repair would not be covered under warranty. Plaintiff Hielscher informed the advisor that he would escalate the coverage dispute to Kia America, Inc. and would schedule the repair when he had confirmation that the repair was or was not covered under the Kia limited powertrain warranty.

157.   On September 21, 2022, Plaintiff Hielscher contacted Kia's Consumer Assistance Center ("CAC"), via their website and phone number. CAC opened case# 15059710. In addition, the CAC made the following verbal representations:

a.   Kia's limited power train warranty will not apply to recommended service maintenance items as documented in the limitations of the written warranty and recommended maintenance schedule.

b.   Plaintiff Hielscher's Kia is covered under Kia's 10 year/100,000 mile limited powertrain warranty which was in effect at this time.

c.   Plaintiff Hielscher's Kia is further covered under a 15 year/150,000 mile warranty extension coverage for the engine as a result of engine failure and fire class action lawsuits.

d.   Kia CAC agreed to escalate this case for internal review within Kia Motors America, Inc. to determine if they would cover the Combustion Chamber Cleaning Repair procedure as documented in TSB #222. Further, Kia Motors America, Inc. would review the case with their dealer and regional service organization to determine if it will be covered or expense for repair will be refunded if already paid.

158.   Plaintiff Hielscher informed the Kia CAC that he would be going ahead

to schedule repairs with the Kia authorized dealership.

159.   On September 27, 2022, Plaintiff Hielscher received an email from Kia CAC stating that "The Combustion Chamber Process is considered maintenance and expense would not be covered or reimbursed." Following this email, KIA CAC closed the above-referenced case.

160.   On October 12, 2022 at 82,685 miles, Plaintiff Hielscher returned the car to the Kia authorized dealership to perform combustion chamber cleaning and to perform services required to prepare for a second oil consumption test. The combustion chamber cleaning cost approximately $1,250 and was completed at the Plaintiffs' expense.

161.   A second oil consumption test was begun on November 1, 2022.

162.   On November 8th, 2022, at 83,500 miles, the vehicle began to shake and pulsate, and the check engine light began flashing. Fearing an unsafe condition, Plaintiff Nelson returned home and scheduled to return the vehicle to the Kia dealership the next day.

163.   On November 9th, 2022, at 83,524 miles, Plaintiff Hielscher returned the car to the dealership and left it with them for repair. The engine was replaced with a remanufactured engine.  The vehicle was returned to Plaintiffs on or about February 24, 2023.

164.   The vehicle currently has approximately 85,000 miles on it.

165.   Plaintiffs Hielscher and Nelson still own the vehicle.

166.   At all times relevant herein, Plaintiff Hielscher adhered to or exceeded Kia's recommended maintenance intervals.

167.   Plaintiff Hielscher has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Oil Consumption Defect, including, but not limited to, out-of-pocket losses associated with the Oil Consumption Defect, diminished value of his vehicle, and other consequential damages.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

168.   Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Hielscher of the existence of the Oil Consumption Defect prior to, or any time after, his purchase.

**12.   Plaintiff Julie Jurgens**

169.   Plaintiff Julie Jurgens is a resident and citizen of San Pedro, California. She purchased a certified pre-owned 2017 Kia Sportage (VIN: KNDPM3AC6H7171058) containing a Theta II GDI engine on April 29, 2018 from Car Pros of Carson (now Kia of Carson) in Carson, California.

170.   Plaintiff Jurgens spoke with Kia sales representatives and test drove the vehicle prior to purchase.

171.   Plaintiff Jurgens reviewed the warranty and discussed it with Kia sales representatives prior to purchasing the vehicle.  Plaintiff Jurgens purchased an additional 10 year/100,000 mile warranty at the time of purchase.

172.   Plaintiff Jurgens noticed engine sputtering at around 38,000 miles.

173.   At approximately 50,500 miles, Plaintiff Jurgens presented the vehicle to a Kia dealership and informed them that the car had a potential oil leak.  The dealership did not diagnose a problem with the vehicle.

174.   An oil consumption test was started in January of 2022.  Three consecutive visits were made to monitor the oil consumption with a final evaluation in March of 2022.  Kia confirmed that the vehicle was consuming excessive amounts of oil but did not recommend any type of solution or remedy.  Instead, she was advised to continue to fill the vehicle with oil when it was low.

175.   Plaintiff Jurgens' vehicle consumed oil at a rate of up to five quarts per 800 miles.

176.   Plaintiff Jurgens' vehicle suffered engine failure at 75,616 miles.  Kia declined to pay for the engine replacement under warranty.  The engine was replaced at around November 10, 2022.  The cost of the replacement $7,694.61. Plaintiff Jurgens bore some costs associated with the replacement.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1    177.   The vehicle currently has approximately 80,000 miles on it.

2    178.   Plaintiff Jurgens still owns the vehicle.

3    179.   At all times relevant herein, Plaintiff Jurgens adhered to Kia's
4    recommended maintenance intervals.

5    180.   Plaintiff Jurgens has suffered an ascertainable loss as a result of
6    Defendants' omissions and/or misrepresentations associated with the Oil
7    Consumption Defect, including, but not limited to, out-of-pocket losses associated
8    with the Oil Consumption Defect, diminished value of her vehicle, and other
9    consequential damages.

10   181.   Neither Defendants, nor any of their agents, dealers, or other
11   representatives informed Plaintiff Jurgens of the existence of the Oil Consumption
12   Defect prior to, or any time after, her purchase.

13   **13.   Plaintiffs Jean Connatser and David Connatser**

14   182.   Plaintiffs Jean Connatser and David Connatser are residents and citizens
15   of Powell, Tennessee.  Plaintiff David Connatser purchased a new 2018 Kia Optima
16   (VIN: 5XXGT4L39JG178718) containing a Theta II GDI engine on October 4, 2017
17   from Parkside Kia in Knoxville, Tennessee.

18   183.   Plaintiff David Connatser spoke to Kia sales representatives, test drove
19   the vehicle, and reviewed the Monroney (window) sticker prior to purchase.

20   184.   Plaintiff David Connatser discussed the warranty with Kia sales
21   representatives and was told that the motor was covered for 100,000 miles.

22   185.   The Connatser Plaintiffs became aware that the vehicle was consuming
23   excessive amounts of oil at around 70,000 miles.

24   186.   On November 19, 2021, at 69,813 miles, the Connatser Plaintiffs
25   presented the vehicle to an authorized Kia dealership for an oil change and an oil
26   consumption test was started.

27   187.   On January 10, 2022, at 72,487 miles, the Connatser Plaintiffs returned
28   the vehicle to the dealership.  The dealership topped off the oil (without specifying

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

29

**SECOND AMENDED CLASS ACTION COMPLAINT**

how much oil was required to do so) and advised the Connatser Plaintiffs to return in 1,000 miles.

188.   On January 28, 2022, at 73,265 miles, the Connatser Plaintiffs returned the vehicle to the dealership.  The dealership added .7 quarts of oil to the vehicle.

189.   On June 8, 2022, at 80,096 miles, the Connatser Plaintiffs presented the vehicle to the dealership for an oil change and another oil consumption test was started.

190.   On July 5, 2022, at 81,374 miles, the Connatser Plaintiffs presented the vehicle to the dealership for an oil level check.  The dealership found that the vehicle was 1 quart low on oil, topped off the oil, and advised the Connatser Plaintiffs to return in 1,000 miles.

191.   On July 29, 2022, at 82,248 miles, the Connatser Plaintiffs presented the vehicle to the dealership for an oil level check.  Again, the dealership found that the vehicle was 1 quart low on oil and advised the Connatser Plaintiffs to return in 1,000 miles for an oil level check.

192.   The Connatser Plaintiffs' vehicle c had 89,000 miles on it on the date of the filing of the first amended complaint in this matter.  Currently the vehicle has approximately 96,630 miles, and is consuming oil at the rate of approximately one quart every eight hundred miles.

193.   The Connaster Plaintiffs' still own the vehicle.

194.   At all times relevant herein, The Connatser Plaintiffs adhered to Kia's recommended maintenance intervals.

195.   The Connatser Plaintiffs suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Oil Consumption Defect, including, but not limited to, out-of-pocket losses associated with the Oil Consumption Defect, diminished value of their vehicle, and other consequential damages.

196.   Neither Defendants, nor any of their agents, dealers, or other

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1 representatives informed the Connatser Plaintiffs of the existence of the Oil

2 Consumption Defect prior to, or any time after, their purchase.

3 **14.   Plaintiffs Amy Craft and Stacy Craft**

4 197.   Plaintiffs Amy Craft and Stacy Craft are residents and citizens of

5 Georgetown, Texas. Amy Craft[8] purchased a new 2015 Kia Soul

6 (VIN:  KNDJN2A22F7140312) containing a GDI Gamma engine on November 28,

7 2014 from Aloha Kia in Honolulu, Hawaii.

8 198.   Plaintiff Amy Craft spoke with Kia sales representatives, test drove the

9 vehicle, and reviewed the vehicle's Monroney (window) sticker prior to purchasing



NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

---

[8] The vehicle was originally registered to Amy Craft and Valerie Baggett, but is currently registered to Amy Craft and Stacy Craft.

**SECOND AMENDED CLASS ACTION COMPLAINT**

the vehicle. The Monroney sticker from Craft's vehicle is produced in part below, including the warranty representations that Kia includes on every such sticker.

199.   Plaintiff Amy Craft reviewed the warranty and discussed the warranty with Kia sales representatives prior to purchase, specifically the 10 year, 100,000 mile term of the warranty.

200.   The Craft Plaintiffs realized that their vehicle was burning excessive oil when they had the oil changed in January 2022 at 79,856 miles.

201.   The Craft Plaintiffs presented the vehicle to a Kia dealership on January 18, 2022, at 81,291 miles, and began an oil consumption test.

202.   On March 1, 2022, at 83,585 miles, the Craft Plaintiffs presented the vehicle to the Kia dealership for the second stage of the oil consumption test, whereupon the vehicle was found to be less than one quart low on oil.

203.   On March 19, 2022, at 84,867 miles, the Craft Plaintiffs presented the vehicle to the Kia dealership for the third oil consumption test, whereupon the dealership determined that the oil consumption issue had been fixed with a combustion chamber cleaning.

204.   On September 27, 2022, at 93,628 miles, the Craft Plaintiffs presented the vehicle to the Kia dealership for another oil consumption test. The vehicle was found to be .25 quarts low on oil.

205.   On October 26, 2022, at 94,615 miles, the Craft Plaintiffs returned the vehicle to the Kia dealership in accordance with the oil consumption testing, whereupon the vehicle was found to be 1 quart low on oil, "within Kia specifications for oil consumption."

206.   On November 7, 2022, at 95,097 miles, the Craft Plaintiffs presented the vehicle to the Kia dealership with the check engine light on. The dealership determined that the catalytic converter needed to be replaced and replaced it under "one time warranty good will."

207.   As of the date of the first amended complaint, the Craft Plaintiffs' vehicle

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

is currently consuming oil at rate of approximately .92 quarts per 1,000 miles. The vehicle is still consuming oil.

208.   The Craft Plaintiffs' vehicle had approximately 95,339 miles on it on the date of the filing of the first amended complaint in this matter.  The vehicle currently has approximately 99,249 miles on it.

209.   The Craft Plaintiffs still own the vehicle.

210.   At all times relevant herein, the Craft Plaintiffs adhered to Kia's recommended maintenance intervals.

211.   The Craft Plaintiffs have suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Oil Consumption Defect, including, but not limited to, out-of-pocket losses associated with the Oil Consumption Defect, diminished value of the vehicle, and other consequential damages.

212.   Neither Defendants, nor any of their agents, dealers, or other representatives informed the Craft Plaintiffs of the existence of the Oil Consumption Defect prior to, or any time after, their purchase.

**B.**   **DEFENDANTS**

1.   **Hyundai Motor America and Hyundai Motor Company**

213.   Defendant Hyundai Motor Company, Ltd. ("HMC") is a South Korean multinational automaker headquartered in Seoul, South Korea. HMC is the parent corporation of Hyundai Motor America, Inc. ("HMA").

214.   Defendant HMC is a multinational corporation with over 75,000 employees worldwide. HMC is currently the fifth largest automobile manufacturer in the world. HMC, through its various entities, designs, manufactures, markets, distributes and sells Hyundai automobiles in California and multiple other locations in the United States.

215.   Defendant HMA is incorporated and headquartered in the State of California with its principal place of business at 10550 Talbert Avenue, Fountain

Valley, California 92708. HMA is HMC's U.S. sales and marketing division, which oversees sales and other operations across the United States. HMA distributes Hyundai vehicles and sells these vehicles through its network of dealerships that are the agents of HMA and HMC. Money received from the purchase of a Hyundai vehicle from a dealership flows from the dealer to HMA.

216.   There exists, and at all times herein existed, a unity of ownership among HMC, HMA and their agents such that any individuality or separateness between them has ceased and each of them is the alter ego of the others.

217.   Upon information and belief, Defendant HMC communicates with Defendant HMA concerning virtually all aspects of the Hyundai products it distributes within the United States.

218.   Upon information and belief, Defendants HMA and HMC developed the window (Monroney) stickers, post-purchase owner's manuals, warranty booklets, and information included in maintenance recommendations and/or schedules for the Hyundai Class Vehicles.

219.   Upon information and belief, Defendants HMA and HMC developed the post-purchase owner's manuals, warranty booklets and information included in maintenance recommendations and/or schedules for the Hyundai Class Vehicles.

220.   HMA and HMC are collectively referred to in this Complaint as "Hyundai" or "Defendants" unless identified separately.

221.   Hyundai engages in continuous and substantial business in California.

## 2.   Kia America, Inc. and Kia Motors Corporation

222.   Defendant Kia Motors Corporation ("KMC") is a multinational South Korean corporation with over 52,000 employees worldwide. Kia America, Inc., through its various entities, designs, manufactures, markets, distributes and sells Kia automobiles in California and throughout the United States.

223.   Defendant Kia America, Inc. ("Kia") is incorporated and headquartered in the state of California with its principal place of business at 111 Peters Canyon

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Road, Irvine, California 92606. KMC is the parent corporation of Kia. Kia is the U.S. sales and marketing division of its parent company, Kia Motors Corporation, which oversees sales and other operations across the United States. Kia distributes Kia vehicles and sells these vehicles through its network of dealerships. Money received from the purchase or lease of a Kia vehicle from a dealership flows from the dealer to Kia.

224.   As of December 2021, KMC's largest shareholder is Hyundai Motor Company, which holds 33.88 percent of KMC's stock.[9]

225.   Upon information and belief, the distribution, service, repair, installation, and decisions regarding the Engines as they relate to the engine defect within the Kia Class Vehicles were all performed by Defendant Kia.

226.   Upon information and belief, Defendant Kia developed the window (Monroney) stickers, post-purchase owner's manuals, warranty booklets, and information included in maintenance recommendations and/or schedules for the Kia Class Vehicles.

227.   Kia engages in continuous and substantial business in California.

**3.   <u>The Relationship Among the Defendants</u>**

228.   HMA and Kia are both part of the South Korea-based Hyundai Motor Group conglomerate.

229.   Defendants share factories, parts, and intellectual property.

230.   The engines that are the subject of this litigation were manufactured by Hyundai and used in both Hyundai and Kia automobiles.

231.   On information and belief, Defendants jointly determined a response to the complaints of Class Members.

**IV.   <u>CALIFORNIA LAW APPLIES TO THE NATIONWIDE CLASS</u>**

232.   It is appropriate to apply California law to the nationwide claims because

---

[9] https://worldwide.kia.com/int/company/sustainability/sustainability-report (2022 Sustainability Report, pg. 48) (last visited April 5, 2023).

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

California's interest in this litigation exceeds that of any other state.

233.    Defendant HMA is located in Fountain Valley, California and is the sole entity in the United States responsible for distributing, selling, leasing, and warranting Hyundai vehicles.

234.    Defendant Kia America, Inc. is located in Irvine, California and is the sole entity in the United States responsible for distributing, selling, leasing, and warranting Kia vehicles.

235.    HMA and Kia both maintain their customer relations, engineering, marketing, and warranty departments at their corporate headquarters in this district. HMA's customer service complaint address is Hyundai Motor America, P.O. Box 20850, Fountain Valley, CA 92728-0850. Kia's customer service complaint address is Kia Motors America Consumer Affairs Department, P.O. Box 52410, Irvine, California 92619-2410. HMA's and Kia's customer relations departments are responsible for fielding customer complaints and monitoring customer complaints posted to their respective websites or third-party websites.

236.    HMA's and Kia's warranty and engineering departments are both responsible for the decisions to conceal the engine defect from HMA's and Kia's respective customers, and for neglecting to inform consumers of the Defect.

237.    Based on the foregoing, such policies, practices, acts, and omissions giving rise to this were developed in, and emanated from, Hyundai's headquarters in Fountain Valley, California and Kia's headquarters in Irvine, California. As detailed below, HMA and Kia also came to know, or should have come to know, of the engine defect through the activities of their divisions and affiliated entities located within California. Accordingly, the State of California has the most significant relationship to this litigation and its law should govern.

## V.    <u>TOLLING OF STATUTES OF LIMITATIONS</u>

238.    Any applicable statute(s) of limitations have been tolled by Defendants' knowing and active concealment and denial of the facts alleged herein. Plaintiffs and

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

the members of the Class could not have reasonably discovered the true, latent nature of the Oil Consumption Defect until shortly before this class action litigation was commenced.

239.   In addition, even after Plaintiffs and Class Members contacted Defendants and/or their authorized dealers for vehicle repairs concerning the Oil Consumption Defect, they were routinely told by Defendants and/or through their dealers that the Class Vehicles were not defective. As described below, the Oil Consumption Defect causes oil consumption which can, over time, lead to premature and catastrophic engine failure in the Class Vehicles.

240.   Defendants were and remain under a continuing duty to disclose to Plaintiffs and the Members of the Class the true character, quality, and nature of the Class Vehicles, that the manufacturing defect will result in excessive oil consumption and eventually catastrophic engine failure, that they will require costly repairs, pose safety concerns, and diminish the resale value of the Class Vehicles. As a result of the active concealment by Defendants, any and all applicable statutes of limitations otherwise applicable to the allegations herein have been tolled.

## VI.   FACTUAL ALLEGATIONS

### A.   Defendants' Marketing of the Class Vehicles

241.   Hyundai designs, engineers, manufactures and sells vehicles throughout the United States through its network of authorized motor vehicle dealers.

242.   Hyundai is the fifth largest automaker in the world,[10] with average annual sales for all vehicles, including the Class Vehicles, of over 700,000 vehicles in the U.S. in 2022[11] and over 3,200,000 vehicles globally.[12] Sales of the Elantra topped

---

[10] https://www.hyundai.com/worldwide/en/company/newsroom/hyundai-motor-rises-to-top-five-automotive-brands-in-interbrand%25E2%2580%2599s-2020-global-brand-ranking-0000016554 (last visited April 5, 2023).

[11] https://www.goodcarbadcar.net/hyundai-us-sales-figures/ (last visited April 5, 2023).

[12] https://www.hyundai.com/worldwide/en/company/ir (last visited April 5, 2023).

**SECOND AMENDED CLASS ACTION COMPLAINT**

1   127,000 in 2021[13], sales of the Santa Fe exceeded 112,000 that year[14], and Sonata

2   sales were in excess of 83,000.[15]

3        243.   Hyundai's business is performing immensely well – even in the face of a

4   global pandemic. For example, in July 2021, it announced that it had had its largest

5   profit in seven years,[16] and its website indicates that in 2019, it had exceeded KRW

6   100 trillion in sales, its "highest ever sales figure, and the continuation of a long

7   history of solid performance."[17]

8        244.   Overall, Hyundai touts its vehicles' "high quality, dependability and

9   reliability" and that its "dedication and commitment to building vehicles of the highest

10  quality knows no bounds."[18]

11       245.   Kia designs, engineers, manufactures and sells vehicles throughout the

12  United States through its network of authorized motor vehicle dealers.

13       246.   Kia distributes and sells a complete line of Kia vehicles through more

14  than 755 dealers throughout the United States. Money received from the purchase or

15  lease of a Kia vehicle from a dealership flows from the dealer to Kia and KMC.

16       247.   Kia touts its vehicles' dependability: "In 2021, Kia ranked highest among

17  mass market brands in J.D. Power's Vehicle Dependability Study. The study

18  determines long-term reliability by measuring the number of problems in three-year-

19  old vehicles. Covering eight major categories, this year's study found that 2018 Kia

20  vehicles received the best scores in vehicle dependability among mass market

21  brands."[19]

22       248.   Like Hyundai, Kia's business is performing immensely well. In

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

---

[13] https://www.goodcarbadcar.net/hyundai-elantra-sales-figures/ (last visited April 5, 2023).
[14] https://www.goodcarbadcar.net/hyundai-santa-fe-sales-figures/ (last visited April 5, 2023).
[15] https://www.goodcarbadcar.net/hyundai-sonata-sales-figures/ (last visited April 5, 2023).
[16] https://www.bloomberg.com/news/articles/2021-07-22/hyundai-motor-posts-biggest-profit-in-seven-years-on-ev-models (last visited April 5, 2023).
[17] https://www.hyundai.com/worldwide/en/company/ir (last visited April 5, 2023).
[18] https://www.hyundaiusa.com/us/en/assurance/america-best-warranty (last visited Jan. 5, 2022).
[19] https://www.kia.com/us/en/why-kia (last visited March 15, 2022).

**SECOND AMENDED CLASS ACTION COMPLAINT**

September 2021, Kia announced that it had experienced its best-ever third-quarter
sales in company history for a total of 177,014 vehicles sold, and that this result has
contributed to Kia's highest ever sales performance for the first nine months of a
calendar year – a total of 555,525 vehicles – a nine-percent increase over the previous
first three-quarter sales record of 491,764 vehicles.[20]

### B.    Oil Consumption in the Class Vehicles

249.   As of 2017, Hyundai had built 5 million engines at its Alabama
manufacturing facility.[21]

250.   Hyundai acknowledges that "good [engine] performance characteristics
remain of prime importance," and claims that it "is trying to strike the perfect balance
between power and efficiency with special consideration to the environment. We are
committed to working towards better performance, higher efficiency and cleaner
emissions."[22]

251.   Hyundai advises customers that "[g]etting regular oil changes is easy and
can extend the life of your car. Engine oil is one of the most important fluids in your
car. As you drive, oil breaks down and is exposed to contaminants, reducing its
lubricating properties."[23]

252.   Hyundai further advises that most consumers should change their engine
oil every 6,000-7,500 miles.[24]

253.   Kia also advises customers that "oil stops the metal surfaces in your
engine from grinding together and wearing, by creating a separating oil film between

---

[20] https://www.prnewswire.com/news-releases/kia-america-sets-best-ever-third-quarter-sales-performance-in-company-history-301389546.html (last visited April 5, 2023).
[21] https://www.madeinalabama.com/2017/03/5-million-alabama-built-engines/ (last visited April 5, 2023).
[22] https://www.hyundai.com/in/en/hyundai-story/engine-and-performance (last visited March 16, 2022).
[23] https://owners.hyundaiusa.com/us/en/schedule-your-service/Hyundai-oil-change-near-me.html (last visited April 5, 2023).
[24] *Id.*

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

them. The oil also disperses heat and reduces wear, protecting the engine."[25]

254.   Kia further advises that consumers should change their engine oil every 7,500 miles.[26]

255.   Each of the engines installed in the Class Vehicles use reciprocating pistons to convert the pressure created by the combustion of gasoline mixed with air into a rotating motion. Gasoline, and only gasoline as a fuel, is mixed with air in the combustion chamber of the engine. To generate such rotating motion, a four-step sequence (the "Combustion Cycle") is used. First, the intake stroke begins with the inlet valve opening and an atomized fuel mixture is pulled into the combustion chamber. Second, the compression stroke begins with the inlet valve closing and the piston beginning its movement upward, compressing the air in the combustion chamber. Third, the power stroke begins when the spark plug ignites the fuel/air mixture, expanding the gases and generating power that is transmitted to the crankshaft. Fourth, the exhaust stroke begins with the exhaust valve opening and the piston moving up, pushing the exhaust gases out of the cylinder. The exhaust valve then closes, the inlet valve opens, and the Combustion Cycle repeats itself.  A diagram of the Combustion Cycle is below:

//

//

//

//

//

//

//

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

---

[25] https://www.kia.com/sg/service/car-car-tip.html (last visited April 5, 2023).
[26] https://owners.kia.com/content/owners/en/protect-your-kia/products-to-maintain.html (last visited April 5, 2023).

**SECOND AMENDED CLASS ACTION COMPLAINT**

Intake Stroke          Compression Stroke          Power Stroke          Exhaust Stroke

256.   During this process, engine oil is used to lubricate the piston, piston

rings, and the cylinder wall as the piston moves up and down. Engine oil reduces wear

on moving parts throughout the engine, improves sealing, and cools the engine by

carrying heat away from the moving parts. If there is an insufficient amount of engine

oil, the engine will not have the necessary lubrication or cooling, thereby causing

premature wear of internal parts, inadequate performance, oversaturation of carbon,

oil sludge within the engine and even catastrophic engine failure.

257.   The top sidewall of each engine piston in the Class Vehicles contains

flexible metal rings that when correctly sized, installed, and properly tensioned, are

intended to prevent engine oil from entering the combustion chamber, as well as

optimizing compression. On each piston within the Class Vehicles, there are three

rings: the top compression ring, the second compression ring, and the oil control ring.

//

//

//

//

//

//

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101



Each ring plays a role in preventing oil from entering the combustion chamber of the engine.

258.   The top ring in the Class Vehicles is a compression ring, which means it is responsible, in part, for separating the combustion chamber from the engine oil sump.  It is also responsible for forming a seal between the piston (the movable part of the combustion chamber) and the remaining fixed combustion chamber geometry such that the intake gases can be compressed.  It is the closest ring to the inlet valve which controls the flow of the combustion gases.  As such, the top compression ring is exposed to a significant amount of chemical corrosion and very high operating temperatures. The top compression ring transfers approximately 70% of the combustion chamber heat from the piston to the cylinder wall.

259.   The second piston ring in the Class Vehicles is also a compression ring and is used to augment and complete the seal of the combustion chamber.  It also acts as the final seal to wipe the cylinder wall clean of any remaining engine oil. Combustion gases that bypass the top compression ring are stopped by the second

1    compression ring.

2        260.   The bottom ring in the Class Vehicles, the oil control ring, is actually two

3    rings in one piston groove.  Its function is to control the amount of engine oil present

4    on the surface of the cylinder bore and to wipe excess oil from the cylinder wall

5    during piston movement.  The return of excess oil through the opening between the

6    two rings, through the oil drain holes, is directed to the engine oil pan (sump). The oil

7    control ring includes two thin rails or running surfaces.

8        261.   The pistons in the Class Vehicles move up and down within the cylinders

9    of the engine block in sliding contact. In this particular class of engines contained

10   within the Class Vehicles, the nitride heat-treating process for the piston oil rings is

11   done improperly which results in excessive oil ring hardness.

12       262.   Nitride heat treatment (also known as "Nitriding") is a surface hardening

13   process in which nitrogen atoms are diffused into the surface of ferrous materials at

14   sub-critical temperatures and react with base metal to form a hard, wear resistant, and

15   fatigue resistant nitride case below the surface. For this heat treatment process to work

16   as intended, it is critical that certain temperatures are obtained for certain durations of

17   time during the process. The critical temperatures necessary to achieve proper nitride

18   heat treatment were not achieved in the manufacturing of the oil control rings for the

19   Class Vehicles. As a result, the oil control rings in the Class Vehicles are defective

20   and are unable to carry out the intended purpose of controlling engine oil from

21   entering and being consumed during the Combustion Cycle, specifically the Power

22   Stroke.

23       263.   The intended purpose of the nitride heat-treating process is to maximize

24   efficient operation, defined as minimizing sliding friction and increasing combustion

25   chamber efficiency. Since the manufacturing process is defective, the excessive oil

26   ring hardness in the Class Vehicles results in scuffing of the engine's cylinder bore

27   and even chipping of the oil ring's outer periphery. As a result, the oil control rings in

28   the Class Vehicles are unable to control the amount of engine oil present on the

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

43

**SECOND AMENDED CLASS ACTION COMPLAINT**

surface of the cylinder bore and to wipe excess engine oil from the cylinder wall as required during piston movement. This remaining oil left on the cylinder bore is then consumed and burned up during the Power Stroke, thereby reducing the overall amount of engine oil in the Class Vehicle and increasing the resulting engine emissions.

264.   As explained above, if engine oil is able to pass any of these piston rings, the engine oil will enter the combustion chamber.  Once engine oil is in the combustion chamber, it will contribute as fuel to the Combustion Cycle sequence. However, even though the engine oil is a hydrocarbon (fuel), it combusts significantly slower than gasoline.  Excess oil in the combustion chamber of the Class Vehicles decreases combustion efficiency (the power produced), increases emissions, poisons the catalytic converter, and finally causes a reduction in the overall amount of oil contained in the engine.

265.   As explained above, the oil control ring assembly in the Class Vehicles are defective due to defective manufacturing process that results in an ineffective nitride heat treatment. Rather than preventing oil from by-passing the rings and entering the combustion chamber, the defective oil control rings permit engine oil to seep into the combustion chamber of the engine and be burned/consumed during the Power Stroke. As a result, engine oil is not adequately separated from the Combustion Cycle. Instead, engine oil is burned and consumed during the Combustion Cycle, specifically on the Power Stroke with the ignition of fuel. Additionally, and as a result, the crankcase becomes pressurized, since gases from the Combustion Cycle are allowed to enter the crankcase.

266.   Upon information and belief, the metallic materials and composition used in the manufacturing of the Class Vehicles' oil control rings are the same, regardless of the engine type. Additionally, during the manufacturing of the oil control rings for the Class Vehicles, the nitride heat-treating process for the piston oil control rings is done improperly which results in excessive oil ring hardness. This excessive oil ring

hardness is detrimental to all of the Class Vehicles since this excessive hardness results in scuffing of the engine's cylinder bore and even chipping of the oil ring's outer periphery. As a result, the oil control rings within all of the Class Vehicles are unable to control the amount of engine oil present on the surface of the cylinder bore and to wipe excess oil from the cylinder wall as required during piston movement.

267. When engine oil enters the combustion chamber and is burned off, it causes the burned off engine oil to leave residue and deposits in the combustion chamber. Over time, that residue builds up and eventually requires a combustion chamber cleaning, as described in the TSBs discussed below.

268. Only defective engines, such as those contained in the Class Vehicles, that allow engine oil to enter the combustion chamber where it is burned off require combustion chamber cleanings. A non-defective engine will not require combustion chamber cleaning during the useful life of the engine because no engine oil is bypassing the piston rings, specifically the oil control ring, and thus oil is not entering the combustion chamber where it is improperly burned off.

269. If the loss of oil is not detected and the engine oil is not refilled to the minimum level, the engine will be either marginally lubricated or under-lubricated. Inadequate lubrication causes premature, substantial wear and then substantial damage throughout the engine, including oversaturation of carbon and deposits of sludge, thereby necessitating expensive repairs. Lack of oil can culminate in engine failure, which is a serious safety risk. If the loss of oil is detected and the engine oil is over-filled, similar damage results. Even if the loss of oil is detected and the owner is able to maintain proper oil levels, the escaping oil burns off in the combustion and exhaust systems, causing damage to key emission-related components in the exhaust system.

**C.** **The Oil Consumption Defect Destroys Engine Parts, Impairs Efficiency, and Causes Higher Emissions.**

270. As discussed above, the Defect allows oil to pass into the combustion chamber during the combustion process. Once in the combustion chamber, the by-

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

45

passing oil is burned off rather than returned for further lubrication. This not only causes a decrease in engine performance, but also decreases fuel efficiency, causes carbon deposits to form, and damages the engine and various ignition and emission components.

271.   Engine oil is a hydrocarbon; when it is present in the combustion chamber during the combustion cycle, it ignites and burns as any other hydrocarbon. However, due to the chemical nature of oil – which is more viscous and dense than gasoline – it burns slower and generates heat over a longer period of time.  Because of these characteristics, engine oil contributes practically nothing to the combustion part of the cycle, and only generates heat in the exhaust system due to the longer burn (combustion) times.  It does, however, consume some of the oxygen in the combustion chamber, thereby reducing both ignition and combustion efficiency.  This in turn increases emissions, which causes the fuel management system to introduce a different and most often non-optimal fuel-to-air ratio during the next cycle.

272.   Optimum combustion depends on the correct fuel/air ratio in order to provide a near stoichiometric mixture (*i.e.*, the fuel amount is neither excessive nor lacking).[27] The oxygen sensors monitor unburned oxygen in the exhaust gases and send this information to the engine control module, which then uses this information to determine if the fuel mixture is rich (too much fuel) or lean (not enough fuel) and adjusts the fuel/air mixture as necessary. The oxygen sensors also measure oxygen levels after the exhaust reacts with the catalytic converter, to help the engine run efficiently and to minimize emissions. The catalytic converters are emission control devices designed to convert toxic pollutants contained in exhaust gases to less toxic pollutants by catalyzing a redox reaction (oxidation or reduction).

273.   While a significant amount of the unwanted engine oil is burned within

---

[27] The stoichiometric mixture for a gasoline engine is the ideal ratio of air to fuel that burns all fuel with no excess air.  For gasoline fuel, stoichiometric air/fuel mixture is about 14.7:1 -- *i.e.*, for every one gram of fuel, 14.7 grams of air are required.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

the combustion chamber during the Combustion Process, any remaining and as-yet unburned oil exits the combustion chamber via the exhaust valve and is passed on to the catalytic converter. Excess oil entering into the exhaust system can cause damage to that system and increase harmful emissions.

274.   The Oil Consumption Defect can contaminate oxygen sensors and catalytic converters of the Class Vehicles. Contamination can impair the accuracy of the oxygen sensors, for example, hampering the catalytic converters and causing the engine to not properly detect emission issues. Likewise, the catalytic converters can become poisoned as an effect of engine oil burning during the combustion cycle. The burnt oil is incorporated into the expelled exhaust gases of the engine, with the exhaust containing substances that coat the working surfaces of the catalytic converters, encapsulating the catalyst materials so that they cannot contact and treat the exhaust.

275.   The catalytic converter is the central component of the emission system of any vehicle equipped with an internal combustion engine. Since 1975, almost all cars and light-duty trucks have come equipped with catalytic converters to comply with Clean Air Act standards on harmful emissions. The catalytic converter converts dangerous compounds produced in the combustion process into less harmful compounds.

276.   A catalytic converter is designed to last the entire useful life of a vehicle. The catalytic converter converts harmful chemical compounds like carbon monoxide and nitrogen oxide into more inert compounds prior to being returned to the atmosphere.  The exhaust system does this by using the pressurized gases from the exhaust stroke of the engine to push these exhaust gases through honeycomb structures made of heat resistant ceramic coated with the catalytic materials and contained within a stainless-steel case. Each of the channels within the honeycomb structure are lined with precious metals such as platinum, rhodium, and palladium that act as catalysts to the conversion process. When dangerous compounds like carbon

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

monoxide (CO), unburnt hydrocarbons (HC), and nitrogen oxides (Nox) molecules come into contact with the platinum, rhodium, and palladium, the molecules are either reduced catalytically or oxidized into recumbent gases that are less harmful – typically carbon dioxide (CO2) and nitrogen (N2) – and water (H2O).

277.   If excess oil enters into the catalytic converter, the conversion process is disrupted and reduced in efficiency and efficacy. Excess oil will coat the working surfaces of platinum, rhodium, and palladium and mask the catalysts, preventing them from reacting with the toxic exhaust gases. This is called "catalyst poisoning" and causes the vehicle to make changes (sometimes drastic changes) to the fuel/air ratio through the fuel management system and to release higher levels of harmful emissions.

278.   Excess oil in the exhaust system can cause other problems that lead to higher emissions. On both sides of the catalytic converter, O2 sensors monitor the concentration of oxygen in exhaust gases. The O2 sensors transmit that data to the Engine Control Unit ("ECU").

279.   Another effect is that phosphorus is released when the excess oil is burned and will foul (*i.e.*, plate on to) the O2 sensor, causing the O2 sensor to degrade or fail. When the O2 sensor is fouled, it will incorrectly communicate to the ECU, which will then make incorrect adjustments to the fuel/air ratio being provided to the engine.  The ECU may adjust the fuel/air ratio and make it too lean – meaning that there is too little fuel and too much air in the mixture.  A lean mixture, if not corrected will cause the exhaust/emission systems to allow excess amounts of nitrogen oxides to pass to the environment.

280.   The ECU may also respond by adding fuel to the fuel/air mixture creating a "rich" fuel mixture ("rich" because there is too much gasoline and too little air). When engines run using a "rich" fuel mixture, fuel economy is reduced because the engine is receiving more fuel than it can consume during the combustion process. This excess fuel then continues through the exhaust system and is released into the

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

environment as unburned or partially burned hydrocarbons.

281. If the issue is not addressed or corrected, the excess fuel will burn when it mixes with oxygen inside the catalytic converter and can melt the internal working surfaces of the catalytic converter. As a result, the ability of the catalytic converter to reduce harmful emissions will be compromised.

282. When the catalytic converter or O2 sensors are compromised, the Check Engine light should illuminate on the display panel informing the driver of a problem. Upon information and belief, the Class Vehicles do not provide such notice of an issue to the driver. The result is that drivers are left completely unaware that the dangerous Oil Consumption Defect is also causing the Class Vehicles to have an emissions system that is defective, pollutes at levels that exceed the intended levels, and violates state and federal emissions standards.

**D.     Defendants' Longstanding Knowledge of the Defect**

283. Upon information and belief, Defendants, through a variety of sources including (1) their own records of customers' complaints, (2) dealership repair records, (3) warranty and post-warranty claims, (4) comments posted on public websites devoted to automotive reviews and vehicle defect reports, (5) and internal pre-sale durability testing and internal investigations (sometimes referred to as "star" reports), was well aware of the Oil Consumption Defect.

**1.     Hyundai's Recall 203 Dealer Best Practice Publication**

284. On or about June 11, 2021, Defendants issued "Recall 203 Dealer Best Practice" recalling 203 – 2.0 Nu MPI Engine – Piston Oil Ring – Remedy Not Yet Available. *See* Exhibit B.

285. The Recall 203 Dealer Best Practice document indicated that it was based on "a condition involving engine failures" in which "engines in the subject vehicles may have been assembled using piston oil rings that were produced with inconsistent heat treating by the piston oil ring supplier resulting in excessive oil ring hardness. Excessive hardness can cause chipping of the piston oil ring's outer periphery, which

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

could lead to scuffing of the engine's cylinder bore."

286.   Recall 203 acknowledged that continual operation of a vehicle in this condition could result in damage to the engine block and eventual stall. In some situations, the engine damage could cause oil to leak and could increase the risk of fire.

287.   Under the recall, Hyundai provides that all affected vehicles will receive an enhanced engine control software update containing a new Piston Noise Sensing System ("PNSS") program, which continuously monitors engine vibrations for unusual patterns potentially indicating an abnormal condition with the engine, such as damaged cylinder bore and/or piston skirt, which could lead to an engine failure. However, the recall also provided that the PNSS was currently under development and will be applied when available.

### 2.   TSBs Demonstrate Defendants' Longstanding Knowledge of Oil Consumption Issues in its Vehicles

288.   Hyundai and Kia issue Technical Service Bulletins ("TSBs") to its authorized dealerships in order to provide instructions on how to repair Hyundai and Kia vehicles or respond to particular consumer complaints. These communications are not meant for consumer review.  Rather, they are intended to standardize service throughout Defendants' agent dealership network. Further, these communications often do not reveal the root cause of a problem, only describe a complaint and a remedy, frequently in terms that a lay person would not understand, and do not disclose the severity or scope across all the vehicles to which the TSB relates.

289.   Evidence of Hyundai and Kia's knowledge of the Oil Consumption Defect are apparent in TSBs as early as December 2020.

### a.   TSB 222

290.   In December 2020, Defendant Kia issued TSB 222 titled "Excessive Oil Consumption Nu/Gamma/Theta/Kappa Engines." Exhibit A. This TSB was revised approximately six times thereafter with the most recent revision, at the time of this

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

filing, dated March 1, 2022.

291.   The TSB 222 bulletin provides information on diagnosing and/or repairing some 2011-2021 model year vehicles exhibiting excessive oil consumption.

292.   As explained in TSB 222:

a.  "Engine oil is responsible for lubrication, cooling and operating of hydraulic components of the engine."

b.  "Operation with deteriorated or low engine oil causes reduced lubrication and cooling, as well as impaired operation of hydraulic components. This leads to abnormal wear of engine parts, oversaturation of carbon, and deposits of oil sludge. These can result in damage to multiple areas of the engine, ultimately requiring a costly, lengthy, and preventable repair."

293.   The TSB first instructed Kia retailers to top off the oil in the vehicle's engine, seal the drain plug and oil filter using an anti-tamper marking to ensure accurate test results. The customer would then be instructed to drive 1,000 miles. After driving 1,000 miles, the customer would return to the Kia retailer where the oil consumption would be calculated. If the oil consumption was above 1,000 miles per quart then the vehicle passed the oil consumption test and the repair is complete. If the vehicle consumed more than 1 quart of oil in 1,000 miles then the vehicle was to undergo a Combustion Chamber Cleaning.

294.   The Combustion Chamber Cleaning is intended to remove deposits from combustion chamber, intake valves and fuel injectors that produce a loss of power and performance as a result of the Defect. Unfortunately, many Class members were forced to pay out of pocket for this service even though both Hyundai and Kia knew it was needed as a result of the Oil Consumption Defect.

295.   After the Combustion Chamber Cleaning, the vehicle was to be driven another 1,000 miles and then return to the Kia retailer for analysis and computation of oil consumption. At this point, if the oil consumption was above 1,000 miles per quart

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

then the vehicle passed the oil consumption test and the repair is complete. If the vehicle consumed more than 1 quart of oil in 1,000 miles then the vehicle was to undergo an engine replacement.

296.   On information and belief, Plaintiffs allege that Defendants Hyundai and Kia knew of the Oil Consumer Defect years before even issuing the earliest TSBs related to it.

### b.   TSB 21-EM-003H

297.   In March 2021, Defendant Hyundai issued TSB 21-EM-003H titled "Excessive Oil Consumption Inspection and Repair Guidelines." Exhibit C. This TSB was applicable to all models and all model years equipped with 4-cylinder gasoline engines including, but not limited to, Sonata, Santa Fe Sport, Tucson and Veloster.

298.   The TSB first instructed Hyundai retailers to check the customers service records and review the maintenance history of the vehicle. If a customer was unable to produce these documents the Hyundai would inform the customer that their warranty would not be applicable and any repair would be the financial responsibility of the customer. The next step would be to top off the oil in the vehicle's engine, seal the drain plug and oil filter using an anti-tamper marking to ensure accurate test results. The customer would then be instructed to drive 1,000 miles. After driving 1,000 miles, the customer would return to the Hyundai retailer where the oil consumption would be calculated. If the oil consumption was above 1,000 miles per quart then the vehicle passed the oil consumption test and the repair is complete. If the vehicle consumed more than 1 quart of oil in 1,000 miles then the vehicle was to undergo a Combustion Chamber Cleaning.

299.   The Combustion Chamber Cleaning is intended to remove deposits from combustion chamber, intake valves and fuel injectors that produce a loss of power and performance as a result of the Defect. Unfortunately, many Class members were forced to pay out of pocket for this service even though both Hyundai and Kia knew it was needed as a result of the Defect.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

300.   After the Combustion Chamber Cleaning, the vehicle was to be driven another 1,000 miles and then return to the Hyundai retailer for analysis and computation of oil consumption. At this point, if the oil consumption was above 1,000 miles per quart then the vehicle passed the oil consumption test and the repair is complete. If the vehicle consumed more than 1 quart of oil in 1,000 miles then the vehicle was to undergo an engine replacement.

301.   On information and belief, Plaintiffs allege that Defendants Hyundai and Kia knew of the Oil Consumer Defect years before even issuing the earliest TSBs related to it.

**3.      Numerous Reports to NHTSA Should have given Hyundai Knowledge of the Oil Consumption Defect**

302.   The National Highway Traffic Safety Administration ("NHTSA") is a federal agency responsible for ensuring safe roadways and enforcing federal motor vehicle safety standards.  Consumers may file vehicle safety-related complaints with NHTSA's Office of Defects Investigation, where they are logged and published.

303.   NHTSA has received numerous complaints about the Oil Consumption Defect in the few years since these engine models were launched.  These complaints begin as early as 2012, with at least 16 (sixteen) complaints between May 2012 and December 2014.  Since then, hundreds of complaints have been lodged and continue to accumulate, yet Defendants have not attempted to adequately address the oil consumption issues.

304.   NHTSA received the following consumer reports[28] regarding excessive oil consumption in the Class Vehicles:

//

//

//

_____

[28] These complaints are taken verbatim without modification from the NHTSA website including any typos, formatting, opinions and other items.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

### *2012-2020 Hyundai Elantra*

**NHTSA ID Number:** 10731922

**Incident Date**: July 3, 2015

**Complaint Date**: July 3, 2015

**Consumer Location** VANCOUVER, WA

**Vehicle Identification Number** KMHDH4AE7CU****

**Summary of Complaint**

I WAS ACCELERATING TO ENTER FLOWING TRAFFIC ON HIGHWAY 14 IN WASHOUGAL ,WASHINGTON WHEN THE ELANTRA BLOWS A CLOUD OF BLUE SMOKE OUT OF THE EXHAUST (BURNT ENGINE OIL). THE INCIDENT CAUSED THE VEHICLE BEHIND ME TO SLOW DOWN UNTIL THE CLOUD CLEARED. THIS INCIDENT COULD HAVE CAUSED A ACCIDENT IF I WAS ON A BUSY HIGHWAY.THIS PROBLEM HAS HAPPEN TO ME TWICE BEFORE.I TOOK THE CAR INTO THE DEALER AND THEY COULD NOT FIND THE PROBLEM. THERE ARE FORUMS ON THIS PROBLEM @ FORUMS.EDMUNDS.COM/DISCUSSION/13025/HYUNDAI/ELANTRA....UPDATED 10-13-15 *BF. THE DEALER RECOMMENED THE CONSUMER USE A HIGHER GRADE OF FUEL. UPDATED 12/31/15. *JB UPDATED 01/04/16.*JB


**NHTSA ID Number:** 10893301

**Incident Date:** June 15, 2016

**Complaint Date:** August 4, 2016

**Consumer Location** FENTON, MI

**Vehicle Identification Number** KMHDH4AE3DU****

**Summary of Complaint**

ON NUMEROUS OCCASIONS, MY CAR WOULD STALL OUT DURING LEFT TURNS ( MIDDLE OF INTERSECTIONS) AND WHILE ACCELERATING ON AN

ENTRANCE RAMP. THERE WERE NO WARNING LIGHTS PRIOR TO STALLING. I TOOK IT IN FOR SERVICE/ DIAGNOSTICS. I WAS TOLD IT IS POSSIBLE FOR THE ELANTRA TO SUCK UP TO 1QT OF OIL PER 1000 MILES! DUE TO THE MECHANICS OF THE CAR, IT COULD STALL OUT WHILE TURNING IF LOW ON OIL. I WAS DUE FOR MY REGULAR OIL CHANGE AND IT WAS COMPLETED DURING THIS SERVICE AT WHICH TIME THEY STATED I WAS 2 QTS LOW !! IT WAS SUGGESTED THAT I COME IN EVERY 2000 MILES TO HAVE IT CHECKED. MY CONCERN IS -WITHOUT WARNING LIGHTS, DO I HAVE TO STALL IN THE MIDDLE OF AN INTERSECTION TO LET ME KNOW MY OIL IS LOW ????

**NHTSA ID Number:** 10936101

**Incident Date:** December 13, 2016

**Complaint Date**: December 18, 2016

**Consumer Location** ETIWANDA, CA

**Vehicle Identification Number** 5NPDH4AE5CH****

**Summary of Complaint**

GOING 60 MPH ON FREEWAY. HEARD TERRIBLE NOISE AND OIL LIGHT WENT ON. PULLED OVER. OIL WAS VERY LOW. ROD KNOCKING. TOWED TO DEALER WHERE REPAIRMAN SAID ENGINE SHOT BECAUSE OF DAMAGED BEARING AND SLUDGE. CAR STILL UNDER ORIGINAL WARRANTY: 2012 HYUNDAI ELANTRA, 1.8 ENGINE, 46,000 MILES. DEALER REFUSES TO CONTRIBUTE ANY MONEY. WANTS $6200 TO REPAIR WITH REMANUF ENGINE. WON'T PROVIDE FORM ESTIMATE. CAR CANNOT BE SAFELY DRIVEN. THERE WERE NO PREVIOUS WARNINGS: NO OVERHEATING, NO OIL LIGHTS, NO NOISES. ALL DEALER WOULD DO IS REMOVE VALVE COVER AND SEND PICS WHICH IT SAYS SHOWS SLUDGE.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  **NHTSA ID Number:** 10986405

2  **Incident Date:** February 9, 2017

3  **Complaint Date:** May 18, 2017

4  **Consumer Location** JESSUP, MD

5  **Vehicle Identification Number** KMHDH4AE6DU****

6  **Summary of Complaint**

7  MY 2013 ELANTRA (APPX. 54K MILES) BEGAN MAKING NOISES WHEN

8  TURNING WHILE DRIVING AND WHEN STALLING. TWICE THE VEHICLE

9  LOST ACCELERATION AND SHUT OFF WHILE DRIVING ON LOCAL

10  STREETS. I TOOK THE VEHICLE TO THE DEALER SERVICE DEPARTMENT

11  IN FEBRUARY 2017 AND THEY INDICATED THERE WAS NO OIL IN THE

12  CAR AND THE ENGINE NEEDED TO BE REPLACED. IT HAD BEEN LESS

13  THAN 5K MILES SINCE THE LAST OIL CHANGE. THE REPAIRS AND

14  RENTAL ARE BOTH COVERED UNDER WARRANTY. AFTER REPLACING

15  THE ENGINE AND A FEW OTHER PARTS, I WAS TOLD MY VEHICLE WAS

16  READY FOR PICKUP IN MARCH 2017. I GOT IN THE CAR AND NOTICED A

17  NOISE. THE ADVISOR AND TECH SAID ITS BECAUSE OF A NEW PUMP AND

18  WILL GO AWAY AFTER DRIVING A FEW MILES. IMMEDIATELY AFTER

19  DRIVING OFF AND ENTERING THE HIGHWAY I HEARD A DRAGGING

20  NOISE AND THE ENGINE LIGHT CAME ON. I TURNED AROUND AND WENT

21  BACK TO THE SERVICE DEPARTMENT. THEY KEPT THE VEHICLE AND

22  PLACED ME IN ANOTHER RENTAL. IT IS NOW MAY 2017 AND THE CAR IS

23  STILL IN THE SERVICE DEPARTMENT. THE ENGINE HAS BEEN REPLACE

24  TWICE AND OTHER PARTS HAVE BEEN REPLACE MULTIPLE TIMES AS

25  WELL. I WAS TOLD BY THE SERVICE MANAGER THAT HYUNDAI HAS

26  SENT OUT AN ENGINEER TO LOOK AT THE VEHICLE. AT THIS POINT IT

27  APPEARS THEY DO NOT KNOW THE PROBLEM AND/OR CANNOT FIX THE

28  PROBLEM. I AM NO LONGER CONFIDENT IN THE SAFETY OF MY CAR AND

1  HYUNDAI VEHICLES OVER ALL.

2

3  **NHTSA ID Number:** 11003175

4  **Incident Date:** June 20, 2017

5  **Complaint Date**: July 5, 2017

6  **Consumer Location** PEQUANNOCK, NJ

7  **Vehicle Identification Number** 2MEFM74W53X****

8  **Summary of Complaint**

9  WAS DRIVING ON INTERSTATE 287 W WHEN THE CAR SHUT DOWN.

10  THERE WAS NO WARNING LIGHT. I HAD TO QUICKLY TRY TO GET THE

11  CAR TO THE SHOULDER. THERE WAS A BURNING SMELL WHEN THE CAR

12  SHUT DOWN. THE ELANTRA WAS BOUGHT NEW AND I ONLY OWNED IT

13  FOR 5 MONTHS. I CALLED AAA AND THEY TOWED US TO THEIR GAS

14  STATION IN NY. FROM THERE, ANOTHER TOW TRUCK TOOK US TO THE

15  MAZDA REPAIR LOCATION, IN NJ, WHICH DOES REPAIRS FOR THE

16  HYUNDAI DEALER. THEY PUT OIL IN THE CAR AND THEN REALIZED

17  THAT THERE WAS NO OIL IN THE CAR. THEY STATED WE NEEDED A NEW

18  ENGINE AND IT WOULD TAKE ONE MONTH TO ORDER AND INSTALL.

19  ONLY TWO WEEKS EARLIER, WE WENT TO THAT SAME REPAIR

20  LOCATION FOR A 5,000 MILE CHECK UP WHERE THEY DID AN OIL

21  CHANGE. NOTHING WAS WRONG WITH THE CAR. I AM 88 AND VERY

22  LUCKY I KNEW WHAT TO DO WHEN THE CAR SHUT DOWN. I HOPE THIS

23  DOES NOT HAPPENED TO A NEW DRIVER.

24

25  **NHTSA ID Number:** 11073947

26  **Incident Date:** February 20, 2018

27  **Complaint Date**: February 20, 2018

28  **Consumer Location** PALM COAST, FL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

57
**SECOND AMENDED CLASS ACTION COMPLAINT**

**Vehicle Identification Number** 5NPDH4AE5DH****

**Summary of Complaint**

AFTER AN OIL CHANGE AT A HYUNDAI DEALER, I DID A QUICK ACCELERATION FROM THE DEALERSHIP ONTO A BUSY ROAD. THE CAR IMMEDIATELY LOSS ALMOST ALL POWER, WITH HEAVY WHITE SMOKE COMING OUT OF THE REAR OF THE CAR. I IMMEDIATELY PULLED TO THE SIDE OF THE ROAD. THE CAR SMELLED LIKEKE BURNING OIL/A VERY HOT ENGINE. I PARKED THE CAR AND WALKED BACK TO THE DEALERSHIP. THEY EXPLAINED THE PROBLEM ON OIL IN THE INTAKE MANIFOLD AND IT WAS SUCKED INTO THE ENGINE DURING ACCELERATION. THEY STATED THAT THEY HAVE SEEN THIS PROBLEM BEFORE. I BOUGHT THE CAR NEW AND THIS IS THE FIRST TIME THAT I HAD THIS PROBLEM. IT WAS FORTUNATE THAT WHEN I PULLED OUT INTO TRAFFIC I HAD ENOUGH SPACE THAT I DID NOT GET REAR-ENDED, SINCE IT WAS A BUSY ROAD. MY VEHICLE HAS 33575 MILE AND UP TO NOW, NO PROBLEMS. I WENT ON THE HYUNDAI FORM AND THIS IS A COMMON PROBLEM. IT IS A SAFETY PROBLEM. ANY LOSS OF ACCELERATION WHEN NEEDED IS DANGEROUS.

**NHTSA ID Number:** 11154265

**Incident Date** July 2, 2018

**Complaint Date** November 27, 2018

**Consumer Location** PLAINFIELD, IL

**Vehicle Identification Number** KMHD35LH7EU****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 HYUNDAI ELANTRA. THE CONTACT STATED THAT THE VEHICLE JERKED AND MOVED ABNORMALLY AS A NOISE WAS HEARD COMING FROM THE ENGINE COMPARTMENT. IN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ADDITION, THE CHECK OIL INDICATOR ILLUMINATED. PUGI HYUNDAI
(1866 OGDEN AVE, DOWNERS GROVE, IL 60515, (630) 964-9500) INDICATED
THAT AN OIL CONSUMPTION TEST WOULD BE NEEDED. THE DEALER
STATED THAT THE VEHICLE WAS ELIGIBLE FOR A REPLACEMENT
ENGINE DUE TO THE WARRANTY. THE DEALER PROVIDED THE
CONTACT WITH THREE LOANER VEHICLES. THE MANUFACTURER WAS
CONTACTED. THE CONTACT HAD BEEN WAITING FOR THE PART TO
ARRIVE FOR MONTHS. THE DEALER AND MANUFACTURER INDICATED
THAT THE PART MAY BECOME AVAILABLE IN MID JANUARY OF 2019.
THE FAILURE MILEAGE WAS NOT AVAILABLE.

**NHTSA ID Number:** 11139043

**Incident Date:** October 5, 2018

**Complaint Date**: October 8, 2018

**Consumer Location** KEENE, NY

**Vehicle Identification Number** KMHD35LH3EU****

**Summary of Complaint**

2014 ELANTRA GT MANUAL 6 SPEED, PURCHASED 8/6/18 WITH 31,636
MILES FROM A NON HYUNDAI DEALER IN MASSACHUSETTS. I LIVE IN
UPSTATE NY. THE CAR CAME WITH A 90 DAY OR 3,750 MILE DEALER
WARRANTY, AND IS STILL UNDER THE FACTORY WARRANTY UP TO
60,000 MILES. I'M THE 2ND OWNER. AT APPROX 34,500 MILES, ON 10/5/18,
WHILE ACCELERATING UPHILL, THE ENGINE BEGAN TO MAKE A SHARP
AND LOUD RAPPING AND SQUEALING NOISE AND LOST POWER. I WAS
IN HEAVY TRAFFIC ON A COUNTRY ROAD WITH NO WHERE TO STOP,
BUT I MANAGED TO PULL OVER AFTER COASTING DOWNHILL FOR
APPROXIMATELY ONE MILE. I CHECKED THE ENGINE OIL IMMEDIATELY
AND THERE WAS NO OIL SHOWING ON THE DIPSTICK. I CALLED MY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  WIFE TO COME AND PICK ME UP AND ASKED HER TO BRING 3 QUARTS

2  OF SAE 5-20 OIL AS INDICATED ON THE FILL CAP. IT TOOK 2 QUARTS OF

3  ADDED OIL FOR ANY OIL TO SHOW ON THE DIPSTICK, INDICATING THAT

4  THERE HAD BEEN SIGNIFICANT AND EXCESSIVE OIL CONSUMPTION IN

5  THE 2 MONTHS FROM MY DATE OF PURCHASE, AT WHICH TIME THE

6  DIPSTICK INDICATED THAT THE OIL WAS AT THE FULL LEVEL. THE CAR

7  HAD AN OIL CHANGE PRIOR TO MY PURCHASE PER THE SALESMAN AT

8  THE DEALERSHIP WHERE I BOUGHT THE CAR. THERE WERE NO

9  WARNING LIGHTS ON PRIOR TO THE ENGINE FAILURE, AND NON CAME

10  ON AFTERWARD. THE CAR IS AT A LOCAL HYUNDAI DEALER BEING

11  DIAGNOSED. THE HYUNDAI DEALER PROVIDED ME WITH A LOANER

12  CAR "FOR THE DURATION", THAT THEY TOLD ME WAS INCLUDED AS

13  PART OF THE FACTORY WARRANTY AND WOULD BE FREE OF CHARGE. I

14  SUSPECT A CRANKSHAFT BEARING, CON ROD BEARING AND/OR WRIST

15  PIN FAILURE, AND SEIZED PISTON(S) DUE TO OIL STARVATION.

16

17  **NHTSA ID Number:** 11384250

18  **Incident Date** January 2, 2020

19  **Complaint Date** December 20, 2020

20  **Consumer Location** CAMPBELLSBURG, KY

21  **Vehicle Identification Number** KMHDH4AE1CU****

22  **Summary of Complaint**

23  MOTOR TICKS VERY LOUD USES A QUART AND A HALF OF OIL EVERY

24  500 MILES IS NOT LEAKING IT OUT BUT BURNING IT OCCASIONALLY

25  MAKES A GRINDING NOISE AND DOESN'T WANT TO START.

26

27  **NHTSA ID Number:** 11388504

28  **Incident Date** January 16, 2021

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** January 16, 2021

**Consumer Location** MARION, IA

**Vehicle Identification Number** KMHDH4AH8FU****

**Summary of Complaint**

I HAVE A 2015 ELANTRA THAT DEVELOPED AN ENGINE NOISE AT 135,000 MILES. AS I WAS DRIVING ON THE HIGHWAY, AT A SPEED OF 65, THE ENGINE BECAME EXTREMELY LOUD. I PULLED OVER TO CHECK MY VEHICLE. I PULLED OUT THE DIPSTICK AND IT HAD METAL SHAVINGS IN THE OIL. THE CAR LOST ALL ABILITY TO MOVE. THE GAS PEDAL DID NOT WORK AND THE VEHICLE WOULD REV ON ITS OWN. I HAD IT TOWED TO A HYAUNDAI DEALERSHIP. THEY SAID THE VEHICLE ONLY HAD 1 QUART OF OIL. THE ISSUE WITH THAT, IS MY LOW OIL LIGHT NEVER CAME ON IN THE VEHICLE. THE DEALERSHIP RAN THE CODES, AND IT SHOWED NOTHING ON THE SCANNER.


**NHTSA ID Number:** 11414679

**Incident Date** April 30, 2020

**Complaint Date** April 30, 2021

**Consumer Location** SAN DIEGO, CA

**Vehicle Identification Number** KMHD35LH3GU****

**Summary of Complaint**

OIL CONSUMPTION,IN THREE MONTHS OR 3K MILES, IT CONSUMES 3 LITTERS, I TOOK IT TO DEALER, THEY DID TEST AND THEY SAID YES THAT IS NORMAL, IT CANNOT BE NORMAL, IF I DRIVE ANOTHER 3K MILES WILL MOST LIKELY BURN THE ENGINE FOR SURE, I KEEP POURING OIL IN BETWEEN OIL CHANGES

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11422399

**Incident Date** June 25, 2021

**Complaint Date** June 26, 2021

**Consumer Location** MALCOM, IA

**Vehicle Identification Number** 5NPD84LFXHH****

**Summary of Complaint**

Driving with no signs or dash lights came on to warning me of any issues. Car started acting like it was stalling out one morning parking it at work. Went to leave work had a very slight almost not noticeable knock sound went I started up. Car was acting like it was running harder then usually. Continued home and my car started seizing up and caused my car to stall completely out while driving on the interstate. I was a mile from home, started my car back up and continued to get somewhere safely and out of danger of the interstate. It stalled out multiple times before reaching my driveway. By then my car seized up and was making a loud knocking sound. I push the car into the garage and check the oil and there was no indication of any oil on my dip stick. Went ahead gave my car an oil change earlier then scheduled. 1.5 quarts of oil only came out and was low almost 4 quarts. No signs of leaking or using oil. No indication dash lights came on to warning me of this issue. With in 3000 mileage of my last oil change, I lost almost 4 quart of oil, no signs or lights and now I have a blown motor in my 5 year old car. This is a huge saftey concern of my, with no indication I had an issue and was stalling out on the interstate/while driving to reach a safe place to look at my car.

**NHTSA ID Number:** 11435679

**Incident Date** August 3, 2021

**Complaint Date** October 6, 2021

**Consumer Location** DOYLESTOWN, PA

**Vehicle Identification Number** KMHD35LH1EU****

**Summary of Complaint**

The contact owns a 2014 Hyundai Elantra. The contact stated while driving down a hill at 10 MPH, various warning lights illuminated as the vehicle lost all power. The contact stated that the brakes and steering failed as the vehicle rolled down a hill and stopped at the bottom of the hill. The contact stated that she was able to restart the vehicle after 10 minutes, resuming normal operation. The vehicle was taken to an independent mechanic who was unable to diagnose a failure. The contact then took the vehicle to another independent mechanic who performed diagnostic testing and no failure codes were detected. The contact then continued to drive the vehicle however, 3 weeks later the failure reoccurred. The vehicle was then taken back to two independent mechanics where no failure was determined again. The contact stated that the failure occurred a third time while driving up a hill with the vehicle losing power. This time the vehicle was unable to restart without a jump start. The vehicle was taken to the dealer where the contact informed them of excessive oil consumption and the loss of power failure. The dealer informed her that an engine diagnostic was not performed as no warning lights were illuminated. The contact stated that the dealer performed an engine combustion cleaning. The manufacturer was notified of the failure and informed the contact that the VIN was not included in any recalls. No further assistance was offered. The approximate failure mileage was 104,000. The consumer stated she spent almost $1,000 to rectify the oil burning issue with the dealer, but doesn't know whether the problems has been resolved.

**NHTSA ID Number:** 11439680

**Incident Date** July 1, 2021

**Complaint Date** November 8, 2021

**Consumer Location** SAVANNAH, GA

**Vehicle Identification Number** kmhd84lf8lu****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

The contact owns a 2020 Hyundai Elantra. The contact received notification of NHTSA Campaign Number: 21V301000 (Engine) however, the part to do the recall repair was not available. The contact stated that while driving at an undisclosed speed, the vehicle was rattling, hesitated to accelerate, and lost motive power. The oil warning light was illuminated. The vehicle was taken to the dealer and the dealer performed an oil consumption test and informed the contact to bring the vehicle back after 1,000 miles. The vehicle was taken back to the dealer, but the dealer diagnosed that there was no failure with the vehicle. The vehicle was not repaired and remained at the dealer. The manufacturer was not made aware of the failure. The failure mileage was approximately 3,000. Parts distribution disconnect.

**NHTSA ID Number:** 11448538

**Incident Date** January 1, 2020

**Complaint Date** January 23, 2022

**Consumer Location** SEGUIN, TX

**Vehicle Identification Number** Kmhd35lh9gu****

**Summary of Complaint**

Oil consumption is 5 quarts every 3 weeks, always do proper maintaince on car and it goes thru oil at an unbeliveble rate, and spoke to other owners that have the same problem with the same year car

**NHTSA ID Number:** 11459684

**Incident Date** January 24, 2022

**Complaint Date** April 5, 2022

**Consumer Location** TROUTVILLE, VA

**Vehicle Identification Number** KMHD35LH6EU****

**Summary of Complaint**

I purchased this vehicle from Duncan Hyundai in Christiansburg VA on 11/13/2021.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

When I purchased the vehicle it had 90,588 miles on it. I started hearing a knocking sound coming from the engine in late January - early February 2022 only 2-3 months of having the car. The engine light came on and the car was also smoking some. We checked the oil in the vehicle and it was empty. We put a quart in the vehicle to take it to the dealership. We were told that yes, the vehicle in fact did not have any oil in it. I asked them well were did the oil go? Is there a leak or something? Oil just doesn't disappear like that. The mileage on the car at that time was 93,543. It wasn't even due for an oil change. I was told that this particular vehicle burns oil and every thousand miles & we will have to add a quart to it at that time. We are now monitoring that. I see that Hyundai has an open recall for this same knocking sound and burning oil on the 2019-2020 models. My 2014 is having the same problem and now I will have to take it back and forth to the dealership to make sure they monitor and hopefully eventually fix the problem for me. Again all they said at the moment was add a quart every thousand miles. In a month period (March) I have had to add 2.5 quarts to the vehicle. The vehicle now has a total of 94,916 miles on it. In a total of 1,373 miles it burned 2.5 quarts. What the dealership said about a quart every thousand miles was not correct. It has burned double that amount.

**NHTSA ID Number:** 11462505

**Incident Date** March 22, 2021

**Complaint Date** April 27, 2022

**Consumer Location** STANTONSBURG, NC

**Vehicle Identification Number** 5NPD74LF1JH****

**Summary of Complaint**

Engine would randomly idle mild to very rough when started and would sometimes correct and sometimes not correct while driving. This would turn on the check engine light for a misfire on cylinder 4. All ignition coils were replaced, and same code would happen. Hyundai was aware of this being a widespread issue and did a software

update (Tech Bulletin 90C042R1). The problem continued, but seemed the check engine light would not come on as soon as before the software upgrade. Took back to dealership and they said the ignition coils would need to be Hyundai brand, change cylinder 4 to OEM and still having the issue. Engine also burns about 1 quart of oil every 7000 miles and often has a rough idle, with very rough idle periodically. I feel this would put myself and others on the road in danger if the engine were to fail while driving due to the ongoing damage rough idling appears to be causing to the engine.

**NHTSA ID Number:** 11464234

**Incident Date** May 3, 2022

**Complaint Date** May 11, 2022

**Consumer Location** DAWSONVILLE, GA

**Vehicle Identification Number** 5NPD84LF8HH****

**Summary of Complaint**

My 2017 Hyundai Elantra has only 61,000 miles on it. It has been maintained on time etc. It is seriously burning oil. Between oil changes it will burn no less than a quart. Most of the time much more. The check engine lights pop on and then the engine dies intermittently while driving numerous times a day. It has done this irregardless of what driving mode the vehicle is in. I have seen 100s of detailed accounts describing the same issue .

## *2019-2021 Hyundai Kona*

**NHTSA ID Number**: 11367063

**Incident Date** October 23, 2020

**Complaint Date** October 29, 2020

**Consumer Location** KISSIMMEE, FL

**Vehicle Identification Number** KN8K22AA6LU****

**Summary of Complaint**

IN JUNE I TOOK THE CAR BACK TO THE DEALERSHIP BECAUSE OF A LOUD TICKING NOISE. I THEN THOUGHT IT WAS THE OIL LEVEL WAS LOW... WHEN THEY CHECKED TO SEE IT I NEEDED AN OIL CHANGE THEY STATED I NEED TO HAVE AT LEAST 7500 MILES ON THE VEHICLE BEFORE I CAN GET AN OIL CHANGE. THEY STATED THAT MY OIL LEVEL WAS GOOD AND TO COME BACK , I EXPLAINED TO THE ADVISOR THAT THIS SOUND (TICKING) WAS NOT NORMAL HE STATED THAT ALL THE 2020 KONA HAS THAT SOUND... SO THEY RELEASED THE CAR BACK TO US THEN 2 WEEKS LATER THE CLICKING NOISE GOT LOUDER WE MADE ANOTHER APPT THE CHANGED THE OIL AND STATED ALL KONA SOUND THE SAME 1 WEEK LATER TRAVELING ON I4 THE OIL LIGHT CAME ON AND THE ENGINE LIGHT THE CAR SHUT DOWN AND I WAS STRANDED ON THE HIGHWAY 4 AM.... FOR 2 HOURS.. I WAS LIVID.... I HAD THE CAR TOWED BACK TO THE DEALERSHIP THEN THEY FOUND OUT THAT MY OIL SENSOR WAS BAD... THAT'S WHERE THE CLICKING NOISE WAS COMING FROM SO I WANT TO INFORM ANYONE THAT HAS THAT TYPE OF CAR IF THE ENGINE IS CLICKING THAT MEANS THE OIL SENSOR IS BAD.

**NHTSA ID Number:** 11413166

**Complaint Date** April 21, 2021

**Incident Date** February 15, 2021

**Consumer Location** FISHKILL, NY

**Vehicle Identification Number** KM8L6CAA6MU****

**Summary of Complaint**

BOUGHT THE CAR IN AUGUST 2020. IN FEBRUARY 2021 THE CAR BEGAN TO STALL FREQUENTLY AND IT WAS RUNNING VERY LOUD. I DISCOVERED THAT THERE WAS ALMOST NO OIL IN THE CAR WITH LESS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THAN 5,000 MILES ON IT. BROUGHT THE CAR TO THE DEALERSHIP AND THEY DETERMINED THE ENGINE WAS DEFECTIVE AND WOULD NEED TO BE REPLACED. I HAVE BEEN WITHOUT MY CAR (BUT STILL PAYING FOR IT MONTHLY) SINCE MID-FEBRUARY. IT IS NOW LATE APRIL.

**NHTSA ID Number:** 11416149

**Incident Date** September 1, 2020

**Complaint Date** May 11, 2021

**Consumer Location** ANNA, IL

**Vehicle Identification Number** KM8K12AA5LU****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2020 HYUNDAI KONA. THE CONTACT STATED THAT THE VEHICLE CONSUMED AN EXCESSIVE AMOUNT OF ENGINE OIL. THE CONTACT MENTIONED THAT OCCASIANLLY THE VEHICLE STALLED WHILE DEPRESSING THE ACCELERATOR PEDAL, WITH AN ABNORMAL GRINDING SOUND COMING FROM THE ENGINE. THERE WAS NO WARNING LIGHT ILLUMINATED. THE VEHICLE WAS TAKEN TO LINWOOD MOTORS PADUCAH (3345 PARK AVE, PADUCAH, KY 42001) WHERE THE MECHANIC PERFORMED AN ENGINE CLEANING HOWEVER, THE FAILURE PERSISTED. UPON INVESTIGATION, THE CONTACT DISCOVERED THAT THE VIN WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 21V301000 (ENGINE) HOWEVER, THE PART TO DO THE RECALL REPAIR WAS NOT YET AVAILABLE. THE CONTACT STATED THAT THE MANUFACTURER HAD EXCEEDED A REASONABLE AMOUNT OF TIME FOR THE RECALL REPAIR. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE, BUT OFFERED NO ASSISTANCE. THE FAILURE MILEAGE WAS 9,500. PARTS DISTRIBUTION DISCONNECT.

1 **NHTSA ID Number:** 11421446

2 **Incident Date** May 3, 2021

3 **Complaint Date** June 18, 2021

4 **Consumer Location** TRACY, CA

5 **Vehicle Identification Number** KM8K22AA1LU****

6 **Summary of Complaint**

7 My engine is consuming more engine oil than it should be. It is consuming 1.5 quarts

8 every 1,000 miles due to a manufacturers defect. I have attempted to reach out to the

9 dealership service department for a resolution in which they have been unable to

10 provide. I purchased this vehicle 05/25/2020 with 18 miles on it. The service

11 department is wanting to charge a total of $1,000 to "test" for the defect. However,

12 said defect is directly related to the recall that I was informed of on 05/03/2021. I

13 noticed the defect in March 2021 when I realized there was no oil in my car. I had it

14 serviced prior to that in late January and do not commute more than 8 miles round trip

15 for work. The defect was experienced again on 06/09/2021 when my engine made a

16 ticking noise while driving it. I again checked my oil to find there was none in it.

17 **NHTSA ID Number:** 11422714

18 **Incident Date** June 18, 2021

19 **Complaint Date** June 29, 2021

20 **Consumer Location** SACRAMENTO, CA

21 **Vehicle Identification Number** KM8K2CAA3LU****

22 **Summary of Complaint**

23 Car is 1 years old, just over 4600 miles on it. . Over the past month, vehicle stalled 4

24 times, twice while slowing to a stop during traffic on the freeway, on different days.

25 Thankfully the car started back up again, as I was In the middle lanes both times. Then

26 stalled again once more after each freeway stall, also coming to a stop. Vehicle also

27 seems to be using a lot of engine oil. Started getting dashboard messages needing

28 service. Then a few days after the car stalled for the fourth time, my engine light came

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

on. So I had my car towed to the dealership for service on 6/24/2021. I really feel this is a safety concern, I don't know what I would have done if the car did not restart while I was on the freeway. I could have had my 4 year old niece with me. Only warning light, was the engine light and dashboard said I needed service. Car is currently still in the shop, but they called me today and said the diagnostic shows a CVT (something) insulator failed and they have ordered the part.

**NHTSA ID Number:** 11423012

**Incident Date** June 20, 2021

**Complaint Date** June 30, 2021

**Consumer Location** BALDWINSVILLE, NY

**Vehicle Identification Number** km8k2caa8lu****

**Summary of Complaint**

The contact owns a 2020 Hyundai Kona. The contact stated while driving 35 mph, the check engine warning light illuminated. The contact continued to drive to the residence. The warning light remained illuminated, and the vehicle was taken to the local dealer to be diagnosed. the contact was informed that the oil level was very low. The engine oil was topped off. The contact left the dealer and while driving at an undisclosed speed, the vehicle lost motive power and stalled several times with the check engine warning light illuminated. The vehicle was taken back to the local dealer to be diagnosed, and the contact was informed that the engine needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure. The failure mileage was 12,000.

**NHTSA ID Number:** 11424084

**Incident Date** June 16, 2021

**Complaint Date** July 9, 2021

**Consumer Location** MILWAUKEE, WI

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** KM8K1CAA6LU****

**Summary of Complaint**

After taking my vehicle for an oil change, I had to fill the engine with 1 1/2 quarts of oil less than a month after. I took a trip that was less than 1000 miles and had to add 2 1/2 quarts of oil. I took my vehicle into the dealership and explained the issue which turned out that there was a recall. They put me into a loaner because I refuse to drive a vehicle that could potentially cause harm to myself or my family. I then called Hyundai. The acknowledged the recall and provided me with a case number {18373693}. Was told someone would call me in 10 days. To date no one has called me. Was told I had a case manager which turned out to not be true. I am beyond livid! I'm paying for a vehicle I cannot even drive. Something needs to be done.

**NHTSA ID Number:** 11424460

**Incident Date** June 28, 2021

**Complaint Date** July 12, 2021

**Consumer Location** SHREVEPORT, LA

**Vehicle Identification Number** KM8K62AA5LU****

**Summary of Complaint**

June 25th I noticed a knocking sound on my vehicle. On June 28th I was driving and noticed the knocking sound and was unable to accelerate. I had to exit immediately. The engine shut off and I was unable to restart my car. I waited a few minutes and checked the oil. The engine was smoking and the oil was bone dry. I then got some oil and put it in the car but the vehicle would not start. I had to get it towed to the dealership on Tuesday, June 29th. I was then told that it wasn't the recall although my car did everything listed on the recall except catch on fire. The dealership is saying there is too much oil in the intake. They are giving me the run around and will not return my calls. I have to physically go up to the dealership in order to get feedback. They only tell me that they do not know when I call them.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number**: 11428287

**Incident Date** August 8, 2021

**Complaint Date** August 9, 2021

**Consumer Location** LYNNWOOD, WA

**Vehicle Identification Number** km8k1caa1ku****

**Summary of Complaint**

Yesterday my car, Hyundai Kona 2019, stalled out for no reason while the vehicle was in motion. There were no warning signs on the panel. I change the oil regularly, but the car keeps burning oil very quickly before the next planned oil change, however, I never have any warning signs that my oil level is low. I could have gotten into an accident, and now I am afraid of driving because the car can stall at any moment, and cause an accident. The manufacturing company doesn't s solve this problem in a timely manner!

**NHTSA ID Number**: 11431200

**Incident Date** March 15, 2021

**Complaint Date** August 31, 2021

**Consumer Location** OKLAHOMA CITY, OK

**Vehicle Identification Number** KM8K12AA5KU****

**Summary of Complaint**

The contact owns a 2019 Hyundai Kona. The contact stated she was informed at the service inspection that her vehicle was low on engine oil however, the oil had recently been refilled. There were no warning lights illuminated. The vehicle was taken to the dealer who diagnosed that the oil plug was loose. The dealer refilled the engine oil. The contact stated that the failure had been reoccurring and the vehicle was using a third of the engine oil every 1,000 miles. The vehicle was taken to a second dealer

(Texoma Hyundai 2500 Texoma Pkwy, Sherman, TX 75090) who test drove the vehicle and diagnosed that no issues were found. The manufacturer was not made aware of the failure. The vehicle was not repaired. The approximate failure mileage was 58,200.

**NHTSA ID Number:** 11433252

**Incident Date** August 1, 2021

**Complaint Date** September 16, 2021

**Consumer Location** SHAKER HEIGHTS, OH

**Vehicle Identification Number** km8k1caa5lu****

**Summary of Complaint**

The contact owns a 2020 Hyundai Kona. The contact received notification of NHTSA Campaign Number: 21V301000 (Engine). The contact stated that while driving at an undisclosed speed, there were clicking noises heard. The vehicle was taken to the dealer for the recall repair. The dealer performed an oil consumption test after 1,000 miles on two separate occasions and diagnosed that the vehicle was consuming an excessive amount of engine oil. In the first oil consumption test, it was found that the vehicle had consumed 3 quarts of oil after 1,000 miles. The second oil consumption test found that the vehicle had consumed 2 quarts of oil after 1,000 miles. The vehicle was not repaired, and the dealer informed the contact that the manufacturer wanted a third oil consumption test after 1,000 miles before the recall would be repaired. The failure mileage was approximately 9,000.

**NHTSA ID Number**: 11437335

**Incident Date** February 19, 2021

**Complaint Date** October 19, 2021

**Consumer Location** DERRY, NH

**Vehicle Identification Number** KM8K6CAA4LU****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

The contact owns a 2020 Hyundai Kona. The contact stated that the vehicle had been consuming oil every 500 miles. The contact stated he received a recall notification for NHTSA Campaign Number: 21V301000 (Engine) and the vehicle was taken to the dealer; however, the dealer inspected the vehicle and advised the contact that they would not replace the engine as the vehicle had passed the software vibration test. The dealer advised the contact to continue to take the vehicle in for oil changes. The manufacturer was notified of the failure and a case was opened. The vehicle was not repaired. The approximate failure mileage was 500.

**NHTSA ID Number:** 11438279

**Incident Date** October 26, 2021

**Complaint Date**

**Consumer Location** SPARTA, WI

**Vehicle Identification Number** km8k2caa6lu****

**Summary of Complaint**

The contact owns a 2020 Hyundai Kona. The contact received notification of NHTSA Campaign Number: 21V301000 (Engine). The contact stated that while driving at an undisclosed speed, knocking noises were heard and the vehicle lost motive power. The vehicle was taken to the dealer and the dealer performed an oil change and oil consumption test after every thousand miles on three separate occasions. The first time the vehicle consumed half a quart of oil. The second and third times, the vehicle consumed a quart of oil. The dealer informed the contact that the vehicle had passed the engine vibration test and the recall was not repaired. The failure recurred. The manufacturer was not made aware of the failure. The failure mileage was 12,448.

**NHTSA ID Number**: 11440522

**Incident Date** November 1, 2020

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** November 15, 2021

**Consumer Location** PIKETON, OH

**Vehicle Identification Number** KM8K2CAA3LU****

**Summary of Complaint**

The contact owns a 2020 Hyundai Kona. The contact stated while starting the vehicle he heard an abnormal sound. The contact stated no warning light was illuminated. The contact stated he needed to add a 1½ quart of oil to the engine. The contact took the vehicle to the local dealer, where an unknown test was completed however, the result was not yet provided. The manufacturer had not been informed of the failure. The failure mileage was approximately 5,000.

**NHTSA ID Number:** 11447144

**Incident Date** January 2, 2022

**Complaint Date** January 12, 2022

**Consumer Location** SWEET SPRINGS, MO

**Vehicle Identification Number** Km8k22aa6ku****

**Summary of Complaint**

Car will stall while driving, coming to a stop and slowing down. Loud clanking and knocking noise in engine, massive oil consumption, engine light illuminated, bad acceleration then stalling, rough idle and stalls while backing up. I am terrified of driving this car and it stalls when turning and coming to a stop or just slowing down. I can smell oil burning and no one at hyndai wants to help me at all. Driving it out of the dealership when I had it checked for the recall and it died 2 times. I am going to lose everything I have worked for all because this car is not working properly. Dealership allowed me to drive away knowing the car stalls while driving and wanted me to pay for another engine diagnostic test even though they stated they did one.this makes no sense and I am severely frustrated!!! I will never buy another hyundai!!!

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  **NHTSA ID Number:** 11449246

2  **Incident Date** January 28, 2022

3  **Complaint Date** January 28, 2022

4  **Consumer Location** Unknown

5  **Vehicle Identification Number** KM8K2CAA6LU****

6  **Summary of Complaint**

7  2020 HYUNDAI KONA. CONSUMER WRITES IN REGARDS TO OIL

8  CONSUMPTION SAFETY RECALL. THE CONSUMER STATED THE ENGINE

9  WOULD MAKE A TAPPING SOUND. A MALFUCNTION LIGHT

10  ILLUMINATED. THE CONSUMER STATED THE VEHICLE WAS OUT OF OIL.

11  THE VEHICLE WAS TAKEN TO THE DEALER. THE DEALER ADVISED THE

12  CONSUMER TO DRIVE THE VEHICLE 1,000 MILES THEN RETURN IT.

13

14  **NHTSA ID Number:** 11449347

15  **Incident Date** August 14, 2021

16  **Complaint Date** January 29, 2022

17  **Consumer Location** DERRY, NH

18  **Vehicle Identification Number** km8k6caa4lu****

19  **Summary of Complaint**

20  This vehicle was under recall by Hyundai ( campaign 203 ) For defective piston oil

21  ring. Since day one of owning the vehicle I would notice oil level low by at least a 1/2

22  quart ( I would top off). After Several trips to the dealer they installed software to

23  detect vibration and it passed . So they said just run it until it dies only then we can

24  replace the engine . Hyundai has since removed car from recall lookup list. Went to

25  2nd dealer and I'm going through a oil consumption test . They found it uses .4 to .5

26  quarts ( 2 more tests due) . They say this is normal and they probably will not be able

27  to fix the excessive oil consumption . I have a 2020 Kona with 10,000 miles that can't

28  make it through the oil change cycle with out using oil the oil . I don't know what to

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

do at this point Hyundai is not Honoring the recall . They are trying every trick in the book to avoid their obligations.

**NHTSA ID Number:** 11462075

**Incident Date** November 25, 2021

**Complaint Date** April 25, 2022

**Consumer Location** DENTON, MD

**Vehicle Identification Number** KM8K2CAA1MU****

**Summary of Complaint**

The contact owns a 2021 Hyundai Kona. The contact stated that she received notification of NHTSA Campaign Number: 21V301000 (Engine) and the vehicle was taken to the dealer who inspected the vehicle and informed her that no issues were found. The contact stated while starting the vehicle, she heard abnormal knocking sounds coming from the engine. There was no warning light illuminated. The vehicle was taken back to the dealer where it was diagnosed that no issues were found; however, the failure persisted. The vehicle was taken back to the dealer where it was diagnosed that the vehicle had lost 3.5 quarts out of 4 quarts of oil within 4,000 miles. The dealer informed the contact to bring the vehicle back for an oil consumption evaluation after 1,000 miles. The vehicle was not repaired. The manufacturer was not notified of the failure. The failure mileage was approximately 7,500.

**NHTSA ID Number:** 11464208

**Incident Date** May 10, 2022

**Complaint Date** May 11, 2022

**Consumer Location** LAFAYETTE, IN

**Vehicle Identification Number** KM8K22AA9MU****

**Summary of Complaint**

While driving to work car started knocking. As soon as i arrived not even 5 miles

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

from my home, died in my parking lot. Car had no indications of issues. Only
information was due for oil change. Checked oil there was none. I was taking it in for
service the next day for my regular service check. I was 62 miles over the standard
time. Had to pay a tow and found out there is a hole in my engine block. Well with no
indication of "Low oil" this brings a question of a information failure>?

**NHTSA ID Number:** 11469519

**Incident Date** June 15, 2022

**Complaint Date** June 16, 2022

**Consumer Location** WOLCOTTVILLE, IN

**Vehicle Identification Number** KM8K2CAA9MU****

**Summary of Complaint**

Ongoing issues with the motor consuming oil despite passing a safety recall
inspection. Issues with knocking, oil consumption, engine light on. Issues with the
dealership fixing the problem. Issues since January of this year. Issues with stalling
and motor locking up. Now no oil and not due for oil change, knocking, hesitates,
motor light on.

**NHTSA ID Number**: 11470169

**Incident Date** July 1, 2020

**Complaint Date** June 21, 2022

**Consumer Location** SORRENTO, FL

**Vehicle Identification Number** KM8K1CAA5KU****

**Summary of Complaint**

Your website states I am not in a recall but indeed I have been under recall 302, now
974, and another one currently. The dealers have lied and falsified records. My new
Kona with less than 31000 miles is burning more than a qt of oil weekly on average,
knocks loudly, looses power, and now I'm finding burnt labels on the booster vac

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

lines. The dealer states I was under recall 203 in 2020 for "vibration inspection" ABSOLUTELY NOT I was seen for recall 203 bad piston rings with less than 12k miles. Now for the SECOND time I'm told it's not safe nor advisable by Hyundai to park my vehicle in my driveway or garage due to fire risks of my car. The car is worth 30-45% lower value than retail due to issues. Hyundai has lied non stop, the dealers have lied non stop, and no one cares. I also have over 5k in wrap warranties that are not valid anymore due to abnormal oil consumption and the dealer will not allow me to remove the packs. It's all BS Now involved in a rear end collision not at fault. Hit at 40mph at a dead stop. It destroyed the rear collision system and bars as well as sensors but not one air bag deployment or safety feature. Almost 8k in repair and over 3 weeks in shop. In one of the safest vehicles nationaly

**NHTSA ID Number**: 11471364

**Incident Date** June 28, 2022

**Complaint Date** June 28, 2022

**Consumer Location** LAKE ARIEL, PA

**Vehicle Identification Number** KM8K1CAA6MU****

**Summary of Complaint**

The contact owns a 2021 Hyundai Kona. The contact received notification of NHTSA Campaign Number: 21V301000 (Engine). The contact stated that while driving at an undisclosed speed, the vehicle consumed an excessive amount of oil. Additionally, the vehicle made loud noises while driving. The vehicle was taken to the dealer on eight separate occasions, and the dealer refilled the oil reservoir every one-thousand miles. The vehicle was not repaired. The manufacturer was made aware of the failure and informed the contact that the engine needed to be replaced. The failure mileage was approximately 15,000.

**NHTSA ID Number**: 11479585

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** December 1, 2021

**Complaint Date** August 16, 2022

**Consumer Location** BROOKLYN, NY

**Vehicle Identification Number** km8k1caa9mu****

**Summary of Complaint**

The contact owns a 2021 Hyundai Kona. The contact stated that while driving at various speeds, the vehicle would shut off without warning. The vehicle would restart soon after failure. The contact had taken the vehicle to the dealer where he was informed that his oil level was severely low; however, they were unable to determine the cause of the failure. The manufacturer had yet to be notified of the failure. The vehicle had yet to be repaired. The failure mileage was approximately 5,000.

**NHTSA ID Number**: 11489420

**Incident Date** August 26, 2022

**Complaint Date** October 15, 2022

**Consumer Location** WHEELING, IL

**Vehicle Identification Number** KM8K1CAA8KU****

**Summary of Complaint**

while driving, oil began to pour into the exhaust system and the engine stopped starting

### *2020-2021 Hyundai Palisade*

**NHTSA ID Number**: 11421899

**Incident Date** June 6, 2021

**Complaint Date** June 22, 2021

**Consumer Location** ARROYO GRANDE, CA

**Vehicle Identification Number** KM8R44HE5LU****

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

About 1 1/2 hours into a 7 hr trip driving on vacation the car started running rough. Upon slowing the engine shut off several times. The car started knocking and the check engine light came on about 30 min from our destination. We took it to the closest Hyundai dealer who informed us the engine needed to be replaced because it had no oil in it. We NEVER had a low oil light or check oil light come on. I had checked the oil life before we left on our trip and knew I had a cushion of several hundred miles before it was due for an oil change. This could have caused all of us in the car since the car shut off and all power was gone.

**NHTSA ID Number**: 11481125

**Incident Date** November 1, 2020

**Complaint Date** August 25, 2022

**Consumer Locatio**n SAN ANTONIO, TX

**Vehicle Identification Number KM8R5DHE5LU****

**Summary of Complaint**

The contact owns a 2020 Hyundai Palisade. The contact stated that while his wife was stopped at a traffic light, the vehicle lost motive power and stalled without warning. After restarting the vehicle, the vehicle experienced rough driving. The contact later discovered that the engine oil level was extremely low. The vehicle was towed to the dealer. The dealer performed an oil consumption test, an engine leak down, engine compression test, and carbon cleaning on the engine; however, the vehicle continued to experience the failure. The manufacturer was notified of the failure. The failure mileage was 13,700.

### *2010-2012, 2015-2021 Hyundai Santa Fe*

**NHTSA ID Number:** 11002047

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   **Incident Date** May 3, 2017

2   **Complaint Date** June 28, 2017

3   **Consumer Location** MENIFEE, CA

4   **Vehicle Identification Number** 5XYZU3LB7DG****

5   **Summary of Complaint**

6   TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE SPORT. WHILE

7   DRIVING 15 MPH, THE VEHICLE STALLED WITHOUT WARNING AND

8   WOULD NOT RESTART WHEN PROMPTED. THE VEHICLE WAS TOWED TO

9   TUSTIN HYUNDAI MOTORS OF TUSTIN, CALIFORNIA WHERE THE

10  ENGINE WAS REPLACED WITH A RE-MANUFACTURED ENGINE. THE

11  CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER:

12  17V226000 (ENGINE AND ENGINE COOLING). THE DEALER STATED THAT

13  THE FAILURE WAS DIRECTLY RELATED TO THE RECALL.

14  FURTHERMORE, THE CONTACT STATED THAT THERE WAS AN OIL FLOW

15  RESTRICTION, WHICH CAUSED HIGH OIL CONSUMPTION, DUE TO THE

16  PREMATURE BEARING WEAR WITHIN THE ENGINE. AFTER THE INITIAL

17  REPAIR, THE CONTACT HEARD A CLACKING NOISE COMING FROM THE

18  ENGINE ON MORE THAN ONE OCCASION DUE TO A LACK OF OIL. THE

19  MANUFACTURER WAS MADE AWARE OF THE ISSUE AND STATED THAT

20  THE RE-MANUFACTURED ENGINE WOULD HAVE TO FAIL COMPLETELY

21  BEFORE AUTHORIZATION OF A NEW ENGINE WOULD BE APPROVED.

22  THE FAILURE MILEAGE WAS APPROXIMATELY 155,000.

23

24  **NHTSA ID Number:** 11103603

25  **Incident Date** June 23, 2018

26  **Complaint Date** June 23, 2018

27  **Consumer Location** SAN DIEGO, CA

28  **Vehicle Identification Number** KM8SM4HFXFU****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

WHILE DRIVING THE VEHICLE ON THE HIGHWAY, I NOTICED THE CHECK ENGINE LIGHT CAME ON. I CHECKED THE OIL LEVEL AND OTHER FLUIDS. THE OIL WAS VERY LOW. I PUT IN A FEW QUARTS OF OIL IMMEDIATELY AND TOOK THE VEHICLE TO GET AN OIL CHANGE PROFESSIONALLY SHORTLY AFTER. I NOTICED THE ENGINE WITH HESITATE AND IDLING BECAME ROUGH. AT THE SAME TIME, THE FUEL MILES PER GALLON DECREASED DRASTICALLY.

**NHTSA ID Number:** 11207739

**Incident Date** May 1, 2018

**Complaint Date** May 15, 2019

**Consumer Location** MECHANICSVILLE, MD

**Vehicle Identification Number** 5XYZTDLB4HG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2017 HYUNDAI SANTA FE SPORT. THE CONTACT STATED THAT THE VEHICLE'S OIL CONSUMPTION WAS HIGH AND TWO QUARTS OF OIL NEEDED TO BE ADDED EACH MONTH. THE VEHICLE WAS TAKEN TO TEAM HYUNDAI (22514 THREE NOTCH RD, LEXINGTON PARK, MD 20653, (301) 880-4120) WHERE THE CONTACT WAS INFORMED THAT THE VEHICLE WAS OLD AND HAD TOO MANY MILES. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 40,000.

**NHTSA ID Number:** 11280469

**Incident Date** August 1, 2019

**Complaint Date** November 16, 2019

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Consumer Location** ORLANDO, FL

**Vehicle Identification Number** 5XYZU3LB3HG****

**Summary of Complaint**

OIL IS VANISHING FROM THE VEHICLE. FOR EVERY 1000 MILES THERE IS A PINT OF OIL MISSING FROM THE VEHICLE. THIS HAS BEEN REPORTED TO THE HYUNDAI MUTIPLE TIMES. HYUNDAI CAN NOT FIND ANY ISSUE WITH THE VEHICLE. THIS IS CONCERING BECUASE THE VEHICLE CAN BREAK DOWN ON A LONG ROAD TRIP WITHOUT CONSANT OIL CHECKS AND REFILLING DURING THE TRIP. HYUNDAI HAS YET TO REPLACE THE MOTOR OR RESOLVE THE ISSUE. NO OIL LEAK LOCATED IT APPEARS THE OIL IS JUST GOING MISSING WHILE THE VEHICLE IS IN MOTION.

**NHTSA ID Number:** 11287144

**Incident Date** December 5, 2019

**Complaint Date** December 5, 2019

**Consumer Location** TOWNVILLE, SC

**Vehicle Identification Number** KM8SN4HF1DU****

**Summary of Complaint**

WE HAD AN ENGINE LIGHT COME ON. CAR HAD ALREADY BEEN RUNNY ROUGH. DEALERSHIP SAID CAR WAS LOW ON OIL. THEY WANT TO PERFORM A OIL CONSUMPTION TEST. INTERNET SEARCH SAYS THIS IS A KNOWN ISSUE. HOW DO WE GET THIS RESOLVED. CAR CURRENTLY HAS LESS THAN 100,000 MILES.

**NHTSA ID Number:** 11317944

**Incident Date** October 1, 2019

**Complaint Date** March 13, 2020

**Consumer Location** ROMEOVILLE, IL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   **Vehicle Identification Number** 5XYZUDLB6DG****

2   **Summary of Complaint**

3   FOR THE PAST 12-14 MOS I'VE HAD TO ADD ADDITIONAL 1-4 QUARTS OF

4   OIL AFTER VERIFYING LOW OIL ON DIP STICK IN BETWEEN REGULARLY

5   SCHEDULED OIL CHANGES AT FIRESTONE. THEY NOTED DEC 2019

6   INTERNAL OIL LEAKAGE. OIL LIGHT NEVER CAME ON. MOST RECENTLY

7   FEB 14, 2020 CHECK ENGINE LIGHT CAME ON CHECKED DIP STICK TWICE

8   IT ONLY HAD OIL ON TIP, ADDED 2 QUARTS OIL, LIGHT WENT OFF.

9   CHECK ENG LIGHT CAME ON FEW DAYS LATER, REPEATED DIP STICK

10  CHECK =ADDED 3 MORE QUARTS OIL FEW DAYS LATER. REPEATED

11  SEVERAL XS THROUGHOUT FEB 2020. PAID 3 SEPARATE MECHANICS

12  ALL STATED INTERNAL OIL LEAK. 1 MECHANIC STATED HAD SEVERAL

13  CUSTOMERS WITH SAME COMPLAINT. HE INFORMED ME CHECK WITH

14  DEALER FOR 1 RECALL OR 2 EXTENDED WARRANTY & DUE TO OIL

15  CONSUMPTION PROBLEM. HE ESTIMATED APPROX $5K + TO REBUILD

16  ENGINE, PISTON RINGS ISSUE. I CALLED DEALER ASKED COST FOR

17  THEM TO CHECK WAS QUOTED MINI $139 TO START. WHEN THEY

18  EMAILED APPOINTMENT CONFIRMATION, I CONFIRMED APPMT MAR 14,

19  2020 & ASKED 1. IF A RECALL EXISTED 2. IF EXTENDED WARRANTED

20  COVERED IT. WHEN I GOT THERE TODAY I ASKED SAME 2 QUESTIONS &

21  WAS TOLD TO PAY $42 FOR OIL CHANGE #1 TODAY & BRING CAR EVERY

22  1000 MILES 3 MORE TIMES FREE OF CHARGE SO THEY CAN TRACK

23  INTERNAL OIL LEAK. WAS TOLD EXTENDED WARRANTY ONLY WENT

24  TO 120,000, MY CAR'S @ 125,600. I ASKED WHY I WASNT INFORMED OF

25  THIS EXTENDED WARRANTY AS I RECEIVED LETTER LAST YEAR WHEN I

26  BROUGHT CAR IN FOR COURTESY SOFTWARE UPDATE & 2018 ANOTHER

27  COURTESY CHECK, THEY COULDNT EXPLAIN. I FEEL IF I DIDNT USE

28  BUZZ WORDS 4TH MECHANIC TOLD ME I WOULD HAVE BEEN CHARGED

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   MORE $. A MECHANIC 3 DAYS AGO SAID I NEEDED EXHAUST MANIFOLD
2   CATALYTIC CONVTR $1244 & NEW SPARK PLUGS & COILS $703. INFOMED
3   THIS MECHANIC I PD $600 APPROX 6 MOS AGO FOR SPARK PLUGS DUE
4   TO HESITATION IN ACCELERATION & JERKY & SPUTTERY MOTION. I
5   FEEL LIKE HYUNDAI IS AWARE OF THIS PROBLEM & I READ SIMILAR
6   ISSUES RESULTING IN FIRES. I'M STILL PAYIN ON CAR.

8   **NHTSA ID Number:** 11341922
9   **Incident Date** December 5, 2017
10  **Complaint Date** July 28, 2020
11  **Consumer Location** COOKEVILLE, TN
12  **Vehicle Identification Number** 5XYZH4AG7BG****
13  **Summary of Complaint**
14  CAR STARTED SMOKING BLUE SMOKE OUT OF THE EXHAUST AT 45,000
15  MILES WAS NEVER TREATED FOR AN OIL CONSUMPTION TEST. I DIDN'T
16  KNOW THERE WAS SUCH A THING WAS NOT ADVISED AT THAT TIME
17  NOW 3 YEARS LATER SUV ONLY HAS 56,000 IT USED 2 QUARTS OF OIL IN
18  1700 MILES. SINCE I DON'T DRIVE IT MUCH THEY ARE SAYING I HAVE TO
19  START ALL OVER AGAIN SINCE I HAD NOT BEEN IN SINCE MAY 2020. IT
20  IS NOW JULY DRIVEN IT 1300 MILE I WAS TOLD MUST START
21  CONSUMPTION TEST FROM BEGINNING NOT WITH IN THE 1000 MILE
22  RANGE . THEY NEVER FILED OUT ANY CONSUMPTION CHART TO START
23  WITH . THIS CAR ONLY HAS ONE YEAR REMAINING ON WARRANTY AND
24  THEY ARE TRYING TO RUN OUT THE WARRANTY WITHOUT FIXING IT.
25  CAR SMOKES UP MY WHOLE GARAGE UPON STARTING , IT HAS
26  COVERED PEOPLE UP WITH BLUE SMOKE IT THEY ARE BEHIND ME IN A
27  PARKING LOT. I CAN NOT UPLOADED. A DOCUMENT
28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11360462

**Incident Date** September 10, 2020

**Complaint Date** September 22, 2020

**Consumer Location** DAHLONEGA, GA

**Vehicle Identification Number** KM8SNDHF4EU****

**Summary of Complaint**

MY 2014 SANTA FE WENT INTO "LIMP MODE" AND WOULDN'T TRAVEL
MORE THAN 5 MILES AN HOUR. I WAS TOLD THAT MY ENGINE HAD NO
OIL AND WAS PART OF A SAFETY RECALL. AFTER MONTHS OF JUMPING
THROUGH THE HOOPS WITH A SERIES OF OIL CONSUMPTION TESTS, I
WAS TOLD THAT IF I REPLACED A SLIGHTLY DRIPPY OIL PAN GASKET
(A LEAK SO SMALL THAT IT NEVER HIT MY CONCRETE CARPORT) THAT
HYUNDAI OF CUMMING WOULD SEND OUR PAPERWORK TO HYUNDAI
CORPORATE FOR A RECALL OF THE ENGINE. I NEVER KNEW THAT THE
CAR COMPLETELY-SHUTTING-DOWN WHILE DRIVING WAS A
POSSIBILITY. APPARENTLY, THE RECALLED ENGINES DO EXACTLY
THAT! THEY SHUT DOWN WHILE BEING DRIVEN WITH NO WARNING!
WHILE DRIVING, MY SANTA FE COMPLETELY SHUT-DOWN. NO POWER
STEERING, NO POWER BRAKES, NOTHING! NO WARNING LIGHTS EVER
CAME ON TO ALERT ME OF A PROBLEM. THE TIMING OF THIS
HAPPENING WAS CONVENIENT THOUGH AS I WAS GOING AWAY FOR 5
DAYS. I DROPPED MY CAR AT THE CUMMING GA DEALERSHIP. I ASKED
THEM TO REPLACE THE OIL PAN SEAL AND TROUBLE SHOOT THE
STALLING PROBLEM. 5 DAYS THEY SAT ON MY CAR. THEY DID
NOTHING. TURNS OUT, THEY WERE WAITING ON THE SERVICE-REP WHO
DID MY REPAIR ESTIMATE TO RETURN FROM VACATION. THEY WERE
GOING TO WAIT 11 DAYS WITHOUT DOING THE WORK OR TALKING TO
ME. THEY SAID THAT THEY DIDN'T DO THE WORK BECAUSE MY CAR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  DID NOT QUALIFY FOR THE RECALL. RECALL OR NO RECALL, I NEED

2  MY CAR FIXED! AFTER SHOWING UP IN PERSON, I WAS GIVEN A LOANER

3  CAR UNTIL THEY COULD DIAGNOSIS THE ENGINE & REPLACE OIL PAN

4  GASKET. THIS WAS TUES 9/15. THEY GAVE ME THE LOANER CAR UNTIL

5  FRI. CALLED ON FRI, THEY HADN'T FOUND THE STALLING PROBLEM

6  AND SAID KEEP THE LOANER UNTIL 9/25. WAS TOLD TODAY THAT THEY

7  STILL HAVE NOT REPLACED THE OIL PAN GASKET, BUT THEY WANT

8  THE LOANER BACK. THIS IS OUTRAGEOUS. I DON'T FEEL SAFE IN THIS

9  CAR. AND DESPITE BEING A PAYING CUSTOMER, THEY STILL HAVEN'T

10  DONE THE WORK THEY SAID I NEED TO HAVE DONE FOR THE RECALL.

11

12  **NHTSA ID Number:** 11354069

13  **Incident Date** September 9, 2020

14  **Complaint Date** September 9, 2020

15  **Consumer Location** SEVIERVILLE, TN

16  **Vehicle Identification Number** 5XYZT3LB7HG****

17  **Summary of Complaint**

18  BEEN LOSING OIL INBETWEEN OIL CHANGES AS DOCUMENTED BY

19  FACILITIES THAT CHANGED IT AND NOTHING WAS SAID BY DEALER

20  WHEN I ASKED IF IT WAS A PROBLEM AT THE MOST RECENT OIL

21  CHANGE. TODAY MY ENGINE LIGHT CAME ON AND BLEW AND WAS

22  BONE DRY. I WAS ON THE INTERSTATE AND IT STOPPED ACCELERATING

23  AND KNOCKING. I HAD IT TOWED TO DEALERSHIP.

24

25  **NHTSA ID Number:** 11359871

26  **Incident Date** September 11, 2020

27  **Complaint Date** September 18, 2020

28  **Consumer Location** ALBUQUERQUE, NM

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

88
**SECOND AMENDED CLASS ACTION COMPLAINT**

**Vehicle Identification Number** 5XYZTDLB3FG****

**Summary of Complaint**

ENGINE SEIZED ON 2015 HYUNDAI SANTA FE. NO WARNING AT ALL. TOWED TO LOCAL MECHANIC SHOP. DID NOT TAKE TO HYUNDAI DEALERSHIP. MECHANIC FOUND NO OIL IN THE DIP STICK. SYNTHETIC OIL CHANGE DONE A LITTLE OVER A MONTH AGO. VEHICLE JUST WENT OVER 100K IN MILEAGE. I'VE KEPT UP WITH THE MAINTENANCE SCHEDULES. HAS TO BE SOMETHING WITH THESE HYUNDAI ENGINE.

**NHTSA ID Number:** 11364008

**Incident Date** October 10, 2020

**Complaint Date** October 12, 2020

**Consumer Location** SHREWSBURY, MA

**Vehicle Identification Number** KM8SRDHF5EU****

**Summary of Complaint**

ENGINE FAILURE (UPPER/LOWER) UNDER MODERATE ACCELERATION DUE TO UNCHARACTERISTIC RAPID OIL CONSUMPTION WITH NO WARNING OF LOW OIL LEVEL OR PRESSURE. 165,000 MILES ON VEHICLE. MAINTAINED WITH ENGINE OIL CHANGED ROUTINELY EVERY 5,000 MILES; NORMAL OPERATING CONDITIONS (NOT SEVERE).

**NHTSA ID Number:** 11374931

**Incident Date** July 1, 2017

**Complaint Date** November 16, 2020

**Consumer Location** COOKEVILLE, TN

**Vehicle Identification Number** 5XYZH4AG7BG****

**Summary of Complaint**

CAR SMOKING FROM EXAHUST SINCE AROUND 42000 MILES OIL SMOKE

1 STARTED IN 2017 . I HAVE TAKEN TO DEALERSHIP ABOUT 8 TIMES IN 3

2 YEARS NOW OIL ALL IN THE SPARKPLUGS USING OVER A QUART OF OIL

3 EVERY 1000 MILES NOW HAS 56000 MILES AND UNABLE TO DRIVE IT.

4 DEALSHIP TELLING ME THEY WILL HAVE CAR FOR ONE MONTH OR

5 MORE WITH NO REPLACEMENT CAR GIVEN HAVE BEEN TOLD MAY NOT

6 FIX REPLACE THE MOTOR I CALLED MAIN COMPANY EARLIER THIS

7 YEAR. NOTHING WAS DONE.SMOKES AT START UP SMOKES OUT MY

8 GARAGE . THEN CAR WAS SHIMMING WHEN DRIVING AND ENGINE

9 LIGHT CAME ON .

10

11 **NHTSA ID Number:** 11377249

12 **Incident Date** August 15, 2020

13 **Complaint Date** December 1, 2020

14 **Consumer Location** AVOCA, NY

15 **Vehicle Identification Number** 5XYZUDLBXFG****

16 **Summary of Complaint**

17 OIL CONSUMPTION WITHIN 200 MILES BLIND SPOT DETECTION DOESN'T

18 WORK

19 **NHTSA ID Number:** 11377694

20 **Incident Date** December 3, 2020

21 **Complaint Date** December 3, 2020

22 **Consumer Location** RAINIER, WA

23 **Vehicle Identification Number** 5NMZTDLB9HH****

24 **Summary of Complaint**

25 THERE HAS BEEN A KNOCK SINCE THE CAR WAS BOUGHT 3 YRS AGO. IT

26 BURNS THREW AT ABOUT1-2 QUART OF OIL EVERY 2000 MILES

27 TRIGGERING THE OIL LIGHT TO COME ON. OIL CHANGES ARE DONE

28 EVERY 3000 MILES WITH FULL SYNTHETIC ALWAYS. IT'S ALSO BEEN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

90

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  TAKEN INTO HYUNDAI OF OLYMPIA FOR ACCELERATION ISSUE WHILE

2  DRIVING (DOESN'T SHIFT UP/DOWN, SHIFT VERY HARD, STUTTERS

3  WHEN SHIFTING) ALSO ASKED ABOUT OIL CONSUMPTION WHEN TAKEN

4  IN FOR RECALL AND WAS TOLD THE OIL CONSUMPTION WAS NORMAL.

5

6  **NHTSA ID Number:** 11386829

7  **Incident Date** January 6, 2021

8  **Complaint Date** January 6, 2021

9  **Consumer Location** CASTLE ROCK, CO

10  **Vehicle Identification Number** 5XYZUDLB2HG****

11  **Summary of Complaint**

12  THE ENGINE HAD BEEN BURNING UP THE OIL IN THE CAR. WE HAD A

13  OIL CHANGE ON 11/30/20 AND THE CAR HAS 0 OIL AS OF TODAY. THE

14  ENGINE MIGHT BE BLOWN. THE CAR ONLY HAS 88K MILES ON IT.

15

16

17  **NHTSA ID Number:** 11394791

18  **Incident Date** January 1, 2021

19  **Complaint Date** February 5, 2021

20  **Consumer Location** CHICAGO, IL

21  **Vehicle Identification Number** 5XYZWDLA5HG****

22  **Summary of Complaint**

23  I AM HAVING TO GET AN OIL CONSUMPTION EVERY 1000 MILES WHICH

24  HAS ME CONCERNED.

25

26  **NHTSA ID Number:** 11405851

27  **Incident Date** March 31, 2021

28  **Complaint Date** March 31, 2021

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

91

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Consumer Location** OAK LAWN, IL

**Vehicle Identification Number** 5XYZU3LB6EG****

**Summary of Complaint**

EXCESSIVE OIL CONSUMPTION

**NHTSA ID Number:** 11407495

**Incident Date** March 3, 2021

**Complaint Date** April 11, 2021

**Consumer Location** JACKSONVILLE, FL

**Vehicle Identification Number** 5XYZUDLB2HG****

**Summary of Complaint**

BOUGHT HYUNDAI SANTE FE SPORT 2017 36,871 MILES ON 09-23-2019 DEALERSHIP OIL CHANGE 03-06-20 MILES 41104 DEALERSHIP OIL CHANGE, 03-03-21 MILES 47409 OIL VERY LOW AND DARK IN COLOR. DEALERSHIP REQUESTING OIL CONSUMPTION TEST EVERY 1000 MILES, 04-01-21 1.5 QUARTS LOW. I HAVE TO DO 2 MORE TEST, THIS IS A SKIRT AROUND THE PROBLEM, AND AN ENGINE FLUSH FOR SLUDGE, MORE SKIRTING THE PROBLEM. MY WARRANTY EXPIRES IN 6 WEEKS!

**NHTSA ID Number:** 11418023

**Incident Date** May 2, 2021

**Complaint Date** May 21, 2021

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYZUDLA7EG****

**Summary of Complaint**

There is a known issue with the GDI engines that is causing an oil consumption issue. Hyundai is aware and is not willing to cover the cost for what they say may fix the issue of the vehicle is out of warranty. It is affecting many vehicles and the

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

dealerships are passing it off to Hyundai and Hyundai is stating it should be covered under engine warranty and it is not.

**NHTSA ID Number:** 11415031

**Incident Date** October 9, 2020

**Complaint Date** May 3, 2021

**Consumer Location** FISHERS, IN

**Vehicle Identification Number** 5XYZT3LB5HG****

**Summary of Complaint**

VEHICLE BEGAN BURNING THROUGH 3-4 QUARTZ OF OIL EVERY 1,000 MILES AFTER VEHICLE GOT CLOSE TO 75K MILES. WHEN THE ISSUE FIRST BEGAN, THE CAUSE WAS UNKNOWN. AFTER RUNNING MULTIPLE OIL CONSUMPTION TESTS, IT IS NOW BELIEVED TO BE AN ENGINE DEFICIENCY.

**NHTSA ID Number:** 11421402

**Incident Date** December 28, 2020

**Complaint Date** June 18, 2021

**Consumer Location** WHIGHAM, GA

**Vehicle Identification Number** KM8SR4HF0DU****

**Summary of Complaint**

Right before the Christmas Holidays our vehicle began leaking oil profusely and running hot. We quickly took to a local mechanic who told us there were major issues with our vehicle. At his urging, we promptly called your service department to look over the vehicle. We were told it would need a new motor and radiator at a cost of $10-$13K. The vehicle was 6 years old and we have maintained the vehicle regularly. Early on, we were told that an oil consumption test needs to be completed, which was

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

a complete waste of time. The car would not go 50 miles without losing 100% of it's oil. We took it back to Hyundai and they stated there was nothing they could do.

**NHTSA ID Number:** 11428615

**Incident Date** July 17, 2021

**Complaint Date** August 11, 2021

**Consumer Location** HARPER WOODS, MI

**Vehicle Identification Number** 5xyztdlb9jg****

**Summary of Complaint**

First my car started consuming and alarming amont of oil at 40000 to 50000 miles in 2020. I have been put through 3 oil consumption test and every 1,000 miles i took it in it was consuming more oil. One time it had lost 4 quart of oil in 1,000 miles with no oil leaks detected. They never did anything about it. Early 2021 While i was on the highway in traffic going 70 miles per hour. Mile car started to sputter and slowed down to 30 miles per hour in the middle of the highway at night. I was so afraid that i would be hit. Another time it slowed down on the highway 1 day after i got an oil change and i was out of town on a sunday. The car was struggling to get up a highway hill at 25 miles an hour with other cars going well over the 70 mile speed limt. I was terrified. The dealer finally admitted that the engin is bad but Hyundai will not replace it. Help please!!!!!

**NHTSA ID Number:** 11434283

**Incident Date** September 10, 2021

**Complaint Date** September 24, 2021

**Consumer Location** TEWKSBURY, MA

**Vehicle Identification Number** 5XYZUDLBXDG****

**Summary of Complaint**

My vehicle engine has an oil consumption problem that was diagnosed in July of

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

2021. The car was making a bad vibrating rattling noise, and the red oil light came on which prompted immediate diagnostics July 6th, 2021. When they assessed they stated to drive it and check the oil level and on August 2nd I brought the vehicle back and they recommended starting the Hyundai protocol for diagnosing burn of oil due to smoke The Hyundai dealership I have had my car serviced at went through the 1000 mile burn test to diagnose the problem and this was confirmed to be the issued September 10th, 2021. Hyundai states that engine is under warranty but will only repair (or replace) the engine if the engine undergoes a catastrophic failure involving the bearings. This seems highly dangerous and illegal. If the engine burns too much oil the engine will seize. When the engine seizes, this could cause the operator to lose control of the vehicle causing harm to the driver, passengers, or others on the public roadway. I have contacted Hyundai corporate headquarters about this, though links provided on their website are broken and make it difficult to get clear answers. I have done the required maintenance and have records to prove this. However I am VERY FRUSTRATED AND SCARED. My engine has not seized or failed yet, but if this issue is not resolved, it WILL fail. When the manufacturer knows this issue exists, and when the consumer proactively maintains their vehicle, brings it into the dealership to be told "to drive it and let it catastrophically fail" for Hyundai to acknowledge their warranty is unethical and if not illegal, it should be. Reading online, there are many others who are having similar problems. These are the cases related to this issue: Hyundai and Kia Engine Litigation, No. 8:17-cv-00838-JLS-JDE (C.D. Cal.) Flaherty v. Hyundai Motor Company, et al., No. 18-cv-02223 (C.D. Cal.) PLEASE look into this. Thank you, Sincerely, [XXX] INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

**NHTSA ID Number:** 11434350

**Incident Date** September 25, 2021

**Complaint Date** September 25, 2021

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** MATTHEWS, NC

**Vehicle Identification Number** 5nmzu3lb4hh****

**Summary of Complaint**

I put regular gas in my car Tuesday, Saturday it started making a vibration like I had a flat tire and malfunction light comes on. I notice when I put reg gas engine makes rattling sound but dealership says it's fine put premium to resolve this. So is this normal? Also my engine consumes oil, I took car in for oil consumption test and they say it burns 1 quart per 1000 miles which is ok. Really???

**NHTSA ID Number:** 11439127

**Incident Date** October 5, 2021

**Complaint Date** November 2, 2021

**Consumer Location** HUNTERSVILLE, NC

**Vehicle Identification Number** 5NMZUDLB5HH****

**Summary of Complaint**

I bought a 2017 Santa Fe Sport October 26, 2020. The engine has been burning oil and over the past year, I have taken the vehicle to a local dealer to be looked. After multiple oil consumption tests in which there was on average of 1.5 quarts burned off in 1000 miles, the vehicle had the pistons taken out to remove excess carbon. This helped a little bit. After another round of 3 oil consumption test, in which my average oil burn is now .75 quarts/1000 miles, the dealer says that is considered normal. Really? By my calculations, my engine will burn 2.78 quarts of oil over the 3700 miles between oil changes. That cannot be right. How can that be good for the engine?

**NHTSA ID Number:** 11436673

**Incident Date** June 1, 2021

**Complaint Date** October 13, 2021

**Consumer Location** TYLER, TX

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  **Vehicle Identification Number** 5xyzu3lbxjg****

2  **Summary of Complaint**

3  The contact owns a 2018 Hyundai Santa Fe Sport. The contact stated that the oil

4  warning light illuminated while driving at various speeds. Upon inspection of the

5  vehicle, the contact discovered that his vehicle was consuming a quart of oil every

6  1,000 miles. The contact had taken the vehicle to a dealer where an oil consumption

7  test was performed, and the mechanic informed him that the oil consumption was

8  normal. The manufacturer was also notified of the failure and provided him the same

9  information as the dealer. The vehicle and yet to be repaired. The failure mileage was

10  approximately 80,000.

11

12  **NHTSA ID Number:** 11440671

13  **Incident Date** October 18, 2021

14  **Complaint Date** November 16, 2021

15  **Consumer Location** DALLAS, GA

16  **Vehicle Identification Number** KM8SM4HFXGU****

17  **Summary of Complaint**

18  I was driving and all of a sudden heard a rough rattling sound coming from the engine.

19  Hyundai didn't have time for me, so I had it towed to a local mechanic. Diagnostic:

20  timing chain done but also knocking of the engine. Oil consumption causing this and

21  new engine required. Had it towed to Hyundai a couple weeks later. Same diagnoses-

22  new engine required for engine knocking and failure of internal timing components.

23  Hyundai confirmed the engine oil consumption is bad.

24

25  **NHTSA ID Number:** 11440626

26  **Incident Date** October 21, 2021

27  **Complaint Date** November 16, 2021

28  **Consumer Location** FORT MORGAN, CO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5xyztdlb1eg****

**Summary of Complaint**

The contact owns a 2014 Hyundai Santa Fe Sport. The contact stated that while driving 63 MPH, the cruise control was activated, and the RPM fluctuated between 2,200 and 3,500. Additionally, there was a burning odor detected, and lots of smoke was coming from the exhaust pipe that filled both directions of the street. The vehicle was taken to the dealer. The dealer diagnosed that the PCV valve had carbon and that the spark plugs were corroded with carbon. The dealer performed an oil consumption test but did not complete the test due to the spark plugs needing to be replaced. The dealer informed the contact that the PCV valve and spark plugs needed to be replaced. The dealer removed the PCV valve; however, the vehicle was not repaired. Prior to the failure, the contact had an engine block code that was reset twice without repair. The manufacturer was made aware of the failure and a case was opened. However, the manufacturer notified the contact that the case was closed and was sending out documents to the contact. The failure mileage was approximately 128,127.

**NHTSA ID Number:** 11441570

**Incident Date** November 24, 2021

**Complaint Date** November 24, 2021

**Consumer Location** CINCINNATI, OH

**Vehicle Identification Number** 5XYZT3LB6GG****

**Summary of Complaint**

This vehicle is burning close to 2qts of oil within 1000 miles. There is no warning that the engine is low on oil which could cause the engine to seize at any time. Hyundai has us go through the oil consumption test and acknowledged it was a problem but denied the claim because the car was on the second owner. The third-party warranty company refused to help unless it was a total engine failure.

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11442099

**Incident Date** March 8, 2020

**Complaint Date** November 30, 2021

**Consumer Location** FAIRMONT, WV

**Vehicle Identification Number** 5XYZUDLB9HG****

**Summary of Complaint**

The contact owns a 2017 Hyundai Santa Fe Sport. The contact stated that upon inspection it was discovered that the engine oil levels continued to be low shortly after adding oil to the engine. The vehicle was taken to the local dealer who performed an oil consumption test, but no failure was found. The contact indicated that the failure continued to occur. Additionally, while driving at speeds exceeding 70 MPH, a loud knocking sound was present coming from the engine. The cause of the failure was not determined. The manufacturer was notified of the failure, but no assistance was offered. The failure mileage was 82,000.

**NHTSA ID Number:** 11442315

**Incident Date** November 1, 2021

**Complaint Date** December 1, 2021

**Consumer Location** BATON ROUGE, LA

**Vehicle Identification Number** N/A

**Summary of Complaint**

The contact owns a 2017 Hyundai Santa Fe Sport. The contact stated that the vehicle was losing oil. Additional oil was added however, the oil was depleted the next day. The contact stated there was no oil on the ground. There were no warning lights illuminated. The vehicle was taken to the local dealer and it was suggested that an oil consumption test be performed. The vehicle was not diagnosed or repaired. The manufacturer was not contacted. The failure mileage was 100,003. The VIN was not

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

available.


**NHTSA ID Number:** 11444022

**Incident Date** December 3, 2021

**Complaint Date** December 16, 2021

**Consumer Location** GARDNER, IL

**Vehicle Identification Number** 5xyzudlb2dg****

**Summary of Complaint**

hyundia and darcy hyundia dealership (815) 725-5200 know of this excessive oil
consumption problem with the engine and now this vehicles oil consumption has
ruined the catalytic converters . vehicle is using 1 qt. a week driving about 150 miles
estimated. My Daughter was driving home from work during rush hour and car lost
power and went into limp mode . car was towed to dealership .12/3/2021 and had
vehicle 7-10 days and said problem is plugged catalytic converters. root cause to much
oil consumption.this problem started years ago with oil consumption . we took it to
the dealership and they kept saying it was normal .I said that it was excessive .which it
was .I could not get them to repair the motor and they new it was excessive oil
consumption.My Daughters safety was put at risk.It was night time and rush hour
.Now were getting nowhere with hyundia and Darcy hyundia of joliet IL.60436


**NHTSA ID Number:** 11445296

**Incident Date** October 16, 2021

**Complaint Date** December 28, 2021

**Consumer Location** COLUMBIA, SC

**Vehicle Identification Number** 5XYZU3LB7EG****

**Summary of Complaint**

We drove the vehicle to the mountains and home around three thousand miles into an
oil change and began experiencing our transmission slipping and shifting rough. My

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

wife drove the car to work after returning from the trip and on the way home, the check oil light came on. When I checked it, there was no oil showing on the dip stick and a small burnt but at the very end. It took 5 quarts of oil to get it back to full. After doing the oil consumption test through Hyundai, they are telling me the transmission is not covered. We are waiting for the response from Hyundai in an engine replacement but I'm very concerned about the drivability with the transmission issues.

**NHTSA ID Number:** 11448495

**Incident Date** November 23, 2021

**Complaint Date** January 23, 2022

**Consumer Location** HIXSON, TN

**Vehicle Identification Number** 5xyzu3lb4hg****

**Summary of Complaint**

My Santa Fe's verified oil consumption by the dealership is 5 qts every 3148 miles. I was told the oil consumption rate is within specification. I've had 3 oil consumption tests done, had pistons soaked and cleaned over 24 hour period, injectors cleaned, and had the engine cleaned with BG engine cleaner. There is black soot coming out the tailpipe, and no power when accelerating. I'm concerned the vehicle will fail while I'm driving and cause an accident. I have contacted Hyundai Customer Service and have a case number. I'm unable to get Hyundai to repair or replace this engine. Thank you for your assistance.

**NHTSA ID Number:** 11449379

**Incident Date** October 1, 2021

**Complaint Date** January 29, 2022

**Consumer Location** WOODINVILLE, WA

**Vehicle Identification Number** KM8SRDHFXHU****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

2017 Santa Fe Ultimate with 70,000 miles experienced known oil consumption problem which we monitored and topped off regularly. While driving at approx. 35 MPH, car went into limp mode. Towed (flat bed) to local garage where they confirmed metal shavings in the oil and suggested repairs based on computer diagnostic. Replaced timing chain and some other engine parts. Car driven approx. 100 miles after repairs when engine completely seized (again at low speed in neighborhood). Towed to local dealership for diagnostic on Oct 26, 2021. Dealer confirm engine was seized and needed to be replaced. They also indicated possible AWD differential damage but not able to confirm as car is not currently drivable. 10yr/100,000 powertrain warranty not honored as we were not the original owners. Hyundai offered to cover 65% of engine cost (good will offer), but we are required to pay at least $8,100 of the engine repairs (dealer verbal quote) plus any cost related to differential repairs needed. Est 3 months to complete engine replacement and stated zero warranty on the replacement engine. As of Jan 29, 2022 still no update from dealership as to when car will be available.

**NHTSA ID Number:** 11449712

**Incident Date** January 13, 2022

**Complaint Date** February 1, 2022

**Consumer Location** CONCORD TOWNSHIP, OH

**Vehicle Identification Number** N/A

**Summary of Complaint**

The contact owns a 2013 Hyundai Santa Fe. The contact stated while driving approximately 55 MPH, the vehicle inadvertently stalled. There was no warning light illuminated. The vehicle was towed to a local dealer where an oil consumption test was performed. The contact was informed that the engine was blown and needed to be replaced. The vehicle was not repaired. The manufacturer was informed of the failure and informed the contact that they were unable to assist. The failure mileage was

1  approximately 123,000. The VIN was unavailable.

2

3  **NHTSA ID Number:** 11451076

4  **Incident Date** December 21, 2021

5  **Complaint Date** February 8, 2022

6  **Consumer Location** PADUCAH, KY

7  **Vehicle Identification Number** 5XYZTDLB4HG****

8  **Summary of Complaint**

9  I bought the bait vehicle 8 months ago from my dealership. My car started driving

10  rough. While it was in phase 2 of having a oil consumption test. My car has been

11  using more oil than necessary. I took it to the dealership service department they said

12  that the fuel injectors were bad and now it needs a new motor. They had to replace the

13  fuel exhaust valves Austin valves but did not solve solve the issue of the car running

14  rough running rough when it was running it would stall.

15

16

17  **NHTSA ID Number:** 11450963

18  **Incident Date** November 22, 2021

19  **Complaint Date** February 8, 2022

20  **Consumer Location** KUTZTOWN, PA

21  **Vehicle Identification Number** 5XYZUDLB1HG****

22  **Summary of Complaint**

23  Engine is burning oil. Up to 1/2 quart + every 1,000 miles. No leaks observed.

24

25  **NHTSA ID Number:** 11450962

26  **Incident Date** February 8, 2022

27  **Complaint Date** February 8, 2022

28  **Consumer Location** MILWAUKEE, WI

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYZT3LB0JG****

**Summary of Complaint**

This vehicle has had regular oil changes and at 73000 miles the oil light came on. The oil had been changed recently, and it was only 1000 miles after that change so it should NOT have been out of oil. When checked, it was down 3.5 quarts. Added oil, and made an appointment to have it checked. Learned of oil consumption issue, and of a recall issued for up to 2017 with this engine but nothing for 2018. Dealership began an oil consumption test and vehicle was brought in at intervals to check consumption, which was excessively high at 2. to 2.5 quarts for 1000 miles. Continued the oil consumption testing, then moved on to an engine cleaning with a Valvoline product through the dealership and HPP as a recommended "fix" despite this engine being recalled in earlier years. After that cleaning the car stalled twice at stoplights, and if you sit long enough at a stop sign or light the engine feels as if it wants to cut out. The car shakes and sometimes makes a noise as it does this. Brought it to the dealer after 500 miles and it was down a half quart, and they told me that was not enough and to drive it more. They topped off the oil, and after 2000 miles the oil light came on every single time I turned left, and when checked it was down 4 quarts. Brought it back to the dealership and they said that is definitely problematic, started the process of going through HPP and are currently dropping the oil pan to check for metal shavings, etc. Car now has 88000 miles and is consuming oil excessively in a detrimental manner, shakes intermittently at stops (even when car is warm and has been driven for some time), sometimes hesitates between first and second gear, unsafe and worrisome to drive on the highway knowing that other cars have stopped with no warning after having identical issues. Currently awaiting word from the dealer and HPP, but would expect engine replacement as has been initiated for other cars of this make/model and engine.

**NHTSA ID Number:** 11453072

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Incident Date** September 6, 2021

**Complaint Date** February 20, 2022

**Consumer Location** DALLASTOWN, PA

**Vehicle Identification Number** 5XYZTDLB2HG****

**Summary of Complaint**

Our Santa Fe is losing oil rapidly. This started around 73,000 miles. They have done an oil consumption test and then a combustion chamber cleaning, neither worked. It showed that our vehicle is consuming 1 quart of oil every 647 miles. This will cause the engine to dry out and eventuay fail. They told us we need an engine replacement, but Hyundai will not cover it. They told our local dealer to reach out to our extended warranty. They may not cover it. They need more tests run, but at our expense. After researching online, I found out this is a known problem with these engines. Others have complained and they even state that this problem occurs at about 74,500 miles. I cannot believe that Hyundai is not being he'd responsible for these repairs. This is a potential hazard, especially if someone doesn't realize they are losing oil. Most people don't regularly check their oil between changes, this is a huge hazard. We do check ours and found the problem. Hyundai is installing faulty engines and they should have to repair them, not the consumer.

**NHTSA ID Number:** 11486016

**Incident Date** May 17, 2022

**Complaint Date** September 23, 2022

**Consumer Location** PHILADELPHIA, PA

**Vehicle Identification Number** 5XYZUDLB1HG****

**Summary of Complaint**

Vehicle had had excessive oil consumption dating back al least 2020. Engine seizure leading to traffic accident could have caused safety issue to me, my passengers and others. Excess usage has been documented by Conicelli Hyundai in Conshohocken,

PA. On 5/17/22, I had my oil changed at Conicelli Hyundai with odometer reading at 45,952. I mentioned the excess oil usage and they set me up for an oil consumption study. On 7/11/22, odometer reading was 47,239 and vehicle consumed 2.7 quarts of oil. On 8/12/22, odometer reading was 48,168 and oil consumed was 2.7 quarts again. On 9/8/22, odometer was 49,098 and oil consumed was 3 quarts. On 9/18/2022, I had to add another quart of oil. Please note that I park on a concrete driveway, and there is no oil on the driveway. Next step was supposed to be engine cleaning under warranty, but I called 9/23/22 and was told a class action suit had been filed against Hyundai regarding excessive oil consumption and the engine cleaning was no longer being offered. My vehicle has not been inspected by the manufacturer, other than Conicelli Hyundai, nor has it been inspected by police, insurance representatives or others. In 2020, a low oil warning lamp appeared. When I checked, there was no oil on the dipstick and 3 quarts of oil were added. When I mentioned this to my regular mechanic, he said Hyundais were using a lot of oil, and recommended checking oil every month. I would have to add 1 to 2 quarts each month, between oil changes every 3,000 miles

**NHTSA ID Number**: 11492422

**Incident Date** October 1, 2022

**Complaint Date** November 5, 2022

**Consumer Location** COLUMBUS, OH

**Vehicle Identification Number** 5XYZTDLB8HG****

**Summary of Complaint**

This engine has burned oil since 90,000 miles. Burning about a quart every 500 miles

### *2009-2010, 2015-2021 Hyundai Sonata*

**NHTSA ID Number:** 10553910

**Incident Date** November 24, 2013

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** November 26, 2013

**Consumer Location** PIPERSVILLE, PA

**Vehicle Identification Number** 5NPEC4AC4BH****

**Summary of Complaint**

NO OIL IN THE ENGINE. NO INDICATION OF OIL LEAKAGE. NO LOW OIL PRESSURE OR LOW OIL LIGHT INDICATING THERE WAS A PROBLEM WITH LOW OIL. THE HYUNDAI DEALERSHIP HAS TOLD ME I NEED A NEW ENGINE. THE WAS NO INDICATION THAT THERE WAS A PROBLEM WITH THE CAR UNTIL THE CAR SUDDENLY STOPPED FUNCTIONING. THIS IS A PROBLEM WITH THIS AUTOMOBILE. I'VE SEEN THE SAME TYPE OF COMPLAINTS ON THE INTERNET. THE HYUNDAI SONATA SHOULD BE RECALLED TO FIX THE MALFUNCTIONING WARNING SYSTEM INDICATING THAT THERE IS A PROBLEM WITH LOW OIL PRESSURE OR LOW OIL LEVEL. *TR

**NHTSA ID Number:** 10493168

**Incident Date** October 2, 2012

**Complaint Date** January 16, 2013

**Consumer Location** CENTER CROSS, VA

**Vehicle Identification Number** 5NPEB4AC4BH****

**Summary of Complaint**

BEGINNING OF OCTOBER 2012 I KEPT HEARING RATTLING, CLANKING NOISE COMING FROM UNDER THE HOOD. I TOOK THE CAR TO A HYUNDAI DEALER WHERE I LIVE OCTOBER 26, 2012 . THEY CHECKED OUT THE CAR AND TOLD ME BECAUSE THE ENGINE LIGHT DIDN'T COME ON, THEY COULDN'T FIND A CODE TO FIX THE CAR AND TO BRING THE CAR IN WHEN THE ENGINE LIGHT COMES ON. I KEPT DRIVING THE CAR

**SECOND AMENDED CLASS ACTION COMPLAINT**

AND HEARING THE SAME NOISE. I TOOK IT TO MEINEKE TO GET AN OIL CHANGE NOVEMBER 14, 2012. DROVE THE CAR APPROXIMATELY 3 WEEKS AND STILL HEARD THE NOISE. I TOOK IT TO ANOTHER HYUNDAI DEALER . THEY SAID THE CAR DIDN'T HAVE ANY OIL AND MEINKE FORGOT TO PUT THE DRAIN PLUG BACK IN, THEREFORE IT MESSED UP THE ENGINE, AND THAT'S WHY I HEARD THE NOISE. I KEPT TELLING THEM, I HEARD THE NOISE BEFORE THE OIL CHANGE. I TOOK IT BACK TO MEINKE AND SHOWED THEM THE PAPER HYUNDAI GAVE ME, THEY GAVE ME MY MONEY BACK AND APOLOGIZED. STILL HEARING THE NOISE, I TOOK IT BACK TO THE FIRST HYUNDAI DEALER AND THEY SAID IT WAS ENGINE PROBLEMS AND I HAD TO PAY THE DIAGNOSTIC FEE BECAUSE MY WARRANTY WAS VOIDED DUE TO MEINEKE. I REFUSED TO PAY THE FEE BECAUSE MY CAR IS UNDER WARRANTY. THEY WOULDN'T GIVE ME MY CAR BACK UNTIL I PAID, WE ARGUED BACK AND FORTH AND I CALLED THE POLICE AND THEY GAVE ME MY CAR BACK, BUT TOLD ME NOT TO COME BACK ON THEIR PROPERTY. I THEN TOOK THE CAR TO WHERE I PURCHASED IT AND SAME THING. THEY SAID TO TRY A GAS ADDITIVE 3 TIMES, IF THAT DOESN'T WORK, GET AN OIL CONSUMPTION TEST IN MY AREA WHERE I LIVE. I NEED MY CAR FIXED AND NO ONE WILL FIX IT. HYUNDAI BLAMES MEINEKE AND MEINEKE BLAMES HYUNDAI. THEY'RE SAYING BECAUSE OF NO ENGINE LIGHT ON, THEY CAN'T SEE THE PROBLEMS, BUT ONE DEALER SAID IT WAS THE ENGINE ANOTHER SAYING GAS PROBLEMS. BOTTOM LINE, IF THE FIRST HYUNDAI DEALER HAD KEPT MY CAR, I WOULDN'T BE GOING THROUGH THIS. HOW CAN I RESOLVE THIS? *TR

**NHTSA ID Number:** 10663775

**Incident Date** December 10, 2014

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   **Complaint Date** December 12, 2014

2   **Consumer Location** HAMILTON, OH

3   **Vehicle Identification Number** 5NPEC4AC0BH****

4   **Summary of Complaint**

5   I AM A LOYAL HYUNDAI CUSTOMER WHO HAS OWNED 4 OF THEIR

6   VEHICLES. I TOOK MY CAR IN TO SUPERIOR HYUNDAI NORTH TO HAVE

7   A COUPLE SAFETY RECALL ITEMS TAKEN CARE OF. I ALSO WOULD

8   HEAR A WIND TYPE SOUND SOMETIMES (WITHIN A WEEK PRIOR TO

9   TAKING IT IN) WHEN I WOULD START DRIVING FROM A STOPPED

10  POSITION. WHEN I CALLED THE DEALERSHIP SERVICE DEPT. THEY TOLD

11  ME THEY HAD BAD NEWS. MY ENGINE HAD TO BE REPLACED. THEY

12  SAID THERE WAS NO OIL IN IT. I ASKED THEM HOW IT COULD BE EMPTY

13  AS MY CAR HAS NEVER LEAKED, NEVER SMOKED, NEVER SMELLED

14  LIKE OIL BURNING, HAD ONLY APPROX. 48,000 MILES ON IT, AND HAD

15  BEEN SERVICED. THEY HAD TO TAKE SOME OF THE ENGINE APART AND

16  SAID SINCE THEY FOUND NO SLUDGE IN THE ENGINE, IT WAS COVERED

17  UNDER THE WARRANTY. PROBLEM I HAVE IS THEY ARE REPLACING MY

18  ENGINE WITH A REBUILT ONE. THEY SAID HYUNDAI WON'T APPROVE

19  THEM TO PUT A NEW ENGINE IN IT. I HAVE NO WAY OF FINDING OUT

20  WHAT HAPPENED TO THE REBUILT ENGINE THEY ARE PUTTING IN MY

21  CAR AND THEY CAN'T TELL ME HOW MANY MILES WAS ON IT

22  ORIGINALLY. THEY TOLD ME THERE WAS ONE MORE CAR LIKE MINE

23  THERE WITH THE EXACT SAME PROBLEM. THEY ALSO TRIED TO TELL

24  ME IT WOULDN'T HURT MY TRADE-IN VALUE. THAT I DIDN'T HAVE TO

25  DISCLOSE THE ENGINE REPLACEMENT. ONE, THAT'S NOT A MORAL AND

26  DECEITFUL PROBLEM THAT I WOULD NEVER DO AND TWO, I BELIEVE

27  IT'S THE LAW THAT I WOULD HAVE TO DISCLOSE IT. I SPOKE TO ONE OF

28  THE SALESMEN ABOUT BUYING THE LOANER CAR I'M DRIVING WITH

THE TRADE OF MY CAR AND THE FIRST THING HE TOLD ME WAS THE
PROBLEM WITH MY ENGINE WOULD CAUSE THE TRADE-IN VALUE TO
BE LESS. HMMM...JUST AS I THOUGHT!! THEY NEED TO EITHER PUT A
NEW ENGINE IN MY CAR OR GIVE ME THE TOP VALUE OF MY CAR WITH
A GOOD DISCOUNT AND PRICE ON A NEW ONE OR THEY WILL LOSE A
VERY LOYAL CUSTOMER! *TR

**NHTSA ID Number:** 10664175

**Incident Date** December 6, 2014

**Complaint Date** December 14, 2014

**Consumer Location** HONOLULU, HI

**Vehicle Identification Number** N/A

**Summary of Complaint**

TELL US WHAT HAPPENED: BOUGHT VEHICLE NEW AND REGULARLY
HAD SERVICED BY DEALER. VEHICLE DIED WITHOUT ANY WARNING
COMING OFF HIGHWAY AND I HAD TO TURN FLASHERS ON AND PLACE
IN PARK TO RESTART. ENGINE STARTED KNOCKING WITH NO WARNING
AND NO WARNING LIGHTS ILLUMINATED. HAD TOWED TO DEALER AND
WAS TOLD ENGINE HAD NO OIL AND REQUIRES AN ENGINE CHANGE.
WHERE DID IT GO? THERE HAS NEVER BEEN ANY SIGNS OF SMOKE,
BURNING SMELL OR LEAKS ANYWHERE AND NO WARNING LIGHTS
EVER GIVING INDICATION OF A LOW OIL OR LOW OIL PRESSURE
INDICATION NOR ANY OTHER ENGINE LIGHT WARNING. NOW DEALER
SAYS WE HAVE TO CONVINCE REGIONAL MANAGER THAT THIS WAS
NOT NEGLECT ON OUR PART TO HAVE COVERED UNDER THE 100,000
MILE POWER-TRAIN WARRANTY. *TR

**NHTSA ID Number:** 10669190

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** December 24, 2014

**Complaint Date** December 30, 2014

**Consumer Location** VINTON, LA

**Vehicle Identification Number** N/A

**Summary of Complaint**

OIL LIGHT BLINKED ON AND OFF TWICE. CAR WAS MAKING A KNOCKING NOISE. STOPPED TO CHECK OIL; ABSOLUTELY NO OIL IN THE VEHICLE. NO SIGN OF LEAK; NO SMOKING; NO OTHER INDICATION OF PROBLEM. PUT 3 QUARTS OF OIL IN THE CAR. KNOCKING SOUND WAS WORSE. DROVE CAR HOME AND HAVEN'T DRIVEN IT SINCE. THIS IS ONE OF MANY PROBLEMS I'VE HAD WITH THIS CAR. I GET REGULAR OIL CHANGES. I HAVEN'T HAD THE CAR LOOKED AT YET DUE TO COST AND OUT OF WARRANTY. I'VE READ OTHER COMPLAINTS OF LOSS OF OIL RESULTING IN COMPLETE ENGINE FAILURE. THERE WAS ABSOLUTELY NO INDICATION THAT THE OIL WAS EVEN LOW WHICH I ATTRIBUTE TO THE FAULTY ELECTRICAL SYSTEM SINCE I'VE HAD PROBLEMS WITH THAT AS WELL. IT'S MY OPINION THAT THIS CAR IS UNSAFE TO DRIVE. I'VE READ THIS YEAR MODEL HAS OVER 900 PROBLEMS WHILE OTHER YEAR MODELS HAVE AVERAGE OF 230 SOMETHING PROBLEMS. OBVIOUSLY, THIS CAR SHOULD BE COMPLETELY RECALLED AND REPLACED BY HYUNDAI DEALER. *JS

**NHTSA ID Number:** 10659068

**Incident Date** November 14, 2014

**Complaint Date** November 18, 2014

**Consumer Location** CARLSBAD, CA

**Vehicle Identification Number** 5NPEC4ACXBH****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  CAR STARTED MAKING KNOCKING NOISES WHILE DRIVING UP HILL,

2  LOSING POWER. PROCEEDED TO DRIVE IT HOME. CHECKED OIL AND

3  APPEARED COMPLETELY DRY. NO ENGINE WARNING LIGHTS CAME ON

4  WHEN CAR HAD PREVIOUSLY BEEN DRIVEN. NO OIL LEAKS SEEN.

5  ADDED OIL AND THEN DROVE TO DEALERSHIP, WHERE THEY STATED

6  ENGINE NEEDED TO BE REPLACED. REGULARLY SERVICED CAR WITH

7  OIL CHANGES, 120K MILES WITH ALMOST ALL FREEWAY COMMUTE.

8  *TR

9

10  **NHTSA ID Number:** 10621023

11  **Incident Date** August 5, 2014

12  **Complaint Date** August 8, 2014

13  **Consumer Location** HARRISBURG, PA

14  **Vehicle Identification Number** N/A

15  **Summary of Complaint**

16  OIL CHANGED 1-1.5 MONTHS AGO. ON 8/5/14 WHILE DRIVING HOME THE

17  CAR STARTED HAVING A TICKING NOISE COMING FROM THE MOTOR

18  AND THE OIL LIGHT QUICKLY FLASHED BUT THEN WENT AWAY. MADE

19  A RIGHT TURN AND THERE WAS A SQUEALING NOISE FOLLOWED BY A

20  LOUD BOOM. CAR THEN BEGAN TO HAVE A CLUNK COMING FROM THE

21  MOTOR AND WOULD STUTTER LIKE IT WAS TRYING TO STALL OUT.

22  CHECKED THE OIL AND THERE WAS NOT MUCH IN THE MOTOR. NO OIL

23  LEAKS. CAR IS PARKED AT THE SAME PLACE ALL THE TIME WHILE AT

24  WORK AND HOME, NO OIL MARKS LEFT WHERE CAR IS PARKED. 2

25  QUARTS OF BRAND NEW OIL PUT INTO CAR (CAR WAS NOT DRIVEN

26  AFTER THIS HAPPENED-BROUGHT OIL TO THE LOW OIL MARK ON THE

27  DIP STICK) THE NEXT DAY AND CAR WAS TOWED TO FAULKNER

28  HYUNDAI (PAXTON ST, HARRISBURG PA). CAR WAS RECEIVED AT

112

**SECOND AMENDED CLASS ACTION COMPLAINT**

DEALERSHIP BY 9:30 AM ON 8/7/14 BUT WAS NEVER LOOKED AT UNTIL
THE FOLLOWING DAY. RECEIVED CALL FROM DEALERSHIP STATING
THE NOISE WAS FROM COMING FROM THE BOTTOM PART OF THE
MOTOR AND QUESTIONED WHEN MY LAST OIL CHANGE WAS STATING
"THERE WAS VERY LITTLE OIL IN THE CAR AND IT WAS VERY DIRTY."
FIRST RED FLAG CONSIDERING THAT WAS BRAND NEW OIL. HYUNDAI
IS NOW TRYING TO NOT COVER THIS UNDER THE WARRANTY. THIS
ISSUE SEEMS TO BE COMMON ON THIS VEHICLE FROM ALL THE
RESEARCH I HAVE DONE AND SHOULD PROBABLY BE RECALLED.
HYUNDAI CUSTOMER SERVICE IS A JOKE AS WELL AS THEIR VEHICLES.
AND THEIR "AMERICA'S BEST WARRANTY" IS A GIMMICK TO GET
PEOPLE TO BUY THESE POLISHED PIECES OF CRAP AND MORE THAN
LIKELY WILL NOT BE HONORED. STILL WAITING TO HEAR FROM
HYUNDAI ON A QUOTE FOR THE REPAIRS AND IF THE WARRANTY WILL
COVER IT. *TR

**NHTSA ID Number:** 10597145

**Incident Date** May 25, 2014

**Complaint Date** June 9, 2014

**Consumer Location** CROSBY, TX

**Vehicle Identification Number** 5NPEC4AC2BH****

**Summary of Complaint**

I STARTED THE CAR AND IT SHOOK SOME AND CHECK ENGINE LIGHT
CAME ON. I CHECKED OIL AND IT WAS 2.5 QUARTS LOW. FILLED THE
CAR WITH OIL. DROVE IT TO THE SHOP TO HAVE A OIL CHANGE DONE
ON IT. THE SHOP CHANGED THE OIL AND I DROVE THE CAR HOME. AS I
WAS DRIVING IT HOME THE CAR STARTED SPUTTERING AND
CLATTERING. THE CAR STALLED. TOWED TO SHOP WHERE MECHANIC

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

IMMEDIATELY CHECKED OIL. IT WAS FULL OF OIL. THE MECHANIC
CHANGED THE SENSORS. AFTER CHANGING THE SENSORS THE CHECK
ENGINE LIGHT WENT OFF BUT THE MOTOR IS STILL KNOCKING. THE
MECHANIC CONFIRMED THE ENGINE HAS BEEN SEIZED. THE ENGINE
NEEDS TO BE REPLACED. I HAVE READ ON THE INTERNET THAT THE
2011 ENGINE IS KNOWN TO HAVE MAJOR PROBLEMS. *TR

**NHTSA ID Number:** 10588987

**Incident Date** January 14, 2014

**Complaint Date** May 16, 2014

**Consumer Location** MANHASSET, NY

**Vehicle Identification Number** 5NPEC4AC8BH****

**Summary of Complaint**

WHILE DRIVING ON THE GRAND CENTRAL PARKWAY GOING 50 MPH
THE CAR SUDDENLY LOST ALL POWER AND STALLED. THE ENGINE HAD
SEIZED DUE TO LOSS OF OIL. THERE HAD BEEN NO OIL WARNING LIGHT.
CAR HAD BEEN SERVICED REGULARLY SINCE PURCHASE. CAR WAS
TOWED TO DEALER. DEALER INFORMED US THAT SHORT BLOCK
NEEDED TO BE REPLACED & WORK WAS DONE. WE HAVE TRIED TO
FIND AN OIL WARNING LIGHT ON THE A INSTRUMENT CLUSTER AND
HAVE HAD NO LUCK SO WE ARE NOT CONFIDENT THIS WON'T HAPPEN
AGAIN, CREATING ANOTHER UNSAFE SITUATION THE CAR DID NOT
FEEL RIGHT WHILE WE DROVE IT. AT ONE POINT, ABOUT A MONTH OR
SO LATER, IT STALLED OUT. WE CALLED HYUNDAI FOR A TOW BUT THE
CAR EVENTUALLY STARTED. A WEEK LATER THE CAR OVERHEATED
AND WE BROUGHT IT TO A SERVICE STATION & CHECKED THE
COOLANT. IT WAS LOW & SO WE ADDED COOLANT. WE ALSO CHECKED
THE OIL & FOUND IT DOWN BY ONE QUART. (THIS WAS ABOUT 2

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

114

THOUSAND MILES AFTER THE SHORT BLOCK WAS REPLACED). CAR CONTINUED TO OVERHEAT IN TRAFFIC. WE TOOK THE CAR TO HYUNDAI FOR SERVICE WHERE THEY DISCOVERED THAT THE FAN WAS NOT WORKING. WE ASKED IF IT WAS NORMAL FOR THE CAR TO STALL WHILE ON THE ROAD IF IT OVERHEATS, & WE'RE TOLD YES IT WAS NORMAL. WE CONSIDER THIS TO BE A SERIOUS ISSUE WITH THIS CAR. WE HAVE FILED A COMPLAINT AND RECEIVED AN INCIDENT NUMBER BUT HAVE NOT RECEIVED ANY RESPONSE FROM CORPORATE. WE DO NOT FEEL SAFE IN THIS CAR OR TRANSPORTING OUR GRANDCHILDREN OR ANYONE ELSE. PLEASE CONTACT US A.S.A.P. THANK YOU FOR YOUR QUICK REPLY TO OUR CONCERNS. *TR

**NHTSA ID Number:** 10819097
**Incident Date** December 11, 2015
**Complaint Date** January 8, 2016
**Consumer Location** NEW SMYRNA BEACH, FL
**Vehicle Identification Number** 5NPEB4AC7BH****
**Summary of Complaint**
ENGINE MAKING A PINGING & TAPPING SOUND UPON ACCELERATION & A REGULAR BURNT OIL ODOR ENGULFING THE INTERIOR CABIN OF VEHICLE WHILE IN MOTION. IT IS BURNING EXCESSIVE OIL BETWEEN 3,000 MILE OIL CHANGES.

**NHTSA ID Number:** 10810017
**Incident Date** July 1, 2015
**Complaint Date** December 14, 2015
**Consumer Location** SNELLVILLE, GA
**Vehicle Identification Number** 5NPEC4AC3BH****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

I HAVE A 2011 SONATA,COMPLAINS OF EXCESSIVE OIL BURN AND LOUD NOISE.CAR BURNS AROUND 1 QUATS PER 1000 MILES.DEALER DONE A OIL CONSUMPTION TEST AND FOUND OUT ITS BURNING TOO MUCH OIL.THEY WANTS ME TO REPLACE THE ENGINE.I HAVE DONE ALL THE OIL CHANGES AT 3000 MILES AND ITS WELL MAINTAINED.DEALER SAID EVERYTHING IS FINE WITH MY CAR AS PER THE 2015 ENGINE RECALL IS CONCERNED.THEY WANT ME TO PAY FOR AN ENGINE REPLACEMENT,WHEN ITS WELL KNOWN THAT 2011 SONATA ENGINES HAVE MANUFACTURING DEFECT.I FOUND LOT OF PEOPLE HAVING SAME ISSUE END UP IN ENGINE STALL.ITS A MATTER OF SAFETY.NOBODY EXPECT A NEW MODEL CAR TO BURN OIL LIKE THIS AND DEALER WILL NEVER SAY THAT I WAS LOW ON OIL,WHEN I TAKE THE CAR FOR AN OIL CHANGE.I FOUND OUT THE PROBLEM AFTER RANDOMLY CHECKING MY OIL LEVEL.IT WAS WELL BELOW LOW.ALL OTHER CARS WE HAVE NEED NO TOP UP BETWEEN OIL CHANGE.I REQUEST NHTSA TO TAKE THIS MATTER SERIOUSLY.

**NHTSA ID Number:** 10669708

**Incident Date** December 27, 2013

**Complaint Date** January 2, 2015

**Consumer Location** OWINGS MILLS, MD

**Vehicle Identification Number** 5NPEB4AC0CH****

**Summary of Complaint**

WAS DRIVING 35 MPH MAKING A TURN WHEN I HEARD A KNOCKING NOISE. WAS SUBTLE AT FIRST. CHECKED OIL AND WAS LOW. ADDED 1 QRT OF OIL. DROVE HOME ABOUT 2 MILES AND KNOCKING BECAME EXTREMELY LOUD. TOOK IT TO LEN STOLER HYUNDAI DEALERSHIP

1  AND THEY STATED THAT EXHAUST MANIFOLD, DRIVE BELT, PISTONS,

2  AND VALVES NEED TO BE REPLACED. BASICALLY, $6300.00 WORTH OF

3  WORK. CAR IS UP TO DATE ON ALL MAINTENANCE. NO OTHER ISSUES

4  WITH CAR. WARRANTY DOES NOT COVER ENGINE DAMAGE AND NO

5  HELP WAS GIVEN. I HAVE SEEN MANY OTHER COMPLAINTS ABOUT THE

6  SAME ENGINE ISSUES. HYUNDAI SHOULD REPLACE! *TR

7

8  **NHTSA ID Number:** 10683632

9  **Incident Date** December 29, 2014

10 **Complaint Date** February 16, 2015

11 **Consumer Location** FAIR OAKS, CA

12 **Vehicle Identification Number** 5NPEB4AC7CH****

13 **Summary of Complaint**

14 WITHOUT NOTICE/WARNING, ENGINE STARTED MAKING A METALLIC

15 KNOCKING/FLAPPING SOUND WITH A LOT OF BLUE SMOKE EXHAUST

16 WHEN RAPIDLY ACCELERATING. SHORTLY AFTER, ENGINE OIL LIGHT

17 FLICKERED MOMENTARILY. FROM PAST EXPERIENCE, I KNEW TO PAY

18 ATTENTION TO THIS. BY THE END OF THE SAME DAY, I ADDED ALMOST

19 5 QUARTS OF OIL. I ALSO BROUGHT THE CAR TO LOCAL HYUNDAI

20 DEALER FOR A LATE AFTERNOON (4:30PM) APPOINTMENT JUST BEFORE

21 NEW YEAR'S EVE. SERVICE ADVISOR MENTIONED THAT "BY THE TIME

22 THE ENGINE OIL LIGHT COMES ON YOU'VE GOT LESS THAN A QUART OF

23 OIL LEFT". HE SUGGESTED WE BRING THE CAR BACK WHEN THEY

24 WOULD HAVE MORE TIME TO WORK ON IT. I PLANNED TO HAVE 40000-

25 MILE SERVICE AND EXPECTED A SOMEWHAT EXPENSIVE REPAIR, SO I

26 NEEDED TO WAIT UNTIL FEB 4, WHEN I WOULD HAVE FUNDS

27 AVAILABLE. I BROUGHT THE CAR FOR SERVICE ON 2/4, AND WAS TOLD

28 LATER THAT DAY THAT THE ENGINE WAS DAMAGED AND NEEDED

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

117

REPLACEMENT. AFTER THOROUGH INSPECTION, WITH SEVERAL PHOTOS PROVIDED TO FACTORY, HYUNDAI REFUSED TO REPLACE THE ENGINE UNDER WARRANTY REPAIR, CITING MY LACK OF REGULAR SERVICE. I HAD THE CAR SERVICED AT 15000 MILES AT THE DEALERSHIP WHERE WE BOUGHT THE VEHICLE IN MARCH, 2012, BUT DID NOT HAVE ANY OTHER REGULAR SERVICE PERFORMED. DEALER (NOT THE PURCHASE DEALER) REQUESTED HYUNDAI DO A "GOODWILL REPAIR" THAT WOULD REQUIRE ME TO PAY $1900 LABOR, WHILE HYUNDAI WOULD PAY FOR THE ENGINE AND ALL FLUIDS (~$4800). AGAIN, HYUNDAI REFUSED. I UNDERSTAND MY ACCOUNTABILITY FOR OVERLOOKING REGULAR SERVICE, WHICH IS WHY I AGREED TO PAY THE $1900 LABOR PORTION OF A GOODWILL REPAIR. HOWEVER, NONE OF THIS ELIMINATES THE FACT THAT THE ENGINE OIL WARNING LIGHT DID NOT EVEN FLICKER UNTIL AFTER THE ENGINE WAS TOTALLY DAMAGED. BY HYUNDAI SERVICE ADVISOR ADMISSION, THERE IS LESS THAN 1 QUART OF OIL LEFT WHEN THE WARNING LIGHT ACTIVATES. WHAT KIND OF WARNING INDICATOR ONLY ACTIVATES AFTER CATASTROPHIC DAMAGE? *TR

**NHTSA ID Number:** 10789234

**Incident Date** September 1, 2014

**Complaint Date** November 9, 2015

**Consumer Location** SPRUCE PINE, AL

**Vehicle Identification Number** 5NPEC4ACXBH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. WHILE DRIVING 60 MPH, THE CONTACT NOTICED AN ABNORMAL NOISE COMING FROM THE ENGINE COMPARTMENT OF THE VEHICLE. IN ADDITION, THE VEHICLE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

CONSUMED ENGINE OIL IN EXCESS AND THERE WAS OIL COMING OUT OF THE EXHAUST PIPE. THE VEHICLE WAS TAKEN TO A DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE AND THE ROD BEARING NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE VEHICLE WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE); HOWEVER, THE PART NEEDED TO REPAIR THE VEHICLE WAS UNAVAILABLE. THE FAILURE MILEAGE WAS 95,000. VIN TOOL CONFIRMS PARTS NOT AVAILABLE.

**NHTSA ID Number:** 10783163

**Incident Date** April 30, 2015

**Complaint Date** October 18, 2015

**Consumer Location** LINDENHURST, NY

**Vehicle Identification Number** 5NPEC4AC5BH****

**Summary of Complaint**

I HAD PROBLEMS WITH THE ENGINE STARTING IN APRIL 2015, WITH AN UNEXPLAINED NOISE. I BROUGHT CAR TO DEALER AND WAS TOLD IT WAS THE MUFFLER. THEY SAID I COULD WAIT 3 MONTHS. BY JUNE 25, 2015 THE NOISE WAS EXTREMELY LOUD WHILE THE CAR WAS RUNNING, MOVING OR NOT. I COULD NOT DRIVE THE CAR THE 80 MILE ROUND TRIP TO WORK THE NEXT DAY AND HYUNDAI HAD THE CAR TOWED TO THE SAME DEALER. THEY KEPT THE CAR FOR 2 1/2 WEEKS FINALLY REPLACING THE SHORT BLOCK ON IT. TRUST ME THEY LOOKED TO NOT COVER IT UNDER WARRANTY. BY AUGUST 24, THE CAR HAD ONLY BEEN DRIVEN 800 MILES, HAVING BEEN OFF FOR THE SUMMER. I CHECKED THE OIL BEFORE STARTING TO COMMUTE AGAIN AND IT WAS DOWN A QT. OF OIL. I BROUGHT IT BACK TO THE DEALER

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1 AND WAS TOLD THE OIL PAN HAD LEAKED, EVEN AFTER THEIR

2 WARRANTY WORK. NOTE THERE WAS NO OIL DRIPPINGS IN MY

3 DRIVEWAY EVER! I NO LONGER TRUSTED THE CAR OR THE SERVICE

4 FROM THE DEALER. AGAIN, I HAVE AN 80 MILE PER DAY COMMUTE. SO I

5 HAD NO CHOICE BUT TO TRADE THE CAR BACK TO THAT DEALER, SO I

6 WOULD HAVE A RELIABLE VEHICLE. HAVING PURCHASED THE CAR I

7 HAD HOPED TO PAY OFF THE LAST FEW PAYMENTS OF THE CAR AND

8 HAVE NO CAR PAYMENTS FOR AWHILE. IT SEEMS HYUNDAI AND THE

9 DEALER HAD OTHER PLANS. THE CAR WAS NOT EVEN FINISHED FOR

10 ANOTHER 10 DAYS, I KNOW THIS BECAUSE SERVICE, FROM THE SAME

11 DEALER I LEASED A NEW CAR FROM, CALLED TO TELL ME TO PICK UP

12 THE 2011. I WOULD NOT HAVE EVEN BEEN ABLE TO TRADE IT TO

13 ANOTHER DEALER KNOWING ABOUT THE SHORT BLOCK PROBLEM AT

14 THAT TIME AND WEEKS BEFORE HYUNDAI SENT AN INTERIM RECALL

15 LETTER TO ME! I HAVE ALL SERVICE RECORDS FOR THIS CAR. THE

16 FIRST TIME WARRANTY WORK WAS DONE ON THE CAR, I WAS NEVER

17 TOLD WHAT THE CAUSE OF THE PROBLEM WAS. I FOUND OUT WHEN I

18 WENT TO GET NEW TIRES AND MENTIONED IT. THAT BUSINESS TOLD

19 ME ABOUT THE PROBLEM WITH THE 2011 HYUNDAI SONATAS

20

21 **NHTSA ID Number:** 10706469

22 **Incident Date** April 13, 2015

23 **Complaint Date** April 18, 2015

24 **Consumer Location** SAINT LOUIS, MO

25 **Vehicle Identification Number** 5NPEB4ACXBH****

26 **Summary of Complaint**

27 I HAVE A 2011 HYUNDAI SONATA,MY FIRST CAR I PURCHASE IT ALMOST

28 4 MONTHS AGO I'LL HAD 2 OIL CHANGES INCLUDING THE ONE THE

120

DEALER DID BEFORE I BOUGHT IT. I WAS SIMPLY DRIVING HOME & HEARD A WEIRD NOISE SO I PULLED OVER MY BATTERY DIED AND CAR ENGINE STARTED TO SMOKE I WAS GIVING NO WARNING SIGN OR INDICATOR TO CHECK MY OIL OR ANYTHING. I HAD MY CAR TOWED TO SUNTRUP HYUNDAI WERE I WAS TOLD MY ENGINE WAS SEIZED AND WOULD COST ME FROM 5,000-9,000 FOR A NEW OR USED. HOW DOES A WELL-MAINTAINED CAR GO FROM NORMAL TO A TOTAL LOST? I'LL DONE MY RESEARCH SO MY QUESTION FOR YOU IS WHEN WILL YOU RECALL THIS ENTIRE CAR? WILL INDEED BE JOINING THE CLASS ACTION LAWSUIT AGAINST HYUNDAI. I HAVE NO WARRANTY & DON'T EVEN WANT THE CAR WITH A NEW ENGINE. I JUST WANT HYUNDAI TO BUY THE CAR BACK IT'S A SERIOUS SAFETY RISK I'LL STICK WITH AMERICAN MADE VEHICLES. *TR

**NHTSA ID Number:** 10711985

**Incident Date** April 19, 2015

**Complaint Date** April 21, 2015

**Consumer Location** WINSTON-SALEM, NC

**Vehicle Identification Number** 5NPEB4AC6BH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. THE CONTACT STATED THAT THE AIR BAG LIGHT INTERMITTENTLY ILLUMINATED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 112,000. UPDATED 6/8/15*CN THE CONSUMER ALSO STATED A MONTH AFTER GETTING AN OIL CHANGE, THE OIL WAS LOW AND SHE HAD TO ADD MORE OIL. UPDATED 06/11/15*JB

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 10704581

**Incident Date** April 4, 2015

**Complaint Date** April 8, 2015

**Consumer Location** ODENTON, MD

**Vehicle Identification Number** 5NPEC4AC7BH****

**Summary of Complaint**

I WAS DRIVING ON THE HIGHWAY (295 SOUTH TOWARDS WASHINGTON DC) AND WHEN I TRIED TO ACCELERATE, NOTHING HAPPENED. WHEN I EXAMINED THE DASHBOARD, ALL OF THE LIGHTS WERE ON. AS A PRECAUTION, I PULLED OVER TO THE SHOULDER. AFTER BRINGING THE CAR TO A STOP I NOTICED A BURNING SMELL. AFTER OPENING THE HOOD I DISCOVERED SMOKE COMING FROM THE ENGINE AREA. I TRIED TO START THE CAR BUT TO NO AVAIL. I IMMEDIATELY CALLED ROADSIDE ASSISTANCE AND THE CAR WAS TOWED BACK TO POHANKA HYUNDAI IN CAPITAL HEIGHTS MD. AFTER AN INSPECTION OF THE VEHICLE, THE TECHNICIAN DISCOVERED NO OIL WAS FOUND ON THE DIP STICK AND THE ENGINE HAD LOCKED UP! AS I PULLED UP MY LAST OIL CHANGE RECORD IT SHOWED I RECEIVED 5 QTS OF 5W20 SYNTHETIC BLEND OIL AT 110,641 MILES. I TOLD THE TECHNICIAN THAT I NEVER HAD ANY LEAKS OR KNOCKING SOUNDS. ALSO I NEVER HAD MY CHECK ENGINE LIGHT ILLUMINATE. IT AMAZED ME HOW AFTER 5000 MILES NO OIL WAS IN ENGINE AND I HAD NO APPARENT AND VISIBLE LEAKS. *TR

**NHTSA ID Number:** 10705111

**Incident Date** April 9, 2015

**Complaint Date** April 11, 2015

**Consumer Location** PITTSBORO, NC

**Vehicle Identification Number** 5NPEB4AC4BH****

**Summary of Complaint**

WENT TO TAKE OFF FROM A STOP SIGN AND NOTICED I DID NOT HAVE THE POWER IT USUALLY DOES. DROVE APPR 3 MILES, CAME TO A STOP LIGHT. THE OIL LIGHT CAME ON AND THE CAR STALLED. STARTED THE VEHICLE BACK UP, DROVE APPR 3/4 MILE TO THE NEAREST GAS STATION WITH FLASHERS ON AND <20 MILES PER HOUR, ALL THE WHILE THE CAR WAS HESITATING AND KNOCKING/TAPPING. I CALLED MY HUSBAND WHO CAME TO GET ME. WE CHECKED THE OIL AND IT WAS BARELY REGISTERING OIL. WE PURCHASED 2 QUARTS AND DROVE THE CAR APPR 2.5-3 MILES HOME. THE NEXT DAY MY HUSBAND DROVE IT DOWN THE ROAD ABOUT A MILE. IT WAS RUNNING VERY ROUGH WITH KNOCKING/TAPPING AND HESITATION. THEN THE CHECK ENGINE LIGHT CAME ON. HE CALLED THE HYUNDAI DEALER AND HAD IT TOWED AS WE WERE STILL UNDER WARRANTY. THEIR DIAGNOSIS WAS NO OIL, LACK OF MAINTENANCE YET THERE WAS NO OIL LEAK OR BURNING OF OIL. SINCE THIS IS "OUR FAULT" ACCORDING TO THE DEALER, IT WILL NOT BE COVERED UNDER WARRANTY AND WE NEED A NEW ENGINE AT $6,000+. WE HAVE DONE REGULAR MAINTENANCE ON IT SINCE WE PURCHASED IT SEPT 2014 - 2 OIL CHANGES IN 7 MONTHS, THE LAST CHANGE BEING THE 1ST WEEK OF JANUARY. MY HUSBAND DOES OUR OIL CHANGES (HE USED TO WORK AT GOODYEAR AND HAS DONE OIL CHANGES SINCE HE WAS A TEENAGER) SO WE HAVE NO RECEIPTS FROM OIL PURCHASES AT WALMART. *TR

**NHTSA ID Number:** 10706030

**Incident Date** January 14, 2015

**Complaint Date** April 16, 2015

**Consumer Location** WOODSTOCK, GA

**Vehicle Identification Number** 5NPECA4C6BH****

**Summary of Complaint**

THE ENGINE IS KNOCKING WHEN I START TO DRIVE AND THE KNOCKING SOUND HAS GRADUALLY INCREASED. I HAVE TO PUT 1-2QTS OF ADDITIONAL OIL INTO THE CAR IN BETWEEN SCHEDULED OIL CHANGES. *TR

**NHTSA ID Number:** 10692835

**Incident Date** February 2, 2015

**Complaint Date** March 8, 2015

**Consumer Location** CLAYTON, NC

**Vehicle Identification Number** 5NPEC4AC4BH****

**Summary of Complaint**

WAS TAKING LEFT HAND TURN ON MAJOR ROAD, AND ALL OF THE LIGHTS LIT UP INSIDE THE VEHICLE AND THE ENGINE JUST DIED. I PULLED OVER TO THE SIDE OF THE ROAD AND HAD ALL ELECTRICAL SYSTEMS BUT THE ENGINE WOULD NOT TURN OVER. I POPPED THE HOOD AND SAW SMOKE FROM THE ENGINE, SO CHECKED THE OIL AND THERE WASN'T ANY ON THE DIPSTICK. HAD TO CALL A TOW TRUCK TO HAVE VEHICLE TAKEN BACK TO THE LAST PLACE I HAD THE OIL CHANGED. THEY DETERMINED THAT THE ENGINE HAD SEIZED UP AND THAT I NEEDED TO REPLACE IT FOR $7000. NO CHECK OIL ENGINE LIGHT CAME ON AND ALWAYS HAD OIL CHANGED ON REGULAR BASIS, BECAUSE I DO A LOT OF HIGHWAY DRIVING FOR WORK. *TR

**NHTSA ID Number:** 10700656

**Incident Date** March 12, 2015

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** March 20, 2015

**Consumer Location** CALEDONIA, NY

**Vehicle Identification Number** 5NPEB4AC6BH****

**Summary of Complaint**

WAS DRIVING THE CAR WHEN I NOTICED SOME "CLICKING" NOISES COMING FROM THE ENGINE. I IMMEDIATELY BEGAN EXPERIENCING SEVERE ENGINE POWER LOSS AND, AS I WAS ON MY WAY HOME FROM WORK AND A LOCAL HYUNDAI DEALER WAS NEARBY, I WENT THERE. UPON ARRIVAL, I ADVISED THE SERVICE PERSON OF THE SYMPTOMS I'D EXPERIENCED. AFTER A CALL FROM THE DEALER THE NEXT DAY, I WAS ADVISED THAT HYUNDAI WANTED THEM (THE DEALER) TO COMPLETELY TEAR THE ENGINE DOWN TO TAKE PICTURES OF THE INTERNALS TO ASSESS THE DAMAGE. THE REPRESENTATIVE ALSO TOLD ME THAT THE OIL WAS EXTREMELY LOW ON THE DIPSTICK, SO LOW THAT IT DIDN'T EVEN REGISTER. NOTE: THE CAR WAS NEXT SCHEDULED TO RECEIVE AN OIL CHANGE AT 57,600 MILES, AND THIS OCCURRED AT 56,000. A FEW DAYS LATER, I HEAR BACK THAT "HYUNDAI" HAD DECLINED THE WARRANTY COVERAGE, SO I CONTACTED HYUNDAI AND THEY STATED THAT THE DEALERSHIP IS THE ONE WHO HAD IN FACT DENIED THE WARRANTY COVERAGE, AND WOULD BE CONTACTING THEM TO UNDERSTAND THE REASON(S) FOR THE DENIAL. AFTER RESEARCHING THE ISSUES, I'VE FOUND A LAWYER OPENING A CLASS ACTION LAWSUIT, AS OTHERS HAVE REPORTED THIS SAME ISSUE. LAWYER: HTTP://WWW.CHIMICLES.COM/2011-HYUNDAI-SONATA-ENGINE-FAILURE-CLASS-ACTION-LAWSUIT?POST-SUBSCRIPTIONS-STATUS=SUBSCRIBE COMPLAINTS: HTTP://WWW.CARCOMPLAINTS.COM/HYUNDAI/SONATA/2011/ENGINE/ENGINE_SEIZED.SHTML. *TR

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 10701363

**Incident Date** March 20, 2015

**Complaint Date** March 24, 2015

**Consumer Location** CORAOPOLIS, PA

**Vehicle Identification Number** 5NPEC4AC0BH****

**Summary of Complaint**

DRIVING DOWN HWY @65MPH. CAR LOST POWER. WAS ABLE TO GET TO SIDE OF ROAD. CAR SMELLED AND SMOKING. CHECKED OIL...2 LITERS LOW. HAD OIL CHANGED 1000 MILES AGO. NO OIL LIGHT CAME ON. HAVE BEEN ROUTINELY CHECKING MY OIL BECAUSE 2 WEEKS AFTER OIL CHANGED HAD CAR SERVICED FOR BRAKES AND MECHANIC CHECKED OIL AND WAS LOW. HE PUT OIL IN. NO OIL LEAKS ANYWHERE. NOW I HAVE TO PAY 4500 FOR ANOTHER 2011 HYUNDAI SONATA ENGINE WHICH I REALLY DON'T WANT TO PUT IT BECAUSE THERE IS OBVIOUSLY A PROBLEM WITH THIS ENGINE AND REPLACING WITH THE SAME I WILL END UP WITH THE SAME PROBLEM. *TR

**NHTSA ID Number:** 10678427

**Incident Date** September 15, 2012

**Complaint Date** January 22, 2015

**Consumer Location** RIVERVIEW, FL

**Vehicle Identification Number** N/A

**Summary of Complaint**

PURCHASED A BRAND NEW 2011 HYUNDAI SONATA. WHILE WE WERE DRIVING DOWN THE ROAD, WE HEARD A KNOCKING NOISE COMING FROM THE ENGINE. WHILE WE WERE LOOKING FOR A GAS STATION TO PULL OVER, THE CHECK OIL LIGHT CAME ON, ALL WITHIN A MATTER

**SECOND AMENDED CLASS ACTION COMPLAINT**

OF MINUTES. WE IMMEDIATELY PULLED OVER AND CHECKED THE OIL ONLY TO FIND THAT NO OIL WAS REGISTERING ON THE DIP STICK. WE FOUND THAT ODD AS WE HAD OUR OIL CHANGE JUST A COUPLE MONTHS AGO. HAD THE CAR TOWED TO THE DEALERSHIP AND WAS TOLD THAT THERE WAS SLUDGE IN THE ENGINE AND WE NEEDED TO REPLACE IT. THE COST TO REPLACE THE ENGINE WAS $6100. FURTHERMORE, THE DEALERSHIP WENT ON AND CHANGED THEIR STORY 5 TIMES AS TO WHILE THE ENGINE FAILED. THEY ASKED US TO PROVIDE THEM WITH OIL CHANGE RECEIPTS, WHICH WE DID YET THEY STILL DENIED OUR CLAIM. OUR CAR HAD THE OIL CHANGES DONE PROPERLY AND WITHIN THE TIME SCHEDULED. OUR CAR WAS STILL UNDER WARRANTY YET THEY DENIED OUR CLAIM WE HAVE FILED A LAWSUIT AGAINST THE DEALERSHIP AND HYUNDAI. *TR

**NHTSA ID Number:** 10712310

**Incident Date** April 20, 2015

**Complaint Date** April 22, 2015

**Consumer Location** HUMBLE, TX

**Vehicle Identification Number** 5NPEC4AC7DH****

**Summary of Complaint**

DRIVING DOWN THE FREEWAY, WE HEARD A CLICKING SOUND THEN A LOSS OF POWER, BUT IT CAME BACK AFTER A FEW SECONDS. THE CLICKING AND LOSS OF POWER HAPPENED AGAIN THE NEXT DAY WHILE DRIVING ON A SURFACE STREET, AGAIN FOR JUST A FEW SECONDS. THE NEXT THING THAT HAPPENED WHILE ACCELERATING ONTO THE FREEWAY, A RED LIGHT FLASHED ON THE INSTRUMENT PANEL, BUT DID NOT STAY ON, UNABLE TO DETERMINE THE LIGHT AT THAT TIME. THE NEXT THING THAT HAPPENED WAS A PUFF OF SMOKE

**SECOND AMENDED CLASS ACTION COMPLAINT**

CAME OUT OF THE TAIL PIPE, WHICH AT THAT TIME WE DECIDED TO
TAKE THE VEHICLE TO THE DEALER. THE NEXT DAY, THE DEALER
INFORMED ME THAT THE VEHICLE HAD NO OIL IN THE ENGINE, AND
THAT IT HAD GOOP IN THE OIL PAN. THE DEALER THEN SAID THAT THE
RINGS ARE BURNT UP AND THAT THE ENGINE NEEDED TO BE
REPLACED. WE HAD NO WARNING THAT THE ENGINE HAD NO OIL - NO
WARNING LIGHTS STAYED ON. WE ALSO HAVE A BLUELINK REPORT
THAT SAYS EVERYTHING IS OPERATING AS NORMAL. *TR

**NHTSA ID Number:** 10725191

**Incident Date** June 1, 2015

**Complaint Date** June 15, 2015

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

ENGINE RATTLING SOUND UPON ACCELERATION AND OIL BURNING
FAST.BROUGHT INTO DEALERSHIP 3X FOR THE SAME CONCERN. TWICE
WHILE IT WAS STILL UNDER WARRANTY. SENT HOME SAYING THEY
COULDN'T FIGURE IT OUT. EVEN ASSURED US IT WAS NOTHING
SERIOUS. ON THIRD TIME (60,800 MI), CAR BURNED THROUGH OIL AND
OIL LIGHT CAME ON, RATTLING SOUNDS CAME BACK, STEREO STOPPED
WORKING, CAR DIED (NEW STARTER NEEDED). DEALERSHIP INSPECTED
IT AND SAID THEY FIGURED IT OUT THIS TIME (HOW CONVENIENT THAT
THEY FINALLY DID RIGHT AFTER THE WARRANTY EXPIRED),
SUGGESTED A BRAND NEW ENGINE. SAYS THERE WAS TONS OF SLUDGE
AND METAL SHAVING IN THE OIL. THEY CITED 'OWNER NEGLECT'. WE
PROVIDED THEM EVERY DOCUMENTATION OF MAINTENANCE AND
CONSISTENT OIL CHANGES. DENIED HONORING OUR WARRANTY. DID

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

128

**SECOND AMENDED CLASS ACTION COMPLAINT**

RESEARCH AND FOUND 2011-2012 SONATAS HAVE A MANUFACTURING
ENGINE DEFECT. PEOPLE ALL HAVE SAME ISSUES AND OUTCOMES
WITH THEIR CARS. HYUNDAI WILL NOT EVEN LOOK AT OUR PROOF OF
MAINTENANCE AND CONTINUE TO DENY THERE IS AN ISSUE WITH
THEIR ENGINE.

**NHTSA ID Number:** 10734078

**Incident Date** July 3, 2015

**Complaint Date** July 29, 2015

**Consumer Location** FORT LAUDERDALE, FL

**Vehicle Identification Number** 5NPEB4AC5CH****

**Summary of Complaint**

I HAD A MINOR FENDER BENDER ( A PERSON HIT ME AND TOOK OFF) 1
BLOCK LATER THE ENGINE DIED. IT WAS TAKEN TO THE SHOP WHERE I
WAS FIRST TOLD IT NEEDED A NEW BATTERY AND A STARTER.
BATTERY WAS ONLY 12 MONTHS OLD AND STARTER WAS NOT A
PROBLEM. I HAD IT TOWED TO HYUNDAI AND THEY TOLD ME THE
ENGINE SEIZED FROM SLUDGE AND WATER. I I DONT EVEN HAVE A
SPRINKLER SYSTEM FOR WATER DAMAGE AND WE ARE IN A DROUGHT
AND THE OIL WAS CHANGED A FEW MONTHS AGO. I HAD READ ABOUT
THE SEIZED ENGINE ISSUES ON THIS MODEL BUT HYUNDAI SAYS THAT
IS NOT TRUE. I POINTED OUT TO THEM THAT NO OIL LIGHT CAME ON
AND NO CHECK ENGINE LIGHT CAME ON.I HAVE HAD NO PROBLEMS
WITH THIS CAR UNTIL THIS HAPPENED. THEY REFUSE TO DO ANY
THING ABOUT IT BUT ARE WILLING TO CHARGE ME $6700.00 TO
REPLACE THE ENGINE

**NHTSA ID Number:** 10745135

N<small>YE</small>, S<small>TIRLING</small>, H<small>ALE</small> & M<small>ILLER</small>
33 W<small>EST</small> M<small>ISSION</small> S<small>TREET</small>, S<small>UITE</small> 201
S<small>ANTA</small> B<small>ARBARA</small>, C<small>ALIFORNIA</small> 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Incident Date** July 29, 2015

**Complaint Date** July 30, 2015

**Consumer Location** EAST GREENWICH, RI

**Vehicle Identification Number** 5NPEC4AC7CH****

**Summary of Complaint**

WE WERE TRAVELING AT APPROXIMATELY 65 MPH IN THE 2ND FROM RIGHT LANE IN HEAVY RUSH HOUR TRAFFIC WHEN THE ENGINE ABRUPTLY STOPPED AND COULD NOT BE RESTARTED. MY WIFE HAD DIFFICULTLY STEERING AND BRAKING TO MOVE TO THE BREAKDOWN LANE FROM THE LOSS OF ENGINE POWER. IT WAS VERY FORTUNATE THAT WE WERE NOT HIT BY ONCOMING TRAFFIC. THE CAR WAS TOWED TO THE DEALER WHO STATED THAT THE ENGINE HAD SEIZED AND NEEDED TO BE REPLACED AT GREAT EXPENSE.

**NHTSA ID Number:** 10746463

**Incident Date** August 4, 2015

**Complaint Date** August 5, 2015

**Consumer Location** MANASSAS, VA

**Vehicle Identification Number** N/A

**Summary of Complaint**

THE ENGINE WAS SPUTTERING AND THEN JUST QUIT. GOT IT RESTARTED LONG ENOUGH TO GET OUT OF THE ROADWAY. TOOK TO DEALERSHIP WHERE IT WAS PURCHASED. THEY STATED THERE WAS NO OIL AND THAT A NEW ENGINE WAS NEEDED. THE OIL LIGHT NEVER CAME ON AND THE TEMP GAUGE DID NOT SHOW THE ENGINE WAS RUNNING HOT OR ANYTHING. IT JUST STOPPED RUNNING.

**NHTSA ID Number:** 10785369

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  **Incident Date** October 1, 2015

2  **Complaint Date** October 22, 2015

3  **Consumer Location** WELLSVILLE, OH

4  **Vehicle Identification Number** N/A

5  **Summary of Complaint**

6  WHILE DRIVING THE MOTOR LOCKED UP WITH NO WARNING. NO OIL

7  LEFT IN THE PAN BUT NO LIGHTS CAME ON.

8

9  **NHTSA ID Number:** 10786834

10  **Incident Date** July 9, 2015

11  **Complaint Date** October 28, 2015

12  **Consumer Location** COVINA, CA

13  **Vehicle Identification Number** 5NPEB4AC1CH****

14  **Summary of Complaint**

15  IN AUGUST 2013 I PURCHASE SAID CAR. A MONTH LATER, I NOTICED

16  THE ENGINE WAS CONSUMING/BURNING OIL EXCESSIVELY, APPROX. 1

17  QT./500 MILES. TOOK IT IN TO GLENDORA HYUNDAI, THEY TOPPED IT

18  OFF...MY IMPRESSION OF THEM, NO BIG THING TO THEM. I TRIED TO

19  TELL THEM SOMETHING, BUT TO NO AVAIL. I HAVE EMAILS OF MY

20  CONCERNS TO GLENDORA HYUNDAI, ETC. ON JULY 1 THROUGH 9, 2015, I

21  TOOK A ROAD TRIP IN THE SONATA TO VACATION IN DALLAS, TX. ON

22  THE WAY BACK ON EARLY THURSDAY, JULY 9, THE ENGINE STARTED

23  TO PING AND SPUTTER. PULLED OVER AND ASSESSED ENGINE FAILURE.

24  I WAS 35 MILES AWAY FROM ODESSA, I FORTUNATE TO GET THERE

25  SAFE. STRUGGLING AT 45 MPH OFF HIGHWAY 20, I WAS ABLE TO PULL

26  IN AT 4:00AM INTO THE ODESSA HYUNDAI. I WAITED THAT FRIDAY

27  MORNING UNTIL IT OPENED AT 7:00AM. ON FRIDAY, ODESSA HYUNDAI

28  WAS ABLE TO DETERMINE ENGINE FAILURE. NEEDLESS TO SAY, STUCK

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  IN ODESSA, I HAD TO GET HOTEL FOR A ONE NIGHT STAY AND A CAR

2  RENTAL TO RETURN HOME WHILE THE REPAIRS ON MY SONATA WHERE

3  COMPLETED. A MONTH LATER, ON AUGUST 7, I WAS ABLE TO RETURN

4  TO ODESSA AND RETRIEVE MY CAR. I PAID OUT OF POCKET $2,957.10 TO

5  GET MY CAR BACK. HOWEVER, IT SEEMS THAT MY CAR SUFFERED

6  ENGINE FAILURE THROUGH THIS RECALL THAT CREATED HEART SHIP

7  AND A DREADFUL ENDING TO A SEEMINGLY SUCCESSFUL VACATION.

8  MORE IMPORTANTLY, I TRIED EARLY IN AUGUST/2012 TO AVOID ALL

9  THIS. NEVERTHELESS, I HAVE CORRESPONDENCE ON MY BEHALF TO

10 BACK UP MY CLAIM. YOUR CONSIDERATION ON THIS CLAIM FOR

11 REIMBURSEMENT WILL BE GREATLY APPRECIATED. THANKS!

12

13 **NHTSA ID Number:** 10808681

14 **Incident Date** April 25, 2015

15 **Complaint Date** December 7, 2015

16 **Consumer Location** MOORESVILLE, NC

17 **Vehicle Identification Number** 5NPEC4AC8CH****

18 **Summary of Complaint**

19 TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA. WHILE DRIVING AT

20 A HIGH SPEED, THE ACCELERATOR PEDAL WAS DEPRESSED, BUT THE

21 VEHICLE HESITATED BEFORE MOVING FORWARD. IN ADDITION, THERE

22 WAS A KNOCKING NOISE COMING FROM THE ENGINE COMPARTMENT

23 AND THERE WAS A HIGHER CONSUMPTION OF ENGINE OIL THAN

24 USUAL. THE ENGINE AND LOW PRESSURE WARNING LIGHTS

25 ILLUMINATED. THE FAILURE RECURRED ON NUMEROUS OCCASIONS.

26 THE VEHICLE WAS TAKEN TO A DEALER WHERE IT WAS DIAGNOSED

27 THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT

28 REPAIRED. THE VEHICLE WAS INCLUDED IN NHTSA CAMPAIGN

**SECOND AMENDED CLASS ACTION COMPLAINT**

NUMBER: 15V568000 (ENGINE) HOWEVER, THE PART NEEDED TO REPAIR THE VEHICLE WAS UNAVAILABLE. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 48,000. VIN TOOL CONFIRMS PARTS NOT AVAILABLE.

**NHTSA ID Number:** 10971800

**Incident Date** April 7, 2017

**Complaint Date** April 11, 2017

**Consumer Location** DENVILLE, NJ

**Vehicle Identification Number** 5NPEB4AC9BH****

**Summary of Complaint**

I WAS DRIVING MY VEHICLE AT APPROXIMATELY 65 MPH ON A STRAIGHT INTERSTATE HIGHWAY WHEN THE ENGINE SUDDENLY SEIZED (LOUD NOISE, LOST POWER, DIFFICULTY CONTROLLING) AND SPONTANEOUSLY IGNITED. I WAS ABLE TO MANEUVER TO THE SHOULDER WITH MUCH DIFFICULTY AND WAS FORCED TO LEAP TO SAFETY AS THE CAR WAS ON FIRE. THIS OCCURRED 3 DAYS AFTER I HAD THE CAR SERVICED AT A HYUNDAI DEALER FOR INEXPLICABLE LOSS OF OIL. I WAS TOLD THERE WAS NO LEAK; THEY CHANGED THE OIL AND RECOMMENDED OIL CONSUMPTION TESTING EVERY 1000 MILES X 3 BECAUSE OF KNOWN PROBLEMS WITH 2011 SONATAS BUILT AT A SPECIFIC PLANT IN ALABAMA (SEE ATTACHED NOTIFICATIONS OF CLASS ACTION AND EXTENDED WARRANTIES). THE CAR WAS ULTIMATELY ENGULFED IN FLAMES.

**NHTSA ID Number:** 10817563

**Incident Date** December 10, 2015

**Complaint Date** January 4, 2016

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** EAST POINT, GA

**Vehicle Identification Number** 5NPEB4ACXBH****

**Summary of Complaint**

THERE IS A RECALL ON MY VEHICLE ENGINE. I TOOK MY CAR TO THE DEALER AND THEY INSPECTED THE ENGINE FOR THE DEFECTIVE PART (ENGINE). THEY SAID THE CAR DOESN'T MET THE REQUIREMENT FOR FIX OR REPLACEMENT. HOWEVER, THEY INCREASED THE OIL AMOUNT FROM 4.5 QUARTS TO 5.5 AND CHANGE THE OIL DIP STICK WITHOUT EXPLANATION WHEN I ASKED WHY. I BELIEVE THEY ARE ATTEMPTING TO COVER UP THE PROBLEM WITH TEMPORARY FIX. CAN YOU INVESTIGATE IN TO THIS MATTER PLEASE. I CALL THEM SEVERAL TIMES ABOUT THE SITUATION WITH THE DEALERSHIP AND THE CHANGES MADE WITHOUT EXPLANATION. AFTER SEVERAL WEEKS OF WAITING FOR THEM TO RESPOND I CALL THEM AND THE COSTUMER SERVICE PERSON ON THE PHONE GAVE ME AN EXPLANATION, AGAIN NOT RESPONDED TO MY QUESTION DIRECTLY BUT BY SOMEONE WHO ONLY ANSWER THE PHONE. PLEASE HELP OR

**NHTSA ID Number:** 10840100

**Incident Date** February 14, 2016

**Complaint Date** March 10, 2016

**Consumer Location** OWINGS MILLS, MD

**Vehicle Identification Number** 5NPEB4AC3BH****

**Summary of Complaint**

I TOOK MY CAR IN TO LEN STOLER HYUNDAI AT 11275 REISTERSTOWN ROAD OWINGS MILLS MD ON FEB 08 2016 FOR A RECALL CAMPAIGN 132 AND CAMPAIGN 136. I WAS TOLD EVERYTHING HAD BEEN INSPECTED AND WAS FINE. ON FEB 14TH 2016 I WAS DRIVING HOME LATE AT NIGHT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ON A RESIDENTIAL STREET WHEN I NOTICED A NOISE, CLICKING SOUND WHEN SUDDENLY THE CAR STALLED. I CALLED MY SON AND HE TRIED TO START THE CAR. THE OIL GAUGE INDICATOR WAS ON AND WHEN HE INSPECTED IT INDICATED THAT OIL WAS VERY LOW. WHICH WAS UNUSAL BECAUSE AT THE TIME OF THE RECALL, I WAS TOLD MY OIL WAS LOW AND I ALSO HAD AN OIL AND FILTER DONE. THERE WAS NO INDICATION OF ANY LEAKING FROM THE BOTTOM OF MY CAR THEN NOR AT THE TIME THE CAR STALLED. MY SON PUT MORE OIL IN THE CAR. THE CAR WOULDN'T START AND HE PUSHED IT TO THE SIDE OF THE ROAD. THE NEXT MORNING I CALLED AAA AND TOOK IT BACK TO LEN STOLER HYUNDAI.ITS BEEN THREE WEEKS AND THEY ARE STILL FIXING IT.

**NHTSA ID Number:** 10846020

**Incident Date** August 20, 2015

**Complaint Date** March 10, 2016

**Consumer Location** Unknown

**Vehicle Identification Number** 5NPEC4ACXBH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. WHEN THE VEHICLE WAS STARTED, THE CHECK ENGINE LIGHT REMAINED ILLUMINATED. THE VEHICLE WAS TAKEN TO THE DEALER TO BE REPAIRED UNDER NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE). THE CONTACT STATED THAT A QUART OF OIL WAS ADDED AND THE DIPSTICK WAS REPLACED. THE MANUFACTURER WAS NOT MADE AWARE OF THE ISSUE. THE APPROXIMATE FAILURE MILEAGE WAS 110,000.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  **NHTSA ID Number:** 10855176

2  **Incident Date** April 11, 2016

3  **Complaint Date** April 12, 2016

4  **Consumer Location** OCEANSIDE, NY

5  **Vehicle Identification Number** 5NPEB4AC7DH****

6  **Summary of Complaint**

7  HAD ABOUT A MONTH WITH HOW THE CAR ACCELARATED. THE CAR

8  MADE A LOT OF NOISE THEN THE OIL LIGHT WOULD GO ON. FINALLY

9  ABOUT 3 WEEKS AGO, BROUGHT THE CAR IN DUE TO AN ENGINE LIGHT,

10  AND WAS TOLD THE ENGINE IS BURNING OIL, I KNEW THAT BC I WAS

11  ADDING OIL. WAS TOLD JUST TODAY THAT THE ENGINE SEIZED

12  YESTERDAY AFTER I DROPPED IT OFF AND NOW I NEED TO PAY FOR IT.

13  DID I MENTION THIS IS A LEASE AND ITS ONLY 42,000 MILES ON IT?

14  NEEDLESS TO SAY I HAVE NO CAR IN A RENTAL I HAVE TO PAY FOR.

15  SPOKE TO A FEW MECHANICS AND WAS TOLD ITS AN ON GOING

16  PROBLEM WITH THESE CARS. GREAT! BUT NOW IM STUCK W THE BILL

17  OF THE ENGINE OR THE EARLY RETURN LEASE BC THE CAR IS

18  UNDRIVEABLE!!!

19

20  **NHTSA ID Number:** 10862079

21  **Incident Date** May 15, 2014

22  **Complaint Date** April 28, 2016

23  **Consumer Location** RALEIGH, NC

24  **Vehicle Identification Number** 5NPEB4AC3BH****

25  **Summary of Complaint**

26  TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. THE CONTACT

27  RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 15V568000

28  (ENGINE). THE VEHICLE WAS INSPECTED BY THE DEALER UNDER THE

RECALL; HOWEVER, THE CONTACT WAS INFORMED THAT THE VEHICLE
HAD NOT MET THE CRITERIA TO BE REPAIRED UNDER THE RECALL. THE
CONTACT WAS CONCERNED THAT THE VEHICLE CONSUMED LARGE
QUANTITIES OF OIL. THE MANUFACTURER WAS NOTIFIED OF THE ISSUE.
THE APPROXIMATE FAILURE MILEAGE WAS 160,000.

**NHTSA ID Number:** 10862646

**Incident Date** February 3, 2016

**Complaint Date** May 2, 2016

**Consumer Location** Unknown

**Vehicle Identification Number** 5NPEB4AC9BH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. THE CONTACT
STATED THAT THERE WAS AN ABNORMAL NOISE THAT PROGRESSED
NEAR THE STEERING WHEEL. IN ADDITION, THE OIL HAD TO BE
REFILLED EVERY FOUR TO SIX WEEKS, BUT THERE WAS NO PRESENCE
OF A LEAK. THE CONTACT WAS UNABLE TO DETERMINE WHERE THE
FAILURE ORIGINATED. THE VEHICLE WAS TAKEN TO A DEALER FOR
THE ENGINE CRANK SHAFT RECALL AND IT WAS INDICATED THAT THE
STEERING COUPLING NEEDED TO BE REPLACED. THE CONTACT WAS
INFORMED THAT THE VIN WAS NOT INCLUDED IN THE ENGINE CRANK
SHAFT RECALL. THE VEHICLE WAS NOT REPAIRED. THE VIN WAS ALSO
EXCLUDED FROM NHTSA CAMPAIGN NUMBERS: 15V568000 (ENGINE),
16V190000 (STEERING), 10V457000 (STEERING), AND 10V426000
(STEERING). THE CONTACT TOOK THE VEHICLE TO AN INDEPENDENT
MECHANIC WHO STATED THAT HE WOULD NOT INSTALL THE PART
BECAUSE IT WAS NOT AN OEM REVISED PART FROM THE
MANUFACTURER. THE VEHICLE WAS TAKEN BACK TO THE DEALER TO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

137

1 DETERMINE IF THE MANUFACTURER WOULD BE ABLE TO PROVIDE A

2 REPAIR SOLUTION. THE FAILURE MILEAGE WAS NOT AVAILABLE.

3

4 **NHTSA ID Number:** 10865075

5 **Incident Date** January 4, 2016

6 **Complaint Date** May 16, 2016

7 **Consumer Location** MIDLOTHIAN, IL

8 **Vehicle Identification Number** 5NPEB4AC9BH****

9 **Summary of Complaint**

10 TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. THE CONTACT

11 STATED THAT THERE WAS A PROGRESSING FAILURE IN WHICH THE

12 ENGINE MADE A LOUD NOISE AND BURNED OIL EXCESSIVELY. THE

13 DEALER WAS NOTIFIED MONTHS BEFORE THE CONTACT WAS AWARE

14 THAT THERE WAS A RECALL CONCERNING THE FAILURE. THE DEALER

15 WAS UNABLE TO PROVIDE A REMEDY REPAIR SOLUTION. THE CONTACT

16 LATER RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER:

17 15V568000 (ENGINE) AND WAS ALSO INCLUDED IN NHTSA CAMPAIGN

18 NUMBER: 15V759000 (SERVICE BRAKES, HYDRAULIC). THE

19 APPROXIMATE FAILURE MILEAGE WAS 95,000. PARTS DISTRIBUTION

20 DISCONNECT.

21

22 **NHTSA ID Number:** 10873946

23 **Incident Date** June 10, 2016

24 **Complaint Date** June 13, 2016

25 **Consumer Location** WEST MELBOURNE, FL

26 **Vehicle Identification Number** 5NPET4AC8AH****

27 **Summary of Complaint**

28 TL* THE CONTACT OWNS A 2010 HYUNDAI SONATA. WHILE DRIVING AT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

138

**SECOND AMENDED CLASS ACTION COMPLAINT**

VARIOUS SPEEDS, THE CHECK ENGINE WARNING INDICATOR
ILLUMINATED AND THE VEHICLE LOST POWER. THE VEHICLE WAS
TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE MOTOR
SEIZED DUE TO LACK OF OIL. THE VEHICLE WAS NOT REPAIRED. THE
MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE
MILEAGE WAS 98,000..

**NHTSA ID Number:** 10882376
**Incident Date** April 18, 2016
**Complaint Date** July 3, 2016
**Consumer Location** KATY, TX
**Vehicle Identification Number** 5NPE24AF6FH****
**Summary of Complaint**
ENGINE OIL CONSUMPTION: 1 QUARTER EVERY 1,000 MILES AND
INCREASING.

**NHTSA ID Number:** 10919146
**Incident Date** April 28, 2016
**Complaint Date** October 26, 2016
**Consumer Location** OMAHA, AR
**Vehicle Identification Number** 5NPE34AF9FH****
**Summary of Complaint**
AT ABOUT 7000 MI. THE ENGINE BEGAN BURNING OIL AT 13 K MI.IT HAS
BEEN TO THE DEALER TWICE THEY SAY IT IS NORMAL BURNING 3/4 QT
IN LESS THAN 3K MILES IS MORE POLLUTION THAN NORMAL I WOULD
THINK

**NHTSA ID Number:** 10919132

**Incident Date** April 28, 2016

**Complaint Date** October 26, 2016

**Consumer Location** OMAHA, AR

**Vehicle Identification Number** 5NPE34AF9FH****

**Summary of Complaint**

THE CAR AT ABOUT 7K MILES STARTED USING OIL A QT, EVERY 2500 MI. THEY ARE TELLING ME IT IS NORMAL . IT IS POLLUTING MORE THAN THAN NORMAL PLUS FOULING THE PLUGS OVER TIME

**NHTSA ID Number:** 110031562

**Incident Date** June 30, 2017

**Complaint Date** July 5, 2017

**Consumer Location** SAN SEBASTIAN, PR

**Vehicle Identification Number** 5NPEC4ACXDH****

**Summary of Complaint**

"ENGINE RECALL", MY CAR HAS ONLY 66,687 MILES ON IT, I HAVE DONE ALL THE MAINTENANCE REQUIRED WITH THE DEALERSHIP, IT IS CONSUMING 1 1/2 OR MORE QUARTS OF ENGINE OIL PER 1000 MILES, THE DEALERSHIP HAD DONE THE CONSUMPTION TEST AND THEY TOLD ME ITS NOT NORMAL, BUT THEY SAID IS NOT RELATED TO THE RECALL. I HAVE NOT HAVE THE KNOCKING NOISE, BUT ISN'T THE EXCESSIVE OIL CONSUMPTION ONE OF THE SYMPTOMS THAT CAN GET THE CAR TO DO THE DAMAGE TO THE ENGINE. THE ENGINE LIGHT IS NOT ON NEITHER THE OIL LIGHT.

**NHTSA ID Number:** 11010405

**Incident Date** July 4, 2016

**Complaint Date** July 24, 2017

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  **Consumer Location** INDIO, CA

2  **Vehicle Identification Number** 5NPEB4AC2BH****

3  **Summary of Complaint**

4  TAKATA RECALL ,FAILED OIL CONSUMPTION TEST

5

6  **NHTSA ID Number:** 11012556

7  **Incident Date** July 31, 2017

8  **Complaint Date** August 3, 2017

9  **Consumer Location** WEST ALLIS, WI

10  **Vehicle Identification Number** 5NPE24AF1FH****

11  **Summary of Complaint**

12  TL* THE CONTACT OWNS A 2015 HYUNDAI SONATA. WHILE DRIVING 35

13  MPH, THE ENGINE STALLED WITHOUT WARNING. THE CONTACT

14  PULLED OVER TO THE SIDE OF THE ROAD. THE CONTACT NOTICED

15  THAT THE FUEL IN THE ENGINE OIL WAS EMPTY. THE CONTACT

16  REFILLED THE OIL. THE VEHICLE WAS RESTARTED AND RETURNED TO

17  NORMAL. THE CONTACT ALSO STATED THAT THERE WAS NO OIL LEAK.

18  THE VEHICLE WAS TAKEN TO THE DEALER (FIRST LUBE USA LOCATED

19  AT 3614 W LINCOLN AVE, MILWAUKEE, WI 53215; (414) 647-8820) WHERE

20  AN OIL FLUSH WAS PERFORMED AND THE OIL WAS REFILLED. THE

21  VEHICLE WAS NOT DIAGNOSED. THE MANUFACTURER WAS NOT

22  CONTACTED. THE APPROXIMATE FAILURE MILEAGE WAS 58,000.

23

24  **NHTSA ID Number:** 11022420

25  **Incident Date** September 8, 2017

26  **Complaint Date** September 9, 2017

27  **Consumer Location** HAGERSTOWN, MD

28  **Vehicle Identification Number** 5NPEB4AC8EH****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

141

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Summary of Complaint**

TAKATA RECALL - CAR IS BLOWING OUT SMOKE - IN 700 MILES IT HAS
LOST 2 QUARTS OF OIL, IT HAS UNDER 50K MILES, IT IS COVERED
UNDER 2 DIFFERENT RECALLS THRU HYUNDAI BUT THEY REFUSE TO
REPLACE THE ENGINE, WHEN YOU TRY TO ACCELERATE - THE CAR
WILL HESITATE AND THEN ALL OF SUDDEN BLOW SMOKE OUT THE
BACK - SO MUCH THAT YOU THINK THE CAR IS GOING TO CATCH ON
FIRE, WE HAVE HAD IT IN THE DEALERSHIP 3 TIMES ALREADY -
CONTACTED THEM OTHER TIMES IN BETWEEN. NOW WHEN TRYING TO
ACCELERATE AT JUST 1 RPM SMOKE COMES OUT THE BACK CAR
STARTS SHAKING LIKE ITS GOING TO STALL OUT CHECK ENGINGE
LIGHT COMES ON - A FEW SECONDS LATER BIG CLOUD OF SMOKE
COMES OUT BACK AND CAR WILL THEN MOVE LEAVING TRAILS OF
SMOKE BEHIND. CHECK ENGINE LIGHT WENT OFF. HYUNDAI SAID
UNLESS THE CHECK ENGINE LIGHT IS ON - IT WONT MATTER. THEY
JUST WANT US TO DO A OIL CONSUMPTION TEST - THE ENGINE IS
MAKING A KNOCKING NOISE. HYUNDAI HAS HEARD IT TOO. WE LEAVE
SO MUCH SMOKE THAT WE CANT SEE A CAR BEHIND US. IT CAN
BARELY MAKE IT TO ACCELERATE ON THE HIGHWAY. 6/21/17 - MASSEY
HYUNDAI HAGERSTOWN 7/18/17 - MASSEY HYUNDAI HAGERSTOWN
8/28/17 - MASSEY HYUNDAI HAGERSTOWN HYUNDAI CASE #10553414 -
THEY KNOW ABOUT IT! WE HAVE HAD IT TOWED TO THE SHOP 2 TIMES
NOW.

**NHTSA ID Number:** 110303242

**Incident Date** September 26, 2017

**Complaint Date** September 28, 2017

**Consumer Location** HUNTSVILLE, AL

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  **Vehicle Identification Number** 5NPEC4AC2BH****

2  **Summary of Complaint**

3  MY ENGINE IS KNOCKING AND CONSUMING OIL. IT WORSENS WITH

4  INCREASED RPM. SOMETHING SOUNDS WRONG IN THE ENGINE AND IT

5  HAS A HIGH OIL CONSUMPTION RATE YET THERE IS NO EVIDENCE OF

6  OIL LEAK UNDER VEHICLE. THE DEALER DOES ALL SERVICE, ITS UNDER

7  WARRANTY AND YET THEY HAVE NOT TAKEN CARE OF THE PROBLEM

8  THOUGH THEY HAVE BEEN NOTIFIED OF THIS ISSUE SEVERAL TIMES

9  AND INSPECTED THE VEHICLE. I AM AFRAID I WILL HAVE A TOTAL

10  ENGINE FAILURE AND PUT MY SAFETY AT RISK EITHER FROM A CRASH

11  OR BEING STRANDED IN A DESERTED AREA.....ALSO HYUNDAI

12  CHARGED ME LAST YEAR TO REPLACE A COUPLING IN THE STEERING

13  WHICH WAS CAUSING THE ISSUE AND YET THERE HAS BEEN A RECALL

14  ON THIS COUPLING. BENTLEY HYUNDAI OF HUNTSVILLE, AL. THEY

15  KEEP CHARGING ME MONEY FOR REPAIRS OR INSPECTIONS THAT

16  SHOULD BE COVERED UNDER WARRANTY.....PLEASE HELP!

17  **NHTSA ID Number:** 11034651

18  **Incident Date** June 1, 2017

19  **Complaint Date** October 18, 2017

20  **Consumer Location** CLEVELAND, OH

21  **Vehicle Identification Number** 5NPE24AA2FH****

22  **Summary of Complaint**

23  I WAS TOLD I NEED A NEED ENGINE BECAUSE OF SLUDGE INDICATING

24  THAT I HADN'T HAD REGULAR OIL CHANGES. THE CAR IS TWO YEARS

25  OLD AND I'VE HAD FIVE OIL CHANGES. THEY WON'T PAY FOR THE

26  ENGINE BUT I'VE SEEN THAT THIS IS AN ON GOING PROBLEM FOR

27  THESE CARS. NOT MY CAR IS SMOKING EVEN WORST. THEY DID THREE

28  OF THE OIL CHANGES AND ANOTHER COMPANY THAT'S NOW OUT OF

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BUSINESS DID THE OTHERS AND I CAN'T PROVE IT BECAUSE IT WAS INDEPENDENTLY OWNED...THERE IS NO WAY TO CHECK THE RECORDS.THEY COMPLETED AN OIL CONSUMPTION TEST BECAUSE WE WERE LOSING OIL. THE CAR DIDN'T START SMOKING UNTIL JUNE 2017. WE HAD BEEN COMPLAINING SINCE WE HAD THE CAR BECAUSE IT ALWAYS SEEMED AT THIS IT DIDN'T HAVE ANY GET UP AND GO. THEY SAID THAT WAS BECAUSE THERE ARE THREE DIFFERENT CAR MODES; ECONOMY (WHICH WE ALWAYS DRIVE IN), NORMAL AND SPORT. WE NEVER BELIEVED THAT. A POLICE STOPPED MY HUSBAND YESTERDAY AND SAID WE CAN'T DRIVE THE CAR WITH ALL THAT SMOKE POURING OUT THE BACK. WHAT AM I TO DO? THE CAR IS ONLY TWO YEARS OLD! IT HAD A LITTLE OVER 4K MILES WHEN WE FIRST PURCHASED IT. THEY SAID AN OIL CHANGE WAS COMPLETED PRIOR TO US PURCHASING THE CAR. WE NEVER HAD ANY WARNING LIGHT THAT OUR OIL WAS LOW.

**NHTSA ID Number:** 11047768

**Incident Date** June 22, 2017

**Complaint Date** November 21, 2017

**Consumer Location** WESTERVILLE, OH

**Vehicle Identification Number** 5NPEB4AC5BH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. THE CONTACT STATED THAT THE VEHICLE BURNED AN EXCESSIVE AMOUNT OF OIL AROUND FOUR HUNDRED MILES OF DRIVING AND THE ENGINE WARNING INDICATOR ILLUMINATED. IN ADDITION, THE ENGINE MADE A LOUD NOISE WHEN THE OIL WAS LOW. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED, BUT THE

CAUSE OF THE FAILURE COULD NOT BE DETERMINED. THE VEHICLE
WAS THEN TAKEN TO DENNIS HYUNDAI (2900 MORSE RD, COLUMBUS,
OH 43231, PHONE NUMBER: (614) 471-2900), BUT THE CAUSE OF THE
FAILURE COULD NOT BE DETERMINED AGAIN. THE CONTACT WAS
INFORMED TO DRIVE THE VEHICLE EVERY FIVE HUNDRED MILES AND
THEN REPORT BACK SO THAT A REPORT OF THE OIL CONSUMPTION
COULD BE LOGGED IN ORDER TO MOVE FORWARD. THE VEHICLE WAS
NOT REPAIRED. THE MANUFACTURER WAS NOT CONTACTED. THE
APPROXIMATE FAILURE MILEAGE WAS 101,000.

**NHTSA ID Number:** 11090525

**Incident Date** April 20, 2018

**Complaint Date** April 27, 2018

**Consumer Location** GLEN ALLEN, VA

**Vehicle Identification Number** 5NPEC4AC7BH****

**Summary of Complaint**

I HAVE SEVERAL COMPLAINTS WITH MY SONATA AS IT RELATES TO
BRAKES AND TAIL LIGHTS. I HAVE HAD TO REPLACE THE BRAKE
STOPPER AS IT WAS MAKING THE CAR RANDOMLY SLOW DOWN IN
WHEN I WAS DRIVING ON THE HIGHWAY AT SPEEDS IN EXCESS OF 70
MPH .. WHEN THIS WAS HAPPENING THE TRACTION CONTROL LIGHT
ALSO REMAINED ON IN THE DASHBOARD. I ALSO HAD BRAKE CALIBERS
THAT WERE LOCKED IN PLACE ON MY FRONT BRAKES CAUSING AN
ISSUE HAVING METAL AGAINST METAL. AT THIS SAME TIME, MY TAIL
LIGHTS WERE REMAINING ON EVEN WHEN THE CAR WAS OFF. THE
STOPPER FIXED THIS ISSUE BUT I WAS ALSO ADVISED THAT I HAD TO
REPLACE THE WHOLE REAR LIGHT MODULE BECAUSE THE WIRES HAD
MELTED TOGETHER THIS TIME IT WAS THE LEFT SIDE. IN OCTOBER I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

145

1  RELAXED THE WHOLE RIGHT SIDE REAR LIGHTING MODULE BECAUSE
2  THE WIRES HAD MELTED TOGETHER IN THAT LIGHT TOO! ALL OF
3  THESE REPAIRS TOOK PLACE WITHIN A YEARS TIMEFRAME. I HAVE
4  DOCUMENTATION BUT NOT WITH ME RIGHT AT THIS MOMENT. ALL OF
5  THESE SCENARIOS ARE PRETTY SCARY AND PUT ME AND MY SON AT
6  RISK. NOT TOO MENTION MY CAR IS CURRENTLY UNDER AN OIL
7  CONSUMPTION TEST BECAUS WE HAVE NO IDEA WHERE THE ENGINE
8  OIL IS GOING. THE CAR HAS 140,000 MILES

9

10  **NHTSA ID Number:** 11099363

11  **Incident Date** May 5, 2018

12  **Complaint Date** June 2, 2018

13  **Consumer Location** BENWOOD, WV

14  **Vehicle Identification Number** 5NPEB4AC5DH****

15  **Summary of Complaint**

16  I RECEIVED A RECALL NOTICE IN THE MAIL FOR MY CAR THAT SAID

17  THE SMALL ENGINE BLOCK WAS RECALLED BECAUSE METAL

18  SHAVINGS WERE GETTING INTO THE ENGINE AND CAUSING THEM TO

19  STAHL WHILE GOING DOWN HIGHWAY PEOPLE ARE DYING BECAUSE OF

20  THIS. I TOOK MY CAR IN AND THE DEALERSHIP SAID IT WAS FINE BUT

21  IT'S NOW BURNING OIL AND STARTING TO STAHL OUT THEY THEN DID

22  AN OIL CONSUMPTION TEST AND SAID IT WAS NORMAL TO BE BURNING

23  OIL. NOTHING HAS HAPPENED TO ME OR MY FAMILY YET BUT I DON'T

24  WANT TO GIVE IT THE CHANCE. WHAT CAN I DO?

25

26  **NHTSA ID Number:** 11110577

27  **Incident Date** July 3, 2018

28  **Complaint Date** July 10, 2018

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

146

**Consumer Location** RALEIGH, NC

**Vehicle Identification Number** 5NPEC4AC0BH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. WHILE DRIVING APPROXIMATELY 70 MPH, A KNOCKING SOUND WAS HEARD COMING FROM THE ENGINE COMPARTMENT. THE VEHICLE WAS TAKEN TO THE DEALER (SPORT DURST HYUNDAI, 4507 DURHAM-CHAPEL HILL BLVD, DURHAM, NORTH CAROLINA, (919) 251-5996) WHERE IT WAS DIAGNOSED THAT THE OIL LEVEL WAS LOW. TWO QUARTS OF OIL WERE ADDED AND THE DEALER ALSO WANTED TO CONDUCT AN OIL CONSUMPTION TEST ON THE VEHICLE. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND CASE NUMBER: 11415617 WAS OPENED. THE APPROXIMATE FAILURE MILEAGE WAS 144,650.

**NHTSA ID Number:** 11114456

**Incident Date** July 2, 2018

**Complaint Date** July 30, 2018

**Consumer Location** Unknown

**Vehicle Identification Number** 5NPEC4AC4DH****

**Summary of Complaint**

DEALERSHIP PERFORMED OIL CONSUMPTION TEST. ADDED/TOPPED UP IN EXCESS OF 1 LITRE OIL EVERY 1500 KILOMETRES. ABBOTSFORD HYUNDAI AND HYUNDAI CANADA STATE THIS IS NORMAL OIL CONSUMPTION ! THE VEHICLE CANNOT MAKE IT FROM ONE OIL CHANGE (EVERY 6000 KILOMETRES) TO NEXT WITHOUT THE ENGINE GOING DRY! THIS SEEMS UNACCEPTABLE. OWNED MANY DIFFERENT BRANDS AND HAVE NEVER HAD THIS ISSUE! ALSO THE ENGINE IS VERY LOAD (SOUNDS RATTLING).

**NHTSA ID Number:** 11129488

**Incident Date** September 12, 2018

**Complaint Date** September 14, 2018

**Consumer Location** VALPARAISO, IN

**Vehicle Identification Number** 5NPE24AF6GH****

**Summary of Complaint**

IT INITIALLY STARTED AROUND A COUPLE OF MONTHS AGO. I WAS DRIVING AND MY OIL LIGHT CAME ON. I TOOK IT TO THE DEALERSHIP THINKING IT WAS NOT TOPPED OFF CORRECTLY SINCE THE LAST OIL CHANGE 2,700 MILES PRIOR TO THE LIGHT TURNING ON. THE DEALERSHIP SAYS "THERE WAS NO OIL ON THE DIPSTICK." PERFORMED AN OIL CONSUMPTION TEST. THE MOST RECENT REPORT SHOWED THAT MY "OIL WAS 3 QUARTS LOW". THE DEALER ADVISED ME TO TRADE THE CAR IN SINCE I DO NOT HAVE THE WARRANTY ON MY CAR ANYMORE TO FIX IT. I JUST BOUGHT THE CAR LAST APRIL. I HAVE MAINTAINED THE CAR WITH IT'S RECOMMENDED SERVICES AND USE FULL SYNTHETIC OIL. I DRIVE A LOT OF HIGHWAY MILES, BUT I TAKE CARE OF MY CAR SINCE IT IS AN INVESTMENT. I CANNOT AFFORD TO FINANCE ANOTHER CAR. THANK YOU.

**NHTSA ID Number:** 11130786

**Incident Date** September 20, 2018

**Complaint Date** September 22, 2018

**Consumer Location** BLACKWOOD, NJ

**Vehicle Identification Number** 5NPEC4AC5BH****

**Summary of Complaint**

INTERNAL ENGINE NOISE AND UNUSUAL AMOUNT OF OIL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CONSUMPTION , APPROXIMATELY 1 QT. PER 500 MILES . FOUND USA TODAY DATED 09/25/2015 STATING POSTED BY THE NHTSA THAT HYUNDAI ANNOUNCED A RECALL OF MY VEHICLE FOR THIS EXACT PROBLEM BUT LOCAL HYUNDAI DEALER STATED THAT MY VEHICLE WAS NOT COVERED BY THIS SAFETY RECALL.

**NHTSA ID Number:** 11131721

**Incident Date** August 29, 2018

**Complaint Date** September 26, 2018

**Consumer Location** WINCHESTER, KY

**Vehicle Identification Number** 5NPE24AF8HH****

**Summary of Complaint**

ENGINE USES FULL SYNTHETIC OIL AT A RAPID RATE. ONE QUART OF FULL SYNTHETIC HAD TO BE ADDED AFTER DRIVING ONLY 3600 MILES FROM PREVIOUS OIL CHANGE, AND AGAIN AT 4700, AND EVEN THEN THE DIPSTICK WAS STILL 1/2 QUART BELOW FULL WHEN OIL WAS CHANGED AT 4800 MILES FROM PREVIOUS OIL CHANGE. HYUNDAI SERVICE TECHNICIAN COULD FIND NO OIL LEAKS.

**NHTSA ID Number:** 11156937

**Incident Date** December 8, 2018

**Complaint Date** December 8, 2018

**Consumer Location** TUCSON, AZ

**Vehicle Identification Number** 5NPE24AF6GH****

**Summary of Complaint**

EXCESSIVE OIL CONSUMPTION POSSIBLE ENGINE PROBLEM

**NHTSA ID Number:** 11175698

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** February 1, 2018

**Complaint Date** February 8, 2019

**Consumer Location** OCALA, FL

**Vehicle Identification Number** 5NPE24AF5GH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 HYUNDAI SONATA. THE CONTACT STATED THAT THE VEHICLE WAS BURNING A LARGE AMOUNT OF OIL. EVERY 2000 MILES, A QUART OF OIL HAD TO BE ADDED TO THE ENGINE. JENKINS HYUNDAI OF OCALA (352-815-2533, LOCATED AT 1602 COLLEGE RD SW, OCALA, FL 34471) REFUSED TO FINANCE THE REPAIRS AND STATED THAT THE VEHICLE WAS OUT OF WARRANTY. THE MANUFACTURER WAS CALLED AND STATED THAT THERE WAS NO RECALL RELATED TO THE FAILURE AND A CASE WORKER WOULD CALL THE CONTACT BACK IN A FEW DAYS. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE FAILURE MILEAGE WAS 60,000.

**NHTSA ID Number:** 11183412

**Incident Date** July 7, 2015

**Complaint Date** March 1, 2019

**Consumer Location** BYRAM, MS

**Vehicle Identification Number** 5NPEB4AC9BH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. WITHIN WEEKS OF OWNING THE VEHICLE, THERE HAD BEEN MULTIPLE FAILURES. THE VEHICLE HAD A DRASTIC REDUCTION IN SPEED WITHOUT WARNING, THERE WAS A STRONG BURNING ODOR, AND THE VEHICLE STALLED RANDOMLY SEVERAL TIMES. THE VEHICLE HAD TO BE TOWED TO PATTY PECK HONDA (555 SUNNYBROOK RD, RIDGELAND, MS 39157, (601)

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

957-3400) DUE TO IT STALLING. THE DEALER RECOMMENDED THAT THE

VEHICLE BE SERVICED BY AN AUTHORIZED DEALER. THE VEHICLE WAS

TAKEN TO WILSON PREMIER HYUNDAI (450 STEED RD, RIDGELAND, MS

39157, (601) 856-6423) WHERE IT WAS DIAGNOSED THAT THERE WAS A

LOSS OF OIL THAT REQUIRED THAT THE OIL CONSTANTLY BE REFILLED

AND METAL SHAVINGS WERE PRESENT IN THE ENGINE ASSEMBLY.

ALSO, THE CATALYTIC CONVERTER NEEDED TO BE REPLACED. THE

CATALYTIC CONVERTER WAS REPLACED, BUT THE BURNING ODOR

WORSENED. THE DEALER PROVIDED A LOANER VEHICLE, BUT THE

CONTACT'S VEHICLE WAS RETURNED UNDER THE GUIDELINES THAT

AN OIL CONSUMPTION TEST SHOULD BE PERFORMED EVERY 1,000

MILES. THE VEHICLE WAS NOT REPAIRED. THE CONTACT FELT THAT

THE MANUFACTURER AND THE DEALER FAILED TO PROVIDE A

PERMANENT REMEDY TO REPAIR THE VEHICLE. THE MANUFACTURER

WAS NOTIFIED NUMEROUS TIMES. THE APPROXIMATE FAILURE

MILEAGE WAS 73,000

**NHTSA ID Number:** 11185600

**Incident Date** March 3, 2019

**Complaint Date** March 10, 2019

**Consumer Location** LOUISVILLE, OH

**Vehicle Identification Number** 5NPEC4AC0BH****

**Summary of Complaint**

MY HYUNDAI SONATA BEGAN INCREASINGLY CONSUMING OIL

RAPIDLY FOR A COUPLE MONTHS UNTIL IT GOT TO ME PUTTING IN 1

QUART EVERY 200 MILES!!! THAT DESTROYED THE CATALYTIC

CONVERTER, ALTHOUGH THE TECH AT THE DEALER TRIED TO TELL ME

IT WAS DUE TO FUEL. EXPERTS AT BOTH THE EXHAUST SHOP AND FORD

DEALERSHIP (WHERE I BOUGHT IT USED), REFUTED THAT AND TOLD ME

**SECOND AMENDED CLASS ACTION COMPLAINT**

1   IT WAS DEFINITELY DUE PRIMARILY FROM THE ENGINE CONSUMING

2   WAY TOO MUCH OIL. HYUNDAI REQUIRED ME TO DO 5 OIL

3   CONSUMPTION TESTS AT THEIR DELAERSHIP BEFORE THEY CAN

4   VERIFY AND DOCUMENT THE ENGINE IS HAVING PROBLEMS! BUT IN

5   THE MEANTIME MY ENGINE COULD LIKELY BLOW UP/SEIZE UP, AS THE

6   2011 HYUNDAI SONATA IS NOTORIOUS FOR THAT AND THEY RECALLED

7   470,000+ ALREADY!! I ONLY HAVE 3 OIL CONSUMPTION TESTS, AND IT

8   SHOWS 200 MILES PER QUART!! MY CAT CONVERTER IS NOW CLOGGED

9   AND MY CAR LOST POWER. SO NOW IN A CATCH 22 (MAYBE ON

10  PURPOSE?). I CAN'T GET 5 TESTS WITHOUT REPLACING MY CATALYTIC

11  CONVERTER, BUT SINCE ENGINE IS LOSING 1 QUART PER 200 MILES

12  THAT OIL WILL SOON DESTROY ANY NEW CONVERTER I PUT ON WITHIN

13  1 OR 2 MONTHS, IF NOT LESS!! SO THIS IS RUINING THE CAR, AND I HAVE

14  STARTED A CASE NUMBER WITH CORPORATE HYUNDAI IN CALIFORNIA.

15  THEY HAVEN'T CALLED ME BACK IN SEVERAL DAYS ALL THE WHILE I

16  DON'T HAVE A CAR TO USE. ENGINE BURNING 1 QUART PER 200 MILES

17  OR LESS IS TERRIBLE....ENGINE IS RUINED! AND IT'S NOT SAFE!! AS I

18  HAVE READ SO MANY 2011 SONATA OWNERS TELLING ABOUT THEIR

19  CAR ENGINES SEIZING UP, LOCKING UP WHILE DRIVING 65 MPH ON THE

20  HIGHWAY IN THE MIDDLE LANE!! I HOPE HYUNDAI TAKES

21  RESPONSIBILITY AS I STILL OWE $9,000 ON THIS CAR!

22

23  **NHTSA ID Number:** 11191523

24  **Incident Date** February 13, 2019

25  **Complaint Date** March 26, 2019

26  **Consumer Location** LAKE IN THE HILLS, IL

27  **Vehicle Identification Number** 5NPE34AF5FH****

28  **Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  ENGINE HAS APPROXIMATELY 60,000 MILES AND BURNS BETWEEN

2  HALF TO ONE QUART OF OIL EVERY 1,000 MILES. HYUNDAI DEALER

3  PERFORMED AN "OIL CONSUMPTION TEST" WHERE THEY RECORDED

4  OIL LEVEL AFTER 1,000 MILES THREE TIMES. AFTER THE FIRST 1K MILES

5  IT WAS DOWN ABOUT HALF A QUART OF OIL, SAME ON SECOND 1K

6  MILES, AND ABOUT 1 QUART ON THIRD 1K MILES. HYUNDAI ADVISED

7  THIS IS NORMAL OIL CONSUMPTION AND WOULD NOT INVESTIGATE

8  FURTHER UNLESS AVERAGE USE WAS MORE THAN 1 QUART AFTER 1K

9  MILES. THE SUGGESTED OIL CHANGE INTERVAL FROM HYUNDAI IS

10 7,500 MILES. AT THE RATE OF OIL CONSUMPTION THE VEHICLE WOULD

11 BE OUT OF OIL BEFORE THE RECOMMENDED SERVICE INTERVAL FOR

12 OIL CHANGES.

13

14 **NHTSA ID Number:** 11194681

15 **Incident Date** March 28, 2019

16 **Complaint Date** April 8, 2019

17 **Consumer Location** BONNER SPRINGS, KS

18 **Vehicle Identification Number** 5NPEC4AC1DH****

19 **Summary of Complaint**

20 TL* THE CONTACT OWNS A 2013 HYUNDAI SONATA. ALMOST TWO

21 YEARS AGO, THE VEHICLE WAS TAKEN TO MCCARTHY OLATHE

22 HYUNDAI (LOCATED AT 681 N RAWHIDE, OLATHE, KS 66061, (913) 324-

23 7200) TO BE INSPECTED PER NHTSA CAMPAIGN NUMBER: 17V226000

24 (ENGINE AND ENGINE COOLING). AT THE TIME OF INSPECTION, THERE

25 WAS NO FAILURE WITH THE ENGINE AND THE VEHICLE WAS RELEASED

26 TO THE CONTACT. RECENTLY, THE CONTACT STATED THAT THE

27 VEHICLE BEGAN TO DRIVE HESITANTLY. THE CONTACT STATED THAT

28 THE VEHICLE WAS DRIVING HESITANTLY ESPECIALLY WHEN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1 ATTEMPTING TO TRAVERSE A HILL. THE VEHICLE WAS TAKEN TO REED

2 HYUNDAI (LOCATED AT 7050 W FRONTAGE RD, MERRIAM, KS 66203, (913)

3 642-9600) TO HAVE AN OIL CONSUMPTION TEST PERFORMED. AFTER

4 1,000 MILES OF DRIVING, THE ENGINE CONSUMED A QUART OF OIL. THE

5 CONTACT WAS INFORMED THAT THE OIL CONSUMPTION WAS NORMAL.

6 THE VEHICLE RECEIVED NO FURTHER TESTS AND WAS NOT REPAIRED.

7 THE MANUFACTURER WAS CONTACTED. THE APPROXIMATE FAILURE

8 MILEAGE WAS 170,000.

9

10 **NHTSA ID Number:** 11196411

11 **Incident Date** November 1, 2018

12 **Complaint Date** April 15, 2019

13 **Consumer Location** FLEMINGTON, NJ

14 **Vehicle Identification Number** 5NPEB4AC6DH****

15 **Summary of Complaint**

16 TL* THE CONTACT OWNS A 2013 HYUNDAI SONATA. WHILE OPERATING

17 THE VEHICLE, THE CHECK ENGINE INDICATOR ILLUMINATED AND A

18 KNOCKING NOISE WAS PRESENT COMING FROM THE ENGINE. UPON

19 INSPECTION, IT WAS DISCOVERED THAT THE ENGINE OIL WAS

20 EXTREMELY LOW. THE CONTACT INDICATED THAT OIL WAS ADDED

21 EVERY TWO DAYS DUE TO EXCESSIVE OIL CONSUMPTION. THE

22 VEHICLE WAS TAKEN TO FRED BEAMS HYUNDAI OF FLEMINGTON (180

23 US 202, BUILDING B, FLEMINGTON, NJ), BUT THE CAUSE OF THE FAILURE

24 COULD NOT BE DETERMINED. THE MANUFACTURER WAS NOTIFIED

25 AND DID NOT ASSIST. THE FAILURE MILEAGE WAS 120,000.

26

27 **NHTSA ID Number:** 11207127

28 **Incident Date** April 1, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** May 12, 2019

**Consumer Location** LAUREL, MD

**Vehicle Identification Number** 5NPE24AF3FH****

**Summary of Complaint**

MY ENGINE IS BURNING OIL. I HAD TO ADD 1.5 QUARTS BETWEEN OIL
CHANGES WITH ONLY 50,000 MILES ON THE MOTOR. THE HYUNDAI
DEALERSHIP STATES NOTHING IS WRONG WITH MY CAR. I HAD DETAIL
NOTES EXPLAINING THE MILEAGE AND OIL CONSUMPTION. I BELIEVE
THE DEALERSHIP WANTS MY CAR TO RUN OUT OF WARRANTY BEFORE
REPAIRING THE VEHICLE.

**NHTSA ID Number:** 11440883

**Incident Date** July 2, 2019

**Complaint Date** July 2, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 5NPEC4ACXBH****

**Summary of Complaint**

The contact owns a 2011 Hyundai Sonata. The contact stated that the vehicle
experienced excessive oil consumption. There were no warning lights illuminated.
The vehicle was taken to the local dealer where it was diagnosed with carbon build-up
in the chamber. The vehicle was repaired but the failure recurred. Additionally, there
were two oil consumption tests performed. The contact was informed about a
complete engine tear down. The manufacturer was notified of the failure and referred
the contact to NHTSA for assistance. The approximate failure mileage was 125,595.

**NHTSA ID Number:** 11253276

**Incident Date** September 4, 2019

**Complaint Date** September 4, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

**Consumer Location** LAUREL, MD

**Vehicle Identification Number** 5NPE24AF3FH****

**Summary of Complaint**

HI NHTSA, I DRIVE A 2015 HYUNDAI SONATA AND FOLLOWED ALL THE RECOMMENDED MAINTENANCE. I STARTED TO NOTICE MY OIL LEVEL WAS BELOW LOW AFTER 2000 MILES AT 47000 ON THE VEHICLE. I THOUGHT IT WAS NOT FILLED CORRECTLY AND HAD MY MECHANIC CHECK IT. ALSO, I TOLD MY HYUNDAI DEALERSHIP IN LAUREL, MD ABOUT THE FINDING. I DECIDED TO TOP OFF MY OIL AND CLOSELY MONITOR THE STATUS. ON MY NEXT OIL CHANGE, AFTER 2000 MILES MY OIL WAS LOW AGAIN. I ADD ROUGHLY 1.5 QTS TO TOP IT OFF. I BROUGHT MY CAR UNTIL HYUNDAI FOR AN OIL CONSUMPTION TEST. THE MECHANIC DID NOT NOTE HOW MUCH OIL HE STARTED AS THE BASELINE; HOWEVER, THE DIP STICK WAS OVER THE FULL MARK. AFTER 3000 MILES, MY OIL WAS AT THE LOW LEVEL. PER HYUNDAI OWNER MANUAL, I CAN DRIVE 7500 MILES BETWEEN OIL CHANGES WITH NON - EXTREME DRIVING. HYUNDAI STATED MY CAR WAS NOT CONSUMING OIL, AND THIS IS NORMAL.

**NHTSA ID Number:** 11255709

**Incident Date** April 1, 2019

**Complaint Date** September 16, 2019

**Consumer Location** GLENWOOD, IL

**Vehicle Identification Number** 5NPE24AF2FH****

**Summary of Complaint**

I'VE BEEN HAVING AN OIL CONSUMPTION ISSUE ON MY VEHICLE. I'VE BEEN GETTING MY OIL CHANGED ON TIME REGULARLY & THE OIL SEEMS TO BURN OFF EXTREMELY FASTER THAN IT SHOULD. EVERY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  TIME I GET MY OIL CHANGED I'VE BEEN TOLD THAT THERE AREN'T ANY

2  LEAKS. NOW MY CHECK ENGINE LIGHT IS ON & MY ENGINE IS SHAKING.

3  IVE ONLY HAD MY CAR FOR 3 YEARS & MY AIR BAG LIGHT CAME ON

4  OUT OF NO WHERE. ALSO MY GEAR SHIFT SEEMS TO LOCK UP & WONT

5  RELEASE FROM PARK TO DRIVE

6

7  **NHTSA ID Number:** 11269152

8  **Incident Date** October 14, 2019

9  **Complaint Date** October 17, 2019

10 **Consumer Location** EVERGREEN PARK, IL

11 **Vehicle Identification Number** 5NPEB4AC3DH****

12 **Summary of Complaint**

13 I TOOK MY CAR IN TO THE HYUNDIA DEALERSHIP FOR A RECALL FOR

14 HEAVY OIL CONSUMPTION; THEY TOLD ME THE CATALYTIC

15 CONVERTER WENT OUT BECAUSE IT WAS CLOGGED, I TOLD THEM IF IT

16 WAS CLOGGED IT WAS DUE TO THE OIL LOSS THAT MADE IT WAY INTO

17 THE CATALYTIC CONVERTER. THE HYUNDAI CORPORATION REFUSED

18 TO FIX THE ENGINE OR CATALYTIC CONVERTER.

19

20 **NHTSA ID Number:** 11282244

21 **Incident Date** May 8, 2019

22 **Complaint Date** November 25, 2019

23 **Consumer Location** CALIFORNIA, MD

24 **Vehicle Identification Number** 5NPE24AF7HH****

25 **Summary of Complaint**

26 TL* THE CONTACT OWNS A 2017 HYUNDAI SONATA. WHILE DRIVING 65

27 MPH, THE SAFETY MODE INDICATOR ILLUMINATED ON THE

28 INSTRUMENT PANEL. ALSO, WHILE DEPRESSING THE ACCELERATOR

157

**SECOND AMENDED CLASS ACTION COMPLAINT**

PEDAL, THE VEHICLE FAILED TO EXCEED 60 MPH AND THE CHECK ENGINE WARNING INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO TEAM HYUNDAI (LOCATED AT 22514 THREE NOTCH RD, LEXINGTON PARK, MD 20653, (301) 880-4120) WHERE IT WAS DETERMINED THAT METAL SHAVINGS WERE FOUND AND THE ENGINE NEEDED TO BE REPLACED. AFTER FOUR MONTHS OF THE VEHICLE BEING SERVICED AT THE DEALER, THE CONTACT WAS INFORMED THAT THE WIRING WAS CHANGED; HOWEVER, THE ENGINE WAS NOT REPLACED. ON NOVEMBER 8, 2019, WHILE DRIVING AT AN UNKNOWN SPEED, THE CONTACT HEARD AN ABNORMAL NOISE AND THE SAFETY MODE INDICATOR ILLUMINATED AGAIN. THE VEHICLE WAS TAKEN BACK TO THE DEALER WHERE IT WAS DETERMINED THAT DUE TO THE OIL CONSUMPTION, THE ENGINE NEEDED TO BE REPLACED. THE DEALER STATED THAT THE CONTACT NEEDED TO DRIVE 1,000 MILES AND THEN CHECK THE OIL CONSUMPTION. THE FAILURE RECURRED ON NOVEMBER 23, 2019. THE VEHICLE WAS TAKEN BACK TO THE DEALER, BUT WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURES. THE FAILURE MILEAGE WAS 55,000.

**NHTSA ID Number:** 11301340

**Incident Date** December 16, 2019

**Complaint Date** January 23, 2020

**Consumer Location** APEX, NC

**Vehicle Identification Number** 5NPEB4AC4BH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. THE CONTACT STATED THAT WHILE THE VEHICLE WAS BEING SERVICED, THE CONTACT WAS INFORMED THAT THE VEHICLE EXHIBITED SIGNS OF OIL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

CONSUMPTION. THE VEHICLE WAS NOT TAKEN TO BE DIAGNOSED NOR REPAIRED. A DEALER WAS NOT CONTACTED NOR INFORMED OF THE FAILURE. THE CONTACT REFERENCED NHTSA CAMPAIGN NUMBER: 18V934000 (ENGINE, FUEL SYSTEM, GASOLINE) AS A POSSIBLE CAUSE FOR THE FAILURE. THE MANUFACTURER WAS NOT CONTACTED NOR INFORMED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 160,000.

**NHTSA ID Number:** 11307804

**Incident Date** February 7, 2020

**Complaint Date** February 7, 2020

**Consumer Location** SAN ANTONIO, TX

**Vehicle Identification Number** 5NPE34AF1HH****

**Summary of Complaint**

WHILE DRIVING ON TX 1604 HIGHWAY DOING 70 MPH MY SONATA JOLTED AND LOST ACCELERATION AND THE ENGINE LIGHT CAME ON. I ATTEMPTED TO ACCELERATE BY PUTTING MY FOOT ALL THE WAY DOWN ON THE GAS PEDDLE, BUT MY CAR DID NOT ACCELERATE. I HAD TO PUT MY EMERGENCY LIGHTS ON AND EXIT THE HIGHWAY TO AVOID BEING REAR ENDED BY OTHER VEHICLES THAT MAINTAINED SPEED. THIS SAME SCENARIO HAS OCCURRED ON 5 DIFFERENT OCCASSIONS. HYUNDAI DEALERSHIP(S) HAVE GIVEN MULTIPLE DIAGNOSIS AND CURRENTLY DOING OIL CONSUMPTION TESTS. TWO OF THREE OIL CONSUMPTION TESTS CONFIRM THAT AT 1,000 MILES MY VEHICLE USES 2 QUARTS OF OIL. I HAVE BEEN FORTUNATE TO EXIT THE HIGHWAY SAFELY AND NOT HAVE AN ACCIDENT. MY VEHICLE IS AT DEALER AGAIN AND WAITING TO HEAR FURTHER INFORMATION ON WHAT STEPS THE DEALER WILL TAKE TO FIX ISSUE AND SAFETY CONCERNS. I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

SECOND AMENDED CLASS ACTION COMPLAINT

HAVE ALL DEALERSHIP DOCUMENTS AS EVIDENCE. THIS ISSUE HAS BEEN ONGOING SINCE SEPT 2019 AND IT IS NOW FEB 2020. I ALSO HAVE WRITTEN HYUNDAI CORPORATE AND RECEIVED A CLAIM #, BUT THEY STATED THEY COULD NOT HELP ME SINCE THE VEHICLE IS NOT WITH THEM TO CHECK AND THEY TRUST THEIR HIGHLY TRAINED MECHANICS TO RESOLVE MY ISSUES.

**NHTSA ID Number:** 11310127

**Incident Date** June 1, 2019

**Complaint Date** February 19, 2020

**Consumer Location** SOUTH DAYTONA, FL

**Vehicle Identification Number** 5NPE24AF8G8****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 HYUNDAI SONATA. THE CONTACT STATED THAT OIL LEVEL WARNING LIGHT ILLUMINATED AFTER AN OIL CHANGE WAS PERFORMED. THE CONTACT HAD AN OIL CONSUMPTION TEST PERFORMED AT DAYTONA HYUNDAI 901 N NOVA RD, DAYTONA BEACH, FL 32117 AND NO ISSUES WERE FOUND WITH THE VEHICLE. THE VEHICLE WAS THEN TAKEN TO HEADQUARTER HYUNDAI 985, RINEHART RD, SANFORD, FL 32771, WHERE THE CONTACT WAS INFORMED THAT THE PREVIOUS OIL CONSUMPTION TEST WAS PERFORMED INCORRECTLY. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT INFORMED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 76,000.

**NHTSA ID Number:** 11318556

**Incident Date** February 3, 2020

**Complaint Date** March 18, 2020

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Consumer Location** ATLANTA, GA

**Vehicle Identification Number** 5NPE24AF7FH****

**Summary of Complaint**

THE WEEK OF 2/3/20 I REPORTED MY VEHICLE'S LOSE OF POWER AT
INTERSTATE SPEEDS AND THE ILLUMINATION & CHIMING OF THE
CHECK ENGINE LIGHT. I TOOK THE CAR TO THE DEALER WHERE THEY
RAN ENGINE DIAGNOSTICS AND BEGAN AN OIL CONSUMPTION TEST.
ON 3/2/20 THE VEHICLE AGAIN LOST POWER ON THE INTERSTATE.
AGAIN I TOOK IT TO THE DEALER WHERE THEY DID THE T3G
CAMPAIGN. YESTERDAY 3/17/20 THE ENGINE LIGHT CAME ON AND
REMAINED ON FOR 5 STARTS OF THE ENGINE. THE DEALER COULD NOT
REPLICATE THE SYMPTOM ON 3/18/20. THE VEHICLE FAILED THE OIL
CONSUMPTION TEST BY 363 MILES AND THE DEALER IS SUBMITTING A
CLAIM FOR A NEW ENGINE. THIS MODEL YEAR CAR HAS SERIOUS
DEFECTS AND MAY NOT BE SAFE TO DRIVE.

**NHTSA ID Number:** 11322288

**Incident Date** February 1, 2020

**Complaint Date** April 26, 2020

**Consumer Location** ALHAMBRA, CA

**Vehicle Identification Number** 5NPE34AF4FH****

**Summary of Complaint**

ENGINE OIL CONSUMPTION: MORE THAN 1 QUARTER EVERY 1,000 MILES
BUT THE MECHANIC DID NOT FIND ANY LEAKING. THE VEHICLE HAS
TOTAL 55,000 MILES AND I DRIVE ABOUT 1000 MILES/MONTH ON
FREEWAY AND LOCAL STREETS. I ALSO FOUND MANY REPORTS ON THE
WEBSITES AND MANY HYUNDAI DEALERS HAD TESTED THE OIL
CONSUMPTION AND WAITING TO THE RESPONSE FROM HYUNDAI

1   HEADQUARTERS.

2

3   **NHTSA ID Number:** 11331887

4   **Incident Date** February 3, 2020

5   **Complaint Date** July 1, 2020

6   **Consumer Location** PAOLA, KS

7   **Vehicle Identification Number** 5NPEB4AC5DH****

8   **Summary of Complaint**

9   FEB 2020 CHECK ENGINE LIGHT FLICKERED ON AND OFF. OIL CHANGE

10  WAS NOT DUE AT THAT TIME. I STOPPED OFF AT A LOCAL OIL SHOP,

11  THEY TOPPED OFF THE OIL. THEN MADE AN APPT WITH HYUNDAI

12  REPAIR SHOP. SINCE FEBRUARY I HAVE COMPLETED MULTIPLE OIL

13  CONSUMPTION TRIALS. WHEN THOSE FAILED HYUNDAI

14  RECOMMENDED A COMPRESSION/LEAKAGE TEST ON ALL 4 CYLINDERS.

15  ACCORDING TO HYUNDAI THE CAR DID NOT MEET CRITERIA FOR

16  PASSING, BUT DIDN'T FAIL EITHER. 1 CYLINDER FAILED THE LEAKAGE

17  TEST. HYUNDAI RECOMMENDED FUEL SYSTEM SERVICE WITH FOAM

18  CLEANER AT MY COST ($300-400). I REDID OIL CONSUMPTION TRIAL, MY

19  CAR STARTED CONSUMING MORE AND MORE OIL AS I MOVED FARTHER

20  AWAY FROM THE CLEANING SERVICE. I TECHNICALLY DIDN'T FAIL

21  THAT OIL CONSUMPTION TRIAL, BUT BY THE LAST 1000 MILES I WAS

22  USING 1.25 QUARTS. THEY RECOMMENDED ANOTHER OIL

23  CONSUMPTION TRIAL, WHICH FAILED. NOW HYUNDAI IS

24  RECOMMENDING THAT I DO A TEAR DOWN TO POINT OF FAILURE OF

25  MY ENGINE TO DIAGNOSE WHY IT IS FAILING AT MY COST - ANOTHER

26  $300-400. THE LOCAL HYUNDAI DEALERSHIP HAS STATED THAT

27  HYUNDAI JUST NEEDS TO REPLACE THE ENGINE ALREADY. THEY

28  STATED NOT TO WORRY ABOUT THE MILEAGE OF THE CAR BECAUSE

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

JUST A FEW WEEKS PRIOR HYUNDAI REPLACED THE ENGINE OF A 2013 SONATA AT 230,000 MILES. HYUNDAI CORPORATE DOES NOT SEEM CONCERNED ABOUT MY ISSUES AND IS QUITE CAVALIER ABOUT IT. HYUNDAI CORPORATE EVEN CLOSED MY CASE # WITHOUT CHECKING TO SEE IF THE ISSUE HAD BEEN RESOLVED. NOT ONCE DURING THE LAST 5 MONTHS HAS HYUNDAI WARNED ME ABOUT THE KNOWN ISSUES WITH THIS ENGINE THAT THEY CAN LEAD TO CATASTROPHIC ENGINE FAILURES AND FIRES. I HAVE 2 YOUNG CHILDREN, WOULD THERE BE ENOUGH TIME TO UNBUCKLE THEM AND REMOVE THEM FOR THE CAR SHOULD MY ENGINE CATCH ON FIRE? HYUNDAI HAS A PRODUCT THAT IS KNOWN TO FAIL, THEY NEED TO DO WHAT IS RIGHT AND THAT IS TO REPLACE THE FAULTY ENGINES IN THESE CARS.

**NHTSA ID Number:** 11340979

**Incident Date** October 2, 2018

**Complaint Date** July 22, 2020

**Consumer Location** SUITLAND, MD

**Vehicle Identification Number** 5NPEC4AC1DH****

**Summary of Complaint**

I AND MY HUSBAND BOTH OWN HYUNDAI'S. WE BOTH HAVE BEEN HAVING MAJOR ENGINE ISSUES WITH BOTH VEHICLES CONSUMING AN INCREDIBLE AND ABNORMAL AMOUNT OF OIL LEAVING US TO HAVE TO PUT IN OVER MORE THAN A GALLON OR MORE OF OIL INTO EACH VEHICLE. THIS HAS CAUSED US MUCH LOST TIME IN BEING ABLE TO ENJOY OUR VEHICLE. AFTER BOTH VEHICLES COMPLETING OIL CONSUMPTION TEST, BOTH VEHICLES RECVD ENGINE BLOCK REPLACEMENTS. THIS HAS NOT FIXED THE PROBLEM. BOTH VEHICLES HAVE REVERTED BACK TO DOING THE SAME THING. THE ISSUES

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

STATED BACK UP AFTER ABOUT A YEAR. WE HAVE HAD TO NOT DRIVE THE CARS, PUT THE CARS IN THE SHOP, RENT OTHER VEHICLES TO DRIVE WHILE AT THE SAME TIME HAVE TO PAY THE VEHICLE MONTHLY PAYMENTS. THIS IS UNFORTUNATE BECAUSE THE MANUFACTURER, HYUNDAI ON PURPOSELY SELLING DAMAGED CARS AND LEAVING THE THOUSANDS OF OWNERS OF THESE VEHICLES TO HAVE TO DEAL WITH THE UNFLUX OF ISSUES THAT IT HAS AND CONTINUE TO CAUSE. BOTH VEHICLES ARE NOW BACK TO SQUARE ONE WITH BOTH NEEDING TO GO BACK INTO THE SHOP FOR MORE ENGINE WORK WHATEVER THAT MAY ENTAIL. THE DEALERSHIP HAS INFORMED US THAT THEY DO NOT HAVE ANY VEHICLES FOR US TO USE OR BORROW WHILE OUR VEHICLES ARE BEING MAINTENANCE. THIS IS ANOTHER INCONVENIENCE BECAUSE NOW WE HAVE TO PAY THE CAR NOTE, RENT A VEHICLE AND POSSIBLY PAY FOR ANY MAINTENANCE AND THEN HAVE TO DEAL WITH THE SAME MANUFACTURER TO TRY TO GET REIMBURSED. THIS HAS BEEN NOTHING SHORT OF A NIGHTMARE. WE WANT JUSTICE AND WE WANT THE MANUFACTURER HYUNDAI TO BE HELD ACCOUNTABLE FOR THEIR MISCHEAVOUS AND SELFISH ACTIONS. THIS HAS BEEN ONGOING BUT THE VEHICLE WENT INTO THE SHOP FOR NEW ENGINES IN LATE 2018 AND MY HUSBAND AFTER MINE. WE COULD NOT AFFORD TO HAVE BOTH VEHICLES TO BE IN THE SHOP AT THE SAME TIME.

**NHTSA ID Number:** 11341345

**Incident Date** July 19, 2020

**Complaint Date** July 24, 2020

**Consumer Location** HACKETTSTOWN, NJ

**Vehicle Identification Number** 5NPEB4AC6CH****

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

MY 2012 HYUNDAI SONATA RECEIVED A REPLACEMENT ENGINE DUE TO A RECALL FOR EXCESSIVE OIL CONSUMPTION. MY CAR DID NOT HAVE ANY OTHER PROBLEMS, EVERYTHING ELSE WAS RUNNING AS IT SHOULD. AFTER MY ENGINE WAS REPLACED, THE DEALERSHIP DID A TEST DRIVE AND SAID EVERYTHING WAS RUNNING WELL. I DROVE MY CAR HOME EVERYTHING SEEMED OK. I ONLY DROVE THE CAR TO MY LOCAL SUPERMARKET TWICE AND LASTLY, MY SON DROVE IT OUT TO A BEST BUY, WHICH WAS 40 MINUTES AWAY. EVERYTHING WAS NORMAL DURING THE DRIVE ON THE HIGHWAY AS WELL AS THE LOCAL STREET UNTIL HE PULLED INTO THE PARKING LOT. AS SOON AS HE MADE THE TURN IN, THE CAR STARTED TO REV IN AN EXTREME WAY-TAKING THE RPM NEEDLE TO 6 AND A LITTLE OVER- WITH VERY LITTLE APPLICATION TO THE GAS PEDAL AND VERY LITTLE MOTION FROM THE CAR. HE PARKED THE CAR THEN TURNED IT ON AGAIN, THE ENGINE TURNED ON OK, BUT THE CAR WOULD NOT GO FORWARD OR BACKWARDS. THE CAR WAS TOWED TO THE DEALERSHIP AND AFTER 4 DAYS WAS TOLD I NEED A NEW TRANSMISSION. THERE WERE NO INDICATIONS, WHATSOEVER, OF ISSUES WITH THE TRANSMISSION, AND THE SUDDEN STOPPAGE IS VERY DISCONCERTING TO SAY THE LEAST. ARE THERE ISSUES WITH THIS MODEL'S TRANSMISSION, AS THERE WERE NO SIGNS OF DETERIORATION? MY CAR HAS 145,000 MILES ON IT. I CONTACTED HYUNDAI HQ CUSTOMER SERVICE AND A CASE WAS MADE, ONLY TO GET A CALL FROM THE CASE MGR. STATING THE TRANSMISSION IS OUT OF WARRANTY AND THERE IS NOTHING THEY CAN DO. I UNDERSTAND I WAS GIVEN A REPLACEMENT ENGINE, BUT I FAIL TO UNDERSTAND HOW IT'S EVEN POSSIBLE OR EVEN COINCIDENTAL THAT MY TRANSMISSION WOULD COLLAPSE AFTER A

165

MAJOR REPAIR. THE DEALERSHIP TOLD ME THAT THE DIAGNOSTICS

HISTORY SHOWS THERE WAS AN INCORRECT RATIO IN GEAR 3.WHY

WERE THERE NO WARNINGS OR TELLTALE SIGNS? THIS COULD HAVE

TURNED OUT VERY BADLY FOR MY SON HAD IT HAPPENED JUST A

MINUTE SOONER WHILE HE WAS ON THE HIGHWAY.


**NHTSA ID Number:** 11349532

**Incident Date** August 15, 2020

**Complaint Date** August 15, 2020

**Consumer Location** JASPER, GA

**Vehicle Identification Number** 5NPE24AF4GH****

**Summary of Complaint**

2016 SONATA WITH 103,000 MILE. INCREASED OIL CONSUMPTION.

REGULAR FULL SYNTHETIC OIL CHANGES HAVE BEEN FOLLOWED. THE

ENGINE BURNS OUT OIL WELL BEFORE OIL CHANGE IS DUE. OIL LAMP

FLICKERS. MECHANIC STATES OILS IS BURNING UP AND RELEASED

THROUGH EXHAUST THEREFORE NO LEAKS DETECTED. 2ND ISSUE:

P2122 CHECK ENGINE CODE. DIAGNOSTICS REVEALS PEDAL

ACCELERATION SENSOR FAULTY. PART WAS $202. NOT SURE IF THIS IS

MISDIAGNOSED AND RELATED TO SLUGGISH ENGINE DUE TO OIL

CONSUMPTION.


**NHTSA ID Number:** 11350719

**Incident Date** August 15, 2019

**Complaint Date** August 21, 2020

**Consumer Location** GOODSON, MO

**Vehicle Identification Number** 5NPE24AF4HH****

**Summary of Complaint**

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

JUST BEFORE 50,000 MILES CAR STARTED USING 1/2 A QUART OF OIL EVERY 2500-3000 MILES. CAR NOW HAS 116K MILES AND IS UP TO 2+ QUARTS EVERY 2 WEEKS. HAVE BROUGHT IT UP AND QUESTIONED SERVICE DEPARTMENT AT RELIABLE HYUNDAI IN SPRINGFIELD MO, AND THEY TOLD ME IT WAS NORMAL TO USE UP TO A QUART EVERY 1000 MILES BECAUSE OF THE LOW TENSION RINGS THEY USE TO GET FUEL MILEAGE! I HAVE EMAILED THEM TODAY, AND AM WAITING A RESPONSE.

**NHTSA ID Number:** 11352749

**Incident Date** April 9, 2020

**Complaint Date** September 2, 2020

**Consumer Location** Unknown

**Vehicle Identification Number** 5NPEC4AC5BH****

**Summary of Complaint**

- ENGINE HAD METAL SHAVINGS IN IT WHICH LED TO EXCESSIVE AMOUNTS OF OIL CONSUMPTION, IT TOOK THE DEALERSHIP ALMOST A YEAR TO ADMIT THAT THE ENGINE WAS GOING OUT -THE BRAKE LIGHT SWITCH KEEPS GOING OUT, I HAVE REPLACED MY THIRD SWITCH IN MY 7 YEARS OF OWNING THIS CAR. -THE TAILLIGHT WIRING HARNESS WARP THE TAILLIGHT HOUSING FOR THE BRAKE LIGHTS DUE TO EXCESSIVE HEAT GENERATED FROM THE 2537 BULBS. IN GENERAL, THE WIRING HARNESS DON'T EVEN LAST THAT LONG

**NHTSA ID Number:** 11353780

**Incident Date** September 3, 2020

**Complaint Date** September 8, 2020

**Consumer Location** HAYWARD, CA

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Vehicle Identification Number** 5NPE24AF8GH****

**Summary of Complaint**

MY 2016 HYUNDAI SONATA ENGINE SEIZED WHEN OIL CONSUMPTION RAPIDLY INCREASED BETWEEN OIL CHANGES. IT HAPPENED JUST BEFORE EXITING THE FREEWAY.

**NHTSA ID Number:** 11359835

**Incident Date** September 1, 2020

**Complaint Date** September 18, 2020

**Consumer Location** LINDENHURST, NY

**Vehicle Identification Number** 5NPE24AF7GH****

**Summary of Complaint**

I PURCHASED MY 2016 SONATA USED FROM HERTZ. ABOUT 4 MONTHS AFTER THE PURCHASE I WAS HEARING RATTLING SPORADICALLY FROM THE ENGINE AND CONSUMING OIL. AT THE PRESENT TIME I ADD 1 QUART FOR AFTER 400 MILES OF DRIVING. IF I PUT IN HIGH TEXT GAS THE RATTLING DOESN'T HAPPEN AS OFTEN BUT THIS ENGINE DOESN'T REQUIRE HIGH TEST GAS. REGARDLESS I'M STILL CONSUMING MUCH TO MUCH OIL. I READ THAT OTHERS HAVE HAD ENGINES SEIZING AND SOME DAUGHT ON FIRE. THIS SEEMS TO BE A REAL DANGER AND I FEEL ITS A PROBLEM THAT SHOULD BE RESOLVED BY HYUNDAI.

**NHTSA ID Number:** 11362074

**Incident Date** March 15, 2020

**Complaint Date** September 30, 2020

**Consumer Location** LOXLEY, AL

**Vehicle Identification Number** 5NPEC4AC3DH****

**Summary of Complaint**

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

TL* THE CONTACT OWNS A 2013 HYUNDAI SONATA. THE CONTACT STATED THAT UPON INSPECTION OF HIS VEHICLE, HE BECAME AWARE THAT THE ENGINE OIL WAS BEING CONSUMED EXCESSIVELY, WITHOUT WARNING. THE CONTACT TOOK THE VEHICLE TO EASTERN SHORE HYUNDAI (29736 FREDERICK BLVD, DAPHNE, AL 36526) FOR AN OIL CONSUMPTION TEST AND THE TEST DETERMINED THAT THE ENGINE NEEDED TO BE REPAIRED OR REPLACED. THE DEALER INITIALLY OFFERED NO ASSISTANCE BUT AFTER CONTACTING THE OFFICE OF CONSUMER AFFAIRS, THE DEALER OFFERED 75% OFF THE COST OF A NEW ENGINE. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 109,274.

**NHTSA ID Number:** 11362520

**Incident Date** July 7, 2020

**Complaint Date** October 3, 2020

**Consumer Location** PRYOR, OK

**Vehicle Identification Number** 5NPE24AFXGH****

**Summary of Complaint**

WHEN I GO UPHILL IT SHAKES. WHEN I'M DRIVING IT WILL CUT OUT. WE HAVE REPLACES PLUGS 2X IN 6 MONTHS A SENSOR. IT BURNS THROUGH A QUART OF OIL EVERY 400 MILES.

**NHTSA ID Number:** 11366910

**Incident Date** October 27, 2020

**Complaint Date** October 28, 2020

**Consumer Location** BONSALL, CA

**Vehicle Identification Number** 5NPEB4AC0BH****

SECOND AMENDED CLASS ACTION COMPLAINT

**Summary of Complaint**

I PURCHASE THIS VEHICLE THE OWNER TOLLME THE ENGINE SPEND LOT OF OIL I STILL PURCHACE, I STILL BUY THIS CAR BUT 3 DAYS PASS I CHECK ENGINE AFTER AWAS DRIVING 65 MIL CAR WAS MAKING LOT OF NOISE I STOP AND WAS WITH (0)OIL I CHECK INTERNET ON THIS CAR AND IS RECALL FOR THIS ENGINE BURNING OIL AND NEED TO BE REPLACED I CONTACT THE DEALER THEY TOLD ME TO BRING THE CAR TO PERFORM OIL CONSUMPTION I BRING THE CAR AND THEY DID THE OIL CHANGE 95 DOLLARS AND 2WEEKS LATER WAS NO OIL AGAIN THEY TOLD ME THE THEY WILL DOCUMENTED AND SEE IF THEY DECIDE TO REPLACE

**NHTSA ID Number:** 11375391

**Incident Date** June 1, 2019

**Complaint Date** November 19, 2020

**Consumer Location** Unknown

**Vehicle Identification Number** 5NPEB4AC7BH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA. THE CONTACT STATED THAT WHILE DRIVING AT AN UNDISCLOSED SPEED, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT PULLED OVER AND AFTER SEVERAL ATTEMPTS, THE VEHICLE RESTARTED AND DRIVEN TO HER DESTINATION. NAPLETON HYUNDAI LOCATED AT 649 DUNN RD, HAZELWOOD, MO 63042, (314) 817-9000 WAS CONTACTED ABOUT THE FAILURE AND INFORMED THAT THE CONTACT THAT THE VIN WAS NOT UNDER RECALL. THE CONTACT WAS INFORMED OF A WARRANTY PROGRAM TO REPLACE THE ENGINE HOWEVER, THE ENGINE WOULD ONLY BE REPLACED AFTER A COMPLETE ENGINE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

FAILURE. THE CONTACT WAS ALSO INFORMED THAT A LOANER VEHICLE WOULD BE PROVIDED WHILE THE ENGINE WAS BEING REPLACED. THE VEHICLE WAS THEN TAKEN TO ANOTHER UNKNOWN DEALER TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE CATALYTIC CONVERTER NEEDED TO BE REPLACED. ADDITIONALLY, THE CONTACT WAS NOTIFIED OF POSSIBLE OIL CONSUMPTION FAILURE. THE CONTACT WAS INFORMED THAT THE CATALYTIC CONVERTER NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS CONTACTED AND INFORMED OF THE FAILURE. THE MANUFACTURER INFORMED THE CONTACT THAT THE VEHICLE WAS OUT OF WARRANTY. THE FAILURE MILEAGE WAS 112,000.

**NHTSA ID Number:** 11382856

**Incident Date** December 7, 2020

**Complaint Date** December 10, 2020

**Consumer Location** VANCOUVER, WA

**Vehicle Identification Number** 5NPE24AF0JH****

**Summary of Complaint**

I WAS DRIVING IN ANOTHER CITY AND MY CAR WENT INTO LIMP MODE. I HAD IT TOWED TO NEARBY DEALER AND THEY SAID I WAS LOW IN OIL, AFTER HAVING IT CHANGED AN MONTH BEFORE. THEY DID OIL CONSUMPTION TEST AND FOUND IT TO BE 1 QUART PER 1000 MILES AND LEFT THERE AND 2 MONTHS LATER HAD ANOTHER CONSUMPTION TEST DONE AFTER SEEING MY CAR WAS ONE IN THE CLASS ACTION ON ENGINE AND BEARINGS. THEY FOUND THIS ONE TO BE 1.1 QTS PER 1000 MILES. DEALER SAID NO WAY WILL THEY SEND INFO TO GET A NEW ENGINE UNDER WARRANTY. A QT A 1000 MILES SEEMS VERY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

EXCESSIVE. DEALER SAID THAT YOU NEED TO BE AT 1.5 QT PER 1000 WHICH WOULD BE ALMOST NO OIL WHEN I GO HAVE AN OIL CHANGE. THE VEHICLE IS ONLY 3 YEARS OLD AND 100000 MILES. THIS SEEMS LIKE TOO MUCH OIL TO BE BURNT. AND THEY KNOW THEY HAVE ENGINE ISSUES AND WILL NOT RECTIFY

**NHTSA ID Number:** 11384417

**Incident Date** July 16, 2020

**Complaint Date** December 20, 2020

**Consumer Location** NEW ORLEANS, LA

**Vehicle Identification Number** 5NPE24AF6HH****

**Summary of Complaint**

I HAVE A RECALL HYUNDAI DOESNT WANT TO FIX DID A TOTAL OF 10 OIL CONSUMPTION TEST BUT MY CAR KEEPS BURNING OIL ALSO MY CAR HAS ALSO SHUT OFF IN THE MIDDLE OF DRIVING IT. MULTIPLE TIMES I ALSO FOUND OUT MY VEHICLE HAD A RECALL THIS YEAR NOT LAST YEAR THEY CLAIMED THAT THEY PUT A DEVICE ON MY VEHICLE BUT I WAS UNAWARE OF IT

**NHTSA ID Number:** 11395322

**Incident Date** January 21, 2021

**Complaint Date** February 8, 2021

**Consumer Location** LOS ANGELES, CA

**Vehicle Identification Number** 5NPE24AF8HH****

**Summary of Complaint**

EXCESSIVE OIL CONSUMPTION. I BOUGHT THE CAR IN USED CONDITION BACK IN JUNE 2019 WITH APPROXIMATELY 82,000 MILES ON IT. IT CURRENTLY HAS 125,000 MILES ON IT AND ONLY RECENTLY HAVE I

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BEEN EXPERIENCING THIS ISSUE. I CHANGE THE OIL ON THIS CAR EVERY 5,000 MILES OR SO SINCE I DO PLENTY OF COMMUTING FOR WORK. THE LAST TIME I TOOK MY CAR TO GET THE OIL CHANGED BEFORE I NOTICED THE PROBLEM WAS IN DECEMBER 2020. I NEVER BOTHERED TO CHECK THE OIL BECAUSE I HAD COMPLETE CONFIDENCE THAT THE OIL WAS TOPPED OFF AT EVERY OIL CHANGE. HOWEVER, I STARTED NOTICING THAT THE CAR FELT FORCED WHENEVER I TRIED TO ACCELERATE. I ALSO STARTED NOTICING A SUBTLE RATTLING NOISE COMING FROM UNDER THE HOOD WHENEVER I WOULD TRY TO ACCELERATE. I HAD A MECHANIC CHECK MY CAR IN JANUARY 2021 WHEN HE CHECKED THE OIL LEVELS AND POINTED OUT THAT THERE WAS NOTHING ON THE DIPSTICK. WHAT IS EVEN STRANGER IS THAT NO DASHBOARD LIGHT HAD COME ON. I HAD DRIVEN THE CAR APPROXIMATELY 2,500 SINCE THE THE OIL CHANGE IN DECEMBER AND IT WAS ALREADY EMPTY. I CHECKED UNDER THE CAR WHERE I PARK BOTH AT HOME AND AT WORK AND THERE ARE NO OIL SPILLS ON THE GROUND. I'VE READ SEVERAL FORUMS WHERE PEOPLE HAVE THE SAME ISSUE WITH OLDER MODELS OF THIS CAR AND THERE ARE RECALLS FOR THOSE MODELS. HOWEVER, I'VE ALSO COME ACROSS FORUMS WHERE PEOPLE ARE EXPERIENCING THE SAME ISSUE WITH NEWER MODELS SUCH AS MINE. I WILL BE TAKING THIS CAR TO A HYUNDAI DEALER TO ADDRESS THE ISSUE. BUT AT THIS POINT, I HAVE TO ADD ABOUT QUART OF OIL EVERY JUST TO KEEP IT FULL AND TO PREVENT THE ENGINE FROM SEIZING WHILE I AM DRIVING. THIS IS A HUGE CONCERN.

**NHTSA ID Number:** 11398225

**Incident Date** February 19, 2021

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** February 27, 2021

**Consumer Location** ROCK HILL, SC

**Vehicle Identification Number** 5NPEC4AC6CH****

**Summary of Complaint**

I HAVE DONE AN OIL CONSUMPTION TEST WITH HYUNDAI THAT
PROVES MY OIL IS BURNING EXTREMELY FAST. IT ALSO STALLS AND
THE ACCELERATION HAS SLOWED DOWN. WHEN COSTARRING UP THE
CAR IT SOUNDS LOUD. THIS PROBLEM HAS BEEN GOING ON SINCE 2020.
AS OF FEB. 2021 HYUNDAI STATED THAT MY PROBLEM WITH MY
ENGINE WILL NOT BE SOLVED BECAUSE OF THE OIL CONSUMPTION.


**NHTSA ID Number:** 11398903

**Incident Date** June 1, 2016

**Complaint Date** March 3, 2021

**Consumer Location** GRAIN VALLEY, MO

**Vehicle Identification Number** 5NPEB4AC6DH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SONATA. UPON HIS
PERSONAL INSPECTION, THE CONTACT DISCOVERED THAT THE
VEHICLE CONSUMED APPROXIMATELY A QUART OF OIL WITHIN A
WEEK. THE CONTACT TOOK THE VEHICLE TO MCCARTHY BLUE
SPRINGS HYUNDAI (3000 NW S OUTER RD, BLUE SPRINGS, MO 64015)
WHERE THEY AGREED TO TEST THE OIL CONSUMPTION ON THE
VEHICLE AND REPLACE THE OIL AS NEEDED. AFTER APPROXIMATELY
FIVE VISITS, THE DEALER ACKNOWLEDGED THE OIL CONSUMPTION
FAILURE HOWEVER, THE DEALER REFUSED TO SERVICE THE VEHICLE
UNDER NHTSA CAMPAIGN NUMBER: 18V934000 (ENGINE, FUEL SYSTEM,
GASOLINE) WHICH THE CONTACT LINKED TO THE FAILURE. THE

MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 100,000.

**NHTSA ID Number:** 11404367

**Incident Date** March 19, 2021

**Complaint Date** March 22, 2021

**Consumer Location** CARMEL, IN

**Vehicle Identification Number** 5NPEB4AC6BH****

**Summary of Complaint**

INCREASED OIL CONSUMPTION AND ENGINE KNOCKING. HYUNDAI NOT HONORING THEIR COMMITMENT TO REPLACE ENGINE FREE OF COST

**NHTSA ID Number:** 11406357

**Incident Date** February 26, 2016

**Complaint Date** April 4, 2021

**Consumer Location** Unknown

**Vehicle Identification Number** 5NPE24AF3FH****

**Summary of Complaint**

WHILE DRIVING OR IDLING THE ENGINE HAS ALWAYS MADE KNOCKING NOISES WOULD OFTEN HESITATE AND JERK ALSO OIL CONSUMPTION WAS EXCESSIVE FOR A NEW CAR. THE ENGINE SEEMED TO BE FAULTY FROM THE BEGINNING NOW IT SMOKES ,KNOCKS AND MISSES CONSTANTLY. I REPORTED TO DEALER THE PROBLEM THEY DID NOTHING TO REPAIR THE BAD ENGINE.

**NHTSA ID Number:** 11407002

**Incident Date** April 2, 2021

**Complaint Date** April 8, 2021

**Consumer Location** WETUMPKA, AL

**Vehicle Identification Number** 5NPE34AF0HH****

**Summary of Complaint**

I BOUGHT THE CAR NEW IN 2017. SINCE APPROXIMATELY 3000 MILES, OIL CONSUMPTION HAS PROGRESSED FROM 1 QUART PER OIL CHANGE TO 3 QUARTS PER OIL CHANGE (VEHICLE HAS AROUND 92K MILES). OIL IS CHANGED EVERY 7K MILES WITH THE RECOMMENDED OIL VISCOSITY AND TYPE (SYNTHETIC) ALONG WITH THE FACTORY OIL FILTER CHANGE. NO NOTED LEAKS OR SMOKING, BUT THERE IS VALVE TRAIN NOISE WHEN THE OIL LEVEL IS 1 QUART LOW OR LOWER.

**NHTSA ID Number:** 11408006

**Incident Date** July 27, 2019

**Complaint Date** April 14, 2021

**Consumer Location** ROME, GA

**Vehicle Identification Number** 5NPEB4AC5DH****

**Summary of Complaint**

I HAVE CONTINUOUSLY TRIED TO GET SOME ANSWERS REGARDING MY ENGINE RECALL. I FIRST RECEIVED THE LETTER IN 2017. AS I CONTINUED TO TO HAVE ISSUES WITH MY ENGINE BURNING TREMENDOUS AMOUNT OF OIL, I WAS GIVEN A CASEWORKER FROM HYUNDAI CORPORATE THAT WILL NO LONGER RETURN MY CALLS. I HAVE WENT THROUGH ALL THREE OIL CONSUMPTION TESTS AND THEY HAVE SEEN THAT EVERY 1,000 MILES MY ENGINE NO LONGER HAS ANY OIL. THE ENGINE LIGHT DOES NOT COME ON FOR SOME REASON. WHEN I PICKED UP MY VEHICLE I WAS TOLD OKAY NOW JUST WAIT UNTIL IT MAKES A NOISE AND THE LIGHT COMES ON. I TOLD THE CUSTOMER

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

SERVICE REPRESENTATIVE THAT MY ENGINE IS ALREADY TICKING AND THE ENGINE LIGHT NEVER COMES ON. I WAS TOLD THERE'S NOTHING THEY COULD DO. I WAS TOLD BY A DIFFERENT REPRESENTATIVE THAT AFTER THE THIRD OIL CONSUMPTION TEST, IF MY ENGINE WAS UNDER THE RECALL GUIDELINES THEN IT WOULD BE REPLACED. I DON'T UNDERSTAND HOW THIS IS OK TO MISTREAT YOU CUSTOMERS THE WAY THAT HYUNDAI DOES. I'M STILL MAKING PAYMENTS ON THIS 2013 HYUNDAI SONATA THAT'S NOT EVEN WORTH IT!!

**NHTSA ID Number:** 11408457

**Incident Date** April 1, 2019

**Complaint Date** April 16, 2021

**Consumer Location** FORSYTH, MO

**Vehicle Identification Number** 5NPE24AF2FH****

**Summary of Complaint**

DISAPPEARING OIL. FOR YEARS NOW MY CAR HAS BEEN PROGRESSIVELY USING OIL. NOW I CAN'T EVEN GO A WEEK WITHOUT PUTTING IN MORE OIL AND IT HAS FOULED SPARK PLUGS AND LEFT ME STRANDED TWICE NOW, AND CONTINUES TO EXCESSIVELY CONSUME OIL. I FINALLY GOT TIRED OF THIS AT 130K MILES AND TOOK IT TO RELIABLE HYUNDAI IN SPRINGFIELD, MO. THIS DEALERSHIP HAS BEEN COMPLETELY USELESS IN OFFERING ANY HELP, ANSWERS, OR SOLUTIONS. THEY'VE ALREADY CHARGED ME $400 FOR A 'COMBUSTION CHAMBER CLEANING' - TOLD ME I WOULD BE REIMBURSED IF IT DIDN'T WORK, THEN WHEN IT WAS OBVIOUS IT DIDN'T WORK THEY DID NOT REFUND ME. THEY HAVE MADE ME JUMP THROUGH HOOPS IN HOPES I WILL EVENTUALLY GET A NEW ENGINE, BUT REPEATEDLY REMIND ME

ULTIMATELY THAT MAY NOT HAPPEN. IN 2 MONTHS I HAVE HAD TO GO TO RELIABLE HYUNDAI, MISSING WORK, 11 TIMES FOR THEIR OIL CONSUMPTION TEST WHEN IT'S OBVIOUS NOTHING IS GOING TO CHANGE BECAUSE 'THAT'S HYUNDAI'S PROTOCOL. I AM GOING TO LOSE MY JOB FOR ATTENDANCE AND EVEN AFTER THAT, HYUNDAI STILL MIGHT NOT FIX THE ISSUE. HORRIBLE COMPANY, WITH HORRIBLE PRACTICES AND CUSTOMER SERVICE. NOW I'M STUCK WITH A CAR THAT HAS LOST A TREMENDOUS AMOUNT OF VALUE, CONTINUES TO DEVOUR OIL, AND HYUNDAI DOESN'T WANT TO DO ANYTHING ABOUT IT UNTIL AFTER I GO THERE NEARLY 15 TIMES. UNACCEPTABLE. WHEN I BOUGHT MY CAR I DIDN'T GET A 'IT'LL PROLLY ONLY MAKE IT TO 140K MILES' DISCOUNT. FORCE HYUNDAI TO RECALL ALL OF THEIR FAULTY ENGINES FOR OIL CONSUMPTION AS WELL! IF I WASN'T SO DILIGENT MY ENGINE WOULD HAVE SEIZED BY NOW. I SHOULDN'T BE PUNISHED FOR MAKING SURE MY VEHICLE IS PROPERLY MAINTAINED.

**NHTSA ID Number:** 11412782

**Incident Date** April 1, 2020

**Complaint Date** April 19, 2021

**Consumer Location** NEW YORK, NY

**Vehicle Identification Number** 5NPE34AF9FH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 HYUNDAI SONATA. THE CONTACT STATED THAT THE VEHICLE WAS CONSUMING AN EXCESSIVE AMOUNT OF ENGINE OIL. THE CONTACT STATED THAT ADDITIONAL OIL HAD TO BE ADDED TO THE VEHICLE OCCASIONALLY. THE CHECK ENGINE WARNING LIGHT WAS ILLUMINATED. THE VEHICLE WAS TAKEN TO LYNNES HYUNDAI (401 BLOOMFIELD AVE, BLOOMFIELD, NJ 07003, (908)

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

645-0033) TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT AN OIL CONSUMPTION TEST WAS NEEDED. THE VEHICLE WAS NOT REPAIRED. THE VEHICLE WAS TAKEN TO HUDSON HYUNDAI (977 COMMUNIPAW AVE, JERSEY CITY, NJ 07304, (866) 710-6765). THE VEHICLE WAS NOT DIAGNOSED NOR REPAIRED. THE CONTACT STATED THAT TOO MUCH OIL WAS ADDED TO THE VEHICLE. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 54,000.

**NHTSA ID Number:** 11414402

**Incident Date** March 12, 2021

**Complaint Date** April 29, 2021

**Consumer Location** NORWICH, NY

**Vehicle Identification Number** 5NPE34AF0JH****

**Summary of Complaint**

THE OIL CONSUMPTION IS OUT OF CONTROL FOR THEIR VEHICLES I'VE HAD MORE OIL CHANGES THAT I'VE EVER DONE ON A VEHICLE I'VE DONE OIL CONSTRUCTION TESTS AND THEY ALWAYS SAY IT'S JUST AT THE 1 QUART THAT THEY ALLOW WHO'S IS BULL I'VE CHECKED MY OIL COLD AND IT'S HARDLY ON THE STICK AND THE OIL LIGHT HAS COME ON NUMEROUS TIMES I'M NO GENUS BUT I DO KNOW IT'S MORE THAN A QUART LOW WHEN YOUR OIL LIGHT COMES ON. AT 1,100 MILES IT WAS 2.5 QUARTS LOW AND I WAS FORCED TO DO ANOTHER OIL CHANGE WHEN I ONLY HAD 1,100 MILES ON THIS ONE. THE FIRST PIC I'VE ATTACHED IS COLD OIL LEVEL AT 1,100 MILES AFTER OIL CHANGE. THE CAR ONLY HAS 53K ON IT AND I WANT TO KNOW HOW MANY TIMES DO WE HAVE TO DO OIL CONSUMPTION TESTS TO GET IT FIXED UNDER THE LIFETIME ENGINE REPLACEMENT AND FORGET ABOUT THE ROADSIDE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  ASSISTANCE FROM HYUNDAI THEY TOW 20 MILES THAT'S IT AND THE
2  REST IS ON YOU HOW IS THAT FAIR WHEN IT'S NOT YOUR PROBLEM TO
3  BEGIN WITH.

4

5  **NHTSA ID Number:** 11414904
6  **Incident Date** May 1, 2019
7  **Complaint Date** May 3, 2021
8  **Consumer Location** NEW YORK, NY
9  **Vehicle Identification Number** 5NPE34AF9FH****
10  **Summary of Complaint**
11  TL* THE CONTACT OWNS A 2015 HYUNDAI SONATA. THE CONTACT
12  STATED THAT THE VEHICLE WAS CONSUMING AN EXCESSIVE AMOUNT
13  OF ENGINE OIL. THE VEHICLE WAS TAKEN TO HUDSON HYUNDAI (977
14  COMMUNIPAW AVE, JERSEY CITY, NJ 07304) AND LYNNES HYUNDAI (401
15  BLOOMFIELD AVE, BLOOMFIELD, NJ 07003) WHERE OIL CONSUMPTION
16  TESTS WERE PERFORMED ON THE VEHICLE. THE RESULTS SHOWED
17  THAT THE VEHICLE WAS CONSUMING AN EXCESSIVE AMOUNT OF
18  ENGINE OIL. THE DEALERS INFORMED HIM THAT HE SHOULD ADD OIL
19  EVERY 1,000 MILES. THE MANUFACTURER WAS NOT NOTIFIED OF THE
20  FAILURE. THE VEHICLE WAS NOT YET REPAIRED. THE FAILURE
21  MILEAGE WAS APPROXIMATELY 50,000.

22

23  **NHTSA ID Number:** 11425097
24  **Incident Date** April 17, 2020
25  **Complaint Date** July 16, 2021
26  **Consumer Location** CONROE, TX
27  **Vehicle Identification Number** 5npe34af4gh****
28  **Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

180

From April of 2020 to July of 2021. I have had 3 sets of 3 oil consumption tests for my car at 3 different Hyundai dealerships. I have spent $400-500 dollars on oil changes, oil filter cleaning, and fixing an oil peg that was broke. Which was not brought to my attention right away even though I was going to dealer ships almost every month this year. I just finished the final oil consumption test here in Conroe, Texas. Even though from the latest oil consumption tests, I have burnt .50-1 full quart of oil. They still have denied me an engine replacement. My oil changes does not last 5k miles but barely 1k. The oil is always black, it never is honey gold for long . Because Hyundai is not giving me a new engine to resolve this issue despite all these tests and there being a lawsuit on this make /model. I now have to pay for an oil change every month rather than the average of 2 times a year. I do feel treated unfairly and not heard by Hyundai. It does not feel right to not have this fixed. I understand it is out of warranty . Can I please open an investigation on this matter ? Thank you

**NHTSA ID Number:** 11428325

**Incident Date** July 9, 2021

**Complaint Date** August 9, 2021

**Consumer Location** MANSFIELD, TX

**Vehicle Identification Number** 5NPE24AFXGH****

**Summary of Complaint**

*The engine is the component with the issue. The car is at the dealership and has been for the past almost 6 weeks. *The car started "stuttering" or "stalling" while my son and I were in the car. My son has special needs. Luckily, it happened on our street and I was able to get back to my home. *The dealership has identified the problem: The car was 3 quarts low on oil and the oil had been leaking into the spark plugs. The car only has around 32500 miles on it. Hyundai has requested an oil consumption test. This requires me to drive it 1000 miles and have oil checked. They want me to do this 3 times! I will not feel safe doing that, knowing that oil is leaking into the spark plug

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

assembly. I transport my special needs son and another young man who is severely autistic. I cannot take the chance of the car stalling while out driving possibly causing an accident. I barely put 50 miles on my car during a week. It will take me forever to do the oil consumption test. They know oil is leaking into the spark plugs. *The car started having issues (while in reverse) a week before the check engine light came on. No other warning lamps or messages appeared. Blue Link was contacted. They said the error code indicated a Powertrain problem. I had to have the car towed.

**NHTSA ID Number:** 11426583

**Incident Date** July 22, 2021

**Complaint Date** July 27, 2021

**Consumer Location** AUSTINTOWN, OH

**Vehicle Identification Number** 5npe34afxgh****

**Summary of Complaint**

Fuel Pump Control Module replaced before 50,000 mi. - 58,539 mi. got my 2016 Hyundai Sonata Sport for ECM Update. Told dealership I heard ticking/clicking noise coming from engine; said oil was low and suggested oil change & low key battery was causing issues. Oil consumption was more and more 1qt every 2,000 mi, then 1qt every 1,000 mi. 1/29/21 at 90,340 mi, on the turnpike (70 MPH), car check engine light came on, car started vibrating VERY bad, pulled over & LIMP mode had activated. Hyundai dealership was 5 miles away, - found cylinder 2 had a misfire(s) - one of 2 exhaust valves burned a hole through; valve seat - damaged. Cylinder head and exhaust valves, spark plugs were replaced, & oil change. Engine light came on a couple days later car did not go to LIMP MODE. 2/12/21 at 93,466 mi, took the car to Hyundai for service again, Exhaust CAM Phaser failing, Replaced CVVT & Timing Chain Tensioner & RTV silicone. 4/21/21-103,821 mi. went for an oil change & oil consumption test, went back after less than 1,000 mi, Hyundai dealership stated that the car was .73 qts low and normal, I checked before the service, oil was closer to the

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

"E" than "F". Dealership unreliable; did not complete test. Adding oil about 2 qts every 1,000 mi. Car was also idling weird NO warning lights. 7/22/21, catastrophic break down while driving on the Turnpike (70 MPH), car died, after all lights and gauges shot up. NO warning lights before issue. Lost power steering, coasted at 70 mph to 0 mph (in 30 seconds), barley to side of the road, late night needed a tow. Battery & Alternator fried because of this - replaced next day. Car starts now; wont get past 2,000 RPM & stalls out after 5 mins of running in "P"- NO warning lights, Engine rocks before shut off. NO warning lights on after restarting. Called HYUNDAI Corp. case sent to supervisor, no help getting the car to dealership, no rental, told not to expect a call before 8/3/21. All oil services completed at or before suggested intervals.

**NHTSA ID Number:** 11428452

**Incident Date** July 31, 2021

**Complaint Date** August 9, 2021

**Consumer Location** CAMARILLO, CA

**Vehicle Identification Number** 5NPEC4AC3BH****

**Summary of Complaint**

2011 sonata limited This car engine was recalled on year 2016 and I visit Hyundai dealer to get recall service on April 27, 2016 (campaign 132). The dealer said this car did not any problem. I visited Hyundai dealers 18 times since the recall service, Campaign132 for related problems. Each visit, I request to check engine condition, and the dealer said it is O.K. One of issues was heavy oil consumption. My car consumed 1 Q for every 1500 miles. So I requested oil consumption test, and the dealer said "No problem and normal condition" I drove the 2011 sonata limited on freeway on Jul, 31 2021. Driving speed was around 70 miles/H. The car engine suddenly stopped without any unusual sign. When Engine stop, all type of warning lights on and I cannot fully control its steering wheel because it was very stiff to

control and even it against my will. I was lucky because other drivers recognized the situation let me move off from high way 101. I towed this car to local mechanic and they diagnose as "engine seized and will not turn" I towed the car to local Hyundai dealer and wait 5 business days for their own diagnostic. The dealers have chance to know the problem. I do not know already they know but did not say to me or realty they did not know. One thing is very sure that this car originally designed to use conventional oil, but Hyundai USA order to each dealer put synthetic motor oil when they performed campaign 132 and 162. I found out this situation from "Recall 132 Dealer Best Practice Guide" issued June 23, 2017. I put conventional oil several for several oil changes after the recall service because they did not mention that synthetic oil was recommended after recall 132. Already Hyundai admitted the engine has problem, but they hide the way to best maintenance to its consumer.

**NHTSA ID Number:** 11429314

**Incident Date** May 1, 2021

**Complaint Date** August 16, 2021

**Consumer Location** PICO RIVERA, CA

**Vehicle Identification Number** 5npe24af5hh****

**Summary of Complaint**

The contact owns a 2017 Hyundai Sonata. The contact stated that she would frequently add engine oil every 1,000 miles due to an excessive oil consumption. The contact also stated that the vehicle stalled while at a red light as the oil warning light illuminated on the instrument panel. The contact had taken the vehicle to a dealer and she was informed that the oil needed to be changed more frequently to prevent further failures. The manufacturer was not notified of the failure. The vehicle was not repaired. The failure mileage was approximately 66,000.

**NHTSA ID Number:** 11432814

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** September 5, 2019

**Complaint Date** September 13, 2021

**Consumer Location** CARY, NC

**Vehicle Identification Number** 5NPE34AF6GH****

**Summary of Complaint**

Car lost power and went into limp mode, it was pretty dangerous. The car is burning a large amount of oil and is making the spark plugs dirty. I have brought the car for about 6 oil consumption tests and Hyundai does nothing to fix it. Engine oil light has come on twice, and even the dealership said that it should not be burning so much oil.

**NHTSA ID Number:** 11433038

**Incident Date** October 15, 2020

**Complaint Date** September 15, 2021

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 5NPE34AF2JH****

**Summary of Complaint**

The contact owns a 2018 Hyundai Sonata. The contact stated that while driving, the oil warning light illuminated. The contact stated that he checked the engine oil level and discovered that there was no oil in the engine. The vehicle was taken to the dealer where the failure was diagnosed as an oil plug needing replacement. The vehicle was repaired however, the failure continued. The vehicle was taken back to the dealer several times and the failure cause could not be determined. The contact stated that recently an oil consumption test was completed, and the dealer determined that to be the failure cause. The dealer contacted the manufacturer who stated that the failure cause was due to the owner's negligence and no solution was offered. The approximate failure mileage was 40,000.

**NHTSA ID Number:** 11436337

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** January 15, 2021

**Complaint Date** October 11, 2021

**Consumer Location** MANOR, TX

**Vehicle Identification Number** 5NPE34AF3HH****

**Summary of Complaint**

Engine oil found to be low at multiple oil changes. So started checking levels 1000 miles after oil change and found oil to be low already at that point. The last check, only 1300 miles after oil change, found vehicle to be down 1.5 quarts. Available for inspection upon request. Because we are checking and replacing the missing oil at the early timeframes of 1000 miles instead of at 7500 miles, no one is in immediate danger (beyond my bank account). The service center has been monitoring the issue for some time. They checked seals, gaskets, and replaced them to be sure they were not the issue. The oil levels still decrease. Upon speaking to a Hyundai rep, he (the manufacturer) claims there is no issue but I should get a diagnostic check up at dealer. I am scheduling one this week. Issues with the local dealer is they charge too much, suggest repairs that are not necessary, and have extended service wait times of at least 3 hours even though I have an appointment. There have been no warning lamps, messages, or actual failures. I am trying to prevent reaching that stage. I do know that my engine is the same one they recalled from earlier models. Those engines were having high oil consumption issues which help lead to more serious safety issues with time. I am wondering how the same engine, with apparently the same issues, was allowed to continue to be used.

**NHTSA ID Number:** 11439191

**Incident Date** November 15, 2020

**Complaint Date** November 3, 2021

**Consumer Location** COLUMBIA, SC

**Vehicle Identification Number** 5NPE34AF9HH****

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Summary of Complaint**

The contact owns a 2017 Hyundai Sonata. The contact stated upon starting the vehicle, the oil warning light illuminated. The vehicle was taken to the dealer who diagnosed that the oil filter was fractured. The contact stated that the dealer replaced the oil filter and the oil was refilled however, the failure persisted. The vehicle was taken back to the dealer and an unknown part was replaced. The contact stated that the failure recurred, and the vehicle was taken back to the dealer. The dealer diagnosed that the vehicle was consuming an excessive amount of oil. The dealer informed the contact that they would perform an oil consumption test and she would need to bring the vehicle back every 1,000 miles. The dealer's report was sent to the manufacturer and the manufacturer opened a case. The manufacturer informed the dealer that the case was closed and advised the dealer to complete an engine cleaning. The engine cleaning was completed; however, the dealer informed the contact that she would need to complete another oil consumption test. The dealer diagnosed that the engine needed to be replaced. The dealer advised the contact that they had sent another report to the manufacturer and the manufacturer had requested pictures of the subframe of the vehicle. The vehicle was not repaired. The approximate failure mileage was 76,000.

**NHTSA ID Number:** 11439353

**Incident Date** July 1, 2021

**Complaint Date** November 4, 2021

**Consumer Location** Unknown

**Vehicle Identification Number** 5NPE34AFXFH****

**Summary of Complaint**

My car is burning through a quart of oil appx every 600 miles- this is NOT normal it's excessive oil consumption.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11441490

**Incident Date** November 16, 2021

**Complaint Date** November 23, 2021

**Consumer Location** WAYNE, NJ

**Vehicle Identification Number** 5NPE24AF4GH****

**Summary of Complaint**

I am constantly having my oil light flickering on and off. The engine oil consumption is super high. I take it for service on time, however before the next date it always needs to be added on earlier. When the light turns on, I drive it more slowly on the highway which can create cars around me to slow down as well. I have been spending more money to get this fixed but still having problems. It hasn't been inspected by the manufacturer but I have sent to an independent service center to get it checked and oil refilled.

**NHTSA ID Number:** 11446685

**Incident Date** December 10, 2021

**Complaint Date** January 7, 2022

**Consumer Location** IRVINE, CA

**Vehicle Identification Number** 5NPE24AF5GH****

**Summary of Complaint**

I purchased my '16 Sonata as a Certified Pre-Owned vehicle. It was 1 yr old, with roughly 36k mi on the odo. I bought it from Huntington Beach Hyundai, who showed me the Car Fax that it's CPO. They promised Hundai CPOs get what left on the 10 yr, 100k mi powertrain warranty. I've been doing oil changes per manufacturer recommendations since purchase. At roughly 40k to 60k on the odo, I noticed the car was burning a lot of engine oil. I brought my car to my local Hyundai service center, Tustin Hyundai, who told me 1 qt every 1k mi is normal. I thought it was a lot, but Tustin Hyundai told me there was nothing wrong with the car. Sometime after, I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

received mail about the Theta 2 engine recall to get the knock sensor install/update, and read about the risk of engine explosion/fire. I promptly got it done. Around this time, I read on Hyundai owner forums that excessive oil consumption is a precursor symptom to catastrophic engine failure. Sometime later, I noticed my car was burning a lot of oil, even more than before. I estimated at least 2 qts every 1k mi. I brought my car to Tustin Hyundai at roughly 75k mi on the odo. They started an oil consumption test, comprised of 3 oil level readings, each one every 1k mi. My car failed the first two. After the 2nd, my car stayed at Tustin Hyundai overnight to get a combustion chamber clean done. Tustin Hyundai told me doing so will solve the problem. Few months later, I noticed my engine was back to even more excessive oil consumption. I estimated at least 3~4 qts per 1k mi. I brought my car to Tustin Hyundai again, with roughly 80k mi on the odo. They said Hyundai corporate is rejecting all further service because my car isn't CPO, and that I ran out of powertrain warranty at 5 yr/60k mi. I called Huntington Beach Hyundai, who confirmed my car is CPO, and still has the 10/100 powertrain warranty. But Hyundai corporate, through 2~3 national case managers, told me I am out of powertrain warranty, and not covered.

**NHTSA ID Number:** 11447215

**Incident Date** January 12, 2022

**Complaint Date** January 12, 2022

**Consumer Location** GRAHAM, NC

**Vehicle Identification Number** 5npe34ab4fh****

**Summary of Complaint**

The contact owns a 2015 Hyundai Sonata. The contact stated that the vehicle was consuming an excessive amount of engine oil. Upon inspection, the contact noticed there was no oil on the dipstick. The vehicle was taken to the independent mechanic and diagnosed that there was no oil in the oil reservoir. The mechanic added four quarts of oil to the oil reservoir and referred the contact to the dealer. The dealer was made aware of the failure and scheduled an upcoming appointment for an oil

consumption test. The vehicle was not repaired. The manufacturer was made aware of the failure and a case was opened. The failure mileage was approximately 113,000.

**NHTSA ID Number:** 11447156

**Incident Date** February 1, 2021

**Complaint Date** January 12, 2022

**Consumer Location** CLEVELAND, TX

**Vehicle Identification Number** 5npe24af3hh****

**Summary of Complaint**

The contact owns a 2017 Hyundai Sonata. The contact stated that he would frequently replenish the engine oil due to rapid oil consumption. The failure worsened over time and oil needed to be added more frequently. The contact then took the vehicle to a dealer where he was informed that an oil consumption test needed to be performed. After the oil consumption test was performed, the contact was informed that the engine needed to be replaced. The contact was then informed that the dealer had placed an application to the manufacturer to have the engine replaced; however, the application was declined, and he was informed that the vehicle was out of warranty. The vehicle had yet to be repaired. The failure mileage was approximately 115,000.

**NHTSA ID Number:** 11448359

**Incident Date** September 20, 2021

**Complaint Date** January 21, 2022

**Consumer Location** BARTLESVILLE, OK

**Vehicle Identification Number** 5NPE24AF5GH****

**Summary of Complaint**

Excessive oil consumption and burned oil smell coming from engine under 100,000 miles. Dealership states that the car needs the engine replaced. Hyundai denied claim to pay for engine replacement.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11448573

**Incident Date** December 30, 2021

**Complaint Date** January 24, 2022

**Consumer Location** MISSOURI CITY, TX

**Vehicle Identification Number** 5NPE34AFXFH****

**Summary of Complaint**

The engine is burning over 5 quarts of oil between 600 and 1000 miles. The engine is the 2.4 litre and it is doing the same as the 2014 and previous model. It is also known that the 2016 has the same issue. Hyundai refuses to replace the motor or cover any cost. They are saying that the car is out of warranty when it has been in the shop for oil consumption pre-mileage but they said it was normal to be a quart or 2 low. Now the motor will be empty by 600 to 1000 miles. The dealers wants to put chemicals in the motor at a cost of 200 plus with now promise of resolving the issue. In addition it has been proven that these quick fixes are catastrophic and will cost more than an engine maybe a life in traffic.

**NHTSA ID Number:** 11450329

**Incident Date** October 9, 2021

**Complaint Date** February 4, 2022

**Consumer Location** BURDETT, NY

**Vehicle Identification Number** 5NPE34AFXHH****

**Summary of Complaint**

I have a failing engine that excessively consumes oil at the rate of approximately 1qt per 500 miles. The notorious theta2 2.4ltr sonata engine has spewed so much oil into the top half of engine that it had infact so severely damaged the catalytic converter that it became a plug in the exhaust system. The oil consumption issue has destroyed the entire cars engine system and it was infact a ticking time bomb that Hyundai has denied multiple times to repair. After the catalytic converters reached 1700' and

**SECOND AMENDED CLASS ACTION COMPLAINT**

1 Hyundai indicated that it was fine nothing to worry about, we had to physically
2 remove the catalytic converter packing and alow for the engine fumes to exit the car
3 properly, they previously had mainly entering the passenger cabin or they were
4 pushed back into the engine. I according to Hyundai have no warranty on the car, I
5 owe money to my bank Hyundai and the dealership have been paid they have no
6 problem letting me get stuck with a lemon. It's been to the dealership multiple times,
7 campaign 953 engine knock sensor was done on 10/08/21 it has mysteriously found its
8 way out of my car records. Tampering editing, falsifying documents are all illegal and
9 wrong. Since the papers showed that it was done it should have extended the warranty
10 to 10 yes/ 120,000 and I should be reimbursed for my rental fees for being unable to
11 drive my car any distance thousandths of dollars into oil, not being able to get a safety
12 inspection. missing multiple days of work, depreciation ( the dealership that sold me
13 this car 18mo ago valued it at $17,000 09/20, and on 10/08 gave me a $6,000 trade in
14 value) lastly a car in good running condition that is safe for us to use. HYUNDAI IS
15 SELLING DEFECTIVE PRODUCTS AND GETTING AWAY WITH IT EVEN
16 AFTER BEING TAKEN TO COURT AND HAVING MILLIONS OF DOLLARS IN
17 FINES AND PAYOUTS. They are stealing from hard working family's that are
18 already struggling to get by.

19

20 **NHTSA ID Number:** 11452063

21 **Incident Date** February 11, 2022

22 **Complaint Date** February 15, 2022

23 **Consumer Location** Unknown

24 **Vehicle Identification Number** 5NPE34AF7FH****

25 **Summary of Complaint**

26 Excessive oil consumption-1-2 quarts per week Losing power almost comes to stop on
27 highway-Dangerous Knocking noise at times from engine White smoke at times from
28 tailpipe Rough high idling Code P1326 Code P0010 Hyundai is very aware these

Nye, Stirling, Hale & Miller
33 West Mission Street, Suite 201
Santa Barbara, California 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

issues in their engines. Many complaints on Hyundai forms. Many articles written about these issues with their engines. Class action lawsuit against Hyundai about their engines. Hyundai corporate won't help nor will the local service department at the dealer. All they want to say it's out of warranty. Because the issue happened after 100000 mile warranty shouldn't mean Hyundai shouldn't fix the issue they are very aware of.

**NHTSA ID Number:** 11453447

**Incident Date** August 26, 2021

**Complaint Date** February 22, 2022

**Consumer Location** ORLAND PARK, IL

**Vehicle Identification Number** 5npe34af2gh****

**Summary of Complaint**

Problem is the engine is burning two quarts of oil every 1,000 miles. Was taking car in for oil change and check engine light went on. Service person said car was way down on oil which is why engine light went on. Said there was a problem with Hyundai engines and to take it to dealer. Dealer Ettleson agent John Cunniff confirm that there is a problem with that engine and said they would run an oil test. Oil was changed with new filter and told to come back in 1,000 miles. Returned to dealer after 1,000 miles and engine was down two quarts of oil, dealer topped off oil and said someone would contact me. I called several days later and John Cunniff said that using two quarts of oil in 1,000 miles was within specs. He said to contact Hyundai customer service. I did with case # 19220125, and Frances was case worker. Attempted to contact Frances three times with negative results. I called and spoke with a Cindy who stated case notes stated Frances contacted Ettleson and they said two quarts of in 1,000 miles is normal, complaint was closed. Research disclosed there is a problem with oil consumption in that engine, backed up by their and other mechanics. I have 69,000 miles on the vehicle and a 100,000 mile warranty. I have all

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

maintenance files for the vehicle since I purchased it. i have complied with the dealers instructions and have had my PCV replaced, and just keep adding oil to keep my engine running. Please advise my options.

**NHTSA ID Number:** 11453968

**Incident Date** January 2, 2022

**Complaint Date** February 25, 2022

**Consumer Location** LITHONIA, GA

**Vehicle Identification Number** 5NPE34AF2HH****

**Summary of Complaint**

My car was driving just fine then it wasn't accelerating right and it went into limp mode. I was about 12 miles from home. I made it but the next day on the way to the dealership the engine just died about a mile from my house. Engine light came on. I always get my oil changes on time. Dealership says engine oil is sludged due to negligence. No negligence I believe faulty engine caused containments and have very bad oil consumption. My theta engine was left out of the campaign and my warranty was denied.

### *2011-2021 Hyundai Sonata Hybrid*

**NHTSA ID Number:** 10724008

**Incident Date** May 31, 2012

**Complaint Date** June 8, 2015

**Consumer Location** MIDLOTHIAN, IL

**Vehicle Identification Number** KMHEC4A43BA****

**Summary of Complaint**

I HAVE HAD THIS 2011 HYUNDAI SONATA HYBRID IN THE SHOP SINCE I PURCHASED IT IN 2011 NEW THE CAR HAS SERIOUS CAR HESITATION

AND GAS MILEAGE IS 19 TO 30 PER GALLON. I HAVE HAD NUMEROUS
PROBLEMS WITH OIL LEAKS AND ENDED UP WITH A BLOWN MOTOR AT
60,000 MILES. I ALSO HAVE NUMEROUS SERVICE ISSUES WITH THE
BLOWER AC/ HEATER NOT WORKING AS WELL. THE CAR IS A LEMON
AFTER 30 VISITS TO DEALERSHIP FOR REPEATED PROBLEMS. I HAVE
TAKEN CAR TO 4 DIFFERENT DEALERSHIPS TO HAVE A NEW SET OF
EYES FIX THE PROBLEMS AND STUCK WITH A REBUILT MOTOR IN MAY
2015. CAR IS BACK IN THE SHOP FOR HESITATE AND ECS PROBLEMS AS
OF JUNE 2015. NEED HELP.

**NHTSA ID Number:** 10892074

**Incident Date** July 16, 2015

**Complaint Date** August 1, 2016

**Consumer Location** Unknown

**Vehicle Identification Number** KMHEC4A48CA****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. WHILE
DRIVING 3 MPH, THE ENGINE SEIZED WITHOUT WARNING. THE
CONTACT WAS ABLE TO RESTART THE VEHICLE. IN ADDITION, THE
VEHICLE CONTINUED TO LOSE OIL WHILE DRIVING. THE CONTACT
REPLACED THE OIL IN THE VEHICLE NUMEROUS TIMES. THE VEHICLE
WAS TAKEN TO THE DEALER FOR AN OIL CONSUMPTION TEST. THE
VEHICLE WAS TAKEN TO BE REPAIRED, BUT THE DEALER COULD NOT
DIAGNOSE THE CAUSE OF THE FAILURE. THE MANUFACTURER WAS
MADE AWARE OF THE ISSUE. THE FAILURE MILEAGE WAS 46,278.

### *2010-2013, 2015-2021 Hyundai Tucson*

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number**: 11022425

**Incident Date** August 27, 2017

**Complaint Date** September 9, 2017

**Consumer Location** HYATTSVILLE, MD

**Vehicle Identification Number** KM8JT3AF5FU****

**Summary of Complaint**

WHILE DRIVING MY CAR IT CAME TO A SUDDEN STOP AT NO TIME DID
ANY SERVICE ENGINE LIGHT OR OIL LIGHT APPEARED UPON HAVING
MY CAR TOWED HOME I FELT THERE WAS NO OIL IN THE ENGINE. THE
OIL WAS JUST CHANGED JULY 8TH OF 2017. MY CAR STOPPED RUNNING
AUGUST 27TH A 2017. I DON'T UNDERSTAND WHY I NEVER GOT A
SERVICE ENGINE SOON OR DON'T UNDERSTAND WHY THE OIL LIGHT DID
NOT APPEAR.

**NHTSA ID Number**: 11024174

**Incident Date** August 27, 2017

**Complaint Date** September 19, 2017

**Consumer Location** HYATTSVILLE, MD

**Vehicle Identification Number** N/A

**Summary of Complaint**

I TOOK MY CAR TO JIFFY LUBE ON JULY 8TH TO HAVE THE OIL
CHANGED ON AUGUST 27TH THAT VEHICLE STOPPED RUNNING I FOUND
OUT THIS WAS BECAUSE OF LACK OF OIL NEVER AT ANY TIME THAT A
SERVICE ENGINE LIGHT SOON OR CHECK OIL LIGHT COME ON. AND
THEY ARE STILL NOT TO THIS DAY. THERE HAS TO BE A PROBLEM WITH
THE SENSORS. I WAS DRIVING THE CAR AT THAT TIME AND HAD TO
HAVE IT TOWED HOME.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  **NHTSA ID Number**: 11164324

2  **Incident Date** April 11, 2018

3  **Complaint Date** December 31, 2018

4  **Consumer Location** ELLICOTT CITY, MD

5  **Vehicle Identification Number** KM8J3CA29GU****

6  **Summary of Complaint**

7  HYUNDAI TUCSON ENGINE THE VEHICLE IS BURNING EXCESS

8  AMOUNTS OF OIL. THE RATE OF ENGINE OIL LOSS IS OVER ONE QUART

9  PER 500 MILES. MY MECHANIC TELLS ME HIS EVALUATION IS THE

10  VEHICLE'S TURBO UNIT CAUSES THE ENGINE TO RUN VERY HOT, AND

11  THE INTERNAL SEALS ARE BREAKING DOWN, CAUSING OIL TO MIX

12  WITH THE FUEL. THE SOLUTION IS AN ENGINE REBUILD, WHICH WILL

13  COST OVER $3,000. SUCH A REBUILD WILL RESULT IN THE SAME ISSUE

14  ARISING AGAIN AFTER THE VEHICLE IS IN USE FOR A PERIOD OF TIME.

15  THE MANUFACTURER HAS REFUSED TO ADDRESS THE ISSUE, AS I HAVE

16  CORRESPONDED WITH THEM ABOUT IT. THE ISSUE IS GENERIC TO ALL

17  HYUNDAI TUCSONS WITH 1.6 LITRE TURBOCHARGED ENGINE. MY

18  MECHANIC HAS RESEARCHED THE ISSUE, AND SAYS IT OCCURS IN ALL

19  HYUNDAI TUCSON VEHICLES WITH THIS ENGINE CONFIGURATION.

20  THERE ARE OTHER ISSUES RELATED TO BUILD QUALITY,

21  TRANSMISSION, AND OTHER COMPONENTS, BUT THIS ISSUE OF THE

22  DEFECTIVE ENGINE DESIGN IS OBVIOUSLY THE MOST IMPORTANT. THE

23  DEALER THAT SOLD ME THIS VEHICLE KNEW OF THIS CONDITION AND

24  DID NOT DISCLOSE IT AT THE TIME OF SALE, AND REPRESENTED THAT

25  THE ENGINE WAS IN SOUND WORKING ORDER. *DT*JB

26

27  **NHTSA ID Number:** 11228557

28  **Incident Date** June 25, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

197

**Complaint Date** June 30, 2019

**Consumer Location** EDGEWATER, MD

**Vehicle Identification Number** KM8JT3AF1FU****

**Summary of Complaint**

BOUGHT NEW 2015 2017 PAID OUT OF POCKET FOR AN EXHAUST REPLACEMENT $1,500 APRIL 2019 WENT THROUGH OIL CONSUMPTION TESTING. CAR ENGINE WAS REPLACED JUNE 2019 TRANSMISSION WENT OUT MILEAGE 105K CAR WAS IN MOTION WHEN ALL OF THIS WENT UP HAVE COPIES OF RECEIPTS

**NHTSA ID Number:** 11233702

**Incident Date** July 21, 2019

**Complaint Date** July 21, 2019

**Consumer Location** WEST PALM BEACH, FL

**Vehicle Identification Number** KM8JT3AF0FU****

**Summary of Complaint**

2015 HYUNDAI TUSCON 2.0 ORIGINAL OWNER WITH 70,000 MILES, ENGINE IS BURNING THROUGH 1 QUART OF OIL EVERY 500 MILES, RESEARCH INDICATES THAT THE THETA 2 MANUFACTURING PROBLEM IS THE CULPRIT AS WAS THE CASE WITH SONATA RECALLS. GOING TO THE DEALERSHIP TO DEMAND A NEW ENGINE AS THIS IS THOROUGHLY DOCUMENTED WITH ALL THETA 2 ENGINES DURING THIS TIME FRAME

**NHTSA ID Number:** 11287838

**Incident Date** December 5, 2019

**Complaint Date** December 9, 2019

**Consumer Location** OWINGS MILLS, MD

**Vehicle Identification Number** KM8J3CA20GU****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

THE ENGINE IS BURNING OIL, THERE ARE NO LEAKS AND NO DASHBOARD WARNING LIGHTS. ON 12/5/19, MECHANIC FOUND A DRY DIP STICK AND REMOVED LESS THAN 1 QUART OIL FROM THE ENGINE AND EXAMINED FOR LEAKS. OIL CHANGES ARE IN REGULAR 5,000-6,000 INTERVALS USING SYNTHETIC 5W30 OIL AND THIS ISSUE WAS NOT FOUND AT THE LAST OIL CHANGE ON 4/11/19. OIL WAS CHECKED ON 12/8/19 AND THE OIL BELOW IS ALREADY BELOW FULL.

**NHTSA ID Number:** 11435178

**Incident Date** February 1, 2020

**Complaint Date** October 1, 2020

**Consumer Location** LEHIGH ACRES, FL

**Vehicle Identification Number** KM8J33A26GU****

**Summary of Complaint**

Engine Burns excessive oil, We change our oil every 3k miles since owning it sept 2019. I had taken it to the dealer for a repair on a separate issue and asked them to look at the engine and transmission due to noise and intermittent issues taking off. was told there was no issue and i did not need an oil change until I reach 5 k miles ( i was at 3k) and that the transmission has had the update and this is how the car operates noise and all, a week and a half later engine stalled while turning through a light at an intersection and the oil light came onfor a split second then off, no oil lights ever indicated low oil until that moment, I checked the oil and it was dry, I did an oil change, next time I reached 3k miles I took it to a shop, not the dealer and oil was dry at 3k miles, have had to refill the oil at 1500 miles since finding this out and have made multiple complaints to the dealer, they will not inspect it for what is a widely known issue unless i pay the money to do an oil consumption test that i cannot afford i have made numerous calls and have been unable to reach corporate after my first

contact and delaer will not assist due to me being out of warranty even though this could have been prevented while i was in warranty and informed them i was having concerns, this company is aware of the issues these cars have and is knowing selling them when they can cause injury or death, as well none of my door handles will open the car upon first try(though this part is now under an extended warranty due to this issue) this company is knownly selling and doing everything not to recall dangerous vehicles

**NHTSA ID Number:** 11388617

**Incident Date** January 15, 2018

**Complaint Date** January 17, 2021

**Consumer Location** FAYETTEVILLE, GA

**Vehicle Identification Number** KM8J33A28HU****

**Summary of Complaint**

MY 2017 HYUNDAI TUCSON CONSUMES MORE THAN 3 QUARTS OF OIL BETWEEN FILTER CHANGES. I NOTICED THE OIL CONSUMPTION AROUND 36K MILES. I HAVE TAKEN THE CAR TO SOUTHTOWN HYUNDAI (RIVERDALE, GA) MANY TIMES FOR THIS ISSUE. THE DEALER DID 3 OIL CONSUMPTION TEST, ALL FAILED. I WAS TOLD NOTHING CAN BE DONE AT THE MOMENT. I EVEN REACHED OUT TO CORPORATE, WITH NO RESPONSE BACK. THE VEHICLE CURRENTLY HAS 75K MILES ON THE ENGINE. PLEASE HELP.

**NHTSA ID Number:** 11397576

**Incident Date** January 6, 2021

**Complaint Date** February 23, 2021

**Consumer Location** NACOGDOCHES, TX

**Vehicle Identification Number** KM8JU3AG6FU****

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

MY CAR IS CONSUMING OIL - APPROXIMATELY 1 QUART PER EVERY 300
- 500 MILES. A REPAIR SHOP SAID THERE WERE PROBLEMS WITH THE
ENGINE AND TO TAKE IT TO THE DEALER. I HAVE PAID OVER $500 SO
FAR (REPLACED GUAGES, SPARK PLUGS, AND MORE) - I HAVE
COMPLETED THREE OIL CONSUMPTION REPORTS (THE DEALERSHIP IS
CHECKING THE OIL)- AND THE DEALER KEEPS SAYING THE PROBLEM IS
NOT COVERED UNDER WARRANTY. I KNOW SO LITTLE ABOUT CARS
AND ENGINES, BUT FEEL I AM GETTING CHEATED. ANY SUGGESTIONS
ARE APPRECIATED.

**NHTSA ID Number:** 11403387

**Incident Date** October 19, 2020

**Complaint** March 16, 2021

**Consumer Location** CLEARWATER, FL

**Vehicle Identification Number** KM8JTCAF7FU****

**Summary of Complaint**

ACCORDING TO AN ATTORNEY MU ENGINE IS A NU ENGINE. AS FAR AS I
KNOW NO RECALLS OR LAWSUITS ARE PENDING. CAR WAS DRIVING
FINE, LOST ALL POWER TO A VERY SLOW CREEP, MAKING A VERY
STRANGE SOUND IN ENGINE, FRIED STARTER AND NOW WON'T WORK
AT ALL. EVERYTHING PEOPLE SAY THE THETA II ENGINE COMPLAINTS
HAVE BEEN WE ARE EXPERIENCING WITH THIS CAR...BUT IT HAS NOT
BEEN RECALLED. WE HAVE NOTICED EXTRA OIL CONSUMPTION BUT
FIGURED DUE TO HIGH MILEAGE. WE HAD A MECHANIC COME OUT AND
HE SAID THE THINKS THE ENGINE IS FRIED OR THERE IS SERIOUS
PROBLEMS. THIS VEHICLE IS ONLY 6 YEARS OLD. THIS ALL DURING
COVID, MY HUSBAND IS HIGH RISK WE HAD TO GO BUY ANOTHER CAR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

AS WE DO NOT HAVE MONEY TO FIX. I NOW HAVE 2 HEFTY CAR
PAYMENTS WITH 1 VEHICLE WORKING. I NEED HELP TO KNOW IF THIS
ENGINE DISPLAYING ALL THE SAME PROBLEMS WILL TOO BE
RECALLED .

**NHTSA ID Number:** 11403596

**Incident Date** February 18, 2021

**Complaint Date** Mach 17, 2021

**Consumer Location** FRANKFORT, KY

**Vehicle Identification Number** KM8J33A28GU****

**Summary of Complaint**

BOUGHT CAR AT 690000 MILES , HAD OIL CHANGED AT DEALER NEVER
USED A DROP. AFTER OIL CHANGE STARTED USING OIL, A QUART
ABOUT EVERY 250 MILES, STARTED OIL CONSUMPTION TEST TODAY AT
75667 MILES.

**NHTSA ID Number:** 11403530

**Incident Date** March 6, 2021

**Complaint Date** March 17, 2021

**Consumer Location** WETUMPKA, AL

**Vehicle Identification Number** KM8J33A40GU****

**Summary of Complaint**

EXCESSIVE OIL CONSUMPTION RESULTED IN ENGINE FAILURE WITH
OUT WARNING LIGHTS APPEARING. DRIVING DOWN THE ROAD, THE
ENGINE STOPPED RUNNING, BATTERY, OIL AND CHECK ENGINE LIGHTS
APPEARED. THE CAR ROLLED TO A STOP ON THE SHOULDER OF THE
ROAD. THE CAR THEN WOULD NOT RESTART, BUT HAD POWER AND
BATTERY LIFE LEFT DUE TO THE BATTERY BEING 1 YR OLD. THE CAR

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

HAD TO BE TOWED TO A MECHANIC. THE MECHANIC CITED ENGINE
FAILURE AND SAID IT WAS DUE TO OIL CONSUMPTION. THE OIL HAD
LARGE AMOUNT OF METAL IN IT DESPITE IT HAVING 128K MILES ON IT.

**NHTSA ID Number:** 11421401

**Incident Date** June 14, 2021

**Complaint Date** June 18, 2021

**Consumer Location** KILLINGWORTH, CT

**Vehicle Identification Number** km8j3ca23hu****

**Summary of Complaint**

bought 2017 Tucson sport new. Within a few months i notice the acceleration was
diminished and the vehicle paused when pressing down on gas pedal. Dealer assured
me it was related to the dual clutch. Fast forward to April 2019 and the issue never
resolved itself and ultimately resulted in a thrown rod. Engine was replaced. Dec 2020
car shakes violently on highway brought back to the shop dealer claims nothing is
wrong. June 4th have oil changed per schedule by jun9 i am smelling smoke upon
exiting car. Check oil and it is on low. drop off at dealer they claim nothing is wrong.
Force me to pay for another oil change and perform a 500 mile oil consumption test
which will involve me driving this car on the highway with an engine that can seize at
any moment potentially killing me or others on the road. Leave dealership and the car
continues to spew smoke from tail pipe. No check engine lights appear during either
event. This is incredibly dangerous and needs to be added to a lawsuit. Hyundai
knows this is an issue but they do nothing and people will die.

**NHTSA ID Number:** 11424915

**Incident Date** April 15, 2021

**Complaint Date** July 15, 2021

**Consumer Location** SAINT PAUL, MN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** KM8J23A41HU****

**Summary of Complaint**

We bought our 2017 Tucson with about 40000 miles in 2019. We have had some issues that are to be covered by the warranty. The last was the engine going. I was extremely religious about regular maintenance and always took it to the dealership to have the oil changed and other work every 3000. 2 of the last 4 oil changes cost me over $400 and $600 due to what I thought was work required to maintain the warranty, finding out later that this was false and the service people lied. In the last 4 oil changed I reported excessive oil consumption, 1 qt per 1000 miles at least. They told me this was normal and to be expected. I was 4 hours in to a 8 hour drive when the engine failed. I had checked and filled the oil before I left, in 4 hours it consumed over 3qts. It took me at least a month of dealing with the warranty company to cover as we had a lifetime powertrain warranty. They were not going to cover it due to lack of lubricant. As I told them the engine was failing before this incident. The dealer did not record my requests to find the oil consumption problem. It has now been 4 months, still making car payments and waiting for them to put a used engine in it. We were not offered a choice of whether used or rebuild. This is a known problem and have found class action suits for similar vehicles but for whatever reason earlier and later models are included, same engine and same problem as those part of the class action.

**NHTSA ID Number:** 11426072

**Incident Date** July 22, 2021

**Complaint Date** July 23, 2021

**Consumer Location** DAYTON, OH

**Vehicle Identification Number** KM8JTCAF2FU****

**Summary of Complaint**

Driving down the road and suddenly the check engine light came one and the engine

**SECOND AMENDED CLASS ACTION COMPLAINT**

started producing a knocking sound. I called several dealerships and had a couple of them run the VIN, which they said there are no recalls. However one dealer had mentioned that Hyundai vehicles, including Tucsons are starting to come in at astonishing rates with the same problem I have. I called Hyundai USA and they said there have been some known issues with engine failure describing the same problems mine has along with some known to have increased oil consumption, but they do not know why. They even said that sometimes the owners would not know of the increase in oil consumption and it could in turn cause engine fires. Any dealership I have contacted said due to the increase of vehicles brought in with the same problem, they are unable to even look at my vehicle for a month and to repair is possibly several months out.

**NHTSA ID Number:** 11427064

**Incident Date** July 21, 2021

**Complaint Date** July 29, 2021

**Consumer Location** PURCELLVILLE, VA

**Vehicle Identification Number** KM8J3CA45GU****

**Summary of Complaint**

88000 mile Tucson SE with 2.0L DOHC GDI motor, has had all regular preventative maintenance intervals, last oil change + other maintenance at 84400 miles by Hyundai. Check engine light came on for intake camshaft timing over-advanced (P0011); noted increasing engine noise and performance loss while driving. Made appointment with dealership immediately. Hyundai dealership inspected and claimed "almost no oil left and sludge present in oil". Service manager advised possible cause could be piston ring failure. No indication of low oil pressure on vehicle. Safety concern is engine failure without warning due to seizing if the oil level and sludge are as bad as dealership claimed, especially at the rate of oil consumption over the mileage interval.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11433214

**Incident Date** July 3, 2021

**Complaint Date** September 16, 2021

**Consumer Location** CINCINNATI, OH

**Vehicle Identification Number** KM8J2CA40KU****

**Summary of Complaint**

The contact owns a 2019 Hyundai Tucson. The contact stated that the vehicle was consuming oil. The contact stated while her daughter was driving approximately 40 MPH, the RPM increased from 2,000 to 3,000 RPM. There was no warning light illuminated. The vehicle was taken to the local dealer where they were unable to duplicate the failure. The vehicle was not diagnosed or repaired. The vehicle was taken back to the local dealer and diagnosed that an oil change was needed, and the PCV valve needed to be replaced. The vehicle was repaired however, the failure recurred. Additionally, while her daughter was driving the vehicle hesitated and failed to accelerate. The vehicle was taken back to the local dealer and it was determined that an oil consumption test needed to be performed. The manufacturer was notified however, no further assistance was provided. The failure mileage was approximately 41,580.


**NHTSA ID Number:** 11433465

**Incident Date** September 17, 2021

**Complaint Date** September 18, 2021

**Consumer Location** GLEN BURNIE, MD

**Vehicle Identification Number** KM8J3CA49HU****

**Summary of Complaint**

My car was purchased brand new in November of 2017. It has 71k mikes on it and has been regularly maintained. I began To notice around 50k miles that the oil was brining

at an accelerated amount. My car required oil before the designated 5k miles and it would begin "clicking" which alerted me to this issue. September 17, 2021 I was Driving and my vehicle failed to accelerate and began making noises that resembled the oil issue. My car had a full synthetic oil change less than 3k miles ago and by the time I pulled Into my driveway the car stalled. Checked oil and it was low. Added 3 quarts of oil on 9/17/21 and left it to sit. 9/18/21 car started and was driven to car wash and was sitting idle for approximately 45 minutes and on drive home, stalled and had to have oil added again. No leaks were present at anytime and no smoke. Went to dealership where I purchased vehicle and was told they would need to do oil consumption test but that would require me driving it 1k miles up to three times. I explained that my vehicle was breaking down and I was Fearful to drive it. In fact I bought A new car on 9/18/21 and have to get this car fixed to sell. Dealership said this is a known problem and no other way to assess than for me to drive the car the 1k miles and test it. It is still under warranty. I was also informed of an ABS issue that they can fix at same time. While all of these issues are going on, no check engine light or any other diagnostic symbol appears. This makes it hard to even catch before getting to the point of stalled engine. This can be a danger to myself, family and others when car stalls on major highway.

**NHTSA ID Number:** 11434799

**Incident Date** August 28, 2021

**Complaint Date** September 28, 2021

**Consumer Location** MOUNT HOREB, WI

**Vehicle Identification Number** KM8J3CA4XJU****

**Summary of Complaint**

The Engine check engine light activated and within a few miles while accelerating from a stop sign the engine had very little power, just missed a colision by cross traffic. Upon inspection the engine had very little engine oil. There was no indication

of low oil pressure, and the oil was changed at regular intervals as recommended by Hyundai. This vehicle HAS EXCESSIVE OIL CONSUMPTION AND THERE IS NO INDICATION WHEN IT IS GETTING VERY LOW UNTIL THE ENGINE FAILS TO RESPOND.

**NHTSA ID Number:** 11436571

**Incident Date** October 13, 2021

**Complaint Date** October 13, 2021

**Consumer Location** EGG HARBOR CITY, NJ

**Vehicle Identification Number** KM8J23A47HU****

**Summary of Complaint**

My car was towed to the dealership because the oil light came on. There was no oil in the vehicle, even though I adhered to the oil change schedule recommended by Hyundai. I then had two series of oil consumption tests completed and it was determined that my car was burning approximately 1 quart to 1.5 quarts of oil every 1,000 miles. Hyundai advised me on several occasions that this was normal consumption and even advised this on today's date, even though there is an active recall for this issue.

**NHTSA ID Number:** 11437539

**Incident Date** September 1, 2021

**Complaint Date** October 20, 2021

**Consumer Location** Unknown

**Vehicle Identification Number** KM8J33A28HU****

**Summary of Complaint**

My 2017 Hyundai Tucson 1.6 L Turbo has been stalling, bumping, knocking, and using copious amounts of oil for the past several months. I checked the oil level and discovered that the engine had nearly completely run out of oil. I immediately brought

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the vehicle to my local dealership and they seemed completely mystified by the problem. They advised that I run the car through an expensive oil consumption diagnostic test. I did not, opting instead to do some research myself. Lo and behold, I quickly discovered that both Hyundai corporate and local franchisees have been well aware of the issue for some time. It involves connecting rod bearing failure. A class action suit was filed over the issue in California federal court and Hyundai corporate agreed to fix the problem through a voluntary settlement. Unfortunately, that settlement only covered Tucson models before and after my model year. If you wish to learn more about this issue, it has its own website (HyundaiThetaEngine Settlement.com). To further complicate matters, Hyundai corporate has in the interim issued a voluntary recall for my model year 2017. Unfortunately, it appears my specific model may be excluded. I can be reached at [XXX] or at [XXX]. Please get back to me ASAP, preferably before my car completely runs out of oil and the engine explodes. Thank you for your time. INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

**NHTSA ID Number:** 11443042

**Incident Date** December 8, 2021

**Complaint Date** December 8, 2021

**Consumer Location** COTTEKILL, NY

**Vehicle Identification Number** km8j3ca48hu****

**Summary of Complaint**

I am filing a complaint regarding my 2017 Hyunda Tucson engine; I am very concerned about the recall 209 that was released in September 2021, 3 months ago, regarding an engine recall due of premature wear of the connecting rod bearings that can cause engine fire. My vehicle has had significant oil consumption issues for the last 1.5 years, causing me to have to put oil in the car regularly between oil changes, irregular engine noise, oil pressure light illumination as well as engine hesitation and

stalling. Each of these things are related to the symptoms cited as an engine issue related to recall 209. There is no remedy available for this issue and no timeline for when one will be released. It is extremely concerning to be driving a vehicle with an engine that may catch fire and I have had zero success in gaining more information from my local dealership or Hyundai Customer Care Center.

**NHTSA ID Number:** 11447104

**Incident Date** January 10, 2022

**Complaint Date** January 11, 2022

**Consumer Location** EMMETT, ID

**Vehicle Identification Number** Km8jtcaf0fu****

**Summary of Complaint**

Oil consumption. Why is my car using so much oil? I do regular oil changes and I'm always 1 -2 quarts low when I go in for my oil changes. Last oil change. I was told to come back in 1000 miles. I'm 300 miles shy of that and I checked it and I was already a quart low. With all the complaints that I've just read. You'd think you a recall be done. Or taking the cars off the market. What I'm a supposed to do in the meantime about this? Help!! Emmett Idaho

**NHTSA ID Number:** 11450097

**Incident Date** February 2, 2022

**Complaint Date** February 3, 2022

**Consumer Location** NEW BERLIN, WI

**Vehicle Identification Number** KM8J3CA2XGU****

**Summary of Complaint**

3 safety concerns with the vehicle- 1) - the front passenger side door will not open from time to time when unlocked- you need to crank on the out side and inside handle at times to get the door to open. This is a concern if I were to ever get into an accident.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

210

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

The locking mechanism has had to be repaired on both rear doors for the same issue-potentially keeping a passenger from exiting the vehicle in the case of an emergency. 2) the car jerks when accelerating from a complete stop every single time you drive - and you have to put your foot way down (like slamming down) on the gas pedal in order to get up to the right speed… (I have never had to do this in the other 4 vehicles we own - only in the Hyundai) 3) oil consumption concern. The car is using way too much oil then it should. I change the oil every 5000 miles and it is going into Hyundai 2/4/2022 in West Allis, WI for an oil change - (and to get the passenger door fixed) I had to add oil on 2/2/2022 because the oil level warning light came on - and it was almost empty. I'll be requesting an oil consumption test. This should be covered by Hyundai due to this being a safety concern with the engine. This has been the worst vehicle e have ever owned. I have 3 daughters that drive this vehicle and it scares me thinking that if one were to ever get into an accident that they or one of their friends would be seriously injured - for either A- not being able to get out of the vehicle or B- the engine starting on fire due to the oil consumption problem.

**NHTSA ID Number:** 11451013

**Incident Date** February 2, 2022

**Complaint Date** February 8, 2022

**Consumer Location** PITTSBURGH, PA

**Vehicle Identification Number** KM8J3CA46GU****

**Summary of Complaint**

We purchased a 2016 Hyundai Tuscon in July 2020 from Key Hyundai Milford Ct. We have become aware of serious engine problems with the vehicle such as, severe oil consumption, sudden stalling and loss of power at traffic stops, loud continuous rattling from the engine compartment. We took the vehicle to a mechanic her in Pittsburgh where we now live and were told that there appears to be a serious problem with connecting rods and that we may end up having to replace the engine at our own

**SECOND AMENDED CLASS ACTION COMPLAINT**

expense. We have had this vehicle for only 3,00 miles and one and a half years, we were never notified of the engine issues. We were assured that the vehicle had been well maintained and was in perfect condition. We are writing to see if this its under the CT Lemon Law and/or if there specific remedies that we can pursue. We tried contacting the dealership but we received absolutely no assistance and washed their hands of any responsibility. Thank you in advance for any assistance that you can provide, [XXX] INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

**NHTSA ID Number:** 11452867

**Incident Date** February 17, 2022

**Complaint Date** February 18, 2022

**Consumer Location** GLENSIDE, PA

**Vehicle Identification Number** KM8J3CA23GU****

**Summary of Complaint**

The engine has been consuming too much oil for a few months now. Most recently, an oil change was done on 2/17/2022 after driving 879 miles by an independent mechanic, and there was only 2.5 quarts of oil left. This occurred after the Hyundai dealer said that it passed an oil consumption test. Also on two occasions, the dashboard lights and headlights went out while driving, then came back on moments after. This has not been replicated. The vehicle is available for inspection upon request.

**NHTSA ID Number:** 11453538

**Incident Date** January 7, 2022

**Complaint Date** February 22, 2022

**Consumer Location** CHULA VISTA, CA

**Vehicle Identification Number** KM8J33A29HU****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

Engine oil consumption, engine noise, loss of power, no acceleration, shaking while under acceleration, while under acceleration stalling, engine failure.

**NHTSA ID Number:** 11450623

**Incident Date** February 5, 2022

**Complaint Date** February 5, 2022

**Consumer Location** HOUSTON, TX

**Vehicle Identification Number** KM8J33A23GU****

**Summary of Complaint**

I purchased the car in June 2021and took the car back within the month due to the driver door having issues locking and unlocking. Today on 2/5/22 as i was driving my car on the express way my engine light,battery light and oil light came on and my car began to shake. As i got off the express way my car cut off in the middle of traffic while i had 2 kids in the car in the city of Houston…. In October i was told that i was having oil consumption issues and was having to take my car back every 1,000 miles. And then was told that'll it'll be $900 to get a decombustion cleaning. I am unsure of why my car has stopped today. I'll be back to let y'all know.

**NHTSA ID Number:** 11454191

**Incident Date** February 18, 2022

**Complaint Date** February 25, 2022

**Consumer Location** TOWSON, MD

**Vehicle Identification Number** Km8jtcaf2eu****

**Summary of Complaint**

56k ish miles on my car, 2nd owner. Oil pressure light flickered on and off about .5 miles from home after 20 mile highway drive, steady on when pulled into driveway. Turned off car immediately. Have noticed excessive oil consumption but check and

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

top off frequently. Topped off less than 200 miles prior. About halfway or less since last oil change mileage wise from what I recall. Checked oil and about halfway between bottom and top markers on dipstick. Took to dealer Monday (.8 miles from home). Oil light did not come back on. Dropped off. Dealer said light came on shortly after driving. Said problem could be caused by "aftermarket" oil filter aka not a OEM filter. Said would do oil & filter change to see if resolved. Yesterday (Thursday) said oil & filter change complete & oil light not on. Reiterated previously mentioned concern of engine failure and potential accident. Service advisor said hyundai will not entertain engine replacement unless oil consumption gets documented. Oil consumption test to be completed after 1000 miles or until low oil levels noticed/oil pressure light illuminates. Will pick up tomorrow to see what happens. Engine is covered under newly extended warranty if failure occurs. Service advisor says nothing else was checked internally, spark plugs, etc. as this would incur engine being taken apart and extra charges prior to hyundai "entertains" covering engine replacement etc. Although no failure has occurred yet I'm worried something will and it will result in something potentially catastrophic for not only the engine/car but myself.

## Kia Vehicles

### *2010-2021 Kia Forte*

**NHTSA ID Number:** 10510076

**Incident Date** December 13, 2012

**Complaint Date** May 2, 2013

**Consumer Location** CHINO HILLS, CA

**Vehicle Identification Number** KNAFU4A27D5****

**Summary of Complaint**

2013 KIA FORTE. CONSUMER WRITES IN REGARDS TO MAJOR ENGINE DEFECTS. *SMD THE CONSUMER STATED THREE WEEKS AFTER HER DAUGHTER PURCHASED THE VEHICLE, THE CHECK ENGINE LIGHT

ILLUMINATED AND THE VEHICLE OVERHEATED. THE VEHICLE
STARTED TO MALFUNCTION AND BECAME DIFFICULT TO CONTROL.
SMOKE AND A VERY STRONG BURNING ODOR EMITTED FROM THE
ENGINE. THE VEHICLE WAS TOWED TO THE DEALER FOR AN
INSPECTION. THE RADIATOR WAS FOUND TO BE FAULTY. SINCE THE
REPAIRS WERE MADE, THE VEHICLE WAS BURNING EXCESSIVE
AMOUNT OF OIL, WHICH REQUIRED ADDING OIL TO KEEP IT AT FULL
LEVEL. THE TAIL PIPE WAS DARK BLACK AND HEAVILY SOILED, WHICH
INDICATED THE VEHICLE STILL HAD A SERIOUS PROBLEM. ONE MONTH
LATER, THE CONSUMER EXPERIENCED DELAYED ACCELERATION

**NHTSA ID Number:** 11193384

**Incident Date** March 22, 2019

**Complaint Date** April 2, 2019

**Consumer Location** SOMERSET, WI

**Vehicle Identification Number** KNAFX5A8XG5\*\*\*\*

**Summary of Complaint**

WHILE DRIVING MY VEHICLE LOSES POWER WHILE GOING ABOVE 65
MPH AND SHUTTERS WHEN LOSING POWER. IT ALSO BURNS 1/2 QUART
OF OIL PER WEEK WHILE DRIVING OR IN USE. ALSO WHEN REFILLING
OIL THERE IS A WHITE SUBSTANCE ON THE DIPSTICK WHEN CHECKING
THE OIL LEVELS. WHEN IT LOSES POWER WHILE IN MOTION THE
ELECTRONICS DIM OR FLICKER. THIS HAVE BEEN ON GOING FOR ABOUT
3 WEEKS NOW. THIS IS AN APPARENT ENGINE FAILURE LIKE OTHER
FORTE'S.

**NHTSA ID Number**: 11234448

**Incident Date** July 24, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

215

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Complaint Date** July 24, 2019

**Consumer Location** SURGOINSVILLE, TN

**Vehicle Identification Number** KNAFX4A85E5****

**Summary of Complaint**

CAR CONSUMING OIL WITHIN SHORT TIMEFRAME. NO LEAKS AND
HAVE TO ADD A QUART EVERY FEW DAYS. CAR IS NOW COMPLETELY
UNDRIVEABLE, CAR STOPPED ACCELERATING ABOUT 2 MONTHS AGO
AND NO CODES ARE FLASHING AND NO CHECK ENGINE LIGHT. CAR
HESITATES TO ACCELERATE AND IS VERY NOISY. REPLACED SPARK
PLUGS AND COIL PACK AND PROBLEM PERSISTS, THIS CAR IS NOW
UNSAFE TO DRIVE BECAUSE IT WILL NOT ACCELERATE AND CONSUMES
UNHEALTHY AMOUNTS OF OIL.


**NHTSA ID Number:** 11280338

**Incident Date** November 14, 2019

**Complaint Date** November 15, 2019

**Consumer Location** SURGOINSVILLE, TN

**Vehicle Identification Number** KNAFX4A85E5****

**Summary of Complaint**

AFTER REPAIRING MY CAR THE FIRST TIME 3 MONTHS AGO FOR SOME
MAJOR CATALYTIC CONVERTER ISSUES CAUSING THE CAR NOT TO
RUN, MY CAR HAS NOW COMPLETELY SEIZED UP. SINCE MY CAR HAS
HIT 120K MILES IT HAS BEEN CONSUMING AN ALARMING AMOUNT OF
OIL. THERE WERE NO LEAKS THAT COULD BE IDENTIFIED AND NO
MAJOR ISSUES AT THE TIME EXPLAINING THE OIL CONSUMPTION ISSUE.
I HAVE HAD TO CONTINUOUSLY PUT QUARTS AND QUARTS OF OIL IN
THIS VEHICLE AND HAD REPAIRED THE CAT CONVERTER ISSUE ALONG
WITH REPLACING THE SPARK PLUGS AND THE WIRING AND THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   NORMAL TUNEUPS. AS I WAS DRIVING DOWN THE ROAD YESTERDAY I

2   NOTICED THAT MY CAR WAS NOT ACCELERATING AS IT NORMALLY

3   DOES SO I PULLED OVER AND TO MY SURPRISE THE OIL I HAD JUST PUT

4   IN IT WAS COMPLETELY GONE, NO LEAKS, NO LIGHTS, NO WARNINGS,

5   NO INDICATION AS TO WHAT WAS GOING ON. I THEN PUT 2 QUARTS OF

6   OIL IN THE CAR AND DROVE HOME AND REALIZED THE CAR WAS

7   RATTLING A LITTLE BIT, I LET IT SIT IN PARK WHILE ON AND THEN

8   HEADED OUT DOWN THE ROAD WHERE THE CAR MADE A LOUD HISS

9   NOISE AND JERKED ACROSS THE ROAD. MY ENGINE HAD SEIZED UP

10  WITH NO EXPLANATION AND ALMOST CAUSED ME TO WRECK. I NOW

11  HAVE A VEHICLE WITH A SEIZED ENGINE AND STILL OWE 7K ON IT. I

12  REALLY HOPE THAT THESE YEAR/MAKE/MODEL IS LOOKED INTO

13  BECAUSE THIS COULD HAVE BEEN POTENTIALLY DANGEROUS AND IT

14  IS NOT FAIR TO THE PEOPLE WHO HAVE SPENT THEIR HARD EARNED

15  MONEY ON A BRAND NEW CAR.

16

17  **NHTSA ID Number:** 11341458

18  **Incident Date** April 9, 2020

19  **Complaint Date** July 25, 2020

20  **Consumer Location** TOQUERVILLE, UT

21  **Vehicle Identification Number** KNAFX4A89E5\*\*\*\*

22  **Summary of Complaint**

23  ENGINE HAS BEEN USING OIL FOR LAST 15 TO 20,000 MILES

24  APPROXIMATELY 1 QUART EVERY THOUSAND MILES. ENGINE STARTED

25  TO KNOCK ABOUT 120000 MILES. OIL CHANGED RELIGIOUSLY EVERY 3

26  TO 4000 MILES. I I'M A PROFESSIONAL MECHANIC AND ENGINE

27  MACHINIST DISASSEMBLED THE ENGINE FOUND CONTAMINATION IN

28  BEARINGS, MAIN BEARINGS AND ROD BEARINGS. UNUSUAL WEAR NOT

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   GENERALLY SEEN IN OTHER MANUFACTURERS ENGINES.

2

3   **NHTSA ID Number:** 11390262

4   **Incident Date** July 20, 2019

5   **Complaint Date** January 27, 2021

6   **Consumer Location** FITCHBURG, MA

7   **Vehicle Identification Number** KNAFX4A8XE5****

8   **Summary of Complaint**

9   PURCHASED ON JUNE 27 2019. 3 WEEKS LATER I STOPPED BY

10  DEALERSHIP FOR ASSISTANCE IT'S BEEN A NIGHTMARE SINCE. CAR

11  HAD BEEN CONSUMING OIL AND I'VE SPENT THOUSANDS OF DOLLARS

12  FOR REPAIRS. JUST HAD MASTER MECHANIC REPLACING CATALYTIC

13  CONVERTER AND IT'S ALREADY PLUGGED. KAY ON BOTH ACCOUNTS

14  ASSURED ME NOTHING WRONG, NICE CAR HAS 23 BRAINS IT'S THE

15  ECHO DRIVE. ENGINE LIGHT BLINKS AND NO ONE CAN GET A CODE

16  READING, NO ONE BUT KIA. BOTH SERVICE REP, TYLER AND KIA

17  CONSUMER AFFAIRS AGENT, DEAN THOUGHT I WAS, AND REFERRED TO

18  ME AS WHARTON WHOM PURCHASED THE CAR 2014 AND HAD ENGINE

19  PROBLEMS ACCORDING TO THESE INDIVIDUAL THAT THOUGHT I WAS

20  THERE FOR SAME REASON. DEAN FROM KIA CONSUMER AFFAIRS

21  SPECIFICALLY TOLD ME DURING A PHONE CONVERSATION DEC 2020,

22  AND VERIFYING MY VIN NUMBER THAT MY VERTICAL WAS IN FACT ON

23  RECALL LIST. I CALL JAN 20TH 2021 AND TOLD I WAS NOT AND CASE

24  WAS CLOSED DUE TO I BEING INFORMED OF RECALL TO WHICH I

25  CALLED AFTER SEEING ARRIVAL ON LINE. I'M ADVISED TO GO ON YOUR

26  WEBSITE WITH MY VIN NUMBER AND FIND OUT IF I'M PART OF RECALL.

27  I AM NOT. WHY????. THIS CAR OBVIOUSLY IS DEFECTIVE IF I'M

28  THOUGHT TO BE SHANNON TRYING TO TAKE KIA FOR A RIDE AND I'M

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE 3RD OWNER WITH SAME PROBLEM AS PRIOR OWNERS. THIS CAR IS
NOT SAFE. I'VE TURNED TO KIA TO BEGIN WITH AND PAID FOR
COMPRESSION TESTS, REPLACED CATALYTIC CONVERTER OVER 1000.00
DOLLARS AND IT NEEDS REPLACING AGAIN DUE TO OIL CONSUMPTION.
FACT IS I WAS SOLD A CAR WITH ENGINE PROBLEMS AND HAVE
ALMOST BEEN REAR END DUE TO POWER LOSS, LIMP MODE TYLER
CALLED IT... IT'S NOT SAFE. WHAT CAN I DO NOW I KNOW I'M OUT
9000.00 DOLLARS ON THIS CAR ON MY SSDI PAY. MUCH MORE DETAILS
DOCUMENTED WHO WHAT WHEN HERE AND WHAT WAS SAID. TIMES
AND DATES FOR ENTIRE DURATION OF EVENTS STARTING WITH KIRA
AT RON BOUCHARDS IN FITCHBURG MASS JULY OF 2019 AND OCT
2020.*DT CONSUMER STATED SHE WOULD LIKE THE COMPLAINT TO BE
REMOVED FROM PUBLIC VIEWING.*JB*DT CONSUMER STATED KIA HAS
NO RECALL ON THE VEHICLE EVEN THOUGH OIL LEAK IS RECALLED
AND WILL NOT MAKE A RECALL APPOINTMENT.*JB

**NHTSA ID Number:** 11425012

**Incident Date** May 15, 2017

**Complaint Date** July 15, 2021

**Consumer Location** NEW IBERIA, LA

**Vehicle Identification Number** knaFU6A25C5****

**Summary of Complaint**

The contact owns a 2012 Kia Forte. The contact stated while driving 60 MPH, he
heard an abnormal clattering sound coming from the engine. The check engine
warning light was illuminated. The vehicle was taken to the dealer who diagnosed that
no issues were found; however, the engine oil was changed. The contact stated that the
failure reoccurred while driving. The vehicle was taken back to the dealer who
informed the contact that he had to pay the cost for the oil change and an oil

consumption would be performed. The contact declined. The contact stated that the failure persisted. The vehicle was taken back to the same dealer several times and the engine was replaced. The manufacturer was made aware of the failure and advised that the vehicle could not be repaired under an unknown recall unless the VIN was included. A case was opened. The vehicle was not repaired. The approximate failure mileage was 77,000.

**NHTSA ID Number:** 11438643

**Incident Date** October 29, 2021

**Complaint Date** October 29, 2021

**Consumer Location** ALBERTVILLE, AL

**Vehicle Identification Number** knafx4a82e5****

**Summary of Complaint**

The contact owns a 2014 Kia Forte. The contact received notification of NHTSA Campaign Number: 20V750000 (Engine). The contact stated that while driving at an undisclosed speed, knocking noises were heard and the vehicle was consuming excessive amounts of engine oil after she checked the oil level. The vehicle was taken to the dealer and the dealer performed an engine and oil consumption test. The vehicle passed the engine test but failed the oil consumption test. The dealer updated the Knock Sensor Detection System (KSDS) software. The dealer informed the contact to bring the vehicle back after 1,000 miles for the oil consumption test. The contact took the vehicle back to the dealer after driving the vehicle for 1,000 miles and the vehicle failed the oil consumption test. The dealer informed the contact that they would not perform another oil consumption test and the engine would not be replaced since the vehicle had passed the engine test prior and they only replaced seized engines. The vehicle was not repaired. The manufacturer was made aware of the failure and informed the contact that they would contact the dealer. The failure mileage was approximately 68,000.

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11438635

**Incident Date** October 29, 2021

**Complaint Date** October 29, 2021

**Consumer Location** ARLINGTON, TX

**Vehicle Identification Number** KNAFX4A87E5****

**Summary of Complaint**

Oil Consumption. Having to put about 3 quarts of oil in before the next recommended oil change. Have been doing that for the last 6+ months.

**NHTSA ID Number:** 11446670

**Incident Date** December 19, 2021

**Consumer Location** GARY, IN

**Vehicle Identification Number** 3kpfl4a70je****

**Summary of Complaint**

The contact owns a 2018 Kia Forte. The contact stated while driving at 10 MPH, the vehicle was approaching a train track when the vehicle suddenly lost motive power and stalled. No warning lights were illuminated. The contact was able to restart the vehicle and continue to drive to her residence. The contact had the vehicle towed to the local dealer to be diagnosed. The contact was informed that due to low oil consumption, the engine needed to be replaced. The vehicle was not repaired. The manufacturer was made aware of the failure. The failure mileage was approximately 51,000.

**NHTSA ID Number:** 11455345

**Incident Date** October 12, 2021

**Complaint Date** March 5, 2022

**Consumer Location** DOWNINGTOWN, PA

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** KNAFX4A88E5\*\*\*\*

**Summary of Complaint**

Had major oil consumption issues, 2+ quarts a week with no visible drips, puddles or misting. Dropped off at dealer when on vacation. Dealer insisted that problem was oil pan and they insisted that it was the source of leak despite my protests. I was told that "...at any rate, Kia will not authorize engine replacement". No change to consumption after picking up car. KSDS software update performed. Flashing CEL and breakdown on highway several months later. Different dealer diagnosed needed repair as "engine replacement". Neither dealer nor Kia consumer care (KCAC) would do ANYTHING to take care of problem. Ignored my letter, and stiff-armed at every step. BTW, I bought 2 brand new cars from this dealership. Terrible quality and even worse customer service, if that is possible. Clearly this is a known issue and Kia is doing their darnedest to not have to add the Forte model to their recall as this is their biggest seller with this engine. Shame on Kia, their dealer network and the US consumer affairs agencies and NHTSA for not making this happen!

### _2011-2020 Kia Optima and Optima Hybrid_

**NHTSA ID Number:** 10781443

**Incident Date** September 21, 2015

**Complaint Date** October 12, 2015

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 5XXGM4A79DG\*\*\*\*

**Summary of Complaint**

I HAD MY OIL CHANGE AND TWO DAYS LATER THE OIL LIGHT CAME ON SO I TOOK IT BACK TO PIT STOP 500 AND HE'S SAID IT WAS LOW SO HE CHECK THE CAR SAID HE DIDN'T SEE ANY OIL LEAKS IF THE OIL LIGHT COMES ON AGAIN TAKE IT TO KIA. WHEN I LEFT THERE WHILE I WAS

DRIVING I COULD SEE WHITE SMOKE COMING OUT MY PIPES. I TOOK IT TO THE KIA DEALERSHIP AND THEY SAID THE OIL WAS LOW PUT OIL IN IT AGAIN AND SAID DRIVE IT 500 MILES AND IF THE OIL LIGHT COME ON BRING IT BACK. WHILE DRIVING IT HOME IT STALLED IT WOULDN'T GO OVER 30 MILES AND WHITE SMOKE WAS COMING OUT THE PIPES SO I MADE A APPOINTMENT AND TOOK IT BACK NOW THE DEALERSHIP SAYS IT IS SLUDGE IN THE OIL. I HAD DID SOME RESEARCH AND DISCOVER TEN KIA WITH THE SAME EXACT PROBLEM AND SIX OF THEM ARE KIA OPTIMA

**NHTSA ID Number:** 10820571

**Incident Date** January 6, 2016

**Complaint Date** January 15, 2016

**Consumer Location** PERKIOMENVILLE, PA

**Vehicle Identification Number** 5XXGR4A6XCG****

**Summary of Complaint**

SUDDEN ENGINE FAILURE WITHOUT WARNING LIGHTS. KNOCKING SOUND. PARKED CAR AND HAD TOWED TO DEALER. CAR HAS 63,000 MILES ON IT. DRY OF OIL, AND OIL WAS CHANGED WITHIN PAST SIX WEEKS. SAME ENGINE (THETA II) FROM SAME PLANT (ALA) AS THE HYUNDAI SONATAS COVERED BY RECENT RECALL. SYMPTOMS ARE ALSO THE SAME. KIA REFUSING COVERAGE UNDER WARRANTY BECAUSE NOT ORIGINAL OWNER. WORKING THROUGH THEIR CONSUMER AFFAIRS TO ESCALATE. SO FAR, NO RESULTS. I BELIEVE WE ARE SEEING AN IDENTICAL PROBLEM IN MY CAR WITH IDENTICAL ENGINE TO SONATA AND KIA SHOULD FIX

**NHTSA ID Number:** 10825370

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

223

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   **Incident Date** January 30, 2016

2   **Complaint Date** February 10, 2016

3   **Consumer Location** SAGINAW, MI

4   **Vehicle Identification Number** KNAGM4A74B5\*\*\*\*

5   **Summary of Complaint**

6   MY 2011 OPTIMA HAD 106,214 MILES AND WAS ALMOST DUE FOR

7   ANOTHER 3000 MILE OIL CHANGE (WHICH WAS DONE REGULARLY) AND

8   WITHOUT ANY WARNING LIGHTS, SOUNDS, SMELLS ETC. IT STALLED

9   OUT WHILE DRIVING I WAS ABLE TO PULL IN A PARKING LOT. I TRIED

10  TO START IT AND IT WOULD NOT START. I CALLED THE KIA DEALER

11  THAT WAS NOT EVEN A MILE AWAY AND THEY SAID THEY WERE

12  CLOSED AND COULD NOT LOOK AT IT. SO I HAD IT TOWED TO ANOTHER

13  GARAGE, THEY LOOKED AT IT AND SAID THE ENGINE WAS "SHOT" IT

14  DID NOT HAVE OIL IN THE TOP (?) THEY ALSO SAID THAT THE ONLY

15  REPLACEMENT ENGINE THEY COULD FIND WOULD BE CLOSE TO

16  $3000.00 AND WAS OUT OF STATE, SO I WOULD HAVE TO PAY SHIPPING

17  AS WELL AS LABOR. I SINCE HAVE HAD IT TOWED TO MY HOME AND

18  HAVE LOOKED ONLINE FOR ENGINES AND HAVE FOUND HUNDREDS OF

19  COMPLAINTS ABOUT THIS HAPPENING TO OTHERS WITH THE SAME

20  YEAR AND MODEL OF CAR. I ALSO FOUND THAT THE SAME EXACT

21  ENGINE WAS PUT IN THE 2011 HYUNDAI SONATA, AND THAT IT WAS

22  RECALLED BY HYUNDAI. KIA KNOWS OF THIS PROBLEM AND HAS HAD

23  MANY COMPLAINTS THAT ARE ALMOST EXACT WITH VEHICLES WITH

24  EVEN LOWER MILEAGE AND STILL REFUSES TO RECALL THE ENGINE.

25

26  **NHTSA ID Number:** 10861177

27  **Incident Date** April 25, 2016

28  **Complaint Date** April 25, 2016

224

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** SOUTH BOSTON, MA

**Vehicle Identification Number** KNAGM4A72B5\*\*\*\*

**Summary of Complaint**

TL\* THE CONTACT OWNS A 2011 KIA OPTIMA. THE CONTACT STATED THAT WHILE DRIVING OVER 55 MPH, THE ENGINE WOULD BEGIN TO RUMBLE. AFTER INSPECTING THE VEHICLE IT WAS DISCOVERED THAT NO OIL WAS PRESENT. THE CONTACT INDICATED THAT THE LOW OIL SENSOR WARNING LIGHT HAD NOT ILLUMINATED TO ALERT OF THE ISSUE. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 78,000. UPDATED 09/08/16\*LJ \*TR

**NHTSA ID Number:** 10873337

**Incident Date** March 5, 2016

**Complaint Date** June 8, 2016

**Consumer Location** MANDEVILLE, LA

**Vehicle Identification Number** KNAGN4A73B5\*\*\*\*

**Summary of Complaint**

IN MARCH 2016, OUR KIA OPTIMA SEIZED ON THE ONRAMP TO THE I-10 SPEED GOING AT 45 MPH WITHOUT ANY WARNING. WHEN IT STALLED THE CAR IN BACK OF US NEARLY HIT US. THERE WAS NO WARNING THE ENGINE WAS FAILING AS IN SIGNS OR WARNING LIGHT. AFTER GETTING TOWED TO THE MECHANIC, THE INSPECTION FOUND THAT ONLY 1 CUP OF OIL WAS FOUND IN THE ENGINE. THE ENGINE HAD NO SIGNS OF ENGINE PROBLEMS OR OIL LEAK. MAINT. PER OWNER'S MANUAL WAS DONE SINCE I BOUGHT THE CAR BRAND NEW IN 2011. WE WERE VERY LUCKY NO ONE WAS HURT SERIOUSLY AND WAS GRATEFUL THAT WE

WERE ABLE TO MOVE TO THE SHOULDER WITH NO POWER. KIA DID NOT ASSIST IN ANYWAY AS GOODWILL DUE TO FACT WE WERE JUST OUTSIDE OF THE WARRANTY. PLEASE INVESTIGATE THIS SAFETY ISSUE WITH KIA ENGINES.

**NHTSA ID Number:** 10873241

**Incident Date** May 5, 2016

**Complaint Date** June 8, 2016

**Consumer Location** ALISO VIEJO, CA

**Vehicle Identification Number** 5XXGN4A75EG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA OPTIMA. WHILE DRIVING 40 MPH, THE ENGINE OIL WARNING LIGHT ILLUMINATED AND BLACK SMOKE EMITTED FROM THE EXHAUST. THE VEHICLE WAS TAKEN TO A DEALER ON MULTIPLE OCCASIONS WHERE IT WAS DIAGNOSED THAT THE ENGINE OIL NEEDED TO BE REPLENISHED. THE VEHICLE WAS REPAIRED; HOWEVER, THE FAILURE PERSISTED. THE VEHICLE WAS TAKEN BACK TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 33,550.

**NHTSA ID Number:** 10886002

**Incident Date** July 14, 2016

**Complaint Date** July 19, 2016

**Consumer Location** LAS VEGAS, NV

**Vehicle Identification Number** 5XXGN4A72DG****

**Summary of Complaint**

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  CAR WAS RUNNING FINE OR SO I THOUGHT AND @ 1 WEEK AFTER
2  GETTING MY OIL CHANGED THERE WAS EXCESSIVE EXHAUST/SMOKE
3  AND MY SON AND I THOUGHT IT MIGHT BE BAD GAS OR CLOGGED
4  INJECTORS. WE DROVE IT TO AZ AND BACK TO NV. CAR SEEMED TO
5  RUN OK AT THAT POINT THEN MY DAUGHTER TOOK IT TO CA AND THE
6  OIL LIGHT STARTED FLICKERING ON AND OFF AND FINALLY THE
7  ENGINE LIGHT CAME ON. SHE TOOK IT TO A JIFFYLUBE WHERE THEY
8  SAID IT HAD NO OIL. WHAT?!?!?! THE OIL WAS JUST CHANGED AT 47,000
9  MILES. PUT 4 QTS IN AND TOOK IT AAA TO RUN AN ENGINE
10 DIAGNOSTIC. SAID EVERYTHING WAS FINE ACCORDING TO THE CODE
11 THEY GOT AND RESET THE ENGINE LIGHT. WRONG AGAIN.. DAUGHTER
12 DROVE AWAY AND SAME PROBLEM. TOOK IT BACK TO AAA WHERE
13 THEY DETERMINED IT WAS AN INTERNAL ENGINE PROBLEM AND TO
14 TAKE IT TO THE DEALERSHIP. SLUDGE EVERYWHERE IN THE ENGINE.
15 MY CAR ONLY HAS 48,000 MILES ON IT AND I HAVE THE OIL CHANGED
16 AS SCHEDULED. WAITING TO HEAR WHAT KIA IS GOING TO DO, BUT
17 FROM THE SOUNDS OF THE PRIOR COMPLAINTS, THEY ARE NOT GOING
18 TO HONOR THEIR WARRANTY. I CAN'T AFFORD $5,000+ TO REPLACE THE
19 ENGINE IN MY CAR. THIS IS SO RIDICULOUS. THEY NEED TO HONOR
20 THEIR WARRANTY FOR THEIR [XXX] ENGINES. *TR PARTS OF THIS
21 DOCUMENT HAVE BEEN REDACTED TO PROTECT PERSONALLY
22 IDENTIFIABLE INFORMATION PURSUANT TO THE FREEDOM OF
23 INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

24

25 **NHTSA ID Number:** 10905914
26 **Incident Date** May 13, 2016
27 **Complaint Date** September 12, 2016
28 **Consumer Location** RALEIGH, NC

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

227

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1 **Vehicle Identification Number** KNAGR4A62B5****

2 **Summary of Complaint**

3 THE ENGNE LOCKED UP AT 87K! I HAD NO OIL IN IT

4

5 **NHTSA ID Number:** 10911281

6 **Incident Date** September 23, 2016

7 **Complaint Date** October 3, 2016

8 **Consumer Location** YUKON, OK

9 **Vehicle Identification Number** 5XXGM4A70DG****

10 **Summary of Complaint**

11 GDI ENGINE BURNS OIL, CONNECTING ROD FAILED. WHITE SMOKE, AND

12 MAKES WEIRD NOISE UNDER HOOD WHEN GETS TO 60MPH

13

14 **NHTSA ID Number:** 10914937

15 **Incident Date** March 15, 2016

16 **Complaint Date** October 6, 2016

17 **Consumer Location** PRESCOTT VALLEY, AZ

18 **Vehicle Identification Number** N/A

19 **Summary of Complaint**

20 DRIVING HOME FROM THE STORE LAST NIGHT AND MY CAR STARTED

21 SPUTTERING AND STALLING, A CLOUD OF WHITE SMOKE CAME FROM

22 MY EXHAUST PIPES. I PARKED IT CALLED MY DAD AND HE TOLD ME TO

23 CHECK THE OIL. THERE WAS BARELY ANY OIL ON THE DIPSTICK EVEN

24 THOUGH I HAD JUST GOT MY OIL CHANGED 10 DAYS EARLIER. I HAD

25 THE COMPANY THAT CHANGED MY OIL CHECK IT OUT. THEY TOLD ME

26 IT WAS SOMETHING INTERNALLY CAUSING THE OIL TO BURN OFF

27 THEREFORE IT WAS A MANUFACTURERS ISSUE AND IT SHOULD BE

28 COVERED UNDER WARRANTY. I HAD IT TOWED TO THE CLOSEST KIA

1   DEALERSHIP AND WAITING TO HEAR WHAT THEIR DIAGNOSIS IS. MY

2   CAR ONLY HAS 55,000 MILES ON IT, I HAVE ONLY HAD IT A LITTLE OVER

3   A YEAR AND I BOUGHT IT BRAND NEW.

4

5   **NHTSA ID Number:** 10914937

6   **Incident Date** March 15, 2016

7   **Complaint Date** October 9, 2016

8   **Consumer Location** PRESCOTT VALLEY, AZ

9   **Vehicle Identification Number** N/A

10   **Summary of Complaint**

11   IN MARCH OF 2016 MY 2013 KIA OPTIMA DIED AT AN INTERSECTION IN

12   TOWN. THERE WAS NO PRIOR WARNING OF ANY MALFUNCTION, (NO

13   LIGHTS, NO ABNORMAL BEHAVIORS), BUT THE OIL LIGHT DID COME ON

14   VERY BRIEFLY RIGHT BEFORE THE ENGINE DIED. I PUT GAS AND 1

15   QUART OF OIL IN THEN JUMPED THE BATTERY AND DROVE THE CAR TO

16   THE NEAREST KIA DEALERSHIP. KIA INFORMED ME THAT I NEEDED A

17   NEW BATTERY AND THAT MY OIL WAS TOO THICK, DIRTY, AND

18   VISCOUS AND THAT I NEEDED TO HAVE AN OIL CHANGE AND HAVE A

19   SPECIAL TREATMENT PUT IN THE CAR, (SEAFOAM), TO HELP CLEAN THE

20   ENGINE OUT. WE WERE INSTRUCTED TO BRING THE CAR BACK IN 500

21   TO 1000 MILES (AGAINST MANUFACTURERS RECOMMENDATIONS), TO

22   FLUSH THE TREATMENT OUT OF THE ENGINE AND CHANGE THE OIL

23   AGAIN. WE RETURNED WITH THE CAR A LITTLE OVER 500 MILES LATER

24   AND KIA INFORMED US THAT IT NEEDED ANOTHER SPECIAL

25   TREATMENT BECAUSE THE OIL REREMAINED DIRTY SO THEY PUT

26   ANOTHER TREATMENT IN THE CAR AND THEN INSTRUCTED US TO

27   BRING IT BACK AGAIN IN 500 TO 1000 MILES BUT AFTER 4 DAYS THE

28   CAR STARTED MAKING A VERY LOUD TAPPING NOISE COMING FROM

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

229

THE ENGINE AND SOON AFTER THE ENGINE WAS RUINED ALL TOGETHER DUE TO A FAULTY CONNECTING ROD BEARING IN THE CRANKSHAFT. WHEN WE DRAINED THE OIL 4 DAYS AFTER KIA CHANGED IT , IT WAS BLACK, THIN LIKE WATER AND FULL OF DIRT AND SEDIMENT. AFTER THE LOUD ENGINE NOISES BEGAN I BROUGHT THE CAR BACK TO KIA WHO THEN INFORMS ME IT WOULD COST ANOTHER $350 TO DIAGNOSE WHAT WAS WRONG WITH THE ENGINE. FEELING LIKE THEY HAD TREATED THE ENGINE IMPROPERLY ALREADY I HAD THE CAR TOWED TO A PRIVATE MECHANIC AND DECLINED ANY MORE OF THEIR SERVICES. I HAD COMPLETED MY OIL CHANGES ON TIME DESPITE NOT HAVING MY RECORD AT THE TIME OF MY SERVICE HOWEVER KIA REFUSED TO HONOR MY EXPENSIVE EXTENDED WARRANTY STATING THAT I COULD NOT HAVE POSSIBLY DONE THE OIL CHANGES AT REGULAR INTERVALS DUE TO THE HIGH AMOUNT OF SLUDGE IN THE ENGINE.

**NHTSA ID Number:** 10916674

**Incident Date** September 12, 2016

**Complaint Date** October 17, 2016

**Consumer Location** HAPPY VALLEY, OR

**Vehicle Identification Number** KNAGN4A76B5****

**Summary of Complaint**

2 ISSUES WITH 2011 KIA OPTIMA @ 101,987 MILES. QUICK BURNING OF OIL (CAUSING OIL TO BURN UP AND HAVING CAR OWNER DEAL WITH TOPPING OFF OIL LEVELS) AND GRADUAL "TICKING" SOUND FROM ENGINE THAT RESULTS IN ENGINE SHUTDOWN AS CAR IS IN MOTION PROB #1: MY KIA BURNING THRU OIL AT HIGH TEMP-I PERFORMED EACH AND EVERY OIL CHANGE PAYING OVER $70 FOR TOP QUALITY

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1    OIL. ISSUE WITH OIL GRADUALLY BECAME WORSE. I HAD TO BUY MY

2    OIL IN BETWEEN CHANGES TO KEEP ADDING OIL TO ENGINE, MADE

3    MISTAKE IN BLAMING OIL CHANGE COMPANIES, WASTED TIME AND

4    MONEY IN HAVING OIL CHANGED SOONER THEN 3,000 MILES. OIL CAN

5    HENRY STATED THAT THEY BELIEVED KIA ENGINE RAN ON HIGH TEMP

6    WHICH WAS BURNING OIL 2X FASTER THEN ANY CAR. PROBLEM #2:

7    "TICKING" SOUND FROM ENGINE, THAT GRADUALLY FOR LOUDER,

8    FINALLY CAUSED ENGINE TO SHUT DOWN (CHARACTERISTICS ARE

9    DECEIVING CAR OWNER ASSUMES BATTERY ISSUES/ KIA MECHANICS

10   BLAME BAD BATTERY) THIS IS NOT THE CASE! I HAVE AAA WITNESS

11   MY CAR ISSUES, AND CAR STILL HAD ISSUES AFTER NEW BATTERY

12   WAS INSTALLED, WHICH KIA MECHANICS STILL BLAMED BATTERY.

13   CAR SHUTDOWN IS NOT BATTERY SINCE ALL INSIDE LIGHTS, RADIO

14   ETC STILL FUNCTION AND WHEN CAR DIED DURING DRIVING IT STILL

15   ALLOWED ME TO "COAST" HOME AT 3 MPH. THE DAY MY CAR DIED,

16   THERE WAS ALREADY A NEW BATTERY IN CAR. I CAME OUT TO LEAVE

17   FOR DOC APPOINTMENT, CAR LIGHTS CAME ON/RADIO ON BUT ENGINE

18   BARELY START, IF IT DID START CAR ENGINE DIED, IT WAS AS IF

19   ENGINE BARELY STARTED AND COULDN'T MAINTAIN ITSELF. I MISSED

20   A URGENT APPOINTMENT(IAM DISABLED). CALLED AAA, THEY

21   CONFIRMED BATTERY AT 100%. WE TRIED EVERYTHING POSSIBLE, AAA

22   GUYS SAID HORRIBLE NOISE FROM ENGINE, AFTER 20 TRIES I WAS

23   BARELY ABLE TO REVIVE IT ENOUGH TO TEST DRIVE. DROVE AROUND

24   MY BLOCK DOWN THE STREET AND AFTER 10 MIN CAR DIED, BUT NOT

25   COMPLETELY. ALTHOUGH I COULDN'T ACCELERATE, CAR "DRIFTED" AT

26   2-3 MPH. I TURNED ON ER LIGHTS, COASTED HOME IN 1 HOUR. *TR

27

28   **NHTSA ID Number:** 10916696

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Incident Date** October 13, 2016

**Complaint Date** October 18, 2016

**Consumer Location** PHOENIX, AZ

**Vehicle Identification Number** 5XXGN4A7XDG****

**Summary of Complaint**

MY VEHICLE STARTED USING A LOT OF OIL AND WAS LOSING POWER UPON ACCELERATION. I HAD READ ONLINE THAT THERE WERE PROBLEMS WITH THE ENGINE AND I KEPT HOPING FOR A RECALL. HOWEVER, THE RECALL HASN'T HAPPENED AND I AM ALMOST AT 100,000 MILES. MY CAR STARTED MAKING A TICKING NOISE WHEN I WOULD ACCELERATE AND I HAD JUST HAD THE OIL CHANGED 3 WEEKS BEFORE. I CHECKED THE OIL AND IT WAS ALREADY VERY LOW. I TOOK IT TO THE DEALER AND THE DEALER SAYS THAT THE ENGINE NEEDS TO BE REPLACED AND IF I CAN GIVE THEM AT LEAST 13 RECEIPTS THEY'LL REPLACE IT UNDER THE WARRANTY THAT I PURCHASED. I DRIVE ALL OVER TOWN FOR WORK AND I HAVE MY OIL CHANGED WHEREVER I MAY BE. I WENT TO THE TWO PLACES THAT I HAVE GONE MOST FREQUENTLY BUT, ONE OF THEM SWITCHED THEIR COMPUTER SYSTEMS 3 MONTHS AGO AND ONLY HAS RECORDS FOR THE LAST THREE MONTHS AND THE OTHER PLACE CHANGED OWNERSHIP A YEAR AGO AND ONLY HAS 2 RECEIPTS FOR THIS YEAR. THEY'RE SAYING THAT I HAVE TO PAY FOR IT OUT OF POCKET.

**NHTSA ID Number:** 10918888

**Incident Date** September 15, 2016

**Complaint Date** October 25, 2016

**Consumer Location** Unknown

**Vehicle Identification Number** 5XXGM4A74EG****

SECOND AMENDED CLASS ACTION COMPLAINT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA OPTIMA. WHILE DRIVING 60 MPH, THE ENGINE OIL INDICATOR ILLUMINATED. THE CONTACT STATED THAT THE ENGINE WAS BURNING OIL EXTREMELY FAST. THE DEALER DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED DUE TO LOW MAINTENANCE OF HAVING THE OIL CHANGED. THE CONTACT WAS INFORMED THAT SHE NEEDED TO PROVIDE ALL DOCUMENTS OF PREVIOUS OIL CHANGE MAINTENANCE. DUE TO NOT HAVING THE OIL CHANGES PERFORMED AT A KIA CERTIFIED DEALER, THE CONTACT WAS OUT OF COMPLIANCE WITH THE WARRANTY. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 45,000.

**NHTSA ID Number:** 10924510

**Incident Date** November 1, 2016

**Complaint Date** November 6, 2016

**Consumer Location** WASHINGTON, IN

**Vehicle Identification Number** 5XXGM4A74CG****

**Summary of Complaint**

I BOUGHT MY 2012 KIA OPTIMA USED WITH 68K MILES ON IT IN MARCH 2016. I HAVE HAD THE CAR FOR ABOUT 8 MONTHS AND IT NOW HAS 80K MILES. THE CAR CONSUMES A LOT OF OIL. I HAVE GIVEN THE CAR 4 OIL CHANGES SINCE PURCGASE AND HAVE NOT SEEN WHERE IT MAY BE LEAKING OIL UNDERNEATH THE CAR. WHEN ACCELERATING, THERE ARE TIMES WHEN THEY CAR WILL STALL FROM A LACK OF POWER AND I WILL HEAR A TICKING SOUND WHEN IT STALLS. AFTER DOING SOME RESEARCH, I HAVE FOUND WHERE THIS IS A COMMON COMPLAINT WITH THIS, AND OTHER KIA MODELS', MOTOR. THIS IS MY ONLY

233
**SECOND AMENDED CLASS ACTION COMPLAINT**

1   TRANSPORTATION TO AND FROM WORK. I HAVE HAD THE CAR FOR 8

2   MONTHS AND HAD TO FINANCE THE ENTIRE COST. IF MY CAR'S

3   SYMPTOMS ARE SYNONYMOUS WITH THE OTHER COMPLAINTS, I

4   SUSPECT MY MOTOR WILL BE DONE WITH IN THE NEAR FUTURE AND I

5   ABSOLUTELY CANNOT AFFORD TO REPAIR OR REPLACE A NEW MOTOR!

6

7   **NHTSA ID Number:** 10927457

8   **Incident Date** November 11, 2016

9   **Complaint Date** November 22, 2016

10  **Consumer Location** NEWBURGH, NY

11  **Vehicle Identification Number** N/A

12  **Summary of Complaint**

13  TL* THE CONTACT OWNS A 2011 KIA OPTIMA. WHILE DRIVING

14  APPROXIMATELY 45 MPH, THE ENGINE STALLED WITHOUT WARNING.

15  THE VEHICLE DID NOT RESTART. THE VEHICLE WAS TOWED TO THE

16  DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE FAILED DUE TO

17  THE OIL CONSUMPTION AND THAT THE ENGINE NEEDED TO BE

18  REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER

19  WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE

20  MILEAGE WAS 80,000. THE VIN WAS NOT AVAILABLE.

21

22  **NHTSA ID Number:** 10983354

23  **Incident Date** November 26, 2016

24  **Complaint Date** May 3, 2017

25  **Consumer Location** CONWAY, AR

26  **Vehicle Identification Number** KNAGM4A70F5****

27  **Summary of Complaint**

28  ENGINE LIGHT CAME ON, THEN THE OIL LIGHT. I STOPPED TO CHECK

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  OIL. THERE WAS NO OIL ON THE DIPSTICK. I CHECKED FOR LEAKS.

2  FOUND NONE. I ADDED 2 QUARTS. THE ENGINE WAS KNOCKING. I TOOK

3  IT TO THE DEALERSHIP. MY CAR WAS UNDER WARRANTY. BUT

4  WOULDN'T REPLACE IT. IT WOULD COST ME $7200. SO I TRIED TO DRIVE

5  IT HOME, AND IT QUIT.THE ENGINE SHUT DOWN. I HAD TO HAVE IT

6  TOWED HOME. THIS WAS IN NOVEMBER 2016. AND IT IS STILL DOWN.

7  THEN I HEARD KIA IS GETTING A CLASS ACTION LAWSUIT AGAINST

8  THEM, FOR OIL FLOW ISSUES. I'M STILL PAYING ON THE CAR. I

9  FINANCED THROUGH MY CREDIT UNION. SO THEY ALREADY GOT THERE

10  MONEY. I THINK THAT IS WHY THEY ARE SCREWING ME OVER. TO BE

11  CLEAR I HAD JUST LEFT THE DEALERSHIP WHEN IT QUIT. IT NEVER

12  MADE A SOUND, THE DEALERSHIP HAD IT 3 DAYS.

13

14  **NHTSA ID Number:** 11047902

15  **Incident Date** September 25, 2017

16  **Complaint Date** November 21, 2017

17  **Consumer Location** DALLAS, TX

18  **Vehicle Identification Number** 5XXGM4A7XFG****

19  **Summary of Complaint**

20  I HAVE A 2015 KIA OPTIMA WITH 24,300 MILES I PURCHASE MY CAR

21  BRAND NEW FROM SOUTHWEST KIA . I TOOK MY CAR IN FOR SERVICE

22  BECAUSE I HAD JUST RECENTLY HAD OIL CHANGE AT WALMART 700

23  MILES LATER MY OIL LIGHT STARTED APPEARING. I TOOK IT TO KIA

24  BECAUSE RECENTLY HAVING OIL CHANGE AND CAR WAS NO LONGER

25  REGISTERING OIL. KIA WENT ON TO TELL VERY LITTLE OIL WAS IN MY

26  CAR I INFORMED THEM THAT I HAD JUST HAD OIL CHANGED 700 MILES

27  AGO. SO FROM THERE DEALERSHIP DID OIL CHANGE. I WAS BACK AT

28  THE DEALERSHIP WEEK LATER WITH SAME ISSUE. SERVICE STATED

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  THAT HE FOUND SLUDGE AND I STATED THAT I HAVE HELD UP MY END
2  OF THE DEAL WITH OIL CHANGES AS WELL AS I PROVIDED MY RECEIPT
3  OR OIL CHANGES. DEALERSHIP IS NOT WILLING TO HOLD UP THERE
4  100,000 POWER TRAIN WARRANTY STATING THAT I WAS NOT GETTING
5  OIL CHANGED IN A TIMELY MANNER WHICH IS BS. I HAVE BEEN
6  RESEARCHING AND I FOUND OTHER 2015 KIA OPTIMA OWNER WERE
7  HAVING THE SAME ISSUE AS I AM HAVING WITH CAR EXCESSIVE OIL
8  USAGE,OIL SLUDGE AND ENGINE PROBLEMS AS I AM. I HAVE BEEN IN
9  CONTACT WITH KIA CONSUMER DEPT FOR HELP. I HAVE ALSO BEEN IN
10 CONTACT WITH CHANNEL 11 AND CHANNEL 4 CONSUMER JUSTICE DEPT.
11 I HAVE ATTACHED COPIES OF OTHER OWNERS WITH THE SAME ISSUE.
12 YOU WE WORK HARD TO PAY FOR AND TO HAVE A RELIABLE
13 TRANSPORTATION FOR THE DEALERSHIP NOT TO HOLD UP THERE END
14 OF THE DEAL. I BELIEVE THAT KIA IS AWARE OF THESE ISSUES AND
15 NEGLECTING TO HELP THE BUYERS WHO HAVE PURCHASE THESE CARS.
16 IT'S STRANGE THAT I FOUND TEN OTHER 2015 KIA OPTIMA OWNERS
17 WITH EXACT SAME ISSUE. 2014 MODELS HAVE ALREADY HAD A RECALL
18 I THINK 2015 MODEL SHOULD BE INCLUDED TO THE RECALL. I HAVE
19 ATTACHED OTHER KIA OWNERS COMPLAINTS AND ISSUES WITH THIS
20 MODEL CAR.

21

22 **NHTSA ID Number:** 11105145
23 **Incident Date** June 28, 2018
24 **Complaint Date** July 2, 2018
25 **Consumer Location** AUSTIN, TX
26 **Vehicle Identification Number** N/A
27 **Summary of Complaint**
28 TL* THE CONTACT OWNS A 2011 KIA OPTIMA. THE CONTACT STATED

THAT THE VEHICLE MADE AN ABNORMAL NOISE FROM THE ENGINE COMPARTMENT. UPON INSPECTION, THE CONTACT NOTICED THAT THE VEHICLE HAD NO ENGINE OIL. THE ENGINE OIL INDICATOR ILLUMINATED. PRIOR TO THE FAILURE, THE VEHICLE WAS TAKEN TO KIA OF SOUTH AUSTIN (5306 S IH 35 FRONTAGE RD, AUSTIN, TX) WHERE IT PASSED AN INITIAL ENGINE INSPECTION PER NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE VEHICLE WAS TAKEN BACK TO THE DEALER WHERE THE OIL CONSUMPTION FAILURE WAS CONFIRMED AND OIL WAS ADDED TO THE VEHICLE. THE DEALER INFORMED THE CONTACT THAT FURTHER EVALUATIONS WOULD HAVE TO BE PERFORMED, WHICH REQUIRED THEM TO CONTINUE TO OPERATE THE VEHICLE. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND ADVISED THE CONTACT TO FOLLOW THE DEALER'S TESTING PROCEDURES. THE FAILURE MILEAGE WAS APPROXIMATELY 93,000. THE VIN WAS NOT PROVIDED.

**NHTSA ID Number:** 11144006

**Incident Date** October 30, 2018

**Complaint Date** October 30, 2018

**Consumer Location** PEACHTREE CORNERS, GA

**Vehicle Identification Number** KNAGM4A72D5****

**Summary of Complaint**

CAR BURNING THROUGH OIL EVERY 20 DAYS TO THE POINT THE OIL IS COMPLETELY EMPTY. STARTED A OIL CONSUMPTION TEST ON OCTOBER 1, 2018. OIL LIGHT CAME ON BY OCTOBER 20, WPQ8. I CONTACTED DEALERSHIP ABOUT OIL LIGHT HOWEVER THEY STATED I MUST WAIT 30 DAYS AND DO NOT TOP OFF CAR WITH OIL. I DECREASED DRIVING THE NEXT 10 DAYS TO PREVENT DAMAGE. I WENT BACK

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   AFTER OVER 1,000 MILES AND 30 DAYS ON OCTOBER 30, 2018 TO KIA

2   DEALERSHIP IN CHAMBLEE, GA. WAS ONLY GIVEN A OIL CHANGE AND

3   ADDITIVE. CAR DEALERSHIPS STATED THAT THIS IS HOW MY CAR IS

4   AND I WILL NEED TO FREQUENTLY DO OIL CHANGES.

5

6   **NHTSA ID Number:** 11162973

7   **Incident Date** December 21, 2018

8   **Complaint Date** December 21, 2018

9   **Consumer Location** WAVERLY, IA

10  **Vehicle Identification Number** 5XXGM4A72FG****

11  **Summary of Complaint**

12  CAR USED TO COMMUTE 50 MILES EACH DAY TO WORK AND BACK.

13  ENGINE STARTED CONSUMING A LOT OF OIL (A QUART EACH WEEK).

14  KIA DEALER SAID ENGINE IS BLOWN.

15

16  **NHTSA ID Number:** 11203134

17  **Incident Date** December 28, 2018

18  **Complaint Date** April 23, 2019

19  **Consumer Location** BISMARCK, AR

20  **Vehicle Identification Number** 5XXGN4A70DG****

21  **Summary of Complaint**

22  I OWN A 2013 KIA OPTIMA. THE FIRST TIME I NOTICED THE ISSUE, I WAS

23  DRIVING ON THE INTERSTATE MILES FROM HOME ON A FAMILY TRIP. I

24  NOTICED THE OIL LIGHT FLICKERING WHEN I DEPRESSED THE

25  ACCELERATOR, AND ALSO SMELLED SOMETHING BURNING FROM

26  ENGINE COMPARTMENT. I PULLED OFF AT THE NEAREST SERVICE

27  STATION AND CHECKED THE OIL AND FOUND NO OIL ON THE DIPSTICK

28  OTHER THAN SOME BURNT OIL RESIDUE. THE STRONG BURNING SMELL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

238
**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1 AND SMOKE WAS COMING FROM THE OPENING. I IMMEDIATELY ADDED

2 OIL AND HAVE BEEN KEEPING A CLOSE EYE ON IT EVER SINCE. I

3 CONTACTED THE DEALER AND HAVE LEARNED OF THE MANY

4 PROBLEMS THAT KIA OWNERS ARE HAVING WITH THESE PARTICULAR

5 ENGINES. THE DEALERSHIP CONDUCTED A OIL CONSUMPTION TEST

6 AND DETERMINED THE CAR IS LOSING A LITTLE OVER A QUART OF OIL

7 EVERY 1000 MILES OR SO, BUT ISN'T LEAKING ANYWHERE. I HAVE READ

8 MANY OF THE STORIES OF ENGINE FAILURES AND FIRES CAUSED BY

9 THIS AND I DO NOT WANT TO EXPERIENCE THIS WHILE ON THE ROAD

10 WITH MY FAMILY. THIS CAR ONLY HAD ABOUT 107,000 MILES ON IT

11 WHEN I FIRST NOTICED THIS OIL CONSUMPTION PROBLEM. THIS

12 VEHICLE HAS BEEN WELL MAINTAINED AND SHOULD NOT BE GOING

13 THROUGH OIL LIKE THIS WITH SO LITTLE MILES ON IT. THE

14 DEALERSHIP IS TELLING ME THAT THERE IS NO WARRANTY THAT

15 COVERS THIS AND NO RECALLS HAVE BEEN ISSUED DESPITE ALL OF

16 THE TROUBLE KIA OWNERS ARE HAVING. I DON'T TRUST THE CAR ON

17 THE ROAD WITH MY FAMILY AND I DON'T KNOW WHERE ELSE TO TURN.

18 PLEASE HELP WITH THIS. THANK YOU!

19

20 **NHTSA ID Number:** 11172747

21 **Incident Date** May 9, 2017

22 **Complaint Date** January 29, 2019

23 **Consumer Location** ORANGE, TX

24 **Vehicle Identification Number** 5XXGN4A76FG****

25 **Summary of Complaint**

26 MY CAR IS USING OIL BUT ITS NOT LEAKING OIL BUT EVERYTIME I GET

27 A OIL CHANGE ITS OLNY A QUART IN MY CAR MAYBE. I HAVE TO GET

28 MY OIL CHANGED EVERY MONTH TO MAKE SURE I HAVE OIL IN MY

**SECOND AMENDED CLASS ACTION COMPLAINT**

CAR CAUSE IT STOPPED ON ME AND I HAD TO GET IT TOWED HOME THEY PUT OIL IN IT A LIL LATER AND IT STARTED WORKING AGAIN. BUT NO WARNING LIGHTS OR OIL INDICATORS COME ON I NEED TO KNOW WHY AND WHY IS THIS OIL BURNING OFF MY ENGINE AM I IN ANY DANGER IF MY CAR CATCHING FIRE?? PLEASE I NEED TO KNOW CAUSE THIS HAS BECOME EXPENSIVE TO GET MY OIL CHANGED EVERY MONTH IT JUST BURBS THE OIL UP I DONT KNOW WHY?? PLEASE IF U COULD HELP ME UNDERSTAND THIS WOULD BE HELPFUL AND WHAT SHOULD I DO ABOUT IT WILL BE GREATLY APPRECIATED. THANK YOU SO MUCH.

**NHTSA ID Number:** 11175053

**Incident Date** February 1, 2019

**Complaint Date** February 7, 2019

**Consumer Location** INDEPENDENCE, LA

**Vehicle Identification Number** 5XXGT4L35GG****

**Summary of Complaint**

I CHANGE MY OIL CHANGE IN MY KIA OPTIMA 16 OIL GET LOW BEFORE 3000MILE IT LOSE OIL BEFORE IT REACH 3000 MILES IT LOSE 2 QUART OIL

**NHTSA ID Number:** 11241598

**Incident Date** May 1, 2019

**Complaint Date** August 4, 2019

**Consumer Location** LAWRENCEVILLE, GA

**Vehicle Identification Number** KNAGM4A7XB5****

**Summary of Complaint**

AT APPROXIMATELY 97,000 MILES, MY CAR BEGAN TO BURN AN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

240

**SECOND AMENDED CLASS ACTION COMPLAINT**

EXCESSIVE AMOUNT OF ENGINE OIL. BEING THAT MY CAR HAD A WARRANTY UP TO 100K MILES, I IMMEDIATELY REPORTED THE ISSUE TO KIA. THEY CONTINUOUSLY REPORTED THAT THEY WOULD NEED TO EVALUATE THE OIL CONSUMPTION AT 1,000 MILE INCREMENTS. I REPORTED MY CONCERNS IN REGARDS TO THE PROCESS POSSIBLY EXTENDING BEYOND THE 100K MILE LIMITS OF MY WARRANTY. I WAS INFORMED THAT THE ENGINE RECALL WOULD BE AN OPTION IF I EXCEEDED 100K MILES. UPON EXCEEDING 100K MILES, KIA REPORTED THAT THE OIL CONSUMPTION WAS THE PRODUCT OF "CHEAP OIL" AND KIA WOULD NOT BE RESPONSIBLE FOR THE EXCESSIVE OIL BURN. AFTER VERIFYING THAT MY MOST RECENT OIL CHANGES WERE PERFORMED BY KIA, I WAS TOLD THAT EXCESSIVE OIL CONSUMPTION WAS NO LONGER A PROVISION OF THE RECALL.

**NHTSA ID Number:** 11244770

**Incident Date** June 18, 2019

**Complaint Date** August 18, 2019

**Consumer Location** HOUSTON, TX

**Vehicle Identification Number** KNAGM4A79F5****

**Summary of Complaint**

I WAS DRIVING MY CAR ON THE FREEWAY AND WHEN THE SPEED HIT 60MPH THE CAR STALLED AND ALOT OF SMOKE CAME OUT OF THE EXAUST. THE CARD BEHIND ME HAD TO SLOW DOWN. I MANAGED TO PULL OVER TO THE SIDE AND THE CHECK ENGINE LIGHT CAME ON AND THE CAR SHUT OFF. I TURNED IT ON AND THE CHECK ENGINE LIGHT WAS NOT ON ANYMORE AND THE CAR MADE SMOKE. I CALLED COMUNITY KIA ON BAYTOWN AND THEY SAID THERE WAS A BAD PCV VALAVE THAT HAD TO BE REPLACED. I PAID FOR IT AND THEY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

REPLACED IT AND AS I DROVE OFF HOME THE CAR KEPT DOING THE SAME AND STALLING. I CALLED THE DEALER AND THEY TOLD ME THEY HAD TO DO AN OIL CONSUMPTION TEST. THE FIRST TEST MY CAR WAS LOW 2 QUARTS AND THEY SAID THE CAR WAS FINE. "IT LOST 2 QUARTS BUT WE DONT KNOW WHERE ITS GOING" I TOLD HER IT DIDNT FEEL SAFE TO DRIVE I DIDNT WANT IT TO CATCH FIRE AND SHE SAID THE CAR WAS FINE. THAN I DROVE IT 600 MILES AND THE CAR THREW A WHOLE LOT MORE SMOKE AND THE ENGINE WAS KNOCKING AND I TOOK IT BACK TO THE DEALER. THEY SAID IT WAS FINE AND THE SMOKE I CLAIMED WAS COMING OUT WAS NOT. THAT THE TECHNICIANS TURNED IT ON AND DROVE IT DID NOT SEE ANY SMOKE. I SHOWED UP TO THE DEALER AND TURNED IT ON AND SMOKE CAME OUT AND PRESSED ON THE GAS AND A HUGE CLOUD CAME OUT. THEY TOLD ME IT WAS UNBELIEVABLE. SO NOW THEY WANT ME TO GET A NEW ENGINE AND SAY ITS BECAUSE I FAILED TO DO THE OILCHANGE.

**NHTSA ID Number:** 11265790

**Incident Date** October 2, 2019

**Complaint Date** October 2, 2019

**Consumer Location** YORK, PA

**Vehicle Identification Number** 5XXGN4A77CG****

**Summary of Complaint**

THERE ARE TWO (2) ISSUES THAT ARE POSSIBLY CONNECTED. THE FIRST IS EXCESSIVE OIL CONSUMPTION. THE KIA DEALERSHIP CONFIRMS THAT I AM USING APPROXIMATELY 1 QUART PER 250 MILES, BUT THEY STATE THAT THEY CANNOT DO ANYTHING FOR THE ISSUE. ADDITIONALLY, THE CAR HAS ALSO BECOME SLUGGISH. ACCELERATION TIME HAS BEEN GREATLY INCREASED AND CAR

HESITATES WHEN THE GAS PEDAL IS DEPRESSED. BOTH OF THESE ISSUES HAVE ME CONCERNED FOR MY SAFETY IN NORMAL DRIVING CONDITIONS AND ALSO WHEN I NEED TO ACCELERATE QUICKLY.

**NHTSA ID Number:** 11268026

**Incident Date** October 9, 2019

**Complaint Date** October 11, 2019

**Consumer Location** CANFIELD, OH

**Vehicle Identification Number** KNAGM4A76F5****

**Summary of Complaint**

AFTER SEVERAL TRIPS TO MY DEALERSHIP ABOUT ENGINE PROBLEMS, FROM ENGINE SMOKE, LOSS OF POWER, ENGINE KNOCKING, CHUGGING WHEN I'M DRIVING AS IF IT WERE GOING TO STALL. THEY TURNED ME DOWN SO I'VE HAD NO OTHER OPTION THAN TO DEAL WITH IT . NOW MY CAR IS BURNING OIL, ABOUT A QUART A WEEK. IT CONSTANTLY SMELLS OF BURNING OIL AND THE CHUGGING WHEN DRIVING THE CAR HAS GOTTEN WAY WORSE TO WHERE IT FEELS LIKE MY CAR IS ABOUT TO COMPLETELY STALL AND SHUT OFF. I COULD DRIVE IT 5 MINUTES OR FOR AN HOUR AND IT ACTS THE SAME. I DO NOT FEEL SAFE EVEN DRIVING THIS CAR ANYMORE. PLEASE DO SOMETHING ABOUT THIS.

**NHTSA ID Number:** 11289071

**Incident Date** November 27, 2019

**Complaint Date** December 14, 2019

**Consumer Location** NORTH LITTLE ROCK, AR

**Vehicle Identification Number** 5XXGN4A77DG****

**Summary of Complaint**

OIL CONSUMPTION ISSUES: I GOT AN OIL CHANGE ON 11/27/19 I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  EXPLAINED THAT I HAD TO PUT OIL IN IT SEVERAL TIMES IN BETWEEN

2  OIL CHANGES. THE PERSON AT KIA TOLD ME TO COME BACK IN 1000

3  FOR THEM TO CHECK IT (NOT TO ADD OIL) I CHECKED IT THE MORNING

4  12/8/19 AT 900 MILES - IT WAS UNDER THE LOW MARK AND I WAS 2

5  HOUR AWAY FROM HOME. I TOOK IT BACK TO KIA ON MONDAY

6  EVENING 12/9/19 ALMOST 1200 MILES FROM THE LAST OIL CHANGE.).

7  PERSON AT KIA STAID I WAS DOWN 2 LITERS (VERY LITTLE OIL ON THE

8  END OF THE DIP STICK . THE OIL LIGHT DID NOT COME ON, BUT IT DID

9  FLICKER A FEW LIGHT ON MY 2 HOUR DRIVE HOME ) ' KIA ADVISED I'M

10 OVER MY 100,000 MILES AND THAT'S NOT PART OF THE ENGINE RECALL.

11 I WENT HOME, CHECKED THE INTERNET AND THERE TENS OF

12 THOUSANDS OF BLOG ABOUT OIL CONSUMPTION. 1 DAY AGO THERE

13 WAS A NEW STORY, WHERE KIA DENIED A PERSON CLAIM AFTER THE

14 ENGINE SEIZED. AN INSPECTION FOUND A HOLE IN THE ENGINE BLOCK.

15 THE MECHANIC WROTE IN A REPORT THAT IT WAS MOST LIKELY

16 CAUSED BY A LACK OF LUBRICATION; THEREFORE KIA DID NOT PAY.

17 KIA IS AWARE OF THE OIL CONSUMPTION ISSUES. MY LOCAL

18 DEALERSHIP RECEIVED HUNDRED'S OF COMPLAINTS BUT I WAS TOLD

19 THERE IS NO RECALL FOR THAT ISSUE. IF YOU GET IT CHECKED IT'LL

20 READ FOR A DIFFERENT ISSUE OTHER THAT THE CURRENT ENGINE

21 RECALL; IT WILL MISS UP YOUR CHANCES OF GETTING A NEW ENGINE

22 WHEN IT SEIZES UP.) I DON'T FEEL LIKE I'M SAFE IN THIS VEHICLE AND

23 KIA'S STILL PLAYING RUSSIAN ROULETTE WITH OUR LIVES.

24

25 **NHTSA ID Number:** 11291016

26 **Incident Date** September 25, 2019

27 **Complaint Date** December 24, 2019

28 **Consumer Location** LEHIGHTON, PA

**Vehicle Identification Number** 5XXGN4A73DG****

**Summary of Complaint**

TOLD I NEED A NEW ENGINE BUT IT WOULD NOT BE COVERED. I CALLED KIA AND THEY SAID TO GET A SECOND OPINION. MY ENGINE IS GETTING WORSE IN THE MEANTIME AND IT CONCERNS ME TO DRIVE IT. FROM A QUART AFTER 800 MILES TO 2.5 QUARTS AFTER 950 MILES IN ONLY A COUPLE OF MONTHS. WAS TOLD PIL CONSUMPTION IS NOT PART OF THE CURRENT RECALL, THOUGH MANY MECHANICS HAVE TOLD ME OTHERWISE. I HAVE LESS THAN 100K MILES ON IT MY CAR SHOULD NOT BE DOING THIS!

**NHTSA ID Number:** 11301929

**Incident Date** October 15, 2016

**Complaint Date** January 26, 2020

**Consumer Location** KIRBYVILLE, TX

**Vehicle Identification Number** 5XXGM4A79FG****

**Summary of Complaint**

EXCESSIVE OIL CONSUMPTION WITH NO LEAKS VISIBLE

**NHTSA ID Number:** 11315515

**Incident Date** February 29, 2020

**Complaint Date** March 2, 2020

**Consumer Location** MONROE, GA

**Vehicle Identification Number** 5XXGM4A72DG****

**Summary of Complaint**

HEARD ABOUT RECALL ON NEWS FOR 2013 KIA OPTIMA ON SATURDAY, 2.29.2020. FOR ENGINE FIRES. DEALERSHIPS WERE ALREADY CLOSED. CALLED RICK CASE KIA FIRST THING THIS MORNING, 3.1.2020. LARRY IN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  THE SERVICE DEPARTMENT WAS VERY RUDE AND SAID HE WASN'T

2  SURE WHAT I WAS TALKING ABOUT, THEY DO NOT KNOW OF ANY

3  RECALLS. VERY DISMISSIVE. I'M NOT QUITE SURE HOW KIA KEEPS

4  GETTING AWAY WITH THESE TYPES OF THINGS. YOU WANT ME TO KEEP

5  MY FAMILY IN A DEATH TRAP? GTFOH. THIS IS THE 4TH OR 5TH MAJOR

6  RECALL ON MY CAR. ONE OF THE OTHER MAJOR RECALLS WAS FOR

7  METAL SHAVINGS IN THE OIL. AFTER BULLDOG KIA, THEY WERE

8  GREAT, REPLACED THE ENTIRE ENGINE, MY CAR STARTED EATING OIL

9  LIKE CRAZY. I SWITCHED TO HIGH MILEAGE, FULL SYNTHETIC, 5W30

10  INSTEAD OF 5W20, OIL THINKING IT WOULD HELP SINCE IT HAS SO

11  MANY MILES ON IT. IT DIDN'T. YOU'RE SUPPOSED TO GET 5K MILES

12  WITH FULL SYNTHETIC BEFORE ANOTHER OIL CHANGE, MY CAR IS

13  COMPLETELY OUT OF OIL WITHIN 2K MILES. SO I'M ADDING OIL

14  MYSELF BETWEEN OIL CHANGES. WHEN CONTACTING RICK CASE KIA, I

15  WAS TOLD "JUST LET IT BLOW UP BECAUSE WE DO NOT COVER OIL

16  CONSUMPTION". TO ME, THIS IS ABSOLUTELY ABSURD. I'VE SPENT

17  MONEY ON THIS CAR. THIS IS MY FAMILY'S CAR, THIS IS HOW I GET TO

18  AND FROM WORK TO BE ABLE TO PAY FOR THIS [XXX] CAR....AND I GET

19  TOLD TO LET IT BLOW UP. PARTS OF THIS DOCUMENT HAVE BEEN

20  REDACTED TO PROTECT PERSONALLY IDENTIFIABLE INFORMATION

21  PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C.

22  552(B)(6).

23

24  **NHTSA ID Number:** 11316499

25  **Incident Date** March 3, 2020

26  **Complaint Date** March 6, 2020

27  **Consumer Location** KIRBYVILLE, TX

28  **Vehicle Identification Number** 5XXGM4A79FG****

246

**Summary of Complaint**

EXCESSIVE OIL CONSUMPTION. NO VISIBLE LEAKS, TOOK TO THE DEALER ONCE AND THEY REPLACED THE PCV VALVE. SINCE THAT POINT THE CAR USES A QUART WITHIN A WEEKS TIME. NO LEAKS, NO SMOKE. USED FOR ORDINARY EVERYDAY HIGHWAY DRIVING. 40 MILES A DAY ROUND TRIP

**NHTSA ID Number:** 11363950

**Incident Date** October 12, 2020

**Complaint Date** October 12, 2020

**Consumer Location** LEXINGTON, KY

**Vehicle Identification Number** 5XXGM4A74DG****

**Summary of Complaint**

EXCESSIVE ENGINE OIL CONSUMPTION. THE ENGINE USES 1 FULL QUART OF OIL EACH 500 MILES. IT IS A POLLUTION ISSUE AS WELL AS AN ENGINE ISSUES. CAR ONLY HAS 113,000 MILES. I CALLED KIA AND THE DEALER REPAIR DEPT. SAID THE RECALLS FOR ENGINE FAILURE ONLY COVERS BEARING WEAR AND NOT EXCESSIVE OIL CONSUMPTION. PLEASE HELP ME.

**NHTSA ID Number:** 11403594

**Incident Date** March 17, 2021

**Complaint Date** March 17, 2021

**Consumer Location** HERNDON, VA

**Vehicle Identification Number** 5XXGT4L37GG****

**Summary of Complaint**

VEHICLE STARTED BURNING OIL, COMPLETED OIL CONSUMPTION TEST. DEALERSHIP STATED THAT I HAVE TO GET A NEW ENGINE DUE TO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

SECOND AMENDED CLASS ACTION COMPLAINT

COMBUSTION RINGS PROBLEM.

**NHTSA ID Number:** 11404026

**Incident Date** March 19, 2021

**Complaint Date** March 20, 2021

**Consumer Location** RIVERSIDE, CA

**Vehicle Identification Number** 5XXGT4L36HG****

**Summary of Complaint**

ENGINE HAS TOO MUCH OIL CONSUMPTION , WENT TO DO MY OIL CHANGE 200 MILES BEFORE IT WAS DUE AND THE AUTOMOTIVE PLACE TOLD ME THERE WAS NO OIL ON MY DRIP STICK. ALSO HAVE A RATTLING NOISE IN MY ENGINE WHEN I ACCELERATE. NOISE HAS BEEN HAPPENING FOR A FEW MONTHS BUT THEY CAN'T SEEM TO FIND A PROBLEM.

**NHTSA ID Number:** 11404517

**Incident Date** March 25, 2021

**Complaint Date** March 25, 2021

**Consumer Location** WHITTIER, CA

**Vehicle Identification Number** 5XXGN4A78FG****

**Summary of Complaint**

2015 KIA OPTIMA. CONSUMER WRITES IN REGARDS TO RECALL NOTICES RECEIVED ON VEHICLE. *LD THE CONSUMER REQUESTED TO BE INVOLVED IN A CLASS ACTION SUIT FOR OIL CONSUMPTION. THE REQUEST WAS DENIED. THE VEHICLE HAD NOT BEEN REPAIRED. *JS

**NHTSA ID Number:** 11416342

**Incident Date** May 11, 2021

**Complaint Date** May 12, 2021

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** DECATUR, AL

**Vehicle Identification Number** 5XXGU4L33GG****

**Summary of Complaint**

MY 2016 KIA OPTIMA IS USING A QUART OF OIL EVERY 1000 MILES.THE DEALERSHIP SERVICE DEPARTMENT DID A OIL CONSUMPTION TEST AND CONFIRMED THE CAR WAS USING THAT MUCH OIL AND IT WAS NORMAL OIL USE ACCORDING TO KIA.I TOLD THEM I DIDN'T AGREE THAT IT WAS NORMAL AND THE SERVICE DEPARTMENT MAN AGREED IT WAS A LOT OF OIL TO USE BUT SAID HE HAD TO GO BY KIA'S GUIDELINES AND I COULD FILE A COMPLAINT ON THE KIA WEBSITE. I FILED A COMPLAINT WITH KIA AND WAS CONTACTED 3 WEEKS LATER AND TOLD THE SAME THING THAT 1 QUART OF OIL EVERY 1000 MILES WAS WITHIN KIA SPECIFICATIONS.THE CAR IS STILL UNDER THE 100,000 MILES EXTENSION WARRANTY AND THE DEALERSHIP HAS DONE ALL OIL CHANGES

**NHTSA ID Number:** 11416649

**Incident Date** May 14, 2021

**Complaint Date** May 14, 2021

**Consumer Location** LITHONIA, GA

**Vehicle Identification Number** KNAGM4A77D5****

**Summary of Complaint**

VEHICLE IS BURNING OIL VERY FAST AND REVING UP UNCONTROLLABLY. WAS INFORMED LAST SUMMER OF A RECALL ON ENGINE. TOON VEHICLE TO KIA AND THEY CONFIRMED THE VEHICLE ENGINE WAS BURNING OIL WAY TOO FAST. VEHICLE WAS BURNING OIL ALMOST COMPLETELY EMPTY IN ONLY 1,000 MILES. WHEN I FINALLY TOOK THE VEHICLE BACK TO HAVE KIA UPHOLD THE RECALL I WAS

TOLD THAT THEY UPDATED THE RECALL 2 DAYS BEFORE MY APPOINTMENT AND THEY WOULD NO LONGER FIX MY ENGINE DESPITE DISCOVERING THAT THERE WAS AN EXTREME OIL CONSUMPTION MALFUNCTION. HAVE TALKED TO MANY PEOPLE AND WAS TOLD BY KIA TO CONTACT THE BETTER BUSINESS BUREAU IF I WAS NOT HAPPY WITH THEIR DECISION. HAVE BEEN IN CONTACT WITH MULTIPLE PEOPLE SINCE LAST SUMMER AND KEEP BEING TOLD THAT THEY WOULD GET BACK TO US SOON. RECEIVED A CALL TODAY SAYING THAT I COULD PAY TO GET A NEW ENGINE AND THEN WHEN THEY FINALLY MAKE THE RECALL THEY WOULD PAY ME BACK IF THEY COULD PROVE THAT I NEEDED A NEW ENGINE BECAUSE OF KIA

**NHTSA ID Number:** 11422806

**Incident Date** June 27, 2021

**Complaint Date** June 29, 2021

**Consumer Location** HAZARD, KY

**Vehicle Identification Number** 5XXGM4A77FG****

**Summary of Complaint**

Engine oil consumption is extremely high with no leaks and caused damage to the engine. Causing car to quit and lose power. I have been doing my oil changes correctly.

**NHTSA ID Number:** 11424478

**Incident Date** June 24, 2021

**Complaint Date** July 12, 2021

**Consumer Location** HAGERSTOWN, MD

**Vehicle Identification Number** 5XXGU4L3XGG****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

My 2016 KIA was consuming 1 quart of oil every 500 miles in 2021. Called KIA dealer about oil consumption issue and they started 3-1000 mile oil consumption tests on 4/6/21 (miles 92,053). On the 1st 1000 mile test, 2 qts of oil were consumed. 2nd 1000 mile test 1.2 qts of oil were consumed. 3rd 1000 mile test 1.5 qts of oil were consumed. All results were reported to KIA. The 3rd oil consumption test was completed on 5/27/21 (miles 95,065) and I went home and checked the oil level on the dipstick, which was filled correctly to the full mark. On 5/28/21 the service mgr called to schedule an engine compression test on 6/8/21. On the morning of 6/8/21, I checked the engine oil and it was more than a qt low (miles 95,510) with only 445 miles since the oil was topped off. Delivered car to KIA for the engine compression test on 6/8/21, told service mgr of the 1 qt oil consumption in 445 miles, and he informed me that if the compression test is good, KIA will direct an engine cleaning procedure per KIA TSB 222. When TSB 222 was completed, they stated another 1000 mile oil consumption test had to be completed. On 6/9/21 I returned to the KIA dealer to pick up my car. Requested to check the engine oil level with the mechanic since this was the start of the 1000 mile test. The car was returned to the service floor, time was allowed for oil draindown, and the mechanic pulled the dipstick which indicated the oil was overfilled by approx 1/3 quart. Took a picture of the dipstick level. The service manager was told of the situation. No action was taken. They sealed the dipstick and I departed. Printed TSB 222 from NHTSA website. On 6/24/21 returned for 1000 mile check. I witnessed (took picture) mechanic check the oil and he said it was less than a qt. I showed service mgr the overfill picture. He change the consumption to 1 qt. Spoke with KIA mgr. He said another 1000 mile check was to be performed. Since TSB 222 states oil is to be filled to full mark, their test is invalid.

**NHTSA ID Number:** 11429086

**Incident Date** August 14, 2021

**Complaint Date** August 14, 2021

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Consumer Location** KANSAS CITY, MO

**Vehicle Identification Number** 5XXGW4L21GG****

**Summary of Complaint**

Oil consumption 2 Quarts every 1000 miles /sudden engine failure/ miss firing cylinders/blue smoke/ very hot engine

**NHTSA ID Number:** 11435959

**Incident Date** March 2, 2021

**Complaint Date** October 7, 2021

**Consumer Location** LEXINGTON, NC

**Vehicle Identification Number** 5XXGU4L37GG****

**Summary of Complaint**

The contact owns 2016 Kia Optima. The contact stated that after an oil change on the vehicle, the mechanic informed the contact that there was only a ½ quart of oil in the engine prior to the oil change. A few weeks after the oil change was performed, the check engine warning light illuminated. The contact pulled the vehicle over to the side of the road and checked and noticed that the oil level was very low. The contact added 4 quarts of oil to the engine to fix the failure however, the failure recurred. The contact was concerned about the excessive oil consumption. The vehicle was not diagnosed or repaired. The manufacturer was not made aware of the failure. The failure mileage was approximately 100,000.

**NHTSA ID Number:** 11437816

**Incident Date** October 22, 2021

**Complaint Date** October 22, 2021

**Consumer Location** WILLOWBROOK, IL

**Vehicle Identification Number** 5XXGT4L32HG****

**Summary of Complaint**

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

My Kia Optima was burning three (3) quarts of oil for every 1,200 miles driven. I brought the vehicle to Willowbrook Kia and they stated that they would need to do an oil consumption test. After the 1st test, it showed that I burned 3 quarts after 1,200 miles driven. Kia completed an intake carbon test and had me drive it for another 1,000 miles. After the 2nd test, it showed that I burned 1.5 quarts of oil after 1,000 miles. Willowbrook Kia stated that the engine needed to be replaced and it will be under warranty. They rented me a car which they paid for and it took me to call after 1 week in a half and they stated that the vehicle is not covered under warranty as I am the 2nd owner of the vehicle. The gentleman (Vic) at Kia told me the only way to get Kia to replace the engine is to drive it until their is no oil and the engine seizes. I explained to him that I drive on the expressway everyday and that is kind of like an accident waiting to happen. No accident has happened as of yet, but thought I would at least try and send a complaint your way. If there is nothing that can be done, I completely understand, but was trying to avoid a possible accident in the future.

**NHTSA ID Number:** 11439375

**Incident Date** November 1, 2021

**Complaint Date** November 4, 2021

**Consumer Location** EASTVALE, CA

**Vehicle Identification Number** 5XXGU4L31GG****

**Summary of Complaint**

My car has been burning oil and progressively got worse. The oil lamp light would only blink for a few seconds and turn off to indicate the oil tank was low. I would be around 3 quarts of oil low every 2,000 miles. I have taken my vehicle to the KIA dealership and started the process of a oil consumption test to build a case. After some maintenance work and coming due to check back with the dealer for the 3rd engine oil test, the engine light illuminated. I checked my oil level to make sure there was oil in there and after restarting my car the light turned off. 4 days later my car stalled when

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

253

**SECOND AMENDED CLASS ACTION COMPLAINT**

coming to a stop. After a few minutes I was able to power my car back on and drive it safely home. The car was taken to the Dealership I have been going to in San Bernardino. I let them know I had checked the oil dipstick after the engine light was on before the stall and they told me I would have to start the engine consumption test over for taking out the dipstick, altering the test. My car has been at the dealership for 4 days with no word on why my engine stalled but I can pick up my car today after they do an oil change to begin the oil consumption test again. They asked that I drive 1,000 miles and bring it back for a final check on the oil per KIA's instruction. In the meantime I have to hope that my car will not stall again possibly causing a wreck harming myself and others or that my engine will not fail before the 1,000 miles are up. If I make it to 1,000 I am hoping KIA will honor the powertrain warranty and fix the engine, but my hope is fading. Although a settlement for similar issues has been made in favor of KIA owners, my problems are occurring after the settlement date.

**NHTSA ID Number:** 11442165

**Incident Date** November 30, 2021

**Complaint Date** November 30, 2021

**Consumer Location** EXTON, PA

**Vehicle Identification Number** 5xxgm4a72fg****

**Summary of Complaint**

The contact owns a 2015 Kia Optima. The contact stated that while driving at 75 MPH, the vehicle made rattling sounds and was shaking and jerking. The contact pulled over and parked the vehicle. The check engine and oil warning lights were illuminated. Prior to the failure, the vehicle was taken to the dealer for weekly oil consumption tests. The dealer informed the contact that the vehicle needed carbon to cleanse. The vehicle was not diagnosed or repaired. The manufacturer was not made aware of the failure. The failure mileage was 108,516.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11446382

**Incident Date** December 14, 2021

**Complaint Date** January 5, 2022

**Consumer Location** LOUISVILLE, KY

**Vehicle Identification Number** 5XXGT4L36GG****

**Summary of Complaint**

#1Headlights & break lights going out often. Bulbs can't be replaced anymore due to wiring burnt ( 1 headlight ) Took it in and they didn't even look at it. Have do Documents to back that up #2 Engine light coming on, diagnostic testing indicated spark plugs need to be replaced . Had to do this two times with oil on plugs Took it in and they NEVER look at the spark plugs #3 car burning excessive amount of oil anywhere from 1 quart a week to 3 1/2 quarts after driving 600 miles. Took it into the shop for oil consumption testing only to be told that their warranty would not cover it and it needs a new engine. I have a 10 year or 100,000 mile warranty on my car! and at the present time I only have 88496 miles on my car I have documentation to back up my claim, I have been a loyal Kia owner for 18 years and they have absolutely treated me horrible in regards to this saying that it was lack of maintenance and they never checked the issues that led up to their findings. They indicated that there was sludge in my engine but could never prove or show me anything that they did to document the sludge and trying to blame it on me. This car is a safety hazard as I am aware of mini other Kia optima's dad have either caught fire or repaired to have their motors replaced due to the same issues. Anything you can do to help me with this issue ! I'm 60 years old and know how to take care of my car


**NHTSA ID Number:** 11448333

**Incident Date** January 21, 2022

**Complaint Date** January 21, 2022

**Consumer Location** CLEMMONS, NC

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XXGU4L38HG****

**Summary of Complaint**

Oil consumption in my vehicle is well above 1 qt per 1000 miles. This is a known problem but Kia engines and Kia doesn't take responsibility for it. The oil light never comes on and the car runs out of oil every 1500 miles. It's not leaking, it's being consumed. Kia does not see it as a problem, even though there are so many reports. Please expand the recall for 2017 Kia's.

### *2012-2021 Kia Rio*

**NHTSA ID Number:** 11210046

**Incident Date** March 13, 2019

**Complaint Date** May 26, 2019

**Consumer Location** HANAHAN, SC

**Vehicle Identification Number** KNADM5A3XC6****

**Summary of Complaint**

ABOUT 3 MTHS AGO STARTED USING OIL 3 QTS EXTRA THE WENT TO A QT A WEEK, NOW USING A QUART EVERY OTHER DAY, HAVE HAD PEOPLE CHECK. CANT FIND OUT WHERE OIL IS GOING, HAVE PARKED IT, ALSO, AIRBAG LIGHT CAME ON ABOUT 4MTHS AGO, KIA RIO HAS 114,000. THE CALIBER FROZE UP AT 88,000 THE BRAKE PADS KEPT WEARING ON LEFT SIDE, NOW THE RIGHT STARTING TO WEARING MORE...I HAVE THE GOLD AUTOGUARD WARRANTY UP TO 120,000 WITH HENDRICK CHEVROLET, TOOK IT IN ON APPT. DAY N TIME, HAD 30 CARS AHEAD. I HAVE ALSO LEARNED. CARFAX ON CARS ARE NOT TRUE, THIS CAR WAS NOTED WITH NO DAMAGE OR WRECKS, BUT I HAVE SEEN ON LEFT SIDE OF CAR, MARKS OF JUNK YARD PARTS, EVEN ON BACK WINDOW. REASON FOR PARKING CAR BC ITS COSTING TO MUCH FOR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1 OIL, ALSO MY GRANDBABY IS ALWAYS WITH ME IN THIS 2012 KIA RIO,

2 THIS CAR ISNT WORTH HER LIFE, NO CAR IS...OH ON CARFAX IT STATE'S

3 ITS AN EX THEN ON SECOND PAGE IT STATE'S A LX, WHICH

4 UNDERSTAND MITE BE TYPE ERROR BUT WHEN IT STATE'S NO DAMAGE

5 OR WRECK, THATS A BIG ERROR. NEVER GOT CHECK OIL LIGHT NOT

6 ONE TIME, NEW IT WNOR A CHECK ENGINE LIGHT, ONLY LIGHT WAS

7 AND IS THE AIRBAG LIGHT.

8

9 **NHTSA ID Number:** 11324212

10 **Incident Date** December 28, 2016

11 **Complaint Date** May 11, 2020

12 **Consumer Location** NORWALK, CT

13 **Vehicle Identification Number** KNADN5A31C6****

14 **Summary of Complaint**

15 I CAN NOT BELIEVE I TOOK THIS MUCH TIME TO ACTUAL FILE A

16 COMPLAINT ON THE FOLLOWING PROBLEMS ON MY KIA. MY 2012 KIA

17 RIO SX HATCHBACK HAS BEEN BURNING OIL SINCE IT REACHED THE

18 70,000 MILE MARK. I HAVE ALL RECEIPTS AND RECORDS FOR EVERY OIL

19 CHANGE SINCE I BOUGHT THE CAR NEW BACK IN LATE 2011. OIL HAS

20 BEEN CHANGED EVERY 3,000/4,000 MILES ON THIS VEHICLE. NO LEAKS

21 HAVE BEEN FOUND BY MY LOCAL VALVOLINE SHOP AND IT

22 CONTINUES TO BURN OIL NOW AT ITS CURRENT ODOMETER READING

23 OF 113,000 MILES. THE OIL LEVEL NOW REACHES THE LAST DOTTED

24 LINE ON THE OIL METAL READER STICK (LOW MARK) EVERY 300 TO 400

25 MILES. I HAVE TO ADD OIL 8 TO 10 TIMES BETWEEN OIL CHANGES. NO

26 OIL LIGHT HAS EVER TURNED ON. MY DRIVER AIRBAG LIGHT HAS

27 TURNED ON AND HAVE NO IDEA WHY. IT FIRST TURNED ON JUNE OF

28 2018 AND IT HAS NOT TURN OFF SINCE THEN. THE VEHICLE HAS NOT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

257

**SECOND AMENDED CLASS ACTION COMPLAINT**

BEEN INVOLVED IN ANY ACCIDENTS AT ALL SINCE I BOUGHT NEW. *TR

**NHTSA ID Number:** 11328270

**Incident Date** April 30, 2020

**Complaint Date** June 11, 2020

**Consumer Location** ONEIDA, WI

**Vehicle Identification Number** KNADM5A32G6****

**Summary of Complaint**

AT 148,000 MILES ON THE FREEWAY THE GAS PEDAL WOULD NOT GIVE ANY POWER, STILL RUNNING BUT WOULD NOT GO, STALLED A FEW TIMES. HAD TO PULL OVER AND WAIT, RESTART AND GO A FEW MILES, PULL OVER AND WAIT, THEN GO, ETC. COME TO FIND OUT THERE WAS NOT A DROP OF OIL LEFT. AFTER REPLENISHING, STILL HAD ISSUES, THEN NOTICED THE ANTI-FREEZE WAS LOW. REPLENISHED IS NOW DRIVABLE BUT CONTINUES TO BURN OIL. NO LEAKING & I CHANGED THE PCV VALVE WITH NO RESULTS. I'M STILL ADDING CLOSE TO A QUART OF OIL EVERYDAY. HAVE REASON TO BELIEVE THE PISTON RINGS AND VALVES ARE SHOT AND OIL IS CIRCULATING THROUGHOUT/INTO CYLINDERS. NOW IT'S ON ITS LAST LEG, 152,000 MILES. IT'S BEEN A GOOD RIDE BUT TIME TO GO. NOTE* A/C STOPPED WORKING AT 66,000 MILES *TR

**NHTSA ID Number:** 11348563

**Incident Date** August 1, 2018

**Complaint Date** August 11, 2020

**Consumer Location** MARSHALL, WI

**Vehicle Identification Number** KNADN5A36D6****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

OIL CONSUMPTION WITH NO OBVIOUS TAIL PIPE SMOKE. NOT LEAKING
OIL. PERHAPS A QUART OF OIL ADDED TO ENGINE EVERY 750 MILES.
THIS ISSUE STARTED AROUND 115,000 MILES. NO LOW OIL PRESSURE
INDICATER LIGHT ACTIVATED. I HAD TO REPLACE CATALYTIC
CONVERTER DO TO OIL DEPOSITS.

**NHTSA ID Number:** 11384228

**Incident Date** December 2, 2020

**Complaint Date** December 20, 2020

**Consumer Location** HARTLAND, MI

**Vehicle Identification Number** KNADM5A39C6****

**Summary of Complaint**

2012 KIA RIO, NOT CURRENTLY SUBJECT TO ANY RECALL, AND HAVING
BEEN MAINTAINED CORRECTLY, IS EXPERIENCING DANGEROUS
LEVELS OF OIL CONSUMPTION. CURRENT MILAGE 108,000. TWO WEEKS
AGO I SENT THE ATTACHED LETTER VIA CASE TO KIA CONSUMER
CUSTOMER AFFAIRS SEEKING SAFETY ADVICE FROM THE COMPANY
RELATING TO THE ISSUE. KIA NEVER RESPONDED, OPTING TO CLOSE
THE CASE WITHOUT A WORD REGARDING THE ISSUE. OIL
CONSUMPTION IS VERY HIGH, AND EFFECTING ENGINE PERFORMANCE.
I ASSUME THE ONLY RECOURSE IS TO HAVE THE ENGINE TAKEN APART
AND EXAMINED, A COSTLY REVIEW, HOWEVER DUE TO LACK OF
RESPONSE FROM KIA I HAVEN'T YET; I WAS HOPING THEY COULD
COORDINATE THROUGH EITHER A DEALER OR 3RD PARTY
INVESTIGATOR. CURRENTLY THE CAR IS NOT BEING USED, AS THIS
ANOMALOUS ISSUE IS A CONCERN FOR SAFETY WHEN DRIVING.
CONSIDERING THE RECENT RECALL, AS WELL AS HOW THE SYMPTOMS
ALIGN WITH PREVIOUSLY RECORDED ISSUES TO SIMILAR ENGINES, I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

259
**SECOND AMENDED CLASS ACTION COMPLAINT**

1   WISHED TO CREATE THIS REPORT, IF ONLY TO ADD MY CASE TO

2   NHTSA'S ACCOUNTS. THANK YOU FOR YOUR TIME JOSEPH ELLIOTT

3

4   **NHTSA ID Number:** 11432051

5   **Incident Date** September 7, 2021

6   **Complaint Date** September 7, 2021

7   **Consumer Location** GARFIELD, NJ

8   **Vehicle Identification Number** knadm5a3xd6****

9   **Summary of Complaint**

10  We purchased a very low miles (42K) Kia from the dealer as a 2nd owner. In less than

11  6 months the car has serious safety issues. The vehicle shuts off and stalls while idling

12  at stop lights, stop signs or slow traffic with no warning. All other powered

13  components like radio, lights etc remain on and functioning. The car is hard to start

14  after the vehicle shuts off and has stalled and takes multiple tries to turn over. When

15  accelerating the vehicle will randomly not respond at all to the gas pedal, will not

16  increase speed, RPM will not move and the car will not respond. When the car does

17  accelerate, it will sputter and rpm will increase dramatically. This is very dangerous to

18  those driving and those on the road. If the vehicle does not respond to acceleration the

19  risk to the driver and occupants is serious. There could be an accident from oncoming

20  traffic both rear and from behind. There is great life threatening risk. Local mechanic

21  stated the car throws no codes when diagnosed, and there is no check engine light on.

22  Kia knows their vehicles have this issue and has recalled many other models in the

23  same years. There are multiple identical NHTSA.GOV complaints noting identical

24  vehicle problems. The problem is not able to be found with diagnostic. The KIA RIO

25  should be recalled and repaired immediately. The car was sold with serious safety

26  issues. There was a class action even that did not proceed that alleges the gamma

27  engines cause sudden stalling, excessive oil consumption, engine failures and fires in

28  the vehicles.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

### *2011-2020 Kia Sorento*

**NHTSA ID Number:** 10839296

**Incident Date** December 10, 2015

**Complaint Date** March 1, 2016

**Consumer Location** MISHAWAKA, IN

**Vehicle Identification Number** N/A

**Summary of Complaint**

I PURCHASED THE KIA SORENTO NEW JUNE 2013. I HAD MY FIRST OIL CHANGE AT THE DEALER AT ABOUT 5700 MILES ON OR ABOUT NOVEMBER 2013. THE DEALER TOLD US THAT KIA HAD THE BEST WARRANTY AND ONLY SUGGESTED OIL CHANGES AT 7500-10,000 MILE INTERVALS. I PURCHASED THE OIL AND MY FATHER CHANGED THE OIL 2 MORE TIMES ONCE IN JULY 2014 AND AGAIN SEPTEMBER 2015. THIS VEHICLE WAS PURCHASED FOR MY WIFE WHO GAVE BIRTH TO OUR SON THREE DAYS AFTER PURCHASING THE VEHICLE. IT WAS NOT DRIVEN OFTEN BECAUSE SHE DID NOT RETURN TO WORK UNTIL OCTOBER 2013. AS A TEACHER SHE ONLY WORKED UNTIL MAY 2014 AND DID NOT RETURN TO WORK UNTIL SEPTEMBER 2015. SHE WORKED LESS THAN 10 MILES FROM HOME THEREFORE OUR MILEAGE WAS LOW. AROUND DECEMBER 9, 2015 MY WIFE SAID THE CAR WAS 'ACTING FUNNY'. I TOLD HER TO COME HOME AND I WOULD HAVE MY DAD LOOK AT IT. WHEN SHE CAME HOME THE CAR APPEARED FINE NO LIGHTS, NO WARNINGS, NO SOUNDS THAT WASN'T NORMAL. THE NEXT DAY WE WERE DRIVING AND THE CAR IT JUST STOPPED ON THE SIDE OF THE ROAD. AGAIN NO WARNING LIGHTS, OR ENGINE LIGHT NO LOW OIL LIGHT... NOTHING. WE HAD IT TOWED TO THE DEALERSHIP. THE DEALER TOOK SEVERAL DAYS TO TELL US THAT THE ENGINE WAS BLOWN BECAUSE WE DIDN'T

**SECOND AMENDED CLASS ACTION COMPLAINT**

CHANGE THE OIL ENOUGH. WE WERE NOT DUE FOR ANOTHER OIL CHANGE FOR 5000 MILES. AFTER A MONTH OF WAITING KIA TOLD ME THEY WERE NOT FIXING UNDER WARRANTY. I HAVE SPOKE TO MANY PEOPLE, DEALERSHIPS, JUNK YARDS, MECHANICS... ALL SAY AFTER ONLY 30000 ON THE CAR NO WAY IT SHOULD HAVE THAT MUCH ENGINE SLUDGE TO BLOW THE ENGINE EVEN IF IT WAS NEVER CHANGED. THIS APPEARS TO BE A MAJOR ISSUE WITH KIA AND HYUNDAI. FACT: KIA HAS HAD A PREVIOUS CLASS ACTION LAWSUIT FOR THE 2004-2009 KIA SORENTO DUE TO ENGINE ISSUES. FACT: TOYOTA HAD PREVIOUS CLASS ACTION LAWSUIT FOR THEIR ENGINE SLUDGE ISSUES. (LOST THE CASE AND IS REPAIRING THE ENGINES) FACT: HYUNDAI SONATA HAS KNOWN ISSUES - KIA AND HYUNDAI SAME COMPANY!!!!

**NHTSA ID Number:** 10892759

**Incident Date** June 23, 2016

**Complaint Date** August 3, 2016

**Consumer Location** SOUTH CHARLESTON, WV

**Vehicle Identification Number** 5XYKU4A64DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SORENTO. THE CONTACT STATED THAT WHILE DRIVING AT 65 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT STATED THAT THE ENGINE WARNING LIGHT REMAINED ILLUMINATED SHORTLY AFTER. THE VEHICLE WAS TOWED TO A DEALER AND IT WAS DIAGNOSED THAT THERE WAS NO OIL IN THE ENGINE AND THAT THE ENGINE HAD BLOWN. THE CONTACT STATED THAT OIL HAD BEEN DEPOSITED INTO THE VEHICLE RECENTLY BEFORE THE STALL OF THE VEHICLE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

MILEAGE WAS 79,000.

**NHTSA ID Number:** 10918847

**Incident Date** October 9, 2016

**Complaint Date** October 25, 2016

**Consumer Location** CANTON, GA

**Vehicle Identification Number** 5XYKU4A79FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 KIA SORENTO. WHILE DRIVING 45 MPH, THE VEHICLE STALLED WITHOUT ANY WARNING LIGHTS ILLUMINATED. THE VEHICLE WAS TOWED TO A DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED DUE TO LOW OIL MAINTENANCE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 62,000.

**NHTSA ID Number:** 10934565

**Incident Date** November 2, 2016

**Complaint Date** December 11, 2016

**Consumer Location** MILWAUKEE, WI

**Vehicle Identification Number** 5XYKT4A60CG****

**Summary of Complaint**

THE ENGINE STARTED BURNING OIL, THE ENGINE HAD 65,707 MILES WHEN WE NOTIFY THE DEALERSHIP WHERE WE BOUGHT THE VEHICLE. WE ASKED THE DEALERSHIP PEOPLE TO REPLACE THE WHOLE ENGINE AND THEY ONLY REBUILD IT. WE'RE SO UPSET AND NOT SUPPORTED SINCE WE ARE STILL PAYING A LOT OF MONEY FOR THIS VEHICLE AND NOT HAVING GUARANTEE O HOW LONG THIS FIX WILL WORK. *TR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1

2  **NHTSA ID Number:** 10945842

3  **Incident Date** January 4, 2017

4  **Complaint Date** January 17, 2017

5  **Consumer Location** PEACHTREE CITY, GA

6  **Vehicle Identification Number** 5XYKT3A62DG****

7  **Summary of Complaint**

8  BOUGHT THE VEHICLE NEW, HAVE HAD NO ISSUES UNTIL ABOUT A

9  MONTH AGO. IT STARTED BURNING OIL AT AN EXCESSIVE RATE. TOOK

10 IT TO DEALER AND WERE TOLD THAT WE HAD NOT MAINTAINED

11 PROPERLY AND THAT REPAIR/REPLACEMENT OF ENGINE WOULD NOT

12 BE UNDER WARRANTY. CAR HAS 71000 MILES, OWNERS MANUAL SAYS

13 TO CHANGE OIL EVERY 7500 MILES OR 12 MONTHS, WE HAVE RECORDS

14 FOR 8 OIL CHANGES, KIA SAYS WE NEED TO SHOW 14, THAT WOULD BE

15 AN OIL CHANGE EVERY 5000 MILES WHICH IS NOT WHAT MANUAL

16 SAYS. WE HAVE BEEN TOLD THAT THERE WAS A RECALL FOR THE

17 SAME ENGINE IN ANOTHER KIA VEHICLE, BUT NOT FOR THIS ONE.

18 MANY COMPLAINTS FOR OIL RELATED ISSUES ON THIS CAR FOR 2011-

19 2014. WE HAVE ALSO CONTACTED THE KIA CONSUMER AFFAIRS

20 CENTER. WE ARE STILL DRIVING VEHICLE, BUT CHECK OIL BEFORE WE

21 GO ANYWHERE. DEALER WANTS US TO PAY $350-$400 TO COMPLETELY

22 TEAR DOWN ENGINE TO TAKE PICTURES TO SEE IF KIA WILL COVER

23 UNDER WARRANTY. *TR

24

25 **NHTSA ID Number:** 10985936

26 **Incident Date** May 16, 2017

27 **Complaint Date** May 16, 2017

28 **Consumer Location** COATESVILLE, PA

264

**Vehicle Identification Number** 5XYKTDA69CG****

**Summary of Complaint**

I HAVE CONTACTED THE KIA DEALERSHIP THREE TIMES ABOUT THIS CAR BURNING OIL. THEY TOLD ME THIS IS NORMAL FOR A VEHICLE THAT HAS 90,000 MILES ON IT. ONE TIME I HAD TO PUT 2 QUARTS OF OIL IN IT AND THEN AFTER DRIVING 400 MILES I HAD TO PUT ANOTHER 1 QUART OF OIL IN IT. I UNDERSTAND THEY COULD BE A PROBLEM WITH THE 2.4 ENGINE IN THIS VEHICLE. ALL I AM ASKING IS FOR THEM TO DO A COMBUSTION TEST ON THE ENGINE WHILE IT IS STILL UNDER WARRANTY.

**NHTSA ID Number:** 11001733

**Incident Date** June 23, 2017

**Complaint Date** June 27, 2017

**Consumer Location** AMARILLO, TX

**Vehicle Identification Number** 5XYKT3A6XCG****

**Summary of Complaint**

MY VEHICLE IS AT 117K MILES. IT USES APPROX 6 QTS OF OIL/3000 MILES.I CANNOT GET UP TO SPEED ON THE HIGHWAY AS IT WILL NOT AUTO SHIFT DOWN WITH ANY ACCELERATION RPMS RUN AND STAY AT 6,000 WHEN TRYING TO GET TO 70MPH – IT IS INCLUDED IN SC147 RECALL, HOWEVER THE DEALERSHIP IS STATING IT PASSED THE RECALL TEST AND IT'S THE TRANSMISSION NOT THE ENGINE. TRANSMISSION DOES NOT BURN OIL AT 6 QTS/3000 MILES

**NHTSA ID Number:** 11002507

**Incident Date** June 26, 2017

**Complaint Date** June 30, 2017

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** CARTHAGE, TX

**Vehicle Identification Number** 5XYKT4A6XEG****

**Summary of Complaint**

HAD OIL CHANGED ON THURSDAY. WENT ON TRIP ON FRIDAY. ON SATURDAY, THE VEHICLE STARTED ACTING LIKE IT WASN'T GEARING UP GOING UP A HILL. ON SUNDAY, IT WAS LOSING POWER GOING UP HILLS. HAD TO TAKE FOOT OFF EXCELLOATOR AND PAT IT AND THEN HOLD IT DOWN TO GET UP TO 70MPH. USING A LOT OF GAS FROM 25 MILES PER GALLON TO 14 MPG. COULDN'T DRIVE OVER 65 ON THE WAY HOME. TOOK IT TO DEALER. HE SAID OIL WAS 2.5 QRTS LOW EVEN THOUGH I JUST HAD IT CHANGED. THEY CHECKED THE RECALL AND OIL AND GAS FILTERS BUT CANNOT FIND ANYTHING WRONG WITH IT. NOW IT WILL ONLY GO 40 MPH. THEY ARE CONFUSED AND CALLING KIA MASTER MECHANIC. THE RECALL STATES THIS EXACT THING HAPPENING BUT THEY SAY IT IS NOT THE RECALL.

**NHTSA ID Number:** 11004359

**Incident Date** June 30, 2017

**Complaint Date** July 11, 2017

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYKT3A62EG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SORENTO. WHILE THE CONTACT'S SON WAS DRIVING, THE VEHICLE STARTED TO MAKE A KNOCKING NOISE. THE CONTACT'S SON NOTICED SMOKE COMING FROM THE REAR OF THE VEHICLE AND THE CHECK ENGINE WARNING INDICATOR ILLUMINATED. ON SEVERAL OCCASIONS, THE HEADLIGHTS AND TAIL LIGHTS FAILED WITHOUT WARNING. THE CONTACT STATED THAT HE

PREVIOUSLY REPLACED THE LIGHTS SEVERAL TIMES, BUT THE FAILURE RECURRED. THE VEHICLE WAS TAKEN TO A KIA AND HYUNDAI DEALER AT 601-914-4200 WHERE IT WAS DIAGNOSED THAT THE ENGINE HAD BURNED OIL AND NEEDED TO BE REPLACED. THE HEADLIGHT AND TAIL LIGHT FAILURES COULD NOT BE DUPLICATED AND WOULD BE REPAIRED AT THE OWNER'S EXPENSE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND PROVIDED CASE NUMBER: 12391217. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE FAILURE MILEAGE WAS 70,000.

**NHTSA ID Number:** 11025038

**Incident Date** September 8, 2017

**Complaint Date** September 22, 2017

**Consumer Location** SURPRISE, AZ

**Vehicle Identification Number** 5XYKU4A21DG****

**Summary of Complaint**

MY ENGINE HAS NO LEAKS OF OIL YET RAN OUT OF ALL BUT 1 QT, AND CAUSED MY TO GET SPUN BEARINGS, AND NOW ENGINE IS RUINED. THIS IS LESS THAN A 4 YEAR OLD CAR AND NO INDICATOR LIGHTS EVER CAME ON SAYING I WAS LOW ON ANYTHING. ALSO JUST HAD MAJOR FLUIDS ALL CHANGED IN CAR LESS THAN 6 MONTHS AGO. IT IS OVER THE 100,000 WARRANTY SO NOW I HAVE TO GET A NEW ENGINE. LOOKING TO SEE IF THIS IS AN ISSUE WITH ANY OTHER OWNERS. THE ENGINE IS THE V6 ENGINE, THE SMALLER ENGINE WAS RECALLED FOR SIMILAR ISSUES, YET MINE WASNT IN THE RECALL.

**NHTSA ID Number:** 11031971

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** September 22, 2017

**Complaint Date** October 5, 2017

**Consumer Location** LINCOLN, NE

**Vehicle Identification Number** 5XYKTCA6XDG****

**Summary of Complaint**

KIA REPLACED MY ENGINE TWICE, DUE TO OIL CONSUMPTION. A MONTH AFTER THE FIRST ENGINE REPLACEMENT, I HAD THE SAME PROBLEMS.. SMOKE COMING OUT OF EXHAUST, LOSS OF POWER, STALLING AND OIL CONSUMPTION. I WAS IN AND OUT OF KIA'S SERVICE DEPARTMENT. THEY TOLD ME NOTHING WAS WRONG! I MOVED FROM CO TO NE, MY HUSBAND AND I HAD TO ADD OIL EVERY 100 MILES, WITH SMOKE COMING OUT OF EXHAUST AND STALLING. LINCOLN NE KIA FOUND AN OIL LEAK AT THE EXHAUST MANIFOLD RIGHT AWAY! KIA INSTRUCTS THEN TO REPLACE MY ENGINE AGAIN! ONCE THEY REPLACED ENGINE, THEY STILL SAW THE LEAK AT THE EXHAUST MANIFOLD WITH RESULTED IN MORE GUESSING AND PARTS. THE DAY AFTER I PICKED IT UP, MY HUSBAND AND I WENT OUT TO DINNER AND MY SORENTO DIED IN THE MIDDLE OF THE ROAD. RIGHT AWAY CALLED AND GOT IT BACK IN. AT FIRST THEY COULD NOT DUPLICATE, HOWEVER AFTER TAKING IT 50 MILES, IT DIED 3 TIMES. THEY STILL CAN'T FIND ANYTHING, BUT FEEL IT MAY BE THE THROTTLE BODY. THEY PUT A USED ONE ON AND HAVE ME DRIVE IT A FEW WEEKS, IT DIDN'T DIE DURING THAT TIME, SO THEY ORDERED A NEW ONE AND INSTALLED. A MONTH LATER I DRIVE TO CO, I BREAK DOWN, IT'S TOWED BACK AND KIA CAN'T FIND ANYTHING. I DRIVE IT AND IT DIES 1/2 DOZEN MORE TIMES, EACH TIME I TAKE IT RIGHT IN, BUT THE CODE HAS CLEARED AND THEY CAN'T FIND ANYTHING! FINALLY, IT DOES AND THE LIGHT STAYS ON, IT SHOWS IT'S THE MAP

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

268

**SECOND AMENDED CLASS ACTION COMPLAINT**

SENSOR. KIA HAS A SPECIALIST COME OUT TO INSTALL THAT AND INSPECT MY CAR. THEY SAY IT'S FIXED AND SAFE. I DRIVE TO CO ON 9/22/17, 2 MONTHS LATER AND MY ENGINE CATCHES ON FIRE. I LOSS MY BRAKES, CAN'T PUT IT IN PARK AND EMERGENCY BRAKE WON'T WORK. FLAMES ARE EVERYWHERE, SMOKE FILLING MY CAR. I JUMP OUT OF MY BURNING, MOVING CAR AND SECONDS LATER THE WHOLE THING ENGULFS IN FLAMES! MOST HORRIFIC, AWFUL THING EVER! I WAS LUCKY ENOUGH TO HAVE MINOR INJURIES. MY MENTAL AND EMOTIONAL STATE ARE A MESS! KIA WON'T DO ANYTHING!

**NHTSA ID Number:** 11048119

**Incident Date** October 3, 2017

**Complaint Date** November 22, 2017

**Consumer Location** EAST LIVERPOOL, OH

**Vehicle Identification Number** N/A

**Summary of Complaint**

MY CAR IS USING OIL TOOK IT TO KIA DEALER AND THEY SAID IT HAD 5 RECALLS ON IT AFTER THEY HAD THE SAID TO DRIVE IT FOR 500 MILES IF IT STILL USES OIL CALL THEM BACK I DID AND THEY SAID THEIR WAS NOTHING THEY COULD DO FOR ME I EVEN BOUGHT EXTRA IMANI TAN EVEN INSURANCE THAT THEY SAY WILL NOT COVER THE MOTOR THEY WANT ME PAY 1000 DOLLARS FOR THEM TO TEAR IT DOWN TO SEE IF IT IS MY FAULT OR THEIR AND UP BACK TOGETHER WITH THE SAME USE PARTS I DID NOT GET ANY NOTICES FOR ANY OF THEY RECALLS THEY FIXED

**NHTSA ID Number:** 11052264

**Incident Date** September 30, 2017

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** December 4, 2017

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYKT4A61CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE CONTACT TOOK THE VEHICLE TO RAY SKILLMAN SOUTHSIDE AUTO CENTER (8424 U.S. 31 S, INDIANAPOLIS, IN 46227 (317) 888-9500), BUT NO ISSUES WERE FOUND. THE CONTACT STATED THAT THE VEHICLE RECEIVED A ROUTINE OIL CHANGE ON THE DAY OF THE RECALL INSPECTION. THE CONTACT STATED THAT THE OIL PRESSURE WARNING INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT SHOP WHERE THE OIL LEVEL WAS CHECKED AND RECORDED LOW AS WELL, BUT NO LEAKS WERE FOUND. THE VEHICLE WAS THEN TAKEN BACK TO THE DEALER WERE THEY ALSO FOUND THE OIL LEVEL TO BE LOW WITH NO OIL LEAKS. THE VEHICLE WAS SET UP FOR AN OIL CONSUMPTION TESTING. THE CONTACT STATED THAT AT 2,000 MILES, THE VEHICLE SHOWED EXCESSIVE OIL CONSUMPTION. THE CONTACT WAS INFORMED BY THE DEALER THAT THE ENGINE NEEDED REPLACEMENT. SINCE THE VEHICLE WAS ALREADY INSPECTED PER NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING) AND THE ENGINE WAS NOT MAKING NOISE, THE ENGINE COULD NOT BE REPLACED UNDER THE RECALL. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE. THE APPROXIMATE FAILURE MILEAGE WAS 97,000.

**NHTSA ID Number:** 11056004

**Incident Date** December 21, 2017

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  **Complaint Date** December 21, 2017

2  **Consumer Location** OWASSO, OK

3  **Vehicle Identification Number** 5XYKT3A64FG****

4  **Summary of Complaint**

5  TODAYS DATE: 12/21/2017. PURCHASED VEHICLE 11/9/2017. APPROX. 61,500

6  MILES. I CHECK EQUIPMENT FLUIDS REGULARLY. WHILE DRIVING, THE

7  OIL INDICATION LIGHT ILLUMINATED. I PULLED OVER, CHECKED.

8  ALMOST BONE DRY. NO FOREWARNING OF ANY KIND. THE DEALER

9  SERVICED IT PRIOR TO MY PURCHASE, SO, I HAVE HAD NO REASON TO

10  SCHEDULE VEHICLE SERVICE YET. VEHICLE WAS MANUFACTURED

11  MARCH 5, 2014 ( 3/5/2014 ) .

12

13  **NHTSA ID Number:** 11062264

14  **Incident Date** January 3, 2018

15  **Complaint Date** January 11, 2018

16  **Consumer Location** WHITAKER, PA

17  **Vehicle Identification Number** 5XYPGDA31GG****

18  **Summary of Complaint**

19  I WAS DRIVING MY VEHICLE UP A HILL WITH MY 2 YOUNG CHILDREN

20  AND THE CAR JUST TURNED OFF. I WAS UNABLE TO PUSH THE BRAKE.

21  NO ENGINE LIGHT OR OIL LIGHT OR ANYTHING CAME ON! DRIFTED

22  INTO A PARKING LOT. IT WAS 2 DEGREES OUT. ONE OF THE COLDEST

23  DAYS OF THE YEAR. TOWED THE CAR TO KIA. GAVE THEM 3 OR 4

24  RECEIPT AS FOR OIL CHANGES. THEY DENIED THE ENGINE FOR

25  WARRANTY! STATING SLUDGE IN ENGINE. THE VEHICLE WAS JUST AT

26  THE DEALERSHIP 6 MONTHS AGO FOR 6 RECALLS AND THEY CHECKED

27  EVERYTHING BEFORE I PICKED THE VEHICLE UP. EVERY WHERE I LOOK

28  ON THE COMPLAINT FORUMS IS ALL ABOUT OIL CONSUMPTION

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

271

**SECOND AMENDED CLASS ACTION COMPLAINT**

PROBLEMS AND ENGINE FAILURES WITH THESE VEHICLES! WISH I
WOULD HAVE KNOW THIS! I HAVE NO $ FOR A NEW ENGINE.

**NHTSA ID Number:** 11089185

**Incident Date** April 20, 2018

**Complaint Date** April 20, 2018

**Consumer Location** LAS VEGAS, NV

**Vehicle Identification Number** 5XYKT3A60FG****

**Summary of Complaint**

BEEN HAVING PROBLEMS WITH THE CAR FOR OVER 8 MONTHS. EATS OIL
LIKE NO ONES BUSINESS. WHITE SMOKE COMING OUT OF THE EXHAUST.
EVERY TIME I RUN THE ON BOARD DIAGNOSTIC, IT HAS ALWAYS SAID
NO PROBLEMS EXIST. TODAY, MY HUSBAND COMES HOME FROM AN
APPOINTMENT, AND TELLS ME THE VEHICLE WAS RUNNING REALLY
ROUGH, SHAKING THE ENTIRE CAR. WE CHECK THE OIL EVERYDAY AND
WE'VE TRIED GOING TO TWO DIFFERENT KIA DEALERS FOR OUR OIL
CHANGES, AND THEY NEVER TELL US ANYTHING IS WRONG. NOW, THIS
COMES UP TODAY. I DO THE ON-BOARD DIAGNOSTIC AND IT READS.
"POSSIBLE CONDITION(S) WITH YOUR ENGINE CONTROL SYSTEM HAS
BEEN DETECTED." SCHEDULE A FULL SYSTEM CHECK WITH YOUR
NEARBY KIA DEALER SOON. THE CAR SHAKES HORRIBLY. UP UNTIL
THIS TIME, NO SHAKING, SOME WHITE EXHAUST WHEN STARTING THE
CAR, BUT NO MAJOR PROBLEMS. NO ENGINE LIGHTS ON, UNTIL TODAY.
WE HAVE HAD REGULAR MAINTENANCE ON THE VEHICLE. IT EVEN
PASSED SMOG TESTING. SO NOW, AFTER READING SIMILAR
COMPLAINTS, I WORRIED, I WON'T BE GETTING MY CAR FIXED.

**NHTSA ID Number:** 11110349

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

272

**Incident Date** June 9, 2018

**Complaint Date** July 9, 2018

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYPG4A35GG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 KIA SORENTO. WHILE STATIONARY, THE VEHICLE CONSUMED AN INORDINATE AMOUNT OF OIL. THE CONTACT STATED THAT A QUART OF OIL WAS CONSUMED EVERY 1,000 MILES. THE DEALER (CORAL SPRINGS AUTO MALL, 9300 WEST ATLANTIC BLVD, CORAL SPRINGS, FL 33071, (954)346-1009) WAS MADE AWARE OF THE FAILURE AND PERFORMED A DIPSTICK TEST. IT WAS DISCOVERED THAT THE OIL CONSUMPTION WAS NORMAL. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND CONFIRMED THE DEALER'S FINDINGS. THE FAILURE MILEAGE WAS APPROXIMATELY 40,000.

**NHTSA ID Number:** 11112260

**Incident Date** May 15, 2018

**Complaint Date** July 18, 2018

**Consumer Location** THURMONT, MD

**Vehicle Identification Number** 5XYKTDA60DG****

**Summary of Complaint**

LESS THAN 3000 MILES AFTER KIA DID A OIL CHANGE COVERED UNDER WARRANTY FOR ENGINE RECALL DID I FIND OUT THAT MY ENGINE WAS COMPLETELY OUT OF OIL. THE DEALERSHIP TOOK MY VEHICLE AND AFTER 3 MONTHS A NEW ENGINE WAS PUT IT. I GOT THE VEHICLE BACK STILL EXPERIENCING PROBLEMS WITH THE VEHICLE ROUGH IDLING, PROBLEMS ACCELERATING AND SPUTTERING WHILE DRIVING.

273

**SECOND AMENDED CLASS ACTION COMPLAINT**

1

2  **NHTSA ID Number:** 11122091

3  **Incident Date** August 20, 2018

4  **Complaint Date** August 24, 2018

5  **Consumer Location** MOUNT ROYAL, NJ

6  **Vehicle Identification Number** 5XYKT3A66DG****

7  **Summary of Complaint**

8  TL* THE CONTACT OWNS A 2013 KIA SORENTO. WHILE DRIVING FROM

9  NEW JERSEY TO FLORIDA, THE CONTACT NOTICED THAT THE OIL LEVEL

10  WAS LOW. THE CONTACT STOPPED TO ADD OIL TO THE VEHICLE. ONCE

11  THE CONTACT ARRIVED IN FLORIDA, THE FAILURE RECURRED. THE

12  VEHICLE WAS TAKEN TO AN UNKNOWN KIA DEALER IN FLORIDA, BUT

13  WAS NOT DIAGNOSED OR REPAIRED. THE VEHICLE REMAINED AT THE

14  DEALER WITH POSSIBLE OIL AND ENGINE FAILURES. THE CONTACT

15  STATED THAT THE VEHICLE WAS INCLUDED IN NHTSA CAMPAIGN

16  NUMBER: 17V224000 (ENGINE AND ENGINE COOLING), BUT SHE WAS NOT

17  INFORMED OF IT WHEN THE VEHICLE WAS PURCHASED IN JULY OF 2017.

18  THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE

19  FAILURE MILEAGE WAS 78,900.

20

21  **NHTSA ID Number:** 11129097

22  **Incident Date** September 7, 2018

23  **Complaint Date** September 12, 2018

24  **Consumer Location** MILFORD, CT

25  **Vehicle Identification Number** 5XYKTDA65DG****

26  **Summary of Complaint**

27  ENGINE HAD BEEN MAKING A NOISE (HUMMING AND GRINDING) WHEN

28  VEHICLE WAS OPERATING BETWEEN 40MPH AND 60 MPH. BROUGHT TO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

KIA DEALER WHO STATED IT WAS THE NEW TIRES WE BOUGHT FROM MEINEKE. BROUGHT VEHICLE TO MEINEKE WHO SAID IT WAS NOT THE TIRES. WAS DRIVING VEHICLE AND WHILE EXITING HIGHWAY THE ENGINE SHUT OFF AND HAD TO PULL OFF TO THE SIDE OF THE ROAD UNDER 0 POWER. VEHICLE WOULD NOT START EVEN THOUGH THERE WAS STILL BATTERY POWER. VEHICLE WAS TOWED TO MEINEKE WHO TOLD ME THAT THERE WAS NO OIL IN THE ENGINE. WE HAD AN OIL CHANGE DONE IN MAY 2018 AT THE MILFORD CT KIA AND WAS NOT DUE FOR ANOTHER OIL CHANGE UNTIL OCTOBER 2018. THE VEHICLE HAD APPROXIMATELY 800 MORE MILES TO REACH THE 3000 MILE MARK FOR AN OIL CHANGE ALSO. I HAD THE VEHICLE TOWED TO MILFORD KIA WHO IS STILL EXAMINING THE ISSUE. KIA STATED THEY WOULD CHECK WITH KIA MOTORS TO ASCERTAIN IF THIS ISSUE IS COVERED BY A CURRENT ENGINE RECALL FOR 2013 KIA SONATAS.

**NHTSA ID Number:** 11152018

**Incident Date** September 4, 2018

**Complaint Date** November 6, 2018

**Consumer Location** LILBURN, GA

**Vehicle Identification Number** 5XYKU4A69CG****

**Summary of Complaint**

ENGINE IS USING EXCESSIVE OIL - A QUART OF OIL EVERY 1000 MI. I HAVE TAKEN IT TO MY NEAREST KIA DEALER WHO ON THE FIRST VISIT A MONTH AGO TOLD ME I NEEDED A TUNE-UP (NEW PLUGS, PCV VALVE, ETC. I JUST HAD A TUNE-UP AT MY REGULAR SVC RPR SHOP IN MAY. KIA DLR TOLD ME THEY DID NOT USE OEM ARTS, SO I OK'ED THE TUNE-UP AND SUGGESTED WORK TO SEE IF IT WOULD HELP. PER THEIR

1  ADVICE, I BROUGHT IT BSCK THIS WK AFTER PUTTING ON 1000 MI. AND

2  IT WAS AGAIN A QT. LOW. THEY HAD A TECH LINE CASE OPEN WITH

3  KIA FACTORY ON FIRT VISIT AND WORKED WITH THEM AGAIN THIS

4  WK. KIA'S ANSWER IS THAT THEY WILL NOT REPLACE THE ENGINE

5  UNTIL TI THROWS A ROD. I AM GREATLY CONCERNED FOR MY WIFE

6  AND I SAFETY. WE LIVE IN A HIGH TRAFFICE CITY (ATLANTA) AND

7  WHEN THE ENGINE BLOWS, WE COULD BE INJURED BADLY OR EVEN

8  KILLED. THIS IS NOT AN ACCEPTABLE SOLUTION. NOTE: ENGINE

9  RECALL WAS DONE LAST YEAR OR SO, SO I AM TOLD THE ENGINE WILL

10  BE REPLACED FOR LIFE ANY TIME IT FAILS STILL UNACCEPTABLE DUE

11  TO THE THREAT OF INJURY OR DEATH.

12

13  **NHTSA ID Number:** 11139478

14  **Incident Date** July 1, 2016

15  **Complaint Date** October 10, 2018

16  **Consumer Location** VANCOUVER, WA

17  **Vehicle Identification Number** 5XYKT4A66DG****

18  **Summary of Complaint**

19  NO OIL LEAK BUT EVERY OIL CHANG THERE IS NO OIL STEERING IS JUST

20  NOT RIGHT

21

22  **NHTSA ID Number:** 11141120

23  **Incident Date** October 3, 2018

24  **Complaint Date** October 17, 2018

25  **Consumer Location** RALEIGH, NC

26  **Vehicle Identification Number** 5XYKTCA66DG****

27  **Summary of Complaint**

28  MY ENGINE OIL IS DISAPPEARING. THE DEALER HAS CHECKED TWICE

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  AND FOUND NO EVIDENCE OF LEAK OR SIGNS OF BURNING OIL. AFTER

2  2000 TO 2500 MILES THE ENGINE IS COMPLETELY OUT OF OIL WITH NO

3  OIL LIGHT STAYING ILLUMINATED. THE OIL LIGHT BLINKS FOR A

4  SECOND AND GOES OFF AND WOULD BE VERY EASY TO MISS. I FEEL

5  THAT THIS IS DIRECTLY RELATED TO THE NON COLLISION FIRE ISSUE

6  THAT THIS SAME ENGINE IS HAVING. IF I WERE TO NOT SEE THE OIL

7  LIGHT BLINK, THE CAR COULD BE DRIVEN HOME AND HAVE A MAJOR

8  FAILURE. ALL MAINTENANCE EXCEPT ONE OIL CHANGE HAS BEEN

9  DONE BY TWO LOCAL KIA DEALERS AND AT PROPER INTERVALS. I HAVE

10 OWNED THE CAR SINCE NEW.

11

12 **NHTSA ID Number:** 11155799

13 **Incident Date** November 15, 2018

14 **Complaint Date** December 3, 2018

15 **Consumer Location** WALLKILL, NY

16 **Vehicle Identification Number** 5XYKUDA62DG****

17 **Summary of Complaint**

18 VEHICLE IS CONSUMING AN INORDINATE AMOUNT OF OIL AND

19 EXPERIENCING A LOSS OF POWER.

20

21 **NHTSA ID Number:** 11156060

22 **Incident Date** October 1, 2018

23 **Complaint Date** December 5, 2018

24 **Consumer Location** VANCOUVER, WA

25 **Vehicle Identification Number** 1ZY82F35030****

26 **Summary of Complaint**

27 EVERY TIME I GET AN OIL CHANGE THERE'S NO OIL IN MY CAR THERE IS

28 ALSO NO LEAK AT ALL I'VE ALWAYS GOT MY OIL CHANGE EARLY OR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

277

SECOND AMENDED CLASS ACTION COMPLAINT

ON TIME

**NHTSA ID Number:** 11162073

**Incident Date** September 1, 2018

**Complaint Date** December 17, 2018

**Consumer Location** KNOXVILLE, TN

**Vehicle Identification Number** 5XYKT3A60FG****

**Summary of Complaint**

TAKATA RECALL. I HAVE A 2015 KIA SORENTO. AT ABOUT 76,000 MILES, THE ENGINE BEGAN TO BURN OIL. I HAD IT CHECKED FOR A LEAK, BUT THE MECHANICS COULDN'T FIND ANYTHING. WHEN I START THE ENGINE, BLUE SMOKE EMITS FROM THE TAIL PIPE. I AM LOOSING ABOUT A QUART OF OIL EVERY 200 MILES.

**NHTSA ID Number:** 11163686

**Incident Date** December 18, 2018

**Complaint Date** December 27, 2018

**Consumer Location** SIOUX FALLS, SD

**Vehicle Identification Number** 5XYKUCA66CG****

**Summary of Complaint**

VEHICLE HAS STARTED CONSUMING HIGH AMOUNTS OF OIL AS IT PASSED 90,000 MILES. RECEIVED AN OIL LOW LIGHT AND NEEDED TO ADD 3.5 QUARTS OF OIL. TOOK TO A KI DEALERSHIP WHO NOTED THAT THERE WERE NO VISIBLE LEAKS, BUT PLUGS WERE BURNING WHITE. KIA CORPORATE FORCES THE DEALER TO INSTALL KNOCK DETECTION SENSOR UPDATE WHICH VOIDS ALL PREVIOUS ENGINE RECALLS. IN THE PAST, HIGH OIL CONSUMPTION WAS ENOUGH TO LEAD TO ENGINE REPLACEMENT BY PREVIOUS RECALL INFORMATION. NOW HOWEVER

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

KI CLAIMS THAT ONCE THE COMPUTER SYSTEM IS UPDATED ALL PREVIOUS ENGINE RECALLS ARE VOID AND EXCESSIVE OIL CONSUMPTION IS NO LONGER A VALID REASON EVEN WHEN COMBINED WITH ENGINE WEAR. A USER MUST NOW HAVE MULTIPLE SENSOR FAILURES OR ENGINE FAILURE, AND EXPECT TO MONITOR OIL EVERY FEW HUNDRED MILES. LOCAL DEALERSHIP SAYS THEIR HANDS ARE TIED DUE TO REQUESTS BY KIA CORPORATION.

**NHTSA ID Number:** 11164758

**Incident Date** August 1, 2018

**Complaint Date** January 3, 2019

**Consumer Location** BURTONSVILLE, MD

**Vehicle Identification Number** 5XYKTCA63CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE OPERATING THE VEHICLE, A GRINDING NOISE WAS PRESENT COMING FROM THE ENGINE AND THE OIL CONSUMPTION WAS APPROXIMATELY ONE QUART PER EVERY 600 MILES. THE VEHICLE WAS TAKEN TO KIA OF LAUREL (14921 BALTIMORE AVE, LAUREL, MARYLAND), BUT NO FAILURE WAS LOCATED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE CONTACT STATED THAT THE VEHICLE WAS REPAIRED PER NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE) IN 2016 AND THE ENGINE WAS INSPECTED. THE FAILURE MILEAGE WAS 110,000.

**NHTSA ID Number:** 11183184

**Incident Date** November 23, 2018

**Complaint Date** February 28, 2019

**Consumer Location** O'FALLON, MO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKT3A66CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING VARIOUS SPEEDS, A KNOCKING NOISE OCCURRED COMING FROM THE ENGINE COMPARTMENT. THE VEHICLE WAS TAKEN TO NAPLETON'S MID RIVERS KIA (LOCATED AT 4955 VETERANS MEMORIAL PKWY, ST PETERS, MO 63376, (636) 206-4284) FOR DIAGNOSTIC TESTING, BUT THE FAILURE COULD NOT BE DUPLICATED. THE VEHICLE WAS NOT REPAIRED AND THE FAILURE RECURRED. THE VEHICLE WAS TAKEN BACK TO THE DEALER WHERE AN OIL CONSUMPTION TEST WAS PERFORMED. THE DEALER STATED THAT IF THE ENGINE CONSUMED OIL, IT NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND PROVIDED CASE NUMBER: [XXX]. THE APPROXIMATE FAILURE MILEAGE WAS 114,276. *TR THE CONSUMER STATED THE MANUFACTURER WOULD NOT ASSIST WITH THE REPAIRS UNTIL THE ENGINE SEIZED. *JS PARTS OF THIS DOCUMENT HAVE BEEN REDACTED TO PROTECT PERSONALLY IDENTIFIABLE INFORMATION PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *JS

**NHTSA ID Number:** 11183821

**Incident Date** February 24, 2019

**Complaint Date** March 3, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 5YXTCA61DG3****

**Summary of Complaint**

EXCESSIVE OIL CONSUMPTION AT 92,000 MILES

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11183997

**Incident Date** March 4, 2019

**Complaint Date** March 4, 2019

**Consumer Location** WEST HURLEY, NY

**Vehicle Identification Number** 5XYKTDA26DG****

**Summary of Complaint**

CAR BEGAN BURNING EXCESS OIL AT APPROXIMATELY 100,000 MILES, BEGAN SPEWING BLUE AND GRAY SMOKE WHEN STARTING COLD, AT 111,000 MILES TOOK FOR DIAGNOSTIC TEST AT ROMEO KIA KINGSTON. TECHNICIAN CONFIRMED ENGINE NEEDS REPLACING. ALTHOUGH THE 2.0 LITER AND 2.4 LITER ENGINES ARE COVERED UNDER A CURRENT RECALL, THIS IS A 3.5 LITER V6 ENGINE. CONTACTED KIA CONSUMER AFFAIRS AND WAS DENIED ANY ASSISTANCE EVEN THOUGH THE ISSUE IS THE EXACT SAME AS IS COVERED UNDER THE CURRENT RECALL. THE CAR WAS WELL MAINTAINED AND A MODERN DAY ENGINE SHOULD NOT FAIL AT SUCH LOW MILEAGE.

**NHTSA ID Number:** 11183997

**Incident Date** March 4, 2019

**Complaint Date** April 8, 2019

**Consumer Location** WEST HURLEY, NY

**Vehicle Identification Number** 5XYKTDA26DG****

**Summary of Complaint**

ON COLD START UP, CAR EXPELS GRAYISH-BLUE SMOKE. HAS A STRONG RATTLE, LIKE BEARINGS RATTLING, THEN SUBSIDES ONCE ENGINE IS WARM. CAR DOES NOT LEAK OIL, HAS HAD ROUTINE MAINTENANCE. HAS NEVER OVER-HEATED. FOUND RECALL # SC147 WHICH APPEARS TO DETAIL BEARING ISSUE BUT IS NOT LISTED AS A RECALL FOR MY VIN#. FEAR OF FIRE OR ENGINE SEIZING.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11195864

**Incident Date** October 1, 2018

**Complaint Date** April 12, 2019

**Consumer Location** NEOSHO, WI

**Vehicle Identification Number** 5XYKUCA68DG****

**Summary of Complaint**

THE ENGINE BEGAN CONSUMING NOTICEABLE AMOUNTS OF OIL
AROUND 80,000 MILES. CONFIRMED NO LEAKS OR DEFECTS WHERE
PRESENT WITH MECHANICS & DEALERSHIP. AT 100,00 MILES THE ENGINE
BURNS OFF 4-5 QUARTS IN LESS THAN 1000 MILES. THIS REQUIRES
CONSTANT MONITORING, RISK OF ENGINE FAILURE, & HIGH COST OF
MAINTENANCE.

**NHTSA ID Number:** 11195049

**Incident Date** February 1, 2017

**Complaint Date** April 9, 2019

**Consumer Location** INMAN, SC

**Vehicle Identification Number** 5XYKU4A29BG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 KIA SORENTO. THE CONTACT STATED
THAT THERE WAS AN INTERNAL OIL CONSUMPTION FAILURE THAT
CAUSED THE OIL TO CONSTANTLY HAVE TO BE REFILLED IN THE
VEHICLE. AN OIL CONSUMPTION TEST WAS PROVIDED BY BENSON KIA
OF SPARTANBURG (1100 N PINE ST, SPARTANBURG, SC 29303, (864) 585-
3611) AND IT WAS DIAGNOSED THAT THERE WAS A CRACK IN THE
RADIATOR. AFTER THE OIL CONSUMPTION TEST WAS RENDERED, THE
OIL LEAKED UNDER THE VEHICLE. THE DEALER AND MANUFACTURER

REFUSED TO COMPLY WITH AN EXTENDED WARRANTY CAMPAIGN FOR

THE ENGINE ASSEMBLY AND OIL CONSUMPTION FAILURES DUE TO THE

VEHICLE'S MAINTENANCE RECORD. THE VEHICLE WAS NOT REPAIRED.

THE MANUFACTURER PROVIDED NO ASSISTANCE. THE FAILURE

MILEAGE WAS NOT AVAILABLE.


**NHTSA ID Number:** 11203183

**Incident Date** April 21, 2019

**Complaint Date** April 23, 2019

**Consumer Location** SPRINGFIELD, IL

**Vehicle Identification Number** 5XYKT3A6XDG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SORENTO. THE CONTACT STATED

THAT THERE WAS NO OIL IN THE VEHICLE AND THE OIL WARNING

INDICATOR NEVER ILLUMINATED. THE VEHICLE WAS TOWED TO

KINGDOM KIA (2600 N ISHOP AVE, ROLLA, MO 65401) WHERE IT WAS

DETERMINED THAT THE ENGINE NEEDED TO BE REPAIRED. THE

MANUFACTURER WAS CONTACTED. THE VEHICLE WAS NOT REPAIRED.

THE FAILURE MILEAGE WAS 106,000. *BF *AS


**NHTSA ID Number:** 11204769

**Incident Date** June 1, 2018

**Complaint Date** April 30, 2019

**Consumer Location** DAYVILLE, CT

**Vehicle Identification Number** 5XYKUCA65CG****

**Summary of Complaint**

ENGINE IS CONSUMING A LARGE AMOUNT OF OIL THIS HAS OCCURRED

AROUND THE ENGINE GOING OVER 90,000 MILES. IN SPEAKING WITH

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE KIA DEALERSHIP, THEY STATE IT IS COMMON FOR AN ENGINE OF
THIS AGE TO BURN OIL. THE ENGINE BURNS ABOUT A QUART EVERY
500-600 MILES. THIS SEEMS EXCESSIVE.

**NHTSA ID Number:** 11205516

**Incident Date** January 4, 2019

**Complaint Date** May 3, 2019

**Consumer Location** PLATTE CITY, MO

**Vehicle Identification Number** 5XYKTDA68CG****

**Summary of Complaint**

TOOK 2012 SORENTO IN FOR ENGINE/BEARINGS RECALL AT 92K MILES
(WHICH INCLUDED AN OIL CHANGE BY DEALERSHIP). NEXT OIL
CHANGE AT 98K THERE WAS APPRX 1 QUART OF OIL LEFT. NEVER
BURNED OIL PRIOR TO THIS RECALL CHECK. THOUGHT DEALERSHIP
MADE MISTAKE. I USUALLY CHANGE THE OIL EVERY 5K MILES. OIL
WAS CHANGED AND CHECKED AGAIN AT 2,500 MILES, IT WAS 4 QUARTS
LOW. NO WARNING LIGHTS WERE EVER DISPLAYED. TOOK TO
DEALERSHIP, PERFORMED OIL CONSUMPTION TESTS (4), CONSUMING
ABOUT 1 QUART EVERY 500 MILES. KIA DEALERSHIP TOLD ME UNLESS
IT DISPLAYS THE P1326 FAULT CODE, THERE IS NOTHING THAT KIA
WILL DO - I CAN FILE A CLAIM WITH KIA AFFAIRS, IF I WANT. IT IS
BURNING SO MUCH OIL, THAT IF OIL WAS CHANGE EVERY 7,500 MILES
AS RECOMMENDED MAINTENANCE -- THERE WOULD BE NO OIL LEFT IN
ENGINE. IT IS BURNING OIL -- THERE IS NO OIL LEAKING. ENGINE WILL
FAIL, IT'S A MATTER OF WHEN - HUGE SAFETY ISSUE. A TICKING TIME
BOMB. HOPE IT DOESN'T FAIL WHILE DRIVING ON THE INTERSTATE....OR
CATCH FIRE.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11209717

**Incident Date** September 1, 2018

**Complaint Date** May 24, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYKTDA60DG****

**Summary of Complaint**

OUR VEHICLE IS CONSUMING AN ENTIRE TANK OF OIL UNDER 1,000 MILES OF DRIVING. THE ENGINE MUST HAVE SOMETHING WRONG WITH IT, BUT THE DEALERSHIP INSISTS THE ENGINE IS NORMAL. THEY AGREE THE PROBLEM IS BAD BUT TAKE NO RESPONSIBILITY FOR THE ENGINE. THE SUV RUNS WEAKER THAN NORMAL WITH LESS POWER THAN WHEN WE BOUGHT IT 2 YEARS AGO NOW. IT IS DRIVEN LESS THAN 40 MILES A DAY FOR WORK COMMUTE AND CONSUMES OIL AT AN ASTOUNDING RATE. WHILE I KNOW THERE IS SOME TYPE OF ENGINE RECALL FOR THIS MODEL AND YEAR I AM CONFUSED AS TO WHY OUR VEHICLE IS NOT BEING TAKEN CARE OF AS IT SHOULD BE.

**NHTSA ID Number:** 11210474

**Incident Date** December 5, 2018

**Complaint Date** May 28, 2019

**Consumer Location** TOPTON, PA

**Vehicle Identification Number** 5XYKTDA64CG****

**Summary of Complaint**

ENGINE OIL USE EVERY 1.000 MILES GIVE OR TAKE CAR IS USING 1 TO 1 1/2 QUARTS OF OIL. I HAVE TAKING MY CAR TO THE SELLING DEALER THEY HAVE DONE A OIL CONSUMPTION TEST AND HAVE VERIFIED THAT CAR IS USING OIL.I HAD TO TAKE IT BACK 3 TIME FOR THEM TO CHECK OIL LEVEL AND FOR THEM TO SAY YEP ITS USING OIL .AND WENTON TO TELL ME THAT KIA CORP WILL NOT REPLACE THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE.SO EVERY 1.000 MILES I HAVE TO PUT OIL IN IT TILL IT BLOWS UP.THIE IS SO SAD I PAID GOOD MONEY FOR THIS CAR AND KIA WILL NOT STAND BY REPAIRS.IM A DIESEL TRUCK SERVICE MANAGER AT A NAVASTAR DEALER.AND WE WOULD NOT TREAT ARE CUST THIS WAY.WE HAVE REPLACED $30.000 MOTORS CAUSE OF OIL USE.CAN YOU PLEASE HELP THANKS FOR YOUR TIME JOEL B [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).' *PM

**NHTSA ID Number:** 11210846

**Incident Date** October 1, 2018

**Complaint Date** May 30, 2019

**Consumer Location** ROCHESTER, NH

**Vehicle Identification Number** 5XYKTDA61CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE SHUDDERED AND THE CONTACT NOTICED THAT THE OIL WAS LOW. THE CONTACT ADDED A QUART OF OIL EVERY FIVE HUNDRED MILES. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO QUIRK KIA OF MANCHESTER (1300 S PORTER ST, MANCHESTER, NH 03103, (603) 836-7600) WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED AND AN OIL CONSUMPTION TEST WAS COMPLETED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS CONTACTED AND PROVIDED CASE NUMBER: 13113751. THE CONTACT WAS REFERRED TO THE LOCAL DEALER. THE FAILURE MILEAGE WAS 109,000.

**NHTSA ID Number:** 11217464

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** March 15, 2017

**Complaint Date** June 3, 2019

**Consumer Location** JEANNETTE, PA

**Vehicle Identification Number** 5XYKTCA67CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. THE CONTACT STATED THAT THE VEHICLE EXHIBITED NO SAFETY RELATED ISSUES OR FAILURES UNTIL MANUFACTURER RECALL CAMPAIGN: SC147 AND AN OIL CONSUMPTION TEST WERE PERFORMED. JIM SHORKEY UNIONTOWN KIA (1050 PITTSBURGH RD, UNIONTOWN, PA 15401, 724-415-3210) SERVICED THE RECALL CAMPAIGN AN INDICATED THAT THE ROD BEARING, O RING, AND ENGINE WERE WEARING DOWN. THE DEALER STATED THAT THE MANUFACTURER HAD NO REMEDY FOR THE FAILURES. SMAIL KIA (5094 US-30, GREENSBURG, PA 15601, 724-837-7000) WAS NOTIFIED OF THE ENGINE FAILURE AND THAT THERE WAS EXCESSIVE OIL AFFECTING THE CRANK CASE AND PISTON RINGS. THE MANUFACTURER WAS MADE AWARE OF THE FAILURES. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 118,000.

**NHTSA ID Number:** 11222191

**Incident Date** June 17, 2019

**Complaint Date** June 24, 2019

**Consumer Location** CANONSBURG, PA

**Vehicle Identification Number** 5XYKTDA66DG****

**Summary of Complaint**

EXCESSIVE OIL CONSUMPTION. THE ENGINE USES 1 QUART OF OIL EVERY 500 MILES. UNABLE TO MAINTAIN FULL OIL, ENGINE MAKES

KNOCKING NOISES WHEN NOT AT FULL LEVEL. VEHICLE CONTAINS THE THETA ENGINE INCLUDED IN PREVIOUS RECALLS BUT HAS NOT FAILED YET. DEALER RESISTANT TO REPLACE ENGINE DUE TO MILEAGE OVER 100,000, OUT OF WARRANTY.

**NHTSA ID Number:** 11231735

**Incident Date** April 4, 2019

**Complaint Date** July 14, 2019

**Consumer Location** WOODLAWN, IL

**Vehicle Identification Number** 5XYKUCA68CG****

**Summary of Complaint**

LOSING 1 QUART OF OIL EVERY 1000 MILES. STARTED AT 80,000 MILES. TAKEN TO DEALER. WE ARE DOING OIL LOSS TEST. SAID THIS IS NORMAL. NO WAY THIS IS NORMAL. STILL UNDER WARRANTY AND THEY DON'T WANT TO FIX. ON TEC SAID JUST DRIVE TO ENGINE LOCKS UP IS ONLY WAY KIA WILL FIX. THAT WOULD BE NICE GOING DONE THE ROAD AT 70 MPH.I HAVE SEEN A LOT OF PEOPLE ONLINE COMPLAINING ABOUT SAME THING. SOMETHING IS WRONG WITH THESE ENGINES. NO SMOKE OR DRIPPING ON GROUND. ALL THE PEOPLE ONLINE ARE SAYING THE SAME THING.

**NHTSA ID Number:** 11232900

**Incident Date** July 16, 2019

**Complaint Date** July 17, 2019

**Consumer Location** VENTURA, CA

**Vehicle Identification Number** 3FADP4EJ5EM****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. THE CONTACT STATED

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  THAT THERE WAS SLUDGE BUILD-UP IN THE ENGINE. AS A RESULT,
2  THERE WAS A HOLE IN THE ENGINE COMPARTMENT. THE CONTACT
3  DROVE TO KIRBY KIA OF VENTURA (6424 AUTO CENTER DR, VENTURA,
4  CA 93003, (805) 256-7021) AND WAS INFORMED THAT THEY HAD NO WAY
5  TO REPAIR THE VEHICLE. THE MECHANIC STATED THAT THE CONTACT
6  REFUSED THE DIAGNOSTIC TEST; HOWEVER, THE CONTACT REQUESTED
7  AN OIL CONSUMPTION TEST AND WAS DENIED. THE MANUFACTURER
8  WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS
9  112,000.

11  **NHTSA ID Number:** 11246397
12  **Incident Date** August 23, 2019
13  **Complaint Date** August 26, 2019
14  **Consumer Location** PHOENIXVILLE, PA
15  **Vehicle Identification Number** 5XYKTCA61DG****
16  **Summary of Complaint**
17  AROUND 60,000 MILES, MY KIA SORENTO IS LOSING OIL WITHOUT ANY
18  SIGNS OF LEAK OR BURNING. JUST DISAPPEARING. HAVE COMPLETED 3
19  TOTAL 1,000 MILE OIL CONSUMPTION TESTS AT KIA OF WEST CHESTER,
20  PA AND I HAVE ASKED THEM TO START A CLAIM. IT IS LOSING AT
21  LEAST A FULL QUART AFTER 1,000 MILES. I CONTINUE TO CHECK OIL,
22  PURCHASE QUARTS AND AM ANXIOUS WITH CONCERN OVER THE
23  LEGAL ISSUES DRIVING A VEHICLE WITH ENGINE RECALLS AND THE
24  CHANCE OF LOSING A LIFE DUE TO ENGINE AND CONNECTING ROD
25  MALFUNCTION. 2ND OWNER AND PURCHASED FEB. 2017 FROM
26  ARDMORE NISSAN (ARDMORE, PA).

28  **NHTSA ID Number:** 11254076

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

289

**Incident Date** September 9, 2019

**Complaint Date** September 9, 2019

**Consumer Location** MONTVILLE, NJ

**Vehicle Identification Number** 5XYKT4A67DG****

**Summary of Complaint**

THE VEHICLE HAS HIGH OIL CONSUMPTION, ROUGHLY ONE QUART OF OIL PER ONE THOUSAND MILES DRIVEN. QUICK SEARCHES ONLINE HAVE REVEALED THIS IS A COMMON PROBLEM.

**NHTSA ID Number:** 11255707

**Incident Date** September 12, 2019

**Complaint Date** September 16, 2019

**Consumer Location** MARQUETTE, MI

**Vehicle Identification Number** N/A

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 KIA SORENTO. WHEN THE VEHICLE WAS STARTED, THE CONTACT NOTICED THAT THE OIL LIGHT WAS ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO CHANGED THE OIL GASKETS AND ADVISED THE CONTACT THAT THE ENGINE HAD A VERY HIGH OIL CONSUMPTION. THE CONTACT ALSO MENTIONED THAT THE HORN AND THE DOOR LOCKS FAILED WHEN THE VEHICLE WAS FIRST PURCHASED. THE VEHICLE WAS NOT TAKEN TO THE DEALER FOR DIAGNOSTIC TESTING. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE VEHICLE WAS REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 130,000. THE VIN WAS UNAVAILABLE.

**NHTSA ID Number:** 11255837

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   **Incident Date** July 22, 2019

2   **Complaint Date** September 16, 2019

3   **Consumer Location** ALTON, NH

4   **Vehicle Identification Number** 5XYKTDA68CG****

5   **Summary of Complaint**

6   MY KIA SORENTO IS BURNING EXCESSIVE OIL. I HAD IT AT A

7   DEALERSHIP 6/2019 FOR A RECALL TO REPLACE THE ENGINE. I WAS

8   TOLD IT WAS OK AT THAT TIME. SHORTLY AFTER THE RECALL

9   EVALUATION WAS COMPLETED, THE CHECK ENGINE LIGHT CAME ON IN

10  07/2019 DUE TO LOSS OF OIL ABOUT 800 MILES AFTER AN OIL CHANGE

11  AT MINEKE. THEY TOPPED IT OFF AND HAD ME COME BACK IN AFTER

12  1000 MILES AND TOLD ME I HAD AN OIL CONSUMPTION ISSUE AND TO

13  TAKE IT TO A KIA DEALERSHIP TO FOLLOW UP. I WENT TO AN OFFICIAL

14  KIA DEALERSHIP TO HAVE IT DOCUMENTED BY THEM AND THEY DID

15  THE OIL CONSUMPTION TEST AGAIN. THEY SAID AT THE TIME THE

16  SPARK PLUGS AND ENGINE LOOKED OK AND THERE IS A KNOWN ISSUE

17  BUT MINE WOULD NOT QUALIFY TO BE REPLACED AT THIS TIME AND I

18  COULD KEEP TOPPING OF THE OIL IF NEEDED. I BROUGHT IT BACK

19  AFTER PUTTING ON 950 MILES BECAUSE THE OIL WAS VERY LOW. IT

20  HAD BURNED THROUGH 2.5 QUARTS. THEY SAID THE ENGINE IS BAD

21  AND 2 OUT OF 3 SPARK PLUGS ARE STARTING TO GO. THE ENGINE

22  SHOULD BE REPLACED BUT IT DOES NOT MEET THE CRITERIA KIA HAS

23  TO BE COVERED UNDER KIA'S EXTENDED WARRANTY SO IT WOULD BE

24  OUT OF POCKET. THE VEHICLE ONLY HAS 136,331 MILES ON IT NOW AND

25  I STILL OWE MONEY ON IT SO I WOULD LIKE TO KEEP IT BUT DON'T

26  WANT TO PAY $6,200 TO REPLACE THE ENGINE. I CALLED KIA DIRECTLY

27  AND THEY CREATED A CASE NUMBER. THEY RECOMMENDED GETTING

28  SECOND OPINION FROM ANOTHER KIA DEALERSHIP. NOW I HAVE TO

1  START THIS PROCESS OVER AGAIN. MEANWHILE, MY ENGINE IS
2  GETTING WORSE AND IT IS CONCERNING ME THAT IT IS NOT SAFE TO
3  DRIVE. I FOUND A CLASS ACTION LAWSUIT AGAINST KIA WITH
4  REPORTS OF ENGINES CATCHING ON FIRE. ONE DEATH AND 130 PEOPLE
5  HAVE BEEN INJURED. I DRIVE WITH MY TWO CHILDREN WHO ARE 9
6  AND 5 AND I DON'T FEEL COMFORTABLE PUTTING THEM AT RISK WHILE
7  I WAIT FOR A DECISION ON THIS. AT THE VERY LEAST I WANTED THIS
8  REPORTED AS A SAFETY ISSUE.
9
10  **NHTSA ID Number:** 11257536
11  **Incident Date** April 2, 2019
12  **Complaint Date** September 23, 2019
13  **Consumer Location** WINTER HAVEN, FL
14  **Vehicle Identification Number** 5XYKU4A66CG****
15  **Summary of Complaint**
16  SUDDENLY AT 95000 MILES ENGINE STARTED TO USE OIL BUT IT'S NOT
17  BURNING IT OR ANY LEAKING FROM ENGINE. I HAVE TO CHECK OIL
18  WEEKLY AND WILL NEED A QUART EVER 800 TO 1000 MILES. AFTER
19  READING MANY POSTS ON THIS SUBJECT ALL ARE HAVING THE EXACT
20  SAME ISSUES AS WE ARE. KIA WILL NOT TAKE OWNERSHIP FOR THIS
21  PROBLEM AND TERRIBLE ENGINE DESIGN. THEY NEED TO BE HELD
22  RESPONSIBLE FOR THIS ISSUE.
23
24  **NHTSA ID Number:** 11258869
25  **Incident Date** May 1, 2018
26  **Complaint Date** September 29, 2019
27  **Consumer Location** GREENDALE, WI
28  **Vehicle Identification Number** 5XYKU4A64CG****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Summary of Complaint**

AT ABOUT 80,000 MILES DURING ROUTINE OIL CHANGE, THEY TOLD ME IT WAS 4 QUARTS LOW. I DID OIL CHANGES REGULARLY BEFORE THIS (EVERY 6 MONTHS / 5,000 MILES). THE ENGINE CONSUMED (BURNED?) 1 QUART EVERY 1000 MILES. NOW AT 93,000 MILES ON THE ODOMETER, THE ENGINE IS BURNING 1 QUART EVERY 500 MILES.

**NHTSA ID Number:** 11270941

**Incident Date** October 23, 2019

**Complaint Date** October 25, 2019

**Consumer Location** MARION, NY

**Vehicle Identification Number** 5XYKTDA68CG****

**Summary of Complaint**

I BROUGHT MY 2012 KIA SORENTO TO DORSCHEL FOR THE SC147 RECALL A COUPLE MONTH AGO. THEY SAID MY ENGINE WAS NOT BEING REPLACED BECAUSE KIA IS ONLY REPLACING ENGINES FOR THIS RECALL IF THEY STOP WORKING. THEY DID NOT TELL ME I HAD ANY OTHER ISSUE WITH MY ENGINE, ALTHOUGH KIA'S RECALL TELLS THEM TO INSPECT TO THE ENGINE FOR ISSUE. I WAS DIRECTED TO KEEP DRIVING IT UNTIL THE ENGINE STOPS WORKING. NOW MY ENGINE HAS MAJOR ISSUES. WHILE DRIVING IT WAS HAVING TOUGHT TIME PICKING UP SPEED WHEN I ENTER A 55MPH ROAD AND I COULD NOT ACCELERATE FAST. THE CAR KEPT SPUTTERING AND SHUTTERING, CAUSING A CAR TO ALMOST HIT ME FROM BEHIND. THIS IS ONLY A 2 MONTHS AFTER THEY INSPECTED IT AND FOUND NO ISSUES. DORSCHEL KIA SAYS IT IS A TIMING CHAIN FAILURE AND COMPRESSION PROBLEM, BENT VALVES AND SUCH, OIL SLUDGE AND THAT THIS HAS NOTHING TO DO WITH THE SC147. I ALSO HAD REALLY EXCESSIVE OIL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

293

**SECOND AMENDED CLASS ACTION COMPLAINT**

CONSUMPTION (1QT EVERY 300 MILES) SINCE THE SC147 INSPECTION
WAS PERFORMED. WHY? NOW KIA COMPANY IS SAYING THIS IS NOT
THEIRFAULT. I BELIEVE EITHER DORSCHEL WAS NEGLIGENT IN THEIR
ENGINE INSPECTION PERFORMED THE SC147 RECALL, OR THE ENGINE
SLUDGE WAS CAUSED BY THE ROOT CAUSED OF THE SC147 PROBLEM,
WHICH CAUSED THE OTHER ISSUES. OR SOMETHING DURING THE
INSPECTION OF THE ENGINE FOR THE SC147 PROBLEM CAUSED OTHERS
ISSUES THAT LEAD TO MY CURRENT SITUATION. I HAD NO ENGINE
PROBLEMS BEFORE I BROUGHT MY VEHICLE INTO DORSCHEL KIA 2
MONTHS AGO AND THEN I HAD ALL OF THIS HAPPEN. WHAT DID
DORSCHEL KIA REALLY DO TO MY CAR TO MAKE IT FAIL SO QUICK?
THIS SEEMS VERY SUSPICIOUS TO ME.

**NHTSA ID Number:** 11280564

**Incident Date** November 16, 2019

**Complaint Date** November 17, 2019

**Consumer Location** INDIANAPOLIS, IN

**Vehicle Identification Number** 5XYKT4A64FG****

**Summary of Complaint**

BOUGHT MY KIA SORENTO ABOUT A YEAR AND A HALF AGO. IT HAD
ABOUT 64,000 MILES ON IT. IT NOW HAS 87,000. WE NOTICED HEAVY OIL
CONSUMPTION WITHIN A FEW MONTHS OF OWNING IT. NO OIL LEAKS
EXIST. AT FIRST IT WOULD NEED ABOUT A QUART OR SO BETWEEN OIL
CHANGES, BUT CONTINUED TO GET WORSE BECAUSE NOW WE NEED
ALMOST 3 BETWEEN OIL CHANGES. OIL LIGHT BEGAN FLICKERING ON
AND OFF INTERMITTENTLY ON THE HIGHWAY HEADING HOME
FOLLOWED SHORTLY AFTER BY A CHECK ENGINE LIGHT. I STOPPED
AND CHECKED THE STICK TO FIND THAT IT'S ESSENTIALLY DRY. I BUY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE RECOMMENDED OIL AT THE GAS STATION I'M AT AND ADD IT. JUST
BEFORE FINALLY ARRIVING HOME THE ENGINE BACK TO SPUTTER AND
LOSE POWER ACCOMPANIED BY A TAPPING NOISE. ANOTHER CRAPPY
KIA ENGINE THAT DIDN'T EVEN MAKE IT TO 100,000. THEY BETTER FIX
THIS.

**NHTSA ID Number:** 11281889

**Incident Date** November 16, 2019

**Complaint Date** November 22, 2019

**Consumer Location** RENTON, WA

**Vehicle Identification Number** 5XYKTDA61CG****

**Summary of Complaint**

I DRIVE KIA SORRENTO 2012, ITS AT 117,000 MILES. FOR THE LAST 6000
MILES MY CAR HAS STARTED BURNING THROUGH ABNORMALLY HIGH
AMOUNTS OF OIL. IT DOESN'T GIVE ANY WARNING SIGNS AND THE LOW
OIL WARNING LIGHT NEVER COMES ON. FOR MY LAST 3 SERVICES
WHICH WERE IN JUNE, AUGUST AND NOVEMBER, ALL WELL BEFORE I
WAS DUE FOR OIL CHANGE, I WAS TOLD THAT THERE WAS NEXT TO
NONE OIL LEFT IN MY CAR. ON NOV 16TH, WHILE I WAS DRIVING ON A
FREEWAY MY CAR WITHOUT GIVING ME ANY WARNING OR
INDICATION THAT OIL WAS RUNNING LOW, DECELERATED FROM
60MPH TO 30MPH AND THE CHECK ENGINE SIGN STARTED FLASHING. I
PULLED ASIDE AND GOT IT TOWED TO A NEARBY CAR AUTO REPAIR
SHOP. I WAS TOLD THAT THERE WAS NEXT TO NONE OIL IN MY CAR
AND BECAUSE IT HAD BEEN RUNNING WITHOUT ANY OIL MY ENGINE
WAS ALL DAMAGED. I WAS TOLD THAT MY KIA NEEDED ENGINE
REPLACEMENT. I WAS ALSO TOLD THAT THE MECHANIC DIDN'T FIND
ANY LEAKS OR OTHER REASONS WHY OIL MIGHT BE GETTING

**SECOND AMENDED CLASS ACTION COMPLAINT**

CONSUMED SO QUICKLY. I SEARCHED ONLINE ABOUT WHY I MIGHT BE HAVING THIS PROBLEM AND FOUND THAT MANY OTHER KIA OWNERS ACROSS AMERICA ARE EXPERIENCING SAME PROBLEMS WITH ABNORMALLY HIGH AMOUNT OF OIL CONSUMPTION. SINCE THEN I HAVE BEEN TRYING TO GET IN TOUCH WITH KIA CORPORATE TO SEE IF THEY MIGHT BE ABLE TO HELP ME FIGURE OUT WHAT HAS BEEN HAPPENING BUT I HAVE BEEN UNSUCCESSFUL.

**NHTSA ID Number:** 11298551

**Incident Date** October 22, 2019

**Complaint Date** January 11, 2020

**Consumer Location** SPRINGBORO, OH

**Vehicle Identification Number** 5XYPG4A30GG****

**Summary of Complaint**

AT 65,000 MILES MY 4 CYL. SORENTO STARTED LOSING OIL. THE LIGHT CAME ON ONCE WHEN NO OIL ON DIPSTICK. ORIGINAL OWNER. CONTACTED KIA, SAID TO DO OIL CONSUMPTION CHECK. HAVE DONE. USING 2 QUARTS EVERY 1000 MILES. THEY ARE DRAGGING THEIR FEET, NOT RESPONDING TO MY EMAILS REQUESTING A SOLUTION. IT'S NOTHING I'VE DONE. WHAT GOOD IS THEIR 100K WARRANTY WHEN THEY WON'T FIX THE PROBLEM. COMMUNICATION WITH KIA CUSTOMER ASSISTANCE VERY SLOW AND POOR. THIS SHOULD BE A RECALL OR CLASS ACTION SUIT BASED ON THE NUMBER OF COMPLAINTS I SEE POSTED.

**NHTSA ID Number:** 11299802

**Incident Date** September 10, 2019

**Complaint Date** January 16, 2020

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYPG4A35GG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 KIA SORENTO. THE CONTACT STATED
THAT THE VEHICLE EXPERIENCED OIL CONSUMPTION. THE VEHICLE
WAS TAKEN TO AN INDEPENDENT MECHANIC TO BE INSPECTED. THE
CONTACT WAS INFORMED THAT THE OIL LEVEL WAS LOW. THE
MECHANIC TOPPED OFF THE OIL AND REPLACED A COIL THAT WAS
BURNT OUT. THE FAILURE PERSISTED. THE VEHICLE WAS TAKEN TO
KIA OF MURFREESBORO (2505 S CHURCH ST, MURFREESBORO, TN 37127,
(877) 772-8711) WHERE AN OIL CONSUMPTION TEST WAS COMPLETED.
THE MECHANIC WAS UNABLE TO FIND THE SOURCE OF THE OIL LEAK.
THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT
MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS
APPROXIMATELY 68,000.

**NHTSA ID Number:** 11301483

**Incident Date** October 11, 2019

**Complaint Date** January 23, 2020

**Consumer Location** DAHLONEGA, GA

**Vehicle Identification Number** 5XYPG4A32HG****

**Summary of Complaint**

JANUARY 17, 2020, I AM STILL UNDER THE EXCESSIVE OIL
CONSUMPTION TESTING. I WENT TO THE DEALERSHIP AS THEY TOLD
ME TO ON DEC. 30 2019, I MET MY 1000 MILES, IT WAS DOWN 1 QT. OF
OIL. THE DIPSTICK IS 'SEALED' TO THE ELECTRIC HARNESS, THEY CLAIM
IT WILL NOT CATCH ON FIRE. HOPEFULLY IT WON'T. SO FAR WITH THE
TESTING, THE OIL IS DOWN 1 QUART EVERY 1000 MILES, THE ENGINE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ONLY HOLDS ABT. 5 1/4 QUARTS OF OIL. THE MANUFACTURER
RECOMMENDS OIL CHANGE EVERY 7500 MILES. THE SERVICE TECH
SAID THEY ARE HAVING EXCESSIVE OIL CONSUMPTION PROBLEMS
WITH THE 2.0 AND 2.4 ENGINES, I HAVE A 2.4 ENGINE. THIS VEHICLE IS
SCARY, I FEEL UNSAFE DRIVING IT, IT MAY CATCH ON FIRE. SERVICE
TECH TOLD ME IT WILL TAKE A TOTAL OF 4 SEALED DIPSTICK TESTING,
I HAVE TWO MORE TO GO.

**NHTSA ID Number:** 11307993

**Incident Date** October 11, 2019

**Complaint Date** February 9, 2020

**Consumer Location** DAHLONEGA, GA

**Vehicle Identification Number** 5XYPG4A32HG****

**Summary of Complaint**

FEB 07 2020 - MILEAGE: 59,211 - THIS IS MY LAST 'EXCESSIVE OIL
CONSUMPTION' TEST WITH DEALERSHIP. MY 2017 KIA SORENTO WAS
DOWN 1.7 QUARTS OF OIL (MORE LIKE 2 QTS AS THE ENGINE WAS HOT
AND THE TECH AGREED, MORE LIKE 2 QTS.) AFTER 1002 MILES, THAT
AVERAGES OUT TO ABOUT 1 QT OIL EVERY 500 MILES. THE TECH SAID
HE WOULD SUBMIT ALL TESTING RESULTS TO KIA MOTORS. HE ALSO
SAID TO CHECK OIL EVERY 1000 MILES AND TO ADD OIL IF NEEDED, DO
NOT LET IT RUN OUT OF OIL. MY NEXT OIL CHANGE IS SCH AT 61176
MILES, THAT'S ABOUT 1965 MILES, I WILL PROBABLY HAVE TO ADD 3.93
QTS BEFORE MY SCH OIL CHANGE IF STILL 1 QT. EVERY 500 MILES STILL
APPLICABLE. THE ORIGINAL DIPSTICK WAS YELLOW, THEY REPLACED
IT WITH AN 'ORANGE' ONE EVER SINCE THE TESTING BEGAN. THEY SAID
THE ORIGINAL DIPSTICK WAS NOT READING CORRECTLY AND ALL KIAS
HAVING THIS 'EXCESSIVE OIL CONSUMPTION' PROBLEM WILL HAVE

1   DIPSTICKS REPLACED WITH THE ORANGE ONES.

2

3   **NHTSA ID Number:** 11315529

4   **Incident Date** February 29, 2020

5   **Complaint Date** March 2, 2020

6   **Consumer Location** DALLAS, TX

7   **Vehicle Identification Number** 5XYKT4A62EG****

8   **Summary of Complaint**

9   TL* THE CONTACT OWNS A 2014 KIA SORENTO. THE CONTACT STATED

10  THAT WHILE DRIVING AT AN UNDISCLOSED SPEED, A LOUD RATTLING

11  SOUND WAS HEARD. THE VEHICLE STALLED WITH THE OIL WARNING

12  LIGHT ILLUMINATED INTERMITTENTLY. THE VEHICLE WAS RESTARTED

13  AND WAS DRIVEN TO AN INDEPENDENT MECHANIC. THE VEHICLE

14  STALLED AND FAILED TO RESTART. THE CHECK ENGINE WARNING

15  LIGHT ILLUMINATED. THE VEHICLE WAS DIAGNOSED. THE CONTACT

16  WAS INFORMED OF ENGINE OIL CONSUMPTION WHICH CAUSED THE

17  GEAR TO WEAR WHICH CAUSED THE RATTLING SOUND IN THE ENGINE.

18  THE CONTACT WAS INFORMED THAT THE ENGINE NEEDED TO BE

19  REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER

20  WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE

21  MILEAGE WAS 93,000.

22

23  **NHTSA ID Number:** 11317197

24  **Incident Date** October 11, 2019

25  **Complaint Date** March 10, 2020

26  **Consumer Location** DAHLONEGA, GA

27  **Vehicle Identification Number** 5XYPG4A32HG****

28  **Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

299

1   WE RETURNED TO KIA DEALERSHIP 3/9/2020. WE WERE LOW ON OIL

2   AGAIN. THIS WAS AFTER THEY TOLD US THIS ON OUR PREVIOUS VISIT

3   2/7/2020 IT WAS OUR LAST OIL CONSUMPTION TESTING. KIA DID A FULL

4   OIL AND FILTER CHANGE AT 60,689 MILES. THEY STARTED ANOTHER

5   1000 MILE 'OIL CONSUMPTION TEST' AND SEALED THE DIPSTICK,

6   SECURED IT WITH A PLASTIC STRAP ATTACHED TO THE MANIFOLD,

7   WHICH THE MANIFOLD GETS EXTREMELY HOT AND COULD CAUSE THE

8   STRAP TO MELT AND OR CAUSE A FIRE.

9

10  **NHTSA ID Number:** 11320265

11  **Incident Date** October 11, 2019

12  **Complaint Date** April 5, 2020

13  **Consumer Location** DAHLONEGA, GA

14  **Vehicle Identification Number** 5XYPG4A32HG****

15  **Summary of Complaint**

16  I HAVE BEEN TRYING TO GET THE KIA DEALERSHIP IN GAINESVILLE, GA

17  TO POSTPONE THE OIL CONSUMPTION TESTING DUE TO THE

18  CORONAVIRUS CONCERNS MY HUSBAND AND I HAVE. THE MANAGER

19  OF THE DEALERSHIP SAID THAT THE OIL CONSUMPTION TESTING HAS A

20  PROTOCOL, THE TESTING CANNOT BE CANCELLED. I KEEP TELLING

21  EVERYONE, THE DEALERSHIP, KIA MOTORS, THAT I DID NOT SAY TO

22  CANCEL THE TESTING, JUST TO POSTPONE IT. THE SAME AS THE UNITED

23  STATES SUPREME COURT DID, THEY PUT THEIR WORK ON HOLD DUE TO

24  CONCERNS OF THE CORONAVIRUS CONCERNS. I CANNOT CHECK MY

25  OIL CONSUMPTION BECAUSE THE OIL DIPSTICK IS SEALED, IF I REMOVE

26  IT THE MANAGER OF THE DEALERSHIP SAID I WOULD VOID MY

27  WARRANTY AND IT WOULD BE MY RESPONSIBILITY, MY LIABILITY IF

28  SOMETHING GOES WRONG. THIS DEALERSHIP PUT THE SEAL ON THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

DIPSTICK, THIS DEALERSHIP NEEDS TO REMOVE IT. I WILL CONTINUE THE TESTING AFTER THE CORONAVIRUS CONCERNS ARE OVER. THE DEALERSHIP NOR KIA MOTORS WILL AUTHORIZE ME IN WRITING THAT IT IS OKAY FOR ME TO HAVE THE SEAL ON THE OIL DIPSTICK REMOVED AND THAT I WILL NOT VOID MY WARRANTY. NHSTA PLEASE HELP ME !!

**NHTSA ID Number:** 11321642

**Incident Date** October 11, 2019

**Complaint Date** April 20, 2020

**Consumer Location** DAHLONEGA, GA

**Vehicle Identification Number** 5XYPG4A32HG****

**Summary of Complaint**

TEST 5 - OIL CONSUMPTION - MILEAGE 61,719 (DOWN 1 QUART AT 1030 MILES AFTER MAR 09 2020 WORK ORDER) WE HAD TO REMOVE THE OIL DIPSTICK SEAL MORNING OF 4/19/2020, MY HUSBAND HAD A MEDICAL EMERGENCY AND I DID NOT WANT THE ENGINE TO SEIZE UP, CATCH FIRE, AS THE GAINESVILLE, GA KIA DEALERSHIP TOLD US IT WOULD DO IF THE ENGINE RAN OUT OF OIL. THE DEALERSHIP DOES NOT APPROVE OF REMOVING THE SEAL, THEY TAKE OIL CONSUMPTION 'PROTOCOL' OVER THE CORONAVIRUS PROTOCOL. I DID NOT CANCEL THE OIL CONSUMPTION TESTING, I WILL CONTINUE TO REPORT OIL CONSUMPTION EVERY 1000 MILES. KIA MOTORS USA HAS 4 CONSECUTIVE TESTS, ALL 4 TESTS PROVE OIL DOWN 1-2 QUARTS EVERY 1000 MILES. THIS VEHICLE IS GARAGED, GARAGE IS ATTACHED TO HOME, IF CATCHES FIRE IT COULD CAUSE INJURIES OR DEATHS. IT'S A 2 FAMILY DUPLEX. NHTSA - HELP, PLEASE HELP !!

**NHTSA ID Number:** 11321641

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** October 11, 2019

**Complaint Date** April 20, 2020

**Consumer Location** DAHLONEGA, GA

**Vehicle Identification Number** 5XYPG4A32HG****

**Summary of Complaint**

TEST# 5 - OIL CONSUMPTION - MILEAGE 61,719 (DOWN 1 QUART AT 1030 MILES AFTER MAR 09 2020 WORK ORDER) WE HAD TO REMOVE THE OIL DIPSTICK SEAL MORNING OF 4/19/2020, MY HUSBAND HAD A MEDICAL EMERGENCY AND I DID NOT WANT THE ENGINE TO SEIZE UP, CATCH FIRE, AS THE GAINESVILLE, GA KIA DEALERSHIP SERVICE MANAGER TOLD US IT WOULD DO IF THE ENGINE RAN OUT OF OIL. THE DEALERSHIP DOES NOT APPROVE OF REMOVING THE SEAL, THEY TAKE OIL CONSUMPTION 'PROTOCOL' OVER THE CORONAVIRUS PROTOCOL. I DID NOT CANCEL THE OIL CONSUMPTION TESTING, I WILL CONTINUE TO REPORT OIL CONSUMPTION EVERY 1000 MILES. KIA MOTORS USA HAS 4 CONSECUTIVE TESTS, ALL 4 TESTS PROVE OIL DOWN 1-2 QUARTS EVERY 1000 MILES. THIS VEHICLE IS GARAGED, GARAGE IS ATTACHED TO HOME, IF CATCHES FIRE IT COULD CAUSE INJURIES OR DEATHS. IT'S A 2 FAMILY DUPLEX. NHTSA - HELP, PLEASE HELP !!

**NHTSA ID Number:** 11321636

**Incident Date** October 11, 2019

**Complaint Date** April 20, 2020

**Consumer Location** DAHLONEGA, GA

**Vehicle Identification Number** 5XYPG4A32HG****

**Summary of Complaint**

TEST#5 - EXCESSIVE OIL CONSUMPTION TESTING. MILEAGE 61,719 - DOWN 1 QUART OF OIL AT 1030 MILES (FROM MAR. 09 2020 WORK

ORDER.) WE HAD TO REMOVE THE ZIP TIE MORNING OF 4/19/2020 IN ORDER TO CHECK OIL CONSUMPTION. MY HUSBAND HAD A MEDICAL EMERGENCY AND I DID NOT WANT TO BE STRANDED IN CASE THE ENGINE SEIZED UP, CAUGHT FIRE, AS THE DEALERSHIP SERVICE MANAGER TOLD US IT WILL DO IF NO OIL IN ENGINE. THE KIA DEALERSHIP IN GAINESVILLE, GA DOES NOT APPROVE OF REMOVING SEAL, THE OIL TESTING HAS A 'PROTOCOL'. THE OIL TESTING PROTOCOL IS MORE IMPORTANT TO THEM THEN THE CORONAVIRUS PROTOCOL. I DID NOT CANCEL MY OIL CONSUMPTION TESTING, I WILL CONTINUE TO MONITOR ENGINE OIL EVERY 1000 MILES AND REPORT OIL CONSUMPTION. KIA MOTORS KNOWS OF THE FOUR CONSECUTIVE TESTS THAT THE DEALERSHIP DID, OIL CONSUMPTION DOWN 1-2 QUARTS EVERY 1000 MILES. THIS VEHICLE IS GARAGED, GARAGE ATTACHED TO HOME, IF VEHICLE CATCHES FIRE, THERE MAY BE SERIOUS INJURIES OR DEATHS. IT'S A 2 FAMILY DUPLEX.

**NHTSA ID Number:** 11321762

**Incident Date** October 11, 2019

**Complaint Date** April 21, 2020

**Consumer Location** DAHLONEGA, GA

**Vehicle Identification Number** 5XYPG4A32HG****

**Summary of Complaint**

TEST 5 - OIL CONSUMPTION - MILEAGE 61,719 (DOWN 1 QUART AT 1030 MILES AFTER MAR 09 2020 WORK ORDER) WE HAD TO REMOVE THE OIL DIPSTICK SEAL MORNING OF 4/19/2020, MY HUSBAND HAD A MEDICAL EMERGENCY AND I DID NOT WANT THE ENGINE TO SEIZE UP, CATCH FIRE, AS THE GAINESVILLE, GA KIA DEALERSHIP TOLD US IT WOULD DO IF THE ENGINE RAN OUT OF OIL. THE DEALERSHIP DOES NOT APPROVE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1   OF REMOVING THE SEAL, THEY TAKE OIL CONSUMPTION 'PROTOCOL'

2   OVER THE CORONAVIRUS PROTOCOL. I DID NOT CANCEL THE OIL

3   CONSUMPTION TESTING, I WILL CONTINUE TO REPORT OIL

4   CONSUMPTION EVERY 1000 MILES. KIA MOTORS USA HAS 4

5   CONSECUTIVE TESTS, ALL 4 TESTS PROVE OIL DOWN 1-2 QUARTS

6   EVERY 1000 MILES. THIS VEHICLE IS GARAGED, GARAGE IS ATTACHED

7   TO HOME, IF CATCHES FIRE IT COULD CAUSE INJURIES OR DEATHS. IT'S

8   A 2 FAMILY DUPLEX. NHTSA - HELP, PLEASE HELP !!

9

10  **NHTSA ID Number:** 11323344

11  **Incident Date** March 20, 2020

12  **Complaint Date** May 5, 2020

13  **Consumer Location** URBANA, OH

14  **Vehicle Identification Number** 5XYPG4A32HG****

15  **Summary of Complaint**

16  WE CHANGE OUR OWN OIL, AND, NOTICED AT APPROX. 5,000 MILES

17  AFTER OIL CHANGE, OIL WAS DOWN APPROX. 2.5-3 QUARTS. CHANGED

18  OIL AGAIN, 1,000 MILES LATER, OIL DOWN 1.5-2 QUARTS. TOOK TO KIA

19  DEALER, THEY CHANGED OIL AGAIN, STARTED OIL CONSUMPTION

20  TEST. AFTER THIS, DROVE HOME, WENT TO RUNSOME ERRANDS,

21  ENGINE LIGHTS STARTS FLASHING, COULDN?T GET MORE THAN 45-50

22  MPH OUT OF IT. HAD IT TOWED TO KIA DEALER, THEY DONE

23  REPROGRAMMING OF ECM. NOT EVEN 100 MILES LATER, WAS ON

24  HIGHWAY, DROPPED TO 45 MPH AGAIN, WITH SEMI TRUCK BEHIND US.

25  WAS NOT FAR FROM DEALER, SO, DROVE IT THERE. HAS BEEN THERE

26  SINCE 3/23/20. KIA ALLEGEDLY CAN?T GET TECH THERE DUE TO

27  PANDEMIC, BUT, ISN?T THERE TELECOMMUNICATIONS TECH WORK

28  THAT COULD BE DONE? AS RENTALS HAVE TO BE RENEWED EVERY 30

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1    DAYS DUE TO INSURANCE REGULATIONS, DEALER ALREADY PAID

2    APPROX. $1300 ON FIRST RENTAL VEHICLE, NOW IN SECOND RENTAL.

3    WHICH IS GOING TO COST MORE, RENTAL OR REPAIRS/REPLACEMENT?

4    IS KIA CORP. TRYING TO BANKRUPT THEIR DEALERS BY DOING THIS

5    PRACTICE? THIS VEHICLE IS UNDER A ?CERTIFIED PRE-OWNED?

6    WARRANTY, AS WELL AS, AN EXTENDED WARRANTY AS WELL. DEALER

7    ALSO FRUSTRATED KIA CORP. KEEPS PUTTING THEM OFF AS WELL,

8    WITH 4 VEHICLES SITTING ON THEIR LOT, WAITING. FOR TECH AS WELL.

9    I JUST WONDER NATIONWIDE, HOW MANY DEALERS ARE HAVING SAME

10   ISSUES, AND HOW MANY OTHER OWNERS/VEHICLES ARE AFFECTED?

11   *TR

12

13   **NHTSA ID Number:** 11350224

14   **Incident Date** February 1, 2020

15   **Complaint Date** August 19, 2020

16   **Consumer Location** NEWBERG, OR

17   **Vehicle Identification Number** 5XYPG4A33GG****

18   **Summary of Complaint**

19   2016 KIA SORRENTO LX WITH THE 2.4 ENGINE WITH 54,000 MILES IS

20   USING 1 QUART OF OIL PER 400 MILES. THE TAIL PIPE IS EMITTING AN

21   OILY BLACK SOOT. WHILE DRIVING, AN ENGINE TICKING NOISE ALERTS

22   US THAT THE OIL IS LOW. AT THIS RATE WE WILL HAVE REPLACED ALL

23   THE OIL WITH 18.5 QUARTS OF OIL BEFORE THE SCHEDULED 7,500 MILE

24   OIL CHANGE. THE MECHANIC AT THE PORTLAND OREGON AREA

25   DEALERSHIP IS TRYING TO TELL US THIS IS NORMAL. THE VEHICLE IS

26   CURRENTLY INVOLVED IN THEIR OIL CONSUMPTION TEST LOOP, LIKE

27   SO MANY OTHERS. I SMELL A RAT.

28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11361323

**Incident Date** September 11, 2020

**Complaint Date** September 26, 2020

**Consumer Location** RANCHO SANTA MARGARITA, CA

**Vehicle Identification Number** 5XYKWDA74EG****

**Summary of Complaint**

OIL CONSUMPTION TEST PERFORMED AND VEHICLE IS STILL CONSUMING/BURNING OIL AT A RATE OF 1 TO 2 QUARTS EVERY FEW WEEKS / ENGINE KNOCKING CONTINUOUS / KIA OF IRVINE CONTINUES TO PROVIDE NO ANSWERS AND WASTED MY TIME ON A RECENT SCHEDULED VISIT AND SAID THERE WERE NO RECALLS AND UPON LOOKING UP THE RECALL STATUS IT STATES THERE ARE 4 , ANSWERS ARE NEEDED ON THE STATUS OF THIS VEHICLE , THANK YOU

**NHTSA ID Number:** 11361668

**Incident Date** April 1, 2020

**Complaint Date** September 29, 2020

**Consumer Location** JACKSONVILLE, FL

**Vehicle Identification Number** 5XYPG4A3XGG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 KIA SORENTO. THE CONTACT STATED WHILE CHECKING THE OIL, SHE DISCOVERED THERE WAS NO OIL IN THE ENGINE. THE CONTACT HAD THE VEHICLE TOWED TO SOUTHSIDE KIA (9401 ATLANTIC BLVD, JACKSONVILLE, FL 32225, (904) 406-7779). THE DEALER SUGGESTED THAT AN OIL CONSUMPTION TEST BE PERFORMED. THE CONTACT WAS INFORMED TO DRIVE THE VEHICLE FOR 1,000 MILES AND THEN HAVE THE OIL LEVEL CHECKED TO DETERMINE THE AMOUNT OF OIL THAT WAS CONSUMED PER 1,000 MILES. THE CONTACT

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  WAS INFORMED THAT THE TEST NEEDED TO BE PERFORMED THREE

2  TIMES FOR A TOTAL OF 3,000 MILES. THE CONTACT STATED THAT THE

3  WARRANTY WOULD BE EXPIRED AT 100,000 MILES. THE

4  MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE

5  MANUFACTURER STATED THAT THE VEHICLE OWNER WOULD BE

6  RESPONSIBLE FOR THE COST OF THE CONSUMPTION TEST IF THE

7  FAILURE WAS NOT RELATED TO THE ENGINE. THE CONTACT WAS

8  PROVIDED A CASE NUMBER. THE VEHICLE WAS NOT REPAIRED. THE

9  FAILURE MILEAGE WAS 97,000.*DT *TR

10

11  **NHTSA ID Number:** 11389658

12  **Incident Date** January 18, 2021

13  **Complaint Date** January 24, 2021

14  **Consumer Location** CUMMING, GA

15  **Vehicle Identification Number** 5XYKT4A64DG****

16  **Summary of Complaint**

17  MY ENGINE LIGHT WENT ON AND I IMMEDIATELY TOOK IT TO MY

18  MECHANIC. THERE WAS NO OIL IN MY CAR, EVEN THOUGH THE OIL

19  LIGHT NEVER CAME ON. TWO INDEPENDENT MECHANICS SAID I NEED A

20  NEW ENGINE. EVEN THOUGH MY ENGINE HAS A LIFETIME WARRANTY

21  DUE TO A CLASS ACTION SUIT, THE KIA DEALERSHIP SAID THEY COULD

22  NOT OPEN A CLAIM UNLESS MY ENGINE SEIZES UP, WHICH CAN HAPPEN

23  ANYTIME, ANYWHERE. I TOLD THEM I DO NOT FEEL COMFORTABLE

24  ALLOWING THAT TO HAPPEN, AND THEY AGAIN SAID THERE IS

25  NOTHING THEY CAN DO, THAT KIA IS NO LONGER COVERING

26  EXCESSIVE OIL CONSUMPTION AS OF NOV. 2020.

27

28  **NHTSA ID Number:** 11396426

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** June 17, 2020

**Complaint Date** February 16, 2021

**Consumer Location** CARPENTERSVILLE, IL

**Vehicle Identification Number** 5XYPGDA36GG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 KIA SORENTO. THE CONTACT STATED THAT WHILE HIS DAUGHTER WAS DRIVING AT AN UNDISCLOSED SPEED, SHE NOTICED AND ABNORMAL SOUND COMING FROM THE VEHICLE. THE CONTACT STATED THAT CHECK ENGINE WARNING WAS LIGHT ILLUMINATED. THE CONTACT CHECKED THE ENGINE OIL LEVEL AND NOTICED THAT THE OIL LEVEL WAS VERY LOW. THE CONTACT STATED THAT THERE WAS NO VISIBLE LEAKS. THE DRIVER FELT THE VEHICLE WAS UNSAFE TO DRIVE AND HAD THE VEHICLE TOWED TO GARY LANG AUTO GROUP (1107 S STATE ROUTE 31, MCHENRY, IL 60050 (815) 669-5966) WHERE IT WAS DIAGNOSED AND DETERMINED THAT AN OIL AND FILTER CHANGE WAS NEEDED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND PROVIDED A CASE NUMBER. THE CONTACT REFERENCED NHTSA CAMPAIGN NUMBER: 18V907000 (FUEL SYSTEM, GASOLINE) AS A POSSIBLE SOLUTION HOWEVER, THE VIN WAS INVALID. THE FAILURE MILEAGE WAS APPROXIMATELY 65,218.*DT CONSUMER STATED OIL CONSUMPTION IS AN ONGOING ISSUE.*JB

**NHTSA ID Number:** 11398318

**Incident Date** January 19, 2021

**Complaint Date** March 1, 2021

**Consumer Location** SEATTLE, WA

**Vehicle Identification Number** KNAFX5A86F5****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  I MADE A FORMER COMPLAINT REGARDING OIL CONSUMPTION. I THEN
2  BROUGHT MY KIA FORTE5 IN DUE TO CATASTROPHIC ENGINE FAILURE
3  & KNOCKING (OIL CONSUMPTION WAS THE SYMPTOM). IT ALSO HAD A
4  RATTLING NOISE WHICH WE SUSPECTED MAY BE THE CAT. LONG
5  STORY SHORT, KIA HASN'T PAID A DIME FOR THIS, DESPITE THERE
6  BEING A RECALL WHICH INCLUDES MY VIN. THE DEALERSHIP HAS
7  COME UP WITH EVERY EXCUSE IN THE BOOK TO NOT TAKE
8  RESPONSIBILITY. MY SHORT BLOCK MAY BE REPAIRED, BUT NOW
9  THEY'RE SAYING I NEED TO PAY $2700 FOR A NEW CAT & MUFFLER...
10 WHICH WAS DAMAGED FROM THE DEFECTIVE/RECALLED ENGINE. THE
11 CUSTOMER SERVICE AT THE DEALERSHIP & CONSUMER ASSISTANCE
12 CENTER HAS BEEN DEPLORABLE AT BEST. THIS HAS BEEN THE MOST
13 STRESSFUL EXPERIENCE. MY CAR HAS BEEN IN THEIR SHOP FOR OVER
14 A MONTH. THEY ALSO ARE CHARGER ME FOR NEW SPARK PLUGS, EVEN
15 THOUGH I WOULDN'T HAVE HAD TO BUY THEM RIGHT NOW IF IT
16 WEREN'T FOR THE DEFECTIVE ENGINE. OH, THE TWO-WEEK LATE
17 LOANER THEY FINALLY GOT TO ME? THEY DECIDED TO CALL ME AND
18 TELL ME DAY-OF THAT THEY WERE NO LONGER COVERING IT AND
19 WOULD CHARGE ME $35/DAY - NO WARNING. IT DOESN'T TAKE A
20 ROCKET SCIENTIST TO FIGURE OUT THAT THE ENGINE FAILURE
21 CAUSED SYSTEMIC ISSUES, WHICH SHOULD MORE CERTAINLY BE
22 COVERED BY KIA.

23

24 **NHTSA ID Number:** 11398608
25 **Incident Date** September 1, 2020
26 **Complaint Date** March 1, 2021
27 **Consumer Location** DENVER, CO
28 **Vehicle Identification Number** 5XYKTDA64EG****

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Summary of Complaint**

EVERY 500 MILES I AM ADDING A QUART OF OIL TO MY 2014 KIA SORENTO. PLUS THE OIL LIGHT IS NOT TURNING ON WHEN THE DIPSTICK IS SHOWING BELOW LOW ON OIL. THERE ARE SEVERAL ONLINE FORUMS THAT HAVE NOTED AS MANY OTHER KIA VEHICLES HAVE HAD THIS ISSUE: SITED REFERENCES: CAR GURUS: HTTPS://WWW.CARGURUS.COM/CARS/DISCUSSION-T57466_DS944098?SNTEMLID=5086909646#MSG1125429 KIA FORUM: HTTPS://WWW.KIA-FORUMS.COM/THREADS/2-4-OIL-CONSUMPTION.344078/ MOTOR BISCUIT: HTTPS://WWW.MOTORBISCUIT.COM/A-2016-KIA-SORENTO-OWNER-EXPERIENCED-AN-EXPENSIVE-PROBLEM-AT-THE-WORST-TIME/ I HAVE TAKEN IT IN TO A MECHANIC AND THEY ARE NOT SURE HOW TO ADDRESS THE ISSUE. I ALSO BROUGHT IT TO MEDVED KIA DEALERSHIP IN WHEAT RIDGE COLORADO FOR AN OIL CONSUMPTION TEST, I BROUGHT IT IN EVERY 500 MILES TO CHECK THE OIL CONSUMPTION. AFTER 3000 MILES THE OIL WAS DOWN A TOTAL 2.5 QUARTS. THE DEALERSHIP TOLD US THEY CONTACTED KIA HEADQUARTERS AND SAID THERE IS NOTHING THEY CAN DO UNTIL THERE IS A ENGINE FAILURE, BUT OUR CONCERN IS IF SOMEONE IS UNAWARE OF THE OIL CONSUMPTION (OR IF WE FORGET TO PUT OIL IN OUR CAR AT 500 MILES) ISSUE AND THEIR ENGINE SEIZE ON THE HIGHWAY THIS COULD PUT THEM AND OTHER VEHICLES ON THE HIGHWAY IN A POTENTIAL DANGEROUS OR LIFE THREATENING SITUATION. ADDITIONALLY, THE USER MANUAL STATES (PAGE 7 | 11) UNDER NORMAL CONDITIONS YOU SHOULD CHANGE YOUR OIL EVERY 7500 MILES, THE VEHICLE TAKE 5 QUARTS, SO IF WE WAITED FOR THE 7500 MILES THE ENGINE WOULD SEIZE OR EXPLODE. KIA HAS ISSUED AN EXTENDED WARRANTY FOR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

310

**SECOND AMENDED CLASS ACTION COMPLAINT**

ENGINE DEFECTS AND FIRES, BUT IT DOES NOT DETAIL THE OIL

CONSUMPTION ISSUE, I THINK THIS SHOULD BE LOOKED INTO AS MANY

PEOPLE ARE HAVING THE SAME ISSUE. HERE IS THE EXTENDED

WARRANTY LINK: HTTPS://WWW.CARCOMPLAINTS.COM/NEWS/2020/KIA-

ENGINE-RECALL-EXTENDED-WARRANTY.SHTML THANK YOU, [XXX]

INFORMATION REDACTED PURSUANT TO THE FREEDOM OF

INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR


**NHTSA ID Number:** 11400103

**Incident Date** December 3, 2020

**Complaint Date** March 10, 2021

**Consumer Location** ROCHDALE, MA

**Vehicle Identification Number** 5XYKTCA60DG****

**Summary of Complaint**

EXCESSIVE OIL CONSUMPTION PROBLEM (SCAN 0001.PDF) NOTED

BELOW. DIAGNOSTIC COMPRESSION TEST (SCAN 0002.PDF) BY KIA

DEALER NOTED BELOW.


**NHTSA ID Number:** 11403906

**Incident Date** March 18, 2021

**Complaint Date** March 19, 2021

**Consumer Location** VILAS, NC

**Vehicle Identification Number** 5XYPGDA37GG****

**Summary of Complaint**

VEHICLE IS EXPERIENCING ABNORMAL OIL CONSUMPTION. LOW OIL

LIGHT BRIEFLY ILLUMINATED ON VEHICLE 1,000 MILES BEFORE OIL

CHANGE WAS EVEN DUE. LOOKED AND OIL DIP STICK WAS DRY /

EMPTY. REFILLED WITH 5 QUARTS OF OIL AND TOOK TO LOCAL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   DEALERSHIP FOR DIAGNOSTIC. LOCAL DEALERSHIP REFERRED ME TO

2   KIA FOR AN OIL CONSUMPTION TEST.

3

4   **NHTSA ID Number:** 11405898

5   **Incident Date** January 29, 2021

6   **Complaint Date** April 1, 2021

7   **Consumer Location** ORLANDO, FL

8   **Vehicle Identification Number** 5XYKT3A69EG****

9   **Summary of Complaint**

10   ENGINE IS FAILING AND BURNING EXCESSIVE OIL, NEED OIL CHANGE

11   EVERY 1K MILES. CURRENTLY COMPLYING WITH OIL CONSUMPTION

12   TESTING, HOWEVER SENSORS ARE GOING ON AND I BELIEVE ITS DUE

13   TO EXCESSIVE HEAT EMITTING FROM THE ENGINE. SERVICE ADVISOR

14   SUBMITTED A GOODWILL CLAIM FOR THE ABS, TRACTION CONTROL,

15   TIRE PRESSURE & E-BRAKE SENSORS AND KIA DENIED IT. I JUST PAID

16   OFF MY CAR, WHICH IS IN GREAT CONDITION, AND NEVER HAD THESE

17   ISSUES. KIA JUST KEEPS DOING OIL CHANGES AND TELLING ME TO

18   RETURN EVERY 1K MILES. ALSO HAVING AC ISSUES, I RECENTLY

19   FOUND OUT MY SUCTION HOSE WAS LEAKING AND HAD TO REPLACE

20   IT, AFTER PAYING $160 FOR AC DIAGNOSIS. BROKE DOWN AND PAID

21   $471 (ORIGINALLY $541 BEFORE DISCOUNT) FOR A PLASTIC HOSE AND

22   WAS TOLD IT WOULD TAKE 2-3 DAYS TO GET HERE. ABOUT 27 DAYS

23   LATER, THE PART FINALLY COMES IN, WHILE MY CAR HAPPENED TO BE

24   AT THE DEALERSHIP FOR A WEEK UNEXPECTEDLY. AFTER GETTING 2

25   OIL CHANGES $140 IN ONE MONTH AND DRIVING FOR THE FIRST 1K

26   MILES AFTER STARTING THE OIL TESTING, I WENT IN AT 8:30AM TO GET

27   AN INSPECTION ON 3/15/21. I WAS INFORMED THAT THEY WOULD NEED

28   TO KEEP MY CAR, AND HAD TO WOUND UP GETTING A RENTAL CAR.

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  ANOTHER $239 I DON'T HAVE. I THEN HAD TO PAY FOR LABOR AND

2  FREON $286. AFTER ALL THE WAITING AND TROUBLE I WENT THROUGH,

3  SUFFERING WITH NO AC IN FL, AND SPENDING A TOTAL OF $1,296; THEY

4  TELL ME AFTER INSTALLING THE PART MY AC COMPRESSOR IS BAD

5  AND IT WOULD COST $905. SO I STILL DON'T HAVE AC! AT THIS POINT,

6  THE ENGINE NEEDS TO BE REPLACED, I WOULD LIKE TO BE

7  REIMBURSED FOR RENTAL EXPENSES WHILE DOING THE OIL TESTING,

8  FUTURE RENTAL/LOANER ACCOMMODATION BECAUSE I KNOW THEY

9  WILL KEEP MY CAR AGAIN, AND ASSISTANCE WITH THE COMPRESSOR

10 AND SENSORS. BEING I PAID FOR AN OVERPRICED HOSE, AND THE

11 ENGINE IS FAILING. NOW SINCE LAST OIL TEST, GAS GAUGE DOES NOT

12 MATCH ELECTRONIC RANGE READING. NOT SURE IF GAS IS FULL OR

13 NOT. WHEN SEATBELT DINGS SPEED GAUGE JUMPS.

14

15 **NHTSA ID Number:** 11408324

16 **Incident Date** August 1, 2020

17 **Complaint Date** April 15, 2021

18 **Consumer Location** CENTRAL BRIDGE, NY

19 **Vehicle Identification Number** 5XYPGDA30GG****

20 **Summary of Complaint**

21 MY 2016 KIA SORENTO IS HAVING OIL CONSUMPTION ISSUES. I KNOW

22 THAT YOU ARE WELL AWARE OF THIS PROBLEM WITH MANY OF THE

23 ENGINES ON SEVERAL KIA MODELS. I HAVE FOLLOWED ALL OF THE

24 INSTRUCTIONS THAT KIA HAD RECOMMENDED TO MONITOR OIL

25 LEVELS AND NOW KIA IS CLAIMING THEY ARE NO LONGER

26 "HONORING" THAT TYPE OF TESTING. MY BIGGEST ISSUE IS THAT YOU

27 ARE AWARE OF THIS HORRIBLE PROBLEM WHICH COULD ULTIMATELY

28 CAUSE SERIOUS INJURY OR WORSE YET DEATH IF ONE OF THESE KIAS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

ENGINES DIES OUT ON THE HIGHWAY WITHOUT WARNING. IT HAS NOT HAPPENED TO ME YET BUT I WAS JUST READING PLENTY OF REVIEWS ABOUT THIS HAPPENING. I FEAR FOR MY LIFE AND PRAY WHENEVER I GO OUT AND DRIVE. PLEASE TAKE NOTE ONCE AGAIN OF THIS CRITICAL ISSUE SURROUNDING THESE VEHICLES. I HAD A KIA BEFORE THIS BUT NEVER AGAIN WHEN THEY ARE DEFAULTING ON THEIR OBLIGATION TO FIX THIS HUGE PROBLEM. AND SHAME ON YOU FOR NOT BACKING CONSUMERS HAVING THESE ISSUES!!!! IT IS A DISGRACE THAT A FOREIGN CAR COMPANY COMES IN AND PROFITS OFF OF AMERICA AND DOESN'T BACK IT'S OWN PRODUCT. CORPORATE GREED AT ITS GREATEST. WHAT ARE YOU GOING TO DO TO KEEP US SAFE ON THE ROADS WITH THESE THINGS HAPPENING ON THE ROADWAY?????????????? THANK YOU, [XXX] PLEASE FEEL FREE TO CONTACT ME. YOU NEED TO DO SOMETHING ABOUT THIS!!!!!!!!!!! INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *CC *TR

**NHTSA ID Number:** 11417367

**Incident Date** May 7, 2021

**Complaint Date** May 16, 2021

**Consumer Location** VALATIE, NY

**Vehicle Identification Number** 5XYPG4A35GG****

**Summary of Complaint**

I have complained to Kia regarding excessive oil consumption. The dealership stated my head gasket needed to be replaced. 2 weeks after Kia replaced, I had a routine oil change at my local mechanic who regularly performs maintenance. He contacts me and has me come down to show me he did not want to do the oil change as he noticed that the gasket had not been changed as I had claimed it was when i dropped it off earlier in the day. He agreed to order the parts and when replaced gave me the parts

which could not have possibly been new. I called Smithtown Kia reporting a complaint at paying nearly $500 and no repair was made to my car. At which, I was told there is an issue with the engine of my car as they received a "warning notice" from corporate. They explained I would likely need to replace the engine. They refused to refund my money for a repair not made. On 5/7/21, I was traveling to Delaware and on the NJ turnpike traveling at highway speed in the left lane, the engine decelerated and warning lights appear saying engine failure service required. Nearly being hit by cars traveling behind me and subsequently attempting to move to the shoulder was almost hit by 2 commercial trucks. A frightening experience and left stranded. The car was towed to a local mechanic who indicated the car needs to be towed to Kia as the engine is not performing. Having to wait until Monday, my car was towed to the nearest dealership In Delaware. I'm currently without a vehicle and waiting for the dealership to diagnose the issue. I've been told the service department will likely assess the car in 3-4 weeks due to all the engine failures they are addressing. The incident was traumatic for myself and my passenger, we could have been killed. My vehicle has always had oil changes, Car Fax and all my receipts can attest to my adherence to the maintenance of my vehicle. I'm praying this does not happen to anyone else and certainly not to an inexperienced driver as this would be a tragedy.

**NHTSA ID Number:** 11418694

**Incident Date** January 1, 2021

**Complaint Date** May 26, 2021

**Consumer Location** SPRINGFIELD, SC

**Vehicle Identification Number** 5XYKT4A65DG****

**Summary of Complaint**

in 2019 our car's engine was replaced due to a engine recall. The recall pertained to engines seizing, locking up, catching fire all due to excessive oil consumption and

**SECOND AMENDED CLASS ACTION COMPLAINT**

connecting rod bearings. In the fall of 2020, early 2021, we noticed that the newly replaced engine was using excessive oil. On one instance, the dash oil light came on after having oil changed and drove 200 miles. Checking dipstick, no oil was registering. We put 5 qts oil in car. We then took the car to the dealership. The dealership informed us to perform a factory certified oil change, do a diagnostic testing for 1000 miles, bring back to dealership for further evaluation. we reluctantly did this test as we were concerned that the engine would lock up, catch fire, leave us stranded. Upon returning to dealership, further testing showed excessive oil consumption of this newly replaced engine and that it needed to be replaced yet again.

**NHTSA ID Number:** 11420510

**Incident Date** May 3, 2021

**Complaint Date** June 10, 2021

**Consumer Location** DENMARK, IA

**Vehicle Identification Number** 5XYKTDA61CG****

**Summary of Complaint**

Miles on vehicle is at 130,000 miles and never missed an oil change however noticed at 125,000 miles that it has really started to burn oil. Took to the Kia dealership and they told me that I could be eligible for a free engine replacement and I needed to pay for a engine oil consumption test. Paid the amount and engine failed and I figured I'd go the the next necessary step for the replacement however they then told me it didn't cover oil consumption...Took vehicle to different shop and will cost me $4,400.

**NHTSA ID Number:** 11421399

**Incident Date** January 25, 2021

**Complaint Date** June 18, 2021

**Consumer Location** JEFFERSON CITY, MO

**Vehicle Identification Number** 5XYPG4A31GG****

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Summary of Complaint**

My engine keeps burning oil at an extremely fast rate and the oil is very dark. Every time I take it in to get an oil change or top off, the mechanics tell me that my care has excessive oil consumption and something is wrong with the engine. My car also hesitates to start. I've taken it to get checked out twice stating my concerns, and the mechanics are not able to find anything wrong with it. Also, the indicator light does not come on when my oil is low, which has led to me driving my car with no oil In it.

**NHTSA ID Number:** 11422455

**Incident Date** June 1, 2020

**Complaint Date** June 26, 2021

**Consumer Location** HAGERSTOWN, MD

**Vehicle Identification Number** 5xykt3a62dg****

**Summary of Complaint**

for the past year my car has been losing a lot of oil and i've been replacing the oil not thinking much of it until a couple months ago 3 times right after an oil change I lost all all my oil where there was no oil left on the dipstick and no check engine or oil light has come on telling me that my oil is running out. Twice I had to stop on the side of the road and await for friends to bring me oil because i was afraid to ruin my engine. If I wasn't a person that checks oil a lot I'd have no car. Also on this car when I first got the car I had to replace the transmission and I want to check the transmission but this vehicle don;t have a dipstick. I've been checking all the recalls for this vehicle and called the dealership and all they want me to do is bring the vehicle in and charge me money I don't have. I've been reading that oil consumption is a major problem with this vehicle. I'm afraid I may have damaged my engine and Kia is at fault for not fixing this problem years ago and have warning lights for this problem. Monday I'm going to go to the dealership and speak to someone that may be able to help me. Today I replaced the PVC valve as I understand that may be the

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

cause. No oil leaks from the engine and I don't know where the oil is going and I'm afraid the car will lock up and harm my passengers. It first started around 6/2020 but got worse 1/2021.

**NHTSA ID Number:** 11428051

**Incident Date** August 6, 2021

**Complaint Date** August 6, 2021

**Consumer Location** NEWNAN, GA

**Vehicle Identification Number** 5xypg4a39gg****

**Summary of Complaint**

I have always had my car serviced regularly for oil changes. starting in July 2021 my mechanic told me that I was EXTREMELY "dangerously" low in oil, without low oil warning ever turning on. Researched and saw this is a common problem leading to engine failure/ needing replacement. Called local Kia dealership about the issue was told to come in for an oil consumption test, left today and was told oil consumption is not covered in the extended coverage for my engine. I was basically told in order for the repairs to be covered my engine would have to blow up while driving. So every day I'm putting my self and others at risk while driving for my engine to fail at any given time. After seeing other complaints on this site of very similar problems, why has there not been a recall on this engine? It is obviously a very well known problem!! Why am I like a sitting duck every time I drive praying my engine doesn't blow? Kia dealership told me they have a $500 fix that "might" work but with no guarantee and no refund will be given if it doesn't work.

**NHTSA ID Number:** 11428862

**Incident Date** June 29, 2018

**Complaint Date** August 12, 2021

**Consumer Location** GRAND JUNCTION, CO

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Vehicle Identification Number** 5xyktca18bg****

**Summary of Complaint**

Unknown. I have been having oil loss since 2018 and have extensively reported the issue to my local kia dealership where I receive certain. I was instructed to do an oil consumption test that the service department later had no idea what that would have done. Twice the engine has nearly ran out of oil with no warning and I have to regularly monitor the oil level between service. At times it is very low. If I accelerate too quickly it smokes white smoke and smells of burning oil. This is a safety issue if I am merging into traffic and I am unable to accelerate fast enough to not cause an accident. This has been an ongoing issue with this vehicle.

**NHTSA ID Number:** 11429776

**Incident Date** August 19, 2021

**Complaint Date** August 19, 2021

**Consumer Location** POTTSTOWN, PA

**Vehicle Identification Number** 5XYPGDA39HG****

**Summary of Complaint**

There is an oil consumption problem in Kia engines. AND Kia refuses to cover the problem. I was told the oil consumption issue will cause my engine to completely fail and yet they refuse to cover it under the warranty. My neighbor has the same make and model and her car nearly crashed because of the same failure. For a YEAR I was told Kia would cover the repairs when the engine eventually fails and TODAY August 19 2021, I was told they won't cover the engine failure due to oil consumption issues. An issue they FINALLY have a test for but refuse to do because "it's not covered by the warranty." I have a 100,000 mile engine warranty. I have my oil changed every 3,000 miles and take very good car of a car they KNOW is going to break down. And still there is no recall. There are thousands of complaints about this exact problem. And people being forced to pay 5-7 grand out of pocket for an issue that MUST be

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

covered. Kia KNOWS it's a problem and they all say well if anything else goes wrong we will test your car then "maybe" it will be covered. Meanwhile, my car is literally a ticking time bomb. That apparently a Kia warranty won't cover. Please, for the thousands of people like me, investigate and expose Kia for this serious issue. I don't want my car to seize or explode because of a problem Kia knows of and refuses to repair or recall.

**NHTSA ID Number:** 11429724

**Incident Date** July 5, 2021

**Complaint Date** August 19, 2021

**Consumer Location** GLOSTER, LA

**Vehicle Identification Number** 5xykt3a6xfg****

**Summary of Complaint**

Bought the vehicle used, from dealership had little over 91,000 miles on vehicle when purchased and purchased extended warranty as well, only had 11months, at little over 109 thousand miles on vehicle noticed white exhaust coming from tail pipe, was having to put oil in the vehicle 1-2 quarts a week. At one time, during a week, vehicle seemed to be stalling/slow to accelerate, engine sounded different, when got home, checked oil, the dip stick showed barely any oil. Put oil in the vehicle. NO warning light ever has came on about low oil, no warning light about engine has come on. I called local Kia dealership about the issue. Took 2 weeks to get appointment to take my Sorento in to get looked at. Once in the Kia dealership, service department manager says they did an oil consumption test on the engine. Multiple points of the inspection show engine failure. Dealership has more in depth description of what all has failed with the engine and oil consumption. Also had to provide the copies of when and where the vehicle had its regular maintenance such as oil changes done so it could be sent to the Extended warranty to approve engine replacement. My vehicle has been sitting at the dealership since July 20,2021 with no working being done, not

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  even the safety recalls, because I was told engine is on back order. At time writing this

2  it is August 19, 2021, so my sorento has been just sitting at Kia dealership with

3  nothing being done. I have called once a week to Kia dealership, as they have yet to

4  call me for updates. I reached out to Kia customer hotline, they were able to pull up

5  the info on vehicle, find out exactly what part/engine was needed from dealership and

6  shows it back ordered because the engine is coming from Korea to US, No actual ETA

7  on when it will actually be sent/shipped to US to then be sent to dealership to put in

8  my vehicle. Was told it could be months..unacceptable! was never sent any

9  information on possible oil consumption problems or engine problems.

10

11  **NHTSA ID Number:** 11430231

12  **Incident Date** August 20, 2021

13  **Complaint Date** August 23, 2021

14  **Consumer Location** CLAYTON, NC

15  **Vehicle Identification Number** 5XYKU3A60DG****

16  **Summary of Complaint**

17  Excessive oil consumption. Kia stated this is a known issue but is not "quite to the

18  status of a recall." They said there is no fix to the issue and they cannot diagnose what

19  is causing the excessive oil consumption but can confirm it is not leaking. Both the

20  Kia dealership and general Kia phone support informed me there is nothing they can

21  do and the best suggestion they can provide is to wait until the engine seizes up. They

22  said at that point, I can have it towed to a local Kia dealership or "limp" it to a

23  dealership and it would then be qualified for an engine replacement under a different

24  recall. I asked if I should top it off with oil to prevent the engine from failing while we

25  are driving, and they informed me not to do this "as that will only prolong the issue." I

26  then confirmed with them that the only solution being provided was to continue

27  driving the car and wait until the engine fails while I am driving down the road,

28  potentially with my family in the car which is an extremely dangerous situation.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

Multiple different Kia reps confirmed that is the only and "best" solution they can provide. The dealership said they see this issue with this engine "all the time and it sucks" but they cannot help me until I bring them a seized-up engine. They also said there is nothing they can do to fix the issue before the engine goes bad. They tried to provide a glimmer of hope by saying, "the good news is there is a 99% chance you will get a new engine because we see major engine issues so often Kia just replaces the engine instead of having us tear it apart to diagnosis the issue because that takes less time and is cheaper." However, they confirmed again they will not and "cannot" fix the car until I bring them a seized engine and continue driving it until it fails. Kia is directly telling consumers to put themselves and their families in harm's way by not fixing a known issue and telling drivers to wait until their engine fails while in the act of driving.

**NHTSA ID Number:** 11431909

**Incident Date** July 30, 2021

**Complaint Date** September 7, 2021

**Consumer Location** GRANT, FL

**Vehicle Identification Number** 5XYPG4A34GG****

**Summary of Complaint**

In July on Highway my 2026 Kia Sorento blue up in blue smoke and stalked on busy multiple lanes of s highway… had to be towed to dealership…. Deakership let it sit fir 10-13 days after multiple text messsges…. Finally attempted to diagnose problem but not addressing blue smoke from tailpipe!!!! This has been occurring since 16,000 miles and excessive oil consumption at 52,887 miles… Aldo jerking, hard starting, stalling on highways…. No codes to diagnose…. All under water ty but did nit repair…. So the problems continued on until it abruptly stopped in the middle of busy Highway in heavy traffic… thankfully we were hit and struck by many cars and seriously injured!!!!!' The dealership is not sure of their diagnosis and we feel the

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

engine had been a problem since we purchased it new off showroom…. We use premium Mobil gasoline and have never had an issue such as this at 77,000 miles and the car is still in showroom with a spotless service record….. Please advise quickly as we now incurred a rental cost of over $1400.00 and the car remains on their lot for 6 weeks! It's under warranty because they refused to repair it years ago!!!! Thank you for your prompt action regarding this matter…. Regards, M…….

**NHTSA ID Number:** 11433902

**Incident Date** August 15, 2021

**Complaint Date** September 21, 2021

**Consumer Location** EAST WATERBORO, ME

**Vehicle Identification Number** 5xypgda32gg****

**Summary of Complaint**

I was driving on the highway when my vehicle started sputtering, acceleration response declined, and the check engine light started flashing. This was a huge concern as I was in the area of the highway where there are multiple logging trucks and could not accelerate if I needed to get out of the way. I pulled off the highway into an Autozone and my vehicle shut off, I attempted to start it and it would not stay running. I pulled the spark plugs and noticed the cylinder four plug was coated in oil. I had previously told a Kia dealership I was experiencing high oil consumption and was told Kia was aware of this issue and was doing nothing about it at this time. I was told, "run the car till the engine dies and Kia will replace it." Once at the dealership Kia performed a connecting rod bearing test but stated it was unable to be completed due to cylinder two failing. They pulled the head and found the exhaust valve to cylinder two had a piece missing. This was sent to Kia elevated claims through consumer affairs who advised me it would not be covered. They stated the exhaust valve likely broke due to carbon build-up. I explained the carbon build-up was due to burning oil which was likely caused by a worn connecting rod bearing. I was told

**SECOND AMENDED CLASS ACTION COMPLAINT**

burning oil would not cause carbon build-up and they would not do a good faith repair on my vehicle. I contacted the service manager of the dealer and explained this. He stated the consumer affairs person was not correct and these items were linked. I contacted Kia consumer affairs supervisor and explained my situation again, stating the service manager at the dealership would like to speak with him. He denied my claim again and stated he would "absolutely not speak with the service manager." He told me to refer him to a district manager and still denied any issues with Kia relating to oil consumption causing this engine failure.

**NHTSA ID Number:** 11433975

**Incident Date** January 15, 2019

**Complaint Date** September 22, 2021

**Consumer Location** CANYON COUNTRY, CA

**Vehicle Identification Number** 5xykt3a66cg****

**Summary of Complaint**

This vehicle has an oil consumption problem. It has shown on separate oil consumption tests from the dealer, that the vehicle is consuming oil at an abnormal rate. The vehicle does not have any visible oil leaks. I feel unsafe driving this car because in the past, I've experienced shakiness on the freeway and loss of acceleration, which forced me to quickly exit the freeway.

**NHTSA ID Number:** 11436141

**Incident Date** May 6, 2021

**Complaint Date** October 9, 2021

**Consumer Location** EL CAJON, CA

**Vehicle Identification Number** 5XYPG4A35GG****

**Summary of Complaint**

Excessive oil consumption, that is, more than 1 quart consumed every 1 thousand

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

miles, beginning around 68,000 miles. At subsequent oil change (12/20, 72000), crankcase was nearly empty. Next 3000-mi oil change, engine dash indicators noted oil pressure issue - this was with 74000 miles on odometer. I added 2 quarts of oil to crankcase immediately. I took the vehicle to the dealership where I purchased vehicle (their 'service warranty' mandated I go to the original seller (Mitsuibishi)). I disagree with their findings. Mitsuibishi El Cajon performed the oil consumption test (Kia) reporting after 1000 miles, the oil consumption was in accord w Kia Technical Bulletin 222. However, I am adding 1 QT of manufacturer's recommended oil every 3 weeks and now change oil every 30 days. I cannot sell this vehicle in this state and when vehicles are in short supply. For a vehicle with currently 86000 mi, this is Unacceptable!

**NHTSA ID Number:** 11436667

**Incident Date** May 1, 2019

**Complaint Date** October 13, 2021

**Consumer Location** DOWNERS GROVE, IL

**Vehicle Identification Number** 5XYKUDA78EG****

**Summary of Complaint**

The contact owns a 2014 Kia Sorento. The contact stated that while operating the vehicle, a knocking noise was present coming from the engine and the engine experienced excessive oil consumption. The local dealer and manufacturer were notified of the failure and an oil consumption test was performed but no failure was identified. The failure mileage was 45,000.

**NHTSA ID Number:** 11437931

**Incident Date** July 7, 2021

**Complaint Date** October 24, 2021

**Consumer Location** CLINTON, MA

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYPGDA34GG****

**Summary of Complaint**

On Saturday 10/23/2021, I picked up my car at Kia Ron Bouchard Lancaster MA. They explained to me that warranty coverage is only extended if the problem was presented in PI1802. That wasn't my problem. I contacted another Dan O'Brien Kia dealership in Norwood MA, and found that one of the problems that might have caused my car to malfunction was a safe recall that was not made and therefore I lost my warranty. But I went to Kia several times and they always said they didn't have the parts to recall. In the document it says that my car would have the rod bearing warranty if it were failing. Asking another dealership he explained to me if when I presented the oil consumption problem on 07/23/2021 the part could already have problems. What are the symptoms of a bad rod bearing: Low Oil Pressure - Many times when a bearing is beginning to fail (or has failed), you will noticed signs of decreased oil pressure. This is usually more evident upon first starting the vehicle. In many cases, a bad rod bearing will lead to a "check engine oil" light being displayed on the dash. (Problems that were happening in my car when I was at Kia on 07/23/2021). Another explanation that the dealership gave me is that my car was showing excessive oil consumption and burning of oil and a problem that may have been caused by the defect of the part of the safe recall (E-CVVT COVER AND MOTOR PLUG REPLACEMENT) that was not made, which as a result occurred the Misfire and the cylinder lost compression. E-CVVT Cover defect could cause Late valve timing will keep the intake valve closed too long after the intake stroke has started, and will increase the vacuum in the cylinder. The high vacuum will have a tendency to suck oil up past the piston and rings into the upper part of the cylinder where it will be burned.

**NHTSA ID Number:** 11442478

**Incident Date** December 2, 2021

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Complaint Date** December 2, 2021

**Consumer Location** WARMINSTER, PA

**Vehicle Identification Number** 5XYPGDA3XGG****

**Summary of Complaint**

My wife was driving to work when the engine lost power and started making a rattling noise. I took the vehicle to my trusted mechanic who informed me that the engine needs to be replaced due to excessive oil consumption. Not once did I receive any type of oil warning light on my dash informing me of an oil issue. My vehicle has almost 1,000 miles left before the next scheduled oil change. My engine is destroyed and it is going to cost 4,500 dollars to replace with a [XXX] engine from a SALVAGE YARD. But I have no other option because I cannot afford anything more. In December, three weeks before Christmas. This is unreal that this vehicle consumes that much oil. My car has 57,000 miles on it. It's basically new. Now I have to depreciate its value and probably reliability with an engine from a totaled car. Despicable. There NEEDS to be a recall on this and reimbursement to those who had to buy a new engine. Safety concerns: My wife drives my children to school every day in that car. Luckily it failed when they weren't inside. My wife had to drive the car miles home at an unsafe slow speed causing a road hazard. Components have not been inspected by the manufacturer yet but will be sent to Kia by my mechanic. NO WARNING LAMPS UNTIL MY ENGINE WAS TAKING ITS LAST BREATH ON THE WAY TO THE MECHANIC. INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

**NHTSA ID Number:** 11447233

**Incident Date** January 1, 2022

**Complaint Date** January 12, 2022

**Consumer Location** SUFFOLK, VA

**Vehicle Identification Number** 5xypgda36gg****

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

This car is consuming oil at an alarming rate. There is not an oil leak on the ground or black smoke from the tailpipe. I have taken it into the shop and was informed that the oil consumption is in the acceptable range for Kia. I have to add over four quarts of oil every 3,000 miles between oil changes. With that much oil sitting in the engine burning off at some time or another is a fire risk. Also the warning light for a low oil does not come on. In my experience with this vehicle it has only flashed one time and when I checked the oil there was nothing on the dipstick. I have turned this information into Kia and my extended warranty company and neither one want to take responsibility and properly fix this motor with the known issues. Apparently my vehicle is not the only vehicle with the same motor by Kia who has had this issue. I would prefer to be proactive and have my motor replaced properly or fixed before my car catches on fire as this issue has resulted in many Kia vehicle fires. As grandmother of three under the age of 7 it would be very difficult for me to remove all three of my grandchildren from an emergency situation that could be preventable.

**NHTSA ID Number:** 11449195

**Incident Date** December 16, 2021

**Complaint Date** January 27, 2022

**Consumer Location** COLLEGE PARK, GA

**Vehicle Identification Number** 5XYPG4A33GG****

**Summary of Complaint**

The purpose of this complaint is to ask for help to get my 2016 Kia Sorento engine problem fixed. The engine oil consumption issue is a known issue. My check engine light started flashing and the vehicle went into Limp Mode. I contacted the Kia headquarters (July 23,2021). My Sorento was towed to ALM Kia in Union City, GA where it sat for 10 weeks waiting for them to evaluate the vehicle. I moved my Sorento to Rick Case Kia for evaluation and repair on October 13. They change the

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

spark plugs and topped of the oil. However, it was consuming oil at a rate of 3-1/2 quarts every 1000 miles. The Kia Dealership is reluctant to fix the engine of my 2016 Kia Sorento, and the service advisor at Rick Case Kia said make sure to keep oil in the engine. I did that faithfully. Since then I've had the EVAP system evaluated, replace the gas cap, the canister purge valve, and added 15 quarts of oil. After all that, my Sorento's engine failed on December 16, 2021 on I75 in Atlanta GA. I had the vehicle towed to Nalley KIA in Stonecrest Georgia. They diagnosed the Head Cylinder as the problem and said it was not covered by KIA extended warranty. I also have "MY WARRANTY FOREVER" as a second protection product. The service manager at Stonecrest KIA contacted My Warranty Forever to open a case with them. One of the requirements from My Warranty Forever was for Stonecrest Kia to send them pictures of the parts that failed. They would cover the labor cost of breaking down the engine to obtain the pictures if the defects were covered under the warranty if not I would be responsible for the labor cost. The service manager at Stonecrest KIA said his tech was out but he had four certified technicians next door at his Hyundai dealership to do the work. I authorized obtaining the pictures however at this time nothing has not been done. The warranty company is still waiting for the pictures. In the meantime I have run out of money to rent cars to get to and from work.

**NHTSA ID Number:** 11449694

**Incident Date** November 2, 2020

**Complaint Date** February 1, 2022

**Consumer Location** Unknown

**Vehicle Identification Number** 5xypg4a38hg****

**Summary of Complaint**

Excessive Oil Consumption, internally burning oil. No Smell, just oil gone very quickly even after an oil change. Others have complained about the same issue with the 2017 sorento, Kia is doing nothing about it.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11452104

**Incident Date** January 3, 2022

**Complaint Date** February 15, 2022

**Consumer Location** WAKE FOREST, NC

**Vehicle Identification Number** 5xypgda39hg****

**Summary of Complaint**

Recently the oil pressure sensor indicator light has been coming dure to excessive oil consumption. Oil light also comes on when idling, even though engine oil level is full. Slight increase of RPM causes light to go out, but may come back on occasionally when idling again. PVC valve has been replaced with a new one, problem continues. Seen many more of the same complaints on this and other websites. Appears to be a manufacturing defect or faulty oil pressure sender based on reported information. A Kia Sorento oil pressure switch recall is allegedly necessary based on a petition sent to the National Highway Traffic Safety Administration (NHTSA). The agency says the petition seeks a Kia Sorento oil pressure switch recall because 2015-2017 Sorentos are at risk of complete engine failures.

**NHTSA ID Number:** 11453938

**Incident Date** February 5, 2022

**Complaint Date** February 24, 2022

**Consumer Location** EAST POINT, GA

**Vehicle Identification Number** 5XYKT3A6XFG****

**Summary of Complaint**

-Cylinder walls excessive engine oil consumption. My engine was replaced in June 2019 For my 2015 Kia Sorento. My vehicle presently and right before my 2019 engine replacement would drain oil, but no visible leaks. Smokey exhaust, and loud knocking sounds. Sludgy oil that regularly needs to be replaced. No horsepower or

pick up to drive at normal speeds -Due to the oil depletion I was fearful of my vehicle catching fire. It recently stalled on the interstate. -Yes the problem was confirmed 2/24/2022. -Vehicle was inspected at Ed Voyles Kia dealership by a service technician -My vehicle was losing momentum. Multiple lights aluminated, as well as wacky battery issues. check engine light, oil light, battery light, ABS, Electronic Stability, Malfunction indicator, lights illuminated during vehicle failure. My oil light started in August 2021. It came off and on, even with regular oil changes. I took it to another Kia Dealership in October 2021. They did a diagnostic and said my engine was the culprit but that they could not warranty any repairs. I wasn't able to get an appointment with the original dealership that did my previous engine repairs, until February 10, 2022. I called the Kia corporate office several times for help.

**NHTSA ID Number:** 11455353

**Incident Date** February 25, 2022

**Complaint Date** March 5, 2022

**Consumer Location** SUFFERN, NY

**Vehicle Identification Number** 5XYPHDA12GG****

**Summary of Complaint**

Driving on the highway, the check engine light came on and the car began running rough. I pulled over off the highway as soon as I could and had the car towed. I was told the car has no compression on cylinder 3 and has codes P0300, P0301, and P0303. Kia tells me I need a new engine at estimated cost of $8800. Prior to this event the vehicle has been burning excessive oil (no oil light on despite once needing to add 4 quarts). Dealership did 2 oil consumption tests on separate occasions and told me it was burning oil within normal limits and took no action.

**NHTSA ID Number:** 11455844

**Incident Date** August 26, 2021

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Complaint Date** March 9, 2022

**Consumer Location** HASLETT, MI

**Vehicle Identification Number** 5xypg4a33gg****

**Summary of Complaint**

The contact owns a 2016 Kia Sorento. The contact stated that the vehicle was consuming an excessive amount of engine oil. The oil warning light was illuminated. The vehicle had been taken monthly to the dealer since August 2021 for an oil consumption test. The contact was informed that the vehicle consumed a quart and a half of oil every 800 miles, and that the engine needed to be replaced. The vehicle was not repaired. The manufacturer was not made aware of the failure. The failure mileage was 81,630.

### *2012-2021 Kia Soul*

**NHTSA ID Number:** 10713708

**Incident Date** April 29, 2015

**Complaint Date** April 30, 2015

**Consumer Location** OOLTEWAH, TN

**Vehicle Identification Number** KNDJT2A61D7****

**Summary of Complaint**

AS I STARTED THE VEHICLE IN THE MORNING I HEARD WHAT SEEM TO BE BELT NOISES. AS I DROVE TO WORK, THE NOISES INCREASED TO THE POINT WHERE THE CAR WAS SHAKING AND DECELERATED. WHEN I ARRIVED AT MY WORKPLACE 5 MILES LATER, THE OIL LIGHT CAME ON. THE CAR WOULD NOT DRIVE PAST 2-5 MPH. I CALLED THE KIA SERVICE AND CAR WAS TOWED TO DEALER. DEALER STATED ENGINE IS NO LONGER USABLE, BUT SO FAR REFUSED TO FIX BECAUSE I DON'T HAVE PROOF OF OIL CHANGES BY A DEALER. *TR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 10992648

**Incident Date** March 23, 2017

**Complaint Date** June 1, 2017

**Consumer Location** UPPER MARLBORO, MD

**Vehicle Identification Number** KNDJT2A67C7****

**Summary of Complaint**

NOTICED THAT MY CAR WAS MAKING NOISE WHILE DRIVING. CHECKED
OIL AND FOUND THERE WAS NO OIL. I WAS GETTING OIL CHANGES AT
EVERY 3000 MILES THEN CHANGED TO 7500 MILES PER RECOMMENDED.
CHANGED BACK TO EVERY 3000 MILES BECAUSE OF SIGNIFICANT OIL
LOSS. CAR WAS STILL BURNING OIL AND EMPTY BEFORE 3000 MILE
CHANGE. ALSO NOTICED IT WAS BURNING A SIGNIFICANT AMOUNT OF
GAS ALSO. TOOK TO DEALERSHIP WHO DID AN INDUCTION TEST AND
TOLD ME I HAD CARBON BUILDUP ON MY PISTONS AND MY RINGS WERE
STICKING SO I WOULD NEED A NEW ENGINE. PLACED A CLAIM WITH KIA
AND THEY DENIED MY CLAIM SITING POOR FUEL AND LACK OF
MAINTENANCE RECORDS. THEY SAID I WAS NOT USING THE
"RECOMMENDED" GAS STATIONS. I WAS NOT ASKED FOR ANY
MAINTENANCE RECORDS AND HOW DO THEY KNOW WHAT GAS
STATIONS I WAS USING. I FEEL THAT THIS IS A DEFECT WITH THE
ENGINE. I AM CURRENTLY AT 85,000 MILES.


**NHTSA ID Number:** 10993204

**Incident Date** May 13, 2017

**Complaint Date** June 5, 2017

**Consumer Location** FLORENCE, MS

**Vehicle Identification Number** KNDJT2A67D7****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

I PURCHASED A KIA SOUL 2013 + BRAND NEW IN 2013, ON 5/13/2017 THE CHECK OIL LIGHT CAME ON WHILE I WAS DRIVING, I PULLED OVER AND CHECKED THE OIL AND IT WAS LOW EVEN THOUGH I HAD RECENTLY HAD THE OIL CHANGED, I PUT 2 QTS OF OIL IN THE CAR, BUT EVERY TIME I DROVE THE CAR BEGAN MAKING A NOISE WHENEVER I ACCELERATED. WHILE DRIVING THE CAR ON 5/14/17 THE CHECK ENGINE LIGHT CAME ON AND THE NOISE PERSISTED. THOUGH THE CAR WAS STILL DRIVABLE, I HAD IT TOWED TO THE KIA DEALERSHIP ON 5/15/17 WHERE I PURCHASED THE CAR TO THE SERVICE DEPARTMENT. LATER THAT DAY I WAS TOLD THAT THE MOTOR HAD GONE OUT IN MY CAR WHEN I ASKED WHY I WAS TOLD THAT THE MECHANIC HAD LEFT. THE FOLLOWING DAY ON 5/16/17 I CALLED THE DEALERSHIP BACK AND WAS TOLD THAT THERE SLUDGE IN MY MOTOR CAUSED FROM OIL BEING BURNED IN THE MOTOR AND THE SLUDGE WAS NOT ABLE TO FILTER THOUGH THE MOTOR. I WAS TOLD THAT IT WOULD COST APPROXIMATELY $4220 TO REPLACE IT WITH A USED MOTOR. THE NEXT DAY ON 5/17/17 I WAS ONLINE LOOKING FOR CHEAPER MOTORS WHEN I RAN ACROSS ARTICLES REGARDING THE 2016 RECALL OF 600,000+ OTHER KIA VEHICLES ALL WITH DEFECTIVE ENGINES. AFTER READING WHAT HAPPENED TO THE OTHER ENGINES I REALIZED THAT THE SAME THING WAS HAPPENING TO MY ENGINE. I CALLED KIA CUSTOMER ASSISTANCE CENTER AND A CASE WAS MADE REGARDING MY CAR. ON 5/31/17 I WAS TOLD THAT MY CASE HAD BEEN ESCALATED TO THE ESCALATION AGENT. TODAY, ON 6/5/2017 BRENDA THE ESCALATION AGENT CALLED TO NOTIFY ME THAT KIA WOULD NOT COVER MY CAR BECAUSE IT HAS OVER 100K MILES ON IT AND BECAUSE THERE IS SLUDGE LOCATED IN THE ENGINE. I TOLD YES, THAT IS WHY I WANTED

KIA TO LOOK INTO IT BECAUSE IT A VEHICLE WITH BARELY 114K MILES ON IT THAT IS 4 YEARS OLD AND WITH MAINTENANCE THAT WAS KEPT UP THE ENGINE SHOULDN'T HAVE BEEN BURNING OIL TO PRODUCE SLUDGE IN IT. I WAS TOLD I WOULD NEED TO REQUEST MORE WORK TO BE DONE ON THE CAR TO SEE IF THE MOTOR WAS DEFECTIVE.

**NHTSA ID Number:** 11022423

**Incident Date** August 25, 2017

**Complaint Date** September 9, 2017

**Consumer Location** INDIANAPOLIS, IN

**Vehicle Identification Number** N/A

**Summary of Complaint**

MY BOYFRIEND WAS DRIVING , WE BEEN HEARING A TICKING SOUND AND ENGINE LIGHT CAME ON. WE ALWAYS HAVE ARE OIL CHANGE BUT IN A MONTH IT'S TIME FOR MORE OIL.

**NHTSA ID Number:** 11043182

**Incident Date** June 1, 2017

**Complaint Date** November 4, 2017

**Consumer Location** HIGH RIDGE, MO

**Vehicle Identification Number** KNDJP3A5XE7****

**Summary of Complaint**

2014 KIA SOUL BURNING OIL EXCESSIVELY. HAVE TO REFILL OIL ONE A WEEK. THIS VEHICLE HAS NEVER MISSED AN OIL CHANGE. 100,XXX MILES. STARTED AT 80,XXX MILES.

**NHTSA ID Number:** 11109489

**Incident Date** July 2, 2018

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1

**Complaint Date** July 3, 2018

2

**Consumer Location** SALISBURY, NC

3

**Vehicle Identification Number** KNDJP3A56E7\*\*\*\*

4

**Summary of Complaint**

5

I LENT MY CAR TO A FRIEND WHOM WHILE DRIVING THE ENGINE

6

BEGAN RUNNING ROUGH, HE PULLED QUICKLY INTO A GAS STATION

7

AND PARKED. HE CHECKED THE ENGINE OIL AND THERE WAS NONE. HE

8

ADDED 1 QUART OF OIL AND STARTED THE ENGINE HOWEVER IT RAN

9

HORRIBLELY SO HE QUICKLY TURNED IT OFF. HE NOTIFIED ME. I HAD IT

10

TOWED TO A KIA DEALERSHIP WHO CONFIRMED THE ENGINE NEEDED

11

TO BE REPLACED. SINCE THE VEHICLE CAME WITH A LIFETIME ENGINE

12

WARRANTY PLUS I KEPT THE CAR MAINTAINED ACCORDING TO

13

DEALER REQUIREMENTS THEY FORWARDED MY MAINTENANCE

14

RECORDS TO A THIRD COMPANY WHICH IS RESEARCHING THE CAUSE

15

OF THE ENGINE FAILURE AND WILL THEN DECIDE IF THEY WILL

16

REPLACE THE ENGINE. THE CAR HAD 105,000 MILES ON IT WITH NO

17

PROBLEMS UP UNTIL THAT TIME.

18

19

**NHTSA ID Number:** 11183293

20

**Incident Date** January 1, 2019

21

**Complaint Date** February 28, 2019

22

**Consumer Location** SANTEE, CA

23

**Vehicle Identification Number** KNDJT2A54D7\*\*\*\*

24

**Summary of Complaint**

25

MY CAR IS BURNING OIL, AND LOSING POWER I FEEL. I HAVE TO PUT IN

26

MOTOR OIL ABOUT ONCE A WEEK, CHECK ENGINE LIGHT WAS

27

CHECKED AND SAYING THE CATALYTIC CONVERTER.

28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

336

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11100492

**Incident Date** May 31, 2018

**Complaint Date** June 8, 2018

**Consumer Location** LAWRENCEVILLE, GA

**Vehicle Identification Number** KNDJX3A59E7****

**Summary of Complaint**

VEHICLE ENGINE SHUT OFF WITHOUT ANY WARNING, COULD NOT GET IT TO START. HAD IT TOWED TO LOCAL FIRESTONE SHOP WHERE THEY DETERMINED THE ENGINE HAD NO OIL AND NEEDS TO BE REPLACED. ITS NOT FAIR AS A VEHICLE OWNER THAT MAINTANS THEIR VEHICLE REGULARLY TO HAVE SOMETHING LIKE THIS HAPPEN. I DIDN'T GET ANY KIND OF WARNING TO INDICATE THERE WAS A PROBLEM. VEHICLE JUST LOST OIL WITHOUT ANY SIGNS OF LEAKS AND NO CHECK ENGINE LIGHT OR OIL LIGHT TO GIVE ANY KIND OF WARNING

**NHTSA ID Number:** 11156093

**Incident Date** June 4, 2018

**Complaint Date** December 5, 2018

**Consumer Location** POTTSVILLE, AR

**Vehicle Identification Number** KNDJN2A26G7****

**Summary of Complaint**

VEHICLE IS USING OIL. BOUGHT EXTENDED WARRANTY AND AROUND 60,000 MILES, TOOK IT TO DEALERSHIP. WAS TOLD IT'S NORMAL FOR IT TO USE OIL. I'M HAVING TO ADD 1-2 QUARTS OF OIL EVERY 800-1000 MILES. IT ALSO RUNS VERY ROUGH AND WAS TOLD SINCE IT'S NOT THROWING A CODE, THEY CAN'T DO ANYTHING ABOUT THAT. I'VE HAD ALL ROUTINE MAINTENANCE DONE AND HAVE THE OIL CHANGED

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

REGULARLY. THERE IS SIGNIFICANT BLOW-BY WHEN ENGINE IS RUNNING AND THE OIL CAP IS OFF. AGAIN, I WAS TOLD THIS IS NORMAL. I KNOW THIS ISN'T RIGHT. I'M APPROACHING MY 100,000 MILE WARRANTY AND I THINK THEY JUST KEEP TELLING ME EVERYTHING IS NORMAL, WAITING FOR ME TO PASS THE WARRANTY MILEAGE. NOT IMPRESSED AT ALL WITH KIA CUSTOMER SERVICE. THEY DO NOT STAND BEHIND THEIR PRODUCT.

**NHTSA ID Number:** 11184318

**Incident Date** January 3, 2019

**Complaint Date** March 5, 2019

**Consumer Location** WALLAND, TN

**Vehicle Identification Number** KNDJP3A55F7****

**Summary of Complaint**

ENGINE OIL IS DISAPPEARING. NO LEAKS TO BE FOUND. EXHAUST CLEAN, NO OIL BURN SMOKE. WHILE DRIVING ENGINE MADE TAPPING NOISE. CHECKED OIL DIPSTICK AN FOUND NO OIL SHOWING. ADDED 2 QTS.... I CHANGE OIL EVERY 5,000 MILES. I CHANGED OIL AND FILTER AND CHECKED THE OIL AFTER 2K MILES AND HAD TO ADD ANOTHER QUART. CAR HAS 119K MILES NOW. I HAVE WORKED ON ENGINES OF ALL SORTS FOR 50YRS, AND THIS PUZZLES ME. I SEE NO EVIDENCE OF WHY OR HOW THE OIL IS DISAPPEARING.

**NHTSA ID Number:** 11184628

**Incident Date** March 6, 2019

**Complaint Date** March 7, 2019

**Consumer Location** FORT MCCOY, FL

**Vehicle Identification Number** N/A

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SOUL. WHILE DRIVING VARIOUS SPEEDS, THE CONTACT HEARD AN ABNORMAL TICKING NOISE AND THE TEMPERATURE GAUGE INCREASED TO HIGH. ADDITIONAL OIL WAS ADDED TO THE VEHICLE AND THE CHECK ENGINE INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO JENKINS KIA OF OCALA (2305 SW COLLEGE RD, OCALA, FL 34471, (352) 502-4425) WHERE IT WAS DIAGNOSED WITH HIGH HEAT SYMPTOMS, ENGINE FAILURE, AND THE CATALYTIC CONVERTER NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 206,000. THE VIN WAS UNKNOWN.

**NHTSA ID Number:** 11184912

**Incident Date** March 2, 2019

**Complaint Date** March 7, 2019

**Consumer Location** SANTEE, CA

**Vehicle Identification Number** KNDJT2A54D7****

**Summary of Complaint**

MY CAR BROKE DOWN LAST WEEK, AFTER GETTING IT TOWED TO THE DESTINATION, LOW AND BEHOLD IT IS THE CATALYTIC CONVERTER. I HAD TO REPLACE THE CAT, AND AM NOW WORRIED THAT MY ENGINE, WHICH IS BURNING OIL CAUSED BY THE CAT DAMAGING THE ENGINE WILL CATCH FIRE, AND I WILL NOT HAVE ENOUGH TIME TO REMEDY THE SITUATION. I GET BROUGHT ALL AROUND WHEN I CALL KIA, SOME SAY MY CAR IS BEING RECALLED, SOME SAY NO, ALL I KNOW IS MY CAR IS SHOWING EVERY SINGLE SYMPTOM OF THE RECALL, AND I FEEL THEY ARE TAKING AN EXTREME RISK NOT SPEEDING UP THE PROCESS FOR THE RECALL, AND HAVING MORE KNOWLEDGE IF I'M ON THE

339

1  OBVIOUSLY SIMILAR SYMPTOMS OF THE RECALL OR NOT. PEOPLE HAVE

2  DIED FROM THEIR NEGLIGENCE, AND THIS WAIT GAME IS GIVING ME

3  EXTREME ANXIETY AND MAKES ME SCARED TO COMMUTE TO WORK.

4

5  **NHTSA ID Number:** 11190586

6  **Incident Date** March 10, 2019

7  **Complaint Date** March 21, 2019

8  **Consumer Location** COLUMBUS, OH

9  **Vehicle Identification Number** KNDJN2A26E7****

10  **Summary of Complaint**

11  3/10/19 VEHICLE SHOWED FLUTTERING ENGINE LIGHT WHILE DRIVING

12  ON RESIDENTIAL STREET (35 MPH). CHECKED, FOUND WAS 3 QTS LOW

13  ON OIL AT 1 WEEK AFTER OIL CHANGE WHEN VEHICLE HAS SHOWN NO

14  NOTICEABLE OIL CONSUMPTION PREVIOUSLY. MAINTENANCE

15  RECORDS SHOW ON SCHEDULE OR BETTER SINCE PURCHASE. DEALER

16  STATES INTERNAL ENGINE DAMAGE @84,526 MILES - SYMPTOMS

17  MATCH RECALL 19V-120, INCLUDING OBDII CODE & CATALYTIC CONV,

18  BUT IS DENIED BY MANUFACTURER UNTIL THE POSSIBILITY OF LEGAL

19  ACTION & MEDIA COVERAGE IS BROUGHT UP. IS NOW BEING

20  'REVIEWED' BY MANUFACTURER, WHILE NO USUAL DEALER

21  ASSISTANCE - MOST ESPECIALLY 'LOANER' VEHICLE - IS PROVIDED.

22  IMPORTANT: AS STATED IN THE NHTSA SAFETY REPORT, KIA DOES NOT

23  PRODUCE VINS SEQUENTIALLY, THUS THE USUAL MANUFACTURER'S

24  VIN DATABASE METHOD APPEARS INEFFECTIVE - A VIN SEARCH TURNS

25  UP NO RECALL FOR THIS VEHICLE, INCLUDING PREVIOUS ONES IT HAS

26  BEEN SERVICED FOR, A RESULT REPORTED BY OTHER KIA OWNERS

27  SPOKEN TO WHILE WAITING AT THE DEALER'S SERVICE CENTER. THIS

28  MAY BE THE REASON FOR THE WIDESPREAD ISSUES WITH RECALL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

340

**SECOND AMENDED CLASS ACTION COMPLAINT**

1   DENIAL.

2

3   **NHTSA ID Number:** 11191206

4   **Incident Date** January 15, 2016

5   **Complaint Date** March 24, 2019

6   **Consumer Location** ZIMMERMAN, MN

7   **Vehicle Identification Number** KNDJT2A51D7****

8   **Summary of Complaint**

9   ENGINE LOOSES OIL OUT TAIL PIPE. DOESN'T LEAK A DROP OR SMOKE.

10  WARM IT UP IN GARAGE AND THERE IS A SPOT OF OIL WHERE EXHAUST

11  EXITS. AFTER FRESH OIL CHANGE, AROUND 1000 MILES AFTER THERE IS

12  NO OIL ON DIP STICK. STARTED HAPPENING AROUND 80,000 MILES. TOLD

13  KIA DEALER AND THEY SAID WARRENTY IS VOIDED SINCE I CHANGE

14  THE OIL MYSELF AND HAVE NO DOCUMENTS TO PROVE. I CHANGE

15  EVERY 3000 MILES .

16

17  **NHTSA ID Number:** 11193553

18  **Incident Date** April 2, 2019

19  **Complaint Date** April 3, 2019

20  **Consumer Location** GRESHAM, OR

21  **Vehicle Identification Number** KNDJT2A50D7****

22  **Summary of Complaint**

23  2013 KIA SOUL 1.6L GDI. 77650 MILES. PROBLEM 1 .TWO DAYS AGO WHILE

24  DRIVING ON THE FREEWAY MY CHECK ENGINE LIGHT STARTED

25  FLASHING AND I COULD TELL IT WAS HAVING A LOT OF HESITATION,

26  EVEN BEFORE IT FLASHED I COULD NOTICE SOMETHING WASN'T RIGHT.

27  I IMMEDIATELY WENT TO MY LOCAL KIA DEALERSHIP AND THEY RAN A

28  DIAGNOSTIC ON MY CAR AND COULD TELL THERE IS SOMETHING

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WRONG WITH CYLINDER 2. DESPITE THAT NO ACTION WAS TAKEN AND I WAS TOLD TO KEEP DRIVING THE VEHICLE UNTIL I HAPPENED AGAIN. 2. I'VE BEEN NOTICING MY CAR IS ALWAYS LOW ON OIL. LAST TIME I HAD MY OIL CHANGED THEY TOLD ME THEY COULDN'T EVEN MEASURE ANY OIL ON THE DIPSTICK. NOW YESTERDAY WHEN I WAS AT THE DEALERSHIP SAME ISSUE. IT'S ONLY BEEN 2K MILES SINCE MY LAST SERVICE AND IT WAS ALMOST 3/4OF A QT LOW. I KNOW IT'S NORMAL FOR SOME OIL TO BURN BUT THAT'S WAY TOO MUCH TOO QUICKLY. 3. YESTERDAY ONLY 1 DAY AFTER MY CHECK ENGINE LIGHT FLASHED I NOTICED A REALLY BAD SMELL COMING FROM MY CAR WHEN I GOT OFF THE HIGHWAY. I'D DESCRIBED IT AS A HOT TIN/SULFER SMELL. NOW I'M WORRIED TO EVEN DRIVE THIS CAR AND I DON'T KNOW WHAT TO DO.

**NHTSA ID Number:** 11193553

**Incident Date** April 2, 2019

**Complaint Date** April 3, 2019

**Consumer Location** GRESHAM, OR

**Vehicle Identification Number** KNDJT2A50D7****

**Summary of Complaint**

THIS IS THE SECOND COMPLAINT BEING FILED REGUARDING THIS CAR. AFTER WE FILED THE FIRST COMPLAINT WE TOOK OUR CAR BACK INTO THE KIA DEALERSHIP FOR THE CHECK ENGINE LIGHT FLASHING. THEY SCANNED ENGINE AND DIDN'T FIND ANYTHING. THEY TOPPED OFF OUR OIL BECAUSE IT WAS HALF FULL. I JUST RECENTLY GOT MY OIL CHANGE DONE THERE 2,000 MILES AGO. ACCORDING TO THE OWNERS MANUAL IT SHOULD BE DONE EVERY 7,500 MILES. THE FOLLOWING DAY WE WERE DRIVING DOWN THE FREEWAY, PULLED OFF AT OUR EXIT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   AND SMELLED A HORRID LEAK BURNING/ ROTTEN EGG/ SULFUR SMELL.

2   WE IMMEDIATELY PULLED OF THE ROAD AND CHECKED THE CAR FOR

3   FLAMES. WE DIDN'T FIND ANY. I'M REALLY STARTING TO FEEL UNSAFE

4   ABOUT BEING IN THIS VECHIEL.

5

6   **NHTSA ID Number:** 11209661

7   **Incident Date** May 9, 2019

8   **Complaint Date** May 24, 2019

9   **Consumer Location** TUMWATER, WA

10  **Vehicle Identification Number** KNDJT2A57D7****

11  **Summary of Complaint**

12  TL* THE CONTACT OWNS A 2013 KIA SOUL. THE CONTACT STATED THAT

13  THE CHECK ENGINE INDICATOR FLASHED. THE VEHICLE WAS TAKEN TO

14  HANSON SUBARU KIA (2300 CARRIAGE LOOP SW, OLYMPIA, WA 98502, 1-

15  877-224-14270) TO BE REPAIRED PER A MANUFACTURER RECALL

16  CAMPAIGN REGARDING THE ENGINE. THE DEALER FOUND TWO

17  DIAGNOSTIC TROUBLE CODES, BUT THEY FAILED TO REPLACE THE

18  MOTOR OR CATALYTIC CONVERTER AND ONLY PROVIDED AN UPGRADE

19  TO THE COMPUTER. THE DEALER REFUSED TO PROVIDE THE REMEDY

20  AND CLEARED THE FAILURE CODES. THE CONTACT STATED THAT THE

21  ENGINE HAD EXCESSIVE WEAR AND WAS CONSUMING MOTOR OIL AT A

22  HIGH RATE. THE VEHICLE WAS NOT FULLY REPAIRED BY THE DEALER.

23  THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE

24  MILEAGE WAS NOT AVAILABLE.

25

26  **NHTSA ID Number:** 11217226

27  **Incident Date** May 28, 2019

28  **Complaint Date** June 1, 2019

**SECOND AMENDED CLASS ACTION COMPLAINT**

**Consumer Location** CLEAR SPRING, MD

**Vehicle Identification Number** N/A

**Summary of Complaint**

2015 KIA SOUL USING ABOUT A QUART OF OIL EVERY 2000 MILES. SCHEDULED AN APPOINTMENT WITH LOCAL DEALERSHIP IN HAGERSTOWN, MD. PERSON ON THE PHONE SAID THEY WOULD PERFORM AN OIL CONSUMPTION TEST. TOOK IT TOO THE DEALER AND SERVICE ADVISOR CAME OUT AND SHOWED ME A SHEET WITH $1300 WORTH OF RECOMMENDED SERVICE WORK. I ASKED IF THEY CHANGED THE OIL AND HE SAID THEY WERE WAITING FOR KIA TO CALL THEM BACK. I ALSO EXPLAINED TO THE SERVICE REP THAT NHTSA HAD AN OPEN INVESTIGATION ON THE 2.0 LITER MOTOR AND HE ACTED LIKE HE KNEW NOTHING ABOUT IT. I SAID I DIDN'T WANT THE VEHICLE TO BLOW UP AND LEAVE ME STRANDED. THE CAR HAS ONLY 54000 MILES ON IT. I HOPE NHTSA MOVES QUICKLY ON THIS INVESTIGATION. I FEEL KIA IS DRAGGING ME AND OTHERS ALONG HOPING THEY WON'T HAVE TO DO A RECALL AS THEY DID WITH THE 1.6 AND 2.4 MOTORS. THERE IS NO WAY THE SERVICE ADVISOR DID NOT KNOW ABOUT THE ONGOING ISSUES WITH THESE MOTORS. I FIND IT HARD TO BELIEVE KIA HAS NOT SENT INTERNAL BULLETINS TO DEALERSHIPS REGARDING THIS ISSUE.

**NHTSA ID Number:** 11217701

**Incident Date** June 3, 2019

**Complaint Date** June 4, 2019

**Consumer Location** DIMONDALE, MI

**Vehicle Identification Number** KNDJP3A56F7****

**Summary of Complaint**

SOUL BEGAN USING EXCESSIVE AMOUNTS OF OIL. I DID ALL THE OIL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

CHANGES AT THE DEALER. WHILE SPECS SAY EVERY 5000 MILES, WE WERE CHANGING IT AT 3000 AND ADDING IN A QUART EVERY 1000 MILES BETWEEN CHANGES. CAR PERFORMANCE HAS DROPPED SIGNIFICANTLY IN THE LAST YEAR. THEY SAID IT WAS MY PLUGS. THE LAST TWO TIMES IN, THEY SAID IT WAS MY CATALYTIC CONVERTER (4 YRS OLD; 145K MILES). 1ST QUOTE WAS 1300. LAST QUOTE WAS 1600. THEY TOLD ME THEY REMOVED IT TO CONFIRM THAT WAS THE PROBLEM. MY SON CRAWLED UNDER THE CAR AND FLAT OUT SAID THEY LIED. IT WAS NEVER REMOVED. HE WAS THE ONE TO FIND THAT THERE IS A RECALL OUT FOR KIA SOULS SPECIFICALLY FOR THIS ISSUE. THE VIN IS NOT COVERED. I AM ASKING THAT THIS CAR BE ADDED TO THE LIST AS IT SOUNDS HORRIBLE AND IS A RISK TO DRIVE. I HAVE RENTED A CAR LAST WEEK AND MY SON IS LOANING ME A CAR THIS WEEK. I AM ATTACHING A PICTURE OF THE CONVERTER. MY SON NOTES THAT IF THEY REMOVED IT TO TEST THEIR CONCLUSION, THEN THE BOLTS WOULD SHOW SIGNS OF REMOVAL AND THAT THEY WOULD HAVE HAD TO WELD THAT BACK PIPE. **DATE** I AM PUTTING TODAY'S DATE SINCE I DO NOT KNOW WHICH DATE TO USE. IT IS MY OPINION THAT THE EXCESSIVE OIL USE STARTING A COUPLE OF YEARS AGO WAS THE FIRST INDICATION THAT THE CATALYTIC CONVERTER WAS CAUSING PROBLEMS.

**NHTSA ID Number:** 11221482

**Incident Date** April 12, 2019

**Complaint Date** June 20, 2019

**Consumer Location** NORWOOD, MA

**Vehicle Identification Number** KNDJT2A5XD7****

**Summary of Complaint**

SECOND AMENDED CLASS ACTION COMPLAINT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

RECALL ON CAR 19V120. KIA STATES I NEED A NEW ENGINE. MY CAR IS EXPERIENCING THE EXACT SYMPTOMS OF THE RECALL (PISTON DAMAGE D/T SUBRATE PARTICLES, EXCESSIVE OIL BURNING (2.5QUARTS PER 900 MILES), INTERMITTENT MIL ILLUMINATING... KIA STATES I NEED A NEW ENGINE AND THEY WILL PAY FOR THE ENGINE, BUT NOT THE LABOR. GETTING RUN AROUND. KIA STATES THE ENGINE DAMAGE IS NOT BECAUSE OF THE RECALL, YET THEY REFUSE TO PROVIDE AN EXPLANATION OF WHAT IS CAUSING THE ENGINE DAMAGE. THEY ARE ALSO REFUSING TO PROVIDE ANY DIAGNOSTIC INFORMATION. THEIR REASON THAT MY ENGINE HAS DAMAGE IS BECAUSE IT'S HIGH MILEAGE. THIS IS A SINGLE OWNER, WELL MAINTAINED VEHICLE. THE FACT THAT THE CAR HAS THE EXACT DAMAGE AS INDICATED IN THE RECALL AND KIA REFUSES TO LIVE UP TO THEIR PROMISE 'AT NO COST TO YOU', NOT ONLY HAS ME QUESTIONING THEIR LOYALTY TO THE CUSTOMER, BUT ALSO CONTINUES TO PUT ME AND MY FAMILY IN A DANGEROUS SITUATION OF DRIVING A FAULTY CAR. YES, THIS HAS HIGH MILEAGE, YES, THIS IS OUT OF WARRANTY, HOWEVER, THIS IS A RECALL, NOT A WARRANTY ISSUE AND THE RECALL SHOULD BE HONORED 100%. I HAVE ADVISED KIA CORPORATE I AM CONTACTING YOU FOR ASSISTANCE, SINCE EACH REP TELLS ME A DIFFERENT STORY. I'M TOLD THE CASE IS BEING ESCALATED, AND HAVE YET TO HEAR ANYTHING. I'VE ASKED GOD SPEAK WITH HIGHER MANAGEMENT AND HAVE BEEN TOLD THAT INFORMATION IS NOT AVAILABLE TO GIVE OUT.

**NHTSA ID Number:** 11222221

**Incident Date** June 18, 2019

**Complaint Date** June 24, 2019

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** SAINT PAUL, MN

**Vehicle Identification Number** KNDJT2A56D7****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SOUL. WHILE THE VEHICLE WAS
BEING INSPECTED BY AN INDEPENDENT MECHANIC, IT WAS DIAGNOSED
AS HAVING EXCESSIVE OIL USAGE. UPON INVESTIGATING ,THE
CONTACT ASSOCIATED THE FAILURE WITH NHTSA CAMPAIGN NUMBER:
19V120000 (ENGINE AND ENGINE COOLING). THE VEHICLE WAS
INCLUDED IN THE RECALL. THE VEHICLE WAS NOT REPAIRED. THE
DEALER AND MANUFACTURER WERE NOT NOTIFIED. THE FAILURE
MILEAGE WAS 97,100.

**NHTSA ID Number:** 11222098

**Incident Date** March 13, 2019

**Complaint Date** June 24, 2019

**Consumer Location** CORNELIA, GA

**Vehicle Identification Number** KNDJT2A67D7****

**Summary of Complaint**

IT IS USING OIL EXCESSIVELY TOOK IT TO THE DEALER AND THEY
WANTED 1000.00 DOLLARS TO DIAGNOSE THE ENGINE, THEY KNOW
WHAT IS WRONG WITH THE ENGINE, SAID I NEED A NEW ONE. THIS
VEHICLE HAS BEEN SERVICED AND VERY WELL TAKEN CARE OF

**NHTSA ID Number:** 11240785

**Incident Date** July 27, 2019

**Complaint Date** July 31, 2019

**Consumer Location** GALLOWAY, NJ

**Vehicle Identification Number** KNDJP3A51G7****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

THE KIA SOUL 1.6 ENGINE HAS BEEN RECALLED DUE TO OIL
CONSUMPTION RELATED TO EXCESSIVE CATALYTIC CONVERTER HEAT.
I SUBMIT TO YOU THAT THE INVESTIGATION NEEDS TO BE EXPANDED
TO INCLUDE THE 2.0 ENGINE. I BELIEVE SPECIFICALLY RELATED TO THE
SPECIAL EDITION CARS THAT HAVE THE LARGER SIZED WHEELS
STANDARD WHEEL IS 16" THESE COME WITH 18" AND I BELIEVE THAT
THESE VEHICLES ARE SUBJECT TO THE SAME ISSUE AS THE 1.6 DUE TO
THE ENGINE WORKING HARDER TO PROVIDE POWER TO RUN THE 18"
WHEELS. I HAVE SO FAR SUFFERED EXTREME OIL LOSS ON 4
OCCASIONS. THEY HAVE DONE OIL CONSUMPTION TESTS AND
REQUIRED ME TO BRING MY VEHICLE IN AT MY INCONVENIENCE A
GREAT NUMBER OF TIMES. WITH ONE TIME HAVING TH OIL DOWN BY 1
QUART. BUT OUTSIDE OF THIS I HAVE HAD IT GO DOWN ON ME
OUTSIDE OF THESE TESTS ON THOSE 4 OCCASIONS SO THAT THE DIP
STICK BARELY HAD OIL ON IT AND MY ENGINE WAS TAPPING. ONLY
ONCE DID THE CHECK ENGINE LIGHT COME ON AND STAY ON AND
ANOTHER TIME I HAPPENED TO SEE IT BLINK ONCE. THIS EXTREME OIL
LOSS ON THESE SPECIAL EDITION 2.0 VEHICLES WILL LEAD TO THE
SAME ISSUES AS EXPERIENCED ON THE 1.6 ENGINE. AND SO FAR AS I AM
CONCERNED I AM NOW PAYING MONTHLY PAYMENTS ON A VEHICLE
THAT MUST HAVE INTERNAL DAMAGE AS A RESULT OF THIS
MANUFACTURING ERROR. PLEASE CONSIDER FURTHER REVIEW OF
THESE VEHICLES AS THEY RELATE TO THE 2.0 ENGINE AND SPECIAL
EDITIONS WITH LARGER WHEELS. IF YOU WOULD LIKE I DO HAVE A
VIDEO OF THE OIL LEVEL ON MY DIPSTICK FROM THIS PAST SATURDAY
THAT I CAN ALSO SEND. PLEASE BELIEVE ME THIS IS A RECURRING
DANGEROUS SITUATION THAT IS BEING OVERLOOKED> I HAVE A 2010

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

KIA SOUL WHICH DOES NTO HAVE THE NEW TECHNOLOGY AND IVE HAD NO ISSUES WITH THAT CAR AND IT HAS ABOUT 150K MILES. I ALSO RUN A SCION XB THAT I HAVE MAINTAINED AND IT HAS OVER 220K MILES. MY CARS ARE CARED FOR AND IVE NEVER SEEN ANYTHING LIKE THIS BEFORE

**NHTSA ID Number:** 11242004

**Incident Date** August 1, 2019

**Complaint Date** August 6, 2019

**Consumer Location** CLEAR SPRING, MD

**Vehicle Identification Number** KNDJP3A58F7****

**Summary of Complaint**

WENT TO KIA DEALERSHIP FOR OIL CONSUMPTION TEST ON 2015 KIA SOUL. VEHICLE HAS USED 1 1/4 OF OIL IN ABOUT 3500 MILES. FIRST TIME THE KIA TECH SAID TO CHECK PCV VALVE WHICH WAS FINE. AT THIRD TIME WITH 3/4 CONSUMPTION KIA DIDN'T SAY TO CHECK ANYTHING ELSE. ASKED WHAT WAS GOING TO BE DONE BECAUSE THE MOTOR WILL NOT FIX ITSELF ON 8/1/19. AS OF TODAY CALLED THE DEALERSHIP AND NO ANSWER, KIA IS NOT HONORING THERE ALLEGED 10 YEAR 100,000 WARRANTY. I FEEL THEY HAVE TOLD THERE DEALERSHIPS NOT TO DO ANY MOTOR WARRANTY WORK UNTIL INVESTIGATION IS DONE LEAVING CONSUMER IN LIMBO.

**NHTSA ID Number:** 11242856

**Incident Date** June 1, 2019

**Complaint Date** August 9, 2019

**Consumer Location** WALTON, NY

**Vehicle Identification Number** KNDJP3A59G7****

SECOND AMENDED CLASS ACTION COMPLAINT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 KIA SOUL. THE CONTACT STATED THAT THE VEHICLE WAS BURNING AN EXCESSIVE AMOUNT OF OIL. THE CONTACT CHECKED THE OIL AND NOTICED THAT THE DIPSTICK WAS DRY; HOWEVER, THE OIL WAS DARK AFTER IT WAS CHANGED. IN ADDITION, THE CHECK ENGINE INDICATOR WAS ILLUMINATED. THE VEHICLE WAS TAKEN TO MATTHEWS AUTO GROUP (3721 VESTAL RD D, VESTAL, NY 13850, (607) 584-5354) WHERE AN OIL CONSUMPTION TEST WAS PERFORMED. IT WAS DETERMINED THAT THE VEHICLE WAS CONSUMING AN EXCESSIVE AMOUNT OF OIL, BUT THERE WERE NO VISIBLE LEAKS. THE DEALER STATED THAT THE ENGINE NEEDED TO BE REPLACED. THE MANUFACTURER WAS NOT CONTACTED. THE CONTACT STATED THAT THE FAILURE WAS SIMILAR TO NHTSA CAMPAIGN NUMBER: 19V120000 (ENGINE, ENGINE AND ENGINE COOLING). THE FAILURE MILEAGE WAS 116,000.

**NHTSA ID Number:** 11251966

**Incident Date** August 14, 2019

**Complaint Date** August 28, 2019

**Consumer Location** LOST CREEK, PA

**Vehicle Identification Number** KNDJP3A55F7****

**Summary of Complaint**

I BOUGHT MY 2015 KIA SOUL + BRAND NEW. I DID ALL MY OWN SERVICE WORK AND KEPT UP WITH MAINTENANCE AS REQUIRED. AT AROUND 100K THE MOTOR STARTED USING ABOUT 1 QUART OF OIL EVERY 1,000 MILES. AT 122K, WHILE DRIVING AT 40MPH ON A HIGHWAY THE ENGINE BECAME VERY LOUD AND AND AS I DECELERATED, THE OIL LIGHT FLICKERED ON. I SHUT IT OFF AND CALLED A TOW TRUCK.

**SECOND AMENDED CLASS ACTION COMPLAINT**

THE OIL LEVEL WAS LESS THAN A QUART LOW AT THAT POINT. WE
CHECKED CODES AND THEY WERE CAM AND CRANK SENSORS OUT OF
ALIGNMENT. WE PULLED THE VALVE COVER AND FOUND A VERY
LOOSE CHAIN. TO BE SAFE WE ALSO PULLED THE HEAD. NUMBER 3
CYLINDER PISTON WAS LOOSE. THE ROD BEARING WAS DESTROYED
(MELTED RIGHT TO THE CRANK), ALL OTHER BEARING LOOKED VERY
GOOD, WITH LITTLE WEAR. CALLED KIA AND WAS TOLD IT WAS OUT OF
WARRANTY. SPENT OVER $3,000 FOR A NEW SHORT BLOCK WITH NO
HELP FROM KIA.

**NHTSA ID Number:** 11252303

**Incident Date** March 21, 2019

**Complaint Date** August 29, 2019

**Consumer Location** OLYMPIA, WA

**Vehicle Identification Number** KNDJX3A55E7****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SOUL. THE CONTACT STATED THAT
THE VEHICLE WAS USING AN EXCESSIVE AMOUNT OF OIL AND THERE
WAS AN ABNORMAL KNOCKING AND TAPPING NOISE COMING FROM
THE VEHICLE. THE VEHICLE LOST A QUART OF OIL AND ADDITIONAL
OIL WAS ADDED. IN ADDITION, THE CHECK ENGINE AND LOW OIL
WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO
HANSON KIA (2300 CARRIAGE LOOP SW, OLYMPIA, WA 98502, (360) 943-
2120) AND AN OIL CONSUMPTION TEST WAS PERFORMED. THE DEALER
DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE
WAS NOT REPAIRED. THE MANUFACTURER WAS NOT CONTACTED. THE
FAILURE MILEAGE WAS 79,000. *TR CONSUMER STATED I CONTINUED
WITH MY OIL CONSUMPTION TESTS AND I WAS USING 1/2 QUART OF OIL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  EVERY 500 MILES. KIA FINALLY AGREED TO TAKE THE NEXT STEP IN

2  FIXING THE PROBLEM. THEY ARE REPLACING MY ENGINE.*JB

3

4  **NHTSA ID Number:** 11268672

5  **Incident Date** October 7, 2019

6  **Complaint Date** October 15, 2019

7  **Consumer Location** FAIRVIEW, NC

8  **Vehicle Identification Number** KNDJX3A54F7****

9  **Summary of Complaint**

10  2015 KIA SOUL BURNING OIL, NO OIL LIGHT COMES ON, VEHICLE HAS

11  SHUT ENGINE OFF 2 DIFFERENT TIMES WHILE I WAS DRIVING IT. I TOOK

12  TO DEALERSHIP THEY SAID THEY WERE HAVING TROUBLE WITH THE

13  PISTON RINGS FAILING AND OIL BURNING. DID OIL CONSUMPTION TEST

14  AFTER DRIVING FOR 900 MILES THE THE DIP STICK DID NOT REGISTER

15  ANY OIL ON IT. I BOUGHT THIS AS A PRE OWNED CERTIFIED VEHICLE

16  WITH ABOUT 600 MILES ON IT WHEN I PURCHASED IT . THE WARRANTY

17  COMPANY THAT WARRANTS KIA PRE OWNED VEHICLES IS REFUSING

18  TO COVER THE THE CLAIM. THE OIL BURNING PROBLEM STARTED

19  AROUND 56,000 MILES. THE CAR STOPPED RUNNING WHILE I WAS

20  DRIVING ON TWO DIFFERENT OCCASIONS.

21

22  **NHTSA ID Number:** 11271377

23  **Incident Date** October 14, 2019

24  **Complaint Date** October 27, 2019

25  **Consumer Location** TUJUNGA, CA

26  **Vehicle Identification Number** KNDJP3A56F7****

27  **Summary of Complaint**

28  I WAS DRIVING HOME AND CAR WAS MAKING A NOISE.SOUNDED LIKE

352

**SECOND AMENDED CLASS ACTION COMPLAINT**

A TRUCK.I CHECK THE OIL AND IT WAS VERY LOW AND DARK.IT HAD RECENTLY GOT AN OIL CHANGE.I PUT IN 3 QUARTS AND THEN IT WAS AT THE RIGHT LEVEL.IT STOPPED MAKING THE NOISE.BUT I SMELL GAS FROM THE TAILPIPE.THIS WAS BEFORE IT SOUNDED LIKE A TRUCK.I STEPPED ON THEE GAS AND THE CAR BARELY MOVES.THEN THE CHECK ENGINE LIGHT SHOWED UP IT WAS MISFIRE CODES MULTIPLE CYLINDER.I HEAR A LOUD HISSING SOUND LIKE A TURBO OR SOME SORT OF EXHAUST LEAK.BAD MILEAGE BURNS A QUART OF OIL EVERY TWO DAYS.THE TRANSMISSION DOES NOT SHIFT TOO AND IT MISFIRES

**NHTSA ID Number:** 11277021

**Incident Date** January 1, 2019

**Complaint Date** October 30, 2019

**Consumer Location** ORANGEBURG, SC

**Vehicle Identification** Number KNDJP3A52E7****

**Summary of Complaint**

NO INCIDENT YET, BUT VEHICLE BURNS AT LEAST A QUART OF OIL PER WEEK. THE CAR HAS JUST OVER 80,000 MILES.

**NHTSA ID Number:** 11277688

**Incident Date** October 30, 2019

**Complaint Date** November 2, 2019

**Consumer Location** PITTSBURGH, PA

**Vehicle Identification Number** KNDJP3A57G7****

**Summary of Complaint**

2016 KIA SOUL HIGH OIL CONSUMPTION NOW I AM LOSING POWER IT WILL STALL AT 60 DOWN TO 40 WHILE DRIVING ON THE HIGHWAY . WAS TOLD MY CAR WAS NOT RECALLED FOR THE SAME PROBLEMS OF

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

OTHER RECALLS PERTAINING TO THIS CAR. WHEN IT WAS UNDER WARRANTY THEY REFUSED TO DO ANYTHING NOW AT 83,400 THEY TOLD ME THAT MY WARRANTY HAS ENDED .

**NHTSA ID Number:** 11279888

**Incident Date** October 15, 2019

**Complaint Date** November 13, 2019

**Consumer Location** CLERMONT, FL

**Vehicle Identification Number** KNDJT2A57D7****

**Summary of Complaint**

I TOOK MY VEHICLE TO KIA FOR TWO RECALLS AND A PERFORMANCE ISSUE WITH THE ENGINE; SPECIFICALLY, A LOSS OF POWER AND INCREASED OIL CONSUMPTION. KIA PERFORMED AN ECU UPGRADE AND REPLACED THE CATALYTIC CONVERTER RELATED TO RECALL# SC176. THE RECALL ALSO IDENTIFIES INTERNAL ENGINE DAMAGE TO THE PISTONS THAT RESULT FROM OVERHEATING CAUSED BY HIGH CATALYTIC CONVERTER TEMPERATURES WHICH WAS ADDRESSED BY THE ECU UPGRADE. I INQUIRED ABOUT COVERAGE FOR THE DAMAGE TO THE ENGINE; HOWEVER I WAS TOLD THAT THE ENGINE DAMAGE WOULD NOT BE COVERED BY KIA. AN OIL CONSUMPTION TEST WAS PERFORMED AND KIA DOCUMENTED THAT 1 QUART OF OIL HAD BEEN CONSUMED IN THE 1,000 ELAPSED MILES (WHICH EXCEEDS THE MANUFACTURER'S SPECIFICATION FOR NORMAL RATE OF CONSUMPTION), I WAS TOLD THAT THE ENGINE WOULD NEED TO BE REPLACED, AND KIA WOULD NOT COVER THE COST. I WAS VERY SURPRISED AS THE ISSUES THAT I AM HAVING WITH THE CAR ARE EXACTLY THE VERY SAME ISSUES DESCRIBED IN THE RECALL.

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11279805

**Incident Date** August 1, 2019

**Complaint Date** November 13, 2019

**Consumer Location** CLERMONT, FL

**Vehicle Identification Number** 3GCEC13329G****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SOUL. THE CONTACT STATED THAT THERE WAS A DELAY IN ACCELERATION WHEN THE ACCELERATOR PEDAL WAS DEPRESSED. THE CONTACT ALSO MENTIONED THAT THE VEHICLE STALLED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO STATED THAT OIL WAS LEAKING INTO DIFFERENT COMPARTMENTS OF THE ENGINE. THE VEHICLE WAS TAKEN TO GREENWAY KIA WEST (3407 W COLONIAL DR, ORLANDO, FL 32808, (407) 532-2217) TO BE REPAIRED PER NHTSA CAMPAIGN NUMBER: 19V120000 (ENGINE, ENGINE AND ENGINE COOLING). THE DEALER WAS UNABLE TO DETERMINE WHY THE VEHICLE WAS EXPERIENCING HIGH OIL CONSUMPTION. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 150,000.


**NHTSA ID Number:** 11291660

**Incident Date** December 26, 2019

**Complaint Date** December 27, 2019

**Consumer Location** PIKEVILLE, KY

**Vehicle Identification Number** KNDJP3A54E7****

**Summary of Complaint**

MY CAR IS LOSING OIL SOMEWHERE. CHECKED NO LEAKS. OIL CHANGED REGULARLY AND ON TIME. OIL DIP STICK SHOWS ONE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

QUART LOW REFILLED. DROVE CAR APPROXIMATELY 6 MILES AND LIGHT STARTED FLASHING QUICKLY. PARKED CHECKED OIL AND IS ONCE AGAIN LOW. NO BURNT OIL SMELL BUT IT HAS TO BE GOING SOMEWHERE.

**NHTSA ID Number:** 11310101

**Incident Date** February 18, 2020

**Complaint Date** February 19, 2020

**Consumer Location** CITRUS HEIGHTS, CA

**Vehicle Identification Number** KNDJT2A59D7****

**Summary of Complaint**

2013 KIA SOUL, JUST AT 90KMILES, CONSUMING MOTOR OIL AT A RATE OF .75 QUARTS PER 1000 MILES ACCORDING TO KIA DEALER CONDUCTING THREE OIL CONSUMPTION TESTS. KIA CONTENDS THIS IS NORMAL. CHANGED PCV VALVE DURING SECOND OIL CONSUMPTION TEST WITH NO EFFECT ON OIL CONSUMPTION. THE CAR IS DRIVEN AROUND TOWN, MODERATE DISTANCES, DAILY. THE OIL HAS BEEN CHANGED BY LOCAL GARAGES AND THE DEALER AT 5K MILE INCREMEMTS. THIS ISSUE BEGAN JUST AFTER THE KIA CATALYTIC CONVERTER RECALL NOTICE

**NHTSA ID Number:** 11301193

**Incident Date** November 1, 2019

**Complaint Date** January 22, 2020

**Consumer Location** Unknown

**Vehicle Identification Number** KNDJP3A53E7****

**Summary of Complaint**

CAR IS GOING THROUGH ALL OF ITS OIL. GOES THROUGH

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

APPROXIMATELY 1QT EVERY 1,500 MILES. WHEN I FIRST CAME ACROSS
THIS PROBLEM THE CAR WAS MAKING A LOUD KNOCKING SOUND,
TOOK IT TO THE DEALER AND THERE WAS APPROX 1 QUART OF OIL IN
THE CAR. I ONLY DROVE ABOUT 3,000 MILES SINCE THE LAST FULL
SYNTHETIC OIL CHANGE. THE DEALERSHIP IS TELLING ME THIS ISN'T
EXCESSIVE AND IT IS COMPLETELY NORMAL. I CAN ONLY DRIVE 1,500
MILES UNTIL THE OIL IS NO LONGER SHOWING ON THE DIP STICK.
CURRENTLY STILL WORKING WITH THE DEALERSHIP TO PROVE THERE
IS A PROBLEM WITH THESE ENGINES. I GOT A OIL CHANGE APPROX 250
MILES AGO AND HAVE TO DRIVE 1,000 TOTAL AND THEY WILL
EXAMINE THE CAR AGAIN.

**NHTSA ID Number:** 11310470
**Incident Date** February 20, 2020
**Complaint Date** February 20, 2020
**Consumer Location** SPRINGVILLE, UT
**Vehicle Identification Number** KNDJP3A51E7****
**Summary of Complaint**
ENGINE BURNING OIL. NO SIGNS OF LEAKAGE OR "BLUE SMOKE".
USUALLY HAVE TO PUT IN BETWEEN 3 AND 5 QUARTS OF OIL BETWEEN
OIL CHANGES. KIA WON'T FIX THE PROBLEM, EVEN THOUGH THERE
HAVE BEEN MANY OTHER COMPLAINTS ABOUT THIS ISSUE. I BOUGHT
THE CAR USED, DIDN'T KNOW IT HAD AN ISSUE. OIL GOT
DANGEROUSLY LOW WITHIN 30 DAYS OF OWNING THE CAR. THAT'S
WHEN I FOUND OUT IT WAS BURNING OIL. IT HAS 11,0000 MILES ON IT
AS OF THIS COMPLIANT. ISSUES STARTED FOR ME AT AROUND 100,000
MILES. WHEN I TOOK THE CAR INTO THE KIA DEALER, THEY SAID THAT
THE PREVIOUS OWNER HAD BROUGHT IT IN TO HAVE AN OIL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

357

CONSUMPTION TEST DONE. KIA DEALER SAID ENGINE NEEDS TO BE
REPLACED.

**NHTSA ID Number:** 11316389

**Incident Date** March 5, 2020

**Complaint Date** March 5, 2020

**Consumer Location** ACWORTH, GA

**Vehicle Identification Number** KNDJP3A54E7****

**Summary of Complaint**

AFTER MULTIPLE ATTEMPTS AT THE SHOP, THE KIA HAS BEEN
BURNING OIL. THERE IS NO SMOKE OR LEAKS. A COMPRESSION TEST
WAS NOT DONE AT THE ORIGINAL INSPECTION OF THE CAR, AND THERE
IS NO OIL IN THE CAR AFTER ABOUT 500 MILES. THIS ENGINE HAS BEEN
BURNING OIL SINCE 85000 MILES AND THERE IS "NOTHING" THAT KIA
CAN DO FOR OUR ISSUE. THUS, IN LINE WITH OTHER COMPLAINTS
ABOUT THIS ISSUE THERE SHOULD BE SOMETHING DONE FOR THE
ENGINE REPLACEMENT. THIS IS A KNOWN ISSUE FOR THE OTHER
ENGINES, BUT THE 2.0L ENGINE IS NOT UNDER RECALL....YET. THIS IS A
VERY SERIOUS ISSUE AND A GENERAL CONSUMER SHOULD NOT HAVE
TO MONITOR OIL CONSUMPTION OF AN ENGINE AT 60-80K MILES. THERE
IS SOMETHING WRONG WITH THE ENGINES AND IT COULD BE A REAL
CONCERN FOR SAFETY.

**NHTSA ID Number:** 11317284

**Incident Date** September 16, 2018

**Complaint Date** March 10, 2020

**Consumer Location** MIDDLETON, WI

**Vehicle Identification Number** KNDJN2A23E7****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SOUL. THE CONTACT STATED THAT WHILE DRIVING AT VARIOUS SPEEDS, THE VEHICLE EXPERIENCED OIL CONSUMPTION WITHOUT WARNING. THE VEHICLE WAS TAKEN TO RUSS DARROW KIA OF MADISON LOCATED AT (6525 ODANA RD, MADISON, WI 53719, WHERE THE VEHICLE WAS REPAIRED UNDER NHTSA CAMPAIGN NUMBER: 19V120000 (ENGINE, ENGINE AND ENGINE COOLING) HOWEVER, THE FAILURE PERSISTED. THE MANUFACTURER HAD NOT BEEN NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 70,000. *LN

**NHTSA ID Number:** 11324199
**Incident Date** May 11, 2020
**Complaint Date** May 11, 2020
**Consumer Location** JOHNSON CITY, TN
**Vehicle Identification Number** KNDJN2A20E7****
**Summary of Complaint**

MY KIA SOUL 2014 SINCE MARCH HAS BEEN CONSUMING ENORMOUS AMOUNT OF OIL HAD IT CHECKED NO LEAKS. I HAD THE OIL CHANGED ON FEB 28TH 2020 AND THEN BY THE END OF MARCH NOTHING ON THE DIP STICK HAD TO PUT 3 MORE COURTS IN, NOT EVEN 4000 MILES. TOOK IT IN TO CHANGE THE OIL TWO DAYS LATER, THE NEXT DAY APRIL 1ST WENT TO MARYLAND CHECKED OIL WHEN WE CAME BACK, DOWN JUST A LITTLE. CHECKED AGAIN TWO WEEKS LATER DOWN HALF AND PUT OIL IN. ON MAY 2ND CHECKED THE OIL BEFORE MY HUSBAND WENT TO ASHEVILLE FOR WORK AND NO OIL ON THE DIP STICK ADDED OIL AND TOOK TO KIA ON THE 4TH. STARTED A OIL CONSUMPTION TEST ON MAY 4TH BY MAY 11TH WAS HALF WAY IN BETWEEN LOW AND

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  FULL SO I WENT TO KIA AND THEY TOPPED IT OFF. THEY ALSO SAID IT

2  IS A KNOW ISSUE BUT NO RECALL AND THEY HAVE THREE VEHICLES IN

3  THE SHOP RIGHT NOW WAITING FOR NEW ENGINES. THEY COULD

4  QUOTE ME ON AN ENGINE OR I WOULD JUST HAVE TO KEEP ADDING

5  OIL. IT IS SHAMEFUL THAT THEY NOW ABOUT THIS ISSUE BUT WILL

6  NOT CORRECT IT. *TR

7

8  **NHTSA ID Number:** 11337168

9  **Incident Date** July 2, 2020

10  **Complaint Date** July 2, 2020

11  **Consumer Location** JACKSONVILLE, NC

12  **Vehicle Identification Number** KNDJP3A55F7****

13  **Summary of Complaint**

14  2015 KIA SOUL + HAS JUST BEEN CHECKED BY OUR DEALERSHIP

15  SERVICE DEPARTMENT FOR NOT ACCELERATING AND SHIFTING

16  PROPERLY. DEALER PERFORMED TRANSMISSION SERVICE AT 106,768

17  MILES ON JUNE 30, 2020, AND THIS DID NOT CLEAR THE ISSUES, 2ND

18  SERVICE INSPECTRION ON JULY 1, 2020 RESULTED IN SERVICE

19  DEPARTMENT SAYING THE ISSUES ARE WITH A PLUGGED CATALYTIC

20  CONVERTER, WHICH HAS BEEN A POTENTIAL CONTRIBUTOR TO THE

21  ONGOING NHTSA INVESTIGATION OF ALL KIA SOUL MODELS WITH THE

22  2.0L NU ENGINE. WE ALSO NOTED EXCESSIVE OIL CONSUMPTION TO

23  THE SERVICE DEPARTMENT ON MULTIPLE OCCASIONS, BUT THEY HAVE

24  DECLINED STARTING AN OIL CONSUMPTION TEST. NEITHER THE

25  DEALER NOR EXTENDED WARRANTY COMPANY WILL COVER REPAIRS,

26  AND ALLOWED US TO LEAVE THE DEALERSHIP WITH THE VEHICLE IN

27  POTENTIALLY UNSAFE CONDITION, WITH NO REMEDY OTHER THAN US

28  PAYING FOR PARTS AND LABOR TO REPLACE THE CATALYTIC

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

360

**SECOND AMENDED CLASS ACTION COMPLAINT**

1   CONVERTER. I WANT TO HAVE MY COMPLAINT ADDED TO THE

2   ONGOING INVESTIGATION, AND CAN PROVIDE AND ENCOURAGE OTHER

3   KIA SOUL OWNERS TO ALSO ADD THEIR SIMILAR ISSUES,M WHICH ARE

4   WELL DOCUMENTED ON LINE IN FORUMS AND SOCIAL MEDIA.

5

6   **NHTSA ID Number:** 11337320

7   **Incident Date** February 17, 2020

8   **Complaint Date** July 3, 2020

9   **Consumer Location** GRAND BAY, AL

10  **Vehicle Identification Number** KNDJP3A58E3****

11  **Summary of Complaint**

12  ENGINE OIL CONSUMPTION HAS BEEN .69QTS PER 1K MILES. I BOUGHT

13  THIS CAR NEW. IN THE BEGINNING I THOUGHT THAT THE SERVICE

14  DEPARTMENT WASN`T CHANGING THE OIL. I WENT TO A

15  METALLURGIST I HAD DONE SOME WORK FOR AND ASKED HIM TO

16  OBSERVE MY DRAWING OF AN OIL SAMPLE TO SEND OFF FOR

17  ANALYSIS. THERE WAS NOTHING OUT OF THE ORDINARY IN THE OIL. I

18  STARTED SERVICING THE CAR MYSELF. OVER TIME I KEPT TOPPING UP

19  THE LEVEL IN THE ENGINE. THE CAR WAS GETTING CLOSE TO THE END

20  OF WARRANTY AND NEWS HAD REPORTED ENGINE FIRES IN MY MAKE

21  AND MODEL OF AUTO. KIA CALLED IN AUTOS FOR AN OIL

22  CONSUMPTION ANALYSIS: AN OIL CHANGE - GOOP UP THE DRAIN PLUG,

23  DIP STICK - OIL FILLER - CAP - DRIVE 1000 MILES - BRING THE CAR BACK

24  - CHECK THE OIL - TOP IT UP - DO IT AGAIN. THREE OF THESE CYCLES

25  WERE CALLED FOR. I BROUGHT MY CAR BACK FOR THE FIRST CHECK

26  BY THIS TIME I HAD ZERO CONFIDENCE IN THIS PROCESS. I MADE THEM

27  ALLOW ME TO OBSERVE THE DIP STICK CHECK FOR CRANKCASE OIL

28  LEVEL. LOW AND BEHOLD IT HAD MADE OIL. THIS INDICATED THE OIL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

LEVEL HAD BEEN EXCEEDED AND THERE HAD BEEN NO BASE LINE BEEN ESTABLISHED SO THE FIRST 1000 MILE CHECK WAS A WASTE OF TIME. I MADE THEM SUCTION OFF THE EXCESS OIL TO ESTABLISH AN APPROPRIATE POINT OF REFERENCE. IN THE END THEY SENT ME HOME WITH A STATEMENT THAT KIA CONSIDERED .7 QUARTS PER 1K MILES ACCEPTABLE. ONE FREE OIL CHANGE @ 1K MILES THEN 10K INTERVALS MILE TO THE NEXT OIL CHANGE. 10K MILES @ ACCEPTABLE ENGINE OIL CONSUMPTION OF .7 QUARTS PER 10K MILES = AN EMPTY CRANKCASE BEFORE OIL CHANGE IS DUE. NO WONDER THEY FOUND DEBRIS IN THE CRANKSHAFT. IT DOESN`T TAKE A NUCLEAR PHYSICIST TO EXTRAPOLATE THIS. KIA FEELS ITS THE OWNERS FAULT DEBRIS IS FOUND. WHO WOULD BUY A NEW AUTO WITH KNOWLEDGE OF THESE STATISTICS. AT A MINIMUM THE AUTO WAS MISREPRESENTED.

**NHTSA ID Number:** 11341248

**Incident Date** February 10, 2020

**Complaint Date** July 24, 2020

**Consumer Location** MOODY, AL

**Vehicle Identification Number** KNDJX3A53E7****

**Summary of Complaint**

NOTICED AFTER GETTING AN OIL CHANGE NOT EVEN A MONTH LATER THE CAR WAS LOW ON OIL. COMPLAINED TO KIA DEALERSHIP THAT THEY DIDN'T FILL MY OIL UP WHEN I GOT AN OIL CHANGE. BROUGHT IT BACK IN FOR A TOP OFF AND IT DID THE SAME THING AGAIN. MONITORED THE OIL CONSUMPTION FOR 2-3 MONTHS COMING TO THE CONCLUSION THAT IT WAS BURNING 2QUARTS EVERY 2 WEEKS. I HAVE DOCUMENTATION WHERE I HAVE GOTTEN THE OIL TOPPED OFF EVERY OTHER WEEK.

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11350402

**Incident Date** August 1, 2020

**Complaint Date** August 20, 2020

**Consumer Location** NORTH ROYALTON, OH

**Vehicle Identification Number** KNDJP3A53G7****

**Summary of Complaint**

RECALL 19V120000; SC176 EXCESSIVE OIL CONSUMPTION. MANUFACTURER WILL NOT HONOR WARRANTY AND IS AWARE OF PROBLEM. I AM BEING TOLD COSTS INVOLVED WITH THIS ISSUE ARE NOT WARRANTY AND TO BE PAID OUT OF POCKET DESPITE KNOWN PROBLEM.

**NHTSA ID Number:** 11360217

**Incident Date** September 13, 2020

**Complaint Date** September 21, 2020

**Consumer Location** JEFFERSON, LA

**Vehicle Identification Number** KNDJP3A52E7****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SOUL. THE CONTACT STATED THE CHECK ENGINE WARNING LIGHT REMAINED ILLUMINATED. THE CONTACT INSPECTED THE VEHICLE AND FOUND THAT THE ENGINE WAS CONSUMING OIL PREMATURELY. THE CONTACT ALSO FOUND THAT THE CATALYTIC CONVERTER WAS OVERHEATING DUE TO THE PREMATURE OIL CONSUMPTION. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC TO BE DIAGNOSED. THE MECHANIC RETRIEVED FAILURE CODE: P0420 CATALYST SYSTEM EFFICIENCY BELOW THRESHOLD. THE MANUFACTURE WAS CONTACTED AND

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

INFORMED OF THE FAILURE. THE CONTACT WAS INFORMED THAT THE
VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 19V120000
(ENGINE, ENGINE AND ENGINE COOLING). THE VEHICLE WAS NOT
REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 106,000.

**NHTSA ID Number:** 11360394

**Incident Date** July 1, 2020

**Complaint Date** September 22, 2020

**Consumer Location** STRUTHERS, OH

**Vehicle Identification Number** KNDJP3A53E7****

**Summary of Complaint**

WHENEVER I START UP MY CAR, THE ENGINE SEEMS TO KNOCK. I TOOK
IT TO THE KIA DEALERSHIP 3 TIMES AND THEY INSISTED I JUST NEEDED
AN OIL CHANGE. I FINALLY TOOK IT TO A MECHANIC IN MY
NEIGHBORHOOD WHO FINALLY TOLD ME THAT I HAVE AN OIL
CONSUMPTION ISSUE. WHEN I WENT BACK TO THE DEALERSHIP, THEY
REFUSE TO FIX IT BECAUSE THEIR IS NOT A RECALL ON THESE
VEHICLES. I HAVE CHILDREN AND IT IS VERY DANGEROUS FOR THEM
TO BE IN A DEFECTIVE VEHICLE AND NOT KNOW WHEN IT'S FINALLY
GONNA GIVE OUT. PLEASE RECALL THESE VEHICLES IMMEDIATELY!!

**NHTSA ID Number:** 11362986

**Incident Date** October 8, 2018

**Complaint Date** October 6, 2020

**Consumer Location** LARGO, FL

**Vehicle Identification Number** KNDJT2A50C7****

**Summary of Complaint**

MY KIA SOUL 2012 HAS BEEN HAVING PROBLEM A WITH OVER THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

LIMIT OIL CONSUMPTION THAT STARTED IN 2015. IN THE OWNERS MANUAL AND IN CROWN KIA WHERE I BOUGHT THE CAR SAID THAT I CAN CHANGE OIL ON EVERY 5000 MILES. OVER TIME IT STARTED BURNING MORE AND MORE OIL THAT IT WAS NEEDED TO ADD AND CHANGE OIL EVERY 1000 MILES. REPUTABLE MECHANIC IN THE AREA TOLD ME KIA SOUL HAVE THAT DEFECT OF BURNING EXCESSIVE OIL AND IT WAS DUE TO DEFECTED VALVE GUIDES AND PISTON RINGS.

**NHTSA ID Number:** 11364853

**Incident Date** June 10, 2020

**Complaint Date** October 17, 2020

**Consumer Location** EUCLID, OH

**Vehicle Identification Number** KNDJP3A53E7****

**Summary of Complaint**

LOSING OIL AND HAVING A KNOCKING NOISE COMING FROM ENGINE. KIA MOTORS HAD US TAKE A VEHICLE OIL CONSUMPTION TEST THAT REVEALED LOSS OF 1/2 QUART EVERY 500 MILES. THEY ALSO HAD US TAKE A COMPRESSION TEST, AND THREE SEPARATE TRIPS TO THE DEALER FOR VIDEO ANALYSIS. AFTER SIX WEEKS THEY FINALLY DECLARED THE CAR UNDER WARRANTY. THEY ORDERED A SHORT BLOCK ENGINE AND SENT THE 'HEAD OF THE ENGINE OUT TO BE RETOOLED BY A LOCAL SHOP. AFTER OVER THREE WEEKS WE GOT THE CAR BACK. IN A TIME PERIOD OF ONE WEEK THE CAR HAD A SERIES OF EVENTS. THE ENGINE SHUT OFF IN TRAFFIC ON MY WAY TO WORK, IT ALSO HAD A PERIOD WERE WHEN STARTING THE CAR, IT SHOOK LIKE CRAZY, BUT STARTED. THE TOP COVER I FOUND OUT LATER THAT IT SHOOK OFF ITS PEGS AND WAS RESTING LOOSE ON THE TOP OF THE ENGINE AND WAS LOSING OIL. I HAD TO ADD 1/2 QUART. THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

DIAGNOSTIC ON MY PARTNER'S WI-FI IN THE CAR HAD A DIAGNOSTIC ERROR STATING THE CAM-SHAFT WAS HAVING PROBLEMS. AT FIRST I THOUGHT A NEW ENGINE WAS JUST BREAKING IN, BUT THE FINAL STRAW WAS A LARGE POOL OF AUTOMOTIVE FLUID ON THE GARAGE FLOOR. THE DEALERSHIP HAS TAKEN THE CAR BACK TO WORK ON IT FURTHER. BOTH THE MECHANIC WHO PUT THE ENGINE BACK TOGETHER AND THE SERVICE MANAGER WHOM I INITIALLY TALKED TO ARE NOW GONE. I STARTED THIS PROCESS ON 06/10/20, PICKED UP A REPAIRED CAR ON 09/29/20, AND RETURNED IT IN A WEEK. AS I WRITE THIS COMMENT IT IS NOW 10/17/20 AND DO NOT KNOW WHAT IS GOING TO HAPPEN AND IF THERE IS ANY MORE DAMAGE TO THE ENGINE WITH ALL THAT HAS OCCURRED AFTER THE WARRANTY REPAIRS. THE CAR IS IN MY PARTNER'S NAME OF PATRICIA A HOLCOMB.

**NHTSA ID Number:** 11374809

**Incident Date** November 14, 2020

**Complaint Date** November 16, 2020

**Consumer Location** WOODSTOCK, GA

**Vehicle Identification Number** KNDJT2A50D7****

**Summary of Complaint**

RECALL #176: ACCORDING TO THE RECALL, THERE CAN BE PISTON DAMAGE FROM THE OVERHEATING AND MISFIRING AS RESULT OF A BAD ECU. I RECENTLY HAD THIS RECALL REPAIR COMPLETED BUT THE DEALER IS UNWILLING TO ACKNOWLEDGE THE POSSIBLE ENGINE DAMAGE AND CHECK DEEPER. CURRENTLY, I AM BURNING ABOUT 1 QUART OF OIL EVERY 200 MILES. OBVIOUSLY, THIS IS A PROBLEM. MY CONTENTION IS THAT THE CAUSE MAY BE FROM PISTON DAMAGE ORIGINATING FROM THE ORIGINAL RECALL AND I AM CURRENTLY

1   STILL AT RISK OF SEVERE DAMAGE AND/OR DANGER. I DO NOT KNOW

2   THE NEXT STEPS IN GETTING THE DEALER TO INVESTIGATE THE CAUSE

3   OF INCREASED OIL CONSUMPTION.

4

5   **NHTSA ID Number:** 11377055

6   **Incident Date** October 17, 2020

7   **Complaint Date** November 30, 2020

8   **Consumer Location** DOLTON, IL

9   **Vehicle Identification Number** KNDJT2A52D7****

10  **Summary of Complaint**

11  TL* THE CONTACT OWNS A 2013 KIA SOUL. THE CONTACT STATED THAT

12  WHILE DRIVING 60 MPH, THE CONTACT DEPRESSED THE ACCELERATOR

13  PEDAL AS THE VEHICLE DECREASED IN SPEED. THE CONTACT VEERED

14  TO THE EXIT RAMP IN ORDER TO EXIT THE HIGHWAY. THE CONTACT

15  THEN ENTERED A GAS STATION AND WAITED FOR A COUPLE OF

16  MINUTES BEFORE ATTEMPTING TO DEPRESS THE ACCELERATOR PEDAL

17  WHICH FAILED TO ACCELERATE THE VEHICLE PAST 50 MPH. THE

18  VEHICLE THEN STALLED AS ALL WARNING LIGHTS ILLUMINATED. THE

19  CONTACT MENTIONED THAT AN ODOR APPEARED FROM THE

20  EXHAUSTED PIPE. THE VEHICLE WAS TOWED TO THE CONTACT

21  RESIDENTS, THEN TOWED FROM HER RESIDENT TO THE DEALER

22  EVERGREEN KIA 9205 S WESTERN AVE, CHICAGO, IL 60643 (773) 779-4281

23  WHERE IT WAS DIAGNOSED THAT THE OIL CONSUMPTION DAMAGED

24  THE PISTON RODS AND THE ENGINE NEEDED TO BE REPLACED. THE

25  VEHICLE WAS NOT REPAIRED. THE CONTACT MENTIONED NHTSA

26  CAMPAIGN NUMBER: 19V120000 (ENGINE, ENGINE AND ENGINE

27  COOLING) AS A POSSIBLE SOLUTION TO THE FAILURE HOWEVER, THE

28  VIN WAS NOT INCLUDED. THE MANUFACTURER WAS NOTIFIED OF THE

**SECOND AMENDED CLASS ACTION COMPLAINT**

FAILURE AND INFORMED THE CONTACT THAT NO RECALLS WAS UNDER THE VIN. THE FAILURE MILEAGE WAS APPROXIMATELY 103,000.

**NHTSA ID Number:** 11382733

**Incident Date** December 1, 2019

**Complaint Date** December 9, 2020

**Consumer Location** LOS ANGELES, CA

**Vehicle Identification Number** KNDJT2A55C7****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SOUL. THE CONTACT STATED THAT WHILE OPERATING THE VEHICLE, THE CHECK ENGINE LIGHT HAD ILLUMINATED AND THE SPEED OF THE VEHICLE HAD SUDDENLY REDUCED. THE VEHICLE WAS TAKEN TO THE LOCAL DEALER TROPHY KIA OF CARSON LOCATED AT 22020 RECREATION RD, CARSON, CA 90745, WHO RESET THE ENGINE SOFTWARE BUT THE FAILURE CONTINUED TO OCCUR. THE ENGINE LATER EXPERIENCED A LOUD KNOCKING NOISE AND EXCESSIVE OIL CONSUMPTION. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND INFORMED THAT THE VIN WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 19V120000 (ENGINE AND ENGINE COOLING). THE CONTACT STATED THAT THE VEHICLE HAD EXPERIENCED THE SAME FAILURE LISTED IN THE RECALL. THE FAILURE MILEAGE WAS 125,000.

**NHTSA ID Number:** 11378616

**Incident Date** August 6, 2020

**Complaint Date** December 9, 2020

**Consumer Location** ELKTON, MD

**Vehicle Identification Number** KNDJN2A21F7****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

368

SECOND AMENDED CLASS ACTION COMPLAINT

**Summary of Complaint**

IIN AUGUST WHILE DRIVING, MY OIL LIGHT FLASHED BRIEFLY AND THEN WENT OUT. WHEN I PULLED INTO MY DRIVEWAY I CHECKED MY OIL AND THERE WAS BARELY ANY OIL IN THE CAR. BASED ON MY MILLAGE I WAS NOT YET DO FOR AN OIL CHANGE AND HAD NOT SEEN ANY INDICATION THAT I WAS LEAKING OIL ( NOT SPOTS IN DRIVEWAY) I ADDED OIL AND TOOK THE CAR TO THE DEALERSHIP WHO DID AN OIL CHANGE AND BEGAN OIL CONSUMPTION TESTS. ENGINE IS MAKING A KNOCKING NOISE CONSTANTLY AND RATTLING NOISE WHEN DECELERATING.OIL IS NOT LEAKING ON GROUND BUT CAR IS CONSISTENTLY LOSING OIL. IDLES ROUGH. I HAVE ALREADY COMPLETED 3 OIL CONSUMPTION TESTS WITH KIA DEALER WHO STATED THAT THERE IS A KNOWN ISSUE WITH THE 3RD CYLINDER ROD BEARING IN THESE ENGINES, JUST WAITING FOR MY DIAGNOSTIC APPOINTMENT.

**NHTSA ID Number:** 11388266

**Incident Date** January 9, 2021

**Complaint Date** January 15, 2021

**Consumer Location** FAYETTEVILLE, NC

**Vehicle Identification Number** KNDJ63AU9L7****

**Summary of Complaint**

AT 10K MILES THE VEHICLE SHUT OFF MULTIPLE TIMES WITH NO WARNING OR DUMMY LIGHTS RIGHT AFTER I SLOWED AND MADE A TURN. OIL CHANGE WAS SCHEDULED FOR THE FOLLOWING WEEK. TOOK VEHICLE IN AND WAS ALMOST OUT OF OIL. AT 13,400 MILES VEHICLE STARTED MAKING LOUD TICKING NOISE AND WAS NOT PROPERLY ACCELERATING. EACH TIME I HAD SLOWED TO MAKE A

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   TURN AND WHEN I ATTEMPTED TO ACCELERATE, THE RPM WOULD GO

2   UP, BUT THE VEHICLE DID NOT GO AS IF IT WAS IN NEUTRAL. TOOK IT

3   TO THE DEALERSHIP AND THEY SAID THERE WAS NO OIL ON THE

4   DIPSTICK. THEY STARTED AN OIL CONSUMPTION TEST AND SAID THE

5   ACCELERATION ISSUE WAS DUE TO LACK OF OIL. 5 DAYS AND 200

6   MILES LATER I TOOK IT BACK TO THE DEALERSHIP BECAUSE IT WAS

7   MAKING THE LOUD NOISE AGAIN FROM THE ENGINE AND ALSO NOT

8   ACCELERATING PROPERLY. THEY TEST DROVE IT AND SAID THERE WAS

9   NOTHING WRONG AND TO COME BACK IN 300 MORE MILES. THIS

10  VEHICLE IS NOT SAFE TO DRIVE 300 MORE MILES DUE TO THE

11  ACCELERATION ISSUES. I CALLED KIA CORPORATE AND THEY SAID THE

12  DEALERSHIP KNOWS BEST. I AM FEARFUL OF DRIVING IT BECAUSE IT

13  HAS ALREADY ALMOST CAUSED AN ACCIDENT ONCE.

14

15  **NHTSA ID Number:** 11389185

16  **Incident Date** January 21, 2021

17  **Complaint Date** January 21, 2021

18  **Consumer Location** CLINTON, NC

19  **Vehicle Identification Number** KNDJP3A50F7****

20  **Summary of Complaint**

21  2015 KIA SOUL+ 2.0 ENGINE. PURCHASED IN 2017 WITH 24K MILES.

22  BEGAN HAVING ISSUES WITH VEHICLE AT APPROXIMATELY 80K MILES.

23  CAR BEGAN LOSING OIL AND I BEGAN HAVING OIL CONSUMPTION TEST

24  DONE AT DEALERSHIP. CAR WAS LOSING 1 QUART OF OIL PER 1 K

25  MILES. DEALERSHIP INFORMED ME THAT ALTHOUGH MAINTENANCE

26  WAS DONE AS REQUIRED, THEY WOULD NOT REPLACE ENGINE OR HELP

27  SINCE EXTENDED WARRENTY WAS EXPIRED. DRIVING TO WORK ONE

28  MORNING, ENGINE LIGHT CAME ON. VEHICLE TOWED 65 MILES TO

370
**SECOND AMENDED CLASS ACTION COMPLAINT**

DEALERSHIP. UPDATED SENSOR CODE. REPLACED PVC VALVE. USING 5-30 OIL. STILL LOSING OIL.THIS MORNING, AT APPROX. 92,300, ENGINE LIGHT CAME ON AGAIN AS I WAS PULLING OUT OF MY DRIVEWAY. VERY FRUSTRATED WITH COSTS RELATED TO TOWING. VERY FRUSTRATED WITH KIA AND THE DEALERSHIP SINCE FROM MY RESEARCH, THIS IS A VERY REAL PROBLEM WITH THE 2.0 ENGINES. CAN'T AFFORD TO TRADE IN.

**NHTSA ID Number:** 11390744

**Incident Date** January 22, 2021

**Complaint Date** January 30, 2021

**Consumer Location** BROOKSVILLE, KY

**Vehicle Identification Number** KNDJP3A58F7****

**Summary of Complaint**

CHECKED MY OIL AND THE DIPSTICK WAS SHOWING NO OIL AT ALL, 2 QUARTS HAD BEEN ADDED 2 WEEKS PRIOR. NO SIGN OF AN OIL LEAK ANYWHERE. 2 DAYS LATER I STARTED THE VEHICLE AND IT WAS IDLING VERY HARD THEN DIED, I WAITED THEN STARTED IT BACK UP. THE ENGINE LIGHT CAME ON BUT IT DIDNT DIE AGAIN. IT HAS SINCE CONTINUED TO RUN VERY ROUGH. THIS STARTED AT ABOUT 90,000, OIL CONSUMPTION IS RIDICULOUS. THERE IS DEFINITELY A PROBLEM HERE, SO MANY PEOPLE ARE MAKING COMPLAINTS AS WELL!!

**NHTSA ID Number:** 11391176

**Incident Date** October 14, 2020

**Complaint Date** February 2, 2021

**Consumer Location** JOHNS ISLAND, SC

**Vehicle Identification Number** KNDJP3A51E7****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

371

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SOUL. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 20V750000 (ENGINE) HOWEVER, THE PART TO DO THE RECALL REPAIR WAS NOT YET AVAILABLE. THE CONTACT STATED THAT THE MANUFACTURER HAD EXCEEDED A REASONABLE AMOUNT OF TIME FOR THE RECALL REPAIR. THE CONTACT STATED WHILE DRIVING AT VARIOUS SPEEDS, THE CHECK ENGINE WARNING LIGHT ILLUMINATED AND THE VEHICLE LOSS MOTIVE POWER AND HESITATED TO ACCELERATOR ABOVE 50 MPH. THE VEHICLE WAS TAKEN TO KIA COUNTRY OF CHARLESTON (2361 SAVANNAH HWY, CHARLESTON, SC 29414 (843) 573-2300) WHERE IT WAS DIAGNOSED THAT THE VEHICLE HAD OIL CONSUMPTION FAILURE. THE VEHICLE WAS NOT REPAIRED. THE CONTACT MANAGED TO DRIVE THE VEHICLE TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED A SECOND TIME AND DETERMINED THAT THE CATALYTIC CONVERTER FAILED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND REFERRED THE CONTACT TO NHTSA TO FILE A COMPLAINT. THE FAILURE MILEAGE WAS 175,000. VIN TOOL CONFIRMS PARTS NOT AVAILABLE.

**NHTSA ID Number:** 11396632

**Incident Date** February 12, 2019

**Complaint Date** February 17, 2021

**Consumer Location** COCKEYSVILLE, MD

**Vehicle Identification Number** KNDJP3A59E7****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SOUL. THE CONTACT STATED THAT WHILE DRIVING, THE VEHICLE FAILED TO EXCEED 60 MPH, WITH AN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ABNORMAL SOUND COMING FROM THE VEHICLE. THE CONTACT
CHECKED THE OIL DIPSTICK WHICH SHOWED NO OIL PRESENT. THERE
WAS NO WARNING LIGHT ILLUMINATED. THE VEHICLE WAS TAKEN TO
AN INDEPENDENT MECHANIC WHERE AN OIL CHANGE WAS
PERFORMED. THE VEHICLE THEN WAS TAKEN TO JONES KIA (2001 BEL
AIR RD, FALLSTON, MD 21047, (410) 877-1700) WHERE IT WAS DIAGNOSED
AND DETERMINED THAT THE ENGINE HAD OIL CONSUMPTION AND A
TEST WAS PERFORMED. THE ECM WAS UPDATED ON FEBRUARY 3, 2021
HOWEVER, THE FAILURE RECURRED. THE CONTACT ASSOCIATED THE
FAILURE WITH NHTSA CAMPAIGN NUMBER: 20V750000 (ENGINE)
HOWEVER, THE VIN WAS NOT INCLUDED. THE MANUFACTURER WAS
NOTIFIED OF THE FAILURE AND PROVIDED THE CONTACT WITH A CASE
NUMBER. THE MANUFACTURER DECLINED TO PROVIDE AN ENGINE
REPLACEMENT. THE FAILURE MILEAGE WAS APPROXIMATELY 102,000.

**NHTSA ID Number:** 11397349

**Incident Date** October 10, 2018

**Complaint Date** February 22, 2021

**Consumer Location** Unknown

**Vehicle Identification Number** KNDJN2A28K7****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2019 KIA SOUL. THE CONTACT STATED THAT
WHILE DRIVING AT VARIOUS SPEEDS, THE CHECK ENGINE WARNING
LIGHT ILLUMINATED AND AN ABNORMAL ODOR APPEARED. THE
VEHICLE WAS TAKEN TO KIA SERVICE CENTER 1137 U S 46, STE A,
CLIFTON, NJ 07013 (973) 779-7000 WHERE IT WAS DIAGNOSED THAT THE
VEHICLE NEEDED AN OIL CONSUMPTION TEST. THE VEHICLE OIL WAS

REPLACED HOWEVER THE FAILURE RECURRED. THE VEHICLE WAS SEEN 3 ADDITIONAL TIMES AT THE DEALER. THE CONTACT MENTIONED THAT THE VEHICLE WAS BURNING 1 QUART OF OIL EVERY MONTH. THE MANUFACTURER WAS NOT NOTICED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 35,000.

**NHTSA ID Number:** 11398420

**Incident Date** January 21, 2021

**Complaint Date** March 1, 2021

**Consumer Location** TOCCOA, GA

**Vehicle Identification Number** KNDJT2A52D7****

**Summary of Complaint**

A COMPLAINT TO KIA CONSUMER AFFAIRS ADDRESSING CONCERNS AND ISSUES WITH MY 2013 KIA SOUL IN DECEMBER 2020. THE COMPLAINT WAS REGARDED TO EXCESSIVE OIL CONSUMPTION, LOW GAS MILEAGE,VEHICLE STALLING AND SHUTTING DOWN COMPLETELY WHILE IN MOTION IN THE HIGHWAY AND FAULTY ENGINE PARTS. I INITIATED A 2ND COMPLAINT ABOUT SAME ISSUES IN JANUARY 2021. PRIOR TO ALL THIS IN 2019 KIA HAD A RECALL FOR ECU IN WHICH I STRONGLY THINK IS THE ONSET BEGINNING HOW ISSUES I CURRENTLY HAVE HAVE RESONATED INTO CURRENT ISSUES LEADING UP TILL (PRESENT). THIS YEAR 2021, I CALLED KIA CONSUMER ADDRESSING ISSUES BUT REP. STATED, THERE WERE NO ENGINE CAMPAIGNS OR RECALLS ISSUED AT THIS TIME AND INSISTED I CALL THE DEALERSHIP ABOUT ISSUES WITH THE VEHICLE. I CALLED THE KIA DEALERSHIP EXPLAINING TO THE SERVICE REP. AN INCIDENT HAD OCCURRED AS I'M DRIVING TO WORK WHILE IN MOTION IN ONGOING TRAFFIC UP A HIGHWAY MY CAR BEGIN TO STALL LIKE IN LIMP MODE AND LOSING

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

POWERTRAIN IN THE ENGINE AND SHUT OFF COMPLETELY. WHILE THIS HAPPENED THE CHECK ENGINE LIGHTS WERE ILLUMINATED AS THE BATTERY LIGHT, OIL LIGHT AND THE CHECK ENGINE LIGHT WERE ON ALL AT THE SAME TIME. I TRIED TO START THE VEHICLE BUT WOULD NOT START. I CALLED FOR 911 ASSISTANCE FOR IMMEDIATE HELP DUE TO CAR SHUTTING OFF ON ME IN ONGOING TRAFFIC. THE STATE AGENT DID NOT COME IN TIME, SO DOT HAPPENED TO DRIVE PASSED AND SLOWED DOWN AND COME BACK TO HELP PUSH MY VEHICLE TO THE RIGHT SIDE OF THE HIGHWAY TO SAFETY. EVENTUALLY, 911 AGENT CAME AND I EXPLAINED EVERYTHING TO HIM AS I CALLED FOR ROADSIDE ASST. TO COME AND TOW MY CAR TO THE NEAREST AUTO SHOP. I PHONE THE KIA DEALERSHIP THE SAME DAY OF THIS INCIDENT AND EXPLAINED EVERYTHING, KIA REP. SAID THAT'S BECAUSE YOU SHOW A RECALL OPEN ON YOUR VEHICLE AND NEED TO BRING THE VEHICLE IN FOR REPAIRS. ECU KNOCK SENSOR WAS TOLD BY SERVICE MGR. THIS WAS THE REASON CAR SHUT DOWN ON ME. DISAPPOINTED WITH KIA

**NHTSA ID Number:** 11399643

**Incident Date** March 1, 2021

**Complaint Date** March 7, 2021

**Consumer Location** JACKSONVILLE, FL

**Vehicle Identification Number** KNDJP3A51F7****

**Summary of Complaint**

I'VE BEEN HAVING TROUBLE WITH BURNING OIL, SIGNIFICANT OIL LOSE IN A SHORT TIME, HAVE ALREADY DONE THE OIL CONSUMPTION TEST, I ALREADY HAD THE KSDS SOFTWARE UPDATE, THE CAR STARTED JERKING AROUND AND SLOWED DOWN, LOST POWER, IT WAS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  FINALLY DETERMINED THEY WOULD REPLACE THE ENGINE, BEFORE

2  THE RECALL ACTUALLY STARTED. THEY PUT ANOTHER BAND AIDE ON

3  THE PROBLEM AND INSTEAD OF REPLACING THE ENTIRE ENGINE, THEY

4  ONLY REPLACED THE BLOCK. I WAS ON A TRIP AND THE NEW FIX

5  STARTED TO HEAT UP, I COULD SMELL BURNING OIL, I PULLED OVER

6  AND CHECKED THE OIL AND IT WAS 1 QUART LOW IN ABOUT 378 MILES.

7  I HAVE NOTICED OVER THE LAST 1 1/2 YEARS THAT IT GETS

8  EXTREMELY HOT ON ROAD TRIPS AND LOOSES OIL FAST. I PUT OIL IN

9  BECAUSE I WAS SO FAR FROM HOME AND DID NOT WANT TO BE STUCK

10  IN TENNESSEE. I'VE BEEN GOING THROUGH THIS CRAP FOR ALMOST 2

11  YEARS. NOW THEY ARE SAYING I HAVE TO DO THE OIL CONSUMPTION

12  TEST ALL OVER AGAIN, 4 TIMES! I AM WORRIED, FRIGHTENED AND

13  PARANOID DRIVING THIS CAR KNOWING IT COULD CATCH ON FIRE AT

14  ANY MOMENT. I FILED COMPLAINT BACK IN SEPT. OR OCT. AND KIA IS

15  STILL FIGHTING ON DOING THE RIGHT THING AND PUTTING MY LIFE IN

16  DANGER EVERY DAY. IT MADE NO SENSE TO ME THAT THEY WOULD

17  ONLY REPLACE THE BLOCK WHEN THEY CLEARLY STATE IN THE

18  RECALL LETTER THAT THEY DO NOT KNOW WHAT IS CAUSING THE

19  PROBLEM. THEY HAVE NOT IDENTIFIED THE DEFECT BUT THEY DECIDE

20  TO PUT MY LIFE IN DANGER BY JUST REPLACING THE ENGINE BLOCK. I

21  AM FURIOUS AND NOW THEY WON'T FIX IT WITHOUT 6 MORE MONTHS

22  OF ME DRIVING THE CAR AND BEING FREAKED OUT. MY JOB IS

23  BUSINESS TO BUSINESS SALES SO I AM IN MY CAR ALL DAY. PLEASE

24  HELP ME! THIS IS TERRIFYING FOR ME. I AM OLDER AND HAVE BAD

25  KNEES AND CONSTANTLY WORRIED ABOUT BEING CAUGHT IN THE CAR

26  IN A FIRE AND BURNING TO DEATH! HELP ME PLEASE! I'M ABOUT TO

27  HAVE A NERVOUS BREAKDOWN. MY RECALL # IS 20V750, MY FIRST

28  COMPLAINT WAS 19V120. PLEASE HELP!!

**SECOND AMENDED CLASS ACTION COMPLAINT**

1

2   **NHTSA ID Number:** 11400129

3   **Incident Date** March 9, 2021

4   **Complaint Date** March 10, 2021

5   **Consumer Location** ARNOLD, MO

6   **Vehicle Identification Number** KNDJN2A25F7****

7   **Summary of Complaint**

8   MY 2015 KIA SOUL HAS 71,500 MILES ON IT AND HAS THE BASE 1.6L

9   ENGINE. APPARENTLY THIS VEHICLE HAS NOT BEEN RECALLED YET

10  EVEN THOUGH IT HAS THE SAME ISSUES AS THE OTHER RECALLED

11  ENGINES REGARDING BURNING OIL. THIS CAR HAS AN ONGOING ISSUE

12  WITH EXCESSIVE OIL CONSUMPTION BETWEEN REGULAR 3K MILE OIL

13  CHANGES. IT BURNS OVER A QUART OF OIL PER 1K MILES DRIVEN. WE

14  HAVE A CPO WARRANTY AND EXTENDED DEALER WARRANTY AND WE

15  STILL ARE UNABLE TO GET THIS FIXED UNDER THE WARRANTY. THE

16  DEALERSHIP IS CLAIMING WHAT THEY'VE DOCUMENTED IS NORMAL

17  OIL CONSUMPTION AND THEY REFUSE TO FILE A WARRANTY CLAIM.

18  THE DEALER WILL NOT TAKE OUR WORD THAT WE'VE HAD TO PUT

19  MORE OIL IN THE CAR BETWEEN OIL CONSUMPTION TESTS AND TOLD

20  US WE'D HAVE TO DRIVE IT TO THE DEALER TO HAVE THEM VERIFY

21  THE OIL LEVEL WITHOUT US PUTTING MORE IN IT--THEREFORE DRIVE

22  THE CAR WHILE IT HAS NO OIL AND THE DIPSTICK ISN'T REGISTERING

23  IT, WHICH IS UNSAFE. WE KEEP GETTING THE RUN AROUND WHEN THIS

24  IS A KNOWN ISSUE WITH THE OTHER 1.6L ENGINES. WHY HASN'T THIS

25  BEEN RECALLED?

26

27  **NHTSA ID Number:** 11404673

28  **Incident Date** March 23, 2021

377

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** March 24, 2021

**Consumer Location** NORTH ROYALTON, OH

**Vehicle Identification Number** KNDJP3A53G7****

**Summary of Complaint**

EXCESSIVE OIL CONSUMPTION. KIA DEALER STATES AFTER
PERFORMING TWO OIL CONSUMPTION TESTS BACK TO BACK AT 1000
MILES EACH THAT THE ENGINE NEEDS REPLACED. KIA WILL NOT
REPLACE ENGINE AS VEHICLE HAS NOW PASSED THE 60,000 MILE
ENGINE WARRANTY. VEHICLE HAS 65,000 MILES. DEARLER STATES
THAT I HAVE TO PAY.

**NHTSA ID Number:** 11404872

**Incident Date** July 31, 2020

**Complaint Date** March 25, 2021

**Consumer Location** NORTH ROYALTON, OH

**Vehicle Identification Number** KNDJP3A53G7****

**Summary of Complaint**

KIA AND DEALER AWARE OF THIS VEHICLE CONSUMING EXCESSIVE
AMOUNTS OF OIL WHICH COULD CATASTROPHICALLY CAUSE ENGINE
FAILURE WITH A HIGH RISK OF DRIVER/PASSENGER DEATH IF VEHICLE
RUNS OUT OF OIL. KIA IS UNWILLING TO REPLACE/REPAIR/FIX THE
PROBLEM. THIS LACK OF ACKNOWLEDGEMENT BY BOOTH THE AUTO
MANUFACTURER AND THE DEALER IS JUST CAUSE FOR NEGLIGENCE
AND MAY RESULT IN DEATH OR FATAL INJURY. THE VEHICLE IS AT
65,000 MILES AND HAS HAD TWO OIL CONSUMPTION TESTS PERFORMED
BY SPITZER KIA, CLEVELAND, OHIO AT 1000 MILE INTERVALS. THE
PROBLEM IS WELL KNOWN TO THE AUTO MANUFACTURER AND THEY
WILL NOT INTERVENE WITH REPLACEMENT. ENGINE FIRE COULD

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CAUSE ACCIDENT, AND OR DEATH TO OCCUPANTS AND OR OTHER
VICTIMS IF ENGINE RUNS OUT OF OIL AND CREATES EXCESSIVE HEAT.
WARNING LIGHTS DO NOT ILLUMINATE TO WARN DRIVER AND
OCCUPANTS OF DANGER. A LAW FIRM SUGGESTS REACHING OUT TO
NHTSA TO RESOLVE.

**NHTSA ID Number:** 11407750

**Incident Date** April 1, 2020

**Complaint Date** April 12, 2021

**Consumer Location** MADISON, CT

**Vehicle Identification Number** KNDJX3A5XE7****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SOUL. THE CONTACT STATED THAT
HIS ENGINE CONSUMED EXCESSIVE AMOUNTS OF OIL WITHOUT
WARNING, WHILE DRIVING AT VARIOUS SPEEDS. THE CONTACT STATED
THAT HE WOULD ADD AT LEAST 16 OZ OF OIL INTO THE ENGINE EVERY
500 MILES. THE CONTACT HAD TAKEN THE VEHICLE TO KIA OF OLD
SAYBROOK (275 MIDDLESEX AVE, OLD SAYBROOK, CT 06475) WHERE HE
INITIALLY BELIEVED THAT THE OIL FAILURE WAS DUE TO NHTSA
CAMPAIGN NUMBER: 20V750000 (ENGINE) HOWEVER, THE DEALER
INFORMED HIM THAT THE EXCESSIVE OIL CONSUMPTION WAS NOT
RELATED TO THE RECALL. THE DEALER ALSO INFORMED HIM THAT
THEY WOULD PERFORM AN OIL CONSUMPTION TEST WHICH
CONFIRMED THAT THE ENGINE WAS CONSUMING EXCESSIVE AMOUNTS
OF OIL HOWEVER, SINCE THE VEHICLE WAS NOT UNDER RECALL, THE
DEALER OFFERED NO FURTHER ASSISTANCE. THE MANUFACTURER
WAS ALSO NOTIFIED OF THE FAILURE AND INFORMED HIM THAT THE
VIN WAS NOT SUBJECTED TO A RECALL. THE VEHICLE WAS NOT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1    REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 100,000.

2

3    **NHTSA ID Number:** 11414118

4    **Incident Date** March 3, 2021

5    **Complaint Date** April 27, 2021

6    **Consumer Location** PALMETTO, GA

7    **Vehicle Identification Number** KNDJN2A27H7****

8    **Summary of Complaint**

9    YES IVE BEEN EXPERIENCEING A STRONG GAS SMELL WHEN IDLE AND

10   A FAST NOT NORMAL OIL CONSUMPTION AND PROBLEMS WITHE THE

11   ELCTRIC SYSTEM

12

13   **NHTSA ID Number:** 11414977

14   **Incident Date** April 9, 2021

15   **Complaint Date** May 3, 2021

16   **Consumer Location** SAUGUS, MA

17   **Vehicle Identification Number** KNDJP3A53E7****

18   **Summary of Complaint**

19   TL* THE CONTACT OWNS A 2014 KIA SOUL. THE CONTACT RECEIVED

20   NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 20V750000 (ENGINE). THE

21   CONTACT STATED THAT THE VEHICLE WAS TAKEN TO PRIDE KIA (793

22   LYNNWAY, LYNN, MA 01905) FOR THE RECALL REPAIR AND THE

23   DEALER INSPECTED THE ENGINE COMPARTMENT AND FOUND THERE

24   WAS AN OIL LEAK IN THE OIL PAN. THE DEALER INFORMED THE

25   CONTACT THAT THE VEHICLE NEEDED TO BE DRIVEN FOR 1,000 MILES

26   BEFORE THE NEXT OIL CHANGE TO DO THE OIL CONSUMPTION TEST.

27   AFTER THE VEHICLE WAS DRIVEN FOR 900 MILES, THE FAILURE

28   OCCURRED WHILE THE CONTACT WAS DRIVING 55 MPH. THE VEHICLE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

DROVE ROUGH AND WHILE IDLING PRIOR TO STALLING. THE VEHICLE WAS TAKEN BACK TO THE SAME DEALER AND AN OIL CONSUMPTION TEST WAS PERFORMED. THE CONTACT WAS INFORMED THAT THE VEHICLE CONSUMED 1 QUARTS OF OIL. THE DEALER INFORMED THE CONTACT THAT THE OIL CHANGE SERVICE HISTORY RECEIPTS WERE NEEDED. THE CONTACT PROVIDED 2 YEARS OF OIL CHANGE HISTORY RECEIPTS, WHICH THE DEALER DEEMED WAS INSUFFICIENT DOCUMENTATION. THE DEALER INFORMED THE CONTACT THAT HE NEEDED TO PAY FOR THE ENGINE TO BE DISASSEMBLED, AND THERE WAS NO GUARANTEE THAT THE RECALL WOULD COVER THE COST OF THE REPAIR. THE DEALER OFFERED TO COVER HALF THE COST OF REPLACING THE ENGINE. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 117,000.

**NHTSA ID Number:** 11419379

**Incident Date** May 15, 2021

**Complaint Date** June 2, 2021

**Consumer Location** FREDERICKSBURG, VA

**Vehicle Identification Number** kndjp3a50f7****

**Summary of Complaint**

approximately 9 months ago (approximately 65,000 miles) the vehicle was operating oddly and there was a low level noise. Took it to a repair shop and they told me there was no oil showing on the dip stick. The references a NHTSA warning for this vehicle/engine that after 60K miles it begins to rapidly consume oil, something having to do with leaking valves and he oil burning up faster. The obvious problem is that the engine could seize up if this got worse. From that point forward I was putting in about a quart of oil every 2 weeks (500 miles or so). Made repeated calls to KIA and filed a report. They promised to look into it and have a decision at a regional level to repair.

**SECOND AMENDED CLASS ACTION COMPLAINT**

No response ever received. I took the vehicle to the local dealer about 2 months ago. They had nothing to report regarding my issue, treated another unrelated recall. Returned again as oil consumption was getting worse. they conducted a formal oil consumption test which showed dramatic increase in just the 2,500 miles the car was tested and at the last one said the oil was very bad and the engine was failing now, not just consuming a lot of oil. Today I was informed that any support from KIA has been denied and that my vehicle was damaged, needing over $5,000 in repair and basically worthless.

**NHTSA ID Number:** 11419534

**Incident Date** June 1, 2021

**Complaint Date** June 3, 2021

**Consumer Location** SCOTTDALE, GA

**Vehicle Identification Number** KNDJ23AU1L7****

**Summary of Complaint**

Engine shuddering violently, losing power and shutting off around 6500 miles causing loss of power and near accidents. The check engine light came on and remained solid during the duration of the incident. Oil level was found to be around 2.5 quarts low after being observed resting at a healthy level just 1000 miles prior during fluid checks by owner. Vehicle had recently been taken to dealership for first oil, lube and filter visit and inspection around 3500 miles. Following the discovery of oil loss vehicle was promptly taken to dealership where no external leaks were detected and an oil consumption test was started. The consumer stated the Kia oil consumption test disallows for the consumer to check the oil. The consumer would have to drive the vehicle 1,000 miles or until the car shuts off while testing the vehicle.

**NHTSA ID Number:** 11419943

**Incident Date** June 1, 2021

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** June 7, 2021

**Consumer Location** TINLEY PARK, IL

**Vehicle Identification Number** KNDJP3A50J7****

**Summary of Complaint**

I have been a 3 car Kia customer for almost 10 years. In the last 10 months I have had more than a dozen service visits. Starting in August 2020 my engine was losing oil. After first visit, my SA Edwin agreed this is a problem, do the oil consumption test and we'll be on our way for a repair. Test Done, with a "sorry" we have to do the test again but we replaced the ignition coil. (2nd Coil since I've owned car) And again we test. With more "Sorry" it didn't burn enough oil, or you have to come in EXACTLY at 1,000 miles. (This is NOT true; math can be converted at any mileage over the 1,000.) Even when I told them it starts burning at the 2,000 mark after oil change. Over and over again, I miss work to sit in the dealership, or WALK home, as the dealership insisted on these appointments but wouldn't give me a loaner (I have full coverage insurance) Finally in March 2021 they decide they will clean the combustion chamber. Need to leave car: they make me RENT a car saying it will be paid for with my warranty. ADDITIONAL days needed as more problems occurred while in for repair. (Oil switch). Keep the rental they told me, it's covered. Return the rental and the dealership won't PAY THE RENTAL. I have now missed over 30 hours of work, repeated oil change costs for the process, Rental Fees, Inspection fees that were never reimbursed. All in avoidance of a repair that was clearly needed to my engine. Go back into a new Kia on 6/1/21 for scheduled oil change, and the Tech tells me there is NO OIL ON THE DIPSTICK. AGAIN. 10 months later and I still have the same problem. THIS VEHICLE IS NOT SAFE and KIA will not address.

**NHTSA ID Number:** 11420761

**Incident Date** May 26, 2021

**Complaint Date** June 13, 2021

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** WESTMONT, IL

**Vehicle Identification Number** kndjp3a59e7****

**Summary of Complaint**

We have concerns how Gerald KIA of Naperville handled the recall: NHTSA Recall Number: 20V750 (1/25/21)/Product Improvement Campaign (10/20/20) and at this point are very concerned about the safety of driving our car at all. We brought our car in on 2/24/21 for this important safety recall/product improvement campaign. They performed the PI2002B ECU Update (sc200b logic update), inspected the engine for sc200ps bct and fuel line and oil pan inspection which all passed. We expressed the check engine light was coming on when on the highway, the proposed fix was replacing Purge valve, spark plugs and air filter. I replaced the air filter and purge valve myself and had my local mechanic replaced the spark plugs and one coil on 4/10/21. Also note that the car has been consuming too much oil for the past year and started to get worse during this time - sometimes losing more than a quart a week and we just monitor the oil level and add when it is getting low and were hopeful that these repairs would help the oil consumption problem as well as the check engine light coming on. After these fixes the car started having severe acceleration/loss of power issues while driving on the highway when reaching 65 mph and the check engine light would flash. And then one time the check engine light started flashing and stayed on and I brought it to my local mechanic to diagnose. He cleaned our fuel system to see if it improves our performance and while doing so confirmed that our car has a clogged catalytic converter and recommended that we bring the car back to the dealership for an oil consumption test to inquire further into our car issues and that the high oil consumption may have led to the clogged cat. Before I brought the car back to the dealership I re-read the recall/safety campaign letters and realized that it appears what was happening was after the software update which updated the knock sensor detection system - the blinking check engine light was blinking and the

**NHTSA ID Number:** 11421623

**Incident Date** June 21, 2021

**Complaint Date** June 21, 2021

**Consumer Location** SOMERSET, KY

**Vehicle Identification Number** KNDJ23AU9L7****

**Summary of Complaint**

Took the vehicle in for oil consumption issues earlier this year. Kia cooperate stated the consumption was abnormal, but within parameters and would not fix the problem. The recall came out for the oil piston issue and i took the vehicle on for repair. Kia still refuses to fix the oil piston ring issue and oil consumption issue under the recall order. States the issue with the vehicle is abnormal, but passed inspection. The engine does not run correctly, while driving on the road, the engine looses power and has knocking sound. The vehicle still uses oil and Kia refuses to fix under warranty or the recall. .

**NHTSA ID Number:** 11423715

**Incident Date** March 1, 2021

**Complaint Date** July 7, 2021

**Consumer Location** FEASTERVILLE-TREVOSE, PA

**Vehicle Identification Number** kndjp3a5xf7****

**Summary of Complaint**

The contact owns a 2015 KIA Soul. The contact stated that the vehicle was consuming a quart of engine oil for every 1,000 miles, without warning. The contact also stated that the coolant would evaporate without warning soon after refilling the coolant reservoir. The vehicle was taken to an independent mechanic who confirmed the oil consumption issue. The mechanic referred her to a dealer. The contact took the vehicle to an unknown dealer where an oil change was performed, and she was

instructed to return every 1,000 miles to check the oil level. Upon checking the oil level after 1,000 miles, the contact became aware that the oil level had not changed. The contact was concerned that the dealer had overfilled the engine oil. After another 1,000 miles, she noticed that the vehicle had consumed another quart of oil. The manufacturer was not notified of the failure. The vehicle was not repaired. The failure mileage was approximately 91,000.

**NHTSA ID Number:** 11427460

**Incident Date** April 1, 2021

**Complaint Date** August 2, 2021

**Consumer Location** FOREST PARK, GA

**Vehicle Identification Number** KNDJP3A56F7****

**Summary of Complaint**

The contact owns a 2015 Kia Soul. The contact stated she had to add additional oil to the vehicle two weeks before needing the maintenance on the vehicle. The contact stated no warning light was illuminated. The contact stated that she did not locate any oil leaks. The contact took the vehicle to the local dealer, and it was diagnosed with needing an oil consumption test to be performed. The manufacturer had been informed of the failure. The failure mileage was approximately 93,000.

**NHTSA ID Number:** 11433933

**Incident Date** September 18, 2021

**Complaint Date** September 22, 2021

**Consumer Location** MURRIETA, CA

**Vehicle Identification Number** Kndjx3a53f7****

**Summary of Complaint**

Car had knock sensor update about 11/20…. Car started to burn oil. Did oil consumption test but cause it didn't use more then 1quart per 1,000 miles it's fine…..

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

The car felt like engine was under a load. Straining rpms jumped up. No acceleration. Flashing engine light to steady on. Car started to shake and buck. Pulled over had it towed. My guess is cat got clogged cause engine burns oil and now has lead to engine failure. Failed at 93909 miles

**NHTSA ID Number:** 11437305

**Incident Date** October 14, 2021

**Complaint Date** October 19, 2021

**Consumer Location** ASHBURN, VA

**Vehicle Identification Number** KNDJP3A57G7****

**Summary of Complaint**

Driving along on highway, the vehicle struggles to go uphill. Loses acceleration and have difficulty revving to next gear. Brought the vehicle to dealer. Dealer states the catalytic converter is clogged. This is the third time in three years that this has happen. First time, I paid full price to replace because vehicle was out of its warranty. Second time, Kia did a good-faith repair, replaced catalytic for free. Now it is happening again. Oil consumption is high. Would have to top off oil after two gas fill-ups. The vehicle is regularly maintain with oil and filter changes. I seen many posts of owners with same vehicle having the same issues. Kia dealer wants to charge $2600 to replace converter. They also suggests an oil consumption test that will cost around $500+. Never have any warnings that the oil is low. If I was not diligent in checking my oil levels, I could be driving the vehicle with no oil and potentially damaging the engine or worse a fire will break out. This vehicle needs to be recalled.

**NHTSA ID Number:** 11438146

**Incident Date** October 21, 2021

**Complaint Date** October 25, 2021

**Consumer Location** TAMPA, FL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** KNDJT2A52C7****

**Summary of Complaint**

While attempting to accelerate on the interstate (around 70 mph), the engine began to knock. No warning lights were illuminated. Took the vehicle to a local automotive repair and was informed that it had completely burned through the oil and the engine would need to be replaced. The technician advised that there is a technical service bulletin out for the issue in question as it relates to excessive oil consumption for affected vehicles. The engine could have failed at any point and we were advised it was unsafe to drive. As stated earlier, there were no warning lights and no reason to believe anything was wrong with the car prior to this incident as it has had routine oil changes and maintenance. The problem was detected at a Tires Plus location but the car is being towed to the dealer to confirm the issue this week. The vehicle has not been inspected by anyone else.

**NHTSA ID Number:** 11438456

**Incident Date** October 25, 2021

**Complaint Date** October 28, 2021

**Consumer Location** ALLEN, TX

**Vehicle Identification Number** Kndjt2a51c7****

**Summary of Complaint**

Approximately six months ago, my check engine light came on and I took my car to a local mechanic. He said that I needed an oil change and my oil level seemed a bit low even though it wasn't at the 5000 mile mark yet, so I should keep an eye on oil consumption. Around 3500 miles after this oil change, my check engine light came on again. I took my car back to the mechanic at Midas and he informed me that my car was consuming oil due to faulty seals around the pistons, and I would need to make a warranty claim to KIA. The dealership immediately knew what the issue was and agreed to make an appointment to replace the engine, but called back and informed

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

388

SECOND AMENDED CLASS ACTION COMPLAINT

me I needed to do an oil consumption test and would have to pay for an additional oil change from the dealership. I agreed and after driving 1000 miles I brought my car back. The dealership confirms it is burning over a quart of oil every 1000 miles, but now they claim the engine will not be covered unless it seizes up while I am driving. Their suggestion is I replace the engine on my own dime or put more oil in every few thousand miles until it seizes and causes a potentially fatal accident. As I have been researching online, I have found several people with similar issues, and many who's cars HAVE seized while they were driving highway speeds. It seems as though KIA's plan to keep costs low is to hope anyone with an engine claim dies in the crash when it inevitably seizes up. Burning over a quart of oil every 1000 miles and suggesting I pump more oil in to get burned up is hardly environmentally friendly or healthy for the air we breathe. There should be a recall for Kia engines because this is obviously a widespread and well known issue, but for some reason KIA was allowed to get away with recalling a fraction of the cars they should and letting the rest of us risk our lives waiting for our engine to seize up going 75MPH!

**NHTSA ID Number:** 11440153

**Incident Date** November 11, 2021

**Complaint Date** November 11, 2021

**Consumer Location** LOS ALAMITOS, CA

**Vehicle Identification Number** KNDJN2A27J7****

**Summary of Complaint**

I have my oil changed regularly. At about 49,000 miles, upon braking, the oil light came on. When accelerating the oil light would go off. I checked the oil and it didn't even register. I added 2 quarts of oil to bring it to the mid line of dipstick. Took the car in, and had oil changed. 3 weeks later, at 50,000 miles, the oil is now a 1/2 quart low. Took car in to the dealer. They told me that the oil consumption of 1 quart every 1,000 miles is within normal range. This is ridiculous. I should not need to add oil to a

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

3 year old car between oil changes.

**NHTSA ID Number:** 11442791

**Incident Date** May 9, 2021

**Complaint Date** December 6, 2021

**Consumer Location** BEL AIR, MD

**Vehicle Identification Number** KNDJN2A27H7****

**Summary of Complaint**

The contact owns a 2017 Kia Soul. The contact stated while driving at an unknown speed, the check engine warning light illuminated. The contact took the vehicle to the local dealer, where it was diagnosed with needing an oil change. The dealer had the oil maintenance completed but continued to see the check engine warning and low oil level lights illuminated. The contact took the vehicle back to a local dealer who called the manufacturer and was instructed to have an oil consumption test completed. The contact took the vehicle back on 11/2/2021 to the local dealer, where it was diagnosed with needing the engine to be replaced. The vehicle was not repaired but was pending repairs. The manufacturer had been informed of the failure. The failure mileage was unknown.

**NHTSA ID Number:** 11443400

**Incident Date** December 8, 2021

**Complaint Date** December 10, 2021

**Consumer Location** EASTVALE, CA

**Vehicle Identification Number** KNDJX3A54F7****

**Summary of Complaint**

Wed Dec 8,2021 - I was driving home after picking up take out when vehicle loses power upon acceleration. Check engine light begins blinking and vehicle monitoring system specifies an issue with the Engine Control Management System. I am able to

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

limp home, turn off the car then turn it on again. Still have the blinking CEL and same message from vehicle monitoring system. I check the engine oil as it was making a clacking sound during driving but I did not think it was the engine oil because the car had just had a dealer oil change and inspection at 90,000 miles and I was at 93,100. The engine oil level was non-existent, so I refilled the oil to the working level on the dip stick. I start the vehicle again but the CEL was still flashing and acceleration did not go above 2,500 rpms. Fri Dec 10, 2021 - I bring it to my auto shop and have them diagnose the issue and am informed that the engine in my Kia is prone to excessive engine oil consumption. TSB-222 Excessive Oil Consumption -Nu/Gamma Engines. This I was unaware of and never brought to my attention by the Kia dealership that serviced my car, Citrus Kia in Ontario, CA and Riverside Kia in Riverside, CA. I had always brought my car in at 7,500-mile intervals for its oil change as specified in the owner's manual. I am then informed that because of the lack of adequate oil, some engine components are on the verge of failing, that I will need to replace my engine. This should be addressed by Kia and they should be responsible for this failure.

**NHTSA ID Number:** 11444657

**Incident Date** July 21, 2021

**Complaint Date** December 22, 2021

**Consumer Location** MOUNT AIRY, MD

**Vehicle Identification Number** KNDJP3A52F7****

**Summary of Complaint**

Excessive oil consumption burning a quart of oil every thousand miles , have taken it in to Buchanan Kia 119 Railroad ave. Westminster Maryland 21157 for them to run test and it has a recall for this issue and has not been fixed , they tell us that it is normal for a car to use a quart of oil every thousand miles ,being taken in on 7/21/21 ,9/09/21,10/04/21 ,for them to run test and they say it is normal . we have been complaining about this issue back at 60k. They do not fix the issue and there is a recall

**SECOND AMENDED CLASS ACTION COMPLAINT**

for this .

**NHTSA ID Number:** 11445189

**Incident Date** December 23, 2021

**Complaint Date** December 27, 2021

**Consumer Location** MORRISTOWN, TN

**Vehicle Identification Number** Kndjn2a25f7****

**Summary of Complaint**

Engine smells funny like something burning and has oil consumption, it has been took in for all recalls and still continues to smell like it does and burn oil.

**NHTSA ID Number:** 11447251

**Incident Date** January 3, 2022

**Complaint Date** January 12, 2022

**Consumer Location** RUFFS DALE, PA

**Vehicle Identification Number** KNDJP3A51F7****

**Summary of Complaint**

FROM: [XXX]January 12, 2022 [XXX] Administrator, National Highway Traffic Safety Administration www.safecar.gov Re: 2015 KIA SOUL Recall Consumer Complaint Recall Did Nothing to Remedy Oil Burning Problem Recall Letter Dated 1/25/21 Recall Number - 20V750 VIN - [XXX] Dealership Handling Recall on 1/3/22: Smail Kia 5094 US-30 Greensburg, PA 15601 724-471-5045

BACKGROUND: Car problems can be very devastating to senior citizens like us so it's a harsher impact on us when a dealership serves simply as a protective agent of the corporation it serves. As such, at KIA of Greensburg, PA we recently experienced, firsthand, the dealership protecting the corporation ahead of responsible consumers like us who have spent much money over the years diligently maintaining our 2015 KIA SOUL automobile to preserve it as long as possible. Despite timely oil changes

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

throughout its life, the vehicle is now consuming oil. PROBLEM: [XXX] noticed a knocking sound in the engine of our 2015 KIA SOUL about 150 miles before our next scheduled oil change of December, 2021 at 111,000 miles. We have diligently changed our oil every 3,000 miles since the day we bought our 2015 KIA Soul brand new at Fette Ford of Clifton, NJ in December, 2014. Also, we have been diligently using quality synthetic oil for the past two years changing the oil whenever due. Our mechanic checked the knocking noise that [XXX] recently noticed in the engine before our scheduled oil change in December, 2021 and he discovered, for the very first time that he ever serviced our vehicle in over two years, that the engine was down two quarts of oil! He then did a very thorough inspection for oil leaks. None were detected. This oil consumption problem went unnoticed because it never manifested itself previously until December 2021. At the end of the last week in December of 2021, I contacted th INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

**NHTSA ID Number:** 11447948

**Incident Date** November 15, 2021

**Complaint Date** January 18, 2022

**Consumer Location** DES MOINES, IA

**Vehicle Identification Number** Kndjp3a56e7****

**Summary of Complaint**

Lack of power and would not go above 60 on highway. KIA of Des Moines says oil consumption and oil everywhere and that Catalytic converter clogged which made the piston rings blow out.

**NHTSA ID Number:** 11449737

**Incident Date** April 4, 2021

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** February 1, 2022

**Consumer Location** OWINGS MILLS, MD

**Vehicle Identification Number** N/A

**Summary of Complaint**

The contact owns a 2014 Kia Soul. The contact stated that while driving the vehicle, the oil pressure warning light would remain illuminated. The vehicle was taken to the local dealer who performed an oil consumption test however, the failure persisted. The manufacturer was not yet notified of the failure. The VIN was not available. The failure mileage was 67,500.

**NHTSA ID Number:** 11451636

**Incident Date** January 15, 2022

**Complaint Date** February 12, 2022

**Consumer Location** MINOOKA, IL

**Vehicle Identification Number** Kndjn2a2xg7****

**Summary of Complaint**

when i first checked my oil before i went on vacation. The oil dip stick showed no oil at all. i called the dealership and told them about it. I was informed that the 1026 kia souls had a issue with burning oil and that my car would have to go through a oil consumption test. over the course of the test my car burned over 2 1/2 quarts of oil and not counting how much the oil was down when i first brought it to them. the last time i brought it they said what kia sent out was that the oil is within the normal range of burning oil. my car had only 63,000 miles on it.

**NHTSA ID Number:** 11456519

**Incident Date** March 13, 2022

**Complaint Date** March 13, 2022

**Consumer Location** EUFAULA, AL

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1 **Vehicle Identification Number** kndj23au3l7****

2 **Summary of Complaint**

3 Engine oil consumption after 1000 miles of oil change at dealership.

4

5 ***2011-2020 Kia Sportage***

6

7 **NHTSA ID Number:** 10902014

8 **Incident Date** August 3, 2016

9 **Complaint Date** August 28, 2016

10 **Consumer Location** LOUDONVILLE, NY

11 **Vehicle Identification Number** KNDPCCAC8E7****

12 **Summary of Complaint**

13 WHILE DRIVING MY LEASED 2014 KIA SPORTAGE, THERE WAS NONSTOP

14 CONTINUOUS HESITATION "BUCKING", WITH WHITE SMOKE BLOWING

15 OUT OF THE TAILPIPE, LOSS OF SPEED THEREFORE HAVING TO PRESS

16 HARD ON GAS PEDAL TO AVOID ACCIDENT BY TRYING PULL OFF ROAD.

17 THIS HAPPENS ON CITY ROADS AND HIGHWAY. NO DASHBOARD LIGHT

18 INDICATED THERE WAS A PROBLEM. THE SERVICE ADVISOR AT

19 DESTINATION KIA SAID MY MODEL DOES NOT COME WITH WARNING

20 LIGHTS. IT APPEARS TO BE AN OIL PROBLEM. OIL LEVEL GOES DOWN

21 WITH NO VISIBLE SIGNS OF LEAKING. I ONLY HAVE 24,000 ON MY KIA

22 SPORTAGE, WITH ONE YEAR LEFT ON MY LEASE. I AM NOT ABLE TO

23 DRIVE THE VEHICLE AS I AM IN FEAR OF STALLING IN TRAFFIC

24 CAUSING MYSELF OR OTHERS TO BE INJURED.

25

26 **NHTSA ID Number:** 10938677

27 **Incident Date** October 17, 2015

28 **Complaint Date** December 30, 2016

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

395

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  **Consumer Location** JACKSONVILLE, NC

2  **Vehicle Identification Number** KNDPC3A29C7****

3  **Summary of Complaint**

4  WHILE DRIVING ON THE HIGHWAY, WE HEARD A THUMP FROM OUR 2012

5  KIA SPORTAGE. WHEN WE GOT HOME, MY HUSBAND CHECKED THE

6  ENGINE AND HE FOUND WE HAD NO OIL. WE NEVER HAD A CHECK

7  ENGINE OR OIL LIGHT COME ON AND NEVER HAD AN OIL SPOT UNDER

8  OUR CAR. WE TOOK IT TO OUR KIA DEALER AND WAS TOLD IT NEEDED

9  A NEW ENGINE. AFTER READING OTHER COMPLAINTS ABOUT THE SAME

10 ISSUE, I REALIZE WE WERE VERY LUCKY WE WERE ABLE TO MAKE IT

11 HOME WITH OUR CAR THAT NIGHT. OUR KIA HAD LESS THAN 35,000

12 MILES ON IT AND WE CHANGED THE OIL REGULARLY , SO WE JUST

13 KNEW IT WOULD BE UNDER WARRANTY. HOWEVER, BECAUSE MY

14 HUSBAND DID SOME OF THE OIL CHANGES HIMSELF, THEY WOULD NOT

15 HONOR THE WARRANTY- HE DIDN'T HAVE ALL OF THE RECEIPTS FOR

16 THE OIL AND FILTERS SINCE 2012. THE RECEIPTS WE COULD PROVIDE

17 FROM BUSINESSES THAT DID OIL CHANGES AND SOME COPIES OF

18 RECEIPTS MY HUSBAND COULD GET FROM THE AUTO PARTS STORES

19 SHOWED THAT THE OIL WAS CHANGED OFTEN, BUT WE DIDN'T HAVE

20 ALL THE RECEIPTS. REGARDLESS, A VEHICLE WITH LESS THAN 35,000

21 MILES, WITH PROOF OF SEVERAL OIL CHANGES, NOT EVER HAVING A

22 CHECK ENGINE OR OIL LIGHT COME ON, AND NO OIL SPOTS WHERE IT'S

23 PARKED EVERY DAY- SHOULD NOT RUN OUT OF OIL AND NEED A NEW

24 ENGINE. I KNEW THIS HAD TO BE A DEFECT WITH KIA ENGINES AND

25 AFTER READING MANY COMPLAINTS FROM OTHER KIA OWNERS, IT'S

26 OBVIOUSLY A KNOWN AND DANGEROUS DEFECT AND NEEDS TO BE

27 ADDRESSED. *TR

28

**SECOND AMENDED CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11031995

**Incident Date** October 5, 2017

**Complaint Date** October 6, 2017

**Consumer Location** EVANSTON, IL

**Vehicle Identification Number** KNDPB3A24D7****

**Summary of Complaint**

MY CHECK ENGINE LIGHT CAME ON WHILE DRIVING, THEN WENT OFF, THEN STARTING HEARING NOISES IN THE ENGINE. TOOK TO THE DEALERSHIP AND THEY SAID MY OIL WAS LOW. I TOLD THEM I GET REGULAR OIL CHANGES SO I WAS NOT SURE WHY. THEY SAID AS A RESULT I HAVE ENGINE FAILURE. UNTIL THIS INCIDENT I HAVE NEVER WITH MY CAR AND PROBLEM ESCALATED VERY QUICKLY. I TOOK MY CAR CAUSE I WANTED TO GET A 2ND OPINION BUT DID NOT GET VERY FAR BC THE ENGINE JUST STOPPED. MY VIN IS NOT ON THE RECALL LIST BUT ALL OF THE SYPTOMS DESCRIBED ARE WHAT I EXPERIENCED. I WANT KIA TO TAKE RESPONSIBILITY AND FIX. I TAKE CARE OF MY VEHICLE AND LITTERALY HAD NO PROBLEMS UNTIL THIS MAJOR PROBLEM.

**NHTSA ID Number:** 11256065

**Incident Date** August 1, 2019

**Complaint Date** September 17, 2019

**Consumer Location** VALDESE, NC

**Vehicle Identification Number** KNDPM3AC0H7****

**Summary of Complaint**

2017 KIA SPORTAGE LX 2.4L BOUGHT BRAND NEW AND HAS BEEN USING OIL. CAR NOW HAS A LITTLE OVER 22,000 MILES AND IS USING 1.4 QUARTS OF OIL DURING THE 5000 MILE DEALERSHIP OIL CHANGES

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WHICH HAVE ALL BEEN DONE AT THE DEALERSHIP SINCE PURCHASING NEW. THE DEALERSHIP ACKNOWLEDGES THERE IS A PROBLEM WITH THE ENGINE AFTER PERFORMING 3 OIL CONSUMPTION TEST HOWEVER KIA CORPORATE CONSIDERS THE OIL USAGE NORMAL SO THEY ARE DECLINING TO FIX THE ISSUE SINCE THEIR "TECHNICIANS" DOES NOT SEE THIS AS A PROBLEM TO COVER UNDER WARRANTY. AN INTERNET SEARCH "KIA OIL CONSUMPTION" FOUND MULTIPLE COMPLAINTS FROM OTHER OWNERS WITH THE SAME ISSUE AND SAME RESPONSE FROM KIA.

**NHTSA ID Number:** 11316463

**Incident Date** November 27, 2019

**Complaint Date** March 5, 2020

**Consumer Location** CAGUAS, PR

**Vehicle Identification Number** KNDPM3AC1H7****

**Summary of Complaint**

KIA SPORTAGE 2017 BEGAN SHOWING EXCESSIVE OIL CONSUMPTION. IT WAS TAKEN TO THE LOCAL KIA SERVICE STATION. THE DEALER PERFORMED AN OIL CONSUMPTION TEST THAT SHOWED, TWICE, THAT THE VEHICLE CONSUMED ONE AND A HALF QUARTS OF OIL PER 1,000 MILES OF USE. IT WAS TAKEN FOR FURTHER ANALYSIS AFTER CONFIRMATION OF ADEQUATE OIL CHANGE SCHEDULE AND AT 39914 MILES. MOTOR WAS DISASSEMBLED AND AFTER MORE THAN 3 WEEKS, DIAGNOSIS IS UNCERTAIN. THIS PROBLEM MAY CAUSE MALFUNCTION OF INTERNAL PARTS AND THERE MAY BE A HIGH PROBABILITY OF SAFETY COMPROMISE ON PUBLIC HIGHWAYS.

**NHTSA ID Number:** 11343067

1  **Incident Date** August 3, 2020

2  **Complaint Date** August 3, 2020

3  **Consumer Location** MIDDLETOWN, OH

4  **Vehicle Identification Number** KNDPMCAC7H7****

5  **Summary of Complaint**

6  MID-DECEMBER I NOTICED MY CAR WAS SKIPPING AS I ACCELERATED.

7  I CHECKED THE OIL AND THERE WAS NONE. I HAD JUST GOTTEN AN OIL

8  CHANGE 10/26/19. I TAKE THE CAR IN 12/23/19. THEY DO ANOTHER OIL

9  CHANGE AND TELL ME AS IT GETS LOW ON OIL TO BRING IT IN AND

10  THEY WILL TRACK IT. WE DO THIS A FEW TIMES AND COVID HAPPENS.

11  SO, I'M ADDING MY OWN OIL AND RESTART THE PROCESS 6/23/20. MY BF

12  BRINGS THE CAR IN 7/31/20 AND THE MECHANIC STATES KIA WILL NO

13  LONGER BE DOING OIL CONSUMPTION TESTS AND WOULD ONLY SEE

14  THE CAR IF SOMETHING CATASTROPHIC OCCURS. THEN PLAINLY SAYS

15  DO NOT ADD OIL AND LET IT BLOW IT UP. I RETURN 8/3/20 TO SPEAK TO

16  THE MANAGER IN CHARGE AND HE CONFIRMS THAT IT IS KIA'S POLICY

17  THAT THEY WILL NOT ADD OIL ANYMORE. SAYS HE CANNOT GIVE ME

18  THE POLICY IN WRITING. I SAID I HAD AN OIL CHANGE WITH YOU ON

19  6/23/20 AND TODAY 8/3/20 MY CAR DOESN'T HAVE ANY OIL IN IT AND

20  YOU WON'T LOOK AT IT? HE CONFIRMED HE WOULD NOT LOOK AT IT.

21

22  **NHTSA ID Number:** 11389779

23  **Incident Date** January 18, 2021

24  **Complaint Date** January 25, 2021

25  **Consumer Location** GLEN GARDNER, NJ

26  **Vehicle Identification Number** KNDPMCACXH7****

27  **Summary of Complaint**

28  CAR IS RAPIDLY BURNING OIL AND NOT DRIPPING ON GROUND. RECENT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ACTIVITY: OIL DIPSTICK SHOWED NO OIL ON 01/18/2021 AND TOOK 3 QUARTS. IT READ FULL! ON 01/25/2021. SERVICE STATION REPORTED OUT OF OIL AGAIN! OIL LIGHT ON DASHBOARD DID NOT LIGHT.KIA DEALERSHIP ADVISED AN OIL CONSUMPTION TEST THAT WILL BE REPORTED TO YOU. I THINK IT IS IMPORTANT FOR YOU NOTE THAT THIS OCCURRED 1000 MILES INTO MY REGULARLY SCHEDULED 3000 MILE OIL CHANGE. OUR LOCAL SERVICE STATION INDICATED THAT THIS IS A WIDESPREAD PROBLEM FOR THIS CAR AND LITIGATION IS BEING CONSIDERED.

**NHTSA ID Number:** 11396464

**Incident Date** December 17, 2020

**Complaint Date** February 16, 2021

**Consumer Location** CARVER, MA

**Vehicle Identification Number** KNDPB3AC5F7****

**Summary of Complaint**

ENGINE USES APPROXIMATELY 1 QUART OF OIL PER MONTH WITH MINIMAL USAGE DUE TO COVID

**NHTSA ID Number:** 11399677

**Incident Date** January 14, 2021

**Complaint Date** March 8, 2021

**Consumer Location** DOYLESTOWN, PA

**Vehicle Identification Number** KNDPNCAC4H7****

**Summary of Complaint**

THE ENGINE HAS BEEN BURNING OIL SINCE 2019. I TOLD THE SERVICE DESK AND THEY SAID A QT EVERY 1000 MILES IS NORMAL. IT STARTED TO WORSEN. IN JANUARY 2021 THE DID AN OIL CONSUMPTION TEST. I

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

DRIVE TO CAR FOR 957 MILES AND THE DEALERSHIP TOLD ME THE CAR WAS DOWN 2 QTS OF OIL. THEY SAID THEY RUN THE TEST AGAIN. THEY FILLED THE CAR WITH WHAT THEY SAID WAS THE RIGHT AMOUNT.THE NEXT MORNING AFTER GETTING MY CAR BACK I CHECKED THE DIPSTICK THREE TIMES. THE OIL WAS A 1/2 INCH OVER THE FILL MARK I RETURN THE CAR WITH LESS THE 1000 MILES AND THIS TIME THEY SAID IT WAS ONLY DOWN A QT. AND IT WAS IN MANUFACTURERS SPEC FOR CONSUMPTION . I TOLD THEM IT WAS OVER FILLED SO THEY SAID WE WILL TEST IT AGAIN. THIS TIME THEY TOLD ME TO BRING IT BACK AT 1500 MILES. I HAVE NOT REACHED THAT AMOUNT OF MILES YET . I WORRIED ABOUT HAVING CATASTROPHIC ENGINE FAILURE WHILE I'M DRIVING . THEY HAVE ALREADY INSTALLED TWO TRANSMISSION THAT WERE DEFECTIVE.I WILL SUPPLY ANY OTHER DOCUMENTS YOU NEED .

**NHTSA ID Number:** 11406127

**Incident Date** November 1, 2020

**Complaint Date** April 2, 2021

**Consumer Location** Unknown

**Vehicle Identification Number** KNDPNCAC3H7****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2017 KIA SPORTAGE. THE CONTACT STATED THAT THE VEHICLE WAS CONSUMING EXCESSIVE OIL. THE CONTACT STATED THAT THE OIL CONSUMPTION CAUSED THE RPM TO SURGE TO 5,000 RPMS. THE CONTACT ALSO STATED THAT AFTER DRIVING 75 MILES, DUE TO THE OIL CONSUMPTION FAILURE, THE VEHICLE USED UP A HALF TANK OF FUEL. THE VEHICLE WAS TAKEN TO CHUCK OLSEN CHEVROLET OF SEATTLE (17037 AURORA AVENUE N, SHORELINE, WAS 98133, (206)607-8743) TO BE INSPECTED. THE CONTACT WAS ASKED TO

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BRING THE VEHICLE BACK AFTER 1,000 MILES TO PERFORM AN OIL
CONSUMPTION TEST. THE VEHICLE WAS NOT REPAIRED. THE
MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE
MILEAGE WAS 64,000.

**NHTSA ID Number:** 11432513

**Incident Date** September 10, 2021

**Complaint Date** September 10, 2021

**Consumer Location** YARDLEY, PA

**Vehicle Identification Number** KNDPN3AC9H7****

**Summary of Complaint**

In Oct 2020, we took the vehicle in as it had low oil. A prior inspection and oil change
had been performed in June 2020, and it was assumed that the inspection mechanic
did not change the oil. The dealership (Fred Beans Kia of Langhorne) changed the oil
in October, and in December 2020 the vehicle was again low on oil well before the
3000 mile mark. The dealership informed us that it was likely due to an error on their
part, and the technician was no longer employed there. Once again in April 2021 the
vehicle was low on oil, and was taken to the dealership. In June 2021 the vehicle was
once again low on oil, and taken to the dealership where they confirmed oil
consumption was out of spec. Cleaning was performed in July and the vehicle was
again low on oil in Sept 2021. Dealer is claiming the oil consumption is now
"normal." The vehicle is both burning and leaking oil, causing a concern for both
safety (engine seizure) and durability.

**NHTSA ID Number:** 11446700

**Incident Date** January 7, 2022

**Complaint Date** January 8, 2022

**Consumer Location** AUBURN, PA

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** KNDPMCAC4H7****

**Summary of Complaint**

I filed a claim 14001328 for excessive oil consumption. I am told that one quart of oil per 1000 miles is normal consumption. The car holds 4.5 quarts of oil. This means that for a 7500 mile oil change interval the entire volume is replace almost twice. I do not accept this as normal. I purchased a 2017 Kia Sportage in August of 2016. I believe that Kia is running out the warranty. I have driven 158,000 miles in a VW Rabbit - no oil issues. 238,000 miles in a VW Jetta 195,000 miles in a VW Jetta TDI, 175,000 miles in a Chrysler Town and Country. Average oil consumption between changes was .25 quarts. You are now telling me this Kia Sportage has a normal oil consumption of one quart per 1000 miles. I find this then to be an inferior design. I should be entitled to a repair. I have oil coming out of my exhaust tailpipe. I am copying this to the NHTSA. All of the time I have my Sportage I have maintained proper oil change intervals and I have service records.

305.   Under the TREAD Act, Pub. L. No. 106-414, 114 Stat. 1800 (2000), all vehicle manufacturers, including Hyundai and Kia, are legally obligated to routinely monitor and analyze NHTSA complaints in order to determine whether vehicles or automotive components should be recalled due to safety concerns.  Thus, Hyundai and Kia have known, or should have known, about these NHTSA/ODI consumer complaints close in time to the dates they were filed.

306.   Moreover, the content, consistency, and number of these complaints should have alerted Hyundai and Kia to the Oil Consumption Defect.

### 4. Complaints on Heavily Trafficked Internet Forums for Car Owners Should Have Given Hyundai and Kia Knowledge of the Oil Consumption Defect

307.   Consumer complaints regarding the Oil Consumption Defect are present

on numerous websites devoted to automotive reviews, automobile repairs, car complaints, and the Class Vehicles specifically.  Over the last several years, thousands of comments have been published on these sites in response to posts related to excessive oil consumption in the Class Vehicles.

308.   On a forum entitled "Hyundai Kona Forum," more than 100 comments accumulated, many of them citing similar instances, under a thread opened to specifically discuss "oil running low." The original poster, Christopher L., indicated:

> Has anyone else had problems with their oil burning fast? I have a 2020 with about 20,000 miles on it and it's burnt up all of the oil my last 2 oil changes and I'm positive it isn't due to a bad oil change. They are making me go through the oil test where I go back every 1,000 miles and today was my first time going back for the first 1,000 miles and they said that it was down a quart and that's considered normal. But I've had other people tell me that that is burning too fast.[29]

309.   On an Edmunds.com forum, the Original Poster, indicated in May 2021:

> We have been fighting the Hyundai service Dept at dealership to get the engine replaced for our 2015 Sonata we bought new. Only 70,000 miles and needs oil replacement every few days. At first they said our maintenance records weren't sufficient, then we obtained more receipts and records to update. It needs new engine due to oil consumption problem (common in this model & year it seems) and they won't cover.  . . .[30]

310.   On Hyunda-Forums.com, an Original Poster indicated:

> Have a 2016 Sonata with a 2.4l engine. I use full synthetic oil and usually go about 3500 miles between oil changes. I did a hard brake on the

[29] https://www.hyundaikonaforum.com/threads/oil-running-low.4611/ (last visited April 5, 2023).
[30] https://forums.edmunds.com/discussion/66313/hyundai/sonata/oil-consumption-problem-warranty-engine-replacement (last visited April 5, 2023).

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

highway and the oil pressure light came on then immediately went away. I checked the oil level and didn't even read low. I was about 2000-2300 miles from my last oil change and took 2 quarts to get it to a proper level, seems very excessive. I don't notice any leaks/smoke, PCV valve still rattles and seems in good condition, not sure if that much oil consumption is acceptable and what other causes it could be, thanks.[31]

Nearly 100 people responded, many of whom cited similar experiences.

311.   On a Kia Telluride forum, an Original Poster indicated that they had to add ¼ of a quart of oil every time they drive 250 miles. Over 25 people responded, many of whom cited similar experiences.[32]

312.   On a Kia Optima forum, an Original Poster indicated that they had been going through about one quart of oil every 600-700 miles, and that they were told by Kia that this was "normal." Over 40 people responded, many of whom cited similar experiences.[33]

### 5.   The Class Vehicles Have An Unusually High Number of Oil Consumption Complaints

313.   When compared to vehicles manufactured by competitors in the same vehicle class and price point, it is evident that the Class Vehicles have an unusually high number of complaints.

314.   For instance, Plaintiffs have reproduced over 120 NHTSA complaints for the Hyundai Sonata. Comparatively, through the use of similar search terms, Plaintiffs were only able to identify 21 complaints for the Honda Accord, a competitor vehicle for the Sonata.

315.   Plaintiffs have reproduced approximately 100 NHTSA complaints for the

---

[31] https://www.hyundai-forums.com/threads/excessive-oil-consumption.672628/ (last visited April 5, 2023).
[32] https://tellurideforum.org/threads/excessive-oil-consumption.3994/ (last visited April 5, 2023).
[33] https://www.optimaforums.com/threads/oil-consumption-question.172074/ (last visited April 5, 2023).

Kia Sorento. Comparatively, through the use of similar search terms, Plaintiffs were able to identify one complaint for the Volkswagen Tiguan, and no complaints for the Ford Explorer, both of which are competitor vehicles to the Sorento.

316.   Plaintiffs have reproduced over 85 NHTSA complaints for the Kia Soul. Comparatively, through the use of similar search terms, Plaintiffs were able to identify three complaints for the Mazda CX-30, and no complaints for the Nissan Kicks, both of which are competitor vehicles to the Soul.

317.   Plaintiffs have reproduced over 25 NHTSA complaints for the Hyundai Tucson. Comparatively, through the use of similar search terms, Plaintiffs were able to identify one complaint for the Volkswagen Tiguan, and no complaints for the Ford Explorer, both of which are competitor vehicles to the Sorento.

318.   Plaintiffs have reproduced 18 complaints for the Hyundai Elantra. Comparatively, through the use of similar search terms, Plaintiffs were able to identify one complaint for the Honda Civic, a competitor vehicle to the Elantra.

## 6.   Hyundai and Kia's Internal Testing Should Have Identified the Oil Consumption Defect

319.   Hyundai and Kia are experienced in the manufacture of consumer vehicles. As experienced manufacturers, Defendants conduct tests, including pre-sale durability testing, to verify that the vehicles it sells are free from defects and align with Hyundai and Kia's specifications and intended use of the Class, including routine highway travel.

320.   Hyundai and Kia were independently obligated to test the Class Vehicles' exhaust emissions system's durability for their "useful life" under federal Clean Air Act regulations. Under the U.S. Environmental Protection Agency's ("EPA") rules, engine manufacturers can use one of two methods for testing the exhaust emissions durability—using a chassis dynamometer to test the vehicles after they have run for a given period of time or using a "bench aging" procedure which involves using extreme heat to test certain components, including the catalytic converters.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

321.   In either case, certificate holders must test and certify that the vehicles will comply with EPA emissions standards throughout their "useful life," which is currently defined as 120,000 miles. As the Clean Air Act Handbook describes it, "[t]he demonstration of light-duty vehicle emission durability for purposes of certification consists of two elements: (1) emission deterioration (the extent emissions will increase during the vehicle's useful life); and (2) component durability (whether emission-related components will operate properly for the useful life of the vehicle)." On information and belief, Plaintiffs allege that the Oil Consumption Defect and the damage it causes to the exhaust system would have been shown during such tests.

322.   Thus, through a variety of quality control metrics, Hyundai and Kia knew or should have known of the Oil Consumption Defect in the Class Vehicles prior to and shortly after the time of sale to Class members.

323.   If Hyundai and Kia did not discover the Oil Consumption Defect, its research and testing were insufficient to support Hyundai and Kia's advertising, promoting, marketing, warranting, and selling of the Class Vehicles as suitable and safe for operation and use in the intended and reasonably foreseeable manner.

### E.     Hyundai's Response to Consumers Presenting the Oil Consumption Defect at Hyundai Dealerships

324.   The Hyundai Class Vehicles come with "America's Best Warranty": a 10-year /100,000 mile Powertrain Limited Warranty; 5-year/60,000 New Vehicle Limited Warranty; 7-year/unlimited miles Anti-Perforation Warranty; 5-year/unlimited miles 24-hour roadside assistance, as well as additional warranties for parts, accessories and emissions, and electric and hybrid powertrain coverage.

325.   Details regarding the warranties, including the time and mileage limitations, were displayed prominently on the Monroney (window) stickers for the Class Vehicles, and each Plaintiff reviewed the Monroney sticker prior to purchase.

326.   The Powertrain Warranty covers the engine, transmission, and drive systems. Specifically, Hyundai promises that they will "repair or replace[] . . .

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

powertrain components" that include the "engine" and the **"[c]ylinder block/head and all internal parts**, manifolds, timing gears, timing chain, timing cover, gaskets and seals, oil pump, water pump, fly-wheel, oil pan assembly, rocker cover and engine mounts, and turbocharger." Specifically, the cylinder block and all internal parts includes the pistons and piston rings, which Plaintiffs allege are defective and allow oil to bypass the piston rings, where oil enters the combustion chamber (within the cylinder block), where it is burned off. Accordingly, the Powertrain Warranty is the applicable warranty related to the Oil Consumption Defect. Hyundai instructs vehicle owners and lessees to bring their vehicles to a Hyundai dealership for the warranty repairs. Many owners and lessees have presented Class Vehicles to Hyundai dealerships with complaints about the Oil Consumption Defect.

327.   Despite Hyundai's knowledge of the problem—and presumed knowledge of how to appropriately remediate and prevent the Oil Consumption Defect from recurring—Hyundai has not fixed the defect in vehicles under warranty.  Instead, customers report two different actions at Hyundai dealerships:

    a.   advising customers that the excessive oil consumption is normal and that oil should be added to the engine on a regular basis between oil change intervals;

    b.   adding significant amounts of engine oil, sometimes exceeding the recommended fill level; and

    c.   requiring repeated oil consumption tests and feigning ignorance of the defect until the warranty on the customer's vehicle expires, thus requiring the customer to pay for repairs instead of Hyundai providing free repairs.

328.   These customer experiences are consistent with the TSBs Hyundai has issued, but neither of these service actions actually fixes the Oil Consumption Defect and each of them will allow damage to the combustion, exhaust, and emission systems described above to occur over time.  In fact, Hyundai's actions are likely exacerbating

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the damage that the Oil Consumption Defect would cause under ordinary circumstances if no intervention occurred.

329.    These customer experiences reflect service actions that are contrary, moreover, to the recommendations set forth in the Hyundai Class Vehicle Owner's Manuals.  For example, the Owner's Manual for the 2020 Hyundai Santa Fe contains a table for Normal Maintenance, which specifies that engine oil should be changed every 12 months or 7,500 miles.

330.    Hyundai further advises that, in general, most consumers should change their engine oil every 6,000-7,500 miles with a frequency of 4,000-5,000 miles depending on "combined driving habits."[34]

331.    Consumers have incurred and will continue to incur expenses related to the Oil Consumption Defect because Hyundai's service and repairs do not adequately resolve the Oil Consumption Defect.

**F.    Kia's Response to Consumers Presenting the Oil Consumption Defect at Hyundai Dealerships**

332.    The Kia Class Vehicles come with an "industry-leading Kia 10-year/100,000-mile warranty program, which is a "testament to [Kia's] commitment to quality."[35]

333.    The Kia Warranty includes: 10-year/100,000 mile limited powertrain warranty; 5-year/60,000 mile limited basic warranty; 5-year/100,000 mile limited anti-perforation warranty; and 5-year/60,000 mile roadside assistance plan.[36]

334.    The Powertrain Warranty covers the engine, transmission, and drive systems. Accordingly, the Powertrain Warranty is the applicable warranty related to the Oil Consumption Defect.

335.    Specifically, Kia promises that they will "cover the following

---

[34] *Id.*
[35] https://www.kia.com/us/en/warranty (last visited April 5, 2023).
[36] *Id.*

components" that include the "engine" and the **"[c]ylinder block, cylinder head and
all internal parts**, timing gear, seals and gaskets, valve cover, flywheel, oil pump,
water pump, and turbo charger." Specifically, the cylinder block and all internal parts
includes the pistons and piston rings, which Plaintiffs allege are defective and allow
oil to bypass the piston rings, where oil enters the combustion chamber (within the
cylinder block), where it is burned off. Accordingly, the Powertrain Warranty is the
applicable warranty related to the Oil Consumption Defect.

336.   Kia instructs vehicle owners and lessees to bring their vehicles to a Kia
dealership for the warranty repairs. Many owners and lessees have presented Class
Vehicles to Kia dealerships with complaints about the Oil Consumption Defect.

337.   Despite Kia's knowledge of the problem—and presumed knowledge of
how to appropriately remediate and prevent the Oil Consumption Defect from
recurring—Kia has not fixed the defect in vehicles under warranty. Instead, customers
report the following actions at Kia dealerships:

a.   advising customers that excessive oil consumption is normal and that
oil should be added to the engine on a regular basis between oil
change intervals;

b.   adding significant amounts of engine oil, sometimes exceeding the
recommended fill level; and

c.   requiring repeated oil consumption tests and feigning ignorance of the
defect until the warranty on the customer's vehicle expires, thus
requiring the customer to pay for repairs instead of Kia providing free
repairs.

338.   These customer experiences are consistent with the TSBs Kia has issued,
but neither of these service actions actually fixes the Oil Consumption Defect and
each of them will allow damage to the combustion, exhaust, and emission systems
described above to occur over time.  In fact, Kia's actions are likely exacerbating the
damage that the Oil Consumption Defect would cause under ordinary circumstances if

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

no intervention occurred.

339.   These customer experiences reflect service actions that are contrary, moreover, to the recommendations set forth in the Kia Class Vehicle Owner's Manuals.  For example, the Owner's Manual for the 2020 Kia Sportage contains a table for Turbo Models specifying that engine oil should be changed every 12 months or 6,000 miles for normal maintenance, and every 6 months or 3,000 miles for severe usage conditions.[37]

340.   The Owner's Manual for the 2020 Kia Sportage specifies that, for non-turbo models, engine oil should be changed every 12 months or 7,500 miles under normal conditions, and every 6 months or 3,750 miles for severe usage conditions.[38]

341.   Consumers have incurred and will continue to incur expenses related to the Oil Consumption Defect because Kia's service and repairs do not adequately resolve the Oil Consumption Defect.

**G.     Defendant's Efforts to Conceal the Defect from Consumers and Deflect Responsibility for Engine Problems onto Consumers**

342.   As alleged above, Defendants have failed to disclose the Class Vehicles' excessive oil consumption problem to consumers before or at point-of-sale.  Hyundai and Kia have also refused to acknowledge the Defect to vehicle owners.  Plaintiffs further allege that Hyundai and Kia have affirmatively taken steps to conceal the defect.

**VII.   CLASS ALLEGATIONS**

343.   Despite Defendants' knowledge of the Oil Consumption Defect, Hyundai and Kia have failed to notify customers of the nature and extent of the problems with Class Vehicles or provide any adequate remedy.  Hyundai and Kia have continued to sell Class Vehicles with the Oil Consumption Defect through their authorized dealers

---

[37] https://www.destinationkia.com/blogs/1016/wp-content/uploads/2019/07/2020-Kia-Sportage-Owners-Manual.pdf at pp. 7-10, 7-14.

[38] *Id.* at pp. 7-16, 7-19.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

throughout the United States.  Thus, owners of the Class Vehicles face more significant maintenance efforts, higher maintenance and repair costs, and safety risks associated with this defect.  Plaintiffs allege that they, and persons similarly situated, would not have purchased the Class Vehicles, or would have paid less for them, had they known about the Oil Consumption Defect.

344.   Plaintiffs bring this action pursuant to Rules 23(a), 23(b)(2), and 23(b)(3) of the Federal Rules of Civil Procedure, on behalf of themselves and the following proposed classes:

**Nationwide Class:**

All persons in the United States who purchased or leased a Class Vehicle.

**State Sub-Classes:**

All members of the Nationwide Class who are residents of the states of California, Illinois, Massachusetts, Wisconsin, Nevada, Texas, Kentucky, New York, Pennsylvania, Indiana, and Tennessee and who purchased or leased their Class Vehicle in one of the aforementioned states shall be a member of a state Sub-Class.

345.   Excluded from the Class and State Sub-Classes ("Classes") are: Hyundai, its employees, officers, directors, legal representatives, heirs, successors, wholly- or partly-owned, and its subsidiaries and affiliates; Hyundai dealers; proposed Class counsel and their employees; the judicial officers and associated court staff assigned to this case and their immediate family members; Kia, its employees, officers, directors, legal representatives, heirs, successors, wholly- or partly-owned, and its subsidiaries and affiliates; Kia dealers; all persons who make a timely election to be excluded from the Classes; governmental entities; and the judge to whom this case is assigned and his/her immediate family.

346.   This action has been brought and may be properly maintained on behalf of the Classes proposed herein under Federal Rule of Civil Procedure 23.

347.   <u>Numerosity</u>. Federal Rule of Civil Procedure 23(a)(1): the members of

the Classes are so numerous and geographically dispersed that individual joinder of all Class members is impracticable. Class Vehicles may be identified during the pendency of this action and all owners and lessors notified by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, electronic mail, Internet postings, and/or published notice. The Class members may be easily derived from Defendants' sales records.

348.   <u>Commonality and Predominance</u>. Federal Rule of Civil Procedure 23(a)(2) and 23(b)(3): this action involves common questions of law and fact, which predominate over any questions affecting individual Class members, including, without limitation:

  a. Whether Defendants engaged in the conduct alleged herein;

  b. Whether Defendants advertised, marketed, distributed, leased, sold, or otherwise placed the Class Vehicles into the stream of commerce in the United States;

  c. Whether the Oil Consumption Defect constitutes a safety defect;

  d. Whether Defendants knew about, and failed to disclose, the Oil Consumption Defect at the time Plaintiffs and the Class members purchased their Class Vehicles;

  e. Whether Defendants manufactured, marketed, and distributed the Class Vehicles knowing that the Oil Consumption Defect could and would occur;

  f. Whether Defendants' conduct violates consumer protection statutes, false advertising laws, sales contracts, warranty laws, and other laws as asserted herein;

  g. Whether Defendants owed a duty to warn Plaintiffs and Class Members about the Oil Consumption Defect;

  h. Whether Defendants and the other Class members overpaid for their Class Vehicles;

413

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

i.   Whether Defendants breached the warranty by failing to properly inspect and repair the Oil Consumption Defect;

j.   Whether Plaintiffs and the other Class members are entitled to equitable relief, including, but not limited to, restitution or injunctive relief; and

k.   Whether Plaintiffs and the other Class members are entitled to damages and other monetary relief and, if so, in what amount.

349.   <u>Typicality</u>. Federal Rule of Civil Procedure 23(a)(3): Plaintiffs' claims are typical of the other Class members' claims because, among other things, all Class members were comparably injured through Defendants' wrongful conduct as described above.

350.   <u>Adequacy</u>. Federal Rule of Civil Procedure 23(a)(4): Plaintiffs are adequate Class representatives because their interests do not conflict with the interests of the other members of the Classes they seek to represent; Plaintiffs have retained counsel competent and experienced in complex class action litigation; and Plaintiffs intend to prosecute this action vigorously. The interests of the Class will be fairly and adequately protected by Plaintiffs and their counsel.

351.   <u>Declaratory and Injunctive Relief</u>. Federal Rule of Civil Procedure 23(b)(2): Hyundai has acted or refused to act on grounds generally applicable to Plaintiffs and the other members of the Classes, thereby making appropriate final injunctive relief and declaratory relief with respect to the Classes as a whole.

352.   <u>Superiority.</u> Federal Rule of Civil Procedure 23(b)(3): a class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiffs and the other Class members are relatively small compared to the burden and expense that would be required to individually litigate their claims against Hyundai and Kia, so it would be impracticable for the members of the Classes to individually seek redress for Hyundai and Kia's wrongful conduct. Even if Class

**SECOND AMENDED CLASS ACTION COMPLAINT**

members could afford individual litigation, the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments, and increases the delay and expense to all parties and the court system. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

## FIRST CAUSE OF ACTION

### VIOLATIONS OF MAGNUSON-MOSS WARRANTY ACT, 15 U.S.C. §§ 2301, *ET SEQ.*

### (ON BEHALF OF THE NATIONWIDE CLASS OR ALTERNATIVELY EACH OF THE STATE SUB-CLASSES)

353.    Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

354.    The Magnuson-Moss Warranty Act ("MMWA") provides a private right of action by purchasers of consumer products against retailers who, *inter alia*, fail to comply with the terms of a written or implied warranty. 15 U.S.C. § 2310(d)(1). As alleged herein, Hyundai and Kia have failed to comply with its express warranties and implied warranty of merchantability with regard to the Class Vehicles.

355.    The Class Vehicles are "consumer product[s]", as that term is defined in 15 U.S.C. § 2301(1).

356.    Plaintiffs and each member of the Classes defined above are "consumer[s]", as that term is defined in 15 U.S.C. § 2301(3).

357.    Hyundai and Kia are a "supplier" and "warrantor," as those terms are defined in 15 U.S.C. § 2301(4)-(5).

358.    The MMWA provides a cause of action for breach of a written or implied warranty or other violations of the Act. 15 U.S.C. § 2310(d)(1).

359.    Defendants' warranties are "written warranties" within the meaning of 15 U.S.C. § 2301(6).

360.    Hyundai and Kia breached the express warranties by providing a 5-

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

year/60,000 mile New Vehicle Limited Warranty and a 10-year/100,000 mile Powertrain Warranty with the purchase or lease of all Class Vehicles, thereby warranting to repair or replace any part defective in material or workmanship at no cost to the owner or lessee; selling and leasing Class Vehicles with the Oil Consumption Defect, and thus defective in materials and/or workmanship, requiring repair or replacement within the warranty period; and refusing and/or failing to honor the express warranties by effectively repairing or replacing the defective parts free of charge and within a reasonable time.

361.  Hyundai also provided Plaintiffs and the other Class members with an implied warranty of merchantability in connection with the purchase or lease of their Class Vehicles that is an "implied warranty" within the meaning of the MMWA, 15 U.S.C. § 2301(7). As part of the implied warranty of merchantability, Hyundai warranted that the Class Vehicles were fit for their ordinary purpose as safe passenger motor vehicles, would pass without objection in the trade as manufactured and marketed, and were adequately contained, packaged, and labeled.

362.  Defendants breached these implied warranties and are therefore liable to Plaintiffs and the Class pursuant to 15 U.S.C. § 2310(d)(1). Without limitation, the Class Vehicles share common defects in that they suffer from the Oil Consumption Defect and can suddenly fail during normal use and operation. Defendants have admitted that the Class Vehicles are defective through their TSBs.

363.  Defendants were provided notice of the claims raised by Plaintiffs and was afforded a reasonable opportunity to cure. Defendants failed to cure in that they have not offered an effective repair to Plaintiffs and consumers for the Oil Consumption Defect. Until Plaintiffs' representative capacity is determined, notice and opportunity to cure through Plaintiffs, and on behalf of the Class, can be provided under 15 U.S.C. § 2310(e).

364.  Defendants' acts and omissions in violation of the MMWA are "[u]nfair methods of competition in or affecting commerce, and unfair or deceptive acts or

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

practices in or affecting commerce," and they are unlawful. 15 U.S.C. §§ 2310(b),
45(a)(1).

365.   Plaintiffs and the members of the Class have suffered, and are entitled to
recover, damages as a result of Defendants' breach of express and/or implied
warranties and violations of the MMWA.

366.   Plaintiffs also seek an award of costs and expenses, including attorneys'
fees in connection with the commencement and prosecution of this action under 15
U.S.C. § 2310(d)(2). Plaintiffs and the prospective Class intend to seek such an award,
including expert witness costs and other recoverable costs, as prevailing consumers at
the conclusion of this lawsuit.

## SECOND CAUSE OF ACTION

### BREACH OF EXPRESS WARRANTY

### (ON BEHALF OF THE NATIONWIDE CLASS OR

### ALTERNATIVELY EACH OF THE STATE SUB-CLASSES)

367.   Plaintiffs incorporate by reference all allegations of the preceding
paragraphs as though fully set forth herein.

368.   Defendants provided all purchasers and lessees of the Class Vehicles
with the same express warranties described herein, which became part of the basis of
the bargain.  Both Kia and Hyundai supply a separate manual dealing expressly with
the warranty.  All of the Plaintiffs were exposed to the time and mileages of the
warranties prior to purchase.

369.   The parts affected by the Oil Consumption Defect were distributed by
Defendants in the Class Vehicles and are covered by the warranties Defendants
provided to all purchasers and lessors of Class Vehicles. Specifically, the Oil
Consumption Defect is an engine-related defect that Defendants are obligated to repair
pursuant to their Powertrain Warranty, which obligates Defendants to repair or replace
the "engine."

370.   Specifically, Hyundai promises that they will "repair or replace[] . . .

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

417

powertrain components" that include the "engine" and the **"[c]ylinder block/head and all internal parts**, manifolds, timing gears, timing chain, timing cover, gaskets and seals, oil pump, water pump, fly-wheel, oil pan assembly, rocker cover and engine mounts, and turbocharger." Specifically, the cylinder block and all internal parts includes the pistons and piston rings, which Plaintiffs allege are defective and allow oil to bypass the piston rings, where oil enters the combustion chamber (within the cylinder block), where it is burned off.

371.   Similarly, Kia promises that they will "cover the following components" that include the "engine" and the **"[c]ylinder block, cylinder head and all internal parts**, timing gear, seals and gaskets, valve cover, flywheel, oil pump, water pump, and turbo charger." Specifically, the cylinder block and all internal parts includes the pistons and piston rings, which Plaintiffs allege are defective and allow oil to bypass the piston rings, where oil enters the combustion chamber (within the cylinder block), where it is burned off.

372.   Defendants breached these warranties by selling and leasing Class Vehicles with the Oil Consumption Defect, and by refusing to repair or replace the engines within the applicable warranty periods when Plaintiffs presented them with the Oil Consumption Defect. Specifically, Defendants' Powertrain Warranties, which cover the engines, obligated them to repair or replace the engine, as the Oil Consumption Defect is an engine defect.

373.   Plaintiffs notified Defendants of the breach within the warranty period. Defendants already knew of the Oil Consumption Defect and yet chose to conceal it and failed to comply with its warranty obligations.

374.   As a direct and proximate cause of Defendant's breach, Plaintiffs and the members of the Class bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiffs and the Class have also incurred and will continue to incur costs related to the diagnosis and repair of the Oil

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Consumption Defect.

375.   Defendant's attempt to disclaim or limit these express warranties is unconscionable and unenforceable under the circumstances here.

376.   Specifically, Defendants' warranty limitation is unenforceable because they knowingly sold defective products without informing consumers about the Oil Consumption Defect.

377.   The time limits contained in Defendants' warranty periods were also unconscionable and inadequate to protect Plaintiffs and members of the Class. A gross disparity in bargaining power existed between Defendants and the Class Members, and Defendants knew or should have known that the Class Vehicles were defective at the time of sale and would fail well before their useful lives.

378.   Plaintiffs and the Class have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Defendants' conduct described herein.

## THIRD CAUSE OF ACTION[39]

## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY
## (ON BEHALF OF THE NATIONWIDE CLASS
## OR ALTERNATIVELY THE STATE SUB-CLASSES)

379.   Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

380.   Defendants manufactured and distributed Class Vehicles throughout the United States for sale and lease to Plaintiffs and the Class Members.

381.   Defendants impliedly warranted to Plaintiffs and members of the Class that their Class Vehicles were free of defects and were merchantable and fit for their ordinary purpose for which such goods are used.

---

[39] The Court's motion to dismiss order dismissed this claim with prejudice under Illinois, Florida, Kentucky, and Wisconsin law. Plaintiffs replead those claims only for purposes of preserving them for appeal.

**SECOND AMENDED CLASS ACTION COMPLAINT**

382.   As alleged herein, Defendants breached the implied warranty of merchantability because the Class Vehicles suffer from the Oil Consumption Defect. The Class Vehicles are therefore defective, unmerchantable, and unfit for their ordinary, intended purpose.

383.   After Plaintiffs experienced the Oil Consumption Defect and contacted the dealership on multiple occasions without relief, Plaintiffs gave reasonable and adequate notice to Defendants that the Class Vehicles were defective, unmerchantable, and unfit for their intended use or purpose.

384.   Due to the Oil Consumption Defect, Plaintiffs and the members of the Class are unable to operate their vehicles as intended in a safe condition, substantially free from defects. The Class Vehicles do not provide safe and reliable transportation to Plaintiffs and the members of the Class. As a result, Plaintiffs and members of the Class are unable to rely upon and safely drive their Class Vehicles.

385.   Plaintiffs did not receive or otherwise have the opportunity to review, at or before the time of sale or lease, the written warranty booklet provided with their vehicle containing the purported exclusions and limitations of remedies. Accordingly, any such exclusions and limitations of remedies are unconscionable and unenforceable, and Plaintiffs are entitled to all remedies available under Article 2 of the Uniform Commercial Code and other state laws of each Sub-Class. Any purported warranty disclaimers, exclusions, and limitations were unconscionable and unenforceable. As a direct and proximate result of the breach of implied warranty of merchantability, Plaintiffs and members of the Classes have been injured in an amount to be proven at trial.

## FOURTH CAUSE OF ACTION

### UNJUST ENRICHMENT

### (ON BEHALF OF THE NATIONWIDE CLASS

### OR ALTERNATIVELY EACH OF THE STATE SUB-CLASSES)

386.   Plaintiffs incorporate by reference all allegations of the preceding

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

SECOND AMENDED CLASS ACTION COMPLAINT

paragraphs as though fully set forth herein.

387.   This claim is pled in the alternative to Plaintiffs' contract-based claims in the event the Court finds Plaintiffs do not have any adequate remedies at law.

388.   Defendants knew or should have known that Plaintiffs and the Class paid for the Class Vehicles with the expectation that they would perform as represented and were free from defects.

389.   Plaintiffs and the Class conferred substantial benefits on Defendants by purchasing the defective Class Vehicles. Defendants knowingly and willingly accepted and enjoyed those benefits.

390.   Defendants' retention of these benefits is inequitable.

391.   As a direct and proximate cause of Defendants' unjust enrichment, Plaintiffs and the Class are entitled to an accounting, restitution, attorneys' fees, costs, and interest.

## FIFTH CAUSE OF ACTION[40]
## FRAUDULENT CONCEALMENT
## (ON BEHALF OF THE NATIONWIDE CLASS
## OR ALTERNATIVELY EACH OF THE STATE SUB-CLASSES)

392.   Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

393.   At all relevant times, Defendants were engaged in the business of designing, manufacturing, distributing, and selling the Class Vehicles.

394.   Defendants, acting through their representatives or agents, sold and/or leased the Class Vehicles throughout the United States.

395.   Defendants willfully, falsely, and knowingly omitted various material facts regarding the quality and character of the Class Vehicles, including that they

---

[40] The Court's motion to dismiss order dismissed this claim with prejudice with respect to the Nationwide Class and the California, Wisconsin, Florida, Texas, and Kentucky state sub-classes. Plaintiffs replead those claims only for purposes of preserving them for appeal.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1    suffered from the Oil Consumption Defect.

2        396.    Rather than inform consumers of the truth regarding the Oil Consumption

3    Defect, Defendants concealed material information related to the Oil Consumption

4    Defect.

5        397.    Defendants' omissions were material because the Oil Consumption

6    Defect has a substantial impact not simply on the convenience and cost of vehicle

7    maintenance, but also on the reliability and safety of the Class Vehicles over time.

8        398.    Defendants omitted this material information to drive up sales and

9    maintain their market power, as consumers would not have purchased the Class

10   Vehicles, or would have paid substantially less for them, had they known the truth.

11       399.    Plaintiffs and the Class members had no way of knowing about the Oil

12   Consumption Defect.

13       400.    Plaintiffs and Class members could not have discovered the above

14   information on their own, because Defendants were in the exclusive possession of

15   such information.

16       401.    Although Defendants have a duty to ensure the accuracy of information

17   regarding the performance of its Class Vehicles, they did not fulfill these duties.

18       402.    Plaintiffs and Class members sustained injury due to the purchase of

19   Class Vehicles that suffered from the Oil Consumption Defect.

20       403.    Defendants' acts were done maliciously, oppressively, deliberately, and

21   with intent to defraud, and in reckless disregard of Plaintiffs and Class members'

22   rights and well-being, and in part to enrich themselves at the expense of consumers.

23   Defendants' acts were done to gain commercial advantage over competitors, and to

24   drive consumers away from consideration of competitor's vehicles. Defendants'

25   conduct warrants an assessment of punitive damages in an amount sufficient to deter

26   such conduct in the future.

27   //

28   //

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

# SIXTH CAUSE OF ACTION

## VIOLATIONS OF CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT ("CLRA") (CAL. CIV. CODE §§ 1750, *ET SEQ.*)

### (ON BEHALF OF THE CALIFORNIA CLASS)

404.   Plaintiff Wolff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

405.   Plaintiff Wolff brings this claim on behalf of himself and on behalf of the California Class against Defendants.

406.   Defendants are persons as that term is defined in California Civil Code § 1761(c).

407.   Plaintiffs Wolff and the California Class Members are "consumers" as that term is defined in California Civil Code §1761(d).

408.   Defendants engaged in unfair and deceptive acts in violation of the CLRA by the practices described above, and by knowingly and intentionally concealing from Plaintiffs Wolff and California Class Members that the Class Vehicles suffer from a defect(s). These acts and practices violate, at a minimum, the following sections of the CLRA:

(a)(2) Misrepresenting the source, sponsorship, approval or certification of goods or services;

(a)(5) Representing that goods or services have sponsorships, characteristics, uses, benefits or quantities which they do not have, or that a person has a sponsorship, approval, status, affiliation or connection which he or she does not have;

(a)(7) Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; and

(a)(9) Advertising goods and services with the intent not to sell them as

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

advertised.

409.   Defendants' unfair or deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

410.   Defendants knew that the Class Vehicles were defectively manufactured, would fail prematurely, and were not suitable for their intended use.

411.   Defendants were under a duty to Plaintiff Wolff and the California Class Members to disclose the defective nature of the Class Vehicles because:

    a.    Defendants were in a superior position to know the true state of facts about the safety defect and associated repair costs in the Class Vehicles;

    b.    Plaintiff Wolff and the California Class Members could not reasonably have been expected to learn or discover that the Class Vehicles had a dangerous safety defect until manifestation of the Oil Consumption Defect;

    c.    Defendants knew that Plaintiff Wolff and the California Class Members could not reasonably have been expected to learn or discover the safety and security defect and the associated repair costs that it causes until the manifestation of the Oil Consumption Defect; and

    d.    Defendants actively concealed the safety and security defect and the associated repair costs by asserting to Plaintiff Wolff and the California Class Members that their vehicles were not defective.

412.   In failing to disclose the Oil Consumption Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty to disclose.

413.   The facts concealed or not disclosed by Defendants to Plaintiff Wolff and the California Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class

Vehicles or pay a lesser price. Had Plaintiff Wolff and the California Class known about the defective nature of the Class Vehicles, they would not have purchased or leased the Class Vehicles or would have paid less for them.

414.   On or about September 19, 2022, Plaintiff Wolff provided Defendants with notice of their violations of the CLRA pursuant to California Civil Code § 1782(a). Plaintiff seeks monetary damages, including actual, restitutionary, and punitive damages as well as injunctive relief.

415.   Plaintiff Wolff's and the other California Class Members' injuries were proximately caused by Defendants' fraudulent and deceptive business practices.

416.   Therefore, Plaintiff Wolff and the other California Class Members seek all injunctive relief available under the CLRA.

## SEVENTH CAUSE OF ACTION
## VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW
### (Cal. Bus. & Prof. Code § 17200)
### (ON BEHALF OF THE CALIFORNIA CLASS)

417.   Plaintiffs Wolff, Hielscher, Nelson, and Jurgens (the "California Plaintiffs") and the California Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

418.   The California Plaintiffs bring this claim on behalf of themselves and on behalf of the California Class against Defendants.

419.   The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200.

420.   Defendants have engaged in unfair competition and unfair, unlawful or fraudulent business practices by the conduct, statements, and omissions described above, and by knowingly and intentionally concealing from the California Plaintiffs

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

and the California Class Members that the Class Vehicles suffer from a defect (and the costs, safety risks, and diminished value of the vehicles as a result of these problems). Defendants should have disclosed this information because they were in a superior position to know the true facts related to the Oil Consumption Defect, and the California Plaintiffs and California Class Members could not reasonably be expected to learn or discover the true facts related to the Oil Consumption Defect.

421. The Oil Consumption Defect constitute a safety issue that triggered Defendants' duty to disclose the safety issue to consumers.

422. These acts and practices have deceived the California Plaintiffs and are likely to deceive the public. In failing to disclose the Oil Consumption Defect and suppressing other material facts from the California Plaintiffs and California Class Members, Defendants breached their duties to disclose these facts, violated the UCL, and caused injuries to the California Plaintiffs and California Class Members. The omissions and acts of concealment by Defendants pertained to information that was material to the California Plaintiffs and California Class Members, as it would have been to all reasonable consumers.

423. The injuries suffered by the California Plaintiffs and California Class Members are not greatly outweighed by any potential countervailing benefit to consumers or to competition, nor are they injuries that the California Plaintiffs and California Class Members should have reasonably avoided.

424. Defendants' acts and practices are unlawful because they violate California Civil Code §§ 1668, 1709, 1710, and 1750 *et seq.*, and California Commercial Code § 2313.

425. The California Plaintiffs seek to enjoin further unlawful, unfair and/or fraudulent acts or practices by Defendants, to obtain restitutionary disgorgement of all monies and revenues generated as a result of such practices, and all other relief allowed under California Business & Professions Code § 17200. Plaintiffs also seek monetary damages.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

# EIGHTH CAUSE OF ACTION

## VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW

### (Cal. Bus. & Prof. Code §§ 17500, et seq.)

### (ON BEHALF OF THE CALIFORNIA CLASS)

426. Plaintiffs Wolff, Hielscher, Nelson, and Jurgens (the "California Plaintiffs") and the California Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

427. The California Plaintiffs bring this claim on behalf of themselves and on behalf of the California Class against Defendants.

428. California Business & Professions Code § 17500 states: "It is unlawful for any . . . corporation . . . with intent directly or indirectly to dispose of real or personal property. . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in any state, in any newspaper or other publication, or any advertising device, . . . or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

429. Defendants caused to be made or disseminated through California and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care should have been known to Defendants, to be untrue and misleading to consumers, including the California Plaintiffs and the other California Class Members.

430. Defendants have violated California Business & Professions Code § 17500 because the misrepresentations and omissions regarding the safety, reliability, and functionality of their Class Vehicles as set forth in this Complaint were material and likely to deceive a reasonable consumer.

431. The California Plaintiffs and the other California Class Members have

427

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

suffered an injury in fact, including the loss of money or property, as a result of Defendants' unfair, unlawful, and/or deceptive practices. In purchasing or leasing their Class Vehicles, the California Plaintiffs and the other California Class Members relied on the misrepresentations and/or omissions of Defendants with respect to the safety and reliability of the Class Vehicles. Defendants' representations were untrue because the Class Vehicles are distributed with the Oil Consumption Defect, which can cause catastrophic engine failure. Had the California Plaintiffs and the other California Class Members known this, they would not have purchased or leased their Class Vehicles and/or paid as much for them. Accordingly, the California Plaintiffs and the other California Class Members overpaid for their Class Vehicles and did not receive the benefit of their bargain.

432.   All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of Defendants' businesses. Defendants' wrongful conduct is part of a pattern or generalized course of conduct that is still perpetuated and repeated, both in the state of California and nationwide.

433.   The California Plaintiffs, individually and on behalf of the other California Class Members, request that this Court enter such orders or judgments as may be necessary to enjoin Defendants from continuing their unfair, unlawful, and/or deceptive practices and to restore to The California Plaintiffs and the other California Class Members any money Defendants acquired by unfair competition, including restitution and/or restitutionary disgorgement, and for such other relief set forth below. Plaintiffs also seek monetary damages.

## NINTH CAUSE OF ACTION

## VIOLATION OF SONG-BEVERLY CONSUMER WARRANTY ACT - BREACH OF EXPRESS WARRANTY

## (Cal. Civ. Code §§ 1791.2 & 1793.2(d))

## (ON BEHALF OF THE CALIFORNIA CLASS)

434.   Plaintiffs Wolff, Hielscher and Nelson and the California Class

incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

435.   Plaintiffs Wolff, Hielscher and Nelson bring this claim on behalf of themselves and on behalf of the California Class against Defendants.

436.   Plaintiffs Wolff, Hielscher and Nelson and the other California Class members who purchased or leased the Class Vehicles in California are "buyers" within the meaning of Cal. Civ. Code § 1791(b).

437.   The Class Vehicles are "consumer goods" within the meaning of Cal. Civ. Code § 1791(a).

438.   Defendants are "manufacturers" of the Class Vehicles within the meaning of Cal. Civ. Code § 1791(j).

439.   Defendants made express warranties to Plaintiffs Wolff, Hielscher and Nelson and the other California Class members within the meaning of Cal. Civ. Code §§ 1791.2 and 1793.2, as described above.

440.   Plaintiffs Wolff, Hielscher and Nelson and the other California Class members have requested repairs of the Oil Consumption Defect pursuant to the express warranty, but have failed to receive such repairs.

441.   Pursuant to Cal. Civ. Code §§ 1793.2 and 1794, Plaintiffs Wolff, Hielscher and Nelson and the other California Class members are entitled to damages and other legal and equitable relief including, at their election, the purchase price of their Class Vehicles, or the overpayment or diminution in value of their Class Vehicles.

442.   Pursuant to Cal. Civ. Code § 1794, Plaintiffs Wolff, Hielscher and Nelson and the other California Class members are entitled to costs and attorneys' fees.

## TENTH CAUSE OF ACTION

## VIOLATION OF SONG-BEVERLY CONSUMER WARRANTY ACT - BREACH OF IMPLIED WARRANTY

### (Cal. Civ. Code §§ 1791.2 & 1792)

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1

**(ON BEHALF OF THE CALIFORNIA CLASS)**

2

443.    Plaintiffs Wolff, Hielscher and Nelson and the California Class

3

incorporate by reference each preceding and succeeding paragraph as though fully set

4

forth at length herein.

5

444.    Plaintiffs Wolff, Hielscher and Nelson bring this claim on behalf of

6

themselves and on behalf of the California Class against Defendants.

7

445.    Plaintiffs Wolff, Hielscher and Nelson and the other California Class

8

members who purchased or leased the Class Vehicles in California are "buyers"

9

within the meaning of Cal. Civ. Code § 1791(b).

10

446.    The Class Vehicles are "consumer goods" within the meaning of Cal.

11

Civ. Code § 1791(a).

12

447.    Defendants are "manufacturers" of the Class Vehicles within the

13

meaning of Cal. Civ. Code § 1791(j).

14

448.    Defendants impliedly warranted to Plaintiffs Wolff, Hielscher and

15

Nelson and the other California Class Members that the Class Vehicles were

16

"merchantable" within the meaning of Cal. Civ. Code §§ 1791.1 & 1792.

17

449.    However, the Class Vehicles do not have the quality that a reasonable

18

purchaser would expect.

19

450.    Cal. Civ. Code § 1791.1(a) states: "Implied warranty of merchantability"

20

or "implied warranty that goods are merchantable" means that the consumer goods

21

meet each of the following: (1) pass without objection in the trade under the contract

22

description; (2) are fit for the ordinary purposes for which such goods are used; and

23

(4) conform to the promises or affirmations of fact made on the container or label.

24

451.    The Class Vehicles would not pass without objection in the trade because

25

of the Oil Consumption Defect.

26

452.    The Class Vehicles are not fit for the ordinary purpose for which they are

27

used because of the Oil Consumption Defect.

28

453.    The Class Vehicles do not conform to the promises or affirmations of fact

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

430

made by Defendants.

454.   Defendants breached the implied warranty of merchantability by manufacturing and selling Class Vehicles containing the Oil Consumption Defect. The existence of the Oil Consumption Defect has caused Plaintiffs Wolff, Hielscher and Nelson and the other California Class members to not receive the benefit of their bargain and have caused Class Vehicles to depreciate in value.

455.   As a direct and proximate result of Defendants' breach of the implied warranty of merchantability, Plaintiffs Wolff, Hielscher and Nelson and the other California Class members received goods whose defective condition substantially impairs their value to Plaintiffs Wolff, Hielscher and Nelson and the other California members. Plaintiffs Wolff, Hielscher and Nelson and the other California Class members have been damaged as a result of the diminished value of the Class Vehicles.

456.   Plaintiffs Wolff, Hielscher and Nelson and the other California Class members are entitled to damages and other legal and equitable relief including, at their election, the purchase price of their Class Vehicles, or the overpayment or diminution in value of their Class Vehicles.

457.   Pursuant to Cal. Civ. Code § 1794, Plaintiffs Wolff, Hielscher and Nelson and the other California Class members are entitled to costs and attorneys' fees.

## ELEVENTH CAUSE OF ACTION[41]

## VIOLATION OF THE WISCONSIN DECEPTIVE TRADE PRACTICES ACT

### (WIS. STAT. § 110.18)

### (ON BEHALF OF THE WISCONSIN CLASS)

458.   Plaintiffs incorporate by reference the allegations of all forgoing paragraphs as if they had been set forth in full herein.

459.   Plaintiff Chmura brings this claim individually and on behalf of the Wisconsin Class.

---

[41] The Court's motion to dismiss order dismissed this claim with prejudice. Plaintiffs replead this claim only for purposes of preserving it for appeal.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

460.    The Wisconsin Deceptive Trade Practices Act (Wisconsin DTPA) prohibits a "representation or statement of fact which is untrue, deceptive or misleading." WIS. STAT. § 100.18(1).

461.    Defendants all qualify as a "person, firm, corporation or association" within the meaning of WIS. STAT. § 100.18(1).

462.    Wisconsin Class members are members of "the public" within the meaning of WIS. STAT. § 100.18(1). Plaintiffs purchased or leased one or more Class Vehicles.

463.    In the course of their business, Defendants willfully failed to disclose the Oil Consumption Defect present in Class Vehicles. Defendants also engaged in unlawful trade practices by employing deception, deceptive acts or practices, fraud, misrepresentations, or concealment, suppression, or omission of any material fact with intent that others rely upon such concealment, suppression, or omission, in connection with the sale of the Class Vehicles.

464.    Defendants' unfair or deceptive acts or practices were likely to and did in fact deceive reasonable consumers, including Wisconsin Class members, about the true performance of the Class Vehicles.

465.    Defendants intentionally and knowingly misrepresented material facts regarding the Class Vehicles with intent to mislead Wisconsin Class members.

466.    Defendants knew or should have known that their conduct violated the Wisconsin DTPA.

467.    Defendants owed Wisconsin Class members a duty to disclose the Oil Consumption Defect, because Defendants:

a.    Possessed exclusive knowledge that the engines in the Class vehicles did not meet industry standards and were prone to oil consumption;

b.    Intentionally concealed the foregoing from the Wisconsin Subclass; and/or

c.    Made incomplete representations that they review their components for fit and finish, and that they use and adhere to high-quality, commercial grade

materials and processes.

468.   These statements are false and misleading because Defendants sold and leased the Class Vehicles with improperly manufactured piston rings and cylinder bores, which did not adhere to even industry standard safety specifications.

469.   Defendants' omissions and/or misrepresentations about the Oil Consumption Defect were material to Wisconsin Class members.

470.   Wisconsin Class members suffered ascertainable loss caused by Defendants' misrepresentations, concealment of, and failure to disclose material information. Wisconsin Class members who purchased the Class Vehicles either would have paid less for their vehicles or would not have purchased or leased them at all but for Defendants' violations of the Wisconsin DTPA.

471.   Defendants had an ongoing duty to all of their customers to refrain from unfair and deceptive practices under the Wisconsin DTPA. As a direct and proximate result of Defendants' violations of the Wisconsin DTPA, Wisconsin Class members have suffered injury-in-fact and/or actual damage.

472.   Defendants' violations present a continuing risk to Wisconsin Class members as well as to the general public. The unlawful acts and practices complained of herein affect the public interest.

473.   Plaintiffs are entitled to damages and other relief provided for under WIS. STAT. § 100.18(11)(b)(2). Because Defendants' conduct was committed knowingly and/or intentionally, Plaintiffs are entitled to treble damages.

474.   Plaintiff also seeks court costs and attorneys' fees under WIS. STAT. § 110.18(11)(b)(2).

## TWELFTH CAUSE OF ACTION

### VIOLATION OF THE MASSACHUSETTS CONSUMER PROTECTION ACT ("MCPA"), MASS. GEN. LAWS 93A, § 1, *ET SEQ*.

### (ON BEHALF OF THE MASSACHUSETTS CLASS)

433

1   475.   Plaintiffs Makie[42] and Cabral and the Massachusetts Class incorporate by

2   reference each preceding and succeeding paragraph as though fully set forth at length

3   herein.

4   476.   Plaintiffs Makie and Cabral brings this claim on behalf of himself and on

5   behalf of the Massachusetts Class against Defendants.

6   477.   Plaintiffs Makie and Cabral and members of the Massachusetts Class,

7   and Defendants are "persons" within the meaning of Mass. Gen. Laws 93A, § 1(a).

8   478.   Defendants engaged in "trade" or "commerce" within the meaning of

9   Mass. Gen. Laws 93A, § 1(b).

10   479.   The MCPA prohibits "unfair or deceptive acts or practices in the conduct

11   of any trade or commerce." Mass. Gen. Laws 93A, § 2(a).

12   480.   In the course of their business, Defendants violated the MCPA by

13   mispresenting to Plaintiffs Makie and Cabral and members of the Massachusetts Class

14   the true capabilities and functionality of the engines and failing to disclose that the

15   Class Vehicles possessed the Oil Consumption Defect.  Defendants fraudulently,

16   intentionally, negligently and/or recklessly misrepresented to Plaintiffs Makie and

17   Cabral and the members of the Massachusetts Class the characteristics of the Class

18   Vehicles with respect to manufacture, workmanship, and functionality.

19   481.   Defendants committed unconscionable, deceptive and unfair trade

20   practices, including, but not limited to, deception, fraud, false pretense, false promise,

21   misrepresentation and the knowing concealment, suppression and omission of material

22   facts concerning the Oil Consumption Defect with the intent that Plaintiffs Makie and

23   Cabral and members of the Massachusetts Class would rely upon their

24   misrepresentations and omissions in connection with the sale and/or advertisement of

25   Class Vehicles.

26   482.   Defendants violated the MCPA by: (i) representing that the Class

27

28   [42] The Court's motion to dismiss order dismissed this claim with prejudice on behalf of Plaintiff Makie. Plaintiff Makie repleads this claim only for purposes of preserving it for appeal.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

Vehicles have characteristics, uses, benefits, or qualities they do not have; (ii) representing that the Class Vehicles are of a particular standard, quality, and grade when they are not; and/or (iii) advertising the Class Vehicles with the intent not to sell them as advertised.

483.   Defendants intended that Plaintiffs Makie and Cabral and members of the Massachusetts Class would, in the course of their decision to expend money in purchasing, leasing and/or repairing Class Vehicles, reasonably rely upon misrepresentations, misleading characteristics and material omissions concerning the quality and functionality of the engines in Class Vehicles, with respect to their manufacture, workmanship, and the information in the owner's manuals.

484.   Information regarding the Oil Consumption Defect as described herein is material to consumers in that the Oil Consumption Defect results in overpayment for a defective vehicle and poses a safety risk.

485.   Defendants failed to disclose and omitted the existence of the Oil Consumption Defect in the Class Vehicles. Defendants' omissions caused Plaintiffs Makie and Cabral and the members of the Massachusetts Class to be unaware at the time of their purchase of their Class Vehicles that the Oil Consumption Defect and its corresponding safety risk existed.

486.   Defendants intentionally and knowingly failed to disclose and misrepresented material facts regarding the Class Vehicles with intent to mislead Plaintiffs Makie and Cabral and the members of the Massachusetts Class.

487.   Defendants' deceptive conduct was likely to deceive a reasonable consumer, and did in fact deceive reasonable consumers including Plaintiffs Makie and Cabral and members of the Massachusetts Class.

488.   Plaintiffs Makie and Cabral and the other Massachusetts Class Members have suffered an injury in fact, including the loss of money or property, as a result of Defendants' unfair, unlawful, and/or deceptive practices. In purchasing or leasing their Class Vehicles, Plaintiffs Makie and Cabral and the other Massachusetts Class

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Members relied on the misrepresentations and/or omissions of Defendants with respect to the safety and reliability of the Class Vehicles. Defendants' representations were untrue because the Class Vehicles are distributed with the Oil Consumption Defect, which can cause catastrophic engine failure. Had Plaintiffs Makie and Cabral and the other Massachusetts Class Members known this, they would not have purchased or leased their Class Vehicles and/or paid as much for them. Accordingly, Plaintiffs Makie and Cabral and the other Massachusetts Class Members overpaid for their Class Vehicles and did not receive the benefit of their bargain.

489.   All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of Defendants' businesses. Defendants' wrongful conduct is part of a pattern or generalized course of conduct that is still perpetuated and repeated, both in the state of Massachusetts and nationwide.

490.   Plaintiffs Makie and Cabral, individually and on behalf of the other Massachusetts Class Members, request that this Court enter such orders or judgments as may be necessary to enjoin Defendants from continuing their unfair, unlawful, and/or deceptive practices.

491.   Pursuant to Mass. Gen. Laws 93A, § 9, Plaintiffs Makie and Cabral and members of the Massachusetts Class seek monetary relief against Defendants measured as the greater of (a) actual damages in the amount to be determined at trial and (b) statutory damages in the amount of $25 for each member of the Massachusetts Class, as well as costs and attorneys' fees.  Because Defendants' conduct was committed willfully and knowingly, Plaintiffs Makie and Cabral and the members of the Massachusetts Class are entitled to recover, for each member of the Massachusetts Class, up to three times actual damages, but no less than two times actual damages.

492.   Plaintiffs Makie and Cabral sent notice to Defendants pursuant to Massachusetts General Laws Chapter 93a, §9(3) on September 19, 2022.

//

//

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

## THIRTEENTH CAUSE OF ACTION

### VIOLATIONS OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

### 815 ILL. COMP. STAT. §§ 505/1 *ET SEQ.* ("ICFA")

### (ON BEHALF OF THE ILLINOIS CLASS)

493.    Plaintiff Rothmaler and the Illinois Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

494.    Plaintiff Rothmaler brings this claim individually and on behalf of the Illinois Subclass.

495.    Plaintiffs Rothmaler a and Illinois Subclass members are "consumers" within the meaning of 815 Ill. Comp. Stat. § 505/1(e).

496.    Plaintiff Rothmaler and the Illinois Subclass members, and Hyundai and Kia are "persons" within the meaning of 815 Ill. Comp. Stat. § 505/1(c).

497.    Hyundai and Kia engage in "trade" or "commerce" within the meaning of 815 Ill. Comp. Stat. § 505/1(f).

498.    Hyundai and Kia engage in the "sale" of "merchandise" as those terms are defined by 815 Ill. Comp. Stat. § 505/1(b) and (d).

499.    The ICFA prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact . . . in the conduct of any trade or commerce." 815 Ill. Comp. Stat. § 505/2.

500.    Defendants participated in deceptive trade practices that violated the Illinois CFA as described below and alleged throughout the Complaint. By failing to disclose the Oil Consumption Defect, by concealing the Oil Consumption Defect, by marketing its vehicles as safe, reliable, durable, efficient, and of high quality, and by presenting itself as a reputable manufacturer that valued safety, performance and

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

efficiency, and stood behind its vehicles after they were sold, Defendants knowingly and intentionally misrepresented and omitted material facts in connection with the sale or lease of the Class Vehicles. Defendants systematically misrepresented, concealed, suppressed, or omitted material facts relating to the Class Vehicles and Oil Consumption Defect in the course of its business.

501.   Defendants engaged in unfair or deceptive practices prohibited by the Illinois CFA, including: (1) representing that the Class Vehicles have characteristics, uses, benefits, and qualities which they do not have; (2) representing that the Class Vehicles are of a particular standard, quality, and grade when they are not; and (3) advertising the Class Vehicles with the intent not to sell them as advertised.

502.   Defendants also engaged in unlawful trade practices by employing deception, deceptive acts or practices, fraud, misrepresentations, or concealment, suppression, or omission of any material fact with intent that others rely upon such concealment, suppression, or omission, in connection with the sale of the Class Vehicles.

503.   Defendants' unfair and deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public. Defendants' methods of competition and unfair and deceptive acts or practices were likely to and did in fact deceive reasonable consumers.

504.   Defendants knew that the Class Vehicles and their engines suffered from a defect and were not suitable for their intended use and knew that its conduct violated the Illinois CFA.

505.   Plaintiff Rothmaler and the Illinois Class reasonably relied on Defendants' misrepresentations and omissions of material facts in its advertisements of the Class Vehicles and in the purchase of the Class Vehicles.

506.   Had Plaintiff Rothmaler and the Illinois Class reasonably known that the Class Vehicles would exhibit the Oil Consumption Defect, they would not have

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

1   purchased or leased the Class Vehicles, or would have paid less for them. Plaintiffs

2   did not receive the benefit of their bargain as a result of Defendants' misconduct.

3       507.   Due to Defendants' specific and superior knowledge that the engines in

4   the Class Vehicles will fail due to the Oil Consumption Defect, its false

5   representations regarding the Class Vehicles, and reliance by Plaintiff Rothmaler and

6   the Illinois Class on these material representations and omissions, Defendants had a

7   duty to disclose to Class members that the Oil Consumption Defect will cause failure

8   in the Class Vehicles, that Class Vehicles do not have the advertised or expected

9   durability, reliability, and/or safety that Defendants guaranteed, that the Oil

10  Consumption Defect will cause damage to Class Vehicle engines and engine systems,

11  and that Class members would be required to bear the cost of the damage to their

12  vehicles. Having volunteered to provide information to Plaintiff Rothmaler and the

13  Illinois Class, Defendants had the duty to disclose the entire truth. These omitted and

14  concealed facts were material because they directly impact the value of the Class

15  Vehicles. Longevity, durability, performance, and safety are material concerns to

16  Plaintiff Rothmaler and the Illinois Class.

17      508.   Plaintiff Rothmaler and the Illinois Class suffered injury in fact to a

18  legally protected interest. As a result of Defendants' conduct, they were harmed and

19  suffered actual damages in the form of the diminished value of their vehicles.

20      509.   As a result of Defendants' conduct, Plaintiff Rothmaler and the Illinois

21  Class were harmed and suffered actual damages as a result of Defendants'

22  misrepresentations and omissions with regard to their Class Vehicles' engines because

23  they purchased vehicles that do not perform as advertised.

24      510.   Defendants' violations present a continuing risk to Plaintiff Rothmaler

25  and the Illinois Class, as well as to the general public. Defendants' unlawful acts and

26  practices complained of herein affect the public interest.

27      511.   Pursuant to 815 ILCS 505/10a(a), Plaintiff Rothmaler and the Illinois

28  Class Members seek monetary relief against Defendants in the amount of actual

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

439

**SECOND AMENDED CLASS ACTION COMPLAINT**

1  damages, punitive damages because Defendants acted with fraud and/or malice and/or

2  was grossly negligent, and also seek attorneys' fees, and any other just and proper

3  relief available under 815 Ill. Comp. Stat. § 505/1, *et seq.*

## FOURTEENTH CAUSE OF ACTION

### VIOLATION OF TEXAS DECEPTIVE TRADE PRACTICES ACT

### TEX. BUS. & COM. CODE § 17.01 *ET SEQ.*

### (ON BEHALF OF THE TEXAS CLASS)

8  512.   Plaintiff Little realleges and incorporate by reference each preceding

9  paragraph as though set forth at length herein.

10  513.   Plaintiff Little and each member of the Texas Class is a "consumer" as

11  defined in the Texas Deceptive Trade Practices Act ("DTPA").

12  514.   Defendants violated the following provisions of the DTPA: Tex. Bus. &

13  Com. Code §17.50(1): the use or employment of a false, misleading, or deceptive acts

14  or practices as defined in §17.46(b)(5), §17.46(b)(7), §17.46(b)(20), and

15  §17.46(b)(24) of the DTPA that were detrimentally relied upon by Plaintiffs and each

16  member of the Texas Class; and Tex. Bus. & Com. Code §17.50(3): an

17  unconscionable action or course of action as defined by §17.45(5).

18  515.   Defendants' violations of the DTPA were committed knowingly and

19  intentionally as those terms are defined in §17.45(9) and §17.45(13) of the DTPA.

20  516.   Defendants' conduct was a producing and/or proximate cause of actual

21  damages to Plaintiff Little and each member of the Texas Class.

22  517.   Plaintiff Little and Texas Class members demand judgment against

23  Defendants for compensatory damages in an amount to be determined at trial. Plaintiff

24  Little and Texas Class members will seek treble damages for the intentional and

25  knowing conduct of Defendant, together with reasonable attorneys' fees and costs.

26  518.   Plaintiff Little provided notice to Defendants pursuant to the Texas

27  DTPA on March 18, 2022.

28  //

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

## FIFTEENTH CAUSE OF ACTION[43]

### VIOLATION OF THE KENTUCKY CONSUMER PROTECTION ACT

### KENTUCKY REVISED STATUTES § 367.170 *ET SEQ.*

### (ON BEHALF OF THE KENTUCKY CLASS)

519.   Plaintiffs reincorporate and reallege the foregoing allegations of fact.

520.   The Thompson Plaintiffs bring this claim individually and on behalf of the Kentucky Class.

521.   Plaintiff Luticia Thompson and Plaintiff Thomas Thompson are "person[s]" within the meaning of KRS 367.110(1).

522.   Defendants engage in "trade" and "commerce" within the meaning of KRS 367.110(2).

523.   The Kentucky Consumer Protection Act ("KCPA") prohibits "[u]nfair, false, misleading, or deceptive acts or practices in the conduct of any trade or commerce." KRS 357.170. Defendants engaged in misleading, false, or deceptive acts that violated the KCPA by failing to disclose and by actively concealing the presence of the Oil Consumption Defect.

524.   In the course of their business, Defendants concealed and suppressed material facts concerning the Class Vehicle.  This was accomplished by Defendants knowing that the Class Vehicles and their engines suffered from a defect and were not suitable for their intended use but taking no action to recall or fully remediate the issue.

525.   Defendants thus violated the Act by, at minimum: representing that Class Vehicles have characteristics, uses, benefits, and qualities which they do not have; representing that Class Vehicles are of a particular standard, quality, and grade when they are not; advertising Class Vehicles with the intent not to sell or lease them as advertised; and representing that the subject of a transaction involving Class Vehicles

---

[43] The Court's motion to dismiss order dismissed this claim with prejudice. Plaintiffs replead this claim only for purposes of preserving them for appeal.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

has been supplied in accordance with a previous representation when it has not.

526.   Defendants intentionally and knowingly misrepresented material facts regarding the Class Vehicles with intent to mislead the Kentucky State Class.

527.   Defendants knew or should have known that their conduct violated the Kentucky CPA.

528.   Defendants owed the Kentucky State Class a duty to disclose the illegality, possible public health risks, and the true nature of the Class Vehicles, because Defendants:

a.   possessed exclusive knowledge that they were manufacturing, selling, and distributing vehicles throughout the United States that did not perform as advertised;

b.   intentionally concealed the foregoing from regulators, Plaintiffs, and/or Class members; and/or

c.   made incomplete representations about the Class Vehicles generally, and purposefully withholding material facts from Plaintiffs that contradicted these representations.

529.   Defendants' concealment of the true characteristics of the Class Vehicles were material to the Kentucky State Class.

530.   Members of the Kentucky State Class suffered ascertainable loss and actual damages as a direct and proximate result of Defendants' misrepresentations and its concealment of and failure to disclose material information. Defendants had an ongoing duty to all their customers to refrain from unfair and deceptive practices under the Kentucky CPA. All owners of Class Vehicles suffered ascertainable loss as a result of Defendants' deceptive and unfair acts and practices made in the course of Defendants' business.

531.   As a direct and proximate result of Defendants' violations of the Kentucky CPA, the Kentucky State Class members have suffered injury-in-fact and/or actual damage.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

532.   The Thompson Plaintiffs, individually and on behalf of the other Kentucky Class Members, request that this Court enter such orders or judgments as may be necessary to enjoin Defendants from continuing their unfair, unlawful, and/or deceptive practices and to provide declaratory relief, attorneys' fees, and any other just and proper relief available under the KCPA.

## SIXTEENTH CAUSE OF ACTION

### VIOLATION OF NEW YORK GENERAL BUSINESS LAW § 349
### (ON BEHALF OF THE NEW YORK STATE SUB-CLASS)

533.   Plaintiff Boehm and the New York Class incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

534.   New York General Business Law Section 349 declares unlawful "[d]eceptive acts or practices in the conduct of any business, trade, or commerce or in the furnishing of any service in this state . . ."

535.   The conduct of Defendants alleged herein constitutes recurring unlawful deceptive acts and practices in violation of Gen. Bus. Law §349, and as such, Plaintiff Boehm and the New York Class seek monetary damages and the entry of preliminary and permanent injunctive relief against Defendants, enjoining them from inaccurately describing, marketing, and promoting the Vehicles.

536.   Defendants also failed to disclose to consumers the existence of the Oil Consumption Defect, which they had an obligation to do because the Oil Consumption Defect is a safety issue.

537.   Defendants willfully violated Gen. Bus. Law § 349 by selling the Class Vehicles without disclosing the Front Assist Defect.

538.   Defendants' misrepresentations and omissions as set forth in this complaint are material in that they relate to matters that are important to consumers and/or are likely to affect the purchasing decisions or conduct of consumers, including Plaintiffs.

539.   In violation of Gen. Bus. Law § 349, Defendants employed fraud,

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

deception, false promise, misrepresentation and/or the knowing concealment, suppression, or omission of material facts in their sale and advertisement of the Class Vehicles.

540.   Plaintiff Boehm and the New York Class suffered an ascertainable loss as a result of Defendants' unlawful conduct as alleged herein.

541.   Had Plaintiff Boehm and the New York Class known the truth about the vehicle, they would not have purchased the vehicles, or would not have paid as much.

542.   As a result of Defendants' recurring, unlawful deceptive acts and practices, Plaintiff Boehm and the New York Class are entitled to monetary, compensatory, treble and punitive damages, injunctive relief, restitution and disgorgement of all moneys obtained by means of Defendants' unlawful conduct, interest, and attorneys' fees and costs.

## SEVENTEENTH CAUSE OF ACTION

### VIOLATION OF NEW YORK GENERAL BUSINESS LAW § 350
### (ON BEHALF OF THE NEW YORK STATE SUB-CLASS)

543.   Plaintiff Boehm and the New York Class incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

544.   N.Y. Gen. Bus. Law § 350 provides, in part, as follows: "False advertising in the conduct of any business, trade or commerce or in the furnishing of any service in this state is hereby declared unlawful."

545.   N.Y. Gen. Bus. Law § 350a(1) provides, in part, as follows:

The term 'false advertising, including labeling, of a commodity, or of the kind, character, terms or conditions of any employment opportunity if such advertising is misleading in a material respect. In determining whether any advertising is misleading, there shall be taken into account (among other things) not only representations made by statement, word, design, device, sound or any combination thereof, but also the extent to which the advertising fails to reveal facts material in the light of such representations with respect to the commodity or employment to which the advertising relates under the conditions proscribed in said advertisement, or under such conditions as are customary or usual . . .

546.   Defendants represented, and continue to represent, that the Class Vehicles are safe, usable, and defect-free, which is untrue and misleading.

547.   Plaintiff Boehm and the New York Class have been injured inasmuch as they relied upon the Defendants' advertising and received less than what they bargained and/or paid for.

548.   Defendants' advertising induced the Plaintiff Boehm and the New York Class to buy the Class Vehicles.

549.   Defendants made their untrue and/or misleading statements and representations willfully, wantonly, and with reckless disregard for the truth.

550.   Defendants' conduct constitutes multiple, separate violations of N.Y. Gen. Bus. Law § 350.

551.   Defendants' material misrepresentations were substantially uniform in content, presentation, and impact upon consumers at large. Moreover, all consumers purchasing the Class Vehicles were and continue to be exposed to Defendants' material misrepresentations.

552.   As a result of Defendants' recurring, unlawful deceptive acts and practices, Plaintiff Boehm and the New York Class are entitled to monetary, compensatory, treble and punitive damages, injunctive relief, restitution and disgorgement of all moneys obtained by means of Defendants' unlawful conduct, interest, and attorneys' fees and costs.

## EIGHTEENTH CAUSE OF ACTION

## VIOLATIONS OF PENNSYLVANIA'S UNFAIR TRADE PRACTICES ACT

## (ON BEHALF OF THE PENNSYLVANIA STATE SUB-CLASS)

553.   Plaintiff Learn and the Pennsylvania Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

554.   Plaintiff Learn brings this claim on behalf of herself and on behalf of the Pennsylvania Class Members against Defendants.

555.   Plaintiff Learn is a natural person who purchased a Class Vehicle for

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

445

personal, family or household purposes.

556.  The Pennsylvania Unfair Trade Practices and Consumer Protection Law ("PUTPCPL") prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce" as set forth in the statute.  73 Pa. Stat. § 201-3.

557.  Defendants engaged in unfair and deceptive acts in the conduct of trade or commerce in violation of the PUTPCPL by the practices described above, and by knowingly and intentionally concealing from Plaintiff Learn and Class members that the Class Vehicles suffer from the Oil Consumption Defect (and the costs, risks, and diminished value of the vehicles as a result of this problem).  These acts and practices violate, at a minimum, the following sections of PUTPCPL section 201-2:

> (4)(ii) Misrepresenting the source, sponsorship, approval or certification of goods or services;
>
> (4)(v) Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation or connection that he does not have;
>
> (4)(vii) Representing that goods or services are of a particular standard, quality or grade, or that goods are of a particular style or model, if they are of another; (4)(ix) Advertising goods and services with intent not to sell them as advertised; and
>
> (4)(xxi) Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding.

558.  Defendants knew that their Class Vehicles suffered from the Oil Consumption Defect, would fail prematurely, and were not suitable for their intended use.

559.  Defendants were under a duty to Plaintiff Learn and the Pennsylvania Class to disclose the defective nature of the Class Vehicles because:

> a.  Defendants were in a superior position to know the true state of facts

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

about the Defect in the Class Vehicles;

b. Plaintiff Learn and the Pennsylvania Class could not reasonably have been expected to learn or discover that the Class Vehicles were defective and not in accordance with Defendants' advertisements and representations;

c. The Defect is a safety related Defect; and

d. Defendants knew that Plaintiff Learn and the Pennsylvania Class could not reasonably have been expected to learn or discover the Defect in the Class Vehicles.

560.   In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty not to do so.

561.   The facts concealed or not disclosed by Defendants to the Plaintiff Learn and the Pennsylvania Class members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price.  Had Plaintiff Learn and the Pennsylvania Class known about the defective nature of the Class Vehicles, they would not have purchased the Class Vehicles, would have paid less for them or would have avoided the extensive repair costs associated therewith.

562.   Unfair or deceptive acts and practices as defined by the PUTPCPL also include "[f]ailing to comply with the terms of any written guarantee or warranty given to the buyer at, prior to or after a contract for the purchase of goods or services is made."  73 Pa. Stat. § 201-2(4)(xiv).  Defendants violated the PUTPCPL by refusing to repair Plaintiffs' Class Vehicles and at no cost to pursuant to the terms of the New Vehicle Limited Warranty and/or Powertrain Warranty applicable to all Class Vehicles.

563.   Defendants' failure to honor their warranty terms proximately caused injuries to Plaintiff Learn and the Pennsylvania Class.  Had Defendants honored their

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

warranty, Plaintiff Learn and the Pennsylvania class would not have incurred substantial repair costs.

564.    Pursuant to 73 Pennsylvania Statutes section 201-9.2, Plaintiffs request that the Court grant treble damages.

## NINETEENTH CAUSE OF ACTION

**VIOLATIONS OF THE INDIANA DECEPTIVE CONSUMER SALES ACT, IND. CODE § 24-5-0.5-3**

**(ON BEHALF OF THE INDIANA STATE SUB-CLASS)**

565.    Plaintiff Wallace and the Indiana Class incorporate by reference each preceding paragraph as though fully set forth herein.

566.    Plaintiff Wallace brings this action on behalf of herself and the Indiana Class against all Defendants.

567.    Defendants are "person[s]" within the meaning of Ind. Code § 24-5-0.5-2(2) and "supplier[s]" within the meaning of Ind. Code § 24-5-.05-2(a)(3).

568.    Plaintiff Wallace's and Indiana Class members' purchases of the Class Vehicles are "consumer transactions" within the meaning of Ind. Code § 24-5-.05-2(a)(1).

569.    Indiana's Deceptive Consumer Sales Act ("Indiana DCSA") prohibits a person from engaging in a "deceptive act," which includes representing: "(1) That such subject of a consumer transaction has sponsorship, approval, performance, characteristics, accessories, uses, or benefits that they do not have, or that a person has a sponsorship, approval, status, affiliation, or connection it does not have; (2) That such subject of a consumer transaction is of a particular standard, quality, grade, style or model, if it is not and if the supplier knows or should reasonably know that it is not; ... (7) That the supplier has a sponsorship, approval or affiliation in such consumer transaction that the supplier does not have, and which the supplier knows or should reasonably know that the supplier does not have; ... (c) Any representations on or within a product or its packaging or in advertising or promotional materials which

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

would constitute a deceptive act shall be the deceptive act both of the supplier who places such a representation thereon or therein, or who authored such materials, and such suppliers who shall state orally or in writing that such representation is true if such other supplier shall know or have reason to know that such representation was false." Ind. Code § 24-5-0.5-3.

570.   In the course of their business, Defendants concealed and suppressed material facts concerning the Class Vehicles' Oil Consumption Defect.

571.   Defendants thus violated the Act by, at minimum: (1) representing that the Class Vehicles have characteristics, uses, benefits, and qualities which they do not have; (2) representing that the Class Vehicles are of a particular standard and quality when they are not; (3) advertising the Class Vehicles with the intent not to sell them as advertised; and (4) otherwise engaging in conduct likely to deceive.

572.   Defendants' actions as set forth above occurred in the conduct of trade or commerce.

573.   Defendants engaged in misleading, false, unfair or deceptive acts or practices that violated the Indiana DCSA by failing to disclose and actively concealing the Oil Consumption Defect, by marketing its vehicles as reliable and of high quality, and by presenting themselves as reputable manufacturers that stood behind its vehicles after they were sold.

574.   As alleged above, Defendants have known of the Oil Consumption Defect contained in the Class Vehicles for years. Prior to selling and leasing the Class Vehicles, Defendants knew or should have known the Class Vehicles contained the Oil Consumption Defect due to pre-production testing, quality control audits, and failure mode analysis. Defendants also should have known of the Oil Consumption Defect from the early complaints and service requests it received from Class Members and dealers, from its own investigation and issuance of service bulletins, technical tips and recalls, from repairs and/or replacements of engines, and from other internal sources. Defendants, nevertheless, failed to disclose and actively concealed the

dangers and risks posed by the Class Vehicles and the Oil Consumption Defect.

575.    Defendants intentionally and knowingly misrepresented material facts regarding the Class Vehicles with intent to mislead Plaintiff Wallace and the Indiana Class.

576.    Defendants knew or should have known that its conduct violated the Indiana DCSA.

577.    Defendants owed Plaintiff Wallace and the Indiana Class a duty to disclose the true safety and reliability of the Class Vehicles and the existence of the Oil Consumption Defect because Defendants:

    a.  Possessed exclusive knowledge of the Oil Consumption Defect;

    b.  Intentionally concealed the foregoing from Plaintiff Wallace and the Indiana Class; and/or

    c.  Made incomplete representations about the safety and reliability of the foregoing generally, while purposefully withholding material facts from Plaintiff Wallace and the Indiana Class that contradicted these representations, inter alia, that an Oil Consumption Defect existed at the time of sale or lease.

578.    Defendants' fraudulent concealment of the Oil Consumption Defect was material to Plaintiff Wallace and the Indiana Class.

579.    Defendants' unfair or deceptive acts or practices were likely to and did in fact deceive reasonable consumers, including Plaintiff Wallace and the Indiana Class, about the true value of the Class Vehicles.

580.    Plaintiff Wallace and the Indiana Class suffered ascertainable loss and actual damages as a direct and proximate result of Defendants' misrepresentations and its concealment of and failure to disclose material information. Plaintiff Wallace and the Indiana Class members who purchased or leased the Class Vehicles would not have purchased or leased them at all and/or would have paid significantly less for them. Plaintiff Wallace and the Indiana Class also suffered diminished value of their

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

vehicles, as well as lost or diminished use.

581.   Defendants had an ongoing duty to all customers to refrain from unfair and deceptive practices under the Indiana DCSA. All owners of Class Vehicles suffered ascertainable loss in the form of the diminished value of their vehicles as a result of Defendants' deceptive and unfair acts and practices made in the course of Defendants' business.

582.   Defendants' violations present a continuing risk to Plaintiffs as well as to the general public. Defendants' unlawful acts and practices complained of herein affect the public interest.

583.   As a direct and proximate result of Defendants' violations of the Indiana DCSA, Plaintiff Wallace and the Indiana Class have suffered injury-in-fact and/or actual damage.

584.   Pursuant to Ind. Code § 24-5-0.5-4, Plaintiff Wallace and the Indiana Class seek monetary relief against Defendants measured as the greater of (a) actual damages in an amount to be determined at trial and (b) statutory damages in the amount of $500 for Plaintiff Wallace and each Indiana Class member, including treble damages up to $1,000 for Defendants' willfully deceptive acts.

585.   Plaintiff Wallace and the Indiana Class also seek punitive damages based on the outrageousness and recklessness of the Defendants' conduct and Defendants' high net worth.

## TWENTIETH CAUSE OF ACTION

## VIOLATIONS OF TENNESSEE CONSUMER PROTECTION ACT OF 1977, TENN. CODE ANN. § 47-18-101, *ET SEQ.*

## (ON BEHALF OF THE TENNESSEE STATE SUB-CLASS)

586.   The Connatser Plaintiffs and the Tennessee Class incorporate by reference each preceding paragraph as though fully set forth herein.

587.   The Connatser Plaintiffs brings this action on behalf of herself and the Tennessee Class against all Defendants.

**SECOND AMENDED CLASS ACTION COMPLAINT**

588.   The Connatser Plaintiffs and the Tennessee Class are "natural persons" and "consumers" within the meaning of Tenn. Code § 47-18-103(2). Defendants are "person[s]" within the meaning of Tenn. Code § 47-18-103(9).

589.   Defendants are engaged in "trade" or "commerce" or "consumer transactions" within the meaning Tenn. Code § 47-18-103(9).

590.   The Tennessee Consumer Protection Act ("Tennessee CPA") prohibits "unfair or deceptive acts or practices affecting the conduct of any trade or commerce." Tenn. Code § 47-18104.

591.   Defendants caused to be made or disseminated through Tennessee and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care should have been known to Defendants, to be untrue and misleading to consumers, including the Connatser Plaintiffs and the other Tennessee Class Members and otherwise engaged in activities with a tendency or capacity to deceive.

592.   In violation of the Tennessee CPA, Defendants employed unfair and deceptive acts or practices, fraud, false pretense, misrepresentation, or concealment, suppression or omission of a material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale and/or lease of Class Vehicles.  Defendants knowingly concealed, suppressed and omitted materials facts regarding the Oil Consumption Defect and misrepresented the standard, quality, or grade of the Class Vehicles, which directly caused harm to the Connatser Plaintiffs and the Tennessee Class.

593.   Defendants actively suppressed the fact that that Class Vehicles contain the Oil Consumption Defect and present a safety hazard because of materials, workmanship, design, and/or manufacturing defects. Further, Defendants employed unfair and deceptive trade practices by failing to provide repairs of the Oil Consumption Defect or replacement of Class Vehicles due to the Oil Consumption Defect within a reasonable time in violation of the Tennessee CPA. Defendants also

452

breached their warranties as alleged above in violation of the Tennessee CPA.

594.    Defendants' unfair and deceptive trade practices were likely intended to deceive a reasonable consumer. The Connatser Plaintiffs and members of the Tennessee Class had no reasonable way to know that the Class Vehicles contained the Oil Consumption Defect, were defective in workmanship and/or manufacture and posed a serious and significant safety risk. Defendants possessed superior knowledge as to the quality and characteristics of the Class Vehicles, including the Oil Consumption Defect within their vehicles and its associated safety risks, and any reasonable consumer would have relied on Defendants' misrepresentations and omissions, as the Connatser Plaintiffs and members of the Tennessee Class did.

595.    Defendants thus violated the provisions of the Tennessee CPA, at a minimum by: (1) representing that the Class Vehicles have characteristics, uses, benefits, and qualities which they do not have; (2) representing that the Class Vehicles are of a particular standard, quality, and grade when they are not; (3) advertising the Class Vehicles with the intent not to sell them as advertised; (4) failing to disclose information concerning the Class Vehicles with the intent to induce consumers to purchase or lease the Class Vehicles.

596.    Defendants engaged in misleading, false, unfair or deceptive acts or practices that violated the Tennessee CPA by failing to disclose and/or actively concealing the Oil Consumption Defect, by marketing their vehicles as reliable and of high quality, and by presenting themselves as reputable manufacturers that stood behind its vehicles after they were sold.

597.    As alleged above, Defendants have known of the Oil Consumption Defect contained in the Class Vehicles for years. Prior to selling and leasing the Class Vehicles, Defendants knew or should have known the Class Vehicles contained the Oil Consumption Defect due to pre-production testing, quality control audits, and failure mode analysis. Defendants also should have known of the Oil Consumption Defect from the early complaints and service requests it received from Class Members

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

and dealers, from its own investigation and issuance of service bulletins, technical tips and recalls, from repairs and/or replacements of engines, and from other internal sources. Defendants, nevertheless, failed to disclose and actively concealed the dangers and risks posed by the Class Vehicles and the Oil Consumption Defect.

598.   Defendants intentionally and knowingly misrepresented material facts regarding the Class Vehicles with intent to mislead the Connatser Plaintiffs and the Tennessee Class.

599.   Defendants knew or should have known that their conduct violated the Tennessee CPA.

600.   Defendants owed the Connatser Plaintiffs and Tennessee Class members a duty to disclose the true safety and reliability of the Class Vehicles and the existence of the Oil Consumption Defect because Defendants:

a.   Possessed exclusive knowledge of the Oil Consumption Defect;

b.   Intentionally concealed the foregoing from the Connatser Plaintiffs and the Tennessee Class; and/or

c.   Made incomplete representations about the safety and reliability of the foregoing generally, while purposefully withholding material facts from the Connatser Plaintiffs and the Tennessee Class that contradicted these representations, inter alia, that an Oil Consumption Defect existed at the time of sale or lease.

601.   The Connatser Plaintiffs and Tennessee Class members suffered ascertainable loss and actual damages as a direct and proximate result of Defendants' misrepresentations and concealment of the Oil Consumption Defect and failure to disclose material information. The Connatser Plaintiffs and the Tennessee Class members who purchased or leased the Class Vehicles would not have purchased or leased them at all and/or would have paid significantly less for them. The Connatser Plaintiffs and the Tennessee Class also suffered diminished value of their vehicles, as well as lost or diminished use.

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

602.    Defendants had an ongoing duty to all customers to refrain from unfair and deceptive practices under the Tennessee CPA in the course of its business.

603.    Defendants' violations present a continuing risk to The Connatser Plaintiffs and the Tennesee Class as well as to the general public. Defendants' unlawful acts and practices complained of herein affect the public interest.

604.    Pursuant to Tenn. Code § 47-18-109, The Connatser Plaintiffs and the Tennessee Class seek an order enjoining Defendants' unfair and/or deceptive acts or practices, damages, treble damages for willful and knowing violations, pursuant to § 47-18-109(a)(3), punitive damages, and attorneys' fees, costs, and any other just and proper relief to the extent available under the Tennessee CPA.

## TWENTY-FIRST CAUSE OF ACTION

### UNFAIR AND DECEPTIVE ACTS IN VIOLATION OF HAWAII LAW, HAW. REV. STAT. § 480, *ET SEQ.*

### (ON BEHALF OF THE HAWAII CLASS)

605.    The Craft Plaintiffs and the Hawaii Class incorporate by reference each preceding paragraph as though fully set forth herein.

606.    The Craft Plaintiffs bring this action on behalf of themselves and the Hawaii Class against all Defendants.

607.    Defendants are "person[s]" under Haw. Rev. Stat. § 480-1.

608.    Class members are "consumer[s]" as defined by Haw. Rev. Stat. § 480-1, who purchased or leased one or more Class Vehicles.

609.    Defendants' acts or practices as set forth above occurred in the conduct of trade or commerce.

610.    The Hawaii Act § 480-2(a) prohibits "unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce...."

611.    In the course of their business, Defendants concealed and suppressed material facts concerning the Oil Consumption Defect in the Class Vehicles.  The Craft Plaintiffs and Hawaii Class members had no way of discerning that Defendants'

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1    representations were false and misleading.

2    612.   Defendants thus violated the Act by, at minimum employing deception,

3    deceptive acts or practices, fraud, misrepresentations, or concealment, suppression or

4    omission of any material fact with intent that others rely upon such concealment,

5    suppression or omission, in connection with the sale of Class Vehicles.

6    613.   In the course of their business, Defendants engaged in misleading, false,

7    unfair or deceptive acts or practices that violated Hawaii law by failing to disclose and

8    actively concealing the Oil Consumption Defect, by marketing their vehicles as

9    reliable and of high quality, and by presenting themselves as a reputable

10   manufacturers that v that stood behind their vehicles after they were sold.

11   614.   As alleged above, Defendants have known of the Oil Consumption

12   Defect contained in the Class Vehicles for years. Prior to selling and leasing the Class

13   Vehicles, Defendants knew or should have known the Class Vehicles contained the

14   Oil Consumption Defect due to pre-production testing, quality control audits, and

15   failure mode analysis. Defendants also should have known of the Oil Consumption

16   Defect from the early complaints and service requests it received from Class Members

17   and dealers, from its own investigation and issuance of service bulletins, technical tips

18   and recalls, from repairs and/or replacements of engines, and from other internal

19   sources. Defendants, nevertheless, failed to disclose and actively concealed the

20   dangers and risks posed by the Class Vehicles and the Oil Consumption Defect.

21   615.   Defendants intentionally and knowingly omitted material facts regarding

22   the Class Vehicles with intent to mislead Plaintiffs and the Hawaii Class.

23   616.   Defendants owed the Craft Plaintiffs and the Hawaii Class a duty to

24   disclose the true safety and reliability of the Class Vehicles and the existence of the

25   Oil Consumption Defect because Defendants:

26        a.   Possessed exclusive knowledge of the Oil Consumption Defect;

27        b.   Intentionally concealed the foregoing from the Craft Plaintiffs and the

28             Hawaii Class; and/or

c. Made incomplete representations about the safety and reliability of the foregoing generally, while purposefully withholding material facts from the Craft Plaintiffs and the Hawaii Class that contradicted these representations, inter alia, that an Oil Consumption Defect existed at the time of sale or lease.

617. Defendants' unfair or deceptive acts or practices were likely to and did in fact deceive reasonable consumers, including the Craft Plaintiffs, about the quality of the brand and the true value of the Class Vehicles.

618. Defendants' concealment of the Oil Consumption Defect was material to the Craft Plaintiffs and the Hawaii Class.

619. The Craft Plaintiffs and the Hawaii Class suffered ascertainable loss and actual damages as a direct and proximate result of Defendants' misrepresentations and its concealment of and failure to disclose material information. Plaintiffs and the Hawaii Class members who purchased or leased the Class Vehicles would not have purchased or leased them at all and/or would have paid significantly less for them. Plaintiffs also suffered diminished value of their vehicles, as well as lost or diminished use.

620. Defendants had an ongoing duty to all customers to refrain from unfair and deceptive practices under the Hawaii UDTPA. All owners of Class Vehicles suffered ascertainable loss in the form of the diminished value of their vehicles as a result of Defendants' deceptive and unfair acts and practices made in the course of Defendants' business.

621. Defendants' violations present a continuing risk to the Craft Plaintiffs as well as to the general public. Defendants' unlawful acts and practices complained of herein affect the public interest.

622. As a direct and proximate result of Defendants' violations of the Hawaii Act, the Craft Plaintiffs and the Hawaii Class have suffered injury-in-fact and/or actual damage.

**SECOND AMENDED CLASS ACTION COMPLAINT**

623.   Pursuant to Haw. Rev. Stat. § 480-13, the Craft Plaintiffs and the Hawaii Class seek monetary relief against Defendants measured as the greater of (a) $1,000 and (b) threefold actual damages in an amount to be determined at trial.

624.   Under Haw. Rev. Stat. § 480-13.5, Plaintiffs seek an additional award against Defendants of up to $10,000 for each violation directed at a Hawaiian elder. Volkswagen knew or should have known that its conduct was directed to one or more Class members who are elders. Defendants' conduct caused one or more of these elders to suffer a substantial loss of property set aside for retirement or for personal or family care and maintenance, or assets essential to the health or welfare of the elder. One or more Hawaii Class members who are elders are substantially more vulnerable to Defendants' conduct because of age, poor health or infirmity, impaired understanding, restricted mobility, or disability, and each of them suffered substantial economic damage resulting from Defendants' conduct.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, individually and on behalf of members of the Classes defined above, respectfully request that the Court enter judgment against Defendants and award the following relief:

A.   Certification of this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, declaring Plaintiffs as the representatives of the Classes, and Plaintiffs' counsel as counsel for the Classes;

B.   An order enjoining Defendants from continuing the unlawful, deceptive, fraudulent, and unfair business practices alleged in this Complaint, including, without limitation, an order that requires Defendants to:

   i.   repair, recall, and/or replace the Class Vehicles;

   ii.   to extend the applicable warranties to a reasonable period of time and to so notify the Classes;

   iii.   to stop selling Class Vehicles with the misleading information and omissions and Oil Consumption Defect; and

**SECOND AMENDED CLASS ACTION COMPLAINT**

iv.   at a minimum, to provide Plaintiffs and Class members with appropriate curative notice regarding the existence and cause of the Oil Consumption Defect;

C.   An order granting declaratory relief, including without limitation, a declaration:

i.   requiring Defendants to comply with the various provisions of law cited above and to make all required disclosures;

ii.   stating that Defendants are financially responsible for all Class notice and the administration of Class relief;

D.   An award of appropriate damages to repair or replace the Class Vehicles, including damages for economic loss including loss of the benefit of the bargain, overpayment damages, diminished value and out-of-pocket losses;

E.   An order requiring disgorgement, for the benefit of the Class, the ill-gotten profits Defendants received from the sale or lease of the Class Vehicles, or full restitution to Plaintiffs and members of the Classes;

F.   An order awarding any applicable statutory damages, civil penalties, and punitive and exemplary damages;

G.   An award of costs, expenses, and attorneys' fees;

H.   An order requiring Defendants to pay both pre- and post-judgment interest on any amounts awarded; and

I.   Such other or further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a jury trial for all claims so triable.

//
//
//
//
//

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1    Dated: April 18, 2023                    NYE, STIRLING, HALE & MILLER, LLP

2
                                     By:    /s/ Alison M. Bernal
3                                           Alison M. Bernal, Esq.
                                            33 West Mission Street, Suite 201
4                                           Santa Barbara, CA 93101
                                            Telephone: (805) 963-2345
5                                           Facsimile; (805) 284-9590
                                            alison@nshmlaw.com
6
                                            Matthew D. Schelkopf (*pro hac vice*)
7                                           Joseph B. Kenney (*pro hac vice*)
                                            **SAUDER SCHELKOPF**
8                                           1109 Lancaster Avenue
                                            Berwyn, PA 19312
9                                           Telephone: (610) 200-0581
                                            mds@sstriallawyers.com
10                                          jbk@sstriallawyers.com

11                                          Bonner C. Walsh (*pro hac vice*)
                                            **WALSH PLLC**
12                                          1561 Long Haul Road
                                            Grangeville, ID 83530
13                                          Telephone: (541) 359-2827
                                            Facsimile: (866) 503-8206
14                                          bonner@walshpllc.com

15                                          *Attorneys for Plaintiffs and Putative*
                                            *Class*
16

17

18

19

20

21

22

23

24

25

26

27

28

**SECOND AMENDED CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101