**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Cristina Henriquez (Bar No. 317445)
  cristina.henriquez@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801 5100
  Christine W. Chen (Bar No. 327581)
  christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Cristina Henriquez (Bar No.

*Counsel for Defendants*

**SAUDER SCHELKOPF LLC**
Matthew D. Schelkopf (*pro hac vice*)
mds@sauderschelkopf.com
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326
**WALSH PLLC**
Bonner C. Walsh (*pro hac vice*)
bonner@walshpllc.com
1561 Long Haul Road
Grangeville, ID 83530
**NYE, STIRLING, HALE & MILLER, LLP**
Alison M. Bernal (Bar No. 264629)
alison@nshmlaw.com
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590
*Counsel for Plaintiffs and Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DAVY CHO, BRYAN ROTHMALER, BETH MAKIE, ANNA CHMURA, ANTHONY BANDERAS, MICHELLE SMITH, CATHERINE LITTLE, LUTICIA THOMPSON, and THOMAS THOMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>HYUNDAI MOTOR COMPANY, LTD., HYUNDAI MOTOR AMERICA, INC., KIA AMERICA, INC., and KIA MOTORS CORPORATION,<br><br>Defendants. | Case No. 8:22-cv-00448-SPG-KES<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>The Hon. Sherilyn Peace Garnett<br><br>Trial Date: None Set |

The parties have agreed to and respectfully request the Court adopt the following Stipulation:

WHEREAS, on June 28, 2022 defendants moved to dismiss plaintiffs' original complaint (Dkt. 34);

WHEREAS, on October 21, 2022, the Court granted defendants' motion to dismiss, and provided that plaintiffs shall file an amended complaint (Dkt. 48);

WHEREAS, on November 18, 2022, plaintiffs filed their First Amended Complaint ("FAC"), (Dkt. 52);

WHEREAS, on November 22, 2022, the Court entered an Order Granting Joint Stipulation to Extend Time to Respond to Plaintiffs' First Amended Complaint, which extended defendants' deadline to respond until March 12, 2023 (Dkt. 54);

WHEREAS, on March 2, 2023, the parties filed a Stipulation Regarding Plaintiffs' Second Amended Complaint to set a new briefing schedule for the forthcoming Second Amended Complaint (Dkt. 55);

WHEREAS, on March 15, 2023, the Court entered an Order On Stipulation Regarding Plaintiffs' Second Amended Complaint, which set plaintiffs' deadline to file their SAC on April 21, 2023 and defendants' deadline to move to dismiss on June 20, 2023 (Dkt. 56);

WHEREAS, on April 18, 2023, plaintiffs filed their Second Amended Complaint ("SAC"), (Dkt. 58);

WHEREAS, the parties are discussing the dismissal of this litigation;

WHEREAS, in connection with those discussions, the parties have met and conferred regarding the briefing schedule for the SAC;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1, by and between the parties, subject to the Court's approval, that:

1.     Defendants' time to respond, by motion or otherwise, to the Second Amended Complaint shall be extended from June 20, 2023 to July 11, 2023;

1    2.    If Defendants move to dismiss the Second Amended Complaint,

2  plaintiffs' opposition will be due August 9, 2023;

3    3.    Defendants' deadline to file their reply in support of their motion to

4  dismiss shall be September 11, 2023.

5

6

7  DATED:  June 20, 2023                    Respectfully submitted,

8                                           QUINN EMANUEL URQUHART &
9                                           SULLIVAN, LLP

10

11

12                                          /s/ *Shon Morgan*
                                            Shon Morgan
13                                          QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
14                                          *Attorneys for Defendants Hyundai Motor*
15                                          *Company, Ltd., Hyundai Motor America,*
                                            *Inc., Kia America, Inc., and Kia*
16                                          *Corporation*

17

18                                          /s/ *Bonner C. Walsh*
                                            Bonner C. Walsh (pro hac vice)
19                                          WALSH PLLC
20                                          1561 Long Haul Road
                                            Grangeville, ID 83530
21                                          *Attorneys for Plaintiffs and Putative Class*

22

23

24

25

26

27

28

1

**FILER'S ATTESTATION**

2        Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Shon Morgan, attest that all other

3  signatories listed, and on whose behalf the filing is submitted, concur in the filing's

4  content and have authorized the filing.

5

6                            */s/ Shon Morgan*
                             Shon Morgan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 8:22-cv-00448-SPG-KES
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT