Matthew D. Schelkopf (*pro hac vice*)
mds@sauderschelkopf.com
Joseph B. Kenney (*pro hac vice*)
jbk@sstriallawyers.com
Sauder Schelkopf LLC
1109 Lancaster Avenue
Berwyn, PA 19312

Bonner C. Walsh (*pro hac vice*)
bonner@walshpllc.com
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530

Alison M. Bernal (Bar No. 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE & MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA  93101

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVY CHO, BRYAN ROTHMALER, BETH MAKIE, ANNA CHMURA, ANTHONY BANDERAS, MICHELLE SMITH, CATHERINE LITTLE, LUTICIA THOMPSON, and THOMAS THOMPSON, individually and on behalf of all others similarly situated,<br><br>         Plaintiff(s),<br><br>    vs.<br><br>HYUNDAI MOTOR COMPANY, LTD, HYUNDAI MOTOR AMERICA, INC., KIA AMERICA, INC. and KIA MOTORS CORPORATION<br><br>         Defendants. | CASE No.  8:22-cv-00448-SPG-KESx<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO REMAINING PLAINTIFFS AND CLAIMS**<br><br>The Hon. Sherilyn Peace Garnett<br><br>Trial Date:   None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs James Wolff, Bryan Rothmaler, Beth Makie, Joseph Cabral, Anna Chmura, Catherine Little, Luticia Thompson and Thomas Thompson, Teyonne Boehm, Linda Learn, Ember Wallace, Stephan Hielscher and Laurie Nelson, Julie Jurgens, Jean Connatser and David Connatser, and Amy Craft and Stacy Craft ("Plaintiffs"), and Defendants Hyundai Motor America ("HMA"), Hyundai Motor Company ("HMC"), Kia America, Inc. ("Kia"), and Kia Motors Corporation ("KMC") (collectively "Defendants") (together with Plaintiffs the "Parties"), hereby STIPULATE that all Parties and all remaining claims should be DISMISSED WITH PREJUDICE.[1]

Parties agree to bear costs as incurred.

DATED: June 22, 2023         NYE, STIRLING, HALE & MILLER, LLP

                             By   */s/ Alison Bernal*
                                  Alison M. Bernal
                                  *Attorneys for Plaintiffs*

DATED: June 22, 2023         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                             By   */s/ Shon Morgan*
                                  Shon Morgan
                                  *Attorneys for Defendants*

---

[1] Although this matter was filed as a class action, the class was not certified nor proposed to be certified for purposes of settlement. Therefore, Court approval of the dismissal pursuant to Rule 23(e) of the Federal Rules of Civil Procedure is not required.

**ECF ATTESTATION**

I, Alison Bernal, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By  */s/ Alison Bernal*
Alison Bernal